ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 08 2003

LUTHER D. THOMAS, Clerk
By: _____
                    Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| ARRIVAL STAR, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:02-CV2543-JOF |
| ) | |
| v. ) | |
| ) | |
| DELTA AIR LINES, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## SABRE INC.'S MOTION FOR SUMMARY JUDGMENT
## THAT CLAIMS 1 & 27 OF THE '936 PATENT ARE INVALID
## (MOTION # 1)

Defendant Sabre Inc. moves for summary judgment that Claims 1 and 27 of

United States Patent No. 6,278,936 ("the '936 Patent) are invalid under 35 U.S.C.

§ 102(a) and § 102(b).     Summary adjudication of these claims is proper because

there are no genuine disputes of material fact and Sabre is entitled to judgment as a

matter of law. Fed. R. Civ. P. 56. The undisputed facts show that RLM Software,

Inc., developed, promoted, and sold its *FlightView*® flight-tracking system years

before the priority date of the '936 patent.  This *FlightView*® system contained

each and every limitation of at least Claims 1 and 27 of the '936 patent.  As such,

the *FlightView*® system anticipated those claims.  They are invalid.

151

For these reasons and those set forth more fully in the accompanying (a) memorandum of law, (b) statement of undisputed facts, and (c) appendix of exhibits and testimony, Sabre respectfully request that the Court enter summary judgment in its favor and against the plaintiff, Arrival Star, Inc., that Claims 1 and 27 of the '936 Patent are invalid under 35 U.S.C. § 102(a) and 35 U.S.C. § 102(b).

A proposed order is attached as Exhibit "A."

*Respectfully submitted this __8__ th day of August 2003.*

By: _____

Patrick J. Flinn (Bar No. 264540)
J. Patrick Elsevier (Bar No. 246694)
Cherri T. Gregg (Bar No. 309679)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Erik Paul Belt
John J. Stickevers
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004

Attorneys for Defendant
SABRE INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARRIVAL STAR, INC.,

    Plaintiff,

v.

DELTA AIR LINES, INC., et al.

    Defendants.

CASE NO. 1:02-CV-2543-JOF

## (PROPOSED) ORDER GRANTING DEFENDANT SABRE INC.'S MOTION FOR SUMMARY JUDGMENT THAT CLAIMS 1 & 27 OF THE '936 PATENT ARE INVALID

Having considered Defendant Sabre Inc.'s Motion for Summary Judgment that Claims 1 & 27 of the '936 Patent are Invalid (Sabre's Motion # 1), Defendant Sabre Inc.'s Memorandum of Law and Appendix of Exhibits andTestimony in support thereof and Plaintiff's Brief in Opposition thereto and supporting documents;

GOOD CAUSE APPEARING, Defendant Sabre Inc.'s Motion for Summary Judgment that Claims 1 & 27 of the '936 Patent are Invalid is GRANTED.

Judgment is therefore entered that Claims 1 and 27 of United States Patent No. 6,278,936 ("the '936 Patent) are invalid under 35 U.S.C. § 102(a) and § 102(b).

SO ORDERED, this _____ day of _____ 2003.


_____
J. OWEN FORRESTER
United States District Judge

**ORIGINAL**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ARRIVAL STAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:02-CV 2543-JOF |
| | ) | |
| v. | ) | |
| | ) | |
| DELTA AIR LINES, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### SABRE'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (MOTION # 1) THAT CLAIMS 1 AND 27 OF THE '936 PATENT ARE INVALID

United States Patent No. 6,278,936 ("the '936 patent") claims systems and methods for monitoring a traveling vehicle and displaying its location on a map. Years before the '936 patent was even filed, however, RLM Software, Inc., developed, publicized, and sold a computerized airline flight tracking system that monitors the progress of an airplane and displays its location on a map on a user's computer screen. This flight-tracking system, known as *FlightView®*, contained each and every limitation of at least Claims 1 and 27 of the '936 patent. As such, the *FlightView®* system anticipated those claims under 35 U.S.C. § 102(a) and absolutely bars them under § 102(b). Those claims are invalid.

## INTRODUCTION

RLM Software, Inc., pioneered commercial flight-tracking systems when it introduced its *FlightView®* flight-tracking system to the world in 1990. RLM marketed and sold *FlightView®* throughout the 1990s and installed a working system at Baltimore-Washington International Airport ("BWI") in 1995, where it is still on display as an interactive exhibit for the general public to use and enjoy.

In declarations accompanying this motion, the architects of the *FlightView®* system, Lorraine Flynn and Jim Steinberg, tell the story of how RLM developed, publicized, and sold this system. Brochures, invoices, and other documents corroborate their testimony. This evidence shows that (1) as far back as 1990, the *FlightView®* system contained each and every element of Claims 1 and 27 and (2) RLM extensively and publicly demonstrated and sold *FlightView®* since 1990.

As the axiom of patent law goes, "that which infringes if later anticipates if earlier." The plaintiff, Arrival Star, accuses the *FlightView®* system of infringing Claims 1 and 27. *See* Third Amended Complaint at ¶¶ 91-99. But this accused *FlightView®* system is essentially the same product RLM introduced in 1990, about seven years before the priority date of the '936 patent (March 7, 1996). In other words, the accused *FlightView®* system came <u>earlier</u>, thus anticipating Claims 1 and 27 by many years and rendering those claims invalid.

2

## OVERVIEW OF THE '936 PATENT

The '936 patent issued on August 21, 2001, based on an application filed in the United States Patent & Trademark Office ("PTO") on September 30, 1998.[1] The patent names Martin Kelly Jones as its inventor and is entitled "System and Method for an Advance Notification System of Monitoring and Reporting Proximity of a Vehicle." As the title suggests, the patent claims systems and associated methods for tracking the progress of a vehicle (*e.g.*, a bus, boat, or airplane) and reporting its proximity to a person (the "user") who has requested the status of the vehicle. The "Abstract" on the first page of the patent summarizes this invention in fairly simple terms:

### ABSTRACT

Generally, the present invention monitors and communicates travel data transmitted from vehicles being monitored by the system to users requesting travel information on a particular vehicle. A travel data storage unit receives and stores the travel data. When a user desires to view some or all of this travel data, the user submits a request to a data manager. In response, the data manager retrieves the appropriate information from the travel data stored in the travel data storage unit and transmits this information to the user. The data manager may communicate this information in a variety of mediums and preferably

---

[1] All cited exhibits and testimony are compiled in the accompanying three-volume *Appendix of Exhibits and Testimony Supporting Sabre's Two Motions for Summary Judgment.* A certified copy of the '936 patent appears in Vol. I, Exhibit A. Volumes I-II contain the prosecution history, including parent applications and related patents (Exhs. B-I). Cited testimony and other exhibits appear in Vol. III.

contact information is predefined that enables the data manager to determine which medium is preferable and how to establish communication once the medium is determined.

As seen in this abstract, the system receives "travel data" from a traveling vehicle and stores this data in a "storage unit." A user of the system requests travel data from the "data manager" of the system, which retrieves the requested data from the storage unit and communicates it to the user. In other words, a person asks the computer system, "hey, where is the No. 5 bus?" and the computer system answers back "it's at the corner of Oak and Maple."

The "Summary of the Invention" section of the patent lays out four essential mechanisms for his invention. The first three elements are a "storage mechanism, a data manager, and communication devices." **Exh. A**, '936 Patent at Col. 2, *ll.* 60-61. These basic elements can be implemented as either computer software or hardware. Col. 4., *ll.* 5-7. The storage mechanism receives the travel data transmitted from a vehicle and stores it. The data manager answers requests for travel data from the users, retrieves the requested data (*e.g.*, a vehicle's location) from the storage mechanism, and reports it to the user. Col. 3, *ll.* 1-10. As will be seen, both Claims 1 and 27 require these three basic elements: a storage mechanism, a data manager, and communications devices.

The fourth essential element is a "mapping system." This mapping system transmits a "graphical display" of a map to a user's computer. The user can then determine the proximity of a vehicle simply by viewing the map. Col. 3 at *ll.* 16-18. As shown later in this brief, the inventor did not disclose this mapping system to the PTO until March 7, 1997, which is the priority date for Claims 1 and 27.

Claim 1 is directed to the basic vehicle monitoring system described above:

> 1. A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular location, comprising:
>> a storage mechanism configured to store travel data transmitted from a communications device associated with a vehicle being monitored by said system, said vehicle located at a first remote location;
>> a data manager configured to receive a request from a user and to retrieve travel data associated with said vehicle from said storage mechanism in response to said request;
>> a first communications device configured to transmit a message to a second communications device located at a second remote location, said message based on said travel data retrieved by said data manager and indicative of a proximity of said vehicle from a particular location; and
>> a mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message.

Claim 27 is directed to the method used by the system of Claim 1 to track and report the status of vehicles. Claim 27 appears on the next page.

5

27.    A method for monitoring travel of vehicles and for
reporting a status of vehicles relative to particular locations,
comprising the steps of:

receiving travel data transmitted from a vehicle at a first remote
location;

storing said travel data;

receiving a request from a user located at a second remote
location;

retrieving travel data associated with said vehicle in response to
said request;

forming a message corresponding with said travel data retrieved
in said retrieving step and indicating, via said message, a
proximity of said vehicle from a particular location;

transmitting said message to a communications device
associated with said user;

generating mapping data based on said travel data retrieved in
said retrieving step, said mapping data defining a graphical
map that indicates said proximity of said one vehicle from
said particular location; and

including said mapping data in said message.

These claims do not require any particular gadget, hardware, circuit design,

or software code.  Indeed, Arrival Star's attorney admitted that his client "did not

claim to that level of detail."  Appendix Vol. III, **Exh. J**, Transcript of Motions

Hearing on July 9, 2003 at 9.  Rather, "any computer system or any computer

station that is put together" can meet the claims.  *Id.*  As this Court observed, and

as Arrival Star agreed, the inventor, Mr. Jones, did not invent any gadgets but

rather assumed "the existence of hardware and software that can perform the

functions once they are assembled in the way that he outlines."  *Id.* at 8.

6

As this Court will see in the next few pages, RLM put together computer hardware and software that anticipated the claimed system and method described above. And RLM did so <u>years before</u> Mr. Jones applied for his patent.

### UNDISPUTED MATERIAL FACTS
### PROVING THAT RLM INVENTED THE PATENTED
### VEHICLE TRACKING SYSTEM AND METHOD FIRST

**A.     RLM Pioneers the Commercial Flight-Tracking System (1988-90)**

Lorraine Flynn is the president of RLM Software, Inc., of Boston, Massachusetts.   She founded RLM in 1981 after several years spent developing and deploying transportation and vehicle tracking software for the Volpe National Transportation Systems Center, which is the R&D arm of the Department of Transportation.   Over the last twenty-five years, Lorraine has gained hands-on experience building automated flight-tracking systems. For example, Lorraine helped develop components of the Enhanced Traffic Management System used by air traffic managers around the country.   She is also a co-inventor of a patent for a system and method of estimating flight delays.   *See* Appendix Vol. III, **Exh. K**, Declaration of Lorraine M. Flynn ("Flynn Decl.") at ¶¶ 1-2, 9-12.

Jim Steinberg is RLM's vice president and helped build *FlightView®*.   Like Lorraine, Jim had years of experience building air traffic management systems for the Federal Aviation Administration ("FAA").   In particular, Jim helped invent the

Aircraft Situation Display ("ASD") data feed, which the FAA uses for its flight-tracking systems and, as will be seen, is the foundation of RLM's *FlightView®* system. Jim is also a co-inventor of RLM's delay estimation patent. *See* Appendix Vol. III, **Exh. L**, Declaration of James Steinberg ("Steinberg Decl.") at ¶¶ 1-6.

RLM began developing a commercial flight-tracking system in about 1988 or 1989. As stated above, both Lorraine Flynn and Jim Steinberg had experience building flight-tracking systems and related technology for the Volpe Center and the FAA and thus understood the basic concepts and technology. They also foresaw that the airline industry would soon demand real-time flight tracking systems using the recently developed ASD data feed. Indeed, Jim had noted great interest from airline executives in an ASD-based system and told this to Lorraine, whom he knew from their work on flight-tracking projects for the Volpe Center. After conducting market research to confirm demand for a commercial flight-tracking product, Lorraine began writing the initial computer code for what became the *FlightView®* system. When Jim joined RLM in 1989, he also helped design the system and write the computer code. RLM completed development of *FlightView®* in late 1989. *See* Flynn Decl. at ¶¶ 11-16; Steinberg Decl. at ¶¶ 6-7.

**B.    The Technology Behind the *FlightView*® System and Method**

Here is how the *FlightView*® system worked in 1990 and still works today. RLM receives real-time flight data (for example, position and speed) for each commercial flight over North America. This data comes from transponders located on the aircraft. The FAA collects the transponder data, adds radar and other information, and supplies it to RLM. This data feed is known in the aviation industry as "ASDI," which stands for Aircraft Situation Display for Industry. RLM processes this data and stores it in the *FlightView*® database. A user can then request the status of any commercial flight from *FlightView*® system, which sends to the user's computer screen a map showing the current position, route, and expected arrival time of the flight. Flynn Decl. at ¶¶ 4-5.

A flow diagram of the *FlightView*® system as it existed in 1990, throughout the years, and even today looks like this:



As seen in the diagram, the flight data comes from airplane transponders and is ultimately transmitted (in the form of ASDI) to RLM.  Flynn Decl. at ¶¶ 19-20. This data feed is the first element of Claims 1 and 27.  The *FlightView®* system also has all of the other steps and components of those claims:

### 1.    A "Storage Mechanism"

An RLM software module known as the "KERNAL" receives the ASDI data, stores it, and formulates a subset of this data into a table.  This table contains the most recent flight tracking information, updated every three minutes, and is known as "FlightTable" (labeled "FT" in the diagram).  The KERNAL module then shares this "FT" data with the other main software module of the *FlightView®* system, known as the "FlightView Tool Kit" ("FVTK" in the diagram).  *Id*. at ¶ 21.

### 2.    A "Data Manager"

The FVTK module controls three major functions: request handling, mapping, and output.  The FVTK Request Handler, depicted as the top box on the right in the above diagram, receives a user's request for the status of a particular flight and queries the FlightTable database for the information.  *Id*. at ¶ 22.

### 3.    "Communications Devices"

The *FlightView®* system also includes means for communicating with an end-user (depicted as "C1" and "C2" in the diagram).   In practice, one

communication device is the user's PC or computer terminal (and its associated communications hardware, such as a modem). The other communications device is the *FlightView®* file server and its communications hardware. *Id.* at ¶ 23.

### 4.    A "Mapping System"

The final components of the system are FVTK Output and FVTK Mapping modules. FVTK Output delivers the text and map to the user's computer terminal. FVTK Mapping formats the flight status information into a graphical map for display on the user's computer screen. *Id.* at 24.

* * *

In operation, the end-user requests information on a particular flight. That request is sent through the communication devices. The FVTK Request Handler receives the request and retrieves the necessary information from the FlightTable database. The FVTK Mapping routine then formats the information into a map showing the position, arrival time, and other information about the requested flight. The FVTK Output routine *sends the map display back to the user via the* communications devices. The user now has a map plotting the flight's proximity to a particular location, such as to the user or to the destination airport. *Id.* at ¶ 26.

The *FlightView®* flight-tracking system sold today, such as the one that Sabre provides on its *Virtually There®* web site, employs the same basic system

11

architecture, design, and even underlying software source code that the *FlightView®* system used as far back as 1990 and as described above. While computer and network technology has changed since 1990, the system and method of the *FlightView®* product have not changed. *Id.* at ¶¶ 3, 8, 25.

The claim charts on pp. 13-16 of Ms. Flynn's declaration (**Exh. K**) show the one-to-one correspondence between the above-described *FlightView®* features (as they existed in 1990) and each limitation of Claims 1 and 27.[2]

## C.   RLM Introduces *FlightView®* to the World, September 1990

RLM began marketing its flight-tracking system in about November 1989, when it wrote letters to regional airlines, such as Air Wisconsin, introducing them to the system then known as "FasTrack." *See* Flynn Decl. at ¶ 17 and Exh. 5.[3]

But the *FlightView®* system's public debut was really September 17-21, 1990, at Hynes Auditorium in Boston. That was the date of an important airline industry tradeshow known as the ATCA Conference (ATCA stands for Air Traffic Controllers Association). RLM manned a booth at this conference and there

---

[2]   RLM has archive copies of *FlightView®* software modules from 1993-94, further confirming the system's antiquity. Flynn Decl. at ¶ 25 and Exh. 6.

[3]   RLM has two U.S. trademark registrations claiming use of the *FlightView®* mark since January 2, 1990. Flynn Decl. at ¶¶ 17-18. These registrations further confirm that RLM has been marketing its system since 1990.

demonstrated a working model of the *FlightView®* system.   Conference visitors could actually request that status of a flight and see its location plotted on a map on the computer screen.  Flynn Decl. at ¶ 29.

Invoices and other documents confirm that RLM manned a booth and demonstrated *FlightView®* at this ATCA Conference.  *See* Flynn Decl. at ¶¶ 30-31 and Exhs. 7-10.  In particular, RLM handed out to the ATCA visitors a color brochure touting the *FlightView®* system.  This brochure (Exh. 8) bears the date "8/90."  That date is further corroborated by an invoice (Exh. 9) dated September 17, 1990, from the printer who printed 500 color copies.  This 1990 brochure alone describes each and every limitation of Claims 1 and 27.  *See* Flynn Decl. at ¶¶ 31-33; Steinberg Decl. at ¶ 8.  For example, the claim chart below shows the one-to-one correspondence between the features of the *FlightView®* system, as described in this brochure, and the limitations of Claim 1:

| Claim Elements | Description in *FlightView* Brochure |
|---|---|
| **Claim 1.**   A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular location, comprising: | "The *FlightView* system lets you follow your flights using the most pertinent information."<br><br>FlightView provides "real-time flight position information" |

| | |
|---|---|
| a storage mechanism configured to store travel data transmitted from a communications device associated with a vehicle being monitored by said system, said vehicle located at a first remote location; | "On-line storage and retrieval of all flight-related data received by the *FlightView* system." <br><br> "Transmitting FAA data to your computer" |
| a data manager configured to receive a request from a user and to retrieve travel data associated with said vehicle from said storage mechanism in response to said request; | "On-line storage and retrieval of all flight-related data received by the *FlightView* system." <br><br> "Permitting airline applications to request flight data" |
| a first communications device configured to transmit a message to a second communications device located at a second remote location, said message based on said travel data retrieved by said data manager and indicative of a proximity of said vehicle from a particular location; and | "Electronic mail between workstations . . . Transmitting FAA data to your computer." <br><br> "electronically inform flight scheduling and customer service of any changes in flight plans" |
| A mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message. | "Graphic display of maps, airway route structures . . . and flight routes." <br><br> Photo of a map (as it actually appeared on a computer screen) displaying the location of flights over New England <br><br> FlightView provides "real-time flight position information" |

After the ATCA Conference, RLM continued to publicize *FlightView®* and market it to potential customers. RLM also demonstrated the *FlightView®* system to various airlines and the FAA. *See* Flynn Decl. at ¶¶ 33-34 and Exh. 11.

### D.    *FlightView®* at RAA Spring Meeting, April 1993

On April 26, 1993, Jim Steinberg spoke at the Regional Airline Association (RAA) spring meeting at the Washington Hilton and Towers Hotel in Washington D.C., and there demonstrated the *FlightView®* system.   About twenty airline executives attended Jim's presentation.  Jim showed overhead slides describing the benefits and operation of the *FlightView®* system in detail.   In particular, Jim showed color slides of the screens a user would see when using the system to track a flight.  These slides show, for example, a map plotting the location and proximity of a requested airline flight.  As Jim explains, and as the preserved overhead slides demonstrate,  Jim  described  each  and  every  limitation  of  Claims  1  and  27, including  a storage mechanism, a data manager, communications devices, and a mapping system. *See* Steinberg Decl. at 9-14 and Exhs. 1-3 to his declaration.

### E.    *FlightView®* Exhibit at BWI, 1994-1995

In  1993, Baltimore-Washington Int'l Airport ("BWI") began  planning  an interactive exhibit hall for the new observation lounge it was building.  The exhibit planners contacted RLM about installing *FlightView®* as an interactive exhibit for

the travelers and tourists visiting the exhibit hall.   In September 1994, RLM sold a *FlightView®* system to the contractor building the exhibit hall.   RLM delivered and installed the system in May 1995.   *See* Flynn Decl. at ¶¶ 36-41 and Exhs. 12-17 (exhibit specifications, purchase order, delivery invoice, and press release).

As seen in the storyboards and blueprints attached to Ms. Flynn's declaration (Exhs. 12, 14, and 15), this *FlightView®* exhibit allows visitors to request information on a particular flight (perhaps the one they have come to the airport to meet), and to see its proximity to BWI plotted on a map shown on an overhead screen.   This system, which is still on exhibit at BWI today, had a storage mechanism, data manager, communication devices, mapping system, and all other elements of Claims 1 and 27.   *See* Flynn Decl. at ¶¶ 39-41.

**F.     Others Sales of *FlightView®*, 1995-96**

RLM continued to promote and sell *FlightView®* over the next few years. In late 1995, for example, RLM offered the *FlightView®* system to America West Airlines.   The proposal that RLM sent to America West (and dated December 7, 1995) details the components and operation of the *FlightView®* system and, in particular, describes the use of a storage mechanism, data manager, communications devices, and a graphical mapping system. Flynn Decl. at ¶¶ 42-43

and Exh. 19.  By way of letter of February 28, 1996, America West purchased the system and, soon after, signed a license agreement.  *Id.* at ¶ 44 and Exhs. 20-21.

At about the same time, on March 5, 1996, RLM signed a memorandum of understanding to provide *FlightView®* to USWest Interactive Services, Inc., developer of a travel-related web site called TheTrip.com.   TheTrip.com used *FlightView®* much as Sabre does today—it provided access to the *FlightView®* flight-tracking service on its public web site.  A user could request the status of a flight, displayed on a map, simply by entering the flight number and airline at the relevant prompts on the web page.  Many people used this system.  In November 1996, for example, TheTrip.com received 31,042 flight status requests through this *FlightView®* system.  *See* Flynn Decl. at ¶¶ 45-46 and Exhs. 22-23.

## G.    Priority Date of Claims 1 and 27

The '936 patent claims priority to an application filed in the PTO on May 18, 1993.  *See* Appendix Vol. I, **Exh. A**, '936 patent (under "Related U.S. Application Data").  But the '936 patent, which resulted from a chain of "continuation-in-part" patent applications, can really claim priority only to March 1997, when the claimed mapping system first appears in the prosecution history. Until then, the named inventor, Mr. Jones, never claimed nor disclosed in any of his patent applications the mapping system integral to Claims 1 and 27.

As seen above, Lorraine Flynn has years of experience in the aviation industry and, in particular, designing and building vehicle-tracking systems. She is also an inventor of a patent in this field.   She is thus familiar with the developments in the industry since the late 1970s and can speak to the understanding of "one of ordinary skill in the art" of vehicle tracking systems during the 1990s, when Mr. Jones prosecuted his patent.   Lorraine reviewed the prosecution history of the '936 patent, including each application in its chain of priority, and concluded that, to one of ordinary skill, Mr. Jones never mentioned nor suggested the mapping system until he filed the provisional application on March 7, 1997.   That application is the first to disclose a mapping system. *See* Flynn Decl. at ¶¶ 47-60 and Exhs. B-I (prosecution history of '936 patent).

## ARGUMENT

Years before Mr. Jones applied for the '936 patent, RLM developed, promoted, and sold the *FlightView*® system, which contained each and every limitation of at least Claims 1 and 27 of the '936 patent.  Thus, under 35 U.S.C. § 102(a), the *FlightView*® system anticipated those claims and renders them invalid. Moreover, the *FlightView*® system was described in a printed publication, placed on sale, and used in public more than one year before the priority date of the '936 patent, thus barring Claims 1 and 27 under 35 U.S.C. § 102(b).

## I.   *FLIGHTVIEW®* ANTICIPATED THE ASSERTED CLAIMS

To be patentable, a claimed invention must be new—the named inventor must be the first to conceive it.  An aspiring patentee is not entitled to a patent for the claimed invention when

> (a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent . . .

35 U.S.C. § 102(a).  In patent jargon, technology that was known, used, patented, or published first is said to "anticipate" the invention later claimed in the patent at issue.  The earlier technology is known as "prior art." The anticipated invention is invalid for lack of novelty.  *Brown v. 3M*, 265 F.3d 1349, 1351 (Fed. Cir. 2001) (affirming summary judgment of invalidity)

Prior art anticipates the claimed invention if it explicitly or inherently discloses each and every limitation (*i.e.*, element or term) of the claim at issue. *Telemac Cellular Corp. v. Topp Telecom, Inc.*, 247 F.3d 1316, 1327 (Fed. Cir. 2001) (affirming summary judgment that claims were anticipated).  Anticipation is a question of fact requiring proof by clear and convincing evidence.  But a court may grant summary judgment that the claims are anticipated--and thus invalid-- when there is no genuine dispute of material fact.  That is, when there is no question that the prior art reference reveals each claim limitation.  *Id.*

19

In this case, RLM's *FlightView®* system, which was promoted and sold in the early 1990s, contained each and every element of at least Claims 1 and 27. The claim charts on pp. 13-16 of Lorraine Flynn's declaration show the one-to-one correspondence between the features of the *FlightView®* system and each claim limitation. The documents attached to Lorraine's declaration (and to Jim Steinberg's) corroborate her testimony. Indeed, the *FlightView®* brochure handed out at the ATCA Conference (Exh. 8) alone demonstrates the one-to-one correspondence between *FlightView®* and the claims. Thus, the *FlightView®* system anticipated the system of Claims 1 and the method of Claim 27.

Moreover, as the saying goes, "that which infringes if later anticipates if earlier." *Brown*, 265 F.3d at 1352. Here, Arrival Star alleges that the *FlightView®* system, as currently used in Sabre's *Virtually There®* Flight Tracker service, infringes Claims 1 and 27 of the '936 patent. *See* Third Amended Complaint at ¶¶ 91-99. In doing so, Arrival Star concedes anticipation because the same *FlightView®* system accused of infringement today was publicly known and used years before the priority date of the '936 patent. That is, the earlier embodiments of *FlightView®* contain the same features (*e.g.*, a data manager, storage mechanism, communication devices, and a mapping system) as the currently accused version. If the current *FlightView®* truly does infringe Claims 1 and 27,

20

then its predecessors certainly anticipate those claims. *See, e.g., Herman v. William Brooks Shoe Co.*, No. 95 Civ. 1324(PKL), 2000 WL 52468 (S.D. N.Y., Jan. 24, 2000) (granting summary judgment that patent claim was anticipated).

Finally, although the '936 patent enjoys a presumption of validity, 35 U.S.C. § 282, that presumption is easier to overcome in this case because the PTO did not consider RLM's *FlightView®* system when it examined the patent. The *FlightView®* system is not cited anywhere in the '936 patent. *See* **Exh. A**. As such, Sabre has met its burden of proof. *See Alco Standard Corp. v. Tennessee Valley Auth.*, 808 F.2d 1490, 1497 (Fed. Cir. 1986) ("existence of such uncited prior art . . . makes it easier for the party challenging the validity of the patent to carry his burden of proof").

## II.  THE ON-SALE/PUBLIC USE BAR INVALIDATES THE CLAIMS

An invention is not patentable if it were "described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States." 35 U.S.C. § 102(b). Whether claims are barred under § 102(b) is a question of law based on underlying facts proven by clear and convincing evidence. *Netscape Communications Corp. v. Konrad*, 295 F.3d 1315, 1320 (Fed. Cir. 2002) (affirming summary judgment that claims are invalid under the on-sale bar).

Under § 102(b), a "public use" sufficient to bar a claim includes "any use of [the claimed] invention by a person other than the inventor who is under no limitation, restriction or obligation of secrecy to the inventor." *Netscape*, 295 F.3d at 1320. Demonstration of the claimed invention at a trade show more than one year before the patent's priority date constitutes an invalidating public use. *See, e.g., Construction Specialties, Inc. v. Arden Architectural Specialties, Inc.*, 20 U.S.P.Q.2d 1874, 1876 (D. Minn. 1991) (granting summary judgment barring claims under 102(b) because patented floor mat was displayed at trade show); *Electro-Nucleonics, Inc. v. Mossinghoff*, 593 F. Supp. 125, 128 (D.D.C. 1984) (demonstration of patented blood analyzer device at trade show was a public use).

In this case, RLM demonstrated the *FlightView®* system at the ATCA Conference (an industry trade show) in September 1990, years before Mr. Jones even filed his patent applications. Jim Steinberg's presentation on *FlightView®* at the RAA Spring Meeting in April 1993 also qualifies as a public use, as does the installation of the *FlightView®* system at BWI in 1995.

Moreover, the claimed invention was "described in a printed publication," which also bars the claims under 102(b). RLM handed out the *FlightView®* brochure (Exh. 8) at the ATCA Conference. As seen in the claim chart on pp. 13-14 of this brief, this printed brochure alone describes the claimed inventions.

RLM also placed a working *FlightView®* system "on sale" in the early 1990s. An invention is "on sale" if it was the "subject of a commercial offer for sale" before the "critical date" and was "ready for patenting" then (*i.e.*, it was reduced to practice). *Pfaff v. Wells Electronics, Inc.*, 525 U.S. 55, 67 (1998). In this case, RLM offered the *FlightView®* system for sale throughout the early 1990s, as shown by the marketing materials and, indeed, purchase orders from that period. Not only did RLM offer *FlightView®* for sale, it actually <u>sold</u> working systems to BWI (Sept. 1994), to America West (Feb. 1996), and to The Trip.com (March 5, 1996). *See* Flynn Decl. at ¶¶ 34-46 and supporting exhibits. All of these sales and offers for sale occurred before the critical date, which is March 7, 1996.

More specifically, the '936 patent resulted from a string of continuation-in-part ("CIP") applications.[4]  To be entitled to claim priority to the filing date of a "parent" application, the invention claimed in a CIP application must be fully described in the parent application. 35 U.S.C. § 120; *Studiengesellschaft Kohle, M.b.H v. Shell Oil Co.*,112 F.3d 1561, 1564 (Fed. Cir. 1997) (affirming summary

---

[4] A CIP application repeats technology disclosed in an earlier "parent" application but also adds new matter not disclosed before. *See Augustine Medical Inc. v. Gaymar Indus., Inc.*, 181 F.3d 1291, 1302 (Fed. Cir. 1999). The "critical date" for purposes of § 102(b) is exactly one year before the priority date. Any public use or sale even one day before that critical date bars the claims at issue.

23

judgment of invalidity because the claims were not entitled to the priority date of the parent application and thus could not avoid prior art). The parent application must describe the claimed features such that one of ordinary skill would understand that the inventor had "possession" of each feature at the time, consistent with the "written description" requirement of 35 U.S.C. § 112, ¶ 1. *Studiengesellschaft,* 112 F.3d at 1564.

In this case, the first disclosure of claimed mapping system does not appear until the provisional application filed on March 7, 1997. All earlier applications in the chain of priority fail to disclose a mapping system to one of ordinary skill. Flynn Decl. at ¶¶ 47-60. Therefore, the "critical date" for purposes of this statutory bar is no earlier than March 7, 1996, one year before the priority date.

As seen above, RLM's *FlightView®* system was placed on sale and in public use before March 7, 1996. Even if, for the sake of argument, the priority date is May 18, 1993, when the first patent application in the chain of priority was filed, then there is still an on-sale/public use bar. RLM placed *FlightView®* on sale and publicly used it at the ATCA Conference in 1990, well before the (dubious) critical date of May 18, 1992.

## CONCLUSION

Because RLM publicly demonstrated, promoted, and sold its *FlightView®* system before the critical date, and because that system anticipated each and every element of Claims 1 and 27 of the '936 patent, those claims are invalid and barred.

### Type and Format Requirements

Pursuant to LR 7.1D, the undersigned certifies that this memorandum has been prepared in Times New Roman 14-point font, as authorized by LR 5.1B.

*Respectfully submitted this 8th day of August 2003.*

By:_____
Patrick J. Flinn (Bar No. 264540)
J. Patrick Elsevier (Bar No. 246694)
Cherri T. Gregg (Bar No. 309679)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Erik Paul Belt
John J. Stickevers
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004

Attorneys for Defendant
SABRE INC.

25

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| ARRIVAL STAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:02-CV 2543-JOF |
| | ) | |
| v. | ) | |
| | ) | |
| DELTA AIR LINES, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## LOCAL RULE 56.1B
## STATEMENT OF UNDISPUTED MATERIAL FACTS SUPPORTING
## SABRE INC.'S MOTION FOR SUMMARY JUDGMENT (MOTION # 1)
## THAT CLAIMS 1 & 27 OF THE '936 PATENT ARE INVALID

In support of its motion for summary judgment that Claims 1 and 27 of the '936 patent are invalid, and as required by LR 56.1B, Sabre Inc. offers the following undisputed material facts:

### A.    The '936 Patent

1.    United States Patent No. 6,278,936 ("the '936 patent") issued on August 21, 2001, based on an application filed in the United States Patent & Trademark Office ("PTO") on September 30, 1998. The patent names Martin Kelly Jones as its inventor and is entitled "System and Method for an Advance Notification System of Monitoring and Reporting Proximity of a Vehicle."

2.     The "Summary of the Invention" section of the patent lays out four

essential mechanisms for his invention.   The first three elements are a "storage

mechanism, a data manager, and communication devices."  **Exh. A,** '936 Patent at

Col. 2, *ll.* 60-61. [1]  These basic elements can be implemented as either computer

software or hardware.  Col. 4., *ll.* 5-7. The storage mechanism receives the travel

data transmitted from a vehicle and stores it.  The data manager answers requests

for travel data from the users, retrieves the requested data (*e.g.,* a vehicle's

location) from the storage mechanism, and reports it to the user. Col. 3, *ll.* 1-10.  .

3.     The fourth essential element is a "mapping system."  This mapping

system transmits a "graphical display" of a map to a user's computer.  The user can

then determine the proximity of a vehicle simply by viewing the map.  Col. 3 at *ll.*

16-18.

---

[1]  All cited exhibits and testimony are compiled in the accompanying three-
volume *Appendix of Exhibits and Testimony Supporting Sabre's Two Motions for
Summary Judgment.* A certified copy of the '936 patent appears in Vol. I, Exhibit
A. Volumes I-II contain the prosecution history, including parent applications and
related patents (Exhs. B-I).  Cited testimony and other exhibits appear in Vol. III.

4.    Claim 1 is directed to the basic vehicle monitoring system described

above:

1. A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular location, comprising:

a storage mechanism configured to store travel data transmitted from a communications device associated with a vehicle being monitored by said system, said vehicle located at a first remote location;

a data manager configured to receive a request from a user and to retrieve travel data associated with said vehicle from said storage mechanism in response to said request;

a first communications device configured to transmit a message to a second communications device located at a second remote location, said message based on said travel data retrieved by said data manager and indicative of a proximity of said vehicle from a particular location; and

a mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message.

5.    Claim 27 is directed to the method used by the system of Claim 1 to

track and report the status of vehicles.  Claim 27 appears on the next page.

27.   A method for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising the steps of:

receiving travel data transmitted from a vehicle at a first remote location;

storing said travel data;

receiving a request from a user located at a second remote location;

3

retrieving travel data associated with said vehicle in response to said request;

forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said vehicle from a particular location;

transmitting said message to a communications device associated with said user;

generating mapping data based on said travel data retrieved in said retrieving step, said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location; and

including said mapping data in said message.

6.    Arrival Star admits that the inventor, Mr. Jones, did not claim in his patent any particular hardware or but rather assumed "the existence of hardware and software that can perform the functions once they are assembled in the way that he outlines." **Exh. J**, Transcript of Motions Hearing on July 9, 2003, at 8-10.

**B.    RLM Pioneers the Commercial Flight-Tracking System (1988-90)**

7.    Lorraine Flynn is the president of RLM Software, Inc., of Boston, Massachusetts.   She founded RLM in 1981 after several years spent developing and deploying transportation and vehicle tracking software for the Volpe National Transportation Systems Center, which is the R&D arm of the Department of Transportation.   Over the last twenty-five years, Lorraine has gained hands-on experience building automated flight-tracking systems. For example, Lorraine helped develop components of the Enhanced Traffic Management System used by air traffic managers around the country.   She is also a co-inventor of a patent for a

4

system and method of estimating flight delays. *See* Appendix Vol. III, **Exh. K**, Declaration of Lorraine M. Flynn ("Flynn Decl.") at ¶¶ 1-2, 9-12.

8.     Jim Steinberg is RLM's vice president and helped build *FlightView®*. Like Lorraine, Jim had years of experience building air traffic management systems for the Federal Aviation Administration ("FAA"). In particular, Jim helped invent the Aircraft Situation Display ("ASD") data feed, which the FAA uses for its flight-tracking systems and, as will be seen, is the foundation of RLM's *FlightView®* system. Jim is also a co-inventor of RLM's delay estimation patent. *See* Appendix Vol. III, **Exh. L**, Declaration of James Steinberg ("Steinberg Decl.") at ¶¶ 1-6.

9.     RLM began developing a commercial flight-tracking system in about 1988 or 1989. Both Lorraine Flynn and Jim Steinberg developed this system and wrote the  computer code for what became the *FlightView®* system. RLM completed development of *FlightView®* in late 1989. *See* Flynn Decl. at ¶¶ 11-16; Steinberg Decl. at ¶¶ 6-7.

**C.     The Technology Behind the *FlightView®* System and Method**

10.     Here is how the *FlightView®* system worked in 1990 and still works today. RLM receives real-time flight data (for example, position and speed) for each commercial flight over North America. This data comes from transponders

located on the aircraft. The FAA collects the transponder data, adds radar and other information, and supplies it to RLM. This data feed is known in the aviation industry as "ASDI," which stands for Aircraft Situation Display for Industry. RLM processes this data and stores it in the *FlightView*® database. A user can then request the status of any commercial flight from *FlightView*® system, which sends to the user's computer screen a map showing the current position, route, and expected arrival time of the flight. Flynn Decl. at ¶¶ 4-5.

11.   A flow diagram of the *FlightView*® system as it existed in 1990, throughout the years, and even today looks like this:



12.   The flight data comes from airplane transponders and is ultimately transmitted (in the form of ASDI) to RLM. Flynn Decl. at ¶¶ 19-20.

13.    An RLM software module known as the "KERNAL" receives the ASDI data, stores it, and formulates a subset of this data into a table. This table contains the most recent flight tracking information, updated every three minutes, and is known as "FlightTable" (labeled "FT" in the diagram). The KERNAL module then shares this "FT" data with the other main software module of the *FlightView*® system, known as the "FlightView Tool Kit" ("FVTK" in the diagram). *Id.* at ¶ 21.

14.    The FVTK module controls three major functions: request handling, mapping, and output. The FVTK Request Handler, depicted as the top box on the right in the above diagram, receives a user's request for the status of a particular flight and queries the FlightTable database for the information. *Id.* at ¶ 22.

15.    The *FlightView*® system also includes means for communicating with an end-user (depicted as "C1" and "C2" in the diagram). In practice, one communication device is the user's PC or computer terminal (and its associated communications hardware, such as a modem). The other communications device is the *FlightView*® file server and its communications hardware. *Id.* at ¶ 23.

16.    The final components of the system are FVTK Output and FVTK Mapping modules. FVTK Output delivers the text and map to the user's computer

7

terminal. FVTK Mapping formats the flight status information into a graphical map for display on the user's computer screen. *Id.* at 24.

17. In operation, the end-user requests information on a particular flight. That request is sent through the communication devices. The FVTK Request Handler receives the request and retrieves the necessary information from the FlightTable database. The FVTK Mapping routine then formats the information into a map showing the position, arrival time, and other information about the requested flight. The FVTK Output routine sends the map display back to the user via the communications devices. The user now has a map plotting the flight's proximity to a particular location, such as to the user or to the destination airport. *Id.* at ¶ 26.

18. The *FlightView®* flight-tracking system sold today, such as the one that Sabre provides on its *Virtually There®* web site, employs the same basic system architecture, design, and even underlying software source code that the *FlightView®* system used as far back as 1990 and as described above. While computer and network technology has changed since 1990, the system and method of the *FlightView®* product have not changed. *Id.* at ¶¶ 3, 8, 25.

19. RLM has saved archive copies of *FlightView®* software modules from 1993-94. *Id.* at ¶ 25 and Exh. 6.

20.   The claim charts below show the one-to-one correspondence between the above-described *FlightView*® features (as they existed in 1990) and each limitation of Claims 1 and 27:

| U.S. Pat. No. 6,278,936 Claim 1 | *FlightView*® Module |
|---|---|
| **1.**   A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular location, comprising: | The *FlightView*® system monitors the travel of commercial aircraft and reports on the position, speed, estimated arrival time, and other flight status information. |
| a storage mechanism configured to store travel data transmitted from a communications device associated with a vehicle being monitored by said system, said vehicle located at a first remote location; | KERNAL module receives ASDI flight information originating from aircraft transponders and stores it.   KERNAL then creates and updates the FlightTable database.   This database is stored on RLM's computer system. |
| a data manager configured to receive a request from a user and to retrieve travel data associated with said vehicle from said storage mechanism in response to said request; | FVTK Request Handler receives the user's request and retrieves the flight tracking information from the FlightTable database. |
| a first communications device configured to transmit a message to a second communications device located at a second remote location, said message based on said travel data retrieved by said data manager and indicative of a proximity of said vehicle from a particular location; and | C1 and C2 are the communications devices.   These devices may be, for example, modems or Internet cards associated with a PC or computer workstation.<br><br>The FVTK Output module formats and sends the message to the user. |

| A mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message. | The FVTK Mapping module formats the flight status information into a map (for example, of the entire United States or of region of the country, such as New England). Today, the map is typically formatted as an html web page sent over the Internet, but the map could also be a GIF file or other format. This map shows the proximity of the aircraft to the user. That is, the map displays the location, speed, and estimated time of arrival of the aircraft. |

| Claim Elements | The *FlightView*® system |
|---|---|
| **Claim 27.** A method for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising the steps of: | The *FlightView*® system monitors the travel of commercial aircraft and reports on the position, speed, estimated arrival time, and other flight status information. |
| receiving travel data transmitted from a vehicle at a first remote location: | KERNAL receives ASDI flight information on aircraft (from aircraft transponders). |
| storing said travel data; | KERNAL creates a database of that fight information and stores it on RLM's computer servers. In particular, the KERNAL creates and regularly updates the FlightTable database. |
| receiving a request from a user located at a second remote location; | FVTK Request Handler receives the user's request. |
| retrieving travel data associated with said vehicle in response to said request; | After receiving the request, FVTK Request Handler queries the FlightTable database and retrieves the requested flight status information. |

10

| | |
|---|---|
| forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said vehicle from a particular location; | FVTK Output prepares the flight status information (which indicates the speed, position, and estimated arrival time and thus the proximity of the airplane) for transmission in the appropriate format. |
| transmitting said message to a communications device associated with said user; | FVTK Output sends the flight information to the user via C1 and C2. |
| generating mapping data based on said travel data retrieved in said retrieving step, said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location; and | The FVTK Mapping module generates a map of the appropriate geographic region and displays the position of the flight, along with other status information, letting the user know the flight's proximity. |
| including said mapping data in said message. | FVTK Output sends the map display (for example, in the form of a GIF file or html web page) to the user. |

Flynn Decl. at ¶ 27-28.


**D.   RLM Introduces *FlightView*® to the World, September 1990**

21.   RLM began marketing its flight-tracking system in about November 1989, when it wrote letters to regional airlines, such as Air Wisconsin, introducing them to the system then known as "FasTrack." *See* Flynn Decl. at ¶ 17 and Exh. 5.

22.   The *FlightView*® system's public debut was September 17-21, 1990, at Hynes Auditorium in Boston. That was the date of an important airline industry tradeshow known as the ATCA Conference (ATCA stands for Air Traffic

Controllers Association).   RLM manned a booth at this conference and there

demonstrated a working model of the *FlightView*® system.   Conference visitors

could actually request that status of a flight and see its location plotted on a map on

the computer screen.  Flynn Decl. at ¶ 29.

23.   RLM handed out to the ATCA visitors a color brochure touting the

*FlightView*® system.  This brochure (Exh. 8) bears the date "8/90."  The printer of

this brochure issued an invoice (Exh. 9) dated September 17, 1990, for 500 color

copies.  *See* Flynn Decl. at ¶¶ 31-33; Steinberg Decl. at ¶ 8.

24.   The claim chart below shows the one-to-one correspondence between

the features of the *FlightView*® system, as described in this brochure (Exh. 8), and

the limitations of Claims 1 and 27:

| Claim Elements | Description in *FlightView* Brochure |
|---|---|
| **Claim 1.**   A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular location, comprising: | "The ***FlightView*** system lets you follow your flights using the most pertinent information. "<br><br>FlightView provides "real-time flight position information" |
| a storage mechanism configured to store travel data transmitted from a communications device associated with a vehicle being monitored by said system, said vehicle located at a first remote location; | "On-line storage and retrieval of all flight-related data received by the ***FlightView*** system."<br><br>"Transmitting FAA data to your computer" |

| | |
|---|---|
| a data manager configured to receive a request from a user and to retrieve travel data associated with said vehicle from said storage mechanism in response to said request; | "On-line storage and retrieval of all flight-related data received by the *FlightView* system." <br><br> "Permitting airline applications to request flight data" |
| a first communications device configured to transmit a message to a second communications device located at a second remote location, said message based on said travel data retrieved by said data manager and indicative of a proximity of said vehicle from a particular location; and | "Electronic mail between workstations . . . Transmitting FAA data to your computer." <br><br> "electronically inform flight scheduling and customer service of any changes in flight plans" |
| A mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message. | "Graphic display of maps, airway route structures . . . and flight routes." <br><br> Photo of a map (as it actually appeared on a computer screen) displaying the location of flights over New England <br><br> FlightView provides "real-time flight position information" |


| | |
|---|---|
| **Claim 27.** A method for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising the steps of: | "The *FlightView* system lets you follow your flights using the most pertinent information. All relevant data is retrieved through your airline's network and displayed on a single screen." <br><br> FlightView provides "real-time flight position information" |

| | |
|---|---|
| receiving travel data transmitted from a vehicle at a first remote location: | "On-line storage and retrieval of all flight-related data received by the *FlightView* system." |
| storing said travel data; | "On-line storage and retrieval of all flight-related data" |
| Receiving a request from a user located at a second remote location; | "Allowing public access to arrival and departure information . . . Permitting airline applications to request flight data" |
| retrieving travel data associated with said vehicle in response to said request; | "On-line storage and retrieval of all flight-related data received by the *FlightView* system." |
| forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said vehicle from a particular location; | The *FlightView* system lets you follow your flights using the most pertinent information.   All relevant data is retrieved through your airline's network and displayed on a single screen." |
| transmitting said message to a communications device associated with said user; | "Transmitting FAA data to your computer" |
| generating mapping data based on said travel data retrieved in said retrieving step, said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location; and | Photo of a map (as it actually appeared on a computer screen) displaying the location of flights over New England (page 1 of brochure)<br><br>FlightView provides "real-time flight position information" in the form of "Graphic display of maps, airway route structures, runway layouts, flight plans, requested weather information and flight routes" |

| | |
|---|---|
| including said mapping data in said message. | Same as above |

25.   After the ATCA Conference, RLM continued to publicize *FlightView®* and market it to potential customers.   RLM also demonstrated the *FlightView®* system to various airlines and the FAA.   *See* Flynn Decl. at ¶¶ 33-34 and Exh. 11.

**E.   *FlightView®* at RAA Spring Meeting, April 1993**

26.   On April 26, 1993, Jim Steinberg spoke at the Regional Airline Association (RAA) spring meeting at the Washington Hilton and Towers Hotel in Washington D.C., and there demonstrated the *FlightView®* system.   About twenty airline executives attended Jim's presentation.   Jim showed overhead slides describing the benefits and operation of the *FlightView®* system in detail.   In particular, Jim showed color slides of the screens a user would see when using the system to track a flight.   These slides show, for example, a map plotting the location and proximity of a requested airline flight.   Jim described each and every limitation of Claims 1 and 27, including a storage mechanism, a data manager, communications devices, and a mapping system.   *See* Steinberg Decl. at 9-14 and Exhs. 1-3 to his declaration.

15

**F.**   *FlightView*® **Exhibit at BWI, 1994-1995**

27.   In 1993, Baltimore-Washington Int'l Airport ("BWI") began planning an interactive exhibit hall for the new observation lounge it was building.   The exhibit planners contacted RLM about installing *FlightView*® as an interactive exhibit for the travelers and tourists visiting the exhibit hall.

28.   In September 1994, RLM sold a *FlightView*® system to the contractor building the exhibit hall.   RLM delivered and installed the system in May 1995. *See* Flynn Decl. at ¶¶ 36-41 and Exhs. 12-17 (exhibit specifications, purchase order, delivery invoice, and press release).

29.   This *FlightView*® exhibit allows visitors to request information on a particular flight (perhaps the one they have come to the airport to meet), and to see its proximity to BWI plotted on a map shown on an overhead screen.   This system, which is still on exhibit at BWI today, had a storage mechanism, data manager, communication devices, mapping system, and all other elements of Claims 1 and 27. *See* Flynn Decl. at ¶¶ 39-41.

**G.**   **Others Sales of** *FlightView*®**, 1995-96**

30.   RLM continued to promote and sell *FlightView*® over the next few years.   In late 1995, for example, RLM offered the *FlightView*® system to America West Airlines.   The proposal that RLM sent to America West (and dated

December 7, 1995) details the components and operation of the *FlightView®* system and, in particular, describes the use of a storage mechanism, data manager, communications devices, and a graphical mapping system. Flynn Decl. at ¶¶ 42-43 and Exh. 19.

31.    By way of letter of February 28, 1996, America West purchased the system and, soon after, signed a license agreement. *Id.* at ¶ 44 and Exhs. 20-21.

32.    On March 5, 1996, RLM signed a memorandum of understanding to provide *FlightView®* to USWest Interactive Services, Inc., developer of a travel-related web site called TheTrip.com.    TheTrip.com used *FlightView®* much as Sabre does today—it provided access to the *FlightView®* flight-tracking service on its public web site.  A user could request the status of a flight, displayed on a map, simply by entering the flight number and airline at the relevant prompts on the web page.    Many people used this system.    In November 1996, for example, TheTrip.com received 31,042 flight status requests through this *FlightView®* system. *See* Flynn Decl. at ¶¶ 45-46 and Exhs. 22-23.

**H.**        **Priority Date of Claims 1 and 27**

33.    The '936 patent claims priority to an application filed in the PTO on May 18, 1993. *See* Appendix Vol. I, **Exh. A**, '936 patent (under "Related U.S. Application Data"). But the claimed mapping system of Claims 1 and 27 first

appears in the prosecution history on March 7, 1997, when Mr. Jones filed a provisional application. No earlier patent application or patent in the claimed chain of priority discloses the mapping system of Claims 1 and 27. *See* Flynn Decl. at ¶¶ 47-60 and Exhs. B-I (prosecution history of '936 patent).

### Type and Format Requirements

Pursuant to LR 7.1D, the undersigned certifies that this document has been prepared in Times New Roman 14-point font, as authorized by LR 5.1B.

*Respectfully submitted this 8th day of August 2003.*

By:_____

Patrick J. Flinn (Bar No. 264540)
J. Patrick Elsevier (Bar No. 246694)
Cherri T. Gregg (Bar No. 309679)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777

Erik Paul Belt
John J. Stickevers
BROMBERG & SUNSTEIN LLP
125 Summer Street
Boston, MA 02110
Tel: (617) 443-9292
Fax: (617) 443-0004

Attorneys for Defendant
SABRE INC.

18

N O T I C E
- - - - - -


To:  Steven G. Hill, Esq.
     Hill Kertscher & Pixley
     Suite 800
     3350 Riverwood Parkway
     Atlanta, GA  30339


August 11, 2003


                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff                    CIVIL ACTION

          v.                                     NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            --------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

·5|

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:   Peter F. Schoenthaler, Esq.
      Hill Kertscher & Pixley
      Suite 800
      3350 Riverwood Parkway
      Atlanta, GA  30339


August 11, 2003


UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff                    CIVIL ACTION

          v.                                  NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
--------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Eric Gregory Maurer, Esq.
     Hill Kertscher & Pixley
     Suite 800
     3350 Riverwood Parkway
     Atlanta, GA  30339


August 11, 2003


                  UNITED STATES DISTRICT COURT
                           for the
                  NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

Arrival Star, Inc.,

                plaintiff                    CIVIL ACTION

          v.                                 NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          --------------------------------------------


     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, *opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  William Henry Boice, Esq.
     Kilpatrick Stockton
     Suite 2800
     1100 Peachtree Street
     Atlanta, GA  30309-4530

August 11, 2003

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Arrival Star, Inc.,

        plaintiff                    CIVIL ACTION

        v.                         NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

        defendant

NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
---------------------------------------------

      On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

      Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Vaibhav P. Kadaba, Esq.
     Kilpatrick Stockton
     Suite 2800
     1100 Peachtree Street
     Atlanta, GA  30309-4530



August 11, 2003



                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff            CIVIL ACTION

          v.                             NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------

     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,  including any affidavits, depositions, answers to interrogatories,  admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.    Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.    Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by af-fidavit or other materials,   "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  James Lindsay Ewing IV, Esq.
     Kilpatrick Stockton
     Suite 2800
     1100 Peachtree Street
     Atlanta, GA  30309-4530



August 11, 2003



                 UNITED STATES DISTRICT COURT
                          for the
                 NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff                    CIVIL ACTION

           v.                                 NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


         NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
         --------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

<div style="text-align: right">

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

</div>

Copies to counsel of record

N O T I C E
- - - - - -


To: Frank Garrett Smith III, Esq.
    Alston & Bird
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, GA  30309-3424


August 11, 2003


                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff               CIVIL ACTION

        v.                                  NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            ---------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.   Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);   Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.   Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Patrick J. Flinn, Esq.
     Alston & Bird
     One Atlantic Center
     1201 West Peachtree Street
     Atlanta, GA  30309-3424



August 11, 2003



                    UNITED STATES DISTRICT COURT
                            for the
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


Arrival Star, Inc.,

                plaintiff                    CIVIL ACTION

          v.                                 NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant


           NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
           ----------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,  including any affidavits, depositions, answers to interrogatories,  admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.    Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.    Id. at 519.  See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.    Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by affidavit or other materials,  "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  John Patrick Elsevier, Esq.
     Alston & Bird
     One Atlantic Center
     1201 West Peachtree Street
     Atlanta, GA  30309-3424


August 11, 2003


                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff              CIVIL ACTION

          v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            --------------------------------------------

     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.   Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);   Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.   Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Cherri T. Gregg, Esq.
     Alston & Bird
     One Atlantic Center
     1201 West Peachtree Street
     Atlanta, GA  30309-3424



August 11, 2003



                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff                CIVIL ACTION

          v.                              NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          --------------------------------------------

          On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

          Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,  including any affidavits, depositions, answers to interrogatories,  admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.   Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.    Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by affidavit or other materials,  "... specific facts showing that there is a genuine issue for trial."  Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:   Jack A. Wheat, Esq.
      Stites & Harbison
      Suite 1800
      400 West Market Street
      Louisville, KY  40202-3352


August 11, 2003



                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION


Arrival Star, Inc.,

                plaintiff                    CIVIL ACTION

         v.                                  NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            ---------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.    Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.  Id. at 519.  See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.    Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by affidavit or other materials,  "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

                                        Luther D. Thomas, Clerk
                                        United States District Court
                                        Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  David W. Nagle Jr., Esq.
     Stites & Harbison
     Suite 1800
     400 West Market Street
     Louisville, KY  40202-3352



August 11, 2003



                UNITED STATES DISTRICT COURT
                         for the
                NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION


Arrival Star, Inc.,

                    plaintiff              CIVIL ACTION

          v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------

          On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

          Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,  including any affidavits, depositions, answers to interrogatories,  admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.   Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.   Id. at 519.  See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.   Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by af- fidavit or other materials,  "... specific facts showing that there is a genuine issue for trial."  Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

<div style="text-align: right">

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

</div>

Copies to counsel of record

N O T I C E
- - - - - -

To:  Erik Paul Belt, Esq.
     Bromberg & Sunstein
     125 Summer Street
     Boston, MA  02110

August 11, 2003

                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

              plaintiff                   CIVIL ACTION

         v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

              defendant

          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------

     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.  Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.  Id. at 519.  See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.  Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

                                   Luther D. Thomas, Clerk
                                   United States District Court
                                   Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  John J. Stickevers, Esq.
     Bromberg & Sunstein
     125 Summer Street
     Boston, MA  02110



August 11, 2003



                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION


Arrival Star, Inc.,

                plaintiff                    CIVIL ACTION

         v.                                  NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            ---------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  Samuel Joseph Najim, Esq.
     Jones Day
     3500 SunTrust Plaza
     303 Peachtree Street, N.E.
     Atlanta, GA  30308-3242


August 11, 2003


              UNITED STATES DISTRICT COURT
                       for the
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION

Arrival Star, Inc.,

              plaintiff                    CIVIL ACTION

         v.                                NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                   defendant


         NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
         ----------------------------------------------

         On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

         Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,  including any affidavits, depositions, answers to interrogatories,  admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.   Federal  Rules of Civil Procedure,  Rule 56(c); *Moore v. State of Florida*, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.   Id. at 519.  See also Donaldson v. Clark,  786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.    Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by affidavit or other materials,  "... specific facts showing that there is a genuine issue for trial."  Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  Julie A. Fleming, Esq.
     Jones Day
     3500 SunTrust Plaza
     303 Peachtree Street, N.E.
     Atlanta, GA  30308-3242


August 11, 2003


                    UNITED STATES DISTRICT COURT
                            for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                plaintiff                    CIVIL ACTION

        v.                                   NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant


           NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
           ----------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  David Scott Kerven, Esq.
     Jones Day
     3500 SunTrust Plaza
     303 Peachtree Street, N.E.
     Atlanta, GA  30308-3242


August 11, 2003


                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff                 CIVIL ACTION

            v.                                NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            --------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,   including any affidavits, depositions, answers to interrogatories,   admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.    Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.   Id. at 519.  See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.    Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by af-fidavit or other materials,  "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  Nagendra Setty, Esq.
     Jones Day
     3500 SunTrust Plaza
     303 Peachtree Street, N.E.
     Atlanta, GA  30308-3242

August 11, 2003

UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Arrival Star, Inc.,

                plaintiff                CIVIL ACTION

      v.                        NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant

NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
----------------------------------------------

On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document
number 151.

Pursuant to this Court's order dated April 14, 1987, opposing coun-
sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.    Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.    Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Steven E. Sigalow, Esq.
     Jones Day
     North Point
     901 Lakeside Avenue
     Cleveland, OH  44114-1190



August 11, 2003



                    UNITED STATES DISTRICT COURT
                            for the
                  NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff               CIVIL ACTION

          v.                             NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            ---------------------------------------------

          On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

          Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  John C. Herman, Esq.
     Duane Morris
     Suite 700
     1180 West Peachtree Street, NW
     Atlanta, GA  30309-3448



August 11, 2003



                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION


Arrival Star, Inc.,

                    plaintiff              CIVIL ACTION

          v.                              NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


           NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
           --------------------------------------------


     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  Matthew Sean Yungwirth, Esq.
     Duane Morris
     Suite 700
     1180 West Peachtree Street, NW
     Atlanta, GA  30309-3448


August 11, 2003


                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff              CIVIL ACTION

          v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            --------------------------------------------

          On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

          Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,  including any affidavits, depositions, answers to interrogatories,  admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.  Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.  Id. at 519.  See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.  Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by af- fidavit or other materials,  "... specific facts showing that there is a genuine issue for trial."  Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

                                        Luther D. Thomas, Clerk
                                        United States District Court
                                        Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Scott R. Brown, Esq.
     Hovey Willaims
     Suite 400
     2405 Grand Boulevard
     Kansas City, MO  64108-2519


August 11, 2003


                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff                 CIVIL ACTION

          v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


             NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
             ---------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

                                        Luther D. Thomas, Clerk
                                        United States District Court
                                        Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  Jason E. Gorden, Esq.
     Hovey Willaims
     Suite 400
     2405 Grand Boulevard
     Kansas City, MO  64108-2519


August 11, 2003


                   UNITED STATES DISTRICT COURT
                            for the
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff                CIVIL ACTION

          v.                                 NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------

          On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

          Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials,  including any affidavits, depositions, answers to interrogatories,  admissions on  file  and any other relevant materials  to be  considered  in  opposition to the  motion for  summary judgment, is required.  Federal  Rules of Civil Procedure,  Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court,  the Court will take said motion for  summary judgment  under advisement immediately upon the close of  the aforesaid  20 day period.  Id. at 519.  See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);  Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry  of a summary judgment  by the trial court  is a final judgment on the claim or claims decided.  Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).  Whenever the non-moving party bears the burden of proof at trial on a  dispositive issue and the party  moving for summary judgment has demonstrated the absence of any genuine issue of fact,  the nonmoving party must go  beyond the pleadings and must designate, by affidavit or other materials,  "... specific facts showing that there is a genuine issue for trial."  Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett,  477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

<div style="margin-left:50%">

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

</div>

Copies to counsel of record

N O T I C E
- - - - - -

To:  Thomas B. Luebbering, Esq.
     Hovey Willaims
     Suite 400
     2405 Grand Boulevard
     Kansas City, MO  64108-2519


August 11, 2003


                 UNITED STATES DISTRICT COURT
                          *for the*
                 NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION

Arrival Star, Inc.,

               plaintiff                   CIVIL ACTION

          v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

               defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

> Luther D. Thomas, Clerk
> United States District Court
> Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Michael E. Sobel, Esq.
     Squire Sanders & Dempsey
     Suite 100
     600 Hansen Way
     Palo Alto, CA  94304-1043


August 11, 2003


UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff                 CIVIL ACTION

         v.                                   NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
--------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.   Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);   Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.   Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial."   Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:  Julius Rodgers Lunsford III, Esq.
     Smith Gambrell & Russell
     Suite 3100, Promenade II
     1230 Peachtree Street, N.E.
     Atlanta, GA  30309-3592


August 11, 2003


                 UNITED STATES DISTRICT COURT
                         for the
                 NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

Arrival Star, Inc.,

               plaintiff                  CIVIL ACTION

          v.                              NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ----------------------------------------------

     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.   Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);   Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.   Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial."  Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

<div style="text-align: right;">
Luther D. Thomas, Clerk<br>
United States District Court<br>
Northern District of Georgia
</div>

Copies to counsel of record

N O T I C E
- - - - - -

To:   Elizabeth G. Borland, Esq.
      Smith Gambrell & Russell
      Suite 3100, Promenade II
      1230 Peachtree Street, N.E.
      Atlanta, GA  30309-3592


August 11, 2003


                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                           ATLANTA DIVISION

Arrival Star, Inc.,

                  plaintiff                    CIVIL ACTION

          v.                                   NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                  defendant


           NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
           ---------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

(Ref 54-11-9: Pub 601) | **FORM I-1** | **I-11**

(Declaration and Power of Attorney |1-1|—page    4 of 5)

2 · ㉓ Full name of second joint inventor, if any __Eugenia Briley Payne__

Eugenia                          Briley                          Payne

*(GIVEN NAME)*              *(MIDDLE INITIAL OR NAME)*        *FAMILY (OR LAST NAME)*

Inventor's signature _Eugenia Briley Payne_

Date May 14, 1993 _____ Country of Citizenship __U.S.A.__

Residence 362 BeMemont Drive S.W., Rome, Georgia 30165   GA

Post Office Address ___362 BeMemont Drive S.W., Rome, Georgia 30165__

3 · ㉓ Full name of third joint inventor, if any __Mark William Stubbins__

Mark                          William                          Stubbins

*(GIVEN NAME)*              *(MIDDLE INITIAL OR NAME)*        *FAMILY (OR LAST NAME)*

Inventor's signature _Mark William Stubbins_

Date May 14, 1993 _____ Country of Citizenship __U.S.A.__

Residence 41 Guest House Court, Rome, Georgia 30161   GA

Post Office Address ___41 Guest House Court, Rome, Georgia 30161__

Full name of fourth joint inventor, if any _____N/A_____

_____        _____        _____
*(GIVEN NAME)*              *(MIDDLE INITIAL OR NAME)*        *FAMILY (OR LAST NAME)*

Inventor's signature _____

Date _____ Country of Citizenship _____

Inventor's signature _____

Date _____ Country of Citizenship _____

Residence _____

Post Office Address _____

Full name of fifth joint inventor, if any _____N/A_____

_____        _____        _____
*(GIVEN NAME)*              *(MIDDLE INITIAL OR NAME)*        *FAMILY (OR LAST NAME)*

Inventor's signature _____

Date _____ Country of Citizenship _____

Inventor's signature _____

Date _____ Country of Citizenship _____

Residence _____

Post Office Address _____

(Declaration and Power of Attorney [1-1]—page    5 of 5)

*CHECK PROPER BOX(ES) FOR ANY OF THE FOLLOWING ADDED PAGE(S) WHICH
FORM A PART OF THIS DECLARATION*

☐  Signature for third and subsequent joint inventors. *Number of pages added* _____

☐  Signature by administrator(trix), executor(trix) or legal representative for deceased or incapacitated inventor. *Number of pages added* _____

☐  Signature for inventor who refuses to sign or cannot be reached by person authorized under 37 CFR 1.47. *Number of pages added* _____

• • •

☐  Added pages to combined declaration and power of attorney for divisional, continuation, or continuation-in-part (CIP) application.

☐  Number of pages added _____

• • •

☐  Authorization of attorney(s) to accept and follow instructions from representative

• • •

*If no further pages form a part of this Declaration then end this Declaration with this page and check the following item*

☒  This declaration ends with this page

*PATENT*

Attorney's Docket No. _____5G01-1-001_____

Applicant or Patentee: Martin Kelly Jones, Eugenia Briley Payne, & Mark William Stubbins

Serial or Patent No.: 0 / ___To be assigned_____

Filed or Issued: _____Filed herewith_____

For: ADVANCE NOTIFICATION SYSTEM AND METHOD_____

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS (37 CFR 1.9(f) and 1.27(c))—SMALL BUSINESS CONCERN

I hereby declare that I am

☐ the owner of the small business concern identified below:

☒ an official of the small business concern empowered to act on behalf of the concern identified below:

NAME OF CONCERN _____Global Research Systems, Inc._____

ADDRESS OF CONCERN _____108-A East Fifth Avenue_____

_____Rome, Georgia 30161-3128_____

I hereby declare that the above identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed, to and remain with the small business concern identified above with regard to the invention, entitled

_____ADVANCE NOTIFICATION SYSTEM AND METHOD_____

by inventor(s) ___Martin Kelly Jones, Eugenia Briley Payne & Mark_____
___William Stubbins_____

described in

☒ the specification filed herewith.

☐ application serial no. 0 / _____ , filed _____ .

☐ patent no. _____ , issued _____ .

If the rights held by the above identified small business concern are not exclusive, each individual, concern or organization having rights to the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who could not qualify as a small business concern under 37 CFR 1.9(d) or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities. (37 CFR 1.27)*

(Small Entity–Small Business [7-4]—page 1 of 2)

NAME  N/A

ADDRESS

☐ INDIVIDUAL    ☐ SMALL BUSINESS CONCERN    ☐ NONPROFIT ORGANIZATION

NAME  N/A

ADDRESS

☐ INDIVIDUAL    ☐ SMALL BUSINESS CONCERN    ☐ NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate. (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING  *Gena B. Payne*

TITLE OF PERSON OTHER THAN OWNER  *Sec./Treas.*

ADDRESS OF PERSON SIGNING  108-A East Fifth Avenue

Rome, Georgia 30161-3128

SIGNATURE  *Gena B. Payne*  Date  *5/14/93*

(Small Entity–Small Business [7-4]—page 2 of 2)

I-57

NT OF DRAWINGS
ORIGINALLY FILED.

Swarthaut
340/994

1 of 6
Jones et al.
Advance Notification Sy    m & Method    08/063533



FIG 1

I-58

PRINT OF DRAWINGS
AS ORIGINALLY FILED

2 of 6
Jones et al.
Advance Notification System & Method

DR/063533



FIG 2



PRINT OF DRAWINGS
S ORIGINALLY FILED

3 of 6
Jones et al.
Advance Notification Sy    em & Method       08/063533



*FIG 3*



4 of 6
Jones et al.
Advance Notification Sy    m & Metho  00/063533

*SCHEDULE RELATIONSHIPS EXAMPLE*



*FIG 4*



5 of 6
Jones et al.
Advance Notification Sy:    1 & Method

U8/063533



**FIG 5**

I-62

PRINT OF DRAWINGS
S ORIGINALLY FILED

b of b
Jones et al.
Advance Notification Sy    n & Method    00 063533



FIG 6

FIG 7

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

<div style="text-align: right">

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

</div>

Copies to counsel of record

1 of 6
Jones et al.
Advance Notification Sy. ..  & Method



FIG 1

2 of 6
Jones et al.
Advance Notification System & Method

08/063533



FIG 2



FIG 3

S/N 08/063,533
Art Unit 2617
Batch No. E02



*FIG 4*

5 of 6
'ones et al.
dvance Notification Sys    Method

US/063533



**FIG 5**

69-I



*FIG 6*

*FIG 7*

DD/063533

N O T I C E
- - - - - -

To:  Antony J. McShane, Esq.
     Neal Gerber & Eisenberg
     Suite 2200
     Two North LaSalle Street
     Chicago, IL  60602-3801


August 11, 2003


UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff                    CIVIL ACTION

          v.                                  NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
-----------------------------------------------

     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Kenneth R. Ozment, Esq.
     Troutman Sanders
     Bank of America Plaza
     Suite 5200
     600 Peachtree Street, N.E.
     Atlanta, GA  30308-2216



August 11, 2003



                    UNITED STATES DISTRICT COURT
                             for the
                  NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


Arrival Star, Inc.,

                 plaintiff                CIVIL ACTION

          v.                              NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


              NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
              ---------------------------------------------


        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Douglas D. Salyers, Esq.
     Troutman Sanders
     Bank of America Plaza
     Suite 5200
     600 Peachtree Street, N.E.
     Atlanta, GA  30308-2216


August 11, 2003


                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                plaintiff                    CIVIL ACTION

          v.                                 NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant


             NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
             --------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Donald Ross Andersen, Esq.
     Stites & Harbison
     2800 SunTrust Tower Plaza
     303 Peachtree Street, NE
     Atlanta, GA  30308-3345



August 11, 2003



                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                  plaintiff              CIVIL ACTION

          v.                             NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                       defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

        Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Jerry Byron Blackstock, Esq.
     Hunton & Williams
     Bank of America Plaza, Suite 4100
     600 Peachtree Street, N.E.
     Atlanta, GA  30308-2216



August 11, 2003



                    UNITED STATES DISTRICT COURT
                              for the
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION

Arrival Star, Inc.,

                    plaintiff              CIVIL ACTION

          v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          -------------------------------------------


     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983). Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Leslie B. Zacks, Esq.
     Hunton & Williams
     Bank of America Plaza, Suite 4100
     600 Peachtree Street, N.E.
     Atlanta, GA  30308-2216



August 11, 2003



                    UNITED STATES DISTRICT COURT
                            for the
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


Arrival Star, Inc.,

                    plaintiff              CIVIL ACTION

          v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                    defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------


     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Joel K. Gerber, Esq.
     Hunton & Williams
     Bank of America Plaza, Suite 4100
     600 Peachtree Street, N.E.
     Atlanta, GA  30308-2216



August 11, 2003



                 UNITED STATES DISTRICT COURT
                          for the
                 NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff                   CIVIL ACTION

           v.                                NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ----------------------------------------------

      On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

      Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  William C. Rooklidge, Esq.
     Howrey Simon Arnold & White
     Suite 1000
     2020 Main Street
     Irvine, CA  92614



August 11, 2003



                 UNITED STATES DISTRICT COURT
                          for the
                 NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION

Arrival Star, Inc.,

                 plaintiff              CIVIL ACTION

          v.                            NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                 defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            ---------------------------------------------

          On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

          Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.   Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986);   Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.   Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  Russell B. Hill, Esq.
     Howrey Simon Arnold & White
     Suite 1000
     2020 Main Street
     Irvine, CA  92614



August 11, 2003



                    UNITED STATES DISTRICT COURT
                             for the
                    NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

Arrival Star, Inc.,

              plaintiff                    CIVIL ACTION

         v.                                NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

              defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------

         On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

         Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

                                        Luther D. Thomas, Clerk
                                        United States District Court
                                        Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -


To:  James L. Etheridge, Esq.
     Electronics for Imaging, Inc.
     303 Velocity Way
     Foster City, CA  94404



August 11, 2003



                    UNITED STATES DISTRICT COURT
                            for the
                  NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


Arrival Star, Inc.,

                plaintiff                    CIVIL ACTION

          v.                                 NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                defendant


          NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
          ---------------------------------------------


     On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

     Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required.   Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period.   Id. at 519.   See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided.   Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984).   Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

N O T I C E
- - - - - -

To:   Michael J. Munn, Esq.
      Electronics for Imaging, Inc.
      303 Velocity Way
      Foster City, CA  94404


August 11, 2003


                    UNITED STATES DISTRICT COURT
                             for the
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

Arrival Star, Inc.,

                  plaintiff                  CIVIL ACTION

            v.                               NO. 1:2-cv-2543-JOF

Delta Airlines, Inc., et al,

                  defendant


            NOTICE TO RESPOND TO SUMMARY JUDGMENT MOTION
            ---------------------------------------------

        On 8/8/03, Sabre, Inc.,

filed a motion for  summary judgment in this Court, case document

number 151.

      Pursuant to this Court's order dated April 14, 1987, opposing coun-

sel is hereby notified that within 20 days from the date said motion was

served, filing of all materials, including any affidavits, depositions, answers to interrogatories, admissions on file and any other relevant materials to be considered in opposition to the motion for summary judgment, is required. Federal Rules of Civil Procedure, Rule 56(c); Moore v. State of Florida, 703 F.2d 516, 519 (11th Cir. 1983).

Unless otherwise stated by the trial court, the Court will take said motion for summary judgment under advisement immediately upon the close of the aforesaid 20 day period. Id. at 519. See also Donaldson v. Clark, 786 F.2d 1570, 1575 (11th Cir. 1986); Griffith v. Wainwright, 772 F.2d 822, 825 (11th Cir. 1985).

The entry of a summary judgment by the trial court is a final judgment on the claim or claims decided. Finn v. Gunter, 722 F.2d 711, 713 (11th Cir. 1984). Whenever the non-moving party bears the burden of proof at trial on a dispositive issue and the party moving for summary judgment has demonstrated the absence of any genuine issue of fact, the nonmoving party must go beyond the pleadings and must designate, by affidavit or other materials, "... specific facts showing that there is a genuine issue for trial." Federal Rules of Civil Procedure, Rule 56(e); Celotex Corp. v. Catrett, 477 U.S. 317, 324; 106 S.Ct. 2548, 2552-53; 91 L.Ed.2d 265, 272-3.

Luther D. Thomas, Clerk
United States District Court
Northern District of Georgia

Copies to counsel of record

**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AUG 08 2003

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

ARRIVAL STAR, INC.,

    Plaintiff,

v.

DELTA AIR LINES, INC., et al.

    Defendant.

CIVIL ACTION NO:
CASE NO. 1:02-CV-2543-JOF

## APPENDIX OF EXHIBITS AND TESTIMONY SUPPORTING SABRE'S TWO MOTIONS FOR SUMMARY JUDGMENT

### VOLUME I OF III

Alston & Bird LLP

Patrick J. Flinn
Georgia Bar No. 264540
J. Patrick Elsevier
Georgia Bar No. 246694
Cherri T. Gregg
Georgia Bar No. 309679
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Bromberg & Sunstein LLP

Erik Paul Belt, Esq.
John J. Stickevers, Esq.
125 Summer Street
Boston, MA 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004

Attorneys for Defendants
SABRE INC., TRAVELOCITY.COM
L.P., and AMERICAN EXPRESS
COMPANY



# INDEX OF EXHIBITS

**Exhibit**     **Description**

## VOLUME I

A.      U.S. Patent Number 6,278,936

B.      Application Serial Number 09/163,958 (Sept. 30, 1998)

C.      Application Serial Number 08/852,119 (May 6, 1997)

D.      Provisional Application Number 60/039,925 (Mar. 7, 1997)

E.      Application Serial Number 08/434,049 (May 2, 1995), including U.S.
        Patent No. 5,623,260

## VOLUME II

F.      Application Serial Number 08/432,898 (May 2, 1995), including U.S.
        Patent No. 5,657,010

G.      Application Serial Number 08/432,666 (filed May 2, 1995), including
        U.S. Patent No. 5,668,543

H.      Application Serial Number 08/407,319, (March 20, 1995)

I.      Application Serial Number 08/063,533 (May 18, 1993), including
        U.S. Patent No. 5,400,020

## VOLUME III

J.      Excerpts from Transcript of Motions Hearing on July 9, 2003

K.      Declaration of Lorraine M. Flynn on Anticipation of Claims 1 and 27
        *Exhibits attached to Ms. Flynn's Declaration*
        1.  RLM marketing flier
        2.  Print-out of the results of a flight-tracking query run on
            Sabre's "Virtually There" Flight Tracker tool
        3.  Pamphlet entitled "Advanced Traffic Management System"

- 2 -

**Exhibit**      **Description**

4. Memorandum entitled "The Traffic Management System"
5. Correspondence from Lorraine M. Flynn to Larry Gauenke of Air Wisconsin dated Nov. 10, 1989
6. Printout of software modules and routines that control the operation of the *FlightView®* system
7. Invoices for work ordered to get ready for the ATCA conference
8. RLM Product brochure dated "8/90"
9. Invoice from the printer who printed brochure
10. RLM Product brochure dated "9/11/90"
11. Invoices for marketing services used in connection with marketing efforts and marketing letters to potential customers
12. Document entitled "Baltimore/Washington International Airport Terminal Observation Lounge" dated Dec. 1993
13. Purchase order from Hadley Exhibits, Inc. dated Sept. 27, 1994.
14. Story board for "ASD Interactive" exhibit
15. Blue prints for exhibit hall and "Airways" exhibit
16. Delivery invoice showing that RLM delivered the system hardware to BWI on May 24, 1995
17. Draft press release announcing the anticipated opening of the exhibit, dated Feb. 23, 1995
18. Invoice BWI paid for the *FlightView®* service dated Aug. 1, 2003
19. Correspondence from Mary Flynn to Leo D. Hollis detailed proposal dated Dec. 7 and 8, 1995
20. Correspondence from Leo D. Hollis to Mary Flynn dated Feb. 28, 1996
21. Software License and Maintenance Agreement Between RLM and America West Airlines
22. Memorandum of Understanding: FlyNow Service dated Mar. 5, 1996
23. Email from Antoine Toffa to Mary Flynn dated Dec. 9, 1996

- 3 -

| Exhibit | Description |
|---------|-------------|

L.    Declaration of James Steinberg
      *Exhibits attached to Mr. Steinberg's Declaration*
      1. Correspondence from William C. Keil to James Steinberg with
         attached Agenda dated Apr. 14, 1993
      2. Presentation by RLM Software at Regional Airline Association
         Spring Meeting dated "4/93"
      3. Color slides showing various *FlightView*® screens a user would
         see when tracking flights using the *FlightView*® system

M.    Declaration of Lorraine M. Flynn on Non-Infringement of Claim 37

N.    Declaration of Kenneth Brown on Non-Infringement of Claim 37

O.    Websters's Third New International Dictionary Unabridged 49
      (Merriam-Webster 1993) definition of "Contact"

P.    Websters's Third New International Dictionary Unabridged 49
      (Merriam-Webster 1993) definition of "Predefined"

Q.    Websters's Third New International Dictionary Unabridged 49
      (Merriam-Webster 1993) definition of "Retrieving"

- 4 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARRIVAL STAR, INC.,

     Plaintiff,

v.

DELTA AIR LINES, INC., et al.

     Defendant.

CIVIL ACTION NO:
CASE NO. 1:02-CV-2543-JOF

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a true and correct copy of the

within and foregoing:

**APPENDIX OF EXHIBITS AND TESTIMONY SUPPORTING
SABRE'S TWO MOTIONS FOR SUMMARY JUDGMENT**

**VOLUME I OF III**

upon counsel by First Class U.S. Mail/Hand/Overnight delivery to:

Steven G. Hill, Esq.
Peter F. Schoenthaler, Esq.
Eric G. Maurer, Esq.
HILL, KERTSCHER & PIXLEY, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia 30339

**ATTORNEYS FOR PLAINTIFF
ARRIVAL STAR, INC.**

Samuel J. Najim, Esq.
Nagendra Setty, Esq.
David Kerven, Esq.
Julie A. Fleming, Esq.
JONES, DAY, REAVIS & POGUE
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3242
Telephone (404) 521-3939
Facsimile (404) 581-8330

Steven E. Sigalow, Esq.
JONES, DAY, REAVIS & POGUE
NorthPoint
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone (216) 586-3939
Facsimile (216) 579-0212

**ATTORNEYS FOR ROADWAY
EXPRESS, INC., CITY OF ATLANTA, and
SITA INFORMATION NETWORKING
COMPUTING USA, INC.**

Douglas D. Salyers, Esq.
Kenneth R. Ozment, Esq.
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216

Antony J. McShane, Esq.
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3801

**ATTORNEYS FOR CENTERPOST CORP.**

William H. Boice, Esq.
James L. Ewing, IV, Esq.
Vaibhav P. Kadaba, Esq.
KILPATRICK STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

**ATTORNEYS FOR DELTA AIR LINES, INC.,
CONTINENTAL AIRLINES, INC., JAPAN
AIR LINES COMPANY, LTD. AND
AMERICAN AIRLINES, INC.**

- 2 -

John C. Herman, Esq.
DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia  30309-3448

Thomas B. Luebbering, Esq.
Scott R. Brown, Esq.
HOVEY WILLIAMS, PC
2405 Grand Boulevard
Peachtree Street , NE, Suite 400
Kansas City, Missouri 64108

**ATTORNEYS FOR WORLDSPAN, L.P.**

Leslie B. Zacks, Esq.
Jerry B. Blackstock, Esq.
Joel K. Gerber, Esq.
HUNTON AND WILLIAMS
Bank of America Plaza
600 Peachtree Street, NE, Suite 4100
Atlanta, Georgia  30308-2216

Russell B. Hill, Esq.
HOWRY SIMON ARNOLD & WHITE, LLP
2020 Main Street, Suite 1000
Irvine, California  92614

**ATTORNEYS FOR ELECTRONICS FOR IMAGING, INC.**

Deborah A. Heineman, Esq.
Elizabeth G. Borland, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia  30309-3592

Michael Sobel, Esq.
SQUIRE SANDERS & DEMPSEY, LLP
600 Hansen Way
Palo Alto, California 94304-1043

**ATTORNEYS FOR FLYTECOMM, INC.**

This _____th day of August 2003.

_____

J. Patrick Elsevier

- 3 -



# EXHIBIT / ATTACHMENT



**(To be scanned in place of tab)**



U 1039858

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**July 16, 2003**

**THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:**

**U.S. PATENT:** *6,278,936*
**ISSUE DATE:** *August 21, 2001*

By Authority of the
**COMMISSIONER OF PATENTS AND TRADEMARKS**

**N. WOODSON**
**Certifying Officer**



US006278936B1

(12) **United States Patent**     (10) Patent No.:     **US 6,278,936 B1**
Jones                            (45) Date of Patent:     *Aug. 21, 2001

(54) **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

(75) Inventor: **Martin Kelly Jones**, Dalton, GA (US)

(73) Assignee: **Global Research Systems, Inc.**, Rome, GA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/163,958**

(22) Filed: **Sep. 30, 1998**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/852,119, filed on May 6, 1997, which is a continuation-in-part of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623, 260, and application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,657,010, and application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, each is a continuation-in-part of application No.08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020

(60) Provisional application No. 60/039,925, filed on Mar. 7, 1997.

(51) Int. Cl.[7] .................................................. **G01C 21/00**

(52) U.S. Cl. ..................... **701/201**; 701/202; 701/207; 701/117; 701/116; 701/118; 340/989; 340/994

(58) Field of Search .................................... 701/201, 200, 701/207, 208, 209, 211, 213, 117, 116, 118, 119; 340/988, 990, 995, 994, 989; 342/457, 357.13; 705/27, 26, 1, 5, 4

(56)             **References Cited**

U.S. PATENT DOCUMENTS

| Re. 35,920 | 10/1998 | Sorden et al. | .................... 342/457 |
| 3,644,883 | 2/1972 | Borman et al. | .................... 340/23 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| 2 559 930 | 8/1985 | (FR) | ................................ G08G/1/12 |
| 2674355 | 9/1992 | (FR) | ................................ G08G/1/123 |
| 52066175 | 6/1977 | (JP) . | |
| 63288400 | 11/1988 | (JP) | .................... G08G/1/12 |

* cited by examiner

*Primary Examiner*—Jacques H. Louis-Jacques
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, L.L.P.

(57)             **ABSTRACT**

Generally, the present invention monitors and communicates travel data transmitted from vehicles being monitored by the system to users requesting travel information on a particular vehicle. A travel data storage unit receives and stores the travel data. When a user desires to view some or all of this travel data, the user submits a request to a data manager. In response, the data manager retrieves the appropriate information from the travel data stored in the travel data storage unit and transmits this information to the user. The data manager may communicate the information in a variety of mediums and preferably contact information is predefined that enables the data manager to determine which medium is preferable and how to establish communication once the medium is determined.

**37 Claims, 7 Drawing Sheets**



## US 6,278,936 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,845,289 | 10/1974 | French | 235/151.2 |
| 3,934,125 | 1/1976 | Malano | 235/150.2 |
| 4,297,672 | 10/1981 | Fruchey et al. | 340/23 |
| 4,325,057 | 4/1982 | Bishop | 340/539 |
| 4,350,969 | 9/1982 | Greer | 340/23 |
| 4,713,661 | 12/1987 | Boone et al. | 340/994 |
| 4,791,571 | 12/1988 | Takahashi et al. | 364/436 |
| 4,799,162 | 1/1989 | Shinkawa et al. | 364/436 |
| 4,812,843 | 3/1989 | Champion, III et al. | 340/905 |
| 4,956,777 | 9/1990 | Cearley et al. | 364/424.02 |
| 5,021,780 | 6/1991 | Fabiano et al. | 340/994 |
| 5,113,185 | 5/1992 | Ichikawa | 340/995 |
| 5,121,326 | 6/1992 | Moroto et al. | 364/449 |
| 5,122,959 | 6/1992 | Nathanson et al. | 364/436 |
| 5,131,020 | 7/1992 | Liebesny et al. | 379/59 |
| 5,144,301 | 9/1992 | Jackson et al | 340/994 |
| 5,155,689 * | 10/1992 | Wortham | 701/207 |
| 5,168,451 | 12/1992 | Bolger | 364/436 |
| 5,218,629 | 6/1993 | Dumond, Jr. et al. | 379/59 |
| 5,223,844 | 6/1993 | Mansell et al. | 342/357 |
| 5,299,132 | 3/1994 | Wortham | 364/460 |
| 5,323,456 | 6/1994 | Oprea | 379/375 |
| 5,351,194 | 9/1994 | Ross et al. | 364/449 |
| 5,361,296 | 11/1994 | Reyes et al. | 379/96 |
| 5,381,338 | 1/1995 | Wysocki et al. | 364/449 |
| 5,394,332 | 2/1995 | Kuwahara et al. | 364/449 |
| 5,398,190 * | 3/1995 | Wortham | 701/207 |
| 5,400,020 | 3/1995 | Jones et al. | 340/994 |
| 5,420,794 * | 5/1995 | James | 701/117 |
| 5,432,841 * | 7/1995 | Rimer | 379/59 |
| 5,444,444 | 8/1995 | Ross | 340/994 |
| 5,448,479 | 9/1995 | Kemner et al. | 365/424.02 |
| 5,461,374 | 10/1995 | Lewiner et al. | 340/994 |
| 5,493,295 | 2/1996 | Lewiner et al. | 340/994 |
| 5,493,694 | 2/1996 | Vlcek et al. | 455/53.1 |
| 5,519,621 | 5/1996 | Wortham | 364/460 |
| 5,526,401 | 6/1996 | Roach, Jr. et al. | 379/59 |
| 5,539,810 | 7/1996 | Kennedy, III et al. | 379/59 |
| 5,544,225 | 8/1996 | Kennedy, III et al. | 379/59 |
| 5,546,444 | 8/1996 | Roach, Jr. et al. | 379/59 |
| 5,579,376 | 11/1996 | Kennedy, III et al. | 379/60 |
| 5,587,715 | 12/1996 | Lewis | 342/357 |
| 5,594,650 | 1/1997 | Shah et al. | 364/449.1 |
| 5,623,260 | 4/1997 | Jones | 340/994 |
| 5,648,770 | 7/1997 | Ross | 340/994 |
| 5,652,707 | 7/1997 | Wortham | 364/460 |
| 5,657,010 | 8/1997 | Jones | 340/994 |
| 5,668,543 | 9/1997 | Jones | 340/994 |
| 5,673,305 | 9/1997 | Ross | 379/58 |
| 5,694,322 | 12/1997 | Westerlage et al. | 364/464 |
| 5,699,275 | 12/1997 | Beasley et al. | 364/514 R |
| 5,719,771 * | 2/1998 | Buck et al. | 701/29 |
| 5,732,074 | 3/1998 | Spaur et al. | 370/313 |
| 5,736,940 | 4/1998 | Burgener | 340/994 |
| 5,751,245 | 5/1998 | Janky et al. | 342/357 |
| 5,760,742 | 6/1998 | Branch et al. | 342/457 |
| 5,771,455 | 6/1998 | Kennedy, III et al. | 455/456 |
| 5,796,365 * | 8/1998 | Lewis | 342/357 |
| 5,799,263 * | 8/1998 | Culbertson | 701/117 |
| 5,808,565 | 9/1998 | Matta et al. | 340/994 |
| 5,922,040 * | 7/1999 | Prabhakaran | 701/117 |
| 5,945,919 * | 8/1999 | Trask | 340/825.491 |
| 6,006,159 | 12/1999 | Schmier et al. | 701/200 |

Copy provided by USPTO from the PIRS Image Database on 07/15/2003



**Fig. 1**



**Fig. 2**

Copy provided by USPTO from the PIRS Image Database on 07/15/2003



**Fig. 3**

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

**U.S. Patent**       Aug. 21, 2001       Sheet 4 of 7       US 6,278,936 B1



# Fig. 4



**Fig. 5**

Copy provided by USPTO from the PIRS Image Database on 07/15/2003



Fig. 6

Copy provided by USPTO from the PIRS Image Database on 07/15/2003



**Fig. 7**

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

1

# SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE

## CLAIM OF PRIORITY AND CROSS REFERENCE TO RELATED APPLICATIONS/PATENTS

This document claims priority to and is a continuation-in-part of copending U.S. Patent Application entitled "ADVANCE NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK," assigned Ser. No. 08/852,119, and filed on May 6, 1997, which claims priority to (a)–(d) hereafter, and which is a continuation-in-part of (b)–(d) hereafter:

(a) provisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A COMPUTER NETWORK," filed Mar. 7, 1997 by M. K. Jones and assigned Ser. No. 60/039,925;

(b) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/434,049, now U.S. Pat. No. 5,623,260 to M. K. Jones that issued on Apr. 22, 1997;

(c) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/432,898, now U.S. Pat. No. 5,657,010 to M. K. Jones that issued on Aug. 12, 1997; and

(d) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING REPORT GENERATOR," filed May 2, 1995 by M. K. Jones and assigned Ser. No. 08/432,666, now U.S. Pat. No. 5,668,543 to M. K. Jones that issued on Sep. 16, 1997;

where documents (b), (c), and (d) are each a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING," filed Mar. 20, 1995 by M. K. Jones and assigned Ser. No. 08/407,319, now abandoned, which in turn is a continuation-in-part of an application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by M. K. Jones et al and assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to M. K. Jones et al. that issued on Mar. 21, 1995.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention generally relates to data communications and information systems and, in particular, to an automated system and method for monitoring travel of a vehicle and for communicating vehicle travel information to a user at a remote location regarding the proximity of the vehicle relative to a predefined destination.

### 2. Related Art

There are many situations when it is desirable to know the actual arrival time of a particular vehicle at a particular destination or other location. With this information, adjustments can be made to avoid waiting for a particular vehicle to reach the particular destination. For example, a person picking up a friend or relative at a commercial bus station usually either calls the bus station to find out the approximate arrival time (information which is oftentimes unavail-

2

able or unreliable) and/or arrives at the bus station prior to the scheduled arrival time of the bus hoping that the bus is not significantly delayed.

Another example involves school children that ride school buses. The arrival times of school buses at scheduled stops can be significantly affected by many factors such as maintenance problems, rush hour traffic, and congested urban/suburban conditions. As a result, school children typically wait at bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. A system informing the students of the school bus' proximity is desirable in order for the students to avoid waiting on the school bus at the school bus stop for extended times.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule. Customers oftentimes wait on delivery of important time-critical packages not knowing precisely when the delivery will occur. A system informing the customer of the precise arrival time is desirable in order to improve customer service and to allow the customer to better rely on the estimated arrival time of the delivery.

Thus, generally, it is desirable to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, a certain number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of feet or miles) away from the destination, or (c) at a particular location among a set of predetermined location points.

In order to alleviate the arrival time problem in the context of school buses, student notification systems in the past have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within a certain range of a particular home receiver, the transmitter sends a signal to notify the student that the school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

Thus, a heretofore unaddressed need exists in the industry for a system and method for monitoring travel of a vehicle and for providing desirable travel information, such as, for example, an updated location of the vehicle.

## SUMMARY OF THE INVENTION

The present invention overcomes the inadequacies and deficiencies of the prior art as discussed herein. In general, the present invention provides an automated system and method for monitoring travel of a vehicle and for communicating vehicle travel information to a user located at a remote location in response to a request by the user.

In a broad sense, the present invention utilizes a storage mechanism, a data manager, and communications devices. The storage mechanism receives and stores travel information transmitted from a vehicle at a remote location. The travel information preferably includes data that indicates a location of the vehicle, such as the coordinates of the vehicle relative to a predefined reference point, but the travel information may include various other information in lieu of

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

3

or in combination with the location data. When a user at another remote location wishes to view all or some of this the travel information transmitted by the vehicle, the user establishes communication with the data manager and submits a request. In response to the request, the data manager retrieves the desired information and transmits a message containing the information from a communications device at associated with the data manager to another communications device associated with the user. By analyzing this retrieved information, the user can monitor the travel of a particular vehicle.

In accordance with another feature of the present invention, a mapping system is designed to receive the travel data retrieved by the data manager and to generate mapping data based on the retrieved travel data. The mapping data is transmitted to a device at the user's location which renders the mapping data as a graphical display indicating the location of the vehicle on a map. By viewing the map, the user can monitor the travel of the vehicle.

In accordance with another feature of the present invention, the data manager compares predefined preference data to travel data associated with a particular vehicle. When a comparison of the predefined preference data to the travel data associated with the particular vehicle indicates that there is an impending arrival of the vehicle at a particular location, the data manager transmits a notification message to the user.

In accordance with another feature of the present invention, the particular vehicle includes a sensor for determining a location of the particular vehicle relative to a predefined reference point. A communications device associated with the particular vehicle transmits travel data indicating the location of the particular vehicle to the storage mechanism. Preferably, the communications device associated with the particular vehicle transmits the travel data through a cellular network or some other wireless communications system.

In accordance with another feature of the present invention, contact information is retrieved by the data manager in order to enable communication between the communications devices. The contact information is preferably predefined by the user and indicates a preferred medium of communication with which to transmit the travel data to the user.

The present invention can also be viewed as providing a method for communicating travel data associated with a particular vehicle. Briefly described, the method can be broadly conceptualized by the following steps: receiving travel data transmitted from vehicles located at remote locations; storing the travel data; receiving a request from a user located at a remote location; retrieving travel data associated with a particular vehicle in response to the request; forming a message corresponding with the travel data retrieved in the retrieving step; and transmitting the message to a communications device associated with the user.

The present invention has many advantages, a few of which are delineated hereafter, as mere examples.

An advantage of the present invention is that a particular vehicle associated with the system can be monitored, and a user can be notified when an arrival of the vehicle at a predefined destination is imminent. As a result, the user can prepare for the arrival of the vehicle knowing the precise time of arrival of the vehicle.

Another advantage of the present invention is that a user at a remote location can monitor the travel of a particular vehicle by gaining access to the travel data used to monitor the vehicle.

4

Another advantage of the present invention is that a user at a remote location can receive, on demand, updated information pertaining to the travel or status of a particular vehicle.

Another advantage of the present invention is that it can be implemented in software, hardware, or a combination thereof.

Other features and advantages of the present invention will become apparent to one skilled in the art upon examination of the following detailed description, when read in conjunction with the accompanying drawings. It is intended that all such features and advantages be included herein within the scope of the present invention, as is defined by the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings. The elements of the drawings are not necessarily to scale relative to each other, emphasis instead being placed upon clearly illustrating the principles of the invention. Furthermore, like reference numerals designate corresponding parts throughout the several views.

FIG. 1 is a block diagram illustrating a vehicle monitoring system in accordance with the preferred embodiment of the present invention.

FIG. 2 is a block diagram illustrating an implementation of the vehicle manager of FIG. 1 in accordance with the preferred embodiment of the present invention.

FIG. 3 is a block diagram illustrating an implementation of the base station manager of FIG. 1 in accordance with the preferred embodiment of the present invention.

FIG. 4 is a detailed block diagram of the base station of FIG. 1.

FIG. 5 is a detailed block diagram of the data manager of FIG. 4.

FIG. 6 is a flowchart illustrating the functionality of the monitoring mechanism of FIG. 5.

FIG. 7 is a flowchart illustrating the functionality of the message manager of FIG. 5.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 depicts an automated monitoring system 10 illustrating the principles of the present invention. Vehicle control unit (VCU) 15 can be attached to any mobile structure or vehicle capable of carrying or moving a sensor 18 over various distances. For example, VCU 15 can be attached to an automobile, an airplane, a train, a boat or any other structure capable of moving across or through the Earth's surface and/or atmosphere. VCU 15 can also be carried by a person while walking or running.

The sensor 18 within VCU 15 is configured to determine the location of VCU 15 relative to a predetermined reference point. For example, in the preferred embodiment, sensor 18 is a global positioning system (GPS) sensor coupled to VCU 15, although other types of positioning systems and/or sensors are also possible. The GPS sensor 18 is configured to receive signals $21a$–$21c$ from a plurality of GPS satellites 23, and as known in the art, sensor 18 is designed to analyze signals $21a$–$21c$ in order to determine the sensor's coordinate values relative to a predetermined reference point. For example, in the preferred embodiment where sensor 18 is a GPS sensor, the sensor 18 determines the sensor's coordinate values relative to the Earth's zero degree latitude and

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

5

zero degree longitude reference point, which is located at the intersection of the Equator and the Prime Meridian. U.S. Pat. No. 5,781,156 entitled "GPS Receiver and Method for Processing GPS Signals" and filed on Apr. 23, 1997 by Krasner, which is incorporated herein by reference, discusses the processing of GPS signals 21a–21c received from GPS satellites 23 in order to determine the coordinate values. Since the sensor 18 is located within VCU 15, the coordinate values determined by the sensor 18 are assumed to match the coordinate values of the vehicle or other structure attached to the VCU 15.

It should be noted that the term "coordinate value" shall be defined herein to mean any value or set of values that may be used to determine a location of a point on the Earth. These values may be grid values, polar values, vector values, or any other type of value or values known in the art for indicating locations of points.

Sensor 18 is designed to transmit a signal 27 to vehicle manager 29 indicating the VCU's current coordinate values. Vehicle manager 29 is configured to receive signal 27 and to monitor the location of the VCU 15 over time by processing multiple signals 27. The vehicle manager 29 can be implemented in software, hardware, or a combination thereof. In the preferred embodiment, as illustrated by way of example in FIG. 2, the vehicle manager 29 of the present invention along with its associated methodology is implemented in software and stored in computer memory 30a of a computer system 31a.

Note that the vehicle manager 29 can be stored and transported on any computer-readable medium for use by or in connection with an instruction execution system, apparatus, or device, such as a computer-based system, processor-containing system, or other system that can fetch the instructions from the instruction execution system, apparatus, or device and execute the instructions. In the context of this document, a "computer-readable medium" can be any means that can contain, store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device. The computer readable medium can be, for example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, device, or propagation medium. More specific examples (a nonexhaustive list) of the computer-readable medium would include the following: an electrical connection (electronic) having one or more wires, a portable computer diskette (magnetic), a random access memory (RAM) (magnetic), a read-only memory (ROM) (magnetic), an erasable programmable read-only memory (EPROM or Flash memory) (magnetic), an optical fiber (optical), and a portable compact disc read-only memory (CDROM) (optical). Note that the computer-readable medium could even be paper or another suitable medium upon which the program is printed, as the program can be electronically captured, via for instance optical scanning of the paper or other medium, then compiled, interpreted or otherwise processed in a suitable manner if necessary, and then stored in a computer memory. As an example, the vehicle manager 29 may be magnetically stored and transported on a conventional portable computer diskette.

The preferred embodiment of the computer system 31a of FIG. 2 comprises one or more conventional processing elements 32a, such as a digital signal processor (DSP), that communicate to and drive the other elements within the system 31a via a local interface 33a, which can include one or more buses. Furthermore, an input device 34a, for example, a keyboard or a mouse, can be used to input data

6

from a user of the system 31a, and screen display 35a or a printer 36a can be used to output data to the user. A disk storage mechanism 37a can be connected to the local interface 33a to transfer data to and from a nonvolatile disk (e.g., magnetic, optical, etc.). It should be noted that input device 34a, display 35a, printer 36a, and disk 37a are optional and are not a part of the preferred embodiment, although other embodiments may include these features.

The vehicle manager 29 is preferably configured to maintain a database of travel data. The travel data includes the vehicle location information as well as any other desirable information. For example, when VCU 15 is attached to a delivery vehicle, vehicle manager 29 can be configured to include a list of items to be delivered and to indicate which deliveries have been successfully attempted, which deliveries have been unsuccessfully attempted, and which deliveries remain to be attempted. Vehicle manager 29 can also be configured to include the time that particular deliveries or other types of stops (e.g., bus stops) have been made and/or attempted. The travel data stored in vehicle manager 29 may include other desirable information not mentioned herein without departing from the principles of the present invention.

When desired, vehicle manager 29 is configured to transmit certain travel data (preferably including the location of VCU 15 and other desirable information) to base station control unit (BSCU) 38, which is remotely located from the VCU 15. Co-pending U.S. Patent Application entitled "System and Method for Enciphering and Communicating Vehicle Tracking Information" filed by Jones of even date herewith (Express Mail No. EL068353584US), which is incorporated herein by reference, describes a system and method for transmitting the vehicle data to BSCU 38.

BSCU 38 preferably includes a base station manager 39 designed to monitor the travel data of each VCU 15 associated with the system 10. The base station manager 39 can be implemented in software, hardware, or a combination thereof. In the preferred embodiment, as illustrated by way of example in FIG. 3, the base station manager 39 of the present invention along with its associated methodology is implemented in software and stored in computer memory 30b of a computer system 31b. The computer system 31b can be similar to computer system 31a, as can be seen by comparing FIG. 2 to FIG. 3. In this regard, the computer system 31b may include memory 30b for storing monitoring mechanism 39, and the computer system 31b may also include processing element 32b, local interface 33b, input 34b, display 35b, printer 36b, and storage disk 37b. It may also be desirable for computer system 31b to include a network interface 41 that allows the system 31b to exchange data with a network 42. It should be noted that input device 34b, display 35b, printer 36b, disk 37b, network interface 41, and network 42 are optional.

Vehicle manager 29 is configured to transmit travel data, via signal 43 (FIG. 1), to a communications device 44, which is capable of transmitting and receiving data to and from devices outside of VCU 15. In this regard, communications device 44 is preferably a cellular modem configured to transmit and receive wireless signals to and from a cellular network 48.

The communications device 44 can transmit the travel data over the voice channels associated with the cellular network 48, as is done by most cellular modems of the prior art. However, in order to reduce the cost associated with transmitting the travel data through the cellular network 48, the travel data may be communicated through the cellular

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

7

network 48 via a data or control channel. In this regard, the travel data can be encoded by altering identifiers of communications device 44, such as the mobile identification number (MIN) or electronic serial number (ESN), transmitted over a data channel of the cellular network 48. Alternatively, travel data can be appended to a feature request transmitted over the data channel. U.S. Pat. No. 5,771,445 entitled "Data Messaging in a Communications Network using a Feature Request," filed on Dec. 15, 1995, by Kennedy, III, et al, and U.S. Pat. No. 5,546,444 entitled "Methods and Apparatus for Communicating Data Via a Cellular Network Control Channel" filed on Mar. 11, 1994, by Roach, Jr., et al., which are both incorporated herein by reference, discuss the transmission of travel data over a data or control channel associated with cellular network 48 in further detail.

In order to transmit the travel data through a data channel by manipulating identifiers of the communications device 44, the MIN of communications device 44 is altered to include travel data, but the ESN remains fixed to be used as an identifier of the communications device 44. Therefore, after transmitting the identifiers through the data channel, the communications device 44 can be identified by the ESN, and the travel data can be determined from the MIN. Alternatively, the ESN of communications device 44 can be altered while the MIN is kept constant. It should be understood that the invention contemplates modification of the MIN, ESN, both the MIN and ESN, or other identifiers of the communications device 44 to accomplish the dual task of transmitting travel data and identifying the communications device 44.

Alternatively or in combination with the manipulation of the identifiers of the communications device 44, travel data can be communicated through the data channel by appending travel data to feature requests that are transmitted through the data channel. In this regard, most feature requests are generated by automatically or manually dialing the star key ("*") followed by a two-digit feature request identification code, and 29 digits of data. Therefore, for each feature request generated, 29 digits of travel data can be appended to the two-digit feature request identification code and sent over the data channel of the cellular network 48. Other embodiments may transmit different amounts of travel data following the feature request. By utilizing the manipulation of identifiers or the appendage of travel data to feature requests, less data is transmitted through the voice channels of the cellular network 48, thereby reducing the cost of transmitting data through the cellular network 48.

Cellular network 48 is designed to transmit the travel data to a vehicle communications device 52 at the BSCU 38. Although not necessary for implementation of the present invention, cellular network 48 is preferably designed to transmit to vehicle communications device 52 via a public switched telephone network (PSTN) 55. In this regard, PSTN 55 establishes a link between communications device 52 and cellular network 48, whereby cellular network 48 and communications device 52 can communicate via signals 61 and 65. Therefore, communications device 52 is preferably designed as a PSTN modem capable of communicating signals 65 between base station manager 39 and PSTN network 55.

Although the preferred embodiment utilizes a cellular network 48 and a PSTN network 55 to communicate travel data to base station manager 39, one ordinarily skilled in the art should realize that other configurations are possible. For example, communications device 52 can be configured as a cellular modem capable of communicating signals directly

8

with cellular network 48. Alternatively, utilization of communication networks 48 and 55 can be completely circumvented by configuring communications device 44 to communicate directly with communications device 52, for example. Any embodiment capable of communicating data between vehicle manager 29 and base station manager 39 should be suitable for implementing the principles of the present invention.

Base Station Manager

Base station manager 39 is designed to receive the travel data transmitted from vehicle manager 29 and to monitor the travel of the vehicle attached to the VCU 15 by monitoring the travel of the VCU 15. In this regard, base station manager 39 is designed to include a data manager 67 configured to receive the travel data via signal 66 from communications device 52, as depicted by FIG. 4. Data manager 67 is designed to store the travel data for each VCU 15 being monitored into a travel data storage unit 68. Preferably, travel data storage unit 68 is a database configured to store travel data associated with each VCU 15 being monitored by the system 10. The travel data storage unit 68 is configured to include a relational parameter (ie., a unique identification value correlated with the VCU 15 and, therefore, the travel data associated with the VCU 15) that enables determination of which travel data is associated with which VCU 15. For example, travel data storage unit 68 can be configured as a data table with each entry in the data table assigned an identification number unique to a particular VCU 15. Furthermore, each entry can include all of the travel data associated with the particular VCU 15. For example, each entry can include information such as, but not limited to, the VCU's coordinate values (i.e., the VCU's 15 location relative to a predetermined reference point), information regarding delivery status of items to be delivered, and/or the times that the VCU 15 reached particular locations or stops. The travel data storage unit 68 can be configured to contain all of the desirable information to monitor the status of each VCU 15 associated with the system 10.

Referring to FIG. 5, data manager 67 is configured to include a monitoring mechanism 69. The functionality of monitoring mechanism 69 is depicted in FIG. 6. As shown by blocks 102–112 of FIG. 6, monitoring mechanism 69 is configured to receive travel data from VCU 15 and to compare the travel data with predefined preference data stored in travel data storage unit 68. Preference data, as used herein, is data that defines the preferred parameters indicating when to notify a user of the impending arrival of the VCU 15 at a particular location. For example, preference data can be coordinates of a desired location whereby a notification message is sent to a user when the coordinates of the VCU 15 pass the coordinates of the desired location. In this context, the desired location defined by the preference data can, for example, represent a location that is a predetermined distance from the user's house, place of delivery/pick-up, or other particular location. Therefore, when the user receives the notification message, the user is aware of the approximate location of the VCU 15 or of the distance of the VCU 15 from a predetermined point (i.e., of the proximity of the VCU 15 from a predetermined point or location). Consequently, the user can prepare for the arrival of the VCU 15, since the user knows that arrival of the VCU 15 is imminent.

Alternatively, the preference data can define a certain time before the VCU 15 reaches a destination or other particular location (i.e., a proximity of the VCU 15 from the predetermined point). In this regard, the monitoring mechanism

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

9

69 is designed to determine the location of the VCU 15 from the travel data stored in travel data storage unit 68. The monitoring mechanism 69 is then designed to calculate the time it will take for the VCU 15 to reach the location specified by the preference data based on the location of the VCU 15 and the location of the desired destination. In calculating the travel time, the monitoring mechanism 69 can be configured to make assumptions about the time necessary to travel to the specified location. For example, if the route of the VCU 15 is through congested areas, the monitoring mechanism 69 can assume a certain delay time for traveling certain distances, and if the route of the VCU 15 is through less congested areas, the monitoring mechanism 69 can assume another delay time that is less than the delay time assumed for the congested areas. Alternatively, the monitoring mechanism 69 can use an average of the times it has previously taken for vehicles 15 to travel over the same route during other deliveries. Therefore, by comparing the travel data transmitted from VCU 15 with preference data, the monitoring mechanism 69 can determine when to send a notification message to a user.

As depicted by blocks 102, 104, 114, and 116 of FIG. 6, the preference data can be stored in travel data storage unit 68 (FIG. 5). As stated hereinbefore, the travel data storage unit 68 is preferably configured to store the travel data associated with each VCU 15 in a respective entry uniquely identified with the associated VCU 15. Accordingly, each data entry can also include the preference data associated with each VCU 15 that corresponds with the entry, or the preference data can be stored in separate entries which are correlated with corresponding VCU entries.

Once the monitoring mechanism 69 determines that a notification message should be sent to a user, the data manager 67 is designed to communicate a message to a user at a remote location 71, such as a user's premises, via PSTN network 55 and communications devices 72 and 73 (FIGS. 1, 4, and 5). In this regard, communications devices 72 and 73 are preferably PSTN modems capable of communicating with PSTN network 55. Data manager 67 is designed to transmit the message as signal 70 to user communications device 72, which communicates the message with PTSN network 55 via signal 74. PTSN network 55 then communicates the message to communications device 73, which is preferably configured to communicate the message to a message device 75. Message device 75 is configured to notify the user of the impending arrival of the VCU 15. Preferably, message device 75 is a computer capable of displaying the notification through e-mail or some other communications software. Alternatively, message device 75 can be a telephone, a pager or any other device capable of notifying a user at location 71.

Although the preferred embodiment utilizes a PSTN network 55 to communicate a notification message to message device 75, one ordinarily skilled in the art should realize that other configurations are possible. For example, other communication networks can be utilized or utilization of communication networks can be completely circumvented by configuring communications device 72 to communicate directly with communications device 73. Any embodiment capable of communicating data between data manager 67 and message device 75 should be suitable for implementing the principles of the present invention.

User Activation

In order for data manager 67 to transmit a notification message to a user at user premises 71, data manager 67 should be aware of certain contact information enabling data

10

manager 67 to contact the message device 75. In this regard, data manager 67 is configured to include a user database 78 (FIG. 5) containing contact information pertaining to each user that is to receive a notification message from the data manager 67. The user database 78 is preferably a database capable of uniquely identifying each user of the system 10. In the preferred embodiment, the user database 78 is a data table having entries that specify contact information associated with each user. Each entry preferably includes a user identification number unique to each user that identifies the information in the entry as relating to a particular user.

Each entry preferably includes a value specifying the medium through which the user has specified to be contacted. For example, the value can indicate that the user is to be contacted through e-mail, in which case the entry should also include the user's e-mail address. Alternatively, the value can indicate that the user is to be contacted through a telephone call or a page. In these situations, the entry should also include the user's telephone number or pager number. The value can also indicate multiple methods of notification. For example, the value can indicate that the user is to be first contacted via telephone. If there is no answer when the data manager 67 attempts to deliver a notification message, then the data manager 67 can be configured to attempt notification via paging. If paging fails, then the data manager 67 can be configured to attempt notification through e-mail or other computer oriented messaging system. Accordingly, the order of notification media should be indicated by the data in the user database 78, and the contact information necessary for each method selected (e.g., the telephone number, pager number, and e-mail address of the user) should also be included in the entry. It should be noted that various other communications media and combinations of communications media can be employed without departing from the principles of the present invention.

The contact information (and preference data, which will be discussed in further detail hereinafter) can be manually entered or downloaded into the user database 78 in order to activate a user for the system 10. In this regard, a system operator can receive the contact information (and preference data) via a telephone call or e-mail, for example, and manually enter the information into the system 10.

However, in the preferred embodiment, the contact information is automatically entered into the user database 78 via a message manager 82, which is depicted by FIG. 5. The functionality of the message manager 82 is shown in FIG. 7. The message manager 82 (FIG. 5) is configured to receive, via communications device 72 (FIG. 1), an activation request from a user at user premises 71, as shown by blocks 131-137 of FIG. 7. In this regard, the request can be transmitted to user communications device 72, via any suitable technique known in the art, and the BSCU 38 can be configured to include a plurality of user communications devices 72, as depicted by FIG. 4.

Each of these user communications devices 72 can be configured to simultaneously communicate with a respective user of the system 10. The information received by the user communications devices 72 can be transmitted to message manager 82 (FIG. 5) via any suitable technique, such as time division multiplexing, for example. Each user communications device 72 can also be designed to communicate with different communications media. For example, one user communications device 72 can be designed as a modem to communicate with a modem at user premises 71. This user communications device 72 can be designed to send data configured to prompt the user to return data pertaining to contact information. An example of such a prompt, could be

US 6,278,936 B1

11

a template or web page where the user's message device 75 (i.e., a computer in this case) displays the template, and the user can fill in fields of the template with the appropriate contact information. Alternatively, another one of the communications devices 72 can be designed to receive a telephone call from a user at user premises 71 and to prompt the user to enter data through touch-tone signaling. Other user communications devices 72 can be designed to communicate with other types of communications media known in the art.

Once the message manager 82 (FIG. 5) receives the request from the user, the message manager 82 is designed to determine that the request is a request for activation (i.e., a request for the user to be entered into the system 10). In response, the message manager 82 transmits data to the user, via user communications device 72, in order to prompt the user to transmit the necessary contact information, as shown by block 141 of FIG. 7. In this regard, the message manager 82 is configured to determine the type of medium used by the user to communicate the request for activation and to transmit a prompt to the user that is compatible with this medium. For example, when the user is communicating via a modem, the message manager 82 is configured to transmit signals compatible with the user's modem in order to prompt the user to enter the appropriate contact information. This data could be in the form of a web page transmitted through the Internet, or the prompt could simply be messages transmitted through e-mail or some other data communications system.

When the user is communicating via a telephone, the message manager 82 is preferably designed to transmit recorded messages to the user. The user can then select or enter data by transmitting touch-tone signals in response to the prompting messages, as is commonly known in the art. The message manager 82 may be configured to communicate with the user in other formats and media known in the art.

Once the message manager 82 receives the contact information from the user, the message manager 82 is designed to store the contact information as an entry in the user database 78, as depicted by block 143 of FIG. 7. When the monitoring mechanism 69 determines that a user should be notified of an impending arrival of a VCU 15, the monitoring mechanism 69 is designed to send a notification command to message manager 82. The notification command may also include travel data to be sent to the user, such as data indicating that a particular vehicle is a certain proximity from the destination defined by the preference data. In response, the message manager 82 is designed to retrieve the contact information associated with the user from the user database 78 and to determine how to contact the user based on the retrieved contact information, as depicted by blocks 151 and 153 of FIG. 7.

The message manager 82 is then designed to transmit a message compatible with the medium previously selected by the user for notification, as depicted by block 156 of FIG. 7. The message can include any travel data sent to the message manager 82 from the monitoring mechanism 69. For example, when the preferred medium for notification, the phone call is the preferred medium for notification, the message manager 82 can send a recorded telephone message to the telephone number that is indicated by the contact information retrieved from the user database 78. If the monitoring mechanism 69 included travel data indicating the time of arrival in the command to message manager 82, then message manager 82 can be configured to include a message indicating the expected time of arrival at a particular loca-

12

tion. Alternatively, the same information can be sent via e-mail, facsimile, page or other type of communications medium to the user, depending on the preferences selected by the user during activation.

During activation, the message manager 82 can be further configured to prompt for and receive preference data (i.e., data pertaining to when the user is to be notified) from the user, as shown by block 141 of FIG. 7. In this regard, the message manager 82 can be designed to prompt the user to return information indicating which VCU 15 is to be monitored on behalf of the user and when the notification is to be sent to the user. For example, the user can be prompted to select a VCU 15, a destination (or other particular location), and a notification preference to indicate a time or distance that the VCU 15 should be from the selected destination or other particular location when a notification is to be sent to the user. In response, the user specifies, through any known suitable communications technique, which VCU 15 the user wishes the system 10 to monitor and how the user wishes to be notified of an impending arrival of the selected VCU 15 at the selected destination. If the user knows the coordinate values of the destination, the user can simply transmit the coordinate values to the data manager 67. If the user selects the destination without supplying the coordinates of the destination (e.g., the user selects a destination from a list of locations) then the data manager 67 is preferably designed to determine the coordinate values transparently.

In some instances, the user may be aware of the vehicle number and stop number used by the system 10 to identify a particular VCU 15 and destination. For example, many buses are associated with a commonly known bus number, and the stops along the bus' route are associated with commonly known bus stop numbers. The data manager 67 can be configured to recognize the VCU 15 and destination associated with the bus number and stop number entered by the user in order to register the user with the system 10.

As depicted by block 146 of FIG. 7, the message manager 82 is preferably designed to automatically transmit to monitoring mechanism 69 the preferences selected by the user that pertain to when the user is to be notified. The monitoring mechanism 69 is designed to store this preference information in the travel data storage unit 68 in the entry associated with the selected VCU 15.

Once a user becomes activated with the system 10, the user may make changes to the preferences specified by the user, as shown by blocks 161–169 of FIG. 7. The message manager 82 is configured to receive the request for changes from the user. The message manager 82 can be configured to request the user to resubmit all contact information and preference data, as updated, or can be configured to request the user to only submit desired changes to the contact information or preference data. After receiving the new data, the message manager 82 is configured to update the contact information in user database 78 and to send a request to monitoring mechanism 69 to update the preference data relating to the monitoring of travel data. In response, monitoring mechanism 69 is designed to update the preference data in the travel data storage unit 68, as shown by blocks 114 and 116 of FIG. 6.

It should be further noted that as described hereinabove, the preference data and travel data can be automatically received and stored in travel data storage unit 68 and the selected vehicles 15 can be automatically monitored by the system 10. As used herein, the term "automatic" shall be defined to mean without interruption or interference from a human operator. However, it is possible to implement the

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

13

system 10 such that interference and interruption from a human operator is required.

Requests for Travel Data

In addition to providing the user with automatic advance notification of an impending arrival of a VCU 15, the system 10 can also be used to provide the user with travel data on demand, as depicted by blocks 171–177, 153 and 156 of FIG. 7. In this regard, the user communications device 72 is designed to receive a request for travel data from a user. For example, the user may call the communications device 72 on a telephone and through touch-tone signaling select, among other options, an option to discover the distance and/or time a particular VCU 15 is from the destination specified by the user's preference data or specified by the user during the request for travel data. The user communications device 72 is designed to transmit the user's selections to message manager 82. Based on the selections, the message manager 82 is designed to determine that the user message is a request for travel data. In response, the message manager 82 sends a request to monitoring mechanism 69 to retrieve the requested data from travel data storage unit 68.

The monitoring mechanism 69 is designed to receive the request for travel data from message manager 82 and to interpret the request in order to determine which travel information from the travel data in travel data storage unit 68 is desired by the user, as depicted by blocks 183 and 185 of FIG. 6. The monitoring mechanism 69 is then designed to retrieve from travel data storage unit 68 the desired travel data and to transmit the retrieved travel data to message manager 82, as shown by blocks 188 and 191 of FIG. 6.

In the case where the user desires to know the time and/or distance the selected VCU 15 is from the selected location, the monitoring mechanism 69 is designed to retrieve from travel data storage unit 68 the coordinates of the destination specified by the user (if not provided in the request for travel data) and the current coordinates of the VCU 15 of interest to the user. Prior to retrieving this data, the monitoring mechanism 69 can be configured to update the travel data for the VCU 15 by transmitting an update request to the VCU 15 via vehicle communications device 52. Similar to the user communications devices 72, a plurality of vehicle communications devices 52 may be located at the BSCU 38 in order for multiple vehicles 15 to simultaneously communicate with the monitoring mechanism 69, as depicted by FIG. 5. The vehicle communications devices 52 are configured to communicate with the monitoring mechanism 69 through any suitable technique, such as time division multiplexing, for example.

After receiving the update request via communications devices 52 and 44, the vehicle manager 29 is designed to transmit the current values of the vehicle travel data to the monitoring manager 69. By updating the vehicle travel data before responding to the user's request for travel data, the monitoring mechanism 69 can ensure the accuracy of the response transmitted to the user.

After retrieving the coordinate values from the travel data storage unit 68, the monitoring mechanism 69 is designed to calculate the distance that the VCU 15 is from the selected destination based on the coordinate values of the VCU 15 and the coordinate values of the destination. If the preference data and/or request for travel data indicates that the user is to be notified when the VCU 15 is a certain time from the selected destination, the monitoring mechanism 69 is then designed to determine the estimated time of arrival of the VCU 15 at the destination based on this distance. As described previously, the monitoring mechanism 69 is

14

designed to either assume that certain distances will take a certain amount of time to travel based on the type of traffic conditions usually encountered on the route or to calculate an average time previously required for vehicles 15 of the system to travel the route. To increase the accuracy of the calculations, the route should be divided into sections where the time required to travel each section is independently calculated. Furthermore, time delays associated with scheduled stops or deliveries can be factored into the calculations by assuming a delay time for each stop or delivery depending on the type of stop or delivery expected.

After calculating the distance and, if requested, the time the VCU 15 is from the destination, the monitoring mechanism 69 is configured to transmit the calculated values to the message manager 82. In response, the message manager 82 is designed to transmit the calculated information to the user via user communications device 72. Since the user already has an established communications connection with user communications device 72 when requesting travel data, there is no need for the message manager 82 to consult the contact information in the user database 78. The message manager 82 can simply transmit the data over the same connection. However, if desired, the message manager 82 may consult the contact information in the user database 78 to determine the user preferences in notification and notify the user of the distance and/or time accordingly.

The monitoring mechanism 69 can also be configured to transmit a command to a mapping system 86 (FIG. 5) to transmit mapping data to the message manager 82, if the user's request for travel data or user's preference data in data storage unit 68 includes a request for a mapping. The mapping system 86 may be any system known in the art for supplying a user with mapping data for rendering a display of a map. The command to the mapping system 86 preferably includes the coordinate values of the VCU 15 and the destination. In response, the mapping system 86 transmits to message manager 82 mapping data sufficient for forming a display map with the locations of the VCU 15 and the destination graphically displayed by the display map. The message manager 82 is designed to retrieve the contact information for the user requesting the travel data and is further configured to determine an address (e.g., an IP address or other type of address indicating how the mapping data is to be routed to user) associated with the user for sending the mapping data. The message manager 82 is then designed to transmit the mapping data to the retrieved address, which preferably identifies a computer at the user's premises 71. When the user's message device 75 (i.e., a computer in this case) receives the mapping data, the user's computer is configured to render a graphical display depicting a map that shows the vehicle's location relative to the destination on the map.

If desired, the monitoring mechanism 69 can be configured to transmit the coordinate values of the VCU 15 to the mapping system 86 each time the coordinate values are updated. The user's request for travel data can request this feature or the user can indicate this desire in the preference data submitted during activation. Accordingly, for each update, the mapping system 86 is designed to transmit updated mapping data to the user's computer 75 via message manager 82, as previously described. As a result, the position of the VCU 15 is updated, and the user can monitor the progress of the VCU 15 on the display map rendered by the computer 75.

Although the preferred embodiment illustrates the requests for travel data by determining the distance the VCU 15 is from a particular location or by determining the time

**15**

the VCU 15 is from the particular location, other information can be used to indicate the proximity of the VCU 15 from the particular location. For example, the message transmitted to the user in response to a request for travel data can indicate that the VCU 15 is currently at another particular location or landmark, preferably known to the user. Any other information indicating the proximity of the VCU 15 from a particular location can be used in implementing the principles of the present invention.

## OPERATION

The preferred use and operation of the tracking system 10 and associated methodology are described hereafter with specific reference to FIGS. 1, 4 and 5.

Establishing User Preferences

Initially, a user at remote location 71 establishes communication with the message manager 82 via communications devices 72 and 73. As used herein, the term "remote location" shall refer to any location off the site of the BSCU 38. The user can establish communication via a telephone, an e-mail message, the Internet, or any other suitable communication medium. The message manager 82 preferably transmits a list of options to the user, such as whether the user would like to activate a monitoring of a particular vehicle, to retrieve travel data for a particular vehicle or to modify preferences previously selected by the user in an earlier communication session with the message manager 82. In response, the user selects the activation option.

The message manager 82 then prompts the user to select certain preferences. For example, the message manager 82 can request the user to identify a particular VCU 15 that the user wishes the system 10 to track and a particular destination for the selected VCU 15. If the user knows the identification number of the VCU 15 or vehicle stop number used by the system 10 to identify the particular VCU 15 and/or destination, the user can simply transmit a message including this information. As an example, the bus numbers and/or bus stops of commercial and state operated buses are usually available to the public. Therefore, the user may be aware of the bus number and/or stop number of a particular bus that the user wishes to ride, and the user can simply transmit the bus number and/or stop number to the message manager 82. Also, the user should be able to specify other identifying information such as the day or days of desired travel and the time of day of desired travel.

In the embodiment where the user is expecting to receive a package from a particular delivery vehicle, the user may be aware of the package number or delivery number used by the system 10. Therefore, by specifying the package number and the address that the vehicle is to deliver the package, the particular VCU 15 of the vehicle that is to deliver the package can be located by the system 10. In this regard, a database can be defined by the operators of the system 10 that relates package numbers to VCU 15 numbers.

Alternatively, if the user is unable to identify a particular vehicle or VCU 15, the message manager 82 can send information to the user that can be used to help the user identify a particular VCU 15. For example, the message manager 82 can transmit to the user a list of buses or a list of vehicle stops to the user. The user can use this information to select a particular VCU 15 that is suitable to the user.

Also, the message manager 82 can send map data from mapping system 86 to the user. The user can then view the map and select points on the map where the user would like to know when the VCU 15 reaches the selected point. The points available for selection can be predetermined, such as

**16**

scheduled bus stops or other types of vehicle stops, or the user can be allowed to freely select any point on the map. In either case, the mapping logic preferably transmits the coordinates of the selected points to the message manager 82, which can use this information to not only identify the selected destination, but to also choose an appropriate VCU 15.

The message manager 82 also prompts the user to enter contact information such as how the user would like to be notified of an impending arrival of the selected VCU 15 at the selected destination. In response, the user selects a notification medium or combinations of media to be used to notify the user and supplies the necessary information to enable communication of the notification. For example, if the user selects a telephone as a notification medium, then the user provides a telephone number. In addition, if the user selects a computer as the notification medium, then the user provides a suitable address for the computer, such as an e-mail address or IP address. If the user selects a pager as the notification medium, then the user provides a pager number. It should be apparent to one skilled in the art when reading this disclosure that other types of notification media are possible without departing from the principles of the present invention. After receiving the desired contact information from the user, the message manager 82 stores the contact information in the user database 78.

The message manager 82 also prompts the user to transmit travel data preferences, which is information pertaining to when the user would like to be notified. For example, the user can select to be notified a certain time before the selected VCU 15 is to arrive at the selected destination. Also, the user can choose to be notified when the selected VCU 15 is within a certain distance of the destination, and the user can choose to be notified when the selected VCU 15 is a certain number of deliveries or stops away from the destination.

Since the monitoring mechanism 69 should have access to the travel data preferences in order to determine when a notification is appropriate, the message manager 82 preferably transmits the travel data preferences to the monitoring mechanism 69 along with a unique identification number that identifies the user and a unique identification number identifying the selected VCU 15. The unique identification number identifying the selected VCU 15 can be the vehicle number entered by the user provided that the number entered by the user identifies the VCU 15 to be monitored. In turn, the monitoring mechanism 69 stores this information as an entry in the travel data storage unit 68. All of the entries associated with a particular VCU 15 are preferably arranged together (based on the unique identification number) in the travel data storage unit 68. For example, each entry associated with a particular VCU 15 can be stored within a certain area of memory, or each of the entries can have a pointer pointing to another one of the entries associated with the particular VCU 15. Therefore, all of the entries associated with a particular VCU 15 can be easily located. Other methods known in the art for categorizing the entries and correlating the entries with a particular vehicle or with the travel data of a particular vehicle are also possible.

Once the message manager 82 has received the desired contact information and travel data preferences from the user, the communication between the message manager 82 and the user can be terminated. The base station manager 39 should now have sufficient information to monitor the selected VCU 15. If the user wishes to change the contact information and/or the travel data preferences, the user can reestablish communication with the message manager 82.

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

17

The message manager 82 preferably recognizes the user's requests as an update rather than an activation and prompts the user to transmit the new information In this regard, the message manager 82 can prompt the user for all of the desired contact information and/or preference data, similar to the activation session, and simply replace the previously stored contact information and/or preference data, or the message manager 82 can prompt the user for only the information to be updated and then merely update the previously stored information.

It should be noted that the information transferred between the user and the message manager 82 can be interfaced with the message manager 82 through a human operator during the activation session or update session described hereinabove and during other sessions, which will be described further hereinbelow. The human operator can prompt the user for certain information through a telephone call or other suitable medium of communication and can enter the response of the user into the message manager 82.

Monitoring the Vehicle

GPS satellites 23 transmit wireless signals 21a–21c to VCU 15 that can be analyzed through techniques well known in the art to determine a position of the VCU 15 relative to a particular reference point. For example, in GPS systems, the intersection of the Equator and the Prime Meridian is typically used as the reference point. Sensor 18 receives the signals 21a–21c and determines coordinate values representing the position of the VCU 15 relative to the reference point and transmits these values to vehicle manager 29.

The vehicle manager 29 stores the coordinate values received from sensor 18. The vehicle manager 29 also stores any other desired information as travel data. For example, the vehicle manager 29 can maintain a list of scheduled stops and/or packages to be delivered. This information can be updated as the stops are reached and/or the packages are delivered. Other types of desirable information may also be monitored by the vehicle manager 29 as travel data.

At desired times, the vehicle manager 29 transmit, via communications device 44, the stored travel data to cellular network 48. In this regard, the vehicle manager 29 can transmit the travel data continuously or at predetermined times (e.g., every five minutes or predetermined times of the day). Also, the base station manager 39 can transmit a request for an update to vehicle manager 29 via communication devices 44 and 52. In response to this request, the vehicle manager 29 can retrieve the current set of stored travel data and transmit it to the base station manager 39. In addition, the vehicle manager 29 can transmit the travel data to the base station manager 39 when scheduled stops or deliveries are reached or when other predetermined locations are passed.

Also, the base station manager 39 can assume that the VCU 15 is proceeding along a predetermined route at a predetermined rate, and the vehicle manager 29 can transmit vehicle data only when the VCU 15 is off schedule by a predetermined amount. Accordingly, the base station manager 39 can assume that the proximity of the VCU 15 is changing according to the predetermined schedule unless the base station manager 39 receives travel data from the vehicle manager 29, at which point the base station manager 39 updates the travel data storage unit 68 with the received travel data.

For example, an entry correlated with the VCU 15 in the travel data storage unit 68 can include a plurality of coordinate values representing locations along the VCU's route

18

of travel. When the monitoring mechanism 69 desires to know the current location of the VCU 15, the monitoring mechanism 69 retrieves one of the coordinate values in the entry, depending on the amount of time that has elapsed since the VCU 15 began the route. For example, each successive coordinate value in the entry can correspond to the assumed location of the VCU 15 after a predetermined time interval (e.g., five minutes) of travel since the previous assumed location of the VCU 15. Therefore, the first coordinate value represents the starting point of the route. The second coordinate value represents the assumed location of the VCU 15 after the predetermined time interval (e.g., five minutes) from the start of the trip, the third coordinate value represents the assumed location of the VCU 15 after two times the predetermined time interval (e.g., ten minutes) of travel from the start of the trip, and so on.

When the vehicle associated with VCU 15 starts its route of travel, the current time period from a clock (e.g., an internal clock associated with BSCU 38) is stored into the entry in the travel data storage unit 68 correlated with the VCU 15. Therefore, the amount of time elapsed since the start of the route can be determined by comparing the current time period with the start time period stored in the travel data storage unit 68. To retrieve the current coordinate value of the VCU 15, the monitoring mechanism 69 retrieves the coordinate value corresponding with the amount of time that has elapsed since the start of the route. For example, assuming that the predetermined time interval between assumed locations is five minutes, the monitoring mechanism 69 retrieves the second coordinate value if approximately five minutes have elapsed since the start of the route and retrieves the third coordinate value if approximately ten minutes have elapsed since the start of the route.

However, if the VCU 15 is off schedule by a predetermined amount (e.g., one mile or two minutes from the assumed location or, in other words, is outside of a predetermined proximity from said assumed location), then the VCU 15 transmits its true coordinate values to the monitoring mechanism 69. In response, the monitoring mechanism 69 stores the true coordinate values in the entry corresponding with the VCU 15. Therefore, if a true coordinate value has been stored in the entry within the last five minutes (or some other threshold amount), then the monitoring mechanism 69 retrieves the last stored true coordinate value from VCU 15 instead of one of the assumed coordinate values.

The vehicle manager 29 can determine whether or not it is off schedule by comparing the coordinate values of the VCU's true location, as indicated by the GPS sensor 18, against the coordinate values of an assumed location. In this regard, the vehicle manager 29, like the monitoring mechanism 69 described hereinabove, maintains a list of coordinate values representing locations along the VCU's route of travel and determines the amount of time elapsed since the start of the route via a clock (such as an internal clock associated with the VCU 15). Like the monitoring mechanism 69, the vehicle manager 29 can retrieve the coordinate values of the assumed location of the VCU 15 depending on the amount of time elapsed since the start of the trip. Therefore, the coordinate values retrieved by the vehicle manager 29 for comparison with the current coordinate values indicated by the GPS sensor 18 represent the current location of the VCU 15, assuming the VCU 15 is on schedule. If the coordinate values of the assumed location differ from the coordinate values of the GPS sensor 18 by a predetermined amount, then the VCU 15 is off schedule, resulting in the transmission of the VCU's true location to monitoring mechanism 69.

19

Alternatively, the VCU 15 can transmit a value (such as a time period or distance) that the VCU 15 is off schedule, when the VCU 15 determines that it is off schedule by the predetermined amount. Therefore, monitoring mechanism 69 can determine the VCU's proximity by comparing the transmitted value against the assumed location of the VCU 15. When the VCU 15 transmits a time value (e.g., a value indicating the vehicle is off schedule by a certain time, such as two minutes for example), the monitoring mechanism 69 can determine an approximate arrival time at the selected destination by simply combining (i.e., adding or subtracting) the time indicated by the transmitted value with the total time that the route should take to travel. In this situation, the monitoring mechanism 69 does not need to keep track of the assumed locations of the VCU 15. Instead, the monitoring mechanism 69 can simply assume the VCU 15 will arrive at the destination or notification point at a predetermined time (based on the time of start and the total estimated time to reach the destination or the notification point) unless a time value is received. When a time value is received, the monitoring mechanism 69 can update the predetermined time based on the time value. Therefore, when the predetermined time (as updated) expires, notification should be sent to the user. It should be noted that other references and methodologies may be employed to determine when to transmit travel data from vehicle manager 29 to base station manager 39.

When the cellular network 48 receives travel data from communications device 44, the cellular network 48 preferably transmits the travel data to base station manager 39 via PSTN network 55 and communication device 52. Base station manager 39 receives the travel data and monitors the vehicle's location based on the travel data.

In this regard, the monitoring mechanism 69 upon receiving travel data from VCU 15 stores the travel data, including the coordinate values of the VCU 15, into each entry of the travel data storage unit 68 that is configured to contain travel data and is associated with the VCU 15. After accessing an entry for storing travel data, the monitoring mechanism 69 compares the current travel data (either received from the VCU 15 or selected from a predetermined or assumed set of travel data, as described hereinabove) with the user preferences stored in the entry in order to determine whether a notification should be sent to the user. Alternatively, the monitoring mechanism 69 can be configured to periodically poll each entry in the travel data storage unit 68 and to compare the travel data in each entry with the corresponding preference data to determine which users should receive a notification.

In analyzing each entry, the monitoring mechanism 69 preferably subtracts the current coordinate values in the accessed entry of the VCU 15 with the coordinate values previously stored in travel data storage unit 68 that indicate the destination location selected by the user. If the resulting value is less than a predetermined value, then the monitoring mechanism 69 sends a notification command to message manager 82 instructing the message manager 82 to notify the user of the impending arrival of the VCU 15. This predetermined value corresponds to the distance that the VCU 15 should be from the destination before a notification is sent to the user. Preferably, this predetermined value is calculated from or is included in the preference data supplied by the user during activation or during an update to the activation.

The monitoring mechanism 69 can also send the notification command to the message manager 82 based on the estimated time the VCU 15 is from the destination.

After calculating the value indicating the distance of the VCU 15 from the destination, the monitoring mechanism 69

20

can estimate how long it will take for the VCU 15 to reach the destination by assuming that the VCU 15 can travel certain distances in a certain amount of time. In order to increase the accuracy of the system 10, the monitoring mechanism 69 can vary the time for the distances according to the type of traffic that is typically encountered at the vehicle's location and route of travel. If traffic conditions are usually congested along the VCU's route, then the monitoring mechanism 69 can assume higher rates of time. Furthermore, if the travel data indicates that the VCU 15 has a number of vehicle stops prior to reaching the destination, the monitoring mechanism 69 can factor in a delay time for each stop depending on the type of the stop.

Once the monitoring mechanism 69 determines the VCU's expected time of arrival at the destination, the monitoring mechanism 69 can determine whether the user should be notified based on this estimated time. If the estimated time is less than a predetermined value indicating the desired estimated time of arrival chosen by the user, then the monitoring mechanism 69 sends the notification command to the message manager 82.

The message manager 82, in response to the notification command from the monitoring mechanism 69, retrieves the contact information from user database 78 indicating how the user desires to be notified. Utilizing the contact information, the message manager 82 then sends a message to the user at remote location 71. The monitoring mechanism 69 preferably includes certain travel data in the notification command, such as the VCU's location. Consequently, the message manager 82 is able to include this travel data with the message sent to the user. For example, the message may indicate that the VCU 15 (and, therefore, that the vehicle attached to the VCU 15) is a certain amount of time or distance from the destination or the message may indicate the VCU's specific location, perhaps with reference to street names and/or street blocks.

If the contact information indicates that the user wishes to have map data sent to a computer at the remote location 71, the message manager 82 sends a request for map data to monitoring mechanism 69. In response, the monitoring mechanism 69 sends to the mapping system 86 the necessary data (e.g., the coordinates of the VCU 15 and the destination) for the mapping system 86 to transmit the appropriate mapping data. The mapping system 86 transmits the mapping data to message manager 82 which again utilizes the contact information retrieved from user data base 78 to communicate the mapping data to the appropriate message device 75 at remote location 71. The message device 75 then displays the mapping data in graphical form so that the user can see the vehicle's location relative to the destination within the map graphically displayed by the message device 75.

The notification message sent to the user indicates the impending arrival of the VCU 15 at the destination previously selected by the user. Accordingly, the user can prepare for the arrival of the VCU 15 knowing approximately how long it should take for the VCU 15 to arrive at the destination.

Requesting Travel Data

During the monitoring process described hereinabove, the user can discover the status of the VCU 15 or of the vehicle attached to the VCU 15, on demand, by contacting the base station manager 39 and requesting information pertaining to the travel data stored in the travel data storage unit 68. In this regard, the user establishes communication with the message manager 82 (FIG. 5) via communications devices 72

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

21
US 6,278,936 B1
22

and 73 The medium used for communication can be any suitable medium known in the art (e.g., telephone, e-mail, Internet, cellular phone, etc.). The preferred operation of the present invention will be described hereinafter with the user establishing communication via telephone, although other media of communication are also suitable.

After the telephone connection is established, the message manager 82 prompts the user with a series of recorded questions or options in order to determine the user's request. The user responds to these prompts through touch-tone signaling which is well known in current telephone communications systems. Initially, the message manager 82 prompts the user to indicate whether the call is an activation, an update of an activation, or a request for travel data. The user selects the appropriate touch-tone number to indicate that the user is requesting travel data.

The message manager 82 receives and interprets the touch-tone signal to determine that the user is requesting travel data. In response, the message manager 82 prompts the user to transmit an identification number of the VCU 15 of concern for the user. This prompt can include information to aide the user in selecting a VCU 15. The user responds by transmitting a series of touch-tone signals that indicate the identification number or other unique data of the particular VCU 15 of concern for the user. The message manager 82 receives and interprets the touch-tone signals and determines which VCU 15 is selected by the user based on the received touch-tone signals.

The message manager 82 can then, if desired, prompt the user to indicate which travel data the user desires to know. For example, it is likely that the user may want to know how far the VCU 15 is from the destination or how long it should take the VCU 15 to arrive at the destination. However, the uses may want to know other information, such as, but not limited to, how many vehicle stops the VCU 15 encounters enroute or the type of vehicle that is enroute, etc. The user responds with touch-tone signals, as appropriate, to indicate what information the user is requesting.

The message manager 82 then transmits a request for data to the monitoring mechanism 69. The request for data includes the unique identification number used to identify the VCU 15, as well as any other information needed by the monitoring mechanism 69 to provide the desired information. For example, the message manager 82 may also transmit information indicating that the user wishes to discover information pertaining to the type of vehicle that is enroute. The monitoring mechanism 69, in turn, retrieves the desired travel data from the travel data storage unit 68.

After retrieving the desired travel data, the monitoring mechanism 69 transmits the retrieved data to the message manager 82, which communicates the data information to the user in a message transmitted to the user. The message can include the travel data retrieved by the monitoring mechanism 69 or can be formed to indicate the information contained by the travel data. For example, when communication is over a telephone connection, a recorded message can be formed by the message manager 82 indicating the distance the VCU 15 is from the destination based on the travel data sent to the message manager 82. When communication is via modem signals, travel data can be transmitted to the user by the message device 82. In either case, the contents of the message is based on the travel data retrieved by the monitoring mechanism 69. Since a communications line between the user and message manager 82 is already established in order for the user to make the request for travel data, the message manager 82 preferably transmits the

data to the user over the established communication connection. When the user desires to receive map data (indicated by the selection of an option during the request for travel data or by the user preferences stored in the travel data storage unit 68), the monitoring mechanism 69 transmits a map generation command and travel data of the selected VCU 15 to mapping system 86. Mapping system 86 then transmits graphical data to message manager 82.

Message manager 82 communicates the graphical data to message device 75 which is capable of generating a map display based on the graphical data. In order to communicate this data, the message manager 82 retrieves the user contact information from the user database 78. The contact information indicates the address (and/or other pertinent information) of the message device 75 so that the message manager 82 knows where to transmit the graphical data. By viewing the map display generated by the message device 75, the user can determine the location and estimated time of arrival of the VCU 15. The map display preferably shows the intended route of travel by the VCU 15 and any scheduled vehicle stops along the route.

Since the system 10 stores certain travel information in order to monitor the travel of a VCU 15 for providing an advance notification of the travel of a VCU 15, the system 10 can also provide an easy and low cost way for a user to access information pertaining to the travel of a VCU 15, on demand. Accordingly, the user does not have to wait for preselected preferences to be satisfied before learning of the VCU's (and, therefore, the vehicle's) location and/or estimated time of arrival. The user can monitor the travel of the VCU 15 at any time by submitting a request for travel data and can, therefore, know the location and status of the VCU 15 before receiving an advance notification signal that is based on comparisons between the VCU's travel data and the user's preselected preferences. As a result, the user can better prepare for an arrival of any particular VCU 15 or vehicle attached to the VCU 15 associated with the system 10.

It should be apparent to one skilled in the art that at least a portion of the functionality of the data manager 67 can be implemented by the vehicle manager 29, if desired. In this regard, preference data and/or travel data for the VCU 15 can be store in the computer system 31 a coupled to the VCU 15. Accordingly, it is possible for the vehicle manager 29 to determine when to transmit a notification to the user and to transmit a notification to the user via communication device 52 and 72. However, such an implementation can increase the complexity and cost of the system 10 and is therefore generally not desirable.

In concluding the detailed description, it should be noted that it will be obvious to those skilled in the art that many variations and modifications may be made to the preferred embodiment without substantially departing from the principles of the present invention. All such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the following claims.

Now, therefore, the following is claimed:

1. A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular location, comprising:

a storage mechanism configured to store travel data transmitted from a communications device associated with a vehicle being monitored by said system, said vehicle located at a first remote location;

a data manager configured to receive a request from a user and to retrieve travel data associated with said vehicle from said storage mechanism in response to said request;

23

a first communications device configured to transmit a message to a second communications device located at a second remote location, said message based on said travel data retrieved by said data manager and indicative of a proximity of said vehicle from a particular location; and

a mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message.

2. The system of claim 1, wherein said communications device associated with said vehicle transmits said travel data via a control channel of a cellular network.

3. The system of claim 1, wherein said proximity is defined in time.

4. The system of claim 1, wherein said proximity is defined in distance.

5. The system of claim 1, wherein said communications device associated with said vehicle transmits said travel data transmitted from said communications device in response to a determination that said vehicle is off schedule.

6. The system of claim 1, wherein said data manager is further configured to receive preference data transmitted from said user and to compare said preference data to travel data associated with said vehicle, said data manager configured to automatically transmit a notification message to said second communications device based upon a comparison of said preference data to said travel data associated with said vehicle.

7. The system of claim 6, wherein said travel data associated with said vehicle indicates a location of said vehicle and said data manager is configured to transmit said notification message based on said location of said vehicle relative to a predefined reference point.

8. The system of claim 1, wherein said vehicle comprises:

a sensor configured to determine a location of said vehicle relative to a predefined reference point; and

a third communications device associated with said vehicle and configured to transmit travel data indicating said location of said vehicle to said storage mechanism.

9. The system of claim 8, wherein said third communications device is configured to transmit said travel data indicating said location of said vehicle through a cellular network.

10. The system of claim 1, wherein said data manager is further configured to retrieve contact information associated with said user, wherein said first communications device is further configured to transmit said travel data retrieved by said data manager based on said contact information.

11. The system of claim 10, wherein said contact information includes data enabling said first communications device to establish communication with said second communications device.

12. The system of claim 11, wherein said contact information indicates a preferred medium of communication between said first and second communications devices and at least one alternate medium of communication between said first and second communications devices.

13. The system of claim 11, wherein said data manager is further configured to receive preference data transmitted from said user and to compare said preference data to travel data associated with said vehicle, said data manager configured to automatically transmit a notification message to said second communications device based upon a comparison of said preference data to said travel data associated with said vehicle.

24

14. The system of claim 1, wherein said second communications device is utilized by said user to submit said request to said data manager.

15. The system of claim 1, wherein said data manager is further configured to analyze said travel data stored in said storage mechanism and to automatically transmit a notification message when said vehicle is within a specified proximity of a particular location.

16. A system for monitoring vehicle travel and for reporting vehicle status information comprising:

a storage mechanism configured to store travel data transmitted from communications devices associated with vehicles being monitored by said system;

a data manager configured to receive a request transmitted by a user, said request identifying one of said vehicles, said data manager configured to retrieve travel data associated with said one vehicle from said storage mechanism in response to said request, said data manager further configured to retrieve contact information associated with said user; and

a first communications device configured to transmit a message to a second communications device, said second communications device located remotely from said first communications device and associated with said user, said message based on said travel data retrieved by said data manager and indicative of a proximity of said one vehicle from a particular location, said first communications device further configured to transmit said travel data retrieved by said data manager based on said contact information; and

a mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location,

wherein said mapping data is included in said message and wherein said contact information includes data enabling said first communications device to establish communication with said second communications device.

17. A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular location, comprising:

a storage mechanism configured to store travel data transmitted from a communications device associated with a vehicle being monitored by said system, said vehicle located at a first remote location;

a data manager configured to receive a request from a user and to retrieve travel data associated with said vehicle from said storage mechanism in response to said request, said data manager further configured to retrieve predefined contact information associated with said user, said contact information including data enabling said first communications device to establish communication with said second communications device;

a first communications device configured to transmit a message to a second communications device located at a second remote location, said message based on said travel data retrieved by said data manager and indicative of a proximity of said vehicle from a particular location, said first communications device further configured to transmit said travel data retrieved by said data manager based on said contact information; and

a mapping system configured to receive said travel data retrieved by said data manager and to generate mapping

Copy provided by USPTO from the PIRS Image Database on 07/15/2003

**25**

data based on said travel data retrieved by said data manager, said mapping system further configured to transmit said mapping data to said second communications device, wherein a device at said second remote location is configured to render a graphical display based on said mapping data transmitted from said mapping system to said second communications device, said graphical display indicating a location of said vehicle.

18. A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising:

means for receiving travel data transmitted from a vehicle at a first remote location;

means for storing said travel data;

means for receiving a request from a user at a second remote location;

means for retrieving travel data associated with said vehicle in response to said request;

means for forming a message corresponding with said travel data retrieved by said retrieving means, said message indicative of a proximity of said vehicle from a particular location via said message;

means for transmitting said message to a communications device associated with said user;

means for generating mapping data based on said travel data retrieved by said retrieving means, said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location; and

means for including said mapping data in said message.

19. The system of claim 18, further comprising a means for transmitting said travel data transmitted from said vehicle in response to a determination that said vehicle is off schedule.

20. The system of claim 18, further comprising a means for transmitting said travel data via a data channel associated with a cellular network.

21. The system of claim 18, further comprising:

means for receiving preference data transmitted by said user;

means for comparing said preference data with said travel data associated with said vehicle; and

means for transmitting a notification message to said user.

22. The system of claim 18, further comprising:

means for forming data indicating a location of said vehicle; and

means for transmitting said data to a base station, wherein each of said receiving means is located at said base station.

23. The system of claim 22, further comprising:

means for retrieving predefined contact information; and

means for establishing communication between a communications device associated with said base station and said communications device associated with said user based on said predefined contact information.

24. The system of claim 23, further comprising a means for determining a preferred medium of communication and at least one alternate medium of communication based on said contact information.

25. The system of claim 23, further comprising:

means for receiving preference data transmitted by said user;

**26**

means for comparing said predefined preference data with said travel data associated with said vehicle; and

means for automatically transmitting a notification message to said user in response to a comparison by said comparing means.

26. A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising:

means for receiving travel data transmitted from a vehicle at a first remote location;

means for storing said travel data;

means for receiving a request from a user at a second remote location;

means for retrieving travel data associated with said vehicle in response to said request;

means for forming a message corresponding with said travel data retrieved by said retrieving means, said message indicative of a proximity of said vehicle from a particular location;

means for transmitting said message to a communications device associated with said user;

means for forming data indicating a location of said vehicle;

means for transmitting said data to a base station, each of said receiving means located at said base station;

means for retrieving predefined contact information;

means for establishing communication between a communications device associated with said base station and a communications device associated with said user based on said predefined contact information;

means for generating mapping data based on said travel data retrieved by said retrieving travel data means;

means for transmitting said mapping data to a graphics device associated with said user;

means for rendering a display map via said graphics device; and

means for indicating said location of said vehicle via said display map.

27. A method for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising the steps of:

receiving travel data transmitted from a vehicle at a first remote location;

storing said travel data;

receiving a request from a user located at a second remote location;

retrieving travel data associated with said vehicle in response to said request;

forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said vehicle from a particular location;

transmitting said message to a communications device associated with said user;

generating mapping data based on said travel data retrieved in said retrieving step, said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location; and

including said mapping data in said message.

28. The method of claim 27, further comprising the step of transmitting said travel data via a control channel associated with a cellular network.

US 6,278,936 B1

27

29. The method of claim 27, further comprising the steps of:

receiving preference data transmitted by said user;

comparing said preference data with said travel data associated with said vehicle; and

automatically transmitting a notification message to said user in response to said comparing step.

30. The method of claim 27, further comprising the steps of:

assuming that said vehicle is traveling at a predetermined rate; and

communicating travel data from said vehicle in response to a determination that said vehicle is traveling at a rate different from said predetermined rate.

31. The method of claim 27, further comprising the steps of:

forming data indicating a location of said vehicle;

transmitting said data formed in said forming step to a base station; and

performing said receiving steps at said base station.

32. The method of claim 31, further comprising the steps of:

retrieving predefined contact information; and

establishing communication between a communications device associated with said base station and said communications device associated with said user based on said predefined contact information.

33. The method of claim 32, further comprising the step of determining a preferred medium of communication and at least one alternate medium of communication based on said contact information.

34. The method of claim 32, further comprising the steps of:

receiving preference data transmitted by said user;

comparing said preference data with said travel data associated with said vehicle; and

automatically transmitting a notification message to said user in response to said comparing step.

35. The method of claim 27, further comprising the step of receiving said request from said communications device associated with said user.

28

36. The method of claim 27, further comprising the steps of:

analyzing said travel data stored in said storing step, and

automatically transmitting, based on said analyzing step, a notification message when said vehicle is within a specified proximity of a particular location.

37. A method for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising the steps of:

receiving travel data transmitted from a vehicle at a first remote location;

storing said travel data;

receiving a request from a user located at a second remote location;

retrieving travel data associated with said vehicle in response to said request;

forming a message corresponding with said travel data retrieved in said retrieving step and indicating a proximity of said vehicle from a particular location;

transmitting said message to a communications device associated with said user;

forming data indicating a location of said vehicle;

transmitting said data to a base station;

performing said receiving steps at said base station;

retrieving predefined contact information;

establishing communication between a communications device associated with said base station and a communications device associated with said user based on said predefined contact information;

generating mapping data based on said travel data retrieved in said retrieving travel data step;

transmitting said mapping data to a graphics device associated with said user;

rendering a display map via said graphics device; and

indicating said location of said vehicle via said display map.

* * * * *

Copy provided by USPTO from the PIRS Image Database on 07/15/2003



# EXHIBIT / ATTACHMENT

## B

**(To be scanned in place of tab)**

# United States
# Patent File History

## Tab Listings

A.   References of applicant
    A1–U.S. References
    A2–Foreign References

B.   Jacket (face of file contents flap, index of claims, PTO 270, searched)

C.   Printed Patent

D.   Specification (serial no sheet, abstract, specification, claims)

E.   Oath
    E1–Small Entry Status (if applicable)

F.   Drawing Figures (if applicable)

G.   PTO Applicant Correspondence

H.   Original Patent Application (in cases of FWC)

## Supplied by:

REEDFAX Document Delivery System

117 Gibraltar Road, Horsham, PA 19044-0562

Customer Service 1-800-422-1337 or 215-441-4768
Fax 1-800-421-5585 or 215-441-5463

B-1


 09/163958 US PTO 09/30/98

6278936

6278936

# U.S. UTILITY PATENT APPLICATION

| O.I.P.E. | PATENT DATE |
|---|---|
| SCANNED Q.A. | |

| SECTOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|
| | | | | |

## PREPARED AND APPROVED FOR ISSUE

### ISSUING CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | |
| 701 | 201 | 701 | 202 | 207 | 117 | 116 | 118 | |
| INTERNATIONAL CLASSIFICATION | | 340 | 989 | 994 | | | | |

| TERMINAL DISCLAIMER | DRAWINGS | | | CLAIMS ALLOWED | |
|---|---|---|---|---|---|
| | Sheets Drwg. | Figs. Drwg. | Print Fig. | Total Claims | Print Claim for O.G. |
| | 7 | 7 | 1 | 31 | 1 |

NOTICE OF ALLOWANCE MAILED

07-20-01

ISSUE FEE

ISSUE BATCH NUMBER

WARNING

DISCLAIMER LABEL

LABEL AREA

DO NOT DESTROY

B-2

Query

Query

PATENT APPLICATION



# CONTENTS

|  | Date received (Incl. C. of M.) or Date Mailed |  | Date received (Incl. C. of M.) or Date Mailed |
|---|---|---|---|
| 1. Application as filed papers |  | 42. |  |
| 2. | | 43. |  |
| 3. | 11-16-98 | 44. |  |
| 4. | 2-23-98 | 45. |  |
| 5. | | 46. |  |
| 6. | 4-25-00 | 47. |  |
| 7. | 5-15-00 | 48. |  |
| 8. | 7-3-00 | 49. |  |
| 9. | 3-14-01 | 50. |  |
| 10. | 3-14-01 | 51. |  |
| 11. | 11-14-01 | 52. |  |
| 12. | 11-14-01 | 53. |  |
| 13. | 1-18-01 | 54. |  |
| 14. | 1-18-01 | 55. |  |
| 15. | | 56. |  |
| 16. | | 57. |  |
| 17. | 2-20-01 | 58. |  |
| 18. | 2-20-01 | 59. |  |
| 19. | 2-20-01 | 60. |  |
| 20. | 3-14-01 | 61. |  |
| 21. | 3-18-01 | 62. |  |
| 22. | 10-01 | 63. |  |
| 23. |  | 64. |  |
| 24. |  | 65. |  |
| 25. |  | 66. |  |
| 26. |  | 67. |  |
| 27. |  | 68. |  |
| 28. |  | 69. |  |
| 29. |  | 70. |  |
| 30. |  | 71. |  |
| 31. |  | 72. |  |
| 32. |  | 73. |  |
| 33. |  | 74. |  |
| 34. |  | 75. |  |
| 35. |  | 76. |  |
| 36. |  | 77. |  |
| 37. |  | 78. |  |
| 38. |  | 79. |  |
| 39. |  | 80. |  |
| 40. |  | 81. |  |
| 41. |  | 82. |  |

B-3

FRONT

POSITION                    INITIALS              IL NO          DATE

FEE DETERMINATION
O.I.P.E. CLASSIFIER
FORMALITY REVIEW

## INDEX OF CLAIMS

Rejected
Allowed
(Through numeral) Cancelled
Restricted



If more than 150 claims or 10 actions
staple additional sheet here

B-4



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 707 | 201 200 207 208 209 211 213 | 5/18/00 | JCJ |
| 340 | 988 990 995 | | |
| 342 | 457 357.13 | | |
| updated 707 | search 117 | 8/7/00 | JCJ |
| 340 | 994 988 | | |
| 705 | 27 26 1 5 4 | | |
| updated 707 | search 116 117 119 | 2/15/01 | JCJ |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 707 | 200 201 207 208 209 211 213 117 118 119 | 2/15/01 | JCJ |
| 340 | 994 988 | | |
| 342 | 457 459 | | |

## SEARCH NOTES
### (INCLUDING SEARCH STRATEGY)

| | Date | Exmr. |
|---|---|---|

B-5

PAGES B-6 – B-28 REMOVED

(DUPLICATE OF EXHIBIT A
U.S. PATENT 6,278,936)

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

10/07/1990 MILLER   0000001 9961289

01 FC:101                          790.00 CH
02 FC:103                          332.00 CH

PTO-1556
(5/87)

B-29

TK... Docket No. 050701-1030

## ABSTRACT OF THE DISCLOSURE

Generally, the present invention monitors and communicates travel data transmitted from vehicles being monitored by the system to users requesting travel information on a particular vehicle. A travel data storage unit receives and stores the travel data. When a user desires to view some or all of this travel data, the user submits a request to a data manager. In response, the data manager retrieves the appropriate information from the travel data stored in the travel data storage unit and transmits this information to the user. The data manager may communicate the information in a variety of mediums and preferably contact information is predefined that enables the data manager to determine which medium is preferable and how to establish communication once the medium is determined.

B-30

TKH      .ket No. 050701-1030

# SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE

5

## CLAIM OF PRIORITY AND CROSS REFERENCE TO RELATED APPLICATIONS/PATENTS

This document claims priority to and is a continuation-in-part of copending U.S.

Patent Application entitled "ADVANCE NOTIFICATION SYSTEMS AND METHODS

10    UTILIZING A COMPUTER NETWORK," assigned serial number 08/852,119, and filed

on May 6, 1997, which claims priority to (a) - (d) hereafter, and which is a continuation-

in-part of (b) - (d) hereafter:

(a) provisional application entitled, "ADVANCE NOTIFICATION SYSTEM

AND METHOD UTILIZING A COMPUTER NETWORK," filed March 7, 1997 by M.

15    K. Jones and assigned serial no. 60/039,925;

(b) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM

AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME

PERIOD," filed May 2, 1995 by M. K. Jones and assigned serial no. 08/434,049, now

U.S. Patent No. 5,623,260 to M. K. Jones that issued on April 22, 1997;

20    (c) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM

AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR," filed

May 2, 1995 by M. K. Jones and assigned serial no. 08/432,898, now U.S. Patent No.

5,657,010 to M. K. Jones that issued on August 12, 1997; and

1

B-31

TKH    .cket No. 050701-1030

(d) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM

AND METHOD UTILIZING PASSENGER CALLING REPORT GENERATOR," filed

May 2, 1995 by M. K. Jones and assigned serial no. 08/432,666, now U.S. Patent No.

5,668,543 to M. K. Jones that issued on September 16, 1997;

5      where documents (b), (c), and (d) are each a continuation-in-part of the

application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD

UTILIZING A DISTINCTIVE TELEPHONE RING, " filed March 20, 1995 by M. K.

Jones and assigned serial no. 08/407,319, now abandoned, which in turn is a

continuation-in-part of an application entitled "ADVANCE NOTIFICATION SYSTEM

10     AND METHOD" filed May 18, 1993 by M. K. Jones *et al.* and assigned serial no.

08/063,533, now U.S. Patent No. 5,400,020 to M. K. Jones *et al.* that issued on March 21,

1995.

## BACKGROUND OF THE INVENTION

15

## FIELD OF THE INVENTION

The present invention generally relates to data communications and information

systems and, in particular, to an automated system and method for monitoring travel of a

vehicle and for communicating vehicle travel information to a user at a remote location

20     regarding the proximity of the vehicle relative to a predefined destination.

B-32

TKH₃    ..cket No 050701-1030

## RELATED ART

There are many situations when it is desirable to know the actual arrival time of a particular vehicle at a particular destination or other location. With this information, adjustments can be made to avoid waiting for a particular vehicle to reach the particular

5    destination. For example, a person picking up a friend or relative at a commercial bus station usually either calls the bus station to find out the approximate arrival time (information which is oftentimes unavailable or unreliable) and/or arrives at the bus station prior to the scheduled arrival time of the bus hoping that the bus is not significantly delayed.

10    Another example involves school children that ride school buses. The arrival times of school buses at scheduled stops can be significantly affected by many factors such as maintenance problems, rush hour traffic, and congested urban/suburban conditions. As a result, school children typically wait at bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous

15    conditions near busy or secluded streets. A system informing the students of the school bus' proximity is desirable in order for the students to avoid waiting on the school bus at the school bus stop for extended times.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule. Customers oftentimes wait on

20    delivery of important time-critical packages not knowing precisely when the delivery will occur. A system informing the customer of the precise arrival time is desirable in order to improve customer service and to allow the customer to better rely on the estimated arrival time of the delivery.

3

Thus, generally, it is desirable to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, a certain number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of feet or miles) away from the destination, or (c) at a particular

5   location among a set of predetermined location points.

In order to alleviate the arrival time problem in the context of school buses, student notification systems in the past have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Patent No. 4,713,661 to Boone *et al.* and U.S. Patent No. 4,350,969 describe systems of this type. When the school bus and its

10   on-board transmitter come within a certain range of a particular home receiver, the transmitter sends a signal to notify the student that the school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for

15   providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

Thus, a heretofore unaddressed need exists in the industry for a system and method for monitoring travel of a vehicle and for providing desirable travel information,

20   such as, for example, an updated location of the vehicle.

TKH,    ocket No. 050701-1030

## SUMMARY OF THE INVENTION

The present invention overcomes the inadequacies and deficiencies of the prior art as discussed herein. In general, the present invention provides an automated system and method for monitoring travel of a vehicle and for communicating vehicle travel

5    information to a user located at a remote location in response to a request by the user.

In a broad sense, the present invention utilizes a storage mechanism, a data manager, and communications devices. The storage mechanism receives and stores travel information transmitted from a vehicle at a remote location. The travel information preferably includes data that indicates a location of the vehicle, such as the coordinates of

10    the vehicle relative to a predefined reference point, but the travel information may include various other information in lieu of or in combination with the location data. When a user at another remote location wishes to view all or some of this the travel information transmitted by the vehicle, the user establishes communication with the data manager and submits a request. In response to the request, the data manager retrieves the desired

15    information and transmits a message containing the information from a communications device at associated with the data manager to another communications device associated with the user. By analyzing this retrieved information, the user can monitor the travel of a particular vehicle.

In accordance with another feature of the present invention, a mapping system is

20    designed to receive the travel data retrieved by the data manager and to generate mapping data based on the retrieved travel data. The mapping data is transmitted to a device at the user's location which renders the mapping data as a graphical display indicating the

TKH· .ocket No. 050701-1030

location of the vehicle on a map.  By viewing the map, the user can monitor the travel of the vehicle.

In accordance with another feature of the present invention, the data manager compares predefined preference data to travel data associated with a particular vehicle.

5   When a comparison of the predefined preference data to the travel data associated with the particular vehicle indicates that there is an impending arrival of the vehicle at a particular location, the data manager transmits a notification message to the user.

In accordance with another feature of the present invention, the particular vehicle includes a sensor for determining a location of the particular vehicle relative to a

10   predefined reference point.  A communications device associated with the particular vehicle transmits travel data indicating the location of the particular vehicle to the storage mechanism.  Preferably, the communications device associated with the particular vehicle transmits the travel data through a cellular network or some other wireless communications system.

15   In accordance with another feature of the present invention, contact information is retrieved by the data manager in order to enable communication between the communications devices.  The contact information is preferably predefined by the user and indicates a preferred medium of communication with which to transmit the travel data to the user.

20   The present invention can also be viewed as providing a method for communicating travel data associated with a particular vehicle.  Briefly described, the method can be broadly conceptualized by the following steps:  receiving travel data transmitted from vehicles located at remote locations;  storing the travel data;  receiving a

B-36

6

TK1L  .ocket No. 050701-1030

request from a user located at a remote location;  retrieving travel data associated with a particular vehicle in response to the request;  forming a message corresponding with the travel data retrieved in the retrieving step;  and transmitting the message to a communications device associated with the user.

5          The present invention has many advantages, a few of which are delineated hereafter, as mere examples.

An advantage of the present invention is that a particular vehicle associated with the system can be monitored, and a user can be notified when an arrival of the vehicle at a predefined destination is imminent.  As a result, the user can prepare for the arrival of the

10    vehicle knowing the precise time of arrival of the vehicle.

Another advantage of the present invention is that a user at a remote location can monitor the travel of a particular vehicle by gaining access to the travel data used to monitor the vehicle.

Another advantage of the present invention is that a user at a remote location can

15    receive, on demand, updated information pertaining to the travel or status of a particular vehicle.

Another advantage of the present invention is that it can be implemented in software, hardware, or a combination thereof.

Other features and advantages of the present invention will become apparent to

20    one skilled in the art upon examination of the following detailed description, when read in conjunction with the accompanying drawings.  It is intended that all such features and advantages be included herein within the scope of the present invention, as is defined by the claims.

TKH.   ocket No. 050701-1030

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention can be better understood with reference to the following drawings.
The elements of the drawings are not necessarily to scale relative to each other, emphasis
5   instead being placed upon clearly illustrating the principles of the invention. Furthermore,
like reference numerals designate corresponding parts throughout the several views.

Fig. 1 is a block diagram illustrating a vehicle monitoring system in accordance
with the preferred embodiment of the present invention.

Fig. 2 is a block diagram illustrating an implementation of the vehicle manager of
10   Fig. 1 in accordance with the preferred embodiment of the present invention.

Fig. 3 is a block diagram illustrating an implementation of the base station
manager of Fig. 1 in accordance with the preferred embodiment of the present invention.

Fig. 4 is a detailed block diagram of the base station of Fig. 1.

Fig. 5 is a detailed block diagram of the data manager of Fig. 4.

15   Fig. 6 is a flowchart illustrating the functionality of the monitoring mechanism of
Fig. 5.

Fig. 7 is a flowchart illustrating the functionality of the message manager of Fig.
5.


## DETAILED DESCRIPTION OF THE INVENTION

20   Fig. 1 depicts an automated monitoring system 10 illustrating the principles of the
present invention. Vehicle control unit (VCU) 15 can be attached to any mobile structure
or vehicle capable of carrying or moving a sensor 18 over various distances. For

B-38

8

example, VCU 15 can be attached to an automobile, an airplane, a train, a boat or any other structure capable of moving across or through the Earth's surface and/or atmosphere. VCU 15 can also be carried by a person while walking or running.

      The sensor 18 within VCU 15 is configured to determine the location of VCU 15

5    relative to a predetermined reference point. For example, in the preferred embodiment, sensor 18 is a global positioning system (GPS) sensor coupled to VCU 15, although other types of positioning systems and/or sensors are also possible. The GPS sensor 18 is configured to receive signals 21a-21c from a plurality of GPS satellites 23, and as known in the art, sensor 18 is designed to analyze signals 21a-21c in order to determine the

10   sensor's coordinate values relative to a predetermined reference point. For example, in the preferred embodiment where sensor 18 is a GPS sensor, the sensor 18 determines the sensor's coordinate values relative to the Earth's zero degree latitude and zero degree longitude reference point, which is located at the intersection of the Equator and the Prime Meridian. U.S. Patent No. 5,781,156 entitled "GPS Receiver and Method for

15   Processing GPS Signals" and filed on April 23, 1997 by Krasner, which is incorporated herein by reference, discusses the processing of GPS signals 21a - 21c received from GPS satellites 23 in order to determine the coordinate values. Since the sensor 18 is located within VCU 15, the coordinate values determined by the sensor 18 are assumed to match the coordinate values of the vehicle or other structure attached to the VCU 15.

20      It should be noted that the term "coordinate value" shall be defined herein to mean any value or set of values that may be used to determine a location of a point on the Earth. These values may be grid values, polar values, vector values, or any other type of value or values known in the art for indicating locations of points.

TKh.   .ocket No. 05070J-1030

Sensor 18 is designed to transmit a signal 27 to vehicle manager 29 indicating the

VCU's current coordinate values.  Vehicle manager 29 is configured to receive signal 27

and to monitor the location of the VCU 15 over time by processing multiple signals 27.

The vehicle manager 29 can be implemented in software, hardware, or a combination

5      thereof.  In the preferred embodiment, as illustrated by way of example in Fig. 2, the vehicle

manager 29 of the present invention along with its associated methodology is implemented

in software and stored in computer memory 30a of a computer system 31a.

Note that the vehicle manager 29 can be stored and transported on any computer-

readable medium for use by or in connection with an instruction execution system,

10     apparatus, or device, such as a computer-based system, processor-containing system, or

other system that can fetch the instructions from the instruction execution system,

apparatus, or device and execute the instructions.  In the context of this document, a

"computer-readable medium" can be any means that can contain, store, communicate,

propagate, or transport the program for use by or in connection with the instruction

15     execution system, apparatus, or device.  The computer readable medium can be, for

example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or

semiconductor system, apparatus, device, or propagation medium.  More specific

examples (a nonexhaustive list) of the computer-readable medium would include the

following:  an electrical connection (electronic) having one or more wires, a portable

20     computer diskette (magnetic), a random access memory (RAM) (magnetic), a read-only

memory (ROM) (magnetic), an erasable programmable read-only memory (EPROM or

Flash memory) (magnetic), an optical fiber (optical), and a portable compact disc read-

only memory (CDROM) (optical).  Note that the computer-readable medium could even

B - 4 0

TKH.   scket No. 050701-1030

be paper or another suitable medium upon which the program is printed, as the program

can be electronically captured, via for instance optical scanning of the paper or other

medium, then compiled, interpreted or otherwise processed in a suitable manner if

necessary, and then stored in a computer memory.  As an example, the vehicle manager 29

5    may be magnetically stored and transported on a conventional portable computer diskette.

The preferred embodiment of the computer system 31a of Fig. 2 comprises one or

more conventional processing elements 32a, such as a digital signal processor (DSP), that

communicate to and drive the other elements within the system 31a via a local interface

33a, which can include one or more buses.  Furthermore, an input device 34a, for example,

10   a keyboard or a mouse, can be used to input data from a user of the system 31a, and screen

display 35a or a printer 36a can be used to output data to the user.  A disk storage

mechanism 37a can be connected to the local interface 33a to transfer data to and from a

nonvolatile disk (e.g., magnetic, optical, etc.).  It should be noted that input device 34a,

display 35a, printer 36a, and disk 37a are optional and are not a part of the preferred

15   embodiment, although other embodiments may include these features.

The vehicle manager 29 is preferably configured to maintain a database of travel

data.  The travel data includes the vehicle location information as well as any other

desirable information.  For example, when VCU 15 is attached to a delivery vehicle,

vehicle manager 29 can be configured to include a list of items to be delivered and to

20   indicate which deliveries have been successfully attempted, which deliveries have been

unsuccessfully attempted, and which deliveries remain to be attempted.  Vehicle manager

29 can also be configured to include the time that particular deliveries or other types of

stops (e.g., bus stops) have been made and/or attempted.  The travel data stored in vehicle

TKHK ...cket No. 050701-1030

manager 29 may include other desirable information not mentioned herein without departing from the principles of the present invention.

When desired, vehicle manager 29 is configured to transmit certain travel data (preferably including the location of VCU 15 and other desirable information) to base

5   station control unit (BSCU) 38, which is remotely located from the VCU 15. Co-pending U.S. Patent Application entitled "System and Method for Enciphering and Communicating Vehicle Tracking Information" filed by Jones of even date herewith (Express Mail No. EL068353584US), which is incorporated herein by reference, describes a system and method for transmitting the vehicle data to BSCU 38.

10   BSCU 38 preferably includes a base station manager 39 designed to monitor the travel data of each VCU 15 associated with the system 10. The base station manager 39 can be implemented in software, hardware, or a combination thereof. In the preferred embodiment, as illustrated by way of example in Fig. 3, the base station manager 39 of the present invention along with its associated methodology is implemented in software and

15   stored in computer memory 30b of a computer system 31b. The computer system 31b can be similar to computer system 31a, as can be seen by comparing Fig. 2 to Fig. 3. In this regard, the computer system 31b may include memory 30b for storing monitoring mechanism 39, and the computer system 31b may also include processing element 32b, local interface 33b, input 34b, display 35b, printer 36b, and storage disk 37b. It may also

20   be desirable for computer system 31b to include a network interface 41 that allows the system 31b to exchange data with a network 42. It should be noted that input device 34b, display 35b, printer 36b, disk 37b, network interface 41, and network 42 are optional.

B-42

TKH: ocket No. 050701-1030

Vehicle manager 29 is configured to transmit travel data, via signal 43 (Fig. 1), to

a communications device 44, which is capable of transmitting and receiving data to and

from devices outside of VCU 15. In this regard, communications device 44 is preferably

a cellular modem configured to transmit and receive wireless signals to and from a

5    cellular network 48.

The communications device 44 can transmit the travel data over the voice

channels associated with the cellular network 48, as is done by most cellular modems of

the prior art. However, in order to reduce the cost associated with transmitting the travel

data through the cellular network 48, the travel data may be communicated through the

10    cellular network 48 via a data or control channel. In this regard, the travel data can be

encoded by altering indentifiers of communications device 44, such as the mobile

identification number (MIN) or electronic serial number (ESN), transmitted over a data

channel of the cellular network 48. Alternatively, travel data can be appended to a feature

request transmitted over the data channel. U.S. Patent No. 5,771,445 entitled "Data

15    Messaging in a Communications Network using a Feature Request," filed on December

15, 1995, by Kennedy, III, et al., and U.S. Patent No. 5,546,444 entitled "Methods and

Apparatus for Communicating Data Via a Cellular Network Control Channel" filed on

March 11, 1994, by Roach, Jr., et al., which are both incorporated herein by reference,

discuss the transmission of travel data over a data or control channel associated with

20    cellular network 48 in further detail.

In order to transmit the travel data through a data channel by manipulating

identifiers of the communications device 44, the MIN of communications device 44 is

altered to include travel data, but the ESN remains fixed to be used as an identifier of the

TKh.  ⁄ocket No. 050701-1030

communications device 44. Therefore, after transmitting the identifiers through the data

channel, the communications device 44 can be identified by the ESN, and the travel data

can be determined from the MIN. Alternatively, the ESN of communications device 44

can be altered while the MIN is kept constant. It should be understood that the invention

5      contemplates modification of the MIN, ESN, both the MIN and ESN, or other identifiers

of the communications device 44 to accomplish the dual task of transmitting travel data

and identifying the communications device 44.

Alternatively or in combination with the manipulation of the identifiers of the

communications device 44, travel data can be communicated through the data channel by

10     appending travel data to feature requests that are transmitted through the data channel. In

this regard, most feature requests are generated by automatically or manually dialing the

star key ("*") followed by a two-digit feature request identification code, and 29 digits of

data. Therefore, for each feature request generated, 29 digits of travel data can be

appended to the two-digit feature request identification code and sent over the data

15     channel of the cellular network 48. Other embodiments may transmit different amounts

of travel data following the feature request. By utilizing the manipulation of identifiers or

the appendage of travel data to feature requests, less data is transmitted through the voice

channels of the cellular network 48, thereby reducing the cost of transmitting data through

the cellular network 48.

20     Cellular network 48 is designed to transmit the travel data to a vehicle

communications device 52 at the BSCU 38. Although not necessary for implementation

of the present invention, cellular network 48 is preferably designed to transmit to vehicle

communications device 52 via a public switched telephone network (PSTN) 55. In this

B-44

TKH.   ocket No. 050701-1030

regard, PSTN 55 establishes a link between communications device 52 and cellular

network 48, whereby cellular network 48 and communications device 52 can

communicate via signals 61 and 65. Therefore, communications device 52 is preferably

designed as a PSTN modem capable of communicating signals 65 between base station

5   manager 39 and PSTN network 55.

Although the preferred embodiment utilizes a cellular network 48 and a PSTN

network 55 to communicate travel data to base station manager 39, one ordinarily skilled

in the art should realize that other configurations are possible. For example,

communications device 52 can be configured as a cellular modem capable of

10   communicating signals directly with cellular network 48. Alternatively, utilization of

communication networks 48 and 55 can be completely circumvented by configuring

communications device 44 to communicate directly with communications device 52, for

example. Any embodiment capable of communicating data between vehicle manager 29

and base station manager 39 should be suitable for implementing the principles of the

15   present invention.


## Base Station Manager

Base station manager 39 is designed to receive the travel data transmitted from

vehicle manager 29 and to monitor the travel of the vehicle attached to the VCU 15 by

20   monitoring the travel of the VCU 15. In this regard, base station manager 39 is designed

to include a data manager 67 configured to receive the travel data via signal 66 from

communications device 52, as depicted by Fig. 4. Data manager 67 is designed to store

the travel data for each VCU 15 being monitored into a travel data storage unit 68.

B-45

TKH:.   ocket No. 050701-1030

Preferably, travel data storage unit 68 is a database configured to store travel data

associated with each VCU 15 being monitored by the system 10. The travel data storage

unit 68 is configured to include a relational parameter (*i.e.*, a unique identification value

correlated with the VCU 15 and, therefore, the travel data associated with the VCU 15)

5    that enables determination of which travel data is associated with which VCU 15. For

example, travel data storage unit 68 can be configured as a data table with each entry in

the data table assigned an identification number unique to a particular VCU 15.

Furthermore, each entry can include all of the travel data associated with the particular

VCU 15. For example, each entry can include information such as, but not limited to, the

10    VCU's coordinate values (*i.e.*, the VCU's 15 location relative to a predetermined

reference point), information regarding delivery status of items to be delivered, and/or the

times that the VCU 15 reached particular locations or stops. The travel data storage unit

68 can be configured to contain all of the desirable information to monitor the status of

each VCU 15 associated with the system 10.

15          Referring to Fig. 5, data manager 67 is configured to include a monitoring

mechanism 69. The functionality of monitoring mechanism 69 is depicted in Fig. 6. As

shown by blocks 102-112 of Fig. 6, monitoring mechanism 69 is configured to receive

travel data from VCU 15 and to compare the travel data with predefined preference data

stored in travel data storage unit 68. Preference data, as used herein, is *data that defines*

20    the preferred parameters indicating when to notify a user of the impending arrival of the

VCU 15 at a particular location. For example, preference data can be coordinates of a

desired location whereby a notification message is sent to a user when the coordinates of

the VCU 15 pass the coordinates of the desired location. In this context, the desired

B-46

TKH  ocket No. 050701-1030

location defined by the preference data can, for example, represent a location that is a predetermined distance from the user's house, place of delivery/pick-up, or other particular location. Therefore, when the user receives the notification message, the user is aware of the approximate location of the VCU 15 or of the distance of the VCU 15

5 from a predetermined point (*i.e.*, of the proximity of the VCU 15 from a predetermined point or location). Consequently, the user can prepare for the arrival of the VCU 15, since the user knows that arrival of the VCU 15 is imminent.

Alternatively, the preference data can define a certain time before the VCU 15 reaches a destination or other particular location (*i.e.*, a proximity of the VCU 15 from the

10 predetermined point). In this regard, the monitoring mechanism 69 is designed to determine the location of the VCU 15 from the travel data stored in travel data storage unit 68. The monitoring mechanism 69 is then designed to calculate the time it will take for the VCU 15 to reach the location specified by the preference data based on the location of the VCU 15 and the location of the desired destination. In calculating the

15 travel time, the monitoring mechanism 69 can be configured to make assumptions about the time necessary to travel to the specified location. For example, if the route of the VCU 15 is through congested areas, the monitoring mechanism 69 can assume a certain delay time for traveling certain distances, and if the route of the VCU 15 is through less congested areas, the monitoring mechanism 69 can assume another delay time that is less

20 than the delay time assumed for the congested areas. Alternatively, the monitoring mechanism 69 can use an average of the times it has previously taken for vehicles 15 to travel over the same route during other deliveries. Therefore, by comparing the travel

17

B-47

TKH⊦ ..ocket No. 050701-1030

data transmitted from VCU 15 with preference data, the monitoring mechanism 69 can determine when to send a notification message to a user.

As depicted by blocks 102, 104, 114, and 116 of Fig. 6, the preference data can be stored in travel data storage unit 68 (Fig. 5). As stated hereinbefore, the travel data

5  storage unit 68 is preferably configured to store the travel data associated with each VCU 15 in a respective entry uniquely identified with the associated VCU 15. Accordingly, each data entry can also include the preference data associated with each VCU 15 that corresponds with the entry, or the preference data can be stored in separate entries which are correlated with corresponding VCU entries.

10  Once the monitoring mechanism 69 determines that a notification message should be sent to a user, the data manager 67 is designed to communicate a message to a user at a remote location 71, such as a user's premises, via PSTN network 55 and communications devices 72 and 73 (Figs. 1, 4, and 5). In this regard, communications devices 72 and 73 are preferably PSTN modems capable of communicating with PSTN network 55. Data

15  manager 67 is designed to transmit the message as signal 70 to user communications device 72, which communicates the message with PTSN network 55 via signal 74. PTSN network 55 then communicates the message to communications device 73, which is preferably configured to communicate the message to a message device 75. Message device 75 is configured to notify the user of the impending arrival of the VCU 15.

20  Preferably, message device 75 is a computer capable of displaying the notification through e-mail or some other communications software. Alternatively, message device 75 can be a telephone, a pager or any other device capable of notifying a user at location 71.

TKH. Docket No. 050701-1030

Although the preferred embodiment utilizes a PSTN network 55 to communicate

a notification message to message device 75, one ordinarily skilled in the art should

realize that other configurations are possible.  For example, other communication

networks can be utilized or utilization of communication networks can be completely

5    circumvented by configuring communications device 72 to communicate directly with

communications device 73.  Any embodiment capable of communicating data between

data manager 67 and message device 75 should be suitable for implementing the

principles of the present invention.


10   **User Activation**

In order for data manager 67 to transmit a notification message to a user at user

premises 71, data manager 67 should be aware of certain contact information enabling

data manager 67 to contact the message device 75.  In this regard, data manager 67 is

configured to include a user database 78 (Fig. 5) containing contact information

15   pertaining to each user that is to receive a notification message from the data manager 67.

The user database 78 is preferably a database capable of uniquely identifying each user of

the system 10.  In the preferred embodiment, the user database 78 is a data table having

entries that specify contact information associated with each user.  Each entry preferably

includes a user identification number unique to each user that identifies the information in

20   the entry as relating to a particular user.

Each entry preferably includes a value specifying the medium through which the

user has specified to be contacted.  For example, the value can indicate that the user is to

be contacted through e-mail, in which case the entry should also include the user's e-mail

19

TKH᠁ ᠁ocket No. 050701-1030

address. Alternatively, the value can indicate that the user is to be contacted through a telephone call or a page. In these situations, the entry should also include the user's telephone number or pager number. The value can also indicate multiple methods of notification. For example, the value can indicate that the user is to be first contacted via

5 telephone. If there is no answer when the data manager 67 attempts to deliver a notification message, then the data manager 67 can be configured to attempt notification via paging. If paging fails, then the data manager 67 can be configured to attempt notification through e-mail or other computer oriented messaging system. Accordingly, the order of notification media should be indicated by the data in the user database 78,

10 and the contact information necessary for each method selected (e.g., the telephone number, pager number, and e-mail address of the user) should also be included in the entry. It should be noted that various other communications media and combinations of communications media can be employed without departing from the principles of the present invention.

15     The contact information (and preference data, which will be discussed in further detail hereinafter) can be manually entered or downloaded into the user database 78 in order to activate a user for the system 10. In this regard, a system operator can receive the contact information (and preference data) via a telephone call or e-mail, for example, and manually enter the information into the system 10.

20     However, in the preferred embodiment, the contact information is automatically entered into the user database 78 via a message manager 82, which is depicted by Fig. 5. The functionality of the message manager 82 is shown in Fig. 7. The message manager 82 (Fig. 5) is configured to receive, via communications device 72 (Fig. 1), an activation

TKHK ...ocket No. 050701-1030

request from a user at user premises 71, as shown by blocks 131-137 of Fig. 7. In this regard, the request can be transmitted to user communications device 72, via any suitable technique known in the art, and the BSCU 38 can be configured to include a plurality of user communications devices 72, as depicted by Fig. 4.

5          Each of these user communications devices 72 can be configured to simultaneously communicate with a respective user of the system 10. The information received by the user communications devices 72 can be transmitted to message manager 82 (Fig. 5) via any suitable technique, such as time division multiplexing, for example. Each user communications device 72 can also be designed to communicate with different

10    communications media. For example, one user communications device 72 can be designed as a modem to communicate with a modem at user premises 71. This user communications device 72 can be designed to send data configured to prompt the user to return data pertaining to contact information. An example of such a prompt, could be a template or web page where the user's message device 75 (*i.e.*, a computer in this case)

15    displays the template, and the user can fill in fields of the template with the appropriate contact information. Alternatively, another one of the user communications devices 72 can be designed to receive a telephone call from a user at user premises 71 and to prompt the user to enter data through touch-tone signaling. Other user communications devices 72 can be designed to communicate with other types of communications media known in

20    the art.

          Once the message manager 82 (Fig. 5) receives the request from the user, the message manager 82 is designed to determine that the request is a request for activation (*i.e.*, a request for the user to be entered into the system 10) In response, the message

B-51

Case 1:02-cv-0254 -JOF   Document 151   Filed 08/08/ 3   Page 202 of 999

TKH.. ocket No. 050701-1030

manager 82 transmits data to the user, via user communications device 72, in order to

prompt the user to transmit the necessary contact information, as shown by block 141 of

Fig. 7. In this regard, the message manager 82 is configured to determine the type of

medium used by the user to communicate the request for activation and to transmit a

5   prompt to the user that is compatible with this medium. For example, when the user is

communicating via a modem, the message manager 82 is configured to transmit signals

compatible with the user's modem in order to prompt the user to enter the appropriate

contact information. This data could be in the form of a web page transmitted through

the Internet, or the prompt could simply be messages transmitted through e-mail or some

10   other data communications system.

When the user is communicating via a telephone, the message manager 82 is

preferably designed to transmit recorded messages to the user. The user can then select or

enter data by transmitting touch-tone signals in response to the prompting messages, as is

commonly known in the art. The message manager 82 may be configured to

15   communicate with the user in other formats and media known in the art.

Once the message manager 82 receives the contact information from the user, the

message manager 82 is designed to store the contact information as an entry in the user

database 78, as depicted by block 143 of Fig. 7. When the monitoring mechanism 69

determines that a user should be notified of an impending arrival of a VCU 15, the

20   monitoring mechanism 69 is designed to send a notification command to message

manager 82. The notification command may include travel data to be sent to the user,

such as data indicating that a particular vehicle is a certain proximity from the destination

defined by the preference data. In response, the message manager 82 is designed to

B-52

22

TKHr. ..ocket No. 050701-1030

retrieve the contact information associated with the user from the user database 78 and to

determine how to contact the user based on the retrieved contact information, as depicted

by blocks 151 and 153 of Fig. 7.

5    The message manager 82 is then designed to transmit a message compatible with

the medium previously selected by the user for notification, as depicted by block 156 of

Fig. 7. The message can include any travel data sent to the message manager 82 from the

monitoring mechanism 69. For example, when the contact information indicates that a

phone call is the preferred medium for notification, the message manager 82 can send a

recorded telephone message to the telephone number that is indicated by the contact

10   information retrieved from the user database 78. If the monitoring mechanism 69

included travel data indicating the time of arrival in the command to message manager

82, then message manager 82 can be configured to include a message indicating the

expected time of arrival at a particular location. Alternatively, the same information can

be sent via e-mail, facsimile, page or other type of communications medium to the user,

15   depending on the preferences selected by the user during activation.

During activation, the message manager 82 can be further configured to prompt

for and receive preference data (i.e., data pertaining to when the user is to be notified)

from the user, as shown by block 141 of Fig. 7. In this regard, the message manager 82

can be designed to prompt the user to return information indicating which VCU 15 is to

20   be monitored on behalf of the user and when the notification is to be sent to the user. For

example, the user can be prompted to select a VCU 15, a destination (or other particular

location), and a notification preference to indicate a time or distance that the VCU 15

should be from the selected destination or other particular location when a notification is

B - 53

TKh... Jocket No. 050701-1030

to be sent to the user. In response, the user specifies, through any known suitable

communications technique, which VCU 15 the user wishes the system 10 to monitor and

how the user wishes to be notified of an impending arrival of the selected VCU 15 at the

selected destination. If the user knows the coordinate values of the destination, the user

5    can simply transmit the coordinate values to the data manager 67. If the user selects the

destination without supplying the coordinates of the destination (e.g., the user selects a

destination from a list of locations) then the data manager 67 is preferably designed to

determine the coordinate values transparently.

In some instances, the user may be aware of the vehicle number and stop number

10    used by the system 10 to identify a particular VCU 15 and destination. For example,

many buses are associated with a commonly known bus number, and the stops along the

bus' route are associated with commonly known bus stop numbers. The data manager 67

can be configured to recognize the VCU 15 and destination associated with the bus

number and stop number entered by the user in order to register the user with the system

15    10.

As depicted by block 146 of Fig. 7, the message manager 82 is preferably

designed to automatically transmit to monitoring mechanism 69 the preferences selected

by the user that pertain to when the user is to be notified. The monitoring mechanism 69

is designed to store this preference information in the travel data storage unit 68 in the

20    entry associated with the selected VCU 15.

Once a user becomes activated with the system 10, the user may make changes to

the preferences specified by the user, as shown by blocks 161-169 of Fig. 7. The message

manager 82 is configured to receive the request for changes from the user. The message

24

TKHⁿ ᵤocket No. 050701-1030

manager 82 can be configured to request the user to resubmit all contact information and

preference data, as updated, or can be configured to request the user to only submit

desired changes to the contact information or preference data. After receiving the new

data, the message manager 82 is configured to update the contact information in user

5       database 78 and to send a request to monitoring mechanism 69 to update the preference

data relating to the monitoring of travel data. In response, monitoring mechanism 69 is

designed to update the preference data in the travel data storage unit 68, as shown by

blocks 114 and 116 of Fig. 6.

        It should be further noted that as described hereinabove, the preference data and

10      travel data can be automatically received and stored in travel data storage unit 68 and

selected vehicles 15 can be automatically monitored by the system 10. As used herein,

the term "automatic" shall be defined to mean without interruption or interference from a

human operator. However, it is possible to implement the system 10 such that

interference and interruption from a human operator is required.

15

## Requests for Travel Data

        In addition to providing the user with automatic advance notification of an

impending arrival of a VCU 15, the system 10 can also be used to provide the user with

travel data on demand, as depicted by blocks 171-177, 153 and 156 of Fig. 7. In this

20      regard, the user communications device 72 is designed to receive a request for travel data

from a user. For example, the user may call the communications device 72 on a

telephone and through touch-tone signaling select, among other options, an option to

discover the distance and/or time a particular VCU 15 is from the destination specified by

TKJ... Docket No. 050701-1030

the user's preference data or specified by the user during the request for travel data.  The

user communications device 72 is designed to transmit the user's selections to message

manager 82.  Based on the selections, the message manager 82 is designed to determine

that the user message is a request for travel data.  In response, the message manager 82

5   sends a request to monitoring mechanism 69 to retrieve the requested data from travel

data storage unit 68.

The monitoring mechanism 69 is designed to receive the request for travel data

from message manager 82 and to interpret the request in order to determine which travel

information from the travel data in travel data storage unit 68 is desired by the user, as

10   depicted by blocks 183 and 185 of Fig. 6.  The monitoring mechanism 69 is then

designed to retrieve from travel data storage unit 68 the desired travel data and to transmit

the retrieved travel data to message manager 82, as shown by blocks 188 and 191 of Fig.

6.

In the case where the user desires to know the time and/or distance the selected

15   VCU 15 is from the selected location, the monitoring mechanism 69 is designed to

retrieve from travel data storage unit 68 the coordinates of the destination specified by the

user (if not provided in the request for travel data) and the current coordinates of the VCU

15 of interest to the user.  Prior to retrieving this data, the monitoring mechanism 69 can

be configured to update the travel data for the VCU 15 by transmitting an update request

20   to the VCU 15 via vehicle communications device 52.  Similar to the user

communications devices 72, a plurality of vehicle communications devices 52 may be

located at the BSCU 38 in order for multiple vehicles 15 to simultaneously communicate

with the monitoring mechanism 69, as depicted by Fig. 5.  The vehicle communications

B-56

26

TKHr: ocket No. 050701-1030

devices 52 are configured to communicate with the monitoring mechanism 69 through any suitable technique, such as time division multiplexing, for example.

After receiving the update request via communications devices 52 and 44, the vehicle manager 29 is designed to transmit the current values of the vehicle travel data to

5 the monitoring manager 69. By updating the vehicle travel data before responding to the user's request for travel data, the monitoring mechanism 69 can ensure the accuracy of the response transmitted to the user.

After retrieving the coordinate values from the travel data storage unit 68, the monitoring mechanism 69 is designed to calculate the distance that the VCU 15 is from

10 the selected destination based on the coordinate values of the VCU 15 and the coordinate values of the destination. If the preference data and/or request for travel data indicates that the user is to be notified when the VCU 15 is a certain time from the selected destination, the monitoring mechanism 69 is then designed to determine the estimated time of arrival of the VCU 15 at the destination based on this distance. As described

15 previously, the monitoring mechanism 69 is designed to either assume that certain distances will take a certain amount of time to travel based on the type of traffic conditions usually encountered on the route or to calculate an average time previously required for vehicles 15 of the system to travel the route. To increase the accuracy of the calculations, the route should be divided into sections where the time required to travel

20 each section is independently calculated. Furthermore, time delays associated with scheduled stops or deliveries can be factored into the calculations by assuming a delay time for each stop or delivery depending on the type of stop or delivery expected.

B-57

27

TKh. Docket No. 050701-1030

After calculating the distance and, if requested, the time the VCU 15 is from the

destination, the monitoring mechanism 69 is configured to transmit the calculated values

to the message manager 82. In response, the message manager 82 is designed to transmit

the calculated information to the user via user communications device 72. Since the user

5   already has an established communications connection with user communications device

72 when requesting travel data, there is no need for the message manager 82 to consult

the contact information in the user database 78. The message manager 82 can simply

transmit the data over the same connection. However, if desired, the message manager 82

may consult the contact information in the user database 78 to determine the user

10   preferences in notification and notify the user of the distance and/or time accordingly.

The monitoring mechanism 69 can also be configured to transmit a command to a

mapping system 86 (Fig. 5) to transmit mapping data to the message manager 82, if the

user's request for travel data or user's preference data in data storage unit 68 includes a

request for a mapping. The mapping system 86 may be any system known in the art for

15   supplying a user with mapping data for rendering a display of a map. The command to

the mapping system 86 preferably includes the coordinate values of the VCU 15 and the

destination. In response, the mapping system 86 transmits to message manager 82

mapping data sufficient for forming a display map with the locations of the VCU 15 and

the destination graphically displayed by the display map. The message manager 82 is

20   designed to retrieve the contact information for the user requesting the travel data and is

further configured to determine an address (*e.g.*, an IP address or other type of address

indicating how the mapping data is to be routed to user) associated with the user for

sending the mapping data. The message manager 82 is then designed to transmit the

B-58

TKH:. Jocket No. 050701-1030

mapping data to the retrieved address, which preferably identifies a computer at the user's premises 71. When the user's message device 75 (*i.e.*, a computer in this case) receives the mapping data, the user's computer is configured to render a graphical display depicting a map that shows the vehicle's location relative to the destination on the map.

5        If desired, the monitoring mechanism 69 can be configured to transmit the coordinate values of the VCU 15 to the mapping system 86 each time the coordinate values are updated. The user's request for travel data can request this feature or the user can indicate this desire in the preference data submitted during activation. Accordingly, for each update, the mapping system 86 is designed to transmit updated mapping data to

10      the user's computer 75 via message manager 82, as previously described. As a result, the position of the VCU 15 is updated, and the user can monitor the progress of the VCU 15 on the display map rendered by the computer 75.

         Although the preferred embodiment illustrates the requests for travel data by determining the distance the VCU 15 is from a particular location or by determining the

15      time the VCU 15 is from the particular location, other information can be used to indicate the proximity of the VCU 15 from the particular location. For example, the message transmitted to the user in response to a request for travel data can indicate that the VCU 15 is currently at another particular location or landmark, preferably known to the user. Any other information indicating the proximity of the VCU 15 from a particular location

20      can be used in implementing the principles of the present invention.

TKHr Docket No. 050701-1030

## OPERATION

The preferred use and operation of the tracking system 10 and associated

methodology are described hereafter with specific reference to Figs. 1, 4 and 5.

5   **Establishing User Preferences**

Initially, a user at remote location 71 establishes communication with the message

manager 82 via communications devices 72 and 73. As used herein, the term "remote

location" shall refer to any location off the site of the BSCU 38. The user can establish

communication via a telephone, an e-mail message, the Internet, or any other suitable

10   communication medium. The message manager 82 preferably transmits a list of options

to the user, such as whether the user would like to activate a monitoring of a particular

vehicle, to retrieve travel data for a particular vehicle or to modify preferences previously

selected by the user in an earlier communication session with the message manager 82.

In response, the user selects the activation option.

15   The message manager 82 then prompts the user to select certain preferences. For

example, the message manager 82 can request the user to identify a particular VCU 15

that the user wishes the system 10 to track and a particular destination for the selected

VCU 15. If the user knows the identification number of the VCU 15 or vehicle stop

number used by the system 10 to identify the particular VCU 15 and/or destination, the

20   user can simply transmit a message including this information. As an example, the bus

numbers and/or bus stops of commercial and state operated buses are usually available to

the public. Therefore, the user may be aware of the bus number and/or stop number of a

particular bus that the user wishes to ride, and the user can simply transmit the bus

B-60

TKHn Docket No. 050701-1030

number and/or stop number to the message manager 82. Also, the user should be able to specify other identifying information such as the day or days of desired travel and the time of day of desired travel.

In the embodiment where the user is expecting to receive a package from a
5    particular delivery vehicle, the user may be aware of the package number or delivery number used by the system 10. Therefore, by specifying the package number and the address that the vehicle is to deliver the package, the particular VCU 15 of the vehicle that is to deliver the package can be located by the system 10. In this regard, a database should be defined by the operators of the system 10 that relates package numbers to VCU
10   15 numbers.

Alternatively, if the user is unable to identify a particular vehicle or VCU 15, the message manager 82 can send information to the user that can be used to help the user identify a particular VCU 15. For example, the message manager 82 can transmit to the user a list of buses or a list of vehicle stops to the user. The user can use this information
15   to select a particular VCU 15 that is suitable to the user.

Also, the message manager 82 can send map data from mapping system 86 to the user. The user can then view the map and select points on the map where the user would like to know when the VCU 15 reaches the selected point. The points available for selection can be predetermined, such as scheduled bus stops or other types of vehicle
20   stops, or the user can be allowed to freely select any point on the map. In either case, the mapping logic preferably transmits the coordinates of the selected points to the message manager 82, which can use this information to not only identify the selected destination, but to also choose an appropriate VCU 15.

B-61

31

TKh.. Jocket No. 050701-1030

The message manager 82 also prompts the user to enter contact information such as how the user would like to be notified of an impending arrival of the selected VCU 15 at the selected destination. In response, the user selects a notification medium or combinations of media to be used to notify the user and supplies the necessary

5    information to enable communication of the notification. For example, if the user selects a telephone as a notification medium, then the user provides a telephone number. In addition, if the user selects a computer as the notification medium, then the user provides a suitable address for the computer, such as an e-mail address or IP address. If the user selects a pager as the notification medium, then the user provides a pager number. It

10   should be apparent to one skilled in the art when reading this disclosure that other types of notification media are possible without departing from the principles of the present invention. After receiving the desired contact information from the user, the message manager 82 stores the contact information in the user database 78.

The message manager 82 also prompts the user to transmit travel data preferences,

15   which is information pertaining to when the user would like to be notified. For example, the user can select to be notified a certain time before the selected VCU 15 is to arrive at the selected destination. Also, the user can choose to be notified when the selected VCU 15 is within a certain distance of the destination, and the user can choose to be notified when the selected VCU 15 is a certain number of deliveries or stops away from the

20   destination.

Since the monitoring mechanism 69 should have access to the travel data preferences in order to determine when a notification is appropriate, the message manager 82 preferably transmits the travel data preferences to the monitoring mechanism 69 along

B - 62

TKH... Docket No. 050701-1030

with a unique identification number that identifies the user and a unique identification number identifying the selected VCU 15. The unique identification number identifying the selected VCU 15 can be the vehicle number entered by the user provided that the number entered by the user identifies the VCU 15 to be monitored. In turn, the

5  monitoring mechanism 69 stores this information as an entry in the travel data storage unit 68. All of the entries associated with a particular VCU 15 are preferably arranged together (based on the unique identification number) in the travel data storage unit 68. For example, each entry associated with a particular VCU 15 can be stored within a certain area of memory, or each of the entries can have a pointer pointing to another one

10  of the entries associated with the particular VCU 15. Therefore, all of the entries associated with a particular VCU 15 can be easily located. Other methods known in the art for categorizing the entries and correlating the entries with a particular vehicle or with the travel data of a particular vehicle are also possible.

Once the message manager 82 has received the desired contact information and

15  travel data preferences from the user, the communication between the message manager 82 and the user can be terminated. The base station manager 39 should now have sufficient information to monitor the selected VCU 15. If the user wishes to change the contact information and/or the travel data preferences, the user can reestablish communication with the message manager 82. The message manager 82 preferably

20  recognizes the user's requests as an update rather than an activation and prompts the user to transmit the new information. In this regard, the message manager 82 can prompt the user for all of the desired contact information and/or preference data, similar to the activation session, and simply replace the previously stored contact information and/or

33

B-63

TKH.. Docket No. 050701-1030

preference data, or the message manager 82 can prompt the user for only the information to be updated and then merely update the previously stored information.

It should be noted that the information transferred between the user and the message manager 82 can be interfaced with the message manager 82 through a human operator during the activation session or update session described hereinabove and during other sessions, which will be described further hereinbelow. The human operator can prompt the user for certain information through a telephone call or other suitable medium of communication and can enter the response of the user into the message manager 82.

## Monitoring the Vehicle

GPS satellites 23 transmit wireless signals 21a-21c to VCU 15 that can be analyzed through techniques well known in the art to determine a position of the VCU 15 relative to a particular reference point. For example, in GPS systems, the intersection of the Equator and the Prime Meridian is typically used as the reference point. Sensor 18 receives the signals 21a-21c and determines coordinate values representing the position of the VCU 15 relative to the reference point and transmits these values to vehicle manager 29.

The vehicle manager 29 stores the coordinate values received from sensor 18. The vehicle manager 29 also stores any other desired information as travel data. For example, the vehicle manager 29 can maintain a list of scheduled stops and/or packages to be delivered. This information can be updated as the stops are reached and/or the packages are delivered. Other types of desirable information may also be monitored by the vehicle manager 29 as travel data.

TKHR Docket No. 050701-1030

At desired times, the vehicle manager 29 transmits, via communications device 44, the stored travel data to cellular network 48. In this regard, the vehicle manager 29 can transmit the travel data continuously or at predetermined times (*e.g.*, every five minutes or predetermined times of the day). Also, the base station manager 39 can

5 transmit a request for an update to vehicle manager 29 via communication devices 44 and 52. In response to this request, the vehicle manager 29 can retrieve the current set of stored travel data and transmit it to the base station manager 39. In addition, the vehicle manager 29 can transmit the travel data to the base station manager 39 when scheduled stops or deliveries are reached or when other predetermined locations are passed.

10 Also, the base station manager 39 can assume that the VCU 15 is proceeding along a predetermined route at a predetermined rate, and the vehicle manager 29 can transmit vehicle data only when the VCU 15 is off schedule by a predetermined amount. Accordingly, the base station manager 39 can assume that the proximity of the VCU 15 is changing according to the predetermined schedule unless the base station manager 39

15 receives travel data from the vehicle manager 29, at which point the base station manager 39 updates the travel data storage unit 68 with the received travel data.

For example, an entry correlated with the VCU 15 in the travel data storage unit 68 can include a plurality of coordinate values representing locations along the VCU's route of travel. When the monitoring mechanism 69 desires to know the current location

20 of the VCU 15, the monitoring mechanism 69 retrieves one of the coordinate values in the entry, depending on the amount of time that has elapsed since the VCU 15 began the route. For example, each successive coordinate value in the entry can correspond to the assumed location of the VCU 15 after a predetermined time interval (*e.g.*, five minutes)

B-65

TKHL Docket No. 050701-1030

of travel since the previous assumed location of the VCU 15. Therefore, the first

coordinate value represents the starting point of the route. The second coordinate value

represents the assumed location of the VCU 15 after the predetermined time interval (e.g.,

five minutes) from the start of the trip, the third coordinate value represents the assumed

5    location of the VCU 15 after two times the predetermined time interval (e.g., ten minutes)

of travel from the start of the trip, and so on.

        When the vehicle associated with VCU 15 starts its route of travel, the current

time period from a clock (e.g., an internal clock associated with BSCU 38) is stored into

the entry in the travel data storage unit 68 correlated with the VCU 15. Therefore, the

10   amount of time elapsed since the start of the route can be determined by comparing the

current time period with the start time period stored in the travel data storage unit 68. To

retrieve the current coordinate value of the VCU 15, the monitoring mechanism 69

retrieves the coordinate value corresponding with the amount of time that has elapsed

since the start of the route. For example, assuming that the predetermined time interval

15   between assumed locations is five minutes, the monitoring mechanism 69 retrieves the

second coordinate value if approximately five minutes have elapsed since the start of the

route and retrieves the third coordinate value if approximately ten minutes have elapsed

since the start of the route.

        However, if the VCU 15 is off schedule by a predetermined amount (e.g., one

20   mile or two minutes from the assumed location or, in other words, is outside of a

predetermined proximity from said assumed location), then the VCU 15 transmits its true

coordinate values to the monitoring mechanism 69. In response, the monitoring

mechanism 69 stores the true coordinate values in the entry corresponding with the VCU

36

B-66

TKH... Docket No. 050701-1030

15. Therefore, if a true coordinate value has been stored in the entry within the last five minutes (or some other threshold amount), then the monitoring mechanism 69 retrieves the last stored true coordinate value from VCU 15 instead of one of the assumed coordinate values.

5          The vehicle manager 29 can determine whether or not it is off schedule by comparing the coordinate values of the VCU's true location, as indicated by the GPS sensor 18, against the coordinate values of an assumed location. In this regard, the vehicle manager 29, like the monitoring mechanism 69 described hereinabove, maintains a list of coordinate values representing locations along the VCU's route of travel and

10         determines the amount of time elapsed since the start of the route via a clock (such as an internal clock associated with the VCU 15). Like the monitoring mechanism 69, the vehicle manager 29 can retrieve the coordinate values of the assumed location of the VCU 15 depending on the amount of time elapsed since the start of the trip. Therefore, the coordinate values retrieved by the vehicle manager 29 for comparison with the current

15         coordinate values indicated by the GPS sensor 18 represent the current location of the VCU 15, assuming the VCU 15 is on schedule. If the coordinate values of the assumed location differ from the coordinate values of the GPS sensor 18 by a predetermined amount, then the VCU 15 is off schedule, resulting in the transmission of the VCU's true location to monitoring mechanism 69.

20         Alternatively, the VCU 15 can transmit a value (such as a time period or distance) that the VCU 15 is off schedule, when the VCU 15 determines that it is off schedule by the predetermined amount. Therefore, monitoring mechanism 69 can determine the VCU's proximity by comparing the transmitted value against the assumed location of the

37

TKHn Docket No. 050701-1030

VCU 15.  When the VCU 15 transmits a time value (*e.g.*, a value indicating the vehicle is

off schedule by a certain time, such as two minutes for example), the monitoring

mechanism 69 can determine an approximate arrival time at the selected destination by

simply combining (*i.e.*, adding or subtracting) the time indicated by the transmitted value

5    with the total time that the route should take to travel.  In this situation, the monitoring

mechanism 69 does not need to keep track of the assumed locations of the VCU 15.

Instead, the monitoring mechanism 69 can simply assume the VCU 15 will arrive at the

destination or notification point at a predetermined time (based on the time of start and

the total estimated time to reach the destination or the notification point) unless a time

10    value is received.  When a time value is received, the monitoring mechanism 69 can

update the predetermined time based on the time value.  Therefore, when the

predetermined time (as updated) expires, notification should be sent to the user.  It should

be noted that other references and methodologies may be employed to determine when to

transmit travel data from vehicle manager 29 to base station manager 39.

15        When the cellular network 48 receives travel data from communications device

44, the cellular network 48 preferably transmits the travel data to base station manager 39

via PSTN network 55 and communication device 52.  Base station manager 39 receives

the travel data and monitors the vehicle's location based on the travel data.

In this regard, the monitoring mechanism 69 upon receiving travel data from VCU

20    15 stores the travel data, including the coordinate values of the VCU 15, into each entry

of the travel data storage unit 68 that is configured to contain travel data and is associated

with the VCU 15.  After accessing an entry for storing travel data, the monitoring

mechanism 69 compares the current travel data (either received from the VCU 15 or

B - 6 8

TKH. Docket No. 050701-1030

selected from a predetermined or assumed set of travel data, as described hereinabove) with the user preferences stored in the entry in order to determine whether a notification should be sent to the user. Alternatively, the monitoring mechanism 69 can be configured to periodically poll each entry in the travel data storage unit 68 and to compare the travel

5   data in each entry with the corresponding preference data to determine which users should receive a notification.

In analyzing each entry, the monitoring mechanism 69 preferably subtracts the current coordinate values in the accessed entry of the VCU 15 with the coordinate values previously stored in travel data storage unit 68 that indicate the destination location

10   selected by the user. If the resulting value is less than a predetermined value, then the monitoring mechanism 69 sends a notification command to message manager 82 instructing the message manager 82 to notify the user of the impending arrival of the VCU 15. This predetermined value corresponds to the distance that the VCU 15 should be from the destination before a notification is sent to the user. Preferably, this

15   predetermined value is calculated from or is included in the preference data supplied by the user during activation or during an update to the activation.

The monitoring mechanism 69 can also send the notification command to the message manager 82 based on the estimated time the VCU 15 is from the destination. After calculating the value indicating the distance of the VCU 15 from the destination,

20   the monitoring mechanism 69 can estimate how long it will take for the VCU 15 to reach the destination by assuming that the VCU 15 can travel certain distances in a certain amount of time. In order to increase the accuracy of the system 10, the monitoring mechanism 69 can vary the time for the distances according to the type of traffic that is

B-69

TKHκ Jocket No. 050701-1030

typically encountered at the vehicle's location and route of travel. If traffic conditions are usually congested along the VCU's route, then the monitoring mechanism 69 can assume higher rates of time. Furthermore, if the travel data indicates that the VCU 15 has a number of vehicle stops prior to reaching the destination, the monitoring mechanism 69

5   can factor in a delay time for each stop depending on the type of the stop.

Once the monitoring mechanism 69 determines the VCU's expected time of arrival at the destination, the monitoring mechanism 69 can determine whether the user should be notified based on this estimated time. If the estimated time is less than a predetermined value indicating the desired estimated time of arrival chosen by the user,

10   then the monitoring mechanism 69 sends the notification command to the message manager 82.

The message manager 82, in response to the notification command from the monitoring mechanism 69, retrieves the contact information from user database 78 indicating how the user desires to be notified. Utilizing the contact information, the

15   message manager 82 then sends a message to the user at remote location 71. The monitoring mechanism 69 preferably includes certain travel data in the notification command, such as the VCU's location. Consequently, the message manager 82 is able to include this travel data with the message sent to the user. For example, the message may indicate that the VCU 15 (and, therefore, that the vehicle attached to the VCU 15) is a

20   certain amount of time or distance from the destination or the message may indicate the VCU's specific location, perhaps with reference to street names and/or street blocks.

If the contact information indicates that the user wishes to have map data sent to a computer at the remote location 71, the message manager 82 sends a request for map data

B - 70

TKHk Docket No. 050701-1030

to monitoring mechanism 69.  In response, the monitoring mechanism 69 sends to the

mapping system 86 the necessary data (*e.g.*, the coordinates of the VCU 15 and the

destination) for the mapping system 86 to transmit the appropriate mapping data.  The

mapping system 86 transmits the mapping data to message manager 82 which again

5    utilizes the contact information retrieved from user data base 78 to communicate the

mapping data to the appropriate message device 75 at remote location 71.  The message

device 75 then displays the mapping data in graphical form so that the user can see the

vehicle's location relative to the destination within the map graphically displayed by the

message device 75.

10          The notification message sent to the user indicates the impending arrival of the

VCU 15 at the destination previously selected by the user.  Accordingly, the user can

prepare for the arrival of the VCU 15 knowing approximately how long it should take for

the VCU 15 to arrive at the destination.


15    **Requesting Travel Data**

During the monitoring process described hereinabove, the user can discover the

status of the VCU 15 or of the vehicle attached to the VCU 15, on demand, by contacting

the base station manager 39 and requesting information pertaining to the travel data

stored in the travel data storage unit 68.  In this regard, the user establishes

20    communication with the message manager 82 (Fig. 5) via communications devices 72 and

73.  The medium used for communication can be any suitable medium known in the art

(*e.g.*, telephone, e-mail, Internet, cellular phone, *etc.*).  The preferred operation of the


B-71

41

TKF: . Docket No. 050701-1030

present invention will be discussed hereinafter with the user establishing communication via telephone, although other media of communication are also suitable.

    After the telephone connection is established, the message manager 82 prompts the user with a series of recorded questions or options in order to determine the user's

5  request. The user responds to these prompts through touch-tone signaling which is well known in current telephony communications systems. Initially, the message manager 82 prompts the user to indicate whether the call is an activation, an update of an activation, or a request for travel data. The user selects the appropriate touch-tone number to indicate that the user is requesting travel data.

10    The message manager 82 receives and interprets the touch-tone signal to determine that the user is requesting travel data. In response, the message manager 82 prompts the user to transmit an identification number of the VCU 15 of concern for the user. This prompt can include information to aide the user in selecting a VCU 15. The user responds by transmitting a series of touch-tone signals that indicate the identification

15  number or other unique data of the particular VCU 15 of concern for the user. The message manager 82 receives and interprets the touch-tone signals and determines which VCU 15 is selected by the user based on the received touch-tone signals.

    The message manager 82 can then, if desired, prompt the user to indicate which travel data the user desires to know. For example, it is likely that the user may want to

20  know how far the VCU 15 is from the destination or how long it should take the VCU 15 to arrive at the destination. However, the user may want to know other information, such as, but not limited to, how many vehicle stops the VCU 15 encounters enroute or the type

B-72

TKHi. Docket No. 050701-1030

of vehicle that is enroute, *etc.* The user responds with touch-tone signals, as appropriate, to indicate what information the user is requesting.

The message manager 82 then transmits a request for data to the monitoring mechanism 69. The request for data includes the unique identification number used to

5  identify the VCU 15, as well as any other information needed by the monitoring mechanism 69 to provide the desired information. For example, the message manager 82 may also transmit information indicating that the user wishes to discover information pertaining to the type of vehicle that is enroute. The monitoring mechanism 69, in turn, retrieves the desired travel data from the travel data storage unit 68.

10  After retrieving the desired travel data, the monitoring mechanism 69 transmits the retrieved data to the message manager 82, which communicates the data information to the user in a message transmitted to the user. The message can include the travel data retrieved by the monitoring mechanism 69 or can be formed to indicate the information contained by the travel data. For example, when communication is over a telephone

15  connection, a recorded message can be formed by the message manager 82 indicating the distance the VCU 15 is from the destination based on the travel data sent to the message manager 82. When communication is via modem signals, travel data can be transmitted to the user by the message device 82. In either case, the contents of the message is based on the travel data retrieved by the monitoring mechanism 69. Since a communications

20  line between the user and message manager 82 is already established in order for the user to make the request for travel data, the message manager 82 preferably transmits the data to the user over the established communication connection. When the user desires to receive map data (indicated by the selection of an option during the request for travel data

TKHI Jocket No. 050701-1030

or by the user preferences stored in the travel data storage unit 68), the monitoring

mechanism 69 transmits a map generation command and travel data of the selected VCU

15 to mapping system 86. Mapping system 86 then transmits graphical data to message

manager 82.

5      Message manager 82 communicates the graphical data to message device 75

which is capable of generating a map display based on the graphical data. In order to

communicate this data, the message manager 82 retrieves the user contact information

from the user database 78. The contact information indicates the address (and/or other

pertinent information) of the message device 75 so that the message manager 82 knows

10   where to transmit the graphical data. By viewing the map display generated by the

message device 75, the user can determine the location and estimated time of arrival of

the VCU 15. The map display preferably shows the intended route of travel by the VCU

15 and any scheduled vehicle stops along the route.

     Since the system 10 stores certain travel information in order to monitor the travel

15   of a VCU 15 for providing an advance notification of an impending arrival of a VCU 15,

the system 10 can also provide an easy and low cost way for a user to access information

pertaining to the VCU 15, on demand. Accordingly, the user does not have to wait for

preselected preferences to be satisfied before learning of the VCU's (and, therefore, the

vehicle's) location and/or estimated time of arrival. The user can monitor the travel of

20   the VCU 15 at any time by submitting a request for travel data and can, therefore, know

the location and status of the VCU 15 before receiving an advance notification signal that

is based on comparisons between the VCU's travel data and the user's preselected

TKH · Docket No. 050701-1030

preferences. As a result, the user can better prepare for an arrival of any particular VCU 15 or vehicle attached to the VCU 15 associated with the system 10.

It should be apparent to one skilled in the art that at least a portion of the funcationality of the data manager 67 can be implemented by the vehicle manager 29, if

5    desired. In this regard, preference data and/or travel data for the VCU 15 can be store in the computer system 31a coupled to the VCU 15. Accordingly, it is possible for the vehicle manager 29 to determine when to transmit a notification to the user and to transmit a notification to the user via communication device 52 and 72. However, such an implementation can increase the complexity and cost of the system 10 and is therefore

10   generally not desirable.

In concluding the detailed description, it should be noted that it will be obvious to those skilled in the art that many variations and modifications may be made to the preferred embodiment without substantially departing from the principles of the present invention. All such variations and modifications are intended to be included herein

15   within the scope of the present invention, as set forth in the following claims.

B-75

TKH  Docket No. 050701-1030

## CLAIMS

Now, therefore, the following is claimed:

1.   A system for monitoring travel of vehicles and for reporting a status of
vehicles relative to particular location, comprising:

   a storage mechanism configured to store travel data transmitted from a
communications device associated with a vehicle being monitored by said system, said
vehicle located at a first remote location;

   a data manager configured to receive a request from a user and to retrieve travel
data associated with said vehicle from said storage mechanism in response to said
request; and

   a first communications device configured to transmit a message to a second
communications device located at a second remote location, said message based on said
travel data retrieved by said data manager and indicative of a proximity of said vehicle
from a particular location.

2.   The system of claim 1, wherein said communications device associated
with said vehicle transmits said travel data via a control channel of a cellular network.

3.   The system of claim 1, wherein said proximity is defined in time.

4.   The system of claim 1, wherein said proximity is defined in distance.

TKH.  Docket No. 050701-1030

5.    The system of claim 1, wherein said communications device associated
with said vehicle transmits said travel data transmitted from said communications device
in response to a determination that said vehicle is off schedule.

6.    The system of claim 1, further comprising a mapping system configured to
receive said travel data retrieved by said data manager and to generate mapping data
based on said travel data retrieved by said data manager.

7.    The system of claim 1, wherein said data manager is further configured to
compare predefined preference data to travel data associated with said vehicle, said data
manager configured to transmit a notification message to said second communications
device based upon a comparison of said predefined preference data to said travel data
associated with said vehicle.

8.    The system of claim 1, wherein said vehicle comprises:
    a sensor configured to determine a location of said vehicle relative to a predefined
reference point; and
    a third communications device associated with said vehicle and configured to
transmit travel data indicating said location of said vehicle to said storage mechanism.

9.    The system of claim 1, wherein said data manager is further configured to
retrieve contact information associated with said user, wherein said first communications

47                                         B-77

TKH.. Docket No. 050701-1030

3   device is further configured to transmit said travel data retrieved by said data manager

4   based on said contact information.

10.   The system of claim 7, wherein said travel data associated with said

2   vehicle indicates a location of said vehicle and said data manager is configured to

3   transmit said notification message based on said location of said vehicle relative to a

4   predefined reference point.

11.   The system of claim 8, wherein said third communications device is

2   configured to transmit said travel data indicating said location of said vehicle through a

3   cellular network.

12.   The system of claim 9, wherein said contact information is predefined and

2   includes data enabling said first communications device to establish communication with

3   said second communications device.

13.   The system of claim 12, wherein said contact information indicates a

2   preferred medium of communication between said communications devices.

B-78

TKHᴿ ᴰocket No. 050701-1030

1    14.   The system of claim 12, wherein said data manager is further configured to

2    compare predefined preference data to travel data associated with said vehicle, said data

3    manager configured to transmit a notification message to said second communications

4    device based upon a comparison of said predefined preference data to said travel data

5    associated with said vehicle.

1    15.   The system of claim 12, further comprising a mapping system configured

2    to receive said travel data retrieved by said data manager and to generate mapping data

3    based on said travel data retrieved by said data manager.

1    16.   The system of claim 15, wherein said mapping system is further

2    configured to transmit said mapping data to said second communications device, wherein

3    a device at said second remote location is configured to render a graphical display based

4    on said mapping data transmitted from said mapping system to said second

5    communications device, said graphical display indicating a location of said vehicle.

49

B-79

TKHₙ Docket No. 050701-1030

1        17.     A system for monitoring travel of vehicles and for reporting a status of

2    vehicles relative to particular locations, comprising the steps of:

3            means for receiving travel data transmitted from a vehicle at a first remote

4    location;

5            means for storing said travel data;

6            means for receiving a request from a user at a second remote location;

7            means for retrieving travel data associated with said vehicle in response to said

8    request;

9            means for forming a message corresponding with said travel data retrieved by said

10   retrieving means, said message indicative of a proximity of said vehicle from a particular

11   location; and

12           means for transmitting said message to a communications device associated with

13   said user.

1        18.     The system of claim 17, further comprising a means for transmitting said

2    travel data transmitted from said vehicle in response to a determination that said vehicle

3    is off schedule.

1        19.     The system of claim 17, further comprising a means for transmitting said

2    travel data via a data channel associated with a cellular network.

TKHR Docket No. 050701-1030

1     20.    The system of claim 17, further comprising:

2     means for comparing predefined preference data with travel data received from

3  said vehicle; and

4     means for transmitting a notification message to said user.

1     21.    The system of claim 17, further comprising:

2     means for generating mapping data based on said travel data retrieved by said

3  retrieving means; and

4     means for transmitting said mapping data to a graphics device associated with said

5  user.

1     22.    The system of claim 17, further comprising:

2     means for forming data indicating a location of said vehicle; and

3     means for transmitting said data to a base station,

4     wherein said receiving means is located at said base station.

1     23.    The system of claim 22, further comprising:

2     means for retrieving predefined contact information; and

3     means for establishing communication between a communications device

4  associated with said base station and a communications device associated with said user

5  based on said predefined contact information.

B-81

TKHR Docket No. 050701-1030

1        24.    The system of claim 23, further comprising a means for determining a

2   preferred medium of communication based on said contact information.


1        25.    The system of claim 23, further comprising:

2            means for comparing predefined preference data with travel data received from

3   said vehicle; and

4            means for transmitting a notification message to said user in response to a

5   comparison by said comparing means.


1        26.    The system of claim 23, further comprising:

2            means for generating mapping data based on said travel data retrieved by said

3   retrieving travel data means;

4            means for transmitting said mapping data to a graphics device associated with said

5   user;

6            means for rendering a display map via said graphics device; and

7            means for indicating said location of said vehicle via said display map.

TKIIK Docket No. 050701-1030

1      27.    A method for monitoring travel of vehicles and for reporting a status of

2  vehicles relative to particular locations, comprising the steps of:

3       receiving travel data transmitted from a vehicle at a first remote location;

4       storing said travel data;

5       receiving a request from a user located at a second remote location;

6       retrieving travel data associated with said vehicle in response to said request;

7       forming a message corresponding with said travel data retrieved in said retrieving

8  step and indicating a proximity of said vehicle from a particular location; and

9       transmitting said message to a communications device associated with said user.

1      28.    The method of claim 27, further comprising the step of transmitting said

2  travel data via a control channel associated with a cellular network.

1      29.    The method of claim 27, further comprising the steps of:

2       comparing predefined preference data with travel data received from said vehicle;

3  and

4       transmitting a notification message to said user in response to said comparing

5  step.

B-83

TKHR Docket No. 050701-1030

1      30.    The method of claim 27, further comprising the steps of:

2      assuming that said vehicle is traveling at a predetermined rate; and

3      communicating said travel data transmitted from said vehicle in response to a

4   determination that said vehicle is traveling at a rate different from said predetermined

5   rate.

1      31.    The method of claim 27, further comprising the steps of:

2      generating mapping data based on said travel data retrieved in said retrieving step;

3   and

4      transmitting said mapping data to a graphics device associated with said user.

1      32.    The method of claim 28, further comprising the steps of:

2      forming data indicating a location of said vehicle;

3      transmitting said data to a base station; and

4      performing said receiving steps at said base station.

1      33.    The method of claim 32, further comprising the steps of:

2      retrieving predefined contact information; and

3      establishing communication between a communications device associated with

4   said base station and a communications device associated with said user based on said

5   predefined contact information.

B - 84

TKHR Docket No. 050701-1030

1    34.   The method of claim 33, further comprising the step of determining a

2    preferred medium of communication based on said contact information.


1    35.   The method of claim 33, further comprising the steps of:

2    comparing predefined preference data with travel data received from said vehicle;

3    and

4    transmitting a notification message to said user in response to said comparing

5    step.


1    36.   The method of claim 33, further comprising the steps of:

2    generating mapping data based on said travel data retrieved in said retrieving

3    travel data step;

4    transmitting said mapping data to a graphics device associated with said user;

5    rendering a display map via said graphics device; and

6    indicating said location of said vehicle via said display map.

## DECLARATION FOR PATENT APPLICATION

Attorney Docket No:  **050701-1030**

As the below named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.
I believe I am an original, first and sole inventor of the subject matter which is claimed and for which a patent is sought on the invention entitled SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE, the specification of which:

☒ is attached hereto.
☐ was filed on _____ as Application Serial No. _____.
☐ was filed on _____ under U.S. Express Mail No. _____.
☐ was described and claimed in PCT International Application No. _____;
    filed on _____ and as amended Under PCT Article 19 on _____ (if any).

I/we hereby state that I/we have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I/we acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37, Code of Federal Regulations, §1.56.

I/we hereby claim the benefit under Title 35, United States Code, §119 of any United States provisional patent application, foreign application(s) for patent or inventor's certificate listed below and have also identified below any United States provisional patent application, foreign application for patent or inventor's certificate having a filing date before that of the above-identified application on which priority is claimed: **NOT APPLICABLE.**

I/we hereby claim the benefit under Title 35, United States Code, §120 of any United States patent application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, §112, I/we acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, §1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application: **U.S. Patent Application Serial No. 08/852,119 entitled "Advance Notification Systems and Methods Utilizing a Computer Network" and filed on May 6, 1997**

I/we hereby appoint the following attorneys/agents to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: <u>Jeffrey R. Kuester: Reg. No. 34,367; George M. Thomas: Reg. No. 22,260; James W. Kayden: Reg. No. 31,532; Scott A. Horstemeyer: Reg. No. 34,183; Stephen R. Risley: Reg. No. 35,659; Daniel J. Santos: Reg. No. 40,158; Daniel R. McClure: Reg. No. 38,962; Robert E. Stachler II; Reg. No. 36,934; David P. Kelley: Reg. No. 17,420; Michael J. Tempel; Reg. No. 41,344; Michael J. D'Aurelio; Reg. No. 40,977; David R. Risley: Reg. No. 39,345; Jon E. Holland: Reg. No. 41,077.</u>

Please address all telephone calls, in the first instance, to Scott A. Horstemeyer at telephone number: <u>(770) 933-9500.</u>

Address all correspondence to:        Scott A. Horstemeyer
                                      THOMAS, KAYDEN, HORSTEMEYER
                                      & RISLEY, L.L.P.
                                      100 Galleria Parkway, N.W., Suite 1500
                                      Atlanta, Georgia  30339-5948

Docket No. 050701-1030

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statement and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

Inventor's Signature: _____   Date: _09_  _21_  _98_

Full Name of First or Sole Inventor: **Martin Kelly Jones**
Residence: **2417 Third Street, Dalton, Georgia**　　　Citizenship:__ **US**____
Post Office Address: **2417 Third Street**
　　　　　　　　　　**Dalton, Georgia 30720**


Inventor's Signature: _____   Date:_____

Full Name of Second Inventor: _____
Residence:_____   Citizenship:_____
Post Office Address:_____
_____


Inventor's Signature: _____   Date:_____

Full Name of Third Inventor: _____
Residence:_____   Citizenship:_____
Post Office Address:_____


DeclarPOA-Short.doc

PRINT OF DRAWINGS
AS ORIGINALLY FILED



# Fig. 1





**Fig. 2**

B-89

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 3

B-90

PRINT OF DRAWINGS
AS ORIGINALLY FILED



**Fig. 4**

B - 91

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Fig. 5

B- 92



PRINT OF DRAWINGS
AS ORIGINALLY FILED

09025958.080901

Fig. 7

B-93

PRINT OF DRAWINGS
AS ORIGINALLY FILED



**Fig. 6**

B-94

| APPROVED | O.G. FIG. / |
| BY | CLASS | ... CASE |
| DRAFTSMAN | 701 | 201 |

6278936



**Fig. 1**



**Fig. 2**



APPROVED BY DRAFTSMAN | O.G. FIG.
CLASS | SUBCLASS

**Fig. 3**

B-97



**Fig. 4**



To Travel Data
Storage Unit

Data Manager

67

User
Database
78

Message
Manager
82

Monitoring
Mechanism
69

Mapping
System
86

To User
TX/RX

7
0

To Vehicle
TX/RX

66

# Fig. 5





| APPROVED BY DRAFTSMAN | O.G. FIG. | |
|---|---|---|
| | CLASS | SUBCLASS |

Fig. 6

B-100



| APPROVED BY DRAFTSMAN | O.G. FIG. | |
|---|---|---|
| | CLASS | SUBCLASS |

Fig. 7

## PATENT APPLICATION FEE DETERMINATION RECORD
### Effective October 1, 1997

**Application or Docket Number** 09/163458

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY TYPE | | RATE | FEE | | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | | 395.00 | OR | | 790.00 |
| TOTAL CLAIMS | 36 minus 20 = | * 16 | | | x$11= | | OR | x$22= | 352 |
| INDEPENDENT CLAIMS | 3 minus 3 = | * | | | x41= | | OR | x82= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | | +135= | | OR | +270= | |
| | | | | | TOTAL | | OR | TOTAL | 142 |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * 40 | Minus ** 36 | = 4 | x$11= | | OR | x$22= | 72.00 |
| Independent | * 9 | Minus *** 3 | = 6 | x41= | | OR | x82= | 468.00 |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | Paid |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x41= | | OR | x82= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +135= | | OR | +270= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

| RIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET |
|---|---|---|---|---|
| 09/163,958 | 09/30/98 | 701 | 3614 | 0507011030 |

APPLIC^N  MARTIN KELLY JONES, DALTON, GA.

*CONTINUING DOMESTIC DATA********************  *JCJ*
VERIFIED     THIS APPLN IS A CIP OF   08/852,119 05/06/97

*'371 NAT'L STAGE) DATA********************
VERIFIED
    *JCJ* NONE

**FOREIGN APPLICATIONS***********
VERIFIED
    *JCJ* NONE

FOREIGN FILING LICENSE GRANTED 10/15/98

| Foreign Priority claimed ☐yes ☒no<br>35 USC 119 (a-d) conditions met ☐yes ☒no ☐Met after Allowance<br>Verified & Acknowledged *JCJ* ___ ___<br>Examiner's Initials   Initials | STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|
| | GA | 7 | 36 | 3 |

ADDRESS
SCC T A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1500
ATLANTA GA 30339-5948

TITLE
SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING
ORTING PROXIMITY OF A VEHICLE

| FILING REC. | FEE ED | | |
|---|---|---|---|
| | .142 | FEES: Authority has been given in Paper<br>No. _____ to charge/credit DEPOSIT ACCOUNT<br>NO. _____ for the following: | ☐ All Fees<br>☐ 1.16 Fees (Filing)<br>☐ 1.17 Fees (Processing Ext. o<br>☐ 1.18 Fees (Issue)<br>☐ Other<br>☐ Credit |

UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
www.uspto.gov

## FILE COPY

Bib Data Sheet

CONFIRMATION NO. 6095

| SERIAL NUMBER 09/163,958 | FILING DATE 09/30/1998 RULE | CLASS 701 | GROUP ART UNIT 3661 | ATTORNEY DOCKET NO. 0507011030 |
|---|---|---|---|---|

**APPLICANTS**

MARTIN KELLY JONES, DALTON, GA;

RECEIVED

** CONTINUING DATA ***********************
   THIS APPLICATION IS A CIP OF 08/852,119 05/06/1997

** FOREIGN APPLICATIONS ******************

TO 3600 MAIL ROOM

IF REQUIRED, FOREIGN FILING LICENSE GRANTED
** 10/15/1998

| Foreign Priority claimed ☐ yes ☐ no | STATE OR COUNTRY GA | SHEETS DRAWING 7 | TOTAL CLAIMS 36 | INDEPENDENT CLAIMS 3 |
|---|---|---|---|---|
| 35 USC 119 (a-d) conditions met ☐ yes ☐ no ☐ Met after Allowance | | | | |
| Verified and Acknowledged    Examiner's Signature    Initials | | | | |

**ADDRESS**

SCOTT A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1500
ATLANTA ,GA 303395948

**TITLE**

SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE

| FILING FEE RECEIVED 1682 | FEES: Authority has been given in Paper No. _____ to charge/credit DEPOSIT ACCOUNT No. _____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees ( Filing ) |
| | | ☐ 1.17 Fees ( Processing Ext. of time ) |
| | | ☐ 1.18 Fees ( Issue ) |
| | | ☐ Other |
| | | ☐ Credit |

PTO/SB/05 (12/97)
Approv.. use through 09/30/00  OMB 0651-0032
Patent and Trademark Office. U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

'Please type a plus sign (+) inside this b...→ [+]

## UTILITY PATENT APPLICATION TRANSMITTAL

(Only for new nonprovisional applications under 37 CFR 1.53(b))

| | |
|---|---|
| Attorney Docket No | 060701-1030 |
| First Named Inventor or Applicant Identifier | JONES, Martin Kelley |
| Title | SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE |
| Express Mail Label No | EL063363607US |

### APPLICATION ELEMENTS
See MPEP Chapter 600 concerning utility patent application contents
(Submit an original and a duplicate for fee processing)

1. [X] Fee Transmittal Form (e.g., PTO/SB/17)

2. [X] Specification    [Total Pages] 56
   (preferred arrangement set forth below)
   - Descriptive title of the Invention
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R&D
   - Reference to Microfiche Appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings (if filed)
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure

3. [X] Drawing(s) (35 USC d113)    [Total Sheets] 7

4. Oath or Declaration    [Total Pages] 2
   a. [X] Newly Executed (original or copy)
   b. [ ] Copy from a prior application (37 CFR §1.63(d))
      (for continuation/divisional with Box 17 completed)
      [Note Box 5 below]

   i. [ ] **DELETION OF INVENTOR(S)**
      Signed statement attached deleting inventor(s)
      named in the prior application,
      see 37 CFR §1.63(d)(2) and 1.33(b).

5. [ ] Incorporation By Reference (useable if Box 4b is checked)
   The entire disclosure of the prior application, from which a copy of
   the oath or declaration is supplied under Box 4b, is considered as
   being part of the disclosure of the accompanying application and is
   hereby incorporated by reference therein

### ADDRESS TO:
Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

6. [ ] Microfiche Computer Program (Appendix)

7. [ ] Nucleotide and/or Amino Acid Sequence Submission
   (if applicable, all necessary)
   a. [ ] Computer Readable Copy
   b. [ ] Paper Copy (identical to computer copy)
   c. [ ] Statement verifying identical of above copies

### ACCOMPANYING APPLICATION PARTS

8. [ ] Assignment Papers (cover sheet & Documents(s))

9. [ ] 37 CFR §3.73(b) Statement    [ ] Power of Attorney
   (when there is an assignee)

10. [ ] English Translation Document (if applicable)

11. [ ] Information Disclosure    [ ] Copies of IDS
    Statement (IDS)/PTO-1449    Citations

12. [ ] Preliminary Amendment

13. [X] Return Receipt Postcard (MPEP 503)
    (Should be specifically itemized)

14. [ ] *Small Entity    [ ] Statement filed in prior application
    Statement(s)    Status still proper and desired
    (PTO/SB/09-12)

15. [ ] Certified Copy of Priority Document(s)
    (if foreign priority is claimed)

16. [ ] Other: _____

*A new statement is required to be entitled to pay small entity fees, except
where one has been filed in a prior application and is being relied upon

17. If a CONTINUING APPLICATION, check appropriate box and supply the requisite information below and in a preliminary amendment
[ ] Continuation    [ ] Divisional    [X] Continuation-in-part (CIP)    of prior application No: 08/852,119
Prior application information: Examiner Louis-Jacques, J.H.    Group / Art Unit: 3614

### 18. CORRESPONDENCE ADDRESS

[ ] Customer Number or Bar Code Label    (Insert Customer No. or Attach bar code label here)    or [X] Correspondence address below

| | |
|---|---|
| NAME | Scott A. Horstemeyer THOMAS, KAYDEN, HORSTEMEYER & RISLEY |
| ADDRESS | 100 Galleria Parkway Suite 1600 |
| CITY | Atlanta |  STATE | Georgia |  ZIP CODE | 30339 |
| COUNTRY | USA |  TELEPHONE | (770) 933-9500 |  FAX | (770) 951-0933 |

| Name (Print/Type) | Scott A. Horstemeyer | Registration No (Attorney/Agent) | 34,183 |
|---|---|---|---|
| Signature | *[signature]* | | Date | 9/28/98 |

Burden Hour Statement. This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office. Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO Assistant Commissioner for Patents, Box Patent Application, Washington, DC 20231

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:  Jones

Serial No. 09/163,958

Filing Date:   September 30, 1998

Examiner:  To Be Assigned

Docket No.  050701-1030

For:   **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

## INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Box:  IDS
Washington, D.C. 20231

Sir:

This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98.  Listed on the accompanying form PTO-1449 are documents which may or may not be considered material to the examination of this application.  Documents AA-BW have been previously disclosed or cited in U.S. patent Application Serial No. 08/852,119 (which is the parent of the present application).  Therefore, copies of these documents are not provided herein pursuant to 37 C.F.R. §1.98(d).  As required by 37 C.F.R. §1.98(a), a legible copy of document BX is provided herein.

Furthermore, Applicant has filed the following copending applications which may be relevant to the present application:

(a)   Title:   Advanced Notification System and Method Utilizing a
Distinctive Telephone Ring
Serial No.:  08/762,052; Filing Date:  December 9, 1996
Inventor:      Jones
Our Docket No.:  050701-1025

(b)   Title:   Advance Notification systems and Methods Utilizing a
Computer Network
Serial No.:  08/852,119; Filing Date:  May 6, 1997
Inventor:      Jones
Our Docket No.:  050701-1026

(c)     Title:   System and Method for Enciphering and Communicating
                 Vehicle Tracking Information
        Serial No.:  09/163,606;  Filing Date:  September 30, 1998
        Inventor:    Jones
        Our Docket No.:  050701-1027

(d)     Title:   System and Method for Activation of an Advance Notification
                 System for Monitoring and Reporting Status of Vehicle Travel
        Serial No.:  09/163,588;  Filing Date:  September 30, 1998
        Inventor:    Jones
        Our Docket No.:  050701-1028

The following rights are reserved by the Applicant:  to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or to prove that some of these documents may not be prior art, and/or to prove that some of these documents may not be enabling for the teachings they purport to offer.

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist.  The Examiner is specifically requested not to rely solely on the materials submitted herewith.  The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is respectfully requested that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully submitted,

THOMAS, KAYDEN, HORSTEMEYER
& RISLEY, L.L.P.

By:

Scott A. Horstemeyer
Registration No. 34,183

100 Galleria Parkway, Suite 1500
Atlanta, Georgia  30339-5948
770-933-9500
Docket: 050701-1030

-3-

B-108

3661

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as first class mail in an envelope addressed to:

**Assistant Commissioner for Patents**
**Box: IDS**
**Washington, D.C. 20231**

on _December 21, 1998_ .

_C Stone_
Carla Bridwell Stone

| | |
|---|---|
| In re application of: **Jones** | |
| | Art Unit:   To Be Assigned |
| U.S. Serial Number:   09/163,958 | |
| | Examiner:   To Be Assigned |
| Filing Date: September 30, 1998 | |
| | Our Reference Number: 050701-1030 |

Title:  **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

The following is a list of documents enclosed:

> Return Postcard
> Information Disclosure Statement
> PTO-1449
> 1 Reference

-4-

B-109

Page 1 of 5

| Form PTO-1449 | | | | Attorney Docket No. 050701-1030 | | Serial No. 09/163,958 | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | | | Applicant **Jones** | | | |
| | | | | Filing Date **September 30, 1998** | | Group **3661** To Be Assigned | |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | AA | 5,448,479 | 09/05/95 | Kemner, et al. | 365 | 424.02 | |
| | AB | 5,113,185 | 05/12/92 | Ichikawa | 340 | 995 | |
| | AC | 4,956,777 | 09/11/90 | Cearley, et al. | 364 | 424.02 | |
| | AD | 5,131,020 | 07/14/92 | Liebesny, et al. | 379 | 59 | |
| | AE | 5,218,629 | 06/08/93 | Dumond, Jr., et al. | 379 | 59 | |
| | AF | 5,144,301 | 09/01/92 | Jackson, et al. | 340 | 994 | |
| | AG | 5,493,295 | 02/20/96 | Lewiner, et al. | 340 | 994 | |
| | AH | 5,652,707 | 07/29/97 | Wortham | 364 | 460 | |
| | AI | 5,657,010 | 08/12/97 | Jones | 340 | 994 | |
| | AJ | 5,351,194 | 09/27/94 | Ross, et al. | 364 | 449 | |
| | AK | 5,121,326 | 06/09/92 | Moroto, et al. | 364 | 449 | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | AL | 63288400 | 11/88 | Japan | G08G1 | 12 | | X |
| | AM | 52066175 | 06/01/77 | Japan | | | | X |
| | AN | 2 559 930 | 08/23/85 | France | G08G1 | 12 | | X |
| | AO | 2674355 | | France | | | | X |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: 3/17/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

B-110

| Form PTO-1449 | | | Attorney Docket No. 050701-1030 | | Serial No. 09/163,958 | |
|---|---|---|---|---|---|---|

**INFORMATION DISCLOSURE CITATION**

*(Use several sheets if necessary)*

DEC 2 3 1998

| Applicant Jones | | |
|---|---|---|
| Filing Date September 30, 1998 | Group 3661 To Be Assigned |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | AP | 4,812,843 | 03/14/89 | Champion, III, *et al.* | 340 | 905 | |
| | AQ | 4,350,969 | 09/21/82 | Greer | 340 | 23 | |
| | AR | 5,539,810 | 07/23/96 | Kennedy, III, *et al.* | 379 | 59 | |
| | AS | 5,299,132 | 03/29/94 | Wortham | 364 | 460 | |
| | AT | 5,400,020 | 03/21/95 | Jones | 340 | 994 | |
| | AU | 5,694,322 | 12/02/97 | Westerlage, *et al.* | 364 | 464 | |
| | AV | 4,791,571 | 12/13/88 | Takahashi, *et al.* | 364 | 436 | |
| | AW | 5,323,456 | 06/21/94 | Oprea | 379 | 375 | |
| | AX | 4,325,057 | 04/13/82 | Bishop | 340 | 539 | |
| | AY | 5,544,225 | 08/06/96 | Kennedy, III, *et al.* | 379 | 59 | |
| | AZ | 5,546,444 | 08/13/96 | Roach, Jr., *et al.* | 379 | 59 | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

\* EXAMINER. Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: 3/17/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | | | | Attorney Docket No. 050701-1030 | | | Serial No. 09/163,958 | |
|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | | | Applicant **Jones** | | | | |
| | | | | Filing Date **September 30, 1998** | | | Group 5 661 To Be Assigned | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | BA | 5,623,260 | 04/22/97 | Jones | 340 | 994 | |
| | BB | 3,644,883 | 02/22/72 | Borman, *et al.* | 340 | 23 | |
| | BC | 4,297,672 | 10/27/81 | Fruchey, *et al.* | 340 | 23 | |
| | BD | 4,713,661 | 12/15/87 | Boone, *et al.* | 340 | 994 | |
| | BE | 5,771,455 | 06/23/98 | Kennedy, III, *et al.* | 455 | 456 | |
| | BF | 5,519,621 | 05/21/96 | Wortham | 364 | 460 | |
| | BG | 5,736,940 | 04/07/98 | Burgener | 340 | 994 | |
| | BH | 5,021,780 | 06/04/91 | Fabiano, *et al.* | 340 | 994 | |
| | BI | 5,461,374 | 10/24/95 | Lewiner, *et al.* | 340 | 994 | |
| | BJ | 5,673,305 | 09/30/97 | Ross | 379 | 58 | |
| | BK | 5,699,275 | 12/16/97 | Beasley, *et al.* | 364 | 514 R | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: 3/17/02 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | | | | Attorney Docket No. **050701-1030** | | Serial No. **09/163,958** | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | | | Applicant **Jones** | | | |
| | | | | Filing Date **September 30, 1998** | | Group **3661** ~~To Be Assigned~~ | |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | BL | 5,361,296 | 11/01/97 | Reyes, *et al.* | 379 | 96 | |
| | BM | 4,799,162 | 01/17/89 | Shinkawa, *et al.* | 364 | 436 | |
| | BN | 5,579,376 | 11/26/96 | Kennedy, III, *et al.* | 379 | 60 | |
| | BO | 5,526,401 | 06/11/96 | Roach, Jr., *et al.* | 379 | 59 | |
| | BP | 5,648,710 | 07/15/97 | Ross | 340 | 994 | |
| | BQ | 5,122,959 | 06/16/92 | Nathanson, *et al.* | 364 | 436 | |
| | BR | 5,168,451 | 12/01/92 | Bolger | 364 | 436 | |
| | BS | 5,444,444 | 08/22/95 | Ross | 340 | 994 | |
| | BT | 5,394,332 | 02/28/95 | Kuwahara, *et al.* | 364 | 449 | |
| | BU | 3,934,125 | 01/20/76 | Macano | 235 | 150.2 | |
| | BV | 5,668,543 | 09/16/97 | Jones | 340 | 994 | |

**FOREIGN PATENT DOCUMENTS**

| | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: 3-17-00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | | | | | Attorney Docket No. **050701-1030** | | Serial No. **09/163,958** | |
|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** *(Use several sheets if necessary)* | | | | | Applicant **Jones** | | | |
| | | | | | Filing Date **September 30, 1998** | | Group **3661** ~~To Be Assigned~~ | |

DEC 2 8 1998

## U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | ~~BW~~ | ~~3,845,289~~ | ~~10/29/74~~ | ~~French~~ | ~~235~~ | ~~151.2~~ | |
| ✓ | BX | RE 35,920 | 10/13/98 | Sorden, *et al* | 342 | 457 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

## OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: 3/11/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

#3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:  Jones

Serial No. 09/163,958

Filing Date:  September 30, 1998

Examiner:  To Be Assigned

Docket No.  50711-1030

NOV 1 5 1999

For:    **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR
        MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

**INFORMATION DISCLOSURE STATEMENT**

Assistant Commissioner for Patents
Box: IDS
Washington, D.C. 20231

Sir:

        This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97,

and 1.98.  Listed on the accompanying form PTO-1449 are documents which may or may not be

considered material to the examination of this application.  As required by 37 C.F.R. §1.98(a), a

legible copy of each document is provided herein.

        Note that the aforementioned documents were previously cited in an information

disclosure statement filed on December 21, 1998.  Copies of the documents were not provided

along with the foregoing information disclosure statement as the documents were previously

disclosed or cited in U.S. patent application no. 08/852,119 and copies of the drawings were not

required under 37 C.F.R. §1.98(d).  However, the 08/852,119 application is presently under

appeal, and the documents may not, therefore, be readily available to the Examiner.  To facilitate

access to the documents for the Examiner, Applicant is submitting this information disclosure

statement along with copies of the documents.

        The following rights are reserved by the Applicant:  to establish the patentability of the

claimed invention over any of the listed documents should they be applied as reference, and/or to

prove that some of these documents may not be prior art, and/or to prove that some of these

B-115

documents may not be enabling for the teachings they purport to offer.

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist. The Examiner is specifically requested not to rely solely on the materials submitted herewith. The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is respectfully requested that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully submitted,

THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.

By: _____
Jon E. Holland
Registration No. 41,077

100 Galleria Parkway, Suite 1500
Atlanta, Georgia  30339-5948
770-933-9500
Docket:  050711-1030

-2-

B-116

3661
#3
11-23-99
DRS

## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the U.S. Postal Service as first class mail in an envelope addressed to:

**Assistant Commissioner for Patents**
**Box: IDS**
**Washington, D.C. 20231**

on ___November 10, 1999___.

_Carla Bridwell Stone_
Carla Bridwell Stone

RECEIVED
NOV 22 1999
TC 3600 MAIL ROOM

| | | |
|---|---|---|
| In re application of: | **Jones** | |
| U.S. Serial Number: | 09/163,958 | Art Unit:  To Be Assigned |
| Filing Date:  September 30, 1998 | | Examiner:  To Be Assigned |
| | | Our Reference Number:  050711-1030 |

Title: **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

The following is a list of documents enclosed:

Return Postcard
Information Disclosure Statement
PTO-1449
49 Reference

-3-

Page 1 of 5

| Form PTO-1449 | | | | Attorney Docket No.<br>050711-1030 | | Serial No.<br>09/163,958 | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION**<br><br>*(Use several sheets if necessary)* | | | | Applicant<br>Jones | | | |
| | | | | Filing Date<br>September 30, 1998 | | Group 3661<br>~~To Be Assigned~~ | |

NOV 1 5 1999

## U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JLJ ✓ | AA | 5,448,479 | 09/05/95 | Kemner, *et al.* | 365 | 424.02 | |
| ✓ | AB | 5,113,185 | 05/12/92 | Ichikawa | 340 | 995 | |
| ✓ | AC | 4,956,777 | 09/11/90 | Cearley, *et al.* | 364 | 424.02 | |
| ✓ | AD | 5,131,020 | 07/14/92 | Liebesny, *et al.* | 379 | 59 | |
| ✓ | AE | 5,218,629 | 06/08/93 | Dumond, Jr., *et al.* | 379 | 59 | |
| ✓ | AF | 5,144,301 | 09/01/92 | Jackson, *et al.* | 340 | 994 | |
| ✓ | AG | 5,493,295 | 02/20/96 | Lewiner, *et al.* | 340 | 994 | |
| ✓ | AH | 5,652,707 | 07/29/97 | Wortham | 364 | 460 | |
| ✓ | AI | 5,657,010 | 08/12/97 | Jones | 340 | 994 | |
| ✓ | AJ | 5,351,194 | 09/27/94 | Ross, *et al.* | 364 | 449 | |
| JLJ ✓ | AK | 5,121,326 | 06/09/92 | Moroto, *et al.* | 364 | 449 | |

## FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| JLJ | AL | 63288400 | 11/88 | Japan | G08G1 | 12 | ABS | X |
| JLJ | AM | 52066175 | 06/01/77 | Japan | | | ABS | X |
| JLJ | AN | 2 559 930 | 08/23/85 | France | G08G1 | 12 | ABS | X |
| | AO | ~~2674355~~ | | ~~France~~ | | | | X |

## OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE:<br>JACQUES H. LOUIS-JACQUES<br>PRIMARY EXAMINER | DATE CONSIDERED:<br>3/17/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

B-118

| Form PTO-1449 | | | | Attorney Docket No. **050711-1030** | | Serial No. **09/163,958** | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | | | Applicant **Jones** | | | |
| *(Use several sheets if necessary)* | | | NOV 15 1999 | Filing Date **September 30, 1998** | | Group **3661** ~~To Be Assigned~~ | |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JCJ ✓ | AP | 4,812,843 | 03/14/89 | Champion, III, *et al.* | 340 | 905 | |
| ✓ | AQ | 4,350,969 | 09/21/82 | Greer | 340 | 23 | |
| ✓ | AR | 5,539,810 | 07/23/96 | Kennedy, III, *et al.* | 379 | 59 | |
| ✓ | AS | 5,299,132 | 03/29/94 | Wortham | 364 | 460 | |
| ✓ | AT | 5,400,020 | 03/21/95 | Jones *et al* | 340 | 994 | |
| ✓ | AU | 5,694,322 | 12/02/97 | Westerlage, *et al.* | 364 | 464 | |
| ✓ | AV | 4,791,571 | 12/13/88 | Takahashi, *et al.* | 364 | 436 | |
| ✓ | AW | 5,323,456 | 06/21/94 | Oprea | 379 | 375 | |
| ✓ | AX | 4,325,057 | 04/13/82 | Bishop | 340 | 539 | |
| ✓ | AY | 5,544,225 | 08/06/96 | Kennedy, III, *et al.* | 379 | 59 | |
| JCJ ✓ | AZ | 5,546,444 | 08/13/96 | Roach, Jr., *et al.* | 379 | 59 | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: |
|---|---|
| | 3/17/00 |

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | | | | Attorney Docket No. 050711-1030 | | Serial No. 09/163,958 |
|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | | | Applicant **Jones** | | |
| *(Use several sheets if necessary)* | | | | Filing Date **September 30, 1998** | | Group 3661 ~~To Be Assigned~~ |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JLJ ✓ | BA | 5,623,260 | 04/22/97 | Jones | 340 | 994 | |
| ✓ | BB | 3,644,883 | 02/22/72 | Borman, *et al.* | 340 | 23 | |
| ✓ | BC | 4,297,672 | 10/27/81 | Fruchey, *et al.* | 340 | 23 | |
| ✓ | BD | 4,713,661 | 12/15/87 | Boone, *et al.* | 340 | 994 | |
| ✓ | BE | 5,771,455 | 06/23/98 | Kennedy, III, *et al.* | 455 | 456 | |
| ✓ | BF | 5,519,621 | 05/21/96 | Wortham | 364 | 460 | |
| ✓ | BG | 5,736,940 | 04/07/98 | Burgener | 340 | 994 | |
| ✓ | BH | 5,021,780 | 06/04/91 | Fabiano, *et al.* | 340 | 994 | |
| ✓ | BI | 5,461,374 | 10/24/95 | Lewiner, *et al.* | 340 | 994 | |
| ✓ | BJ | 5,673,305 | 09/30/97 | Ross | 379 | 58 | |
| JLJ ✓ | BK | 5,699,275 | 12/16/97 | Beasley, *et al.* | 364 | 514 R | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: 3/17/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | | | | | Attorney Docket No.<br>050711-1030 | | Serial No.<br>09/163,958 | |
|---|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION**<br><br>*(Use several sheets if necessary)* | | | | | Applicant<br>**Jones** | | | |
| | | | | | Filing Date<br>**September 30, 1998** | | Group *3661*<br>~~To Be Assigned~~ | |

NOV 1 5 1999

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| TJ ✓ | BL | 5,361,296 | 11/01/97 | Reyes, *et al.* | 379 | 96 | |
| ✓ | BM | 4,799,162 | 01/17/89 | Shinkawa, *et al.* | 364 | 436 | |
| ✓ | BN | 5,579,376 | 11/26/96 | Kennedy, III, *et al.* | 379 | 60 | |
| ✓ | BO | 5,526,401 | 06/11/96 | Roach, Jr., *et al.* | 379 | 59 | |
| ✓ | BP | 5,648,770 | 07/15/97 | Ross | 340 | 994 | |
| ✓ | BQ | 5,122,959 | 06/16/92 | Nathanson, *et al.* | 364 | 436 | |
| ✓ | BR | 5,168,451 | 12/01/92 | Bolger | 364 | 436 | |
| ✓ | BS | 5,444,444 | 08/22/95 | Ross | 340 | 994 | |
| ✓ | BT | 5,394,332 | 02/28/95 | Kuwahara, *et al.* | 364 | 449 | |
| ✓ | BU | 3,934,125 | 01/20/76 | Macano | 235 | 150.2 | |
| TJ ✓ | BV | 5,668,543 | 09/16/97 | Jones | 340 | 994 | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED NOV 22 1999 MAIL ROOM

* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: *3/7/00* |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

| Form PTO-1449 | | | Attorney Docket No.<br>050711-1030 | | Serial No.<br>09/163,958 | | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | | Applicant<br>Jones | | | | |
| *(Use several sheets if necessary)* | | | Filing Date<br>September 30, 1998 | | Group 3661<br>~~To Be Assigned~~ | | |

**U.S. PATENT DOCUMENTS**

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JLJ | BW | 3,845,289 | 10/29/74 | French | 235 | 151.2 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: | DATE CONSIDERED: 3/17/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

3661 #4

PATENT

l.U.S.
m.m.
3/4/00

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

Jones

Serial No. 09/163,958

Filed: September 30, 1998

Group Art Unit: To Be Assigned

Examiner: To Be Assigned

Docket No.: 050711-1030

For: SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, and specifically:

☒   under 37 CFR 1.97(b), or
(within Three months of filing national application, or date of entry of international application; or before mailing date of first office action on the merits, whichever occurs last)

☐   under 37 CFR 1.97(c) together with either a:
☐   Statement Under 37 C.F.R. 1.97(e), or
☐   a $240.00 fee under 37 CFR 1.17(p), or
(After the CFR 1.97(b) time period, but before the final office action or notice of allowance, whichever occurs first)

☐   under 37 CFR 1.97(d) together with a:
☐   Statement under 37 CFR 1.97(e), and
☐   a petition under 37 CFR 1.97(d)(2)(ii), and
☐   a $130.00 petition fee set forth in 37 CFR 1.17(i)(1).
(Filed after final office action or notice of allowance, whichever occurs first, but before payment of the issue fee)

Enclosed is a check in the amount of $ _____. Please charge $ _____ to deposit account _____. At any time during the pendency of this application, please charge any fees required to Deposit Account 20-0778 pursuant to 37 CFR 1.25. The Commissioner is hereby requested to credit any overpayment to Deposit Account No. 20-0778.

☒   Applicant(s) submit herewith *Form PTO 1449 - Information Disclosure Citation* together with copies of patents, publications or other information of which applicant(s) are aware, which applicant(s) believe(s) may or may not be material to the examination of this application and for which there may be a duty to disclose in accordance with 37 CFR 1.56. As required by 37 C.F.R. §1.98(a), a legible copy of each document is provided.

☐   A concise explanation of the relevance of foreign language patents, foreign language publications and other foreign language information listed on PTO Form 1449, as presently understood by the individual(s) designated in 37 CFR 1.56(c) most knowledgeable about the content is given on the attached sheet, or where a foreign language patent is cited in a search report or other action by a foreign patent office in a counterpart foreign application, an English language version of the search report or action which indicates the degree of relevance found by the foreign office is listed on the form PTO 1449 and is enclosed herewith.

The following rights are reserved by the Applicant(s):  the right to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or the right to prove that some of these documents may not be prior art, and/or the right to prove that some of these documents may not be enabling for the teachings they purport

B-123

to offer.

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist. The Examiner is specifically requested not to rely solely on the materials submitted herewith. The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is requested that the information disclosed herein be made of record in this application and that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully Submitted,

**THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.**

By: _____

Jon E. Holland
Registration No. 41,077

100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339
770-933-9500

```
I hereby certify that this correspondence is
being deposited with the United States Postal
Service, as first class mail in an envelope
addressed to:  Assistant Commissioner for
Patents, Washington, D.C.  20231, on
February 22, 2000        .
```

-2-

B-124

Page 1 of 1

*part of # 4*

| Form PTO-1449 | | | | Attorney Docket No.<br>050711-1030 | | Serial No.<br>09/163,958 | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | | | Applicant<br>**Jones** | | | |
| *(Use several sheets if necessary)* | | | | Filing Date<br>**September 30, 1998** | | Group *366/*<br>~~To Be Assigned~~ | |

**U.S. PATENT DOCUMENTS**

| Examiner Initial's | Items | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JCJ | AA | 5,760,742 | 06/02/98 | Branch, et al. | 342 | 457 | |
| | AB | 5,587,715 | 12/24/96 | Lewis | 342 | 357 | |
| | AC | 5,808,565 | 09/15/98 | Matta, et al. | 340 | 994 | |
| JCJ | AD | 5,594,650 | 01/14/97 | Shah, et al. | 364 | 449.1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**OTHER DOCUMENTS** *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE:<br>JACQUES H. LOUIE-JACQUES<br>PRIMARY EXAMINER | DATE CONSIDERED:<br>*3/17/00* |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE



**UNITED STATE    /EPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address:   COMMISSIONER OF PATENTS AND TRADEMARKS
           Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|

| EXAMINER |
|---|

| ART UNIT | PAPER  NUMBER |
|---|---|
| | 5 |

DATE MAILED:

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

PTO 90C (Rev 2/95)                    1  File Copy

| | Application No. | Applicant(s) | |
|---|---|---|---|
| **Office Action Summary** | 09/163,958 | JONES, MARTIN KELLY | |
| | Examiner | Art Unit | |
| | Jacques H. Louis-Jacques | 3661 | |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address —*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE _3_ MONTH(S) FROM
THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136 (a)  In no event, however, may a reply be timely filed
  after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will
  be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this
  communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

1)☒ Responsive to communication(s) filed on _30 September 1998_ .

2a)☐ This action is **FINAL**.  2b)☒ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is
closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) _1-36_ is/are pending in the application.

4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐ Claim(s) _____ is/are allowed.

6)☒ Claim(s) _1-15, 17-25 and 27-35_ is/are rejected.

7)☒ Claim(s) _16, 26 and 36_ is/are objected to.

8)☐ Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

11)☐ The proposed drawing correction filed on _____ is: a)☐ approved  b)☐ disapproved.

12)☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

a)☐ All  b)☐ Some *  c)☐ None of the CERTIFIED copies of the priority documents have been:

1.☐ received.

2.☐ received in Application No. (Series Code / Serial Number) _____ .

3.☐ received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

* See the attached detailed Office action for a list of the certified copies not received.

14)☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e)

**Attachment(s)**

14) ☒ Notice of References Cited (PTO-892)
15) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
16) ☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _2,3,4_

17) ☐ Interview Summary (PTO-413) Paper No(s). _____
18) ☐ Notice of Informal Patent Application (PTO-152)
19) ☐ Other _____

B-127

Application/Control Number: 09/163,958                              Page 2
Art Unit: 3661

## DETAILED ACTION

### *Information Disclosure Statement*

1.     The information disclosure statement filed November 15, 1999 fails to comply with 37

CFR 1.98(a)(3) because it does not include a concise explanation of the relevance, as it is

presently understood by the individual designated in 37 CFR 1.56(c) most knowledgeable about

the content of the information, of each patent listed that is not in the English language. It has

been placed in the application file, but the information referred to therein has not been

considered.

More particularly, Document AO has not been considered.

It appears that IDS filed on November 15, 1999 is a duplication of the IDS filed on

December 28, 1998 with the exception that the IDS filed on 12/28/98 includes patent No.

RE 35,920. To avoid any printing error if this application were to become allowed, the

IDS filed on 11/15/99 has been fully considered and the references has been initialed.

However, in the IDS filed on 12/28/98 only document BX, US Patent No. Re 35,990 has

been considered. To avoid any confusion, the other references in the 12/28/98 IDS have

been crossed out.

### *Drawings*

2.     The drawings filed on September 30, 1998 have been approved by the draftsperson.

Application/Control Number: 09/163,958                                                                   Page 3
Art Unit: 3661

### *Double Patenting*

3.      The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees. See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.

Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985); *In re Van Ornum*, 686

F.2d 937, 214 USPQ 761 (CCPA 1982); *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA

1970);and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969).

        A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to

overcome an actual or provisional rejection based on a nonstatutory double patenting ground

provided the conflicting application or patent is shown to be commonly owned with this

application.  See 37 CFR 1.130(b).

        Effective January 1, 1994, a registered attorney or agent of record may sign a terminal

disclaimer.   A terminal disclaimer signed by the assignee must fully comply with 37

CFR 3.73(b).

4.      Claims 1-36 are provisionally rejected under the judicially created doctrine of double

patenting over claims 1-30 of copending Application No. 09/395,497.  This is a provisional

double patenting rejection since the conflicting claims have not yet been patented.

5.      Claims 1-36 are provisionally rejected under the judicially created doctrine of double

patenting over claims 1-40 of copending Application No. 09/163,588.  This is a provisional

double patenting rejection since the conflicting claims have not yet been patented.

Application/Control Number: 09/163,958                                      Page 4
Art Unit: 3661

6.      Claims 1-36 are provisionally rejected under the judicially created doctrine of double

patenting over claims 15-30 of copending Application No. 08/852,119. This is a provisional

double patenting rejection since the conflicting claims have not yet been patented.

        The subject matter claimed in the instant application is fully disclosed in the referenced

copending applications and would be covered by any patent granted on those copending

applications since the referenced copending applications and the instant application are claiming

common subject matter, as follows: A method for monitoring travel of vehicles and for reporting

status of vehicles based on travel data related to the vehicles.

        Furthermore, there is no apparent reason why applicant would be prevented from

presenting claims corresponding to those of the instant application in the other copending

application. See *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968). See also MPEP

§ 804.

7.      Claims 1-36 are rejected under the judicially created doctrine of double patenting over

claims 1-16 of U. S. Patent No. 5,623,260 since the claims, if allowed, would improperly extend

the "right to exclude" already granted in the patent.

8.      Claims 1-36 are rejected under the judicially created doctrine of double patenting over

claims 1-15 of U. S. Patent No. 5,657,010 since the claims, if allowed, would improperly extend

the "right to exclude" already granted in the patent.

9.      Claims 1-36 are rejected under the judicially created doctrine of double patenting over

claims 1-80 of U. S. Patent No. 5,668,543 since the claims, if allowed, would improperly extend

the "right to exclude" already granted in the patent.

Application/Control Number: 09/163,958                                    Page 5
Art Unit: 3661

The subject matter claimed in the instant application is fully disclosed in the patents and

is covered by the patents since the patents and the application are claiming common subject

matter, as follows: An advance notification system and method utilizing passenger calling report

generator.

Furthermore, there is no apparent reason why applicant was prevented from presenting

claims corresponding to those of the instant application during prosecution of the application

which matured into a patent. See *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968)

See also MPEP § 804.

### *Claim Rejections - 35 USC § 102*

10.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in a patent granted on an application for patent by another filed in the United
> States before the invention thereof by the applicant for patent, or on an international application by another who
> has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention
> thereof by the applicant for patent

11.      *Claims 1-15, 17-25 and 27-35 are rejected under 35 U.S.C. 102(e) as being anticipated by*

Ross [5,648,778]

Ross '770 discloses an apparatus and method of notifying a party of a pending

delivery or pickup. A mobile receiver or carrier is equipped with a satellite receiver, a

controller and a communicator. The position of the vehicle is determined based on

positioning data or signals. The controller compares the current vehicle location or

position to the location in the mapped area. The communicator then communicates with

Application/Control Number: 09/163,958                                    .   Page 6
Art Unit: 3661

the user to notify user. As shown in figure 1, there are provided controllers (10 and 21), a video screens or computer displays (14 and 26). Ross '770 also discloses a storage device for storing travel data related to the vehicle. The storage device is mounted on the vehicle located at a remote location. There is also provided a communications device or apparatus for transmitting a message to a controller located at another remote location. The received or transmitted message is indicative of the status (proximity) of the vehicle. As disclosed in column 2, there is provided an analyzer for evaluating the positioning signals to determine the position of the carrier, the position of the carrier is compared with a predetermined location. Also, a time interval is computed, and when the time interval is less than a predetermined time interval, a signal is communication to provide reasonable advance notice. See column 2. Also, a message or notification is forwarded to user via a telephone associated therewith. See columns 5 and 6. As explained, more specifically in the claim section, Ross discloses a voice generator for generating or producing an audible message to notify the party. Ross discloses the time period, and the predetermined distance as the data representative of the proximity of the vehicle. In column 3, Ross '770 discloses the cellular network as a communications device.

### *Allowable Subject Matter*

12.      Claims 16, 26 and 36 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Application/Control Number: 09/163,958                                    Page 7
Art Unit: 3661

The prior art does not specifically teach transmitting mapping data to a second communication device, wherein a device located at the second remote location is configured to render a graphical display based on the mapping data transmitted for the mapping system to the second communications device, the graphical display indicating a location of the vehicle.

### Conclusion

13      The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

| | | |
|---|---|---|
| 5,155,689 | Wortham | Oct. 1992 |
| 5,398,190 | Wortham | Mar. 1995 |
| 5,432,841 | Rimer | Jul. 1995 |
| 5,719,771 | Buck et al. | Feb. 1998 |
| 5,796,365 | Lewis | Aug. 1998 |
| 5,922,040 | Prabhakaran | Jul. 1999 |

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Jacques H. Louis-Jacques whose telephone number is (703) 305-9757. The examiner can normally be reached on M-Th, 8:30 AM - 5:00 PM (Eastern Time).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, William Cuchlinski can be reached on (703) 308-3873. The fax phone numbers for

Application/Control Number: 09/163,958                                     Page 8
Art Unit: 3661

the organization where this application or proceeding is assigned are (703) 308-8623 for regular

communications and (703) 308-8623 for After Final communications

      Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-1111.

<div style="text-align: right;">

Jacques H. Louis-Jacques
Primary Examiner
Art Unit 3661

</div>

/jlj
March 22, 2000

| | | | |
|---|---|---|---|
| **Notice of References Cited** | **Application/Control No**<br>09/163,958 | **Applicant(s)/Patent Under<br>Reexamination**<br>JONES, MARTIN KELLY | |
| | **Examiner**<br>Jacques H. Louis-Jacques | **Art Unit**<br>3661 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE **<br>APS | OTHER |
|---|---|---|---|---|---|---|---|---|
| ⊠ | A | 5648770 | Jul. 1997 | Ross | 340 | 994 | ☐ | ☐ |
| ☐ | B | 5155689 | Oct. 1992 | Worthman | 701 | 207 | ☐ | ☐ |
| ☐ | C | 5398190 | Mar. 1995 | Worthman | 701 | 207 | ☐ | ☐ |
| ☐ | D | 5432841 | Jul. 1995 | Rimer | 379 | 59 | ☐ | ☐ |
| ☐ | E | 5719771 | Feb. 1998 | Buck et al | 701 | 29 | ☐ | ☐ |
| ☐ | F | 5796385 | Aug. 1998 | Lewis | 342 | 357 | ☐ | ☐ |
| ☐ | G | 5922040 | Jul. 1999 | Prabhakaran | 701 | 117 | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

**FOREIGN PATENT DOCUMENTS**

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE **<br>APS | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | N | | | | | | | ☐ | ☐ |
| ☐ | O | | | | | | | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | Q | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

**NON-PATENT DOCUMENTS**

| * | | DOCUMENT (Including Author, Title Date, Source, and Pertinent Pages) | DOCUMENT SOURCE **<br>APS | OTHER |
|---|---|---|---|---|
| ☐ | U | | ☐ | ☐ |
| ☐ | V | | ☐ | ☐ |
| ☐ | W | | ☐ | ☐ |
| ☐ | X | | ☐ | ☐ |

*A copy of this reference is not being furnished with this Office action. (See Manual of Patent Examining Procedure, Section 707.05(a).)
**APS encompasses any electronic search i.e. text, image, and Commercial Database.
U.S. Patent and Trademark Office
PTO-892 (Rev. 03-98)            Notice of References Cited           Part of Paper No. 5

B-135



PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

    Jones

Serial No.: 09/163,958

Filed:  September 30, 1998

Group Art Unit: 3661

Examiner: Louis-Jacques, J.

Docket No.  050711-1030

For:    System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle

### STATEMENT UNDER 37 C.F.R. §1.97(e)

Assistant Commissioner for
 Patents
Washington, D.C. 20231

Sir:

    The undersigned hereby certifies that either:

☒    Each item of information contained in the Information Disclosure Statement was cited in a communication from a foreign patent office in a counterpart foreign application, or in a PCT Application, not more than three months prior to the filing of the Information Disclosure Statement, or

☐    No item of information contained in the Information Disclosure Statement was cited in a communication from a foreign office in a counterpart foreign application, and to the knowledge of the undersigned, after making reasonable inquiry, no item of information contained in the Information Disclosure Statement was known to any individual designated in 37 C.F.R. §1.56(c) more than three months prior to the filing of the Information Disclosure Statement.

                Respectfully Submitted,

                **THOMAS, KAYDEN, HORSTEMEYER
                & RISLEY, L.L.P.**

By:    _____

               **Jon E. Holland**
               Registration No. 41,077

100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339-5948
770-933-9500

I hereby certify that this correspondence is
being deposited with the United States Postal
Service, as first class mail in an envelope
addressed to: Assistant Commissioner for
Patents, Washington, D.C. 20231, on

_____

CP366/5.4.80 #6
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

    Jones

Serial No.: 09/163,958

Filed: September 30, 1998

Group Art Unit: 3661

Examiner: Louis-Jacques, J.

Docket No.: 050711-1030

For: System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle

**INFORMATION DISCLOSURE STATEMENT**

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, and specifically:

☐    under 37 CFR 1.97(b), or
    (within Three months of filing national application, or date of entry of international application, or before mailing date of first office action on the merits; whichever occurs last)

☒    under 37 CFR 1.97(c) together with either a:
    ☒  Statement Under 37 C.F.R. 1.97(e), or
    ☐  a $240.00 fee under 37 CFR 1.17(p), or
    (After the CFR 1.97(b) time period, but before the final office action or notice of allowance, whichever occurs first)

☐    under 37 CFR 1.97(d) together with a:
    ☐  Statement under 37 CFR 1.97(e), and
    ☐  a petition under 37 CFR 1.97(d)(2)(ii), and
    ☐  a $130.00 petition fee set forth in 37 CFR 1.17(i)(1).
    (Filed after final office action or notice of allowance, whichever occurs first, but before payment of the issue fee)

    Enclosed is a check in the amount of $_____. Please charge $_____ to deposit account _____. At any time during the pendency of this application, please charge any fees required to Deposit Account 20-0778 pursuant to 37 CFR 1.25. The Commissioner is hereby requested to credit any overpayment to Deposit Account No. 20-0778.

☒    Applicant(s) submit herewith *Form PTO 1449 - Information Disclosure Citation* together with copies of patents, publications or other information of which applicant(s) are aware, which applicant(s) believe(s) may or may not be material to the examination of this application and for which there may be a duty to disclose in accordance with 37 CFR 1.56. As required by 37 C.F.R. §1.98(a), a legible copy of each document is provided.

☐    A concise explanation of the relevance of foreign language patents, foreign language publications and other foreign language information listed on PTO Form 1449, as presently understood by the individual(s) designated in 37 CFR 1.56(c) most knowledgeable about the content is given on the attached sheet, or where a foreign language patent is cited in a search report or other action by a foreign patent office in a counterpart foreign application, an English language version of the search report or action which indicates the degree of relevance found by the foreign office is listed on the form PTO 1449 and is enclosed herewith.

    The following rights are reserved by the Applicant(s): the right to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or the right to prove that some of these documents may not be prior art, and/or the right to prove that some of these documents may not be enabling for the teachings they purport to offer.

B-137

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist. The Examiner is specifically requested not to rely solely on the materials submitted herewith. The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is requested that the information disclosed herein be made of record in this application and that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.



Respectfully Submitted,

**THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.**

By: ⟨signature⟩

Jon E. Holland; Reg. No. 41,077

100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339-5948
770-933-9500

I hereby certify that this correspondence is being deposited with the United States Postal Service, as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on April 20, 2000 .

⟨signature⟩
Signature

B-138

Page 1 of 1

| Form PTO-1449 | Attorney Docket No. 050711-1030 | Serial No. 09/163,958 |
|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | Applicant **Jones** | |
| *(Use several sheets if necessary)* | Filing Date **September 30, 1998** | Group **3661** |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JCJ | AA | 5,751,245 | 05/12/98 | Janky *et al.* | 342 | 357 | |
| JCJ | AB | 5,493,694 | 02/20/96 | Vlcek *et al.* | 455 | 53.1 | |
| JCJ | AC | 5,732,074 | 03/24/98 | Spaur *et al.* | 370 | 313 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: J. Louis-Jacques | DATE CONSIDERED: 6/7/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE

B-139

GAU 3661 ~

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

    Jones

Serial No.: 09/163,958

Filed:  September 30, 1998

Group Art Unit:  3661

Examiner:  Louis-Jacques, J.

Docket No.:  050711-1030

For:  System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, and specifically:

☐    under 37 CFR 1.97(b), or
    (within Three months of filing national application, or date of entry of international application, or before mailing date of first office action on the merits; whichever occurs last)

☒    under 37 CFR 1.97(c) together with either a:
    ☐  Statement Under 37 C.F.R. 1.97(e), or
    ☒  a $240.00 fee under 37 CFR 1.17(p), or
    (After the CFR 1.97(b) time period, but before the final office action or notice of allowance, whichever occurs first)

☐    under 37 CFR 1.97(d) together with a:
    ☐  Statement under 37 CFR 1.97(e), and
    ☐  a petition under 37 CFR 1.97(d)(2)(ii), and
    ☐  a $130.00 petition fee set forth in 37 CFR 1.17(i)(1).
    (Filed after final office action or notice of allowance, whichever occurs first, but before payment of the issue fee)

    Enclosed is a check in the amount of $_____. Please charge $_____ to deposit account    . At any time during the pendency of this application, please charge any fees required to Deposit Account 20-0778 pursuant to 37 CFR 1.25. The Commissioner is hereby requested to credit any overpayment to Deposit Account No. 20-0778.

☒    Applicant(s) submit herewith *Form PTO 1449 - Information Disclosure Citation* together with copies of patents, publications or other information of which applicant(s) are aware, which applicant(s) believe(s) may or may not be material to the examination of this application and for which there may be a duty to disclose in accordance with 37 CFR 1.56. As required by 37 C.F.R. §1.98(a), a legible copy of each document is provided.

☐    A concise explanation of the relevance of foreign language patents, foreign language publications and other foreign language information listed on PTO Form 1449, as presently understood by the individual(s) designated in 37 CFR 1.56(c) most knowledgeable about the content is given on the attached sheet, or where a foreign language patent is cited in a search report or other action by a foreign patent office in a counterpart foreign application, an English language version of the search report or action which indicates the degree of relevance found by the foreign office is listed on the form PTO 1449 and is enclosed herewith.

    The following rights are reserved by the Applicant(s):  the right to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or the right to prove that some of these documents may not be prior art, and/or the right to prove that some of these documents may not be enabling for the teachings they purport to offer.

05/16/2000 SDUONG    00000059 09163958

01 FC:126          240.00 OP

B-140

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist. The Examiner is specifically requested not to rely solely on the materials submitted herewith. The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is requested that the information disclosed herein be made of record in this application and that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully Submitted,

THOMAS, KAYDEN, HORSTEMEYER
& RISLEY, L.L.P.

By: _____
Jon E. Holland; Reg. No. 41,077

100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339-5948
770-933-9500

I hereby certify that this correspondence is being deposited with the United States Postal Service, as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on
May 12, 2000                    .

_____
Signature

Page 1 of 1

**Form PTO-1449**

## INFORMATION DISCLOSURE CITATION

*(Use several sheets if necessary)*

| | | |
|---|---|---|
| Attorney Docket No.<br>050711-1030 | | Serial No.<br>09/163,958 |
| Applicant<br>Jones | | |
| Filing Date<br>September 30, 1998 | | Group<br>3661 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JCJ | AA | 5,381,338 | 01/10/95 | Wysocki et al. | 364 | 449 | |
| JCJ | AB | 6,006,159 | 12/21/99 | Schmier et al. | 701 | 200 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|
| | | | | | | Yes | No |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609. Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE:<br>J. Louis- JACOLIS | DATE CONSIDERED:<br>8/7/00 |
|---|---|

Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE



PATENT

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| In re the application of: | ) | | |
| **Jones** | ) | | |
| | ) | | |
| Serial No.: 09/163,958 | ) | Art Unit: | 3661 |
| | ) | | |
| Filed: September 30, 1998 | ) | Examiner: | Louis-Jacques, J. |
| | ) | | |
| For: SYSTEM AND METHOD FOR AN | ) | Docket No.: | 050711-1030 |
| ADVANCE NOTIFICATION SYSTEM | ) | | |
| FOR MONITORING AND REPORTING | ) | | |
| PROXIMITY OF A VEHICLE | ) | | |

**FIRST RESPONSE**

Assistant Commissioner for Patents
Box: Amendments
Washington, DC 20231

Sir:

     In regard to the outstanding non-final Office Action (Paper No. 5) of March 29, 2000,

Applicant submits the following First Response with amendments and remarks.

     It is not believed that extensions of time or fees for net addition of claims are required,

beyond those which may otherwise be provided for in documents accompanying this paper.

However, in the event that additional extensions of time are necessary to allow consideration of this

paper, such extensions are hereby petitioned under 37 C.F.R. § 1.136(a), and any fees required

therefor (including fees for net addition of claims) are hereby authorized to be charged to Deposit

Account No. 20-0778.

**Certificate of Mailing**

I hereby certify that this correspondence is being deposited with the United States
Postal Service as First Class Mail in an envelope, with sufficient postage,
addressed to: Assistant Commissioner for Patents, Box Amendments,
Washington, D.C. 20231 on _____

Signature: _____

B-143

**AMENDMENTS**

Please amend the application as follows:

**_In the Claims:_**

Pursuant to 37 C.F.R. §1.121, amend the following pending claims by deleting that language which is enclosed within brackets ("[ ]") and by inserting that language which is underlined ("___").

1    1. (Once Amended)  A system for monitoring <u>vehicle</u> travel [of vehicles] and for reporting
2    [a] <u>vehicle</u> status <u>information</u> [of vehicles relative to particular location], comprising:
3           a storage mechanism configured to store travel data transmitted from [a] communications
4    device<u>s</u> associated with [a] vehicle<u>s</u> being monitored by said system[, said vehicle located at a first
5    remote location];
6           a data manager configured to receive a request <u>transmitted by</u> [from] a user<u>, said request</u>
7    <u>identifying one of said vehicles, said</u> data manager <u>further configured</u> [and] to retrieve travel data
8    associated with said <u>one</u> vehicle <u>from</u> said storage mechanism in response to said request; and
9           a first communications device configured to transmit a message to a second
10   communications device<u>, said second communications device</u> located <u>remotely from said first</u>
11   <u>communications device and associated with said user</u> [at a second remote location], said message
12   based on said travel data retrieved by said data manager and indicative of a proximity of said <u>one</u>
13   vehicle from a particular location.

1    5. (Once Amended)  The system of claim 1, wherein said <u>one of said</u> communications
2    devices associated with said <u>vehicles</u> transmits <u>a portion of</u> said travel data transmitted from said
3    communications devices in response to a determination that said <u>one</u> vehicle is off schedule.

B-144

1      16. (Once Amended) [The system of claim 1, further comprising] A system for monitoring

2      travel of vehicles and for reporting a status of vehicles relative to particular location, comprising:

3           a storage mechanism configured to store travel data transmitted from a communications

4      device associated with a vehicle being monitored by said system, said vehicle located at a first

5      remote location;

6           a data manager configured to receive a request from a user and to retrieve travel data

7      associated with said vehicle from said storage mechanism in response to said request;

8           a first communications device configured to transmit a message to a second

9      communications device located at a second remote location, said message based on said travel data

10     retrieved by said data manager and indicative of a proximity of said vehicle from a particular

11     location; and

12          a mapping system configured to receive said travel data retrieved by said data manager and

13     to generate mapping data based on said travel data retrieved by said data manager, said mapping

14     data defining a graphical map, said graphical map indicating said proximity of said one vehicle

15     from said particular location, wherein said mapping data is included in said message.

1      7. (Once Amended) The system of claim 1, wherein said data manager is further

2      configured to receive preference data transmitted from said user and to compare [predefined] said

3      preference data to travel data associated with said one vehicle, said data manager configured to

4      automatically transmit a notification message to said second communications device based upon a

5      comparison of said [predefined] preference data to said travel data associated with said one vehicle.

1      8. (Once Amended) The system of claim 1, wherein said vehicle comprises:

2           a sensor configured to determine a location of said one vehicle relative to a predefined

3      reference point; and

4           a third communications device associated with said one vehicle and configured to transmit

5      travel data indicating said location of said one vehicle to said storage mechanism.

B-145

10. (Once Amended) The system of claim 7, wherein said travel data associated with said one vehicle indicates a location of said one vehicle and said data manager is configured to transmit said notification message based on said location of said one vehicle relative to a predefined reference point.

11. (Once Amended) The system of claim 8, wherein said third communications device is configured to transmit said travel data indicating said location of said one vehicle through a cellular network.

12. (Once Amended) The system of claim 9, wherein said contact information [is predefined and] includes data enabling said first communications device to establish communication with said second communications device.

13. (Once Amended) The system of claim 12, wherein said contact information indicates a preferred medium of communication between said first and second communications devices and at least one alternate medium of communication between said first and second communications devices.

14. (Once Amended) The system of claim 12, wherein said data manager is further configured to receive preference data transmitted from said user and to compare [predefined] said preference data to travel data associated with said one vehicle, said data manager configured to automatically transmit a notification message to said second communications device based upon a comparison of said [predefined] preference data to said travel data associated with said one vehicle.

15. (Once Amended) The system of claim 12, further comprising a mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message.

B-146

4

17

1  16. (Once Amended) [The system of claim 15,] A system for monitoring travel of vehicles

2  and for reporting a status of vehicles relative to particular location, comprising:

3      a storage mechanism configured to store travel data transmitted from a communications

4  device associated with a vehicle being monitored by said system, said vehicle located at a first

5  remote location;

6      a data manager configured to receive a request from a user and to retrieve travel data

7  associated with said vehicle from said storage mechanism in response to said request, said data

8  manager further configured to retrieve predefined contact information associated with said user,

9  said contact information including data enabling said first communications device to establish

10  communication with said second communications device;

11      a first communications device configured to transmit a message to a second

12  communications device located at a second remote location, said message based on said travel data

13  retrieved by said data manager and indicative of a proximity of said vehicle from a particular

14  location, said first communications device further configured to transmit said travel data retrieved

15  by said data manager based on said contact information; and

16      a mapping system configured to receive said travel data retrieved by said data manager and

17  to generate mapping data based on said travel data retrieved by said data manager, [wherein] said

18  mapping system [is] further configured to transmit said mapping data to said second

19  communications device, wherein a device at said second remote location is configured to render a

20  graphical display based on said mapping data transmitted from said mapping system to said second

21  communications device, said graphical display indicating a location of said vehicle.

1    17. (Once Amended)  A system for monitoring vehicle travel [of vehicles] and for reporting

2  [a] vehicle status information [of vehicles relative to particular locations], comprising [the steps of]:

3        means for receiving travel data transmitted from a plurality of vehicles [at a first remote

4  location];

5        means for storing said travel data;

6        means for receiving via a communications device located at a first location, a request

7  transmitted by [from] a user at a second [remote] location, said first location remotely located from

8  said second location;

9        means for identifying one of said vehicles based on said request;

10        means for retrieving travel data associated with said one vehicle in response to said received

11  request;

12        means for forming a message corresponding with said travel data retrieved by said

13  retrieving means, said message indicative of a proximity of said one vehicle from a particular

14  location via said message; and

15        means for transmitting said message to a communications device at said second location

16  [associated with said user].


1    18. (Once Amended)  The system of claim 17, further comprising a means for transmitting

2  a portion of said travel data transmitted from said vehicles in response to a determination that said

3  one vehicle is off schedule.


1    19. (Once Amended)  The system of claim 17, further comprising a means for transmitting

2  a portion of said travel data via a data channel associated with a cellular network.


B-148

20. (Once Amended)  The system of claim 17, further comprising:

means for receiving preference data transmitted by said user;

means for comparing [predefined] said preference data with said travel data associated with said one vehicle [received from said vehicle]; and

means for transmitting a notification message to said user.

21. (Once Amended)  [The system of claim 17, further comprising:]

A system for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising:

means for receiving travel data transmitted from a vehicle at a first remote location;

means for storing said travel data;

means for receiving a request from a user at a second remote location;

means for retrieving travel data associated with said vehicle in response to said request;

means for forming a message corresponding with said travel data retrieved by said retrieving means, said message indicative of a proximity of said vehicle from a particular location via said message;

means for transmitting said message to a communications device associated with said user;

means for generating mapping data based on said travel data retrieved by said retrieving means, said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location; and

means for [transmitting] including said mapping data in said message [to a graphics device associated with said user].

22. (Once Amended)  The system of claim 17, further comprising:

means for forming data indicating a location of said one vehicle; and

means for transmitting said data to a base station,

wherein each of said receiving means is located at said base station.

B-149

7

23. (Once Amended) The system of claim 22, further comprising:

means for retrieving predefined contact information; and

means for establishing communication between a communications device associated with said base station and [a] said communications device at said second location [associated with said user] based on said predefined contact information.

24. (Once Amended) The system of claim 23, further comprising a means for determining a preferred medium of communication and at least one alternate medium of communication based on said contact information.

25. (Once Amended) The system of claim 23, further comprising:

means for receiving preference data transmitted by said user;

means for comparing said predefined preference data with said travel data associated with said one vehicle [received from said vehicle]; and

means for automatically transmitting a notification message to said user in response to a comparison by said comparing means.

8

1      26. (Once Amended) [The system of claim 23, further comprising:] A system for

2  monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations,

3  comprising:

4      means for receiving travel data transmitted from a vehicle at a first remote location;

5      means for storing said travel data;

6      means for receiving a request from a user at a second remote location;

7      means for retrieving travel data associated with said vehicle in response to said request;

8      means for forming a message corresponding with said travel data retrieved by said

9  retrieving means, said message indicative of a proximity of said vehicle from a particular location;

10      means for transmitting said message to a communications device associated with said user;

11      means for forming data indicating a location of said vehicle;

12      means for transmitting said data to a base station, each of said receiving means located at

13  said base station;

14      means for retrieving predefined contact information;

15      means for establishing communication between a communications device associated with

16  said base station and a communications device associated with said user based on said predefined

17  contact information;

18      means for generating mapping data based on said travel data retrieved by said retrieving

19  travel data means;

20      means for transmitting said mapping data to a graphics device associated with said user;

21      means for rendering a display map via said graphics device; and

22      means for indicating said location of said vehicle via said display map.

27. (Once Amended)  A method for monitoring vehicle travel [of vehicles] and for reporting [a] vehicle status information [of vehicles relative to particular locations], comprising the steps of:

receiving travel data transmitted from a plurality of vehicles [at a first remote location];

storing said travel data;

receiving, via a communications device located at a first location a request transmitted by [from] a user located at a second [remote] location, said first location remotely located from said second location;

identifying one of said vehicles based on said request;

retrieving travel data associated with said one vehicle in response to said received request;

forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said one vehicle from a particular location; and

transmitting said message to a communications device at said second location [associated with said user].

28. (Once Amended)  The method of claim 27, further comprising the step of transmitting a portion of said travel data via a control channel associated with a cellular network.

29. (Once Amended)  The method of claim 27, further comprising the steps of:

receiving preference data transmitted by said user;

comparing [predefined] said preference data with said travel data [received from said vehicle] associated with said one vehicle; and

automatically transmitting a notification message to said user in response to said comparing step.

30. (Once Amended)  The method of claim 27, further comprising the steps of:

assuming that said one vehicle is traveling at a predetermined rate; and

communicating [said] travel data [transmitted] from said one vehicle in response to a determination that said one vehicle is traveling at a rate different from said predetermined rate.

B-152

31. (Once Amended) [The method of claim 27, further comprising the steps of:] A method for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising the steps of:

    receiving travel data transmitted from a vehicle at a first remote location;

    storing said travel data;

    receiving a request from a user located at a second remote location;

    retrieving travel data associated with said vehicle in response to said request;

    forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said vehicle from a particular location;

    transmitting said message to a communications device associated with said user;

    generating mapping data based on said travel data retrieved in said retrieving step, said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location; and

    [transmitting] including said mapping data in said message [to a graphics device associated with said user].

32. (Once Amended) The method of claim 28, further comprising the steps of:

    forming data indicating a location of said one vehicle;

    transmitting said data to a base station; and

    performing said receiving steps at said base station.

33. (Once Amended) The method of claim 32, further comprising the steps of:

    retrieving predefined contact information; and

    establishing communication between a communications device associated with said base station and [a] said communications device at said second location [associated with said user] based on said predefined contact information.

34. (Once Amended) The method of claim 33, further comprising the step of determining a preferred medium of communication and at least one alternate medium of communication based on said contact information.

B-153

11

35. (Once Amended)  The method of claim 33, further comprising the steps of:

2 receiving preference data transmitted by said user;

3 comparing said predefined preference data with said travel data associated with said one

4 vehicle [received from said vehicle]; and

5 automatically transmitting a notification message to said user in response to said comparing

6 step.

1 36. (Once Amended)  [The method of claim 33, further comprising the steps of:] A method

2 for monitoring travel of vehicles and for reporting a status of vehicles relative to particular

3 locations, comprising the steps of:

4  receiving travel data transmitted from a vehicle at a first remote location;

5  storing said travel data;

6  receiving a request from a user located at a second remote location;

7  retrieving travel data associated with said vehicle in response to said request;

8  forming a message corresponding with said travel data retrieved in said retrieving step and

9 indicating a proximity of said vehicle from a particular location;

10  transmitting said message to a communications device associated with said user;

11  forming data indicating a location of said vehicle;

12  transmitting said data to a base station;

13  performing said receiving steps at said base station;

14  retrieving predefined contact information;

15  establishing communication between a communications device associated with said base

16 station and a communications device associated with said user based on said predefined contact

17 information;

18  generating mapping data based on said travel data retrieved in said retrieving travel data

19 step;

20  transmitting said mapping data to a graphics device associated with said user;

21  rendering a display map via said graphics device; and

22 indicating said location of said vehicle via said display map.

B-154

12

Add the following claims:

37.    (New)  The system of claim 1, wherein said second communications device is utilized by said user to submit said request to said data manager.

38.    (New)  The system of claim 1, wherein said data manager is further configured to analyze said travel data stored in said storage mechanism and to automatically transmit a notification message when said one vehicle is within a specified proximity of a particular location.

39.    (New)  The method of claim 27, further comprising the step of receiving said request from said communications device located at said second location.

40.    (New)  The method of claim 27, further comprising the steps of:
analyzing said travel data stored in said storing step; and
automatically transmitting, based on said analyzing step, a notification message when said one vehicle is within a specified proximity of a particular location.

## REMARKS

This is a full and timely response to the non-final Office Action of March 29, 2000. Reexamination, reconsideration, and allowance of the application and all presently pending claims are respectfully requested.

Upon entry of this First Response, claims 1-40 remain pending in this application. Claims 1, 5-8, and 10-36 are directly amended herein, and claims 37-40 are newly added. It is believed that the foregoing amendments and additions add no new matter to the present application.

B-155

13

**Response to §102 Rejections**

A proper rejection of a claim under 35 U.S.C. §102 requires that a single prior art reference

disclose each element of the claim. See, *e.g.*, *W.L. Gore & Assoc., Inc. v. Garlock, Inc.*, 721 F.2d

1540, 220 U.S.P.Q. 303, 313 (Fed. Cir. 1983).

**Claim 1**

Claim 1 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross*. Claim 1, as amended, reads as follows:

> 1.      A system for monitoring vehicle travel and for reporting vehicle
> status information, comprising:
>     *a storage mechanism configured to store travel data transmitted from
> communications devices associated with vehicles being monitored by said system*;
>     a data manager configured to receive a request transmitted by a user, said
> request identifying one of said vehicles, said data manager further configured to
> retrieve travel data associated with said one vehicle from said storage mechanism in
> response to said request; and
>     *a first communications device configured to transmit a message to a
> second communications device, said second communications device located
> remotely from said first communications device and associated with said user,*
> said message based on said travel data retrieved by said data manager and indicative
> of a proximity of said one vehicle from a particular location. (Emphasis added).

Applicants respectfully assert that *Ross* does not disclose at least each of the features of pending

claim 1 highlighted hereinabove and that *Ross* is, therefore, inadequate to anticipate claim 1, as

presently set forth.

In this regard, *Ross* discloses a system for notifying users of impending arrivals of vehicles.

In the *Ross* system, a vehicle controller 10 located on a traveling vehicle determines the vehicle's

location based on data from a location sensor also located on the vehicle. The vehicle controller 10

then estimates the time of arrival to a delivery location and transmits a notification message to a

user when the vehicle controller 10 determines that the vehicle is within a predetermined interval.

14

B-156

See col. 4, lines 65-68. Furthermore, the vehicle controller 10 transmits "delivery status information" to a central controller 22 at a stationary facility, "such as company offices for the delivery company," so that the delivery schedules of various routes can be coordinated and monitored. See col. 3, line 62, through col. 4, line 19.

It appears that vehicle controller 10 maintains information regarding the location and the delivery status of a single vehicle and that delivery status information for multiple vehicles is only maintained at the stationary facility. Furthermore, there is nothing to indicate that notification messages are transmitted from the stationary facility to the remote users that are to receive the notification messages. Instead, notification messages appear to be only transmitted to the users by the vehicle controllers 10, and as previously set forth, each vehicle controller 10 apparently maintains travel information for a single vehicle (*i.e*, the vehicle coupled to the controller 10). Therefore, *Ross* fails to disclose a "data manager" that retrieves "travel data" from a "storage mechanism" storing travel data associated with a plurality of vehicles and that transmits the retrieved travel data to a remote user that is to be notified of a vehicle's impending arrival, as described by pending claim 1.

In addition, it appears that the system described by *Ross* fails to enable a remote user awaiting an arrival of a particular vehicle to establish communication with either of the controllers 10 or 22 to enable the user to discover the "proximity of said vehicle from a particular location," as described by pending claim 1. Therefore, a user in *Ross* may be aware that a vehicle is making a delivery to a particular location and may even be aware of the approximate time the vehicle is to arrive. However, it does not appear that the user is given the option to initiate communication with a controller of the *Ross* system so that the user may access the precise travel data being maintained by the vehicle controller 10 in the *Ross* system.

B-157

As a result, it appears that the user receives no indication of the proximity of the vehicle based on the precise information maintained by vehicle controller 10 until the vehicle controller 10 establishes communication with the user after determining that the vehicle is within a predetermined interval of the delivery location. Accordingly, *Ross* fails to disclose a data manager configured to retrieve travel data of a particular vehicle "*in response*" to "a request transmitted by a user" and to transmit the retrieved travel data in a message from a "first communications device" to a "second communications device" that is "remotely located from said first communications device and associated with said user," as described by pending claim 1. (Emphasis added).

For the foregoing reasons, Applicant respectfully asserts that *Ross* fails to disclose each feature of pending claim 1 and that the rejection to claim 1 should, therefore, be withdrawn.

### Claims 2-4

Claims 2-4 presently stand rejected in the Office Action under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claims 2-4 contain all features of their respective independent claim 1. Since claim 1 should be allowed, as argued hereinabove, pending dependent claims 2-4 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

### Claim 5

Claim 5 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claim 5 contains all features of its respective independent claim 1. Since claim 1 should be allowed, as argued hereinabove, pending dependent

B-158

16

claim 5 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 5 includes the feature that "one of said communications devices associated with said vehicles transmits a portion of said travel data transmitted from said communications devices *in response to a determination that said one vehicle is off schedule*." (Emphasis added). Applicant has carefully reviewed *Ross* and can find no such feature disclosed in *Ross*. Accordingly, Applicant submits that the rejection to pending claim 5 is improper and should be withdrawn, notwithstanding the allowability of claim 1.

## Claim 6

Claim 6 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. However, claim 6 has been amended to include the following features:

> a mapping system configured to receive said travel data retrieved by said data manager and to generate mapping data based on said travel data retrieved by said data manager, *said mapping data defining a graphical map, said graphical map indicating said proximity of said one vehicle from said particular location, wherein said mapping data is included in said message*. (Emphasis added).

Applicant submits that each of the above features of pending claim 6, as amended, is not disclosed by *Ross* and that the rejection to pending claim 6 should, therefore, be withdrawn, notwithstanding the allowability of claim 1.

## Claim 7

Claim 7 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claim 7 contains all features of its respective independent claim 1. Since claim 1 should be allowed, as argued hereinabove, pending dependent

B-159

17

claim 7 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 7 includes a "data manager configured to receive preference data transmitted from said user and ... to automatically transmit a notification message to said second communications device *based upon a comparison of said preference data to said travel data associated with said one vehicle.*" (Emphasis added). Applicant respectfully submits that *Ross* fails to disclose at least each of the foregoing features and that the rejection to pending claim 7 should be withdrawn, notwithstanding the allowability of claim 1.

**Claims 8-12**

Claims 8-12 presently stand rejected in the Office Action under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claims 8-12 contain all features of their respective independent claim 1. Since claim 1 should be allowed, as argued hereinabove, pending dependent claims 8-12 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

**Claim 13**

Claim 13 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claim 13 contains all features of its respective independent claim 1. Since claim 1 should be allowed, as argued hereinabove, pending dependent claim 13 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

B-160

18

Furthermore, pending claim 13 has been amended to include the feature "wherein said contact information indicates a preferred medium of communication between said first and second communications devices and *at least one alternate medium of communication between said first and second communications device*." (Emphasis added). Applicant respectfully submits that *Ross* fails to disclose at least each of the foregoing features and that the rejection to pending claim 13 should be withdrawn, notwithstanding the allowability of claim 1.

### Claim 14

Claim 14 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claim 14 contains all features of its respective independent claim 1. Since claim 1 should be allowed, as argued hereinabove, pending dependent claim 14 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 14, similar to pending claim 7, includes a "data manager ... configured to receive preference data transmitted from said user and ... to automatically transmit a notification message to said second communications device *based upon a comparison of said preference data to said travel data associated with said one vehicle*." (Emphasis added). Applicant respectfully submits that *Ross* fails to disclose at least each of the foregoing features and that the rejection to pending claim 14 should be withdrawn, notwithstanding the allowability of claim 1.

B-161

**Claim 15**

Claim 15 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross.* Applicant submits that the pending dependent claim 15 contains all features of its respective

independent claim 1. Since claim 1 should be allowed, as argued hereinabove, pending dependent

claim 15 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d

1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 15, similar to pending claim 6, has been amended to include the

following features:

> 15.   The system of claim 12, further comprising a mapping system
> configured to receive said travel data retrieved by said data manager and to generate
> mapping data based on said travel data retrieved by said data manager, said mapping
> data defining a graphical map, *said graphical map indicating said proximity of said
> one vehicle from said particular location, wherein said mapping data is included
> in said message.* (Emphasis added).

Applicant submits that each of the above features of pending claim 15 is not disclosed by *Ross* and

that the rejection to pending claim 15 should, therefore, be withdrawn, notwithstanding the

allowability of claim 1.

**Claim 17**

Claim 17 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross.* However, similar to pending claim 1, amended claim 17 includes the following features:

> 17.    A system for monitoring vehicle travel and for reporting vehicle
> status information, comprising the steps of:
> > *means for receiving travel data transmitted from a plurality of vehicles;*
> > *means for storing said travel data;*
> > *means for receiving, via a communications device located at a first*
> > *location, a request transmitted by a user at a second location, said first location*
> > *remotely located from said second location;*
> > means for identifying one of said vehicles based on said request;
> > means for retrieving travel data associated with said one vehicle in response
> > to said received request;
> > means for forming a message corresponding with said travel data retrieved
> > by said retrieving means, said message indicative of a proximity of said one vehicle
> > from a particular location via said message; and
> > *means for transmitting said message to a communications device at said*
> > *second location.* (Emphasis added).

For the reasons similar to those set forth in the arguments for allowance of pending claim 1,

Applicant submits that each feature of pending claim 17 is not disclosed by *Ross* and that the

rejection to claim 17 should, therefore, be withdrawn.


**Claims 18 and 19**

Claims 18 and 19 presently stand rejected under 35 U.S.C. §102 as allegedly being

anticipated by *Ross.* Applicant submits that the pending dependent claims 18 and 19 contain all

features of their respective independent claim 17. Since claim 17 should be allowed, as argued

hereinabove, pending dependent claims 18 and 19 should be allowed as a matter of law for at least

this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

B-163

21

**Claim 20**

Claim 20 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross*. Applicant submits that the pending dependent claim 20 contains all features of its respective

independent claim 17. Since claim 17 should be allowed, as argued hereinabove, pending

dependent claim 20 should be allowed as a matter of law for at least this reason. *In re Fine*, 5

U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 20, as amended, includes the following features:

> 20.    The system of claim 17, further comprising:
> means for receiving preference data transmitted by said user;
> means for comparing said preference data with said travel data associated
> with said one vehicle; and
> means for transmitting a notification message to said user.

Applicant respectfully submits that *Ross* fails to disclose at least each of the foregoing features, and

Applicant, therefore, asserts that the rejection to pending claim 20 should be withdrawn,

notwithstanding the allowability of claim 17.

B-164

**Claim 21**

Claim 21 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross*. Pending claim 21, similar to pending claim 6, has been amended to include the following

features:

> 21.    A system for monitoring travel of vehicles and for reporting a status
> of vehicles relative to particular locations, comprising:
>      means for receiving travel data transmitted from a vehicle at a first remote
> location;
>      means for storing said travel data;
>      means for receiving a request from a user at a second remote location;
>      means for retrieving travel data associated with said vehicle in response to
> said request;
>      means for forming a message corresponding with said travel data retrieved
> by said retrieving means, said message indicative of a proximity of said vehicle
> from a particular location via said message;
>      means for transmitting said message to a communications device associated
> with said user;
>      ***means for generating mapping data based on said travel data retrieved by
> said retrieving means, said mapping data defining a graphical map that indicates
> said proximity of said one vehicle from said particular location***; and
>      means for including said mapping data in said message. (Emphasis added).

Applicant respectfully submits that *Ross* fails to disclose at least each of the features of claim 21

highlighted hereinabove and that the rejection to amended claim 21 should, therefore, be

withdrawn.

**Claims 22 and 23**

Claims 22 and 23 presently stand rejected under 35 U.S.C. §102 as allegedly being

anticipated by *Ross*. Applicant submits that the pending dependent claims 22 and 23 contain all

features of their respective independent claim 17. Since claim 17 should be allowed, as argued

hereinabove, pending dependent claims 22 and 23 should be allowed as a matter of law for at least

this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

B-165

**Claim 24**

Claim 24 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claim 24 contains all features of its respective independent claim 17. Since claim 17 should be allowed, as argued hereinabove, pending dependent claim 24 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 24, similar to pending claim 13, has been amended to include a "*means for determining* a preferred medium of communication and *at least one alternate medium of communication based on said contact information*." (Emphasis added). Applicant respectfully submits that *Ross* fails to disclose at least each of the foregoing features and that the rejection to amended claim 24 should be withdrawn, notwithstanding the allowability of claim 17.

**Claim 25**

Claim 25 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross*. Applicant submits that the pending dependent claim 25 contains all features of its respective independent claim 17. Since claim 17 should be allowed, as argued hereinabove, pending dependent claim 25 should be allowed as a matter of law for at least this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

B-166

24

Furthermore, pending claim 25, similar to pending claim 7, has been amended to include the following features:

> 25.    The system of claim 23, further comprising:
> *means for receiving preference data transmitted by said user;*
> *means for comparing said predefined preference data with said travel data* received associated with said one vehicle; and
> *means for automatically transmitting a notification message to said user in response to a comparison by said comparing means.*  (Emphasis added).

Applicant respectfully submits that *Ross* fails to disclose at least each of the features of claim 25 highlighted hereinabove and that the rejection to amended claim 25 should, therefore, be withdrawn, notwithstanding the allowability of claim 17.


### Claim 27

Claim 27 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross.* However, similar to pending claim 1, amended claim 27 includes the following features:

> 27.    A method for monitoring vehicle travel and for reporting vehicle status information, comprising the steps of:
> *receiving travel data transmitted from a plurality of vehicles;*
> *storing said travel data;*
> *receiving, via a communications device located at a first location a request transmitted by a user located at a second location, said first location remotely located from said second location;*
> identifying one of said vehicles based on said request;
> retrieving travel data associated with said one vehicle in response to said received request;
> forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said one vehicle from a particular location; and
> *transmitting said message to a communications device at said second location.*  (Emphasis added).

B-167

For the reasons similar to those set forth in the arguments for allowance of pending claim 1,

Applicant submits that each of the features of pending claim 27 is not disclosed by *Ross* and that

the rejection to claim 27 should, therefore, be withdrawn.

### Claim 28

Claim 28 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross*. Applicant submits that the pending dependent claim 28 contains all features of its respective

independent claim 27. Since claim 27 should be allowed, as argued hereinabove, pending

dependent claim 28 should be allowed as a matter of law for at least this reason. *In re Fine*, 5

U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

### Claim 29

Claim 29 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross*. Applicant submits that the pending dependent claim 29 contains all features of its respective

independent claim 27. Since claim 27 should be allowed, as argued hereinabove, pending

dependent claim 29 should be allowed as a matter of law for at least this reason. *In re Fine*, 5

U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

B-168

Furthermore, pending claim 29 includes the following steps:

> 29.    The method of claim 27, further comprising the steps of:
> *receiving preference data transmitted by said user;*
> *comparing said preference data with said travel data* associated with said
> one vehicle; and
> *automatically transmitting a notification message to said user in response*
> *to said comparing step.*

Applicant respectfully submits that *Ross* fails to disclose at least each of the steps of claim 29

highlighted hereinabove, and Applicant, therefore, asserts that the rejection to pending claim 29

should be withdrawn, notwithstanding the allowability of claim 27.

## Claim 30

Claim 30 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross*. Applicant submits that the pending dependent claim 30 contains all features of its respective

independent claim 27. Since claim 27 should be allowed, as argued hereinabove, pending

dependent claim 30 should be allowed as a matter of law for at least this reason. *In re Fine*, 5

U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, the present invention, as defined by pending claim 30, includes a base station

manager that assumes that a vehicle travels according to a predetermined rate. Accordingly, when

the vehicle is on schedule, the base station manager can be aware of the vehicle's actual location

without the vehicle manager having to transmit a message to the base station manager. When the

vehicle is off schedule, the vehicle manager transmits a message to the base station manager so that

the base station manager is aware that the vehicle is off schedule. This message preferably includes

the data indicative of the actual location of the vehicle. As a result, the base station manager can be

aware of the vehicle's location with a minimal amount of communication messages transmitted to

B-169

the base station manager, especially when the vehicle is on schedule for at least a portion of the vehicle's route. See page 35, lines 10-16.

There is nothing in *Ross* to indicate that the system described by *Ross* utilizes such optimizing techniques. Therefore, *Ross* fails to disclose at least the steps of "assuming that said one vehicle is traveling at a predetermined rate" and of "communicating travel data from said one vehicle *in response to a determination that said one vehicle is traveling at a rate different from said predetermined rate.*" (Emphasis added). Accordingly, Applicant respectfully submits that *Ross* fails to disclose each feature of pending claim 30, and Applicant requests that the rejection to claim 30 be withdrawn, notwithstanding the allowability of claim 27.

**Claim 31**

Claim 31 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by *Ross.* Pending claim 31, similar to pending claim 6, has been amended to include the following steps:

> 31.    A method for monitoring travel of vehicles and for reporting a status of vehicles relative to particular locations, comprising the steps of:
> receiving travel data transmitted from a vehicle at a first remote location;
> storing said travel data;
> receiving a request from a user located at a second remote location;
> retrieving travel data associated with said vehicle in response to said request;
> forming a message corresponding with said travel data retrieved in said retrieving step and indicating, via said message, a proximity of said vehicle from a particular location;
> transmitting said message to a communications device associated with said user;
> generating mapping data based on said travel data retrieved in said retrieving step, *said mapping data defining a graphical map that indicates said proximity of said one vehicle from said particular location*; and
> including said mapping data in said message.

B-170

Applicant respectfully submits that *Ross* fails to disclose at least the features of claim 31

highlighted hereinabove and that the rejection to amended claim 31 should be withdrawn.


**Claims 32 and 33**

Claims 32 and 33 presently stand rejected under 35 U.S.C. §102 as allegedly being

anticipated by *Ross*. Applicant submits that the pending dependent claims 32 and 33 contain all

features of their respective independent claim 27. Since claim 27 should be allowed, as argued

hereinabove, pending dependent claims 32 and 33 should be allowed as a matter of law for at least

this reason. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).


**Claim 34**

Claim 34 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross*. Applicant submits that the pending dependent claim 34 contains all features of its respective

independent claim 27. Since claim 27 should be allowed, as argued hereinabove, pending

dependent claim 34 should be allowed as a matter of law for at least this reason. *In re Fine*, 5

U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 34, similar to pending claim 13, has been amended to include

the step of "*determining* a preferred medium of communication and *at least one alternate medium

of communication based on said contact information*." (Emphasis added). Applicant respectfully

submits that *Ross* fails to disclose at least the foregoing step and that the rejection to amended claim

34 should be withdrawn, notwithstanding the allowability of claim 27.

**Claim 35**

Claim 35 presently stands rejected under 35 U.S.C. §102 as allegedly being anticipated by

*Ross.* Applicant submits that the pending dependent claim 35 contains all features of its respective

independent claim 27. Since claim 27 should be allowed, as argued hereinabove, pending

dependent claim 35 should be allowed as a matter of law for at least this reason. *In re Fine*, 5

U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

Furthermore, pending claim 35, similar to pending claim 7, has been amended to include the

following steps:

> 35.     The method of claim 33, further comprising the steps of:
> *receiving preference data transmitted by said user;*
> *comparing said predefined preference data with said travel data* received
> associated with said one vehicle; and
> *automatically transmitting a notification message to said user in response*
> *to said comparing step.* (Emphasis added).

Applicant respectfully submits that *Ross* fails to disclose at least the features of claim 35

highlighted hereinabove and that the rejection to amended claim 35 should be withdrawn,

notwithstanding the allowability of claim 27.


**Double Patenting Rejections**

Claims 1-36 presently stand provisionally rejected under the judicially created doctrine of

double patenting over claims 1-30 of copending Application No. 09/395,497, claims 1-40 of

copending Application No. 09/163,588, and claims 15-30 of copending Application No.

08/852,119. Applicant respectfully traverses these provisional rejections and asserts that the claims

of the foregoing applications do not suggest each feature of claims 1-36, as amended. Noting that

the foregoing rejections are provisional, Applicant requests that the rejections be withdrawn when the present application is otherwise in a condition for allowance.

Furthermore, claims 1-36 presently stand rejected under the judicially created doctrine of double patenting over claims 1-16 of U.S. Patent No. 5,623,260, claims 1-15 of U.S. Patent No. 5,657,010, and claims 1-80 of U.S. Patent No. 5,668,543. However, Applicant submits that the present application claims priority to copending Application No. 08/852,119. Further, Application No. 08/852,119 claims priority to U.S. Patent No. 5,623,260, U.S. Patent No. 5,657,010, and U.S. Patent No. 5,668,543. Therefore, pursuant to 35 U.S.C. §154, any patent that will issue from the present application will have a term that will not exceed any of the terms of the foregoing patents, and as a result, there should be no unjustified term extension a "right to exclude" that is already granted in any of the aforementioned patents. As such, the double patenting rejections to the pending claims of the present application are not proper, and Applicant respectfully requests that the double patenting rejections be withdrawn.


### Allowable Subject Matter

Claims 16, 26, and 36 have been indicated as allowable by the outstanding Office Action if rewritten to include the limitations of their respective base claims and any intervening claims. Accordingly, pending claims 16 and 26 have been amended herein to include the features of their respective base and intervening claims, and Applicant respectfully requests that the objections to pending claims 16 and 26 be withdrawn. Furthermore, claim 36 has been amended herein to include the features of its based and intervening claims, except intervening claim 28. Applicant believes that omitting the features of claim 28 from claim 36 should not affect the allowability of

B-173

31

claim 36. Accordingly, Applicant respectfully requests that the objection to claim 36 be withdrawn and the pending claim 36 be allowed.

## CONCLUSION

Applicants respectfully request that all outstanding objections and rejections be withdrawn and that this application and all presently pending claims be allowed to issue. If the Examiner has any questions or comments regarding Applicant's response, the Examiner is encouraged to telephone Applicant's undersigned counsel.

Respectfully submitted ,

**THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.**

By: _____
Jon E. Holland
Reg. No. 41,077

100 Galleria Parkway, N.W.
Suite 1750
Atlanta, Georgia 30339
(770) 933-9500

32                                B-174

In re PATENT application of:  Jones

Serial No: **09/163,958**

Filed: **September 30, 1998**

Examiner:  Louis-Jacques, J.

Group No.:  3661

Docket No.:  050711-1030

Title: **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

### AMENDMENT TRANSMITTAL LETTER

**Assistant Commissioner For Patents**
**Washington, D.C. 20231**

Sir:

Transmitted herewith is an amendment in the above-identified application.

RECEIVED
JUL 10 2001
TC 3600 MAIL ROOM

| | |
|---|---|
| ☒ Response/Amendment | ☐ Petition to Extend Time |
| ☒ Fee as Calculated Below | ☐ Check for $ |
| ☐ No additional fee is required. | ☐ Corrected Drawings |
| ☐ Terminal Disclaimer | ☐ Other: |
| ☐ Small Entity Statement has already been filed/is filed herewith | |

The fee has been calculated as shown below.

| CLAIMS AS AMENDED FOR LARGE ENTITY | | | | | |
|---|---|---|---|---|---|
| | Claims After Amendment | Highest Prev. Paid For | Extra | Rate | Additional Fee |
| Total Claims | 40 | - 36 | 4 | x 18.00 | = $72.00 |
| Independent Claims | 9 | - 3 | 6 | x 78.00 | = $468.00 |
| | | | | Total Additional Fee for this Amendment | = $540.00 |

☒   A check in the amount of $540.00 is enclosed.

☐   The Commissioner is hereby authorized to charge to our Deposit Account No. 20-0778 the amount of $            for the fee identified above.  A duplicate of this Amendment Transmittal Letter is included herewith.

☒   The Commissioner is authorized to charge any insufficiencies, and the Commissioner is hereby requested to credit any overpayments to our Deposit Account No. 20-0778.

Customer No.: 24504

Date:  **6/29/00**

AmendTrx&CM

THOMAS, KAYDEN, HORSTEMEYER
& RISLEY, L.L.P.

Jon E. Holland; Reg. No. 41,077
Attorney for Applicant

B-175



## CERTIFICATE OF MAILING

I hereby certify that this correspondence is being deposited with the U.S. Postal Service
as first class mail in an envelope addressed to:

**Assistant Commissioner for Patents**
**Box: AMENDMENT**
**Washington, D.C. 20231**

on June 29, 2000

_Carla Bridwell Stone_
Carla Bridwell Stone

RECEIVED
JUL 10 2001
TC 3600 MAIL ROOM

In re application of: Jones

Serial Number: 09/163,958

Filing Date: September 30, 1998

Group No.: 3661

Examiner: Louis-Jacques, J.

Title: **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR
MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

Attached are the following documents for filing with the USPTO:

Postcard
Amendment Transmittal
First Response
Check in the amount of $540.00



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/163,958 | 09/30/98 | JONES | M | 050/011030 |

| EXAMINER |
|---|
| LOUIS JACQUES,J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3661 | 9 |

SCOTT A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1500
ATLANTA GA 30339-5948

PM08/08/14

DATE MAILED: 08/14/00

**Please find below and/or attached an Office communication concerning this application or proceeding.**

Commissioner of Patents and Trademarks

B-177

1- File Copy

| *Office Action Summary* | Application No. | Applicant(s) |
|---|---|---|
| | 09/163,958 | JONES, MARTIN KELLY |
| | Examiner | Art Unit |
| | Jacques H. Louis-Jacques | 3661 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136 (a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133)

**Status**

1)☒   Responsive to communication(s) filed on <u>03 July 2000</u> .

2a)☒   This action is FINAL.          2b)☐   This action is non-final.

3)☐   Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒   Claim(s) <u>1-40</u> is/are pending in the application.

    4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5)☐   Claim(s) _____ is/are allowed.

6)☒   Claim(s) <u>1-40</u> is/are rejected.

7)☐   Claim(s) _____ is/are objected to.

8)☐   Claims _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐   The specification is objected to by the Examiner.

10)☐   The drawing(s) filed on _____ is/are objected to by the Examiner.

11)☐   The proposed drawing correction filed on _____ is: a)☐ approved  b)☐ disapproved.

12)☐   The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

13)☐   Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    a)☐ All  b)☐ Some * c)☐ None of the CERTIFIED copies of the priority documents have been:

      1.☐   received.

      2.☐   received in Application No. (Series Code / Serial Number) _____ .

      3.☐   received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

    * See the attached detailed Office action for a list of the certified copies not received.

14)☐   Acknowledgement is made of a claim for domestic priority under 35 U.S.C. & 119(e).

**Attachment(s)**

| | | | |
|---|---|---|---|
| 15)☒ Notice of References Cited (PTO-892) | | 18)☐ Interview Summary (PTO-413) Paper No(s) _____ | |
| 16)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | | 19)☐ Notice of Informal Patent Application (PTO-152) | |
| 17)☒ Information Disclosure Statement(s) (PTO-1449) Paper No(s) <u>6,7</u> | | 20)☐ Other | B-178 |

Application/Control Number: 09/163,958                                    Page 2
Art Unit: 3661

## DETAILED ACTION

### *Continuation Data*

1.      Application asserted that "the present application claims priority to copending application

no. 08/852,118. Further, application no.08/852,119 claims priority to U.S. Patent no. 5,623,260;

5,657,010, and 5,668,543 " However, the record does not show such claim.

> The record shows that the present application 09/163,958 claims priority, as a
> continuation-in-part, to application no. 08/852,119. US Patent nos. 5,623,260; 5657,010,
> and 5,668, 543 are all continuation-in-part of US Patent No. 5,400,020 There is no
> relationship between US application 08/852,119 and the above mentioned US patents.
> However, if application has documents (proof) to show otherwise, applicant is invented
> to submit such for consideration since US application 08/852,119 is under appeal and is
> with the Board of Appeals.
>
> Accordingly, the double patenting rejections are sustained.

### *Double Patenting*

2.      The nonstatutory double patenting rejection is based on a judicially created doctrine

grounded in public policy (a policy reflected in the statute) so as to prevent the unjustified or

improper timewise extension of the "right to exclude" granted by a patent and to prevent possible

harassment by multiple assignees.  See *In re Goodman*, 11 F.3d 1046, 29 USPQ2d 2010 (Fed.

Cir. 1993); *In re Longi*, 759 F.2d 887, 225 USPQ 645 (Fed. Cir. 1985), *In re Van Ornum*, 686

F.2d 937, 214 USPQ 761 (CCPA 1982), *In re Vogel*, 422 F.2d 438, 164 USPQ 619 (CCPA

1970),and, *In re Thorington*, 418 F.2d 528, 163 USPQ 644 (CCPA 1969)

Application/Control Number: 09/163,958                                                      Page 3
Art Unit: 3661

A timely filed terminal disclaimer in compliance with 37 CFR 1.321(c) may be used to overcome an actual or provisional rejection based on a nonstatutory double patenting ground provided the conflicting application or patent is shown to be commonly owned with this application. See 37 CFR 1.130(b).

Effective January 1, 1994, a registered attorney or agent of record may sign a terminal disclaimer. A terminal disclaimer signed by the assignee must fully comply with 37 CFR 3.73(b).

3.     Claims 1-36 are provisionally rejected under the judicially created doctrine of double patenting over claims 1-30 of copending Application No. 09/395,497. This is a provisional double patenting rejection since the conflicting claims have not yet been patented.

4.     Claims 1-36 are provisionally rejected under the judicially created doctrine of double patenting over claims 1-40 of copending Application No. 09/163,588. This is a provisional double patenting rejection since the conflicting claims have not yet been patented.

5.     Claims 1-36 are provisionally rejected under the judicially created doctrine of double patenting over claims 15-30 of copending Application No. 08/852,119. This is a provisional double patenting rejection since the conflicting claims have not yet been patented.

The subject matter claimed in the instant application is fully disclosed in the referenced copending applications and would be covered by any patent granted on those copending applications since the referenced copending applications and the instant application are claiming common subject matter, as follows: A method for monitoring travel of vehicles and for reporting status of vehicles based on travel data related to the vehicles.

Application/Control Number: 09/163,958                                         Page 4
Art Unit: 3661

Furthermore, there is no apparent reason why applicant would be prevented from
presenting claims corresponding to those of the instant application in the other copending
application. See *In re Schneller*, 397 F.2d 350, 158 USPQ 210 (CCPA 1968)  See also MPEP
§ 804

6.       Claims 1-36 are rejected under the judicially created doctrine of double patenting over
claims 1-16 of U. S. Patent No. 5,623,260 since the claims, if allowed, would improperly extend
the "right to exclude" already granted in the patent.

7.       Claims 1-36 are rejected under the judicially created doctrine of double patenting over
claims 1-15 of U. S  Patent No  5,657,010 since the claims, if allowed, would improperly extend
the "right to exclude" already granted in the patent.

8.       Claims 1-36 are rejected under the judicially created doctrine of double patenting over
claims 1-80 of U. S  Patent No. 5,668,543 since the claims, if allowed, would improperly extend
the "right to exclude" already granted in the patent.

The subject matter claimed in the instant application is fully disclosed in the patents and
is covered by the patents since the patents and the application are claiming common subject
matter, as follows: An advance notification system and method utilizing passenger calling report
generator

Furthermore, there is no apparent reason why applicant was prevented from presenting
claims corresponding to those of the instant application during prosecution of the application
which matured into a patent. See *In re Schneller*, 397 F 2d 350, 158 USPQ 210 (CCPA 1968)
See also MPEP § 804.

Application/Control Number: 09/163,958                                  · Page 5
Art Unit: 3661

### *Claim Rejections - 35 USC § 103*

9.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in
> section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are
> such that the subject matter as a whole would have been obvious at the time the invention was made to a person
> having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the
> manner in which the invention was made.

10.     Claims 1-5, 7-14, 17-20, 22-25 and 27-30, 32-35, and 37-40 are  rejected under 35

U.S.C. 103(a) as being unpatentable over Ross [5,648,778] in view of Bolger [5,168451].

                Ross '770 discloses an apparatus and method of notifying a party of a pending

delivery or pickup. A mobile receiver or carrier is equipped with a satellite receiver, a

controller and a communicator. The position of the vehicle is determined based on

positioning data or signals. The controller compares the current vehicle location or

position to the location in the mapped area. The communicator then communicates with

the user to notify user. As shown in figure 1, there are provided controllers (10 and 21), a

video screens or computer displays (14 and 26). Ross '770 also discloses a storage device

for storing travel data related to the vehicle. The storage device is mounted on the vehicle

located at a remote location. There is also provided a communications device or

apparatus for transmitting a message to a controller located at another remote location.

The received or transmitted message is indicative of the status (proximity) of the vehicle.

As disclosed in column 2, there is provided an analyzer for evaluating the positioning

signals to determine the position of the carrier, the position of the carrier is compared

with a predetermined location. Also, a time interval is computed, and when the time

interval is less than a predetermined time interval, a signal is communication to provide

reasonable advance notice. See column 2. Also, a message or notification is forwarded to
user via a telephone associated therewith. See columns 5 and 6. As explained, more
specifically in the claim section, Ross discloses a voice generator for generating or
producing an audible message to notify the party. Ross discloses the time period, and the
predetermined distance as the data representative of the proximity of the vehicle. In
column 3, Ross '770 discloses the cellular network as a communications device.
However, Ross '770 does not specifically teach that the user requests is for a specific or
particular vehicle, i.e., the request identifying one of the vehicles. Bolger, on the other
hand, discloses a user responsive transit system, wherein a user requests information
about a specific vehicle of a plurality of fleet vehicles. Based on the user request, a
central dispatch controller accesses a database and receives information about the
requested vehicle. Thus, it would have been obvious to one skilled in the art at the time of
the invention to be motivated to modify the teachings of Ross by incorporating the
features from the user responsive transit system of Bolger because such modification will
improve "flexibility and efficiency" of the system.

### Allowable Subject Matter

11.     Claims 6, 16, 21, 26, 31, and .36 are allowed, but are still rejected under double patenting
as set forth above..

12      Claims 15 is objected to as being dependent upon a rejected base claim, but would be
allowable if rewritten in independent form including all of the limitations of the base claim and
any intervening claims, and the double patenting rejection is overcome.

Application/Control Number: 09/163,958                                      Page 7

Art Unit: 3661

### Response to Amendment

13.     The amendments along with the arguments filed therewith have been entered and carefully considered by the examiner.

The double patenting rejections are sustained for the reasons as set forth above.

As to the prior art rejection, the examiner agrees that the Ross patent does not specify a particular vehicle with the user request. Accordingly, a new ground of rejection has been applied against the claims.

However, such new ground of rejection is necessitated by the amendments. Therefore, this office action is made final.

### Conclusion

14.     The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

| 5,420,794 | James | May 1995 |
| 5,799,263 | Cullertson | Aug. 1998 |
| 5,945,919 | Trask | Aug. 1999 |

15      Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action  Accordingly, **THIS ACTION IS MADE FINAL.**  See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a)

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action.  In the event a first reply is filed within TWO

Application/Control Number: 09/163,958                               Page 8
Art Unit: 3661

MONTHS of the mailing date of this final action and the advisory action is not mailed until after

the end of the THREE-MONTH shortened statutory period, then the shortened statutory period

will expire on the date the advisory action is mailed, and any extension fee pursuant to 37

CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event,

however, will the statutory period for reply expire later than SIX MONTHS from the date of this

final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Jacques H. Louis-Jacques whose telephone number is (703) 305-

9757. The examiner can normally be reached on M-Th, 8:30 AM - 5:00 PM (Eastern Time)

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, William Cuchlinski can be reached on (703) 308-3873. The fax phone numbers for

the organization where this application or proceeding is assigned are (703) 308-8623 for regular

communications and (703) 308-8623 for After Final communications.

Any inquiry of a general nature or relating to the status of this application or proceeding

should be directed to the receptionist whose telephone number is (703) 308-1111

Jacques H. Louis-Jacques
Primary Examiner
Art Unit 3661

/jlj
August 7, 2000

B-185

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ***Notice of References Cited*** | | | **Application/Control No.**<br>09/163,958 | | | **Applicant(s)/Patent Under Reexamination**<br>JONES, MARTIN KELLY | | |
| | | | **Examiner**<br>Jacques H. Louis-Jacques | | | **Art Unit**<br>3661 | **Page 1 of 1** | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO | DATE | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | APS | OTHER |
| ☐ | A | 5,168,451 | Dec. 1992 | Bolger | 701 | 117 | ☐ | ☐ |
| ☐ | B | 5420794 | May. 1995 | James | 701 | 117 | ☐ | ☐ |
| ☐ | C | 5799263 | Aug. 1998 | Culbertson | 701 | 117 | ☐ | ☐ |
| ☐ | D | 5945919 | Aug. 1999 | Trask | 340 | 825.491 | ☐ | ☐ |
| ☐ | E | | | | | | ☐ | ☐ |
| ☐ | F | | | | | | ☐ | ☐ |
| ☐ | G | | | | | | ☐ | ☐ |
| ☐ | H | | | | | | ☐ | ☐ |
| ☐ | I | | | | | | ☐ | ☐ |
| ☐ | J | | | | | | ☐ | ☐ |
| ☐ | K | | | | | | ☐ | ☐ |
| ☐ | L | | | | | | ☐ | ☐ |
| ☐ | M | | | | | | ☐ | ☐ |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS | DOCUMENT SOURCE ** | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | APS | OTHER |
| ☐ | N | | | | | | | ☐ | ☐ |
| ☐ | O | | | | | | | ☐ | ☐ |
| ☐ | P | | | | | | | ☐ | ☐ |
| ☐ | Q | | | | | | | ☐ | ☐ |
| ☐ | R | | | | | | | ☐ | ☐ |
| ☐ | S | | | | | | | ☐ | ☐ |
| ☐ | T | | | | | | | ☐ | ☐ |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (Including Author, Title Date, Source, and Pertinent Pages) | DOCUMENT SOURCE ** | |
|---|---|---|---|---|
| | | | APS | OTHER |
| ☐ | U | | ☐ | ☐ |
| ☐ | V | | ☐ | ☐ |
| ☐ | W | | ☐ | ☐ |
| ☐ | X | | ☐ | ☐ |

B-186

*A copy of this reference is not being furnished with this Office action. (See Manual of Patent Examining Procedure, Section 707.05(a).)
**APS encompasses any electronic search i.e. text, image, and Commercial Databases.
U.S. Patent and Trademark Office

PTO-892 (Rev. 03-98)      **Notice of References Cited**      Part of Paper No. 9

PTO/SB/26 (10-94) #10

Patent and Trademark Office, U.S DEPARTMENT OF COMMERCE (A)

Terminal

Docket Number 05 PPD
050711-1056 claimed

RECEIVED

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT |
|---|

In re Application of    **Jones**

Application No.    **09/163,958**

Filed:    **September 30, 1998**

JAN 16 2001

JAN 12 2001

TO 3R00 MAIL ROOM

For:    **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

The owner, Global Research Systems, Inc. and Buscall Properties, LLC, the latter owning a 100 percent interest in the invention and application, limited to a particular Field of the invention in a particular geographic Territory, as defined in one or more assignment documents made of record in the chain of title for the instant application, the former owning all remaining interest in the invention and application, both jointly hereby disclaim, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C 154 to 156 and 173 as presently shortened by any terminal disclaimer, of prior Patent No. 5,623,260. The owners hereby agree that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned This agreement runs with any patent granted on the instant application and is binding upon grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U S C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later. expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer .

Check either box 1 or 2 below, if appropriate.

1.  ☐    For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issued thereon.

2.  ☒    The undersigned is an attorney of record.

1/6/01
Date

Jon E. Holland, Reg. No. 41,077

☒    Terminal disclaimer fee under 37 CFR 1 20(d) is included

☒    PTO suggested wording for terminal disclaimer was

☐ unchanged    ☒ changed to reflect proper ownership interests

TermDiscPatent

09163958

01/18/2001 SLIMMER1 00000082 200778    110.00 CH

B-17

03 FC:146

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re **PATENT** application of: Jones

Serial No.: 09/163,958

Filed: **September 30, 1998**

Examiner: Louis-Jacques, J.

Group No.: 3661

Docket No.: 050711-1030

Title: **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

PETITION AND FEE FOR EXTENSION OF TIME
(37 CFR 1.136(a))

Honorable Commissioner of
Patents and Trademarks
Washington, D.C. 20231

Sir:

1.    This is a petition for an extension of time to respond to the Office Action mailed **August 14, 2000** for a period of  two   months

2.    Applicant is:
      ☐ a small entity                              ☐ verified statement attached
      ☒ other than small entity                ☐ verified statement filed

3.    

| Extension (Months) | Fee for other than Small Entity | Fee for Small Entity |
|---|---|---|
| ☐ one month | $ 110 | $ 55 |
| ☒ two months | $ 390 | $ 195 |
| ☐ three months | $ 890 | $ 445 |
| ☐ four months | $1,390 | $ 695 |
| ☐ five months | $1,890 | $ 945 |

                                                                        **Fee: $390.00**

4.    A Response   ☒ is filed herewith ☐ has been filed.

5.    Fee payment
      ☐        Attached is a check in the sum of $_____.
      ☒        Charge fee to Deposit Account No. 20-0778 and for any additional fee required or credit for
               any excess fee paid. A duplicate of this petition is attached
      ☒        Please charge to Deposit Account No. 20-0778 any additional charge required. The
               Commissioner is requested to credit any overpayment to Deposit Account No. 20-0778

                              THOMAS, KAYDEN,
                              HORSTEMEYER & RISLEY, L.L.P.

Date: 1/16/01

                              Jon E. Holland; Reg. No. 41,077
                              Attorney for Applicant

Suite 1750, 100 Galleria Parkway
Atlanta, Georgia 30339-5948
(770) 933-9500
EOTRequest

B-188

01/18/2001 SLUANG1  00000082 200778  09163958
02 FC:116       390.00 CH

RECEIVED

JAN 22 2001

TO 3600 MAIL ROOM

01-17-01          RCE 13661 #

DIPE
JAN 16 2001

PTO/SB/230(08-00)
Approved for use through 10/31/00  OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

**REQUEST**

FOR

**CONTINUED EXAMINATION (RCE)**

**TRANSMITTAL**

Subsection (b) of 35 U.S.C. §132, effective on May 29, 2000
provides for continued examination of a utility or patent application
filed on or after June 8, 1995.
See The American Inventors Protection Act of 1999 (AIPA).

RECEIVED
RCE
JAN 22 2001
TO 3600 MAIL ROOM

| | |
|---|---|
| Application Number | 08/163,958 |
| Filing Date | September 30, 1998 |
| First Named Inventor | Jones |
| Group Art Unit | 3661 |
| Examiner Name | Louis-Jacques, J. |
| Attorney Docket Number | 050711-1030 |

This is a Request for Continued Examination (RCE) under 37 C.F.R. §1.114 of the above-identified application.

*Note:* 37 C.F.R. §1.114 is effective on May 29, 2000. If the above-identified application was filed prior to May 29, 2000, applicant may wish to consider filing a continued prosecution application (CPA) under 37 C.F.R. §1.53(d) (PTO/SB/29) instead of an RCE to be eligible for the patent term adjustment provision of the AIPA. See Changes to Application Examination and Provisional Application Practice, Final Rule, 65 Fed. Reg. 50092 (Interim Rule, 65 Fed. Reg. 14865 (Mar. 20, 2000), 1233 Off. Gaz. Pat. Office 47 (April 11, 2000), which established RCE practice.

**1. Submission required under 37 C.F.R. §1.114.**

   a. ☐ Previously submitted
     i. ☐ Consider the amendment(s) (reply under 37 C.F.R. §1.116 previously filed on
      (Any unentered amendment(s) referred to above will be entered)
     ii. ☐ Consider the arguments in the Appeal Brief or Reply Brief previously filed on
     iii. ☐ Other:
   b. ☒ Enclosed
     i. ☒ Amendment/Reply
     ii. ☐ Affidavit(s)/Declaration(s)
     iii. ☒ Information Disclosure Statement (IDS)
     iv. ☒ Other: PTO-Form 1449 and 2 references

**2. Miscellaneous**

   a. ☐ Suspension of action on the above-identified application is requested under 37 C.F.R. §103(c) for a
     period of _____ months. (Period of suspension shall not exceed 3 months. Fee under 37 C.F.R. §1.17(i) required)
   b. ☐ Other:

**3. Fees** The RCE fee under 37 C.F.R. §(e) is required by 37 C.F.R. §1.114 when the RCE is filed

   a. ☒ The Director is hereby authorized to charge the following fees, or credit any overpayments to Deposit
     Account No. 20-0778
     i. ☒ RCE fee required under 37 C.F.R. §1.17(e)
     ii. ☐ Extension of time fee (37 C.F.R. §1.136 and 1.17)
     iii. ☒ Other: Any additional charge required, or credit any overpayment
   b. ☐ Check in the amount of $ _____ enclosed
   c. ☐ Payment by credit card (Form PTO-2038 enclosed)

| SIGNATURE OF APPLICANT, ATTORNEY, OR AGENT REQUIRED | | |
|---|---|---|
| Name (Print/Type) | Jon E. Holland | Registration No. (Attorney/Agent) 41,077 |
| Signature | [signature] | Date 1/16/01 |

**CERTIFICATE OF MAILING OR TRANSMISSION**

I hereby certify that this correspondence is being deposited with the United States Postal Service as 'Express Mail Post Office to Addressee' in an envelope addressed to: Commissioner For Patents, Box RCE, Washington, D.C. 20231, Express Mail No. EL763713758 on January 16, 2001

| Name (Print/Type) | Cindy Edmonds | | |
|---|---|---|---|
| Signature | [signature] | Date | January 16, 2001 |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Office, U.S. Patent and Trademark office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. Send Fees and Completed Forms to the following address: Commissioner of Patents, Box RCE, Washington, D.C. 20231.

B-189

01/18/2001 SLUANG1  00000062 200778  08163958
01 FC:179    710.00 CH

PATENT

*#113*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

    Jones

Serial No.: 09/163,958

Filed: September 30, 1998

Group Art Unit: 3661

Examiner: Louis-Jacques, J.

Docket No.: 050711-1030

For: System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, and specifically,

☒    under 37 CFR 1.97(b), or
    (within Three months of filing national application; or date of entry of international application; or before mailing date of first office action on the merits, whichever occurs last.)

☐    under 37 CFR 1.97(c) together with either a:
      ☐  Statement Under 37 C.F.R. 1.97(e), or
      ☐  a $240.00 fee under 37 CFR 1.17(p), or
    (After the CFR 1.97(b) time period, but before the final office action or notice of allowance, whichever occurs first)

☐    under 37 CFR 1.97(d) together with a:
      ☐  Statement under 37 CFR 1.97(e), and
      ☐  a petition under 37 CFR 1.97(d)(2)(ii), and
      ☐  a $130.00 petition fee set forth in 37 CFR 1.17(i)(1).
    (Filed after final office action or notice of allowance, whichever occurs first, but before payment of the issue fee)

    Enclosed is a check in the amount of $_____. Please charge $_____ to deposit account _____. At any time during the pendency of this application, please charge any fees required to Deposit Account 20-0778 pursuant to 37 CFR 1.25. The Commissioner is hereby requested to credit any overpayment to Deposit Account No. 20-0778.

☒    Applicant(s) submit herewith *Form PTO 1449 - Information Disclosure Citation* together with copies of patents, publications or other information of which applicant(s) are aware, which applicant(s) believe(s) may or may not be material to the examination of this application and for which there may be a duty to disclose in accordance with 37 CFR 1.56. As required by 37 C.F.R. §1.98(a), a legible copy of each document is provided.

☐    A concise explanation of the relevance of foreign language patents, foreign language publications and other foreign language information listed on PTO Form 1449, as presently understood by the individual(s) designated in 37 CFR 1.56(c) most knowledgeable about the content is given on the attached sheet, or where a foreign language patent is cited in a search report or other action by a foreign patent office in a counterpart foreign application, an English language version of the search report or action which indicates the degree of relevance found by the foreign office is listed on the form PTO 1449 and is enclosed herewith.

    The following rights are reserved by the Applicant(s):  the right to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or the right to prove that some of these documents may not be prior art, and/or the right to prove that some of these documents may not be enabling for the teachings they purport to offer.

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist. The Examiner is specifically requested not to rely solely on the materials submitted herewith. The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is requested that the information disclosed herein be made of record in this application and that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully Submitted,

THOMAS, KAYDEN, HORSTEMEYER
& RISLEY, L.L.P.

By: _____

Jon E. Holland; Reg. No. 41,077

100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339-5948
770-933-9500

EXPRESS MAIL
I hereby certify that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office to Addressee" in an envelope addressed to: Commissioner of Patents and Trademarks, Box: RCE, Washington, D.C. 20231, on _____
Express Mail No. EL0 76 3 713758
Cyndy Edmonds
Signature

*13*

Page 1 of 1

| Form PTO-1449 | | Attorney Docket No. 050711-1030 | | | Serial No. 09/163,958 | | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | Applicant **Jones** | | | | | |
| *(Use several sheets if necessary)* | | Filing Date **September 30, 1998** | | | Group **3661** | | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JLJ | AA | 5,223,844 | 06/29/93 | Mansell et al | 342 | 357 | |
| | | | | | | | |
| | | | | ~~RECEIVED~~ | | | |
| | | | | | | | |
| | | | | ~~JAN 22 2001~~ | | | |
| | | | | | | | |
| | | | | ~~TO 3600 MAIL ROOM~~ | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| JLJ | AB | FR2674355 | 09/25/92 | France | G08G1 | 123 | X | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609  Draw line through citation if not in conformance and not considered  Include copy of this form with next communication to the applicant

| EXAMINER'S SIGNATURE: *J. Louis- JA cquer* | DATE CONSIDERED *2/15/01* |
|---|---|

Patent and Trademark Office, U. S. DEPARTMENT OF COMMERCE



PATENT   RECEIVED

JAN 22 2001

TO 3600 MAIL ROOM

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re the application of: | ) |
| **Jones** | ) |
| | ) |
| Serial No.:    09/163,958 | )    Art Unit:    3661 |
| | ) |
| Filed:    September 30, 1998 | )    Examiner:    Louis-Jacques, J |
| | ) |
| For:   SYSTEM AND METHOD FOR AN | )    Docket No.:   050711-1030 |
|    ADVANCE NOTIFICATION SYSTEM | ) |
|    FOR MONITORING AND REPORTING | ) |
|    PROXIMITY OF A VEHICLE | ) |

RECEIVED

**SECOND RESPONSE**

JAN 22 2001

Assistant Commissioner for Patents
Box: RCE
Washington, DC 20231

TO 3600 MAIL ROOM

Sir:

    In regard to the outstanding non-final Office Action (Paper No. 9) of August 14, 2000,

Applicant submits the following Second Response with amendments and remarks.

    It is not believed that extensions of time or fees for net addition of claims are required, beyond

those which may otherwise be provided for in documents accompanying this paper. However, in the

event that additional extensions of time are necessary to allow consideration of this paper, such

extensions are hereby petitioned under 37 C.F.R. §1.136(a), and any fees required therefor (including

fees for net addition of claims) are hereby authorized to be charged to Deposit Account No. 20-0778

**EXPRESS MAIL**
I hereby certify that this correspondence is being deposited with the United States Postal
Service as "Express Mail Post Office to Addressee" in an envelope addressed to:
Commissioner of Patents and Trademarks, Box: RCE, Washington, D.C. 20231, on
January 16, 2001
Express Mail No EL 763713758
Cindy Edmonds
Signature

B-193

## AMENDMENTS

Please amend the application as follows:

*In the Claims:*

Cancel claims 1, 17, and 27 without prejudice or disclaimer.

Pursuant to 37 C.F.R. §1.121, amend the following pending claims by deleting that language which is enclosed within brackets ("[ ]") and by inserting that language which is underlined ("___")

1    2. (Once Amended)  The system of claim [1] 8, wherein said communications device

2    associated with said vehicle transmits said travel data via a control channel of a cellular network.

1    3. (Once Amended)  The system of claim [1] 8, wherein said proximity is defined in time.

1    4. (Once Amended)  The system of claim [1] 8, wherein said proximity is defined in distance.

1    5. (Twice Amended)  The system of claim [1] 8, wherein said [one of said] communications

2    device[s] associated with said vehicle[s] transmits [a portion of] said travel data transmitted from said

3    communications device[s] in response to a determination that said [one] vehicle is off schedule.

2

B-194

1   6. 7. (Twice Amended)  The system of claim [1] 6, wherein said data manager is further

2   configured to receive preference data transmitted from said user and to compare said preference data

3   to travel data associated with said [one] vehicle, said data manager configured to automatically

4   transmit a notification message to said second communications device based upon a comparison of said

5   preference data to said travel data associated with said [one] vehicle.


1   8. (Twice Amended)  The system of claim [1] 8, wherein said vehicle comprises

2   a sensor configured to determine a location of said [one] vehicle relative to a predefined

3   reference point; and

4   a third communications device associated with said [one] vehicle and configured to transmit

5   travel data indicating said location of said [one] vehicle to said storage mechanism.


1   8. 9. (Once Amended)  The system of claim [1] 8, wherein said data manager is further

2   configured to retrieve contact information associated with said user, wherein said first communications

3   device is further configured to transmit said travel data retrieved by said data manager based on said

4   contact information.


1   7. 10. (Twice Amended)  The system of claim 7, 6, wherein said travel data associated with said

2   [one] vehicle indicates a location of said [one] vehicle and said data manager is configured to transmit

3   said notification message based on said location of said [one] vehicle relative to a predefined reference

4   point.


3

B-195

1    9. 14. (Twice Amended) The system of claim 8, wherein said third communications device is

2.   configured to transmit said travel data indicating said location of said [one] vehicle through a cellular

3    network.

1    13. 14. (Twice Amended) The system of claim 12, wherein said data manager is further

2    configured to receive preference data transmitted from said user and to compare said preference data

3    to travel data associated with said [one] vehicle, said data manager configured to automatically

4    transmit a notification message to said second communications device based upon a comparison of said

5    preference data to said travel data associated with said [one] vehicle.

4

1    16 16. (Twice Amended) [The system of claim 12, further comprising] A system for monitoring

2    vehicle travel and for reporting vehicle status information, comprising:

3        a storage mechanism configured to store travel data transmitted from communications devices

4    associated with vehicles being monitored by said system;

5        a data manager configured to receive a request transmitted by a user, said request identifying

6    one of said vehicles, said data manager configured to retrieve travel data associated with said one

7    vehicle from said storage mechanism in response to said request, said data manager further configured

8    to retrieve contact information associated with said user; and

9        a first communications device configured to transmit a message to a second communications

10    device, said second communications device located remotely from said first communications device

11    and associated with said user, said message based on said travel data retrieved by said data manager

12    and indicative of a proximity of said one vehicle from a particular location, said first communications

13    device further configured to transmit said travel data retrieved by said data manager based on said

14    contact information, and

15        a mapping system configured to receive said travel data retrieved by said data manager and to

16    generate mapping data based on said travel data retrieved by said data manager, said mapping data

17    defining a graphical map, said graphical map indicating said proximity of said one vehicle from said

18    particular location,

19        wherein said mapping data is included in said message, and wherein said contact information

20    includes data enabling said first communications device to establish communication with said second

21    communications device

1    19. 18. (Twice Amended)  The system of claim [17] 21, further comprising a means for

2    transmitting [a portion of] said travel data transmitted from said vehicle[s] in response to a

3    determination that said [one] vehicle is off schedule.


1    20. 19. (Twice Amended)  The system of claim [17] 21, further comprising a means for

2    transmitting [a portion of] said travel data via a data channel associated with a cellular network.


1    21. 20. (Twice Amended)  The system of claim [17] 21, further comprising:

2        means for receiving preference data transmitted by said user;

3        means for comparing said preference data with said travel data associated with said [one]

4    vehicle; and

5        means for transmitting a notification message to said user.


1    22. (Twice Amended)  The system of claim [17] 21, further comprising:

2        means for forming data indicating a location of said [one] vehicle; and

3        means for transmitting said data to a base station,

4        wherein each of said receiving means is located at said base station.


1    23. (Once Amended)  The system of claim 22, further comprising:

2        means for retrieving predefined contact information; and

3        means for establishing communication between a communications device associated with said

4    base station and said communications device [at said second location] associated with said user based

5    on said predefined contact information.

25.   (Once Amended)  The system of claim 23, further comprising:

means for receiving preference data transmitted by said user;

means for comparing said predefined preference data with said travel data associated with said

[one] vehicle, and

means for automatically transmitting a notification message to said user in response to a

comparison by said comparing means.

---

28.   (Twice Amended)  The method of claim [27] 27, further comprising the step of

transmitting [a portion of] said travel data via a control channel associated with a cellular network.

29.   (Twice Amended)  The method of claim [27] 27, further comprising the steps of

receiving preference data transmitted by said user;

comparing said preference data with said travel data associated with said [one] vehicle, and

automatically transmitting a notification message to said user in response to said comparing

step.

30.   (Twice Amended)  The method of claim [27] 27, further comprising the steps of:

assuming that said [one] vehicle is traveling at a predetermined rate, and

communicating travel data from said [one] vehicle in response to a determination that said

[one] vehicle is traveling at a rate different from said predetermined rate.

B-199

27

1    31 32. (Twice Amended) The method of claim [28] 21, further comprising the steps of:

2        forming data indicating a location of said [one] vehicle;

3        transmitting said data formed in said forming step to a base station; and

4        performing said receiving steps at said base station.

31

1    3 33. (Twice Amended) The method of claim 32, further comprising the steps of:

2        retrieving predefined contact information; and

3        establishing communication between a communications device associated with said base station

4    and said communications device [at said second location] associated with said user based on said

5    predefined contact information.

32

1    34 35. (Twice Amended) The method of claim 33, further comprising the steps of:

2        receiving preference data transmitted by said user;

3        comparing said [predefined] preference data with said travel data associated with said [one]

4    vehicle; and

5        automatically transmitting a notification message to said user in response to said comparing

6    step.

1

1    14 11. (Once Amended) The system of claim [1] 8, wherein said second communications device

2    is utilized by said user to submit said request to said data manager.

8                                   B-200

1    528. (Once Amended)  The system of claim [1] 6, wherein said data manager is further

2    configured to analyze said travel data stored in said storage mechanism and to automatically transmit a

3    notification message when said [one] vehicle is within a specified proximity of a particular location.


1    35 29. (Once Amended)  The method of claim [27] 21, further comprising the step of receiving

2    said request from said communications device [located at said second location] associated with said

3    user.


1    3 6 40. (Once Amended)  The method of claim [27] 21, further comprising the steps of

2         analyzing said travel data stored in said storing step; and

3         automatically transmitting, based on said analyzing step, a notification message when said [one]

4    vehicle is within a specified proximity of a particular location.

---

## REMARKS

This is a full and timely response to the final Office Action of August 14, 2000.

Reconsideration, and allowance of the application and all presently pending claims are respectfully

requested.

Upon entry of this Second Response, claims 2-16, 18-26, and 28-40 remain pending in this

application.  Claims 2-5, 7-11, 14, 15, 18-20, 22, 23, 25, 28-30, 32, 33, 35, and 37-40 are directly

amended herein, and claims 1, 17, and 27 are cancelled without prejudice or disclaimer.  It is believed

that the foregoing amendments add no new matter to the present application.

The cancellation of claims 1, 17, and 27 serves to reduce the number of disputed issues and to

facilitate early allowance and issuance of other claims in the present application.  Applicant reserves the

9                                    B-201

right to pursue any cancelled subject matter in a continuing application, if Applicant so chooses, and does not intend to dedicate any of the canceled subject matter to the public.

### Information Disclosure Statement

In the Office Action mailed on March 19, 2000, the Patent Office provided a copy of the Form PTO-1449 submitted by Applicant in an Information Disclosure Statement filed on November 15, 1999. In reading the Office Action, it appears that the Examiner considered references BB-BJ listed in the Form PTO-1449, but it does not appear that the Examiner initialed these references in the Form PTO-1449. Thus, Applicant respectfully requests the Examiner to initial references BB-BJ listed in the foregoing Form PTO-1449 and to provide Applicant with a new copy of the Form PTO-1449

### Response to §103 Rejections

Claims 2-5, 7-14, 18-20, 22-25, 28-30, 32-35, and 37-40 presently stand rejected under 35 U.S.C. §103 as allegedly being unpatentable over *Ross* in view of *Bolger*. However, each of the foregoing dependent claims, as amended, includes all of the features of at least one independent claim that is indicated as allowable in the Office Action. Therefore, claims 2-5, 7-14, 18-20, 22-25, 28-30, 32-35, and 37-40 are allowable as a matter of law. *In re Fine*, 5 U.S.P.Q.2d 1596, 1600 (Fed. Cir. 1988).

### Double Patenting Rejections

Claims 2-16, 18-26, and 28-36 presently stand provisionally rejected under the judicially created doctrine of double patenting over claims 1-30 of copending Application No. 09/395,497, claims 1-40 of copending Application No. 09/163,588, and claims 15-30 of copending Application No.

10

08/852,119. Noting that the foregoing rejections are provisional, Applicant requests that the rejections be withdrawn when the present application is otherwise in a condition for allowance pursuant to M.P.E.P. §822.

Furthermore, claims 2-16, 18-26, and 28-36 presently stand rejected under the judicially created doctrine of double patenting over claims 1-16 of U.S. Patent No. 5,623,260, claims 1-15 of U.S. Patent No. 5,657,010, and claims 1-80 of U.S. Patent No. 5,668,543. To overcome these double patenting rejections, Applicant has filed herewith a terminal disclaimer for each of the foregoing patents, and Applicant respectfully asserts that these double patenting rejections should be withdrawn.

In filing the terminal disclaimer, Applicant relies upon the rulings of the Federal Circuit that the filing of such a terminal disclaimer does not act as an admission, acquiescence or estoppel on the merits of the obviousness issue. "In legal principle, the filing of a terminal disclaimer simply serves the statutory function of removing the rejection of double patenting, and raises neither presumption nor estoppel on the merits of the rejection." *Quad Environemental Tech. v. Union Sanitary Dist.*, 946 F.2d 870, 874 (Fed. Cir. 1991); *Ortho Pharmaceutical Corp. v. Smith*, 959 F.2d 936, 941-942 (Fed. Cir. 1992).

### Allowable Subject Matter

Claims 6, 16, 21, 26, 31, and 36 have been allowed by the outstanding Office Action. Furthermore, claim 15 has been indicated as allowable by the outstanding Office Action, if rewritten to include the limitations of its respective base claim and any intervening claims. Accordingly, pending claim 15 has been amended herein to include the features of its respective base and intervening claims, and Applicant respectfully requests that the objection to pending claim 15 be withdrawn.

B-203

## CONCLUSION

Applicant respectfully requests that all outstanding objections and rejections be withdrawn and that this application and all presently pending claims be allowed to issue. If the Examiner has any questions or comments regarding Applicant's response, the Examiner is encouraged to telephone Applicant's undersigned counsel.

Respectfully submitted,

**THOMAS, KAYDEN, HORSTEMEYER
& RISLEY, L.L.P.**

By: _____
Jon E. Holland
Reg. No. 41,077

100 Galleria Parkway, N.W.
Suite 1750
Atlanta, Georgia 30339
(770) 933-9500

12                                                    B-204

PTO/SB/17 (11-00)
Approved for use through 10/31/2002  OMB 0651-0032
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# FEE TRANSMITTAL
## for FY 2000

JAN 1 6 2001

Patent fees are subject to annual revision.

**Complete if Known**

| | |
|---|---|
| Application Number | 09/163,959 |
| Filing Date | September 30, 1998 |
| First Named Inventor | Jones |
| Examiner Name | Louis-Jacques, J. |
| Group / Art Unit | 3661 |
| Attorney Docket No | 060711-103 |

RECEIVED

| TOTAL AMOUNT OF PAYMENT | ($) 330.00 |
|---|---|

## METHOD OF PAYMENT

| | |
|---|---|
| 1 ☒ | The Commissioner is hereby authorized to charge to the following Deposit Account. |

Deposit Account Number: 20-0778

Deposit Account Name: Thomas, Kayden, Horstemeyer Risley

☒ Charge all indicated fees and any additional fee required or credit any overpayment

☒ Charge any additional fee required and requested to credit any overpayment    ☐ Applicant claims small entity status. See 37 CFR 1.27

| 2 ☐ | Payment Enclosed: |
|---|---|
| | ☐ Check  ☐ Money Order  ☐ Credit Card |

## FEE CALCULATION

### 1. BASIC FILING FEE

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 101 | 710 | 201 | 355 | Utility filing fee | $ |
| 106 | 320 | 206 | 160 | Design filing fee | $ |
| 107 | 490 | 207 | 245 | Plant filing fee | $ |
| 108 | 710 | 208 | 355 | Reissue filing fee | $ |
| 114 | 150 | 214 | 75 | Provisional filing fee | $ |

SUBTOTAL (1) ($)

### 2. EXTRA CLAIM FEES

| | Extra Claims | | Fee from below | Fee Paid |
|---|---|---|---|---|
| Total Claims | -20** = | x | 18.00 | = |
| Independent Claims | -3** = | x | 80.00 | = |
| Multiple Dependent | | | 270.00 | = |

**or number previously paid, if greater; For Reissue, see below

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description |
|---|---|---|---|---|
| 103 | 18 | 203 | 9 | Claims in excess of 20 |
| 102 | 80 | 202 | 40 | Independent claims in excess of 3 |
| 104 | 270 | 204 | 135 | Multiple dependent claims in excess of 3 |
| 109 | 80 | 209 | 40 | **Reissue independent claims over original patent |
| 110 | 18 | 210 | 9 | **Reissue claims in excess of 20 and over original patent |

SUBTOTAL (2) ($)

### 3. ADDITIONAL FEES

JAN 22 2001

TO 3600 MAIL ROOM

| Large Fee Code | Entity Fee ($) | Small Fee Code | Entity Fee ($) | Fee Description | Fee Paid |
|---|---|---|---|---|---|
| 105 | 130 | 205 | 65 | Surcharge - late filing fee | |
| 127 | 50 | 227 | 25 | Surcharge - late provisional filing fee or cover sheet | |
| 139 | 130 | 139 | 130 | Non-English specification | |
| 147 | 2,520 | 147 | 2,520 | For filing a request for reexamination | |
| 112 | 920* | 112 | 920* | Requesting publication of SIR prior to Examiner action | |
| 113 | 1,840* | 113 | 1,840* | Requesting publication of SIR after Examiner action | |
| 115 | 110 | 215 | 55 | Extension for reply within first month | |
| 116 | 390 | 216 | 195 | Extension of time within second month | |
| 117 | 890 | 217 | 445 | Extension of time within third month | |
| 118 | 1,390 | 218 | 695 | Extension of time within fourth month | |
| 128 | 1,890 | 228 | 945 | Extension of time within fifth month | |
| 119 | 310 | 219 | 155 | Notice of Appeal | |
| 120 | 310 | 220 | 155 | Filing a brief in support of an appeal | |
| 121 | 270 | 221 | 135 | Request for oral hearing | |
| 138 | 1,510 | 138 | 1,510 | Petition to institute a public use proceeding | |
| 140 | 110 | 240 | 55 | Petition to revive - unavoidable | |
| 141 | 1,240 | 241 | 620 | Petition to revive - unintentional | |
| 142 | 1,240 | 242 | 620 | Utility issue fee (or reissue) | |
| 143 | 440 | 243 | 220 | Design issue fee | |
| 144 | 600 | 244 | 300 | Plant issue fee | |
| 122 | 130 | 122 | 130 | Petitions to the Commissioner | |
| 123 | 50 | 123 | 50 | Petitions related to provisional applications | |
| 126 | 180 | 126 | 180 | Submission of Information Disclosure Stmt. | |
| 581 | 40 | 581 | 40 | Recording each patent assignment per property (time number of properties) | |
| 146 | 710 | 246 | 355 | Filing a submission after final rejection (37 CFR 1.129(a)) | |
| 149 | 710 | 249 | 355 | For each additional invention to be examined (37 CFR 1.129(b)) | |
| 179 | 710 | 279 | 355 | Request for Continued Examination (RCE) | |
| 169 | 900 | 169 | 900 | Request for expedited examination of a design application | |

Other fee (specify)  Terminal Disclaimer (3)   330 00

Other fee (specify)

*Reduced by Basic Filing Fee Paid

SUBTOTAL (3) 330.00

| SUBMITTED BY | | Complete (if applicable) | |
|---|---|---|---|
| Typed or Printed Name | Jon E. Holland | Reg Number | 41,077 |
| Signature | | Date 1/6/01 | Deposit Account |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

#15

PTO/SB/26 (10-94)(B)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT | Docket Number 050711-1030 |
|---|---|

In re Application of     **Jones**

Application No.          **09/163,958**

Filed:                         **September 30, 1998**

**RECEIVED**

Terminal (HARD)
Disclaimer   JAN 22 2001
                       1-24-01

JAN 16 2001

TO 3600 MAIL ROOM

For:   **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR**

**MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

The owner, Global Research Systems, Inc. and Buscall Properties, LLC, the latter owning a 100 percent interest in the invention and application, limited to a particular Field of the invention in a particular geographic Territory, as defined in one or more assignment documents made of record in the chain of title for the instant application, the former owning all remaining interest in the invention and application, both jointly hereby disclaim, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173 as presently shortened by any terminal disclaimer, of prior Patent No. 5,657,010  The owners hereby agree that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒   The undersigned is an attorney of record

1/16/01
Date

_Jon E. Holland_
Jon E. Holland, Reg. No. 41,077

01/19/2001 SLUMESI  00000002 200778  09163958

01 FC:148   110.00 CH
                ☒   Terminal disclaimer fee under 37 CFR 1.20(d) is included

          ☒   PTO suggested wording for terminal disclaimer was

               ☐ unchanged   ☒ changed to reflect proper ownership interests          B-206

TermDiscPatent

PTO/SB/26 (10-94)
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

| TERMINAL DISCLAIMER TO OBVIATE A DOUBLE PATENTING REJECTION OVER A PRIOR PATENT | Docket Number 050711-1030 |
|---|---|

| In re Application of: | **Jones** |
| Application No. | **09/163,958** |
| Filed: | **September 30, 1998** |

For:  **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

*RECEIVED  JAN 22 200  TO J600 MAIL ROOM*

The owner, Global Research Systems, Inc. and Buscall Properties, LLC, the latter owning a 100 percent interest in the invention and application, limited to a particular Field of the invention in a particular geographic Territory, as defined in one or more assignment documents made of record in the chain of title for the instant application, the former owning all remaining interest in the invention and application, both jointly hereby disclaim, except as provided below, the terminal part of the statutory term of any patent granted on the instant application, which would extend beyond the expiration date of the full statutory term defined in 35 U.S.C. 154 to 156 and 173 as presently shortened by any terminal disclaimer, of prior Patent No. 5,668,543. The owners hereby agree that any patent so granted on the instant application shall be enforceable only for and during such period that it and the prior patent are commonly owned. This agreement runs with any patent granted on the instant application and is binding upon grantee, its successors or assigns.

In making the above disclaimer, the owner does not disclaim the terminal part of any patent granted on the instant application that would extend to the expiration date of the full statutory term as defined in 35 U.S.C. 154 to 156 and 173 of the prior patent, as presently shortened by any terminal disclaimer, in the event that it later: expires for failure to pay a maintenance fee, is held unenforceable, is found invalid by a court of competent jurisdiction, is statutorily disclaimed in whole or terminally disclaimed under 37 CFR 1.321, has all claims cancelled by a reexamination certificate, is reissued, or is any manner terminated prior to the expiration of its full statutory term as presently shortened by any terminal disclaimer.

Check either box 1 or 2 below, if appropriate.

1. ☐   For submissions on behalf of an organization (e.g., corporation, partnership, university, government agency, etc.), the undersigned is empowered to act on behalf of the organization.

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful statements may jeopardize the validity of the application or any patent issued thereon.

2. ☒   The undersigned is an attorney of record.

_1/16/01_
Date

Jon E. Holland, Reg. No. 41,077

01/19/2001 SLUANG1  00000002 200778  09163958
02 FC:148      110.00 CH

☒   Terminal disclaimer fee under 37 CFR 1.20(d) is included.

☒   PTO suggested wording for terminal disclaimer was

☐ unchanged   ☒ changed to reflect proper ownership interests          B-207

TermDiscPatent

| | | Application No. | Applicant(s) |
|---|---|---|---|
| *Notice of Allowability* | | 09/163,958 | JONES, MARTIN KELLY |
| | | Examiner | Art Unit |
| | | Jacques H. Louis-Jacques | 3661 |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**
All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to <u>correspondence filed on January 16, 2001</u>.

2. ☒ The allowed claim(s) is/are <u>2-16,18-26 and 28-40</u>.

3. ☒ The drawings filed on <u>30 September 1998</u> are acceptable as formal drawings.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C § 119(a)-(d) or (f).
    a) ☐ All    b) ☐ Some*    c) ☐ None    of the:
        1. ☐ Certified copies of the priority documents have been received.
        2. ☐ Certified copies of the priority documents have been received in Application No. _____.
        3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____.

5. ☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C § 119(e).

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application. THIS THREE-MONTH PERIOD IS NOT EXTENDABLE FOR SUBMITTING NEW FORMAL DRAWINGS , OR A SUBSTITUTE OATH OR DECLARATION. This three-month period for complying with the REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL is extendable under 37 CFR 1.136(a).

6. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

7. ☐ Applicant MUST submit NEW FORMAL DRAWINGS
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No. _____.
    (b) ☐ including changes required by the proposed drawing correction filed _____, which has been approved by the examiner.
    (c) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No. _____.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

8. ☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE / SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

**Attachment(s)**

| | |
|---|---|
| 1 ☐ Notice of References Cited (PTO-892) | 2 ☐ Notice of Informal Patent Application (PTO-152) |
| 3 ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948) | 4 ☐ Interview Summary (PTO-413). Paper No.____ |
| 5 ☒ Information Disclosure Statements (PTO-1449), Paper No. <u>13</u> | 6 ☐ Examiner's Amendment/Comment |
| 7 ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material | 8 ☐ Examiner's Statement of Reasons for Allowance |
| | 9 ☐ Other |

Jacques H. Louis-Jacques
Primary Examiner
Art Unit 3661 B - 208

Application/Control Number: 09/163958                                      Page 2

Art Unit: 3661

### *Information Disclosure Statement*

The information disclosure statement filed February 20, 2001 fails to comply with 37

CFR 1.97(d) because it lacks a statement as specified in 37 CFR 1.97(e) and the fee set forth

in 37 CFR 1.17(p).  It has been placed in the application file, but the information referred to

therein has not been considered.

Any inquiry concerning this communication or earlier communications from the examiner

should be directed to W. Cuchlinski whose telephone number is (703) 308-3873.

WC

March 9, 2001

WILLIAM A. CUCHLINSKI, JR.
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3600



**UNITED STATES DE. ARTMENT OF COMMERCE**
**Patent and Trademark Office**

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

SCOTT A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY, NW
SUITE 1500
ATLANTA GA 30339-5948

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/163,958 | 09/30/98 | 062 | LOUIS J. BOGUE, JR | 2762 02/28/01 |

| First Named Applicant | JONES |  | 42-002 (PATENT) (DOCKET) | 62 Days |
|---|---|---|---|---|

TITLE OF INVENTION: SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 02-660/011036 | 701-201.000 | P29 | UTILITY | NO | $1210.00 | 05/28/01 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS_ FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED.  _THIS STATUTORY PERIOD CANNOT BE EXTENDED._**

## HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
   If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

   A. If the status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
   B. If the status is the same, pay the FEE DUE shown above.

   If the SMALL ENTITY is shown as NO:

   A. Pay FEE DUE shown above, or

   B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.  Even if the ISSUE FEE has already been paid by charge to deposit account, Part B Issue Fee Transmittal should be completed and returned.  If you are charging the ISSUE FEE to your deposit account, section "4b" of Part B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
    Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

*IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.*

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 06/30/99. (0651-0033)

**PART B—ISSUE FEE TRANSMITTAL**

Complete and mail this form, together with applicable fees, to: **Box ISSUE FEE**
Assistant Commissioner for Patents
Washington, D.C. 20231

*MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.*

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

PM82/0220

SCOTT A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1500
ATLANTA GA 30339-5948

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

**Certificate of Mailing**

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

Carla Bridwell Stone    (Depositor's name)
C. Stone                (Signature)
May 18, 2001            (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/163,958 | 09/30/98 | 037 | LOUIS JACQUES, J | 3661 | 02/20/01 |

First Named Applicant    JONES,    35 USC 154(b) term ext. = 0 Days.

TITLE OF INVENTION    SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 2    0507011030 | 701-201.000 | C29 | UTILITY | NO | $1240.00 | 05/21/01 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list (1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1  **Thomas, Kayden**  5

2  **Horstemeyer &**

3  **Risley, L.L.P.**

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    **Global Research Systems, Inc.**

(B) RESIDENCE: (CITY & STATE OR COUNTRY)    **Rome, Georgia**

Please check the appropriate assignee category indicated below (will not be printed on the patent):
☐ individual   ☐ corporation or other private group entity   ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☒ Issue Fee
☒ Advance Order - # of Copies    10

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☐ Issue Fee
☐ Advance Order - # of Copies

The COMMISSIONER OF PATENTS AND TRADEMARKS IS requested to apply the Issue Fee to the application identified above.

(Authorized Signature)    Jon Holland    (Date) 5/17/01

**Jon E. Holland, Reg. No. 41,077**

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

*Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231.*

*Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.*

05/22/2001 AYUSUF2 00000001 09163958
01 FC:142                                1240.00 OP
02 FC:561                                  30.00 OP

**TRANSMIT THIS FORM WITH FEE**                    B-211

PTOL-85B (REV.10-98) Approved for use through 08/30/99  OMB 0651-0033    Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE

3661

PATENT

#/4

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of:

   Jones

Serial No : 09/163,958

Filed: September 30, 1998

Group Art Unit: 3661

Examiner: Louis-Jacques, J.

Docket No.: 050711-1030

For: System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, and specifically:

☒   under 37 CFR 1.97(b), or
    (within Three months of filing national application; or date of entry of international application; or before mailing date of first office action on the merits, whichever occurs last)

☐   under 37 CFR 1.97(c) together with either a:
    ☐ Statement Under 37 C.F.R. 1.97(e), or
    ☐ a $180.00 fee under 37 CFR 1.17(p), or
    (After the CFR 1.97(b) time period, but before the final office action or notice of allowance, whichever occurs first)

☐   under 37 CFR 1.97(d) together with a:
    ☐ Statement under 37 CFR 1.97(e), and
    ☐ a petition under 37 CFR 1.97(d)(2)(ii), and
    ☐ a $130.00 petition fee set forth in 37 CFR 1.17(i)(1)
    (Filed after final office action or notice of allowance, whichever occurs first, but before payment of the issue fee)

    Enclosed is a check in the amount of $_____.  Please charge $_____ to deposit account   . At any time during the pendency of this application, please charge any fees required to Deposit Account 20-0778 pursuant to 37 CFR 1.25.  The Commissioner is hereby requested to credit any overpayment to Deposit Account No. 20-0778.

☒   Applicant(s) submit herewith *Form PTO 1449 - Information Disclosure Citation* together with copies of patents, publications or other information of which applicant(s) are aware, which applicant(s) believe(s) may or may not be material to the examination of this application and for which there may be a duty to disclose in accordance with 37 CFR 1.56. As required by 37 C.F.R. §1.98(a), a legible copy of each document is provided.

☐   A concise explanation of the relevance of foreign language patents, foreign language publications and other foreign language information listed on PTO Form 1449, as presently understood by the individual(s) designated in 37 CFR 1.56(c) most knowledgeable about the content is given on the attached sheet, or where a foreign language patent is cited in a search report or other action by a foreign patent office in a counterpart foreign application, an English language version of the search report or action which indicates the degree of relevance found by the foreign office is listed on the form PTO 1449 and is enclosed herewith.

    The following rights are reserved by the Applicant(s): the right to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or the right to prove that some of these documents may not be prior art, and/or the right to prove that some of these documents may not be enabling for the teachings they purport to offer.

RECEIVED
FEB 22 2001
TO 3600 MAIL ROOM

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist. The Examiner is specifically requested not to rely solely on the materials submitted herewith. The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is requested that the information disclosed herein be made of record in this application and that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully Submitted,

THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.

By:

Jon E. Holland; Reg. No. 41,077

100 Galleria Parkway, Suite 1750
Atlanta, Georgia  30339-5948
770-933-9500

I hereby certify that this correspondence is being deposited with the United States Postal Service, as first class mail in an envelope addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231, on _February 14, 2001_ .

_____
Signature

RECEIVED
FEB 22 2001
TC 3600 MAIL ROOM

B-213

-2-

| Form PTO-1449 | Attorney Docket No. 050711-1030 | Serial No. 09/163,958 |
|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | Applicant **Jones** | |
| *(Use several sheets if necessary)* | Filing Date September 30, 1998 | Group 3661 |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| | A | 6,134,501 | 10/17/00 | Oumi | 701 | 209 | |
| | B | 5,068,656 | 11/26/91 | Sutherland | 340 | 989 | |
| | C | 4,804,937 | 02/14/89 | Barbiaux et al. | 340 | 52 F | |
| | D | 5,014,206 | 05/07/91 | Scribner et al. | 364 | 449 | |
| | E | 5,724,243 | 03/03/98 | Westerlage et al. | 364 | 446 | |
| | F | 4,220,946 | 09/02/80 | Henriot | 340 | 23 | |
| | G | 5,739,774 | 04/14/89 | Olandesi | 340 | 994 | |
| | H | 5,602,739 | 02/11/97 | Haagenstad et al. | 364 | 436 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation Yes / No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

\* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609  Draw line through citation if not in conformance and not considered  Include copy of this form with next communication to the applicant.

| EXAMINER'S SIGNATURE: J. Louis Jacques | DATE CONSIDERED: 5/10/01 |
|---|---|

Patent and Trademark Office; U S DEPARTMENT OF COMMERCE

#20



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/163,958 | 09/30/98 | JONES | M | |

PM51/0314

SCOTT A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1500
ATLANTA GA 30339-5948

| EXAMINER |
|---|
| LOUIS, J |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2641 | |

DATE MAILED: 03/14/01

Please find below a communication from the EXAMINER in charge of this application.

Commissioner of Patents

B-215

PTOL-90 (Rev. 6/84)

**1 - PATENT APPLICATION FILE COPY**

Application/Control Number: 09/163958                                    Page 2

Art Unit: 3661

### *Information Disclosure Statement*

The information disclosure statement filed February 20, 2001 fails to comply with 37

CFR 1.97(d) because it lacks a statement as specified in 37 CFR 1.97(e) and the fee set forth

in 37 CFR 1.17(p).  It has been placed in the application file, but the information referred to

therein has not been considered.


Any inquiry concerning this communication or earlier communications from the examiner

should be directed to W. Cuchlinski whose telephone number is (703) 308-3873.


WC

March 9, 2001

WILLIAM A. CUCHLINSKI, JR.
SUPERVISORY PATENT EXAMINER
TECHNOLOGY CENTER 3600

B-216

## Match & Return

PATENT

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| In re the application of: | ) | | |
| **Jones** | ) | | |
| | ) | | |
| Serial No.:   09/163,958 | ) | Art Unit | 3661 |
| | ) | | |
| Filed:          September 30, 1998 | ) | Examiner: | Louis-Jacques, J. |
| | ) | | |
| For:   SYSTEM AND METHOD FOR AN | ) | Docket No.: | 050711-1030 |
|          ADVANCE NOTIFICATION SYSTEM | ) | | |
|          FOR MONITORING AND REPORTING | ) | | |
|          PROXIMITY OF A VEHICLE | ) | | |

### REQUEST TO CONSIDER INFORMATION DISCLOSURE STATEMENT

RECEIVED

Assistant Commissioner for Patents
Box:  Issue Fee
Washington, DC 20231

MAY 21 2001

1:1 3600 MAIL ROOM

Sir:

In regard to the notice of refusal to consider information disclosure statement mailed on March

14, 2001, Applicant submits the following remarks.

It is not believed that extensions of time or fees for net addition of claims are required, beyond

those which may otherwise be provided for in documents accompanying this paper.  However, in the

event that additional extensions of time are necessary to allow consideration of this paper, such

extensions are hereby petitioned under 37 C F R. § 1 136(a), and any fees required therefor (including

fees for net addition of claims) are hereby authorized to be charged to Deposit Account No. 20-0778

**Certificate of Mailing**

I hereby certify that this correspondence is being deposited with the United States
Postal Service as First Class Mail in an envelope, with sufficient postage,
addressed to  Assistant Commissioner for Patents, Box Issue Fee, Washington,
D C  20231 on ꟷꟷꟷꟷꟷ May 15, 2001 ꟷꟷꟷꟷꟷ

Signature ꟷꟷꟷꟷꟷꟷꟷꟷꟷꟷꟷꟷꟷꟷ

## REMARKS

On February 14, 2001, Applicant mailed an information disclosure statement to the U.S. Patent & Trademark Office (USPTO). On February 20, 2001, a Notice of Allowance was mailed from the USPTO. In addition, on March 14, 2001, a notice was mailed from the USPTO indicating that the aforementioned information disclosure statement had not been considered because the information disclosure statement, which was apparently received in the USPTO on February 20, 2001, was not timely filed. More specifically, the notice alleged that the information disclosure statement was not considered because it lacked a statement as specified in 37 C.F.R. §1.97(e) and the fee set forth in 37 C.F.R. §1.17(p).

Applicant respectfully asserts that the information disclosure statement included a signed certificate of mailing indicating that the information disclosure statement had been mailed by the Applicant on February 14, 2001. A copy of the information disclosure statement, including the certificate of mailing, is enclosed herewith. Accordingly, Applicant submits that, pursuant to 37 C.F.R. §1.8, the filing date of the information disclosure statement should be considered to be February 14, 2001. Thus, the filing date of the information disclosure statement is before the mailing date of the Notice of Allowance, and neither a statement as specified in 37 C.F.R. §1.97(e) nor the fee set forth in 37 C.F.R. §1.17(p) is required for consideration of the information disclosure statement. As a result, the information disclosure statement has been properly and timely filed pursuant to 37 C.F.R. §1.97, and Applicant respectfully requests that the Examiner consider the information disclosure statement.

B-218

If the Examiner has any questions or comments regarding Applicant's response, the Examiner

is encouraged to telephone Applicant's undersigned counsel.

Respectfully submitted ,

**THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.**

By.

Jon E. Holland
Reg. No. 41,077

100 Galleria Parkway, N.W.
Suite 1750
Atlanta, Georgia 30339
(770) 933-9500

3

B-219



PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In Re Application of
Jones

$\cancel{\#}$  2J

Serial No.: 09/163,958

Group Art Unit: 3661

Filed: September 30, 1998

Examiner: Louis-Jacques, J.

Docket No.: 050711-1030

For: System and Method for an Advance Notification System for Monitoring and Reporting Proximity of a Vehicle

### INFORMATION DISCLOSURE STATEMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

This information disclosure statement is filed in accordance with 37 C.F.R. §§ 1.56, 1.97, and 1.98, and specifically:

☒ under 37 CFR 1.97(b), or
(within Three months of filing national application, or date of entry of international application; or before mailing date of first office action on the merits; whichever occurs last)

☐ under 37 CFR 1.97(c) together with either a:
☐ Statement Under 37 C.F.R. 1.97(e), or
☐ a $180.00 fee under 37 CFR 1.17(p), or
(After the CFR 1.97(b) time period, but before the final office action or notice of allowance, whichever occurs first)

☐ under 37 CFR 1.97(d) together with a:
☐ Statement under 37 CFR 1.97(e), and
☐ a petition under 37 CFR 1.97(d)(2)(ii), and
☐ a $130.00 petition fee set forth in 37 CFR 1.17(i)(1).
(Filed after final office action or notice of allowance, whichever occurs first, but before payment of the issue fee)

Enclosed is a check in the amount of $_____. Please charge $_____ to deposit account _____. At any time during the pendency of this application, please charge any fees required to Deposit Account 20-0778 pursuant to 37 CFR 1.25. The Commissioner is hereby requested to credit any overpayment to Deposit Account No. 20-0778.

☒ Applicant(s) submit herewith *Form PTO 1449 - Information Disclosure Citation* together with copies of patents, publications or other information of which applicant(s) are aware, which applicant(s) believe(s) may or may not be material to the examination of this application and for which there may be a duty to disclose in accordance with 37 CFR 1.56. As required by 37 C.F.R. §1.98(a), a legible copy of each document is provided.

☐ A concise explanation of the relevance of foreign language patents, foreign language publications and other foreign language information listed on PTO Form 1449, as presently understood by the individual(s) designated in 37 CFR 1.56(c) most knowledgeable about the content is given on the attached sheet, or where a foreign language patent is cited in a search report or other action by a foreign patent office in a counterpart foreign application, an English language version of the search report or action which indicates the degree of relevance found by the foreign office is listed on the form PTO 1449 and is enclosed herewith.

The following rights are reserved by the Applicant(s): the right to establish the patentability of the claimed invention over any of the listed documents should they be applied as reference, and/or the right to prove that some of these documents may not be prior art, and/or the right to prove that some of these documents may not be enabling for the teachings they purport to offer.

B-220

This statement should not be construed as a representation that an exhaustive search has been made, or that information more material to the examination of the present application does not exist. The Examiner is specifically requested not to rely solely on the materials submitted herewith. The Examiner is requested to conduct an independent and thorough review of the documents, and to form independent opinions as to their significance.

It is requested that the information disclosed herein be made of record in this application and that the Examiner initial and return a copy of the enclosed PTO-1449 to indicate the documents have been considered.

Respectfully Submitted,

THOMAS, KAYDEN, HORSTEMEYER
& RISLEY, L.L.P.

By: _____

Jon E. Holland; Reg. No. 41,077

100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339-5948
770-933-9500

I hereby certify that this correspondence is
being deposited with the United States Postal
Service, as first class mail in an envelope
addressed to: Assistant Commissioner for
Patents, Washington, D.C.  20231, on
_____ .

_____
Signature

B-221

-2-

*#21*

| Form PTO-1449 | | | | Attorney Docket No. 050711-1030 | | Serial No. 09/163,958 | |
|---|---|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE CITATION** | | | | Applicant Jones | | | |
| *(Use several sheets if necessary)* | | | | Filing Date September 30, 1998 | | Group 3661 | |

### U.S. PATENT DOCUMENTS

| Examiner Initials | Item | Document Number | Date | Name | Class | Subclass | Filing Date If Appropriate |
|---|---|---|---|---|---|---|---|
| JLJ | A | 6,134,501 | 10/17/00 | Oumi | 701 | 209 | |
| | B | 5,068,656 | 11/26/91 | Sutherland | 340 | 989 | |
| | C | 4,804,937 | 02/14/89 | Barbiaux et al. | 340 | 52 F | |
| | D | 5,014,206 | 05/07/91 | Scribner et al. | 364 | 449 | |
| | E | 5,724,243 | 03/03/98 | Westerlage et al. | 364 | 446 | |
| | F | 4,220,946 | 09/02/80 | Henriot | 340 | 23 | |
| | G | 5,739,774 | 04/14/89 | Olandesi | 340 | 994 | |
| JLJ | H | 5,602,739 | 02/11/97 | Haagenstad et al. | 364 | 436 | |

RECEIVED

MAY 21 2001

TC 3600 MAIL ROOM

### FOREIGN PATENT DOCUMENTS

| | | Document Number | Date | Country | Class | Subclass | Translation | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### OTHER DOCUMENTS *(Including Author, Title, Date, Pertinent Pages, etc.)*

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

* EXAMINER: Initial if citation considered, whether or not citation is in conformance with MPEP § 609   Draw line through citation if not in conformance and not considered. Include copy of this form with next communication to the applicant

| EXAMINER'S SIGNATURE, J. Louis-Jacque | DATE CONSIDERED; 7/9/01 |
|---|---|

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE



MAY 2 1 2001

*petup*

## CERTIFICATE OF MAILING

I hereby certify that the below-listed are being deposited with the U.S. Postal Service as first class mail in an envelope addressed to:

**Assistant Commissioner for Patents**
**Box:**
**Washington, D.C. 20231**

on *May 18, 2001*

*Ashvne*

Carla Bridwell Stone

In re application of

FILE COPY

**Jones**                                    Art Unit: **3661**

Serial No:        **09/163,958**

Filed:             **September 30, 1998**          Docket No.: **050711-1030**

For:               **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION**
                   **SYSTEM FOR MONITORING AND REPORTING PROXIMITY**
                   **OF A VEHICLE**

The following is a list of documents enclosed:

Return Postcard
Request for Correction of Filing Receipt
Copy of Original Filing Receipt

RECEIVED

AUG 1 3 2001

TO 3600 MAIL ROOM

CorrectFilingReceipt

B-223

Our Filename: g:\05\050711\1030\correctfilingreceipt.doc



**PATENTS**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                          Art Unit:  3661

       **Jones**

Serial No:    **09/163,958**                  Docket No..  **050711-1030**

Filed:       **September 30, 1998**

For:       **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION**

           **SYSTEM FOR MONITORING AND REPORTING PROXIMITY**

           **OF A VEHICLE**

---

<u>**REQUEST FOR CORRECTION TO THE FILING RECEIPT**</u>   RECEIVED

Assistant Commissioner for Patents
Washington, D. C.  20231                 AUG 13 /99

Sir:                                   20 3600 MAIL ROOM

      Applicant hereby advises the Commissioner that certain continuing data for the
above-referenced application is not listed on the Filing Receipt.

      Therefore, Applicant hereby requests that the following data be added to the Filing
Receipt:

      Provisional Application No  60/039,925, filed on March 7, 1997;

      Application No  08/434,049, filed on May 2, 1995, now U.S. Patent No.
5,623,260, issued on April 22, 1997;

      Application No. 08/432,898, filed on May 2, 1995, now U.S. Patent No.
5,657,010, issued on August 12, 1997;

      Application No. 08/432,666, filed on May 2, 1995, now U.S. Patent No.
5,668,543, issued on September 16, 1997;

      Application No. 08/407,319, filed on March 20, 1995, now abandoned; and

      Application No. 08/063,533, filed on May 18, 1993, now U.S. Patent No
5,400,020, issued on March 21, 1995.

B-224

Applicant further requests that a Corrected Filing Receipt be issued to the undersigned attorney.

Respectfully submitted,

Jon E. Holland; Reg. No. 41,077
Attorney for Applicant

**THOMAS, KAYDEN, HORSTEMEYER
& RISLEY, L.L.P.**
100 Galleria Parkway, Suite 1750
Atlanta, Georgia 30339-5948

Date: 5/17/01
Customer No.: 24504
Docket: **050711-1030**
CorrectFilingReceipt

B-225

Page 1 of 2



## UNITED STATES PATENT AND TRADEMARK OFFICE

COMMISSIONER FOR PATENTS
UNITED STATES PATENT AND TRADEMARK OFFICE
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO./TITLE |
|---|---|---|---|
| 09/163,958 | 09/30/1998 | MARTIN KELLY JONES | 0507011030 |

**CONFIRMATION NO. 6095**

SCOTT A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1500
ATLANTA, GA 303395948

*OC000000006402710*

FILE COPY

RECEIVED

AUG 1 3 2001

TO 3600 MAIL ROOM

Date Mailed: 08/09/2001

## RESPONSE TO REQUEST CORRECTED FILING RECEIPT

### Claims, Fees, Inventors and Continuity

In response to your request for a corrected Filing Receipt, the Office is unable to comply with your request because:

☐ The total number of claims appearing on the Filing Receipt does not include multiple dependent claims. The total fee appearing on the Filing Receipt includes the cost of multiple dependent claims that were present at the time the application was filed.

☐ The filing fee is correct. It includes the surcharge under 37 CFR 1.16(e) for filing an oath/declaration or basic filing fee after the application filing date.

☐ The inventor information may be truncated if the family name consists of more than 50 characters (letters and spaces combined) and if the given name consists of more than 50 characters (letters and spaces combined). The inventor's residence allows for up to 40 characters (letters and spaces combined).

☐ The docket number allows a maximum of 25 characters

☑ Continuity claimed under 35 USC 120 cannot be added to the Filing Receipt without supplying the relationship (i.e. continuation, divisional ...).

☐ Foreign priority will appear on the Filing Receipt in the following order:
**Country, Application number, Filing date.**

☐ The person signing on behalf of the deceased inventor will be reflected on your Filing Receipt as the legal representative.

☐ The enclosed Filing Receipt was returned to the Office as undeliverable. We are sending a second filing receipt to the address given.

B-226

❏   Only one character per space is allowed. Therefore, punctuation which is usually placed above or below a letter, such as an umlaut (¨), cannot be included on the Filing Receipt.

Any corrections that may need to be done to your *Filing Receipt* should be directed to:

Assistant Commissioner for Patents
Office of Initial Patent Examination
Customer Service Center
Washington, DC 20231

*A copy of this notice __MUST__ be returned with the reply.*

Customer Service Center
Initial Patent Examination Division (703) 308-1202

PART 3 - OFFICE COPY

B-227

## Individual or semi-collective transport system with automatic call terminals

Patent Number:        FR2674355
Publication date:     1992-09-25
Inventor(s):          SERGE METZ; PATRICK LESCAILLIER
Applicant(s)::        GRP TAXI STE NOUVELLE (FR)
Requested Patent:     ☐ FR2674355
Application Number:   FR19910003436 19910321
Priority Number(s):   FR19910003436 19910321
IPC Classification:   G08G1/123
EC Classification:    G08G1/127, G07B13/00, G07B15/00B
Equivalents:

### Abstract

This system comprising: vehicles (10) provided with a transmitter-receiver terminal (11) receiving journey proposal messages (B) and sending journey acceptance messages (C); call points (20), sending journey request messages (A) and receiving information in return (D), especially information on the availability and/or the waiting time for a vehicle; and a coordinator centre (30), comprising means (31) for receiving and centralising the journey request messages and for sending back to the call points the information in return corresponding to the journey request messages received, means (33) for broadcasting the journey proposal messages to the vehicles and for receiving the journey acceptance messages sent by these vehicles as a result of the broadcast journey proposal messages, and means (31) for deriving the journey proposal messages on the basis of the journey request messages received, and the information in return on the basis of the journey acceptance messages received. According to the invention, the call points (20) are collective call terminals, situated at predetermined fixed pickup points, and each of these terminals comprises: a transmitter-receiver for digital data (22), sending the said journey request messages in digital form, in the form of a parameter for identification of the terminal, and receiving information in return in digital form; and means (24) for displaying this return information. 

Data supplied from the esp@cenet database - I2

*Part of Paper #13*

US005223844A

# United States Patent [19]

## Mansell et al.

[11]   Patent Number:     5,223,844

[45]   Date of Patent:    Jun. 29, 1993

[54] **VEHICLE TRACKING AND SECURITY SYSTEM**

[75] Inventors: John P. Mansell; William M. Riley, both of Dallas, Tex.

[73] Assignee: Auto-Trac, Inc., Dallas, Tex.

[21] Appl. No.: 870,161

[22] Filed: Apr. 17, 1992

[51] Int. Cl.⁵ .................... H04B 7/185; G01S 5/02
[52] U.S. Cl. ........................... 342/357; 342/457
[58] Field of Search ..................... 342/357, 457

[56]                    **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,688,026 | 8/1987 | Scribner et al. | |
| 4,891,650 | 1/1990 | Sheffer | 342/457 |
| 5,014,206 | 5/1991 | Scribner et al | |
| 5,032,845 | 7/1991 | Velasco | 342/457 |
| 5,043,736 | 8/1991 | Darnell et al. | 342/357 |
| 5,103,459 | 4/1992 | Gilhousen et al. | 375/1 |

### OTHER PUBLICATIONS

International Teletrac Systems, "Have an Unfair Advantage Over Car Thieves", (advertising flyer), 1990, 3 pages.

International Teletrac Systems, "How to Put Your Fleet on the Map", (advertising flyer), undated, 5 pages.

Trimble Navigation, "Fleet Vision Integrated Fleet Management System", undated, 9 pages.

Trimble Navigation (Sunnyvale, Calif. ), "StarFinder GPS Intelligent Mobile Sensor", 1991, 2 pages.

Trimble Navigation (Sunnyvale, Calif.), "StarView Tracking and Display Station", undated, 2 pages.

Chapman Security Systems, Inc. (Bensenville, Ill.), "Chapman 911CLS" Product Catalogue, undated, 4 pages.

Westinghouse (Baltimore, Md.) "Vehicle Management Systems", product catalogue, undated, 4 pages.

METS, Inc. (Indianapolis, Ind.) "Public Safety Police, Fire and Emergency Medical Services", 1989, 4 pages.

METS, Inc. (Indianapolis, Ind.) "Trucking National & Regional Fleet Control", 1989, 4 pages.

Primary Examiner—Theodore M. Blum

Attorney, Agent, or Firm—Mason, Fenwick & Lawrence

[57]                    **ABSTRACT**

The present invention provides a vehicle tracking and security system which allows immediate response in case of vehicle theft, an accident, vehicle breakdown, or other emergency. Guardian and tracking functions are provided through Mobile Units installed in hidden locations in vehicles to be monitored. The Mobile Units communicate with a Control Center. Preferably, the Mobile Unit provides vehicle theft and intrusion protection using an in-vehicle alarm and security system linked to the Control Center by a transceiver in the Mobile Unit. Also, a keypad or other human interface device is provided, allowing a vehicle driver or occupant to signal the Control Center that a particular type of assistance is needed. The vehicle's location may be automatically transmitted to the Control Center along with any automatic alarm signal or manually entered request, the location being precisely determinable anywhere in the world through use of Global Positioning System (GPS) information. The present invention provides continuous monitoring of a large number of vehicles for a broad range of status and emergency conditions over a virtually unlimited geographic area, also allowing manual communication of requests for assistance to that specific location. Advantageously, the system is implemented using existing commercial or police communications equipment.

11 Claims, 20 Drawing Sheets





ED STATES DEPARTMENT OF COMMERCE
..nt and Trademar' .fice
Address: ASSISTANT COMMISSIONER FOR PATENTS
Washington, D.C. 20231

| APPLICATION NO./ CONTROL NO. | FILING DATE | FIRST NAMED INVENTOR / PATENT IN REEXAMINATION | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09716.3.958 | 09730798 | JONES | M | 0507011030 |

PM51/0710

| EXAMINER |
|---|
| LOUIS JACQUES.J |

| ART UNIT | PAPER |
|---|---|
| 3661 | 22 |

SCOTT A. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER & RISLEY
100 GALLERIA PARKWAY NW
SUITE 1500
ATLANTA GA 30339-5948

DATE MAILED:   07/10/01

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

The "Request to consider Information Disclosure Statement" filed on May 18, 2001 has been noted and considered. Upon reviewing the file, it is noted that the IDS filed on February 14, 2001 has been filed within three months of a first office on the merits and prior to the mailing of the notice of allowance. Therefore, it is not believed that a statement under 37 CFR 1.97(e) and the fee set forth in 37 CFR 1.17(p) are required. Accordingly, the IDS has been considered and an initialed PTO form 1449 is attached herewith.

Jacques H. Louis-Jacques
Primary Examiner
Art Unit: 3661

B-230



# EXHIBIT / ATTACHMENT

## C

**(To be scanned in place of tab)**

| Date Entered or Counted | | CONTENTS | Date Received or Mailed |
|---|---|---|---|



1. Application _____ papers.
2. _Supp DOS_ — April 24, 1998
3. _Pre Amdt B_ — Mar 17, 1998
4. _Sub Spec B (Nel)_ — March 17, 1998
5. _Pre Amdt C_ — May 15, 1998
6. _Supp DS_ — July 14, 1998
7. _Supp IDS_ — July 15, 1998
8. _Election BM_ — SEP 2 1998
9. _Non Act'n_ — 12/21/98
10. _Amdt & 2-2-99 Response_ — 2/8/99
11. _Reg. Ext. 2mos_ — 2/8/99
12. _Terminal Disclaimer A.C.: B.D. (Appeal)_ — 2/8/99
13. _Loss of Entitlement_ — 2/8/99
14. _Decl_ — 2/8/99
15. _Final Rej (3mos)_ — 3/8 — 3/2/99
16. _Amdt E_ — 4-12-99
17. _Advisory Action_ — 4/28 — 4-21-99
18. _Amdt (final) W/att_ — 6/11/99
19. _Advisory Action_ — 6/7 — 10/18/99
20. _Activ'y Appeal_ — 6-14-99
21. _Advisory Action_ — 6/25 — 6-28-99
22. _Request (P.9)_ — 7-15-99
23. _Declaration_ — 7-15-99
24. _Advisory Action_ — 7/27 — 7-27-99
25. _Ext of Time (2)_ — 9-7-99
26. _Request (P.9)_ — 9-7-99
27. _Advisory Action_ — 9/10 — 9-10-99
28. _Ext of Time (2)_ — 9-10-99
29. _Appeal Brief_ — 9-10-99
30. _Examiner Ans..._ — 10-29 — 10-29-99

| APPLICATION NO. | CONT/PRIOR | CLASS | SUBCLASS | ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 09/959119 | | 707 | 3.01 | 3661 | 715- JACGUES |

**APPLICANTS**

HARTZ KELLY FRUTZ

**TITLE** ADVANCED NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK

**CONTINUING DATA**
VERIFIED    NONE
JCJ

PTO-2040
12/99

PAT: 5,6-7
5,668,543
5,400,020
5,623,260

**FOREIGN/PCT APPLICATIONS**
VERIFIED
JCJ    NONE

NOTE OF DISCLAIMER
The term of this patent shall not extend
beyond the expiration date
of Pat. No. 5,400,020
5,623,260
5,657,010
5,668,543

FOREIGN FILING LICENSE GRANTED 09/30/97       ***** SMALL ENTITY *****

| Foreign priority claimed 35 USC 119 conditions met | ☐ yes ☑ no ☐ yes ☑ no | AS FILED ➡ | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| Verified and Acknowledged    Examiner's initials | | | GA | 44 | 26 | 3 | $451.00 | 507011026 |

**ADDRESS**
SCOTT G HORSTEMEYER
THOMAS KAYDEN
HORSTEMEYER & RISLEY     SUITE 1500
100 GALLERIA PARKWAY N W
ATLANTA GA 30339

**TITLE** ADVANCED NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|
| **NOTICE OF ALLOWANCE MAILED** | | **CLAIMS ALLOWED** |
| | | Total Claims | Print Claim |
| | Assistant Examiner | |
| **ISSUE FEE** | | **DRAWING** |
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | | | | |

FORM PTO-1267   U.S. Department of Commerce
(Rev. 11-92)     Patent and Trademark Office
**DISCLAIMER LABEL**

Primary Examiner

| ISSUE BATCH NUMBER | C-2 |

**PREPARED FOR ISSUE**

Application No.
08/852,119
A terminal disclaimer has been entered and

WARNING:   The information disclosed herein may be restricted.  Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.  Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

35. CFF                          3-5-01
36. LW                           8-13-01
37.                              11-14-01
38.
39.
40.
41.
42.
43.
44.
45.

## SEARCH

| Class | Sub. | |
|-------|------|---|
| 701 | 117 | |
| | 23 | |
| | 24 | |
| 340 | 990 | |
| | 991 | |
| | 994 | |
| | 300 | |
| | 988 | |
| | 993 | |
| 342 | 352 | |
| | 357 | |
| | 457 | |
| 455 | 457 | |
| | 456 | |
| | 461 | |
| | 411 | |
| | 403 | |
| 711 | 109 | |

### SEARCH NOTES

| | Date | Exmr. |
|---|------|-------|
| APS | 8/7/98 | JCJ |
| | 8/28/98 | JCJ |

### INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| | | | |

C-3

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | 17 | |
| EXAMINER | 65373 | |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

| Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | ✓ | | A | | | | |
| | 2 | | | | | | | |
| | 3 | | | | | | | |
| | 4 | | | | | | | |
| | 5 | | | | | | | |
| | 6 | | | | | | | |
| | 7 | | | | | | | |
| | 8 | | | | | | | |
| | 9 | | | | | | | |
| | 10 | | | | | | | |
| | 11 | | | | | | | |
| | 12 | | | | | | | |
| | 13 | | | | | | | |
| | 14 | | | | | | | |
| | 15 | | | | | | | |
| | 16 | | | | | | | |
| | 17 | | | | | | | |
| | 18 | | | | | | | |
| | 19 | | | | | | | |
| | 20 | | | | | | | |
| | 21 | ✓ | ✓ | A | | | | |
| | 22 | | | | | | | |
| | 23 | ✓ | ✓ | A | | | | |
| | 24 | | | | | | | |
| | 25 | | | | | | | |
| | 26 | | | | | | | |
| | 27 | | | | | | | |
| | 28 | | | | | | | |
| | 29 | | | | | | | |
| | 30 | | | | | | | |
| | 31 | | | | | | | |
| | 32 | | | | | | | |
| | 33 | | | | | | | |
| | 34 | | | | | | | |
| | 35 | | | | | | | |
| | 36 | | | | | | | |
| | 37 | | | | | | | |
| | 38 | | | | | | | |
| | 39 | | | | | | | |
| | 40 | | | | | | | |
| | 41 | | | | | | | |
| | 42 | | | | | | | |
| | 43 | | | | | | | |
| | 44 | | | | | | | |

SYMBOLS
✓ ............................. Rejected
= ............................. Allowed
– (Through numeral) ... Canceled
N ............................. Restricted
N ............................. Non-elected
I ............................. Interference
A ............................. Appeal
O ............................. Objected

| Final | Original | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 51 | | | | | | | |
| | 52 | | | | | | | |
| | 53 | | | | | | | |
| | 54 | | | | | | | |
| | 55 | | | | | | | |
| | 56 | | | | | | | |
| | 57 | | | | | | | |
| | 58 | | | | | | | |
| | 59 | | | | | | | |
| | 60 | | | | | | | |
| | 61 | | | | | | | |
| | 62 | | | | | | | |
| | 63 | | | | | | | |
| | 64 | | | | | | | |
| | 65 | | | | | | | |
| | 66 | | | | | | | |
| | 67 | | | | | | | |
| | 68 | | | | | | | |
| | 69 | | | | | | | |
| | 70 | | | | | | | |
| | 71 | | | | | | | |
| | 72 | | | | | | | |
| | 73 | | | | | | | |
| | 74 | | | | | | | |
| | 75 | | | | | | | |
| | 76 | | | | | | | |
| | 77 | | | | | | | |
| | 78 | | | | | | | |
| | 79 | | | | | | | |
| | 80 | | | | | | | |
| | 81 | | | | | | | |
| | 82 | | | | | | | |
| | 83 | | | | | | | |
| | 84 | | | | | | | |
| | 85 | | | | | | | |
| | 86 | | | | | | | |
| | 87 | | | | | | | |
| | 88 | | | | | | | |
| | 89 | | | | | | | |
| | 90 | | | | | | | |
| | 91 | | | | | | | |
| | 92 | | | | | | | |
| | 93 | | | | | | | |
| | 94 | | | | | | | |

## EXAMINER'S DISPOSITION OF APPEAL

| To: | From: |
|---|---|
| Clerk, Board of Appeals | Group Art Unit _____ |

▸ **GROUP:** Please detach and forward to Board of Appeals promptly, but ONLY if the appeal is suspended or no longer pending.

The Examiner has:

◻ 1. Withdrawn the final rejection and
  ◻ a. allowed all the claims
  ◻ b. made a new rejection and reopened the prosecution
  ◻ c. other

◻ 2. Maintained the final rejection, but has
  ◻ a. instituted an interference which cannot proceed concurrently with the appeal (Note M.P.E.P. 1205)
  ◻ b. other

◻ 3. The application is now abandoned.

_____ 
(Date signed)

_____ 
(Signed)

## SEARCH NOTES

| | | | | | Date | Exmr. |
|---|---|---|---|---|---|---|
| | 457 | | | | | |
| 455 | 457 | | | APS | 8/7/98 | JCJ |
| | 456 | | | | 8/28/98 | JCJ |
| | 461 | | | | | |
| | 411 | | | | | |
| | 403 | | | | | |
| 711 | 109.* | | | | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| | | | |

C-5

1



PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

06/11/1997 TWILLIAM 00000023 08852119
01 FC:201                    385.00 OP
02 FC:203                     66.00 OP

C-7

PTO-1556
(5/87)

$451 - 21$ 

# THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.

ATTORNEYS AT LAW

GEORGE M. THOMAS
JAMES W. KAYDEN
SCOTT A. HORSTEMEYER
STEPHEN R. RISLEY
JEFFREY R. KUESTER

COLLEN A. BEARD
DANIEL J. SANTOS
DANIEL R. McCLURE
ROBERT E. STACHLER II*
J. SCOTT CULPEPPER
MICHAEL J. TEMPEL
MICHAEL J. D'AURELIO*
DAVID R. RISLEY*
DAN R. GRESHAM

*OTHER BARS ONLY

INTERNATIONAL PATENT, TRADEMARK AND COPYRIGHT LAW
AND RELATED LITIGATION

Suite 1500
100 Galleria Parkway, N.W.

**Atlanta, Georgia 30339-5948**
**U.S.A.**

DAVID P. KELLEY*
OF COUNSEL
SANFORD J. ASMAN
OF COUNSEL
PETER V. D. WILDE*
OF COUNSEL, VA OFFICE

JOHN A. SAVIO III
PATENT AGENT ONLY
BETHEW B. JENNINGS III
TECHNICAL ADVISOR ONLY
JON E. HOLLAND
TECHNICAL ADVISOR ONLY

Tel: 770-933-9500
Fax: 770-951-0933
e-mail: office@tkhr.com
www: http://www.tkhr.com

May 6, 1997

The Honorable Commissioner
of Patents and Trademarks
Box: Patent Application
Washington, D.C. 20231

RE:  U.S. Utility Patent Application
Title:  **Advanced Notification Systems and Methods Utilizing a Computer Network**
Inventors: *Martin Kelly Jones*
Our File No.: 50701-1026

Sir:

The following documents are forwarded herewith for appropriate action by the U.S. Patent and Trademark Office:

1.  U.S. Utility Patent Application consisting of:

    56 Pages of Specification
    5 Pages of Claims
    1 Page of Abstract
    44 Pages of Formal Drawings;

2.  Combined Declaration and Power of Attorney and Added Pages to Combined Declaration and Power of Attorney for Divisional, Continuation or CIP Application;

3.  Assignment and Assignment Cover Sheet;

4.  Verified *Statement Claiming Small* Entity Status - Small Business Concern

5.  Check in the amount of $491.00; and

6.  Return postcard.

C- 8

Assistant Commissioner for Patents        THOMAS, KAYDEN, HORSTEMEYER & RISLEY
May 6, 1997
Page Two


    The Commissioner is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 20-0778.  A duplicate copy of this letter is enclosed.

               Very truly yours,

               **THOMAS, KAYDEN, HORSTEMEYER,**
               **& RISLEY, L.L.P.**

               Scott A. Horstemeyer

SAH/jlc               Registration No. 34,183
Enclosures

C-9

## ADVANCE NOTIFICATION SYSTEMS AND METHODS
## UTILIZING A COMPUTER NETWORK

5         This document is a continuation of and claims priority to the following copending U.S. applications:

(a) provisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A COMPUTER NETWORK," filed March 7, 1997 by M. K. Jones and assigned serial no. To Be Assigned (Atty. Docket No. 50701-8010);

10        (b) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD," filed May 2, 1995 by M. K. Jones and assigned serial no. 08/434,049;

(c) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT
15        GENERATOR," filed May 2, 1995 by M. K. Jones and assigned serial no. 08/432,898; and

(d) nonprovisional application entitled, "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING REPORT
20        GENERATOR," filed May 2, 1995 by M. K. Jones and assigned serial no. 08/432,666;

where documents (b), (c), and (d) are each a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING, " filed March 20, 1995 by M. K.
25        Jones and assigned serial no. 08/407,319, now abandoned, which in turn is a continuation-in-part of an application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by M. K. Jones et al. and assigned serial no. 08/063,533, now U.S. Patent No. 5,400,020 to M. K. Jones et al. that issued on March 21, 1995.

C-10

1

## FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to advance notification systems and methods for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel, or user walking or riding, to or at a particular stop.

## BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people to know of the approximate arrival time of a particular vehicle, the distance of a particular vehicle approaching, when a vehicle crosses particular location points, and when a particular vehicle is leaving its last stop, all shortly before the vehicle is to arrive at a particular destination. With such information, passengers, users, and companies can adjust their schedules accordingly and avoid having to wait on a particular vehicle to reach a particular destination. For example, a user having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time (information which is oftentimes unavailable) or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example includes a user walking and carrying a device such as a mobile phone or communication device with a location device, such as global positioning system (GPS) receiver, connected for sending location information to a control unit. This control unit can broadcast a user impending arrival time, distance to be traveled before arriving, specific location points and/or the time when leaving their last stop. This information may be broadcast to an employer, spouse, parent, or other user, when the vehicle/user reaches a predetermined location.

Another example involves school children that ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at substantially different times from one day to the next. The reason is that school buses are not always the best-maintained vehicles on the roads, frequently operate during rush-hour traffic, and must contend with congested urban/suburban conditions. As a

result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, and/or even dark, such conditions can be unhealthy and unsafe for children.

5      Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule.

It is desirable to notify a user at a delivery stop for better customer preparation as the vehicle approaches. By the customer becoming better prepared and a delivery driver being able to deliver more packages per day, an overnight package delivery company can increase profits by requiring fewer vehicles to deliver more packages in a business day. Additionally, individuals already try to project the arrival of a vehicle or package by online package tracking services provided by commercial delivery companies, such as the United Parcel Service (UPS), Federal Express (FED-X), and others. Although traditional methods used in determining when a vehicle is to arrive at a stop is effective in some cases, a more precise method using a pre-warning message can be more helpful in providing accurate information. Currently, such vehicles, in order to ensure being able to deliver all packages in the same day, keep loads at a lower capacity and often predetermine the need for excessive waiting times at a percentage of vehicle stops when customers react slowly to their arrival.

Thus, generally, it would be desirable for a user to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of miles or height) away from the destination, or (c) at a particular location among a set of location points, so that the user can adjust his/her schedule and avoid arriving too early or too late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Patent No. 4,713,661 to Boone et al. and U.S. Patent No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to notify the student that

2

his/her school bus is nearby.  While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

## SUMMARY OF THE INVENTION

Briefly described, the present invention provides for advance notification systems and methods for notifying a user of an impending arrival of a vehicle as the vehicle approaches a particular stop. Notification of a vehicle arrival may be in the form of, but not limited to, predefined locations, predefined times, and/or predefined distances, and may occur when the vehicle is leaving its last stop before approaching the particular stop. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with a user computer, pager, television, and/or telephone.

The VCU includes different types of configurations, based on the system application. In a first system configuration a vehicle control unit includes a vehicle communication mechanism controlled by the vehicle control mechanism, a global positioning system (GPS) location device or package delivery indicator for determining actual vehicle positioning, and, optionally, one or more input devices, *e.g.*, a bar code scanner, hand held remote data entry device, or switches (such as buttons) that may be operated by the vehicle driver, for the purpose of relaying messages to the BSCU. The control mechanism is adapted to initiate or receive data communications utilizing the vehicle communication mechanism when the vehicle location and/or package delivery information needs to be uploaded to the BSCU. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

In a second system configuration, the vehicle control unit includes a vehicle communication mechanism controlled by the vehicle control mechanism, and/or

C-13

sensors (*e.g.*, global positioning system receiver, door opening, package delivery indicator, ignition switch input, etc.) which convey to the vehicle communication mechanism their vehicle sensor information for determining location.

5      In a third system configuration, the vehicle control mechanism and sensors include the packages and delivery list for signaling to the vehicle communication mechanism and the vehicles' stops. The BSCU determines each stop address and/or time of last delivery for the timing of each message to the user computer address.

The control mechanism is adapted to initiate communication utilizing the vehicle communication mechanism when the time elapsed and/or traveled distance of the vehicle at any of the particular positions is either ahead of or behind the scheduled time and/or on a regular basis and/or when a delivery is made, and/or when polled by the BSCU. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone's voice or data channels, radio frequency (RF) transceiver, or other suitable device.

15     The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the vehicle identification and location information and/or delivery information from the VCU. The base station control mechanism may be configured to store vehicle location, compare locations and/or deliveries with a mapping data base, compare user definable requests for advance notification of the vehicle's impending arrival, and send information to users' computers, pagers, televisions, and/or telephones for the advance arrival of a vehicle. Additionally, one or more functions of the BSCU internal modules/components may be linked to remote sites, such as a user computer. In one BSCU configuration, a user wishing to be notified of the impending arrival of a vehicle may share some or all part/s of the BSCU operation with software running on a user computer. In this example the user computer equipped with advance notification software may have the control mechanism for comparing locations with a mapping database, comparing user definable requests for advance notification of the vehicle's impending arrival and the ability to receive vehicle locations, deliveries from a vehicle, BSCU collecting vehicle location and/or delivery information. The

C-14

5

computer messages to be displayed with or without audio before the vehicle arrives on a user computer is achieved from networking software and/or advance notification software on the computer network or a user computer. Moreover, when the configuration is set-up on a person's computer, the computer can activate paging
5    to a pager and telephone calls to other locations with a modem and software for forwarding messages. The preferred mechanism for displaying the arrival of the vehicle at a particular stop location is a remote BSCU sending messages to a user computer over a computer network with or without additional advance notification software, a user computer with advance notification software and receiving vehicle
10   location/delivery information from a vehicle or remote BSCU storing vehicle location information. In the preferred embodiment, the base station communication mechanism is a modem communication device, such as a telephone, RF, cable modem, or combination thereof, for communicating with the vehicle communication mechanism and also comprises at least one telephone modem, RF modem, or cable
15   modem for sending information to users' computers, receiving information from a BSCU with vehicle location information and/or a computer network for linking BSCU mechanisms over a network to a user computer. Additionally, connecting a television to a user's computer and the user's computer operating software / hardware for displaying images onto a person's television screen when a vehicle is
20   approaching. This type of display is accomplished in many different methods including, over existing programming, similar to on screen programming / remote control commands displays.

The advance notification message is to advise a user of the impending arrival of the vehicle. Preferably, a computer can exhibit a distinctive video and sound so
25   that the message recipient will be informed of the arrival of a vehicle. A user computer may exhibit a display on the monitor or attached television of a video and/or sound, so that the recipient may be notified of the vehicle time of arrival, distance before arriving, particular location, and/or its last stop, all of which are predefined by the user, passenger, or service provider.

30          In accordance with a significant feature of the present invention, the computer network is used to advise users of a vehicle's impending arrival. Moreover, a user computer may display an impending time of arrival, distance to be

traveled before arriving and the vehicle's actual location on a map when the vehicle reaches a predetermined location.

It should be emphasized that while the present invention is particularly suited for commercial overnight delivery applications, there are many other

5    applications. As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, fishing vessels, other transportation vehicles, delivery vehicles, and individuals carrying location devices and/or delivery sensors and/or other sensors for determining location by a remote computer for advance notification messaging.

10    Other features and advantages of the present invention will become apparent from the following drawings. All such additional objects, features, and advantages are intended to be included herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

15    The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention. Moreover, like reference numerals designate corresponding parts throughout the several views.

20    Fig. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a vehicle control unit (VCU) in communication with a base station control unit (BSCU), which is in turn in communication with a customer computer and/or computer address, the customer

25    computer then offers a video and/or audio display.

Fig. 2 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a VCU in communication with a BSCU, which is in turn in communication with a customer computer and/or

30    computer address, a customer's business or home telephone, a customer's mobile phone, a customer's wireless pager, and a customer's television, these devices offer

C-16

7

an improved method for notifying a person of the impending arrival of people or vehicles.

Fig. 3 is a high level flow chart diagram of the advance notification system of the present invention as applied to a delivery truck system, as indicated in this diagram, the advance notification system generally comprises a vehicle monitoring process for determining the location of vehicle's remotely, a messaging component for sending electronic messages when a vehicle reaches a predetermined point prior to the arrival at a person's stop, and a person's computer connected to a network (e.g., Internet) for receiving and displaying an impending arrival message.

Fig. 4 is a high level flow chart diagram for determining when to use a second method of sending an impending arrival message to a person. This diagram shows how a telephone call can be activated first and if unsuccessful, determined by the retry attempts in this diagram, secondly sends a computer message. Asking an individual receiving an electronic message to respond could reverse this and if no response was received back, a telephone call to the person would be made. Also worth noting, the messaging method to an individual could always be one, both, or others.

Fig. 5 is a high level flow chart diagram of different messaging options. While one method is suitable for some people, two or more different type messaging methods are more likely to be effective for others. The diagrams show the options for receiving impending arrival messages as a message to a computer address, a telephone call with a message (if answered), a message on a pager, and a message to a person's television address.

Fig. 6 is a high level flow chart diagram for activating an impending arrival message when electronic mail (E-Mail) is received on a person's computer or at a person's computer address. An impending arrival message in the form of an electronic message or more commonly known as E-Mail, activates additional software, setup with user preferences, for tailored audio announcements and video displays.

Fig. 7 is a high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual module configurations. Additionally, this configuration is a

C-17

8

simple diagram of an advance notification system, designed to send a user's computer address a message when a vehicle is approaching and also used as an overview of Fig. 1.

Fig. 8 is another high level modular diagram of the overall operation of the
5    advance notification system described as system configuration and necessary to show the differences of individual modular configurations. Additionally, this configuration is a simple diagram of an advance notification system, designed to send a user computer vehicle location information only, for the user computer to determine when to notify the user and send a message to the computer screen and
10   also by audio means, when a vehicle is approaching.

Fig. 9 is another high level modular diagram of the overall operation of the advance notification system described as system configuration and necessary to show the differences of individual modular configuration preferences of different systems. Additionally, this configuration is a simple diagram of an advance
15   notification system, designed to send a message about the next stop to a users computer as the last delivery (prior to the impending stop) is made and thus notify the user via a message on a computer screen and audio means, when a vehicle is approaching.

Fig. 10 is another high level modular diagram of the overall operation of the
20   advance notification system described as system configurations and necessary to show the differences of individual modular configuration preferences of each system. Additionally, this configuration is a simple diagram of an advance notification system, designed to determine a vehicle location by a stop, or delivery at a particular location, without GPS or normal location devices on the vehicle. This system
25   determines vehicle location from a delivery list and acknowledgment of each delivery to the BSCU. The address and distance to the next stop is determined by routing software, mapping software, past records of travel, and actual traffic data systems, compared in the BSCU to determine time, distance, and actual vehicle location prior to a user stop. The ability to notify a user computer as the pre-selected advance
30   notification preferences are activated allows the system to notify the user of a message on a computer screen and/or by audio means when a vehicle is

approaching. Other combinations of the configurations (Fig. 7 through Fig. 10) are used based on application, business, and customer needs.

Fig. 11 is a high-level schematic circuit diagram of the VCU. The VCU is designed to be a compact unit with a generally rectangular housing that is mounted preferably on or in front of the dashboard of the vehicle in view of and within reach of the vehicle driver. In the housing, the microprocessor controller is interfaced with the transceiver by a transceiver jack (preferably a conventional 8-conductor telephone jack when transceiver is a mobile telephone), and the transceiver includes an antenna for transmitting and/or receiving signals to and from the BSCU. Further, the VCU includes a liquid crystal display (LCD) module disposed for external viewing of the display by the driver and for providing information to the driver, as described previously.

Fig. 12 is a low level block diagram of the VCU of Fig 11.

Fig. 13 is a flow chart of a vehicle control process for the VCU and BSCU.

Figs. 14 is an example of a route list after calculations have determined the route stop order and the time between stops. The left side shows GPS longitude/latitude coordinates and estimated time between stops that is maintained in the VCU database, while the right side shows the mailing address and stop number to be displayed on an LCD.

Fig. 15 is a diagram showing how to determine route stop timing events with past route averages and actual live inputs from VCU's for a combined calculation for better estimations of a vehicle actual location between communication updates and improved accuracy of impending arrival messages.

Fig. 16 is a diagram of an event schedule for sequencing and activating of impending arrival messages from predetermined locations, time before arrival and distance before arrival of a particular vehicle.

Fig. 17 is an example diagram of a messaging event sequence when sending messages to users before the vehicle arrives. Moreover, it shows an update message used when a particular vehicle is delayed. The update message is used when a person is notified and waiting on a vehicle to arrive, but the vehicle is delayed after passing the activation point for sending the first message.

C-19

Fig. 18 is a flow chart of when a second or third message is used and how the BSCU determines the activation of these messages.

Fig. 19 is a diagram of an example of a method for determining vehicle location without the vehicle being equipped with a location device, such as a GPS, or 5 other devices used for odometer/distance reading device, *etc.*, in an advance notification system. This flow chart diagram illustrates a method for determining vehicle location from a delivery list, actual delivery or attempt to deliver notices and route determining software in the BSCU and/or a user computer. The route and/or mapping software determines the vehicle path (roads) to the next stop and then 10 calculates the distance from mapping software. Furthermore, the vehicle location is associated with time for determining a moving vehicle location. This vehicle location/time is calculated from past route data, mapping software of speed limits, stops signs, red lights, *etc.* and/or traffic monitoring systems with sensors normally located along the roadside. It also provides an inexpensive means for determining a 15 vehicle time, distance, and/or location away from a home or business for activating an advance notification message of an impending arrival of a vehicle from different user preferences.

Fig. 20 is a flow chart of a simple and low cost advance notification system for notifying users of the impending arrival of a particular vehicle, when the vehicle 20 leaves it's last (prior) stop, and on it's way to the user's stop.

Fig. 21 is a high level flow chart for determining the reliability of a vehicle's location without constant communication. A vehicle's location determining factor (VLDF) is calculated by the BSCU from past route averages, including roads/streets, time of day, vehicle driver, day of week, week of year (holidays normally take more 25 time), and averaged for a particular route, time, and day.

Fig. 22 is a diagram of an example of the communication flow of an advance notification system using a computer network. The BSCU is equipped with a computer network site for interfacing and displaying information on a person's computer for setting up and starting the advance notification service. Additionally 30 shown is how the personal preferences are processed and impending arrival messages are activated when the vehicle's location matches the personal preferences.

C-20

11

Fig. 23 is a high level flow chart for determining when to use a cycle communication protocol. This chart discloses one method for lowering communication while a vehicle is in route for an advance notification system.

Fig. 24 is a high level flow chart for showing the methods for determining when to program a VCU with cycle communication before a route starts.

Fig. 25 is a high level flow chart of a user computer equipped with software for displaying audio and video, and moreover, the user preferences for playing audio messages and / or video displays when impending arrival messages are received.

Fig. 26 is a diagram and example for accessing and receiving advance notification information when accessing an Internet or computer site page.

Fig. 27 is a table used for determining activation points for impending arrival messages. The roads and locations are normally taken from past records and mapping software for placing a user's request at particular location points associated with a distance, time, or other location activation areas for starting an impending arrival message.

Fig. 28 is a graphic of a map showing impending arrival activation points when a user request is compared with distance, time, or locations, for activating an impending arrival message/s.

Fig. 29 through 39 is diagrams of user preferences and on-screen displays of the advance notification system, as a user is connected over a computer network and/or is operating proprietary software.

Fig. 29 is a diagram and example of an on-screen display of a user connecting to a internet computer site / location. To sign-up for the advance notification service a user has the ability to download the software for additional displays and audio options or to signup on-line through a computer connection.

Fig. 30 is a diagram and example of an on-screen display for entering the users home or business address, telephone number, and computer address (not shown). It would also be obvious to enter pager numbers, mobile phone numbers, cable television box identification numbers and other communication hardware addresses that would notify the user of an impending arrival of a vehicle, when the vehicle reaches a predefined location, time, prior stop, or distance.

C-21

Fig. 31 is a diagram and example of an on-screen display for showing the user location on a map and how the location is confirmed by the user.

Fig. 32 is a diagram and example of an on-screen display for providing the user with a choice of different type notification messages based on the type or category of selected vehicles. This allows (if optioned) the user, as an example, to receive an impending arrival message from a school bus when the school bus is five minutes away and an impending arrival message from a delivery truck when the vehicle is two miles away.

Fig. 33 is a diagram and example of an on-screen display of user options for being notified when a vehicle is at a predetermined time, distance, or particular location. This screen is not shown when a vehicle or company predefines when an impending arrival message is sent.

Fig. 34 is a diagram and example of an on-screen display for adjusting the amount of time before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (Fig. 28).

Fig. 35 is a diagram and example of an on-screen display for adjusting the amount of distance before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (Fig. 28)

Fig. 36 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a circle perimeter around a stop or location. The activation points are at the outside areas of the circle and matching road/street addresses.

Fig. 37 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a grid perimeter around a stop or location. The activation points are at the outside areas of the grid area/s and matching road/street addresses.

Fig. 38 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a perimeter around a stop or location by placing street markers onto a map roads and streets. The activation points are the street markers located at the

C-22

13

road/street addresses. Additionally, (not shown) all roads / street markers should close a perimeter around a users home or business.

Fig. 39 is a diagram and example of an on-screen display for user options and needed for selecting methods of receiving impending arrival messages over a computer network to a user computer and / or ringing a user telephone. Although not shown in this configuration and illustration, other messaging methods, such as a personal pager, a mobile phone, a cable television box, or other communication devices could be used to notify a user when a vehicle reaches a predetermined location, time, prior stop, or distance, and therefore could be added to Fig. 39.

Fig. 40 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's next stop in a text format for the driver. This text format could be changed to show a map with highlighted roads to the next stop or actual directions (not shown).

Fig. 41 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order and the next stop / delivery to be made, as highlighted.

Fig. 42 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop / delivery to be made, and a stop that has been moved (lower highlighted area with (M) on left side) from an earlier route stop, as previously indicated in Fig. 41.

Fig. 43 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop / delivery to be made, and a stop that has been rescheduled from an attempted delivery (lower highlighted area with (AR) on left side) from an earlier route stop.

Fig. 44 is a diagram and example of a vehicle control unit (VCU) and a flow chart showing a method for determining when the route list is completed and sending additional information to the VCU display for the driver to return to a loading area, as an example.

C-23

14

Fig. 45 is a flow chart diagram of a personal computer operating advance notification software and communicating with the BSCU for actual vehicles, and said vehicles' related information, that are approaching their stop. Additionally, this configuration is another example for operating software on a person's computer, for 5 activating an impending arrival message to the user, when a vehicle is approaching.

Fig. 46 is a high level flow chart diagram of a BSCU and control process when the BSCU initializes, activates, and sends impending arrival messages, as opposed to Fig. 47, when the BSCU is not used for sending impending arrival messages, but vehicle location information to a computer equipped with advance 10 notification software.

Fig. 47 is a high level flow chart diagram of a BSCU and control process, when the BSCU sends vehicle location information to remote computers, for activation of impending arrival messages on user computers.

Fig. 48 is a high level flow chart diagram of the initialization process between 15 the VCU and The BSCU. Additionally, this illustration shows a configuration for the BSCU to configure the VCU clock and the communication method.

Fig. 49 is an example and diagram of a computer screen connected by software/hardware to an internet service provider and receiving an vehicle's impending arrival message in the form of E-Mail or electronic mail.

20 Fig. 50 is a high level flow chart diagram of a method for receiving impending arrival messages through a satellite television link or cable television link, and displaying the impending arrival information on a person's television.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

25 The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within 30 the scope of the present invention, as set forth and defined in the claims.

C-24

15

### 1. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; Fig. 1 is a schematic diagram of the advance notification system 10 of the present invention, as
5    configured to operate for example, but not limited to, a delivery truck system.

The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of user computers 29 and / or additional communication devices 36x. As configured in the delivery truck system 10, a VCU 12 is installed in each of a
10   plurality of delivery trucks 19, all of which communicate with the BSCU 14. Moreover, the BSCU 14 communicates with the computers 29 and / or a person's telephone 36b, a person's pager 36e, a person's mobile phone 36c or a person's television 36d, at one or more locations 36x (Fig. 2), in the present example of an application.

15               A. Vehicle Control Unit

The VCU 12 will now be described with reference to Figs.1, 11, and 12. Referring first to Fig. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The
20   microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU 14. Examples of suitable wireless communication devices include a mobile telephone (*e.g.*, cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic
25   frequency range, perhaps the radio frequency (RF) range. In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

30        The microprocessor controller 16 is electrically interfaced with a system menu switch 21, an attempt to deliver switch 22, a reschedule stop switch 23, a

C-25

clock 24, and GPS location device sensor 25. Generally, vehicle tracking is accomplished by monitoring the control switches 21-23, the GPS location sensor 25, the power (35) to the controller 16, and a onboard package inventory and delivery database (Fig. 11). Additionally, existing switches, such as door, seat, placing the

5  vehicle in drive, and/or driver held package-tracking devices 20 may also be used or added to existing switches. It is recommended that all of the foregoing features be employed to provide redundant checking and control of communication. More specifically, the system menu switch 21 includes options for route starting and resetting, driver responses to messages sent from the BSCU, suspended operation

10  (lunch, breaks, etc.), emergency activation, etc. The system menu switch 21 operates by scrolling upward and downward through options and selecting by pressing left or right on the control knob. Special events also are programmed to occur throughout a normal day of operation such as, on screen displays to the driver and driver prompts to enter a response "are you starting your route?" or "when are you breaking for

15  lunch, after this stop?" or "stop 115 3rd street has responded to message and is available to receive a package or not available for delivery". Would you like to reschedule this delivery for today?" etc. The attempt to deliver switch 22 can be actuated by the driver upon reaching a user stop and finding no one available to sign for and/or receive a package, in order to inform the VCU 12 that a stop has

20  been made and the package is still on board, the details of which will be further described hereinafter. The driver at a stop can actuate the reschedule stop switch 23 if the driver is planning to revisit the stop in the same day, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory should be updated. In essence, the attempt to

25  deliver switch 22 and the reschedule stop switch 23 cause the stop designation to be rescheduled for a second time in a day or for the following day. The actual displayed information on the display module 33 is acceptance of input and further instructions, normally when the reschedule stop switch is activated. Additional options include the placement of the stop to be rescheduled within the upcoming stops in that day.

30  The stored driver choices in the VCU 12 from the attempt to deliver and/or the reschedule stop switch/s, are sent to the BSCU respectively. Additional menu options 21 can be added to the VCU in the form of buttons, as shown in Fig. 40.

The VCU 12 can be configured so that the operation of the system menu switch 21, the attempt to deliver switch 22, and the reschedule stop switch 23 are purely optional. In this configuration, the location sensor 25 automatically accomplishes the aforementioned functions of the switches 21-23. However, in a simple configuration the delivery driver has no user functions and the VCU sends package, delivery, and time information only to the BSCU (Fig. 19 and 20). The range of configurations is provided for the types of deliveries and nature of a company and its packages or cargo. As an example, a furniture delivery company only delivers a limited number of packages per day. Most delivery times (on location) for furniture is unpredictable and, therefore, advanced features needed for quicker and more frequent stops are not needed.

However, in one of the simplest configuration, the delivery driver has no user functions and the VCU is not equipped with a location-determining device. The VCU is equipped with a package sensor only, and the package sensor sends signals to the BSCU for the actual delivery of a package at a stop. Furthermore, for the BSCU to determine notification time, distance, location on a map, or broadcast the delivery vehicle's next stop, the BSCU should store the driver's route in its data base and/or receive next stop information from the VCU or other stored means. Other types of information may also be displayed on the display module 33. For example, the display module 33 may inform the driver of a particular vehicle, to meet another driver for load sharing (as in a holiday season, or when a driver experiences an emergency, such as a breakdown from a deflated tire or involvement in an accident), and the status of the VCU 12 in communication with the BSCU 14, or that the advance notification system 10 is operating.

A sensor comparison in the VCU provides the BSCU with more accurate vehicle operational intentions, such as a vehicle door sensor and a location device (e.g., GPS) which may be compared for knowing if the driver has started to the next stop. A cross reference of these sensors and switches can make a determination between the vehicle making a delivery stop and stopping at a road sign or red light or rest area. By comparing the location device outputs and determining when the vehicle is stopped, with the delivery door sensor, a determination of a stop can be assured. Other calculations can be utilized on single sensors such as to count the

number of times the delivery door opens and closes, or as a package is scanned as it enters or leaves a vehicle.

A positioning system 25 can be used to determine the geographical position of the vehicle 19 on or above the earth's surface. The positioning system 25 could be GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other suitable position tracking system.

Figs. 7, 8, 9, and 10, are modular component diagrams of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, delivery truck systems. Furthermore, each diagram helps to show examples of VCU 12 in different, but not limited to, system configurations and applications. It will be apparent to those skilled in the art that numerous other variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention.

To better understand the modules within VCU 12, Figs. 7, 8, 9, and 10, are examples of different configurations for providing advance notification of an impending arrival of a particular vehicle. Moreover, to understand the VCU 12 in different systems, Fig 7, 8, 9, and 10, are illustrations and modular diagrams of the advance notification system and how the VCU 12 interacts with the other system components. Fig 7, is an advance notification system 10 comprising, preferably, a plurality of on-board vehicle control units (VCU) 12, a modular Base Station Control Unit (BSCU) 14 and one or more person's linked to a computer network with one or more computers 36. In this configuration each Vehicle Control Unit (VCU) 12 is equipped with a global positioning system (GPS) 25 receiver for receiving satellite signals for determining vehicle location. The global positioning system (GPS) receiver sends positioning data to the Computer Controller (CC) 12a. The computer controller from a hierarchy standpoint controls the overall operation of the Vehicle Control Unit (VCU) 12. The computer controller 12a interacts with the Cellular Transceiver (CT) 18a and establishes wireless communication through the Wireless Transceiver (WT) 26 to the Base Station Control Unit (BSCU) 14. Actual communication between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14 can occur when the Computer Controller (CC) 12a receives

C-28

19

wireless communication from the Base Station Control Unit (BSCU) 14, or when predefined User Input Controls (UIC) 21a are activated, or when a predetermined time period has expired, or a predetermined vehicle location is determined, through the Global Positioning System (GPS) 25 receiver. The actual communication protocol 5 is normally set by the Base Station Control Unit (BSCU) 14 and established from the end-user requirements during the setup of each system.

The advance notification system 10 is customized for each system implementation for communication optimization needed for lowering the number of wireless messages and the cost between the Vehicle Control Unit (VCU) 12 and the 10 Base Station Control Unit (BSCU) 14. As an example, when vehicles have extended and long drives, normally in rural or remote areas, communication can be stopped until the vehicle reaches a predetermined location, time, or when polled by the (BSCU) 14. Upon reaching the predefined location, or the expiring of a predefined time period, or when polled by the (BSCU) 14, communication is restarted. 15 Additionally, the actual communication can be triggered by the activation of a User Input Control (UIC) 21a. As an example, when a vehicle driver activates the User Input Control (UIC) 21a (when a package is delivered and sensor is activated), communication from the Vehicle Control Unit (VCU) 12 to the Base Station Control Unit (BSCU) 14 can be established. Because the (BSCU) 14 controls the 20 communication protocols (ability to analyze travel data for best communication methods, then down loaded to VCU 12) in the (VCU) 12, multiple combinations in most trucks can be used to limit communication.

Fig. 8, and 9, are illustrations of advance notification system configurations, without the use of a Global Positioning System (GPS) as shown in Fig's 1, 2, 6, 7, 25 and others. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking each vehicle's package delivery attempt, by monitoring User Input Controls (UIC) 21a and each truck route list with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular 30 estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and the time between.

Fig. 11 is a schematic circuit diagram of the VCU 12.

C-29

20

The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the vehicle 19 in view of and within reach of the vehicle driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and/or receiving signals to and from the BSCU 14. Furthermore, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the driver for providing information to the driver, as described previously.

Fig. 12 is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18, the Global Positioning System (GPS) 25 and the LCD display module 33. A switching element 37, such as an opto isolator (optical isolator) unit, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 20, 21, 22, and 23. An EEPROM 43 is provided for storing the control programs (Figs. 11 and 12) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone transceiver 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone transceiver 18 from the BSCU 14.

## B. Base Station Control Unit

The BSCU 14 may be implemented using any conventional computer with suitable processing capabilities. The BSCU 14 can communicate to the homes or businesses of customers via, for example but not limited to, either of the following interfaces: (a) computer links through modem cards to the user computers 29; (b) a computer network operated by an Internet service provider. The Internet adheres to the conventional computer-networking model and supports the carrying of

application information in an application independent fashion. The computer network is a cost effective technology that delivers voice and data information between computer terminals and a computer network or Internet using existing POTS (plain old telephone service) lines, ADSL (asynchronous digital subscriber line), FTTC (fiber-to-the-curb) networks or cable television network or a combination of the two infrastructures. The BSCU 14 or parts of the BSCU 14 may also reside in a user home or business as a stand alone operational system, via software operating on a user computer and receiving vehicle location information from VCU/s through a modem and/or network link. Moreover, the BSCU and user computer may contain combinations of modules for achieving notification of the impending arrival of a vehicle at a user stop, on that user computer/computer address.

In the preferred embodiment, a centralized BSCU 14 communicates through a direct link to a computer network and/or multiple port modem cards to user computers 29. When using multiple means in this regard, a set of conventional modem processing cards 36 are utilized for communicating with computers 27 in one or more homes or businesses, or with computer/Internet addresses as depicted in Fig. 1 as user locations 36. The system 10 could be configured to send an electronic message to prospective users' network address, thus warning them of the impending arrival of a vehicle 19, as opposed to sending data to activate a user computer equipped with additional software, for displays and audio warnings. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line 26a, dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles 19.

The BSCU 14 also includes at least one, but preferably a plurality of telephone modems 27 (or other suitable communication interface) with associated telephone lines 27a, for making the communication links to users' computer locations, or in this case, the homes or businesses of the users receiving and sending packages. The user messaging program (Fig. 3) for the advance notification system can be designed to send messages to the computer address associated with homes or

C-31

22

businesses of that user and allow the computer to display a message to be recognized as that of the advance notification system. Although, sending information from a BSCU to a user computer as described above is used in this example, other configurations are equally important. Another configuration includes a user

5    computer 36, equipped with the BSCU software modules and a link to a computer network 27 for receiving vehicle location information Fig. 8.

The BSCU 14 modules and the PC 36 modules can be configured in multiple arrangements. In Figs. 7, 8, 9, and 10, system modules are setup in different configurations to show examples of moving modules from remote BSCU 14 areas to

10    a PC 36. A system setup normally requires a Wireless Transceiver (WT) 26 for communication with the VCU 12 on vehicles and a Vehicle Location Data Base (VLDB) 14a for storing vehicle location data and a Mapping Software Data Base (MSDB) 14b for positioning the vehicle's location onto maps and a Notification Data Base (NDB) 14c for activating an impending arrival message from a User Request

15    Data Base (URDB) 14d. The URDB 14d stores each person's phone number/s, computer address, preferences for notification, package information, stopping deliveries when out of town, etc. The Person's Computer 36 linked to a computer network is for receiving impending arrival messages when vehicles are approaching. A person's computer can be equipped with standard messaging software associated

20    with a computer network or additional software that activates additional audio and/or video when vehicles are approaching and an impending arrival message is received. Moreover, networking software provided by commercial Internet access providers with electronic messaging (E-Mail) capabilities, provides an easy method for a person wanting impending vehicle arrival information on their computer screen

25    without adding proprietary software associated with an advance notification system. Actual messages can be forwarded to the Vehicle Control Unit (VCU) 12 when necessary and displayed on the Liquid Crystal Display (LCD) 33a for driver requests and delivery needs, requesting additional information, etc.

Fig. 8 illustrates a system configuration for placing more intelligence and

30    computer processing capabilities in each person's computer 36, as opposed to Fig. 7 where the Base Station Control Unit (BSCU) 14 is controlling the Mapping Software Data Base (MSDB) 14b, the Notification Data Base (NDB) 14c, the User Request

C-32

Data Base (URDB) 14d and in Fig. 7 these modules are controlled by each Person's
Computer (PC) 36 linked to a computer network. By equipping each Person's
Computer (PC) 36 with proprietary advance notification system software as
illustrated in Fig. 8, different system configurations can be used for optimization
5    and customization for the end user. Additionally, information sharing between
modules on a person's computer 36, as opposed to more modules located at remote
locations (Fig. 7) away from each person's computer, may, in some cases, not
optimize performance. By locating system modules (proprietary software) on each
person's computer, the Base Station Control Unit (BSCU) 14 loading can be
10    minimized. Moreover, actual onscreen video and audio associated with the advance
notification warning can be stored on a person's computer, with activation by a
vehicle's location as it reaches a predefined location, time, or prior stop. This
configuration allows vehicle location information to be received by the Wireless
Transceiver (WT) 26. The live vehicle location information is made accessible
15    through the Vehicle Location Data Base (VLDB) 14a. The (VLDB) 14a also analyzes
route data by averaging past routes with time from one location to the next. Time of
day, day of week and month are also determining factors needed for determining the
average travel time from one location to the next. The protocols used for the
computer network communication between the modules located on a person's
20    computer 36 and the modules located at a remote site 14 for vehicle location 14a are
normally as follows. (a) The Person's Computer (PC) 36 contacts the Base Station
Control Unit's (BSCU) 14 Vehicle Location Data Base (VLDB) 14a when vehicle
location is needed for monitoring a vehicle for an advance notification warning.
Timing cycles are used for vehicle location updates and preferences can be set for
25    communication optimization. (b) The Base Station Control Unit (BSCU) 14 sends
vehicle location to the Person's Computer (PC) 36 when a predefined time period
expires, the estimated vehicle location is not correct with the actual vehicle location,
when a vehicle sensor is activated, or when loading or capacity allows for
communication to take place. Additionally, vehicle location 14a information can be
30    sent over a computer network and/or Internet at predefined times and automatically
received by each Person's Computer (PC) that is linked to the computer
network/Internet. A particular vehicle's location, in-between communication cycles,

C-33

24

is established by past vehicle location records and average time needed to travel from one location to the next. Moreover, some configurations only update vehicle locations at a predefined time of day.

Fig. 9 and Fig. 10 are illustrations of an advance notification system configuration without the use of a Global Positioning System (GPS) as shown in Fig's 1, 2, 7, and 8. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking vehicles' package delivery attempts, by monitoring User Input Controls (UIC) 21a and each truck's Route List with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and time between. The BSCU 14 modules can be networked between remote locations and a PC 36. These configurations allow the BSCU 14 to run all or some of the proprietary software and messaging capabilities for sending or displaying impending arrival messages to or on a PC 36 before a particular vehicle arrives. Additionally, setting preferences can be achieved by connecting a (PC) 36 to the data stored on the BSCU 14, or storing the preferences on each PC 36.

The messaging program (Fig. 3, 4, 5, 6, 8, 9, 22, and 25) associated with the advance notification system 10 may also be configured to make the user computer 36 exhibit a distinctive audio sound, or audio message, so that the recipient can be away from the computer and receive the message. The message may also be in the form of a code for activation of advance notification software for displaying messages or direct a modem link for playing audio from a broadcast. A standard activation or broadcast of a message is in signals, sent to a computer with a modem attached, over a telephone line and typically in the form of tones. The message is asserted over the telephone line 29, for accessing a computer address and establishing a communication link to a user computer 36 over a telephone line 29.

Implementation of an advance notification system over a computer network may be accomplished by purchasing a networking feature as a software and/or hardware package or in the form of a software program with communication capabilities and network service provider package or links to networks. One form of a network link is in the form of an Internet service provider. This service is widely

C-34

available to the public. Generally, Internet service providers operate network computers for linking computers with other computers, now usually over normal telephone line interfaces, but greater capacity handling communication links including fiber optics, cable television networks, and digital wireless networks may

5   also be used. When a computer is connected over a telephone line to an Internet service provider the telephone line link travels from telephone lines linked to the Internet service provider through the telephone company switch to the user computer.

The feature for establishing the Internet connection is sold to the public

10  under several different commercial trade names. Examples are as follows: America On Line (AOL), Microsoft Network (MSN), AT&T WorldNet Service, CompuServe and many more.

The package addresses are normally associated with the package identification numbers in many ways. For example, the package address may be

15  added to the package by additional bar coding when the package is shipped or, the user sending or receiving a package may connect to the BSCU over a computer network or telephone and add an address (computer network address) to a package identification number for activating an advance notification message associated with the impending arrival of a vehicle carrying this package.

20

## II. System Operation

### A.   Initialization

Initially, vehicle stops for each vehicle 19 are programmed into the advance notification system 10 by entering the respective package addresses. As the vehicle

25  19 is loaded with packages, the package addresses are considered as the vehicle location stops by the system 10. The actual addresses of the packages are normally scanned into a database program using a bar code scanner device (United Parcel Service tracking numbers are of the following formats: 1Z 999 999 99 9999 999 9, 9999 9999 999, T999 9999 999, or D999 9999 999 with spaces and dashes ignored).

30  The actual vehicle number (which delivers or picks up a package from a business or resident, and not necessarily mid-point vehicles) and package addresses are recorded into the BSCU 14 when packages are sorted to a specific delivery vehicle or truck or

entered into the BSCU 14 by the user sending or receiving the package. Additional vehicle stops may be added when requests to pickup packages are received. The request to pickup a package can be downloaded to the VCU 12, with a display for the driver to accept or return for another driver or time/day. If the vehicle driver

5    enters route or package data (the order of delivery, packages, or changes from a computer generated delivery list) the data is then uploaded to the BSCU 14. The timing and package delivery locations are recorded in the BSCU 14 during the initialization of the system 10 and used as a reference for determining locations from impending arrival message points. This information accesses the computer network

10    to inform a user computer when a delivery vehicle 19 is at a predetermined time, mileage, street location, and/or last delivery away from a vehicle stop. In the preferred embodiment, determining the location of a delivery vehicle 19 is accomplished by sending the vehicle location of a delivery vehicle 19 from the time the vehicle departs and/or starts its route.

15    The timing information is recorded during the initialization and daily recording of vehicle locations with time, and the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a delivery vehicle 19 is at a predetermined location or time from a delivery stop. Other reference information may be obtained from software for mapping, for

20    example, streets, vehicle speed limits, and traffic flow.

However, it should be emphasized that other methodologies could be utilized for determining the communication to or from a location sensor of a delivery vehicle 19. For example, the GPS sensor 25 may communicate with the BSCU 14 when the delivery vehicle is in motion (as indicated by phantom lines in Fig. 1), additional

25    VCU timing cycles for communication controlled by the microprocessor controller 16. At particular times, the longitude and latitude readings or optionally a Universal Transverse Mercator (UTM) grid system number, could be sent when the vehicle is in a stationary position, the communication cycle controlled by the microprocessor could be slowed down to one cycle until the vehicle is in motion again, compared to

30    reference longitude and latitude or (UTM) information readings which were obtained on a cycle per minute when the vehicle is in motion 10. In this way, the

C-36

27

determination of the location of a delivery vehicle could be accomplished by less communication to and from the VCU and BSCU 14.

Another methodology, which could be utilized for the timing cycles of communication to and from the delivery vehicle 19 involves interfacing the BSCU 14

5  with wireless communication protocols. The BSCU 14 system is equipped with communication software for contacting each VCU 12 and asking for GPS longitude and latitude information or Universal Transverse Mercator (UTM) grid system information from the VCU 12 on each delivery vehicle 19. The vehicle location may be polled in normal communication protocols, such as contacting each VCU 12 in a

10  first to last cycle with vehicles in motion or on a normal clock cycle for minimizing communication to and from the VCU 12 and BSCU 14. The received delivery vehicle location (longitude and latitude or Universal Transverse Mercator (UTM) grid system information) from the VCU 12 to the BSCU 14, is calculated from the time and/or distance away from a stop using mapping technology for road distances, and

15  additional speed limits, actual traffic averages, and other means for better calculation accuracy.

### B. Regular Operation

The overall operation of the advance notification system 10 will be described

20  with reference to Figs. 13 and 15. Fig. 13 sets forth a flow chart showing the overall operation after the system 10 has been initialized. Fig. 15 shows an example of a schedule of possible events and the interactions, which might occur between the VCU 12 and the BSCU 14 as the vehicle 19 travels along its route and makes its scheduled delivery stops.

25  In Fig. 13, the right-hand column illustrates the sequence of events for the BSCU 14, and the left-hand column illustrates the sequence of events on the VCU 12. In the efforts to lower overall communication between the VCU 12 and the BSCU 14 when large vehicle fleets are equipped with the advance notification service, actual vehicle locations in the BSCU are based on past route comparisons,

30  as shown in Fig. 16. Figs. 14A and 14B are illustrations of a time line for delivery stops and planned route-timing events for each stop. The time line has the following time designations: when the route should start 606, time to each stop 605, and the

08858119 000604

ability to change the route list 615 when the VCU location sensor determines a difference.

First in Fig. 13, the delivery vehicle ignition is switched on, as indicated at block 45a. At the beginning of each route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12. The delivery door opening or a bar code scanner initiating communication, or both, could activate the powering up. Further, the BSCU 14 could be programmed to initiate itself after the vehicle 19 moves to a predefined distance or location, such as a waypoint (longitude and latitude or Universal Transverse Mercator (UTM) grid system information area), determined by the GPS 25. This initialization action causes the microprocessor controller 16 to inform the BSCU 14 of the vehicle location and the beginning of its route. The foregoing action is indicated at flow chart block 45b (Fig. 13). Alternatively, the vehicle driver can press the start/reset switch 21 on the VCU 12 system menu 21 to initialize the BSCU 14 for restarting the route tracking sequence. Additionally, driver/user options may be accessed by the user controls on the VCU 12.

After initialization of the VCU 12 to the BSCU 14, the display module 33 on the VCU 12 preferably displays stop and location information. The stop location continuously (Fig. 40) runs on the display as the delivery vehicle 19 progresses along its route.

Next, as indicated at flow chart block 45c (Fig. 13), the VCU 12 determines, continuously or periodically, the location of the delivery vehicle 19 by the GPS 25 and sends the BSCU 14 (Fig. 1) the location information in view of the planned route or stop sequence data (derived from initialization of the packages on the vehicle and/or mapping technologies). In the preferred embodiment, the BSCU 14 at least compares the delivery vehicle current location with the planned route location derived from the logistics of current mapping and route planning technology (Fig. 10) for determining time and/or distance away from a user stop. By comparing previous vehicle routes with time differences between waypoints (longitude and latitude points or Universal Transverse Mercator (UTM) grid system information points an average route timing data base may be used to calculate the time to travel from actual vehicle locations to the impending arrival time at a particular stop.

C-38

29

Additional traffic flow measurements may be added by comparing time of day, actual live traffic flow sensors, or other methods.

The method for determining a distance from a user stop for activating an advance notification message may be accomplished by software at the BSCU 14 or the user computer. The user interactive software shows the current user location on a map (Fig. 31). The user places road markers Fig. 38, a circle perimeter Fig. 36, a grid perimeter Fig. 37, which allows the vehicle to determine actual points at each road for a message of the impending arrival of a vehicle, etc. The actual vehicle location activates the impending arrival message when the location matches the selected choice from the user preference data base. Furthermore, the actual order of vehicle stops may be used to determine if the vehicle is entering a selected area on more than one occasion. This comparison provides a distinct advantage by increasing the accuracy of a vehicle impending arrival message by sending the message after the last entry of a vehicle into the user-predefined area. Another advantage of comparing the delivery order list to the user defined areas for notification is the addition of the number of deliveries before reaching the user stop to the impending arrival message, e.g., "UPS has 3 packages for delivery and is 1 mile from your stop at this time. The vehicle has 2 other stops before reaching your location".

While the delivery vehicle actual locations are compared to the existing travel time and distances (Fig. 15), the BSCU 14 is also storing actual location events (time between longitude and latitude or Universal Transverse Mercator (UTM) grid system information points) for averaging with the planned route/travel time over distances. When the BSCU 14 begins sending messages to user computers at a predefined time, distance, location, and/or prior stop, for the impending arrival of a delivery vehicle 19, each particular user computer 36 receives an electronic message and is displayed on their screen, as indicated in flow chart block 145a (Fig. 16). In one example, as shown in Fig. 16, at waypoint number 20 (140c) along the delivery route, the BSCU 14 places a message (144c) to a user computer at waypoint 30 (140d) of the delivery vehicle actual location. A second example in Fig. 16, shows a user being notified when the vehicle is one mile away (144d) from waypoint 30 (144d). The third example in Fig. 16 shows a user being notified when the vehicle is

C-39

30

at a predefined street location (144b). This is accomplished by comparing street mapping software with included longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinates, notification requests, and the (BSCU) 14 vehicle location data base (VLDB). As shown in the configurations (Fig.

5    15 and 16), time is used to cross reference travel between locations. Determining vehicle location, between communication updates, is achieved by comparing times of prerecorded route information, actual live traffic monitoring systems, and statistical data.

Additionally, preferences for activation of advance notification warnings are

10    shown in Fig. 33, 34, 35, 36, 37, and 38. After a preference is selected from the end user, the data is normally placed into the Notification Data Base (NDB) 14c after calculations have been made from the address entered into the BSCU computer from a network connection as shown in Fig. 30 and 31, or ANS software residing on their computer, with or without a network connection. The other calculation of

15    information is in finding an actual longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinate of each home, business, street address, or most other places on the earth's surface, which can be found with existing mapping software. The Universal Transverse Mercator (UTM) is one grid system that eases the conversion of GPS readings to map data.

20    Another example compares the list of stops with the vehicle location and determines the last occurrence before the delivery vehicle will cross the predefined marker points to activate the impending arrival message.

Additionally, the BSCU 14 adjusts its messaging activation to an actual stop point at each user stop. This allows each user to be notified in accordance with the

25    selected predefined time, distance, location and/or last stop, for example, *"The XYZ Delivery Company truck is currently at the corner of Delk Road And Peachtree Street and is approaching your stop"* block 415 (Fig. 18). A second message 419 (Fig. 18) will also be sent when the vehicle is detained outside of the predefined system preferences for being late for a stop after sending the initial message 415.

30    Furthermore, in this configuration, a third message is sent as the vehicle arrives at the stop 424. The Flow Chart 399 (Fig. 18) shows an example of the messaging sequence from the BSCU to each user. The example also shows the activation

C-40

31

methods used for determining when a vehicle is late and a second and/or third message should be activated and sent to the person's computer. However, when the BSCU 14 determines that the delivery vehicle 19 is excessively late after notifying an individual of an impending arrival at a particular stop, the BSCU 14 resets the message for a route update sequence (Fig. 17) that informs the user of an unexpected occurrence (e.g. a traffic jam), as indicated at flow chart block 399 (Fig. 18). The planned route (Fig. 17) 401 is updated by the actual route information when the preferences 403 are exceeded and the actual time exceeding the predefined limits 406 are reached. The route update is complete when the new actual time 402 resets the planned time associated with the location of the vehicle. The route timing update is shown in block 404 (Fig. 17). After each route update, a message update routine determines if an end user needs a second or third message. The activation of a second message is normally determined by the planned location predefined limit 403, or an individual limit predefined for sending a second or third message. The illustration (Fig. 17) 406 shows an automatic sequence for activating a second message 405 and sending a second message 405b, when each route is reset. A more detailed description (Fig. 18) 399 shows how the activation of a second message is determined.

As indicated at flow chart block 45f (Fig. 13), the BSCU 14 again determines if the delivery vehicle 19 is on the planned route and stop schedule by analyzing the vehicle location 25 (Fig. 1) and comparing it to the actual stops on the list. Preferably, in this regard, the BSCU 14 at least compares stops on the driver list and the actual location of stops made by the driver to determine if the driver has changed from his route list order. Other stops, such as pickups (Fig. 44), are displayed on the vehicle VCU display, and changes to the route list (Fig. 42 and 43) order are available to the driver via push button entry. Additionally, so the driver acknowledges a new entry or route update, the VCU may be equipped with an audible sound, such as a buzzer, tone, or different voice recordings for announcing each event without the need for the driver's eyes to look at the VCU display when driving. Accordingly, requests for package pickups are processed in the BSCU 14 and sent to the appropriate vehicle VCU 12 and scheduled into the drivers' list of

stops (Fig. 41). The driver has the final opportunity to reschedule (Fig. 43) or move (Fig. 42) an added stop through the VCU 12 push button menu.

For example, Fig. 14 shows a finished delivery route that started at seven thirty. After starting the delivery route, the delivery vehicle arrives at stop number
5   001 at 07:37:22AM 610 after driving seven minutes and twenty-two seconds 609. Stop 001 takes two minutes to unload all the packages and another two minutes and ten seconds to reach stop 002 at 07:41:32AM. Stop 003 takes five minutes and forty-five seconds from the time the vehicle arrived at stop 002. The arrival at stop 004 is on time but the delivery takes an unexpected ten minutes 614 and causes a ten-
10  minute delay 615 in the scheduled route. The scheduled route list was rescheduled by the delay 615 of ten minutes and stop 005 was reached ten minutes later than the scheduled planned route, at 08:13:34AM. The VCU display in Fig. 14 and block diagram 602 is an example of the information that the driver sees and uses. The other route information shown in Fig. 14 and block diagram 601, is not needed for
15  driver interaction and is a VCU 12 automatic component for lowering the wireless communication between BSCU 14 and the VCU 12. Although not disclosed in this example, additional directions with or without map displays, estimated route completion times, on or off normal schedule indicators, and others may also be displayed on the VCU display module 33. Just prior to leaving a stop, the driver
20  views his next stop on the display module 33. Additional directions can be activated by the drivers' input or automatically after a predefined time period or a predefined distance the vehicle has traveled. The automatic display changes may start when the driver arrives at a stop by displaying the next location. The display shows the next address until the vehicle has started moving and the display cycles between the
25  next stop's address and a map display showing directions. The display continues to cycle until the vehicle arrives at the next stop, then the sequence repeats.

The vehicle location and the communication of the vehicle location from the VCU 12 to the BSCU 14 are determined by both the BSCU 14 and the VCU 12 for lowering the amount of wireless communication. As previously explained the VCU
30  12 can be programmed to compare a planned route with an actual route and communicate to the BSCU 14 when the differences exceed the predefined limits. The VCU 12 can also be programmed by the BSCU 14 for communication cycles. The

C-42

33

cycles which can be programmed for acknowledgment of sensor activation and communication from the VCU 12 to the BSCU 14 can only be made when the vehicle has left stop 1. The display module 33 preferably displays "next stop" followed by directions and/or messages received from the BSCU 14. The foregoing feedback

5    signal from the vehicle in motion may be replaced or generated from other sensors, such as the driver seat, the ignition switch, placement of the vehicle in gear, *etc.*

In accordance with Fig. 27, the BSCU 14 checks the vehicle location to confirm that the vehicle location 141a corresponds to the programmed vehicle location 140a. When actual vehicle location 141a is different from the planned route

10   location 140a changes are made 142a in the planned route data. Determining when the vehicle 19 is at a predetermined location on a map is shown in Fig. 28. The actual location points and/or addresses 341a - 341f are determined by the VLDB 14a, the MSDB 14b, and the URDB 14d, then stored into the NDB 14c. In Fig. 27 a user at 1010 Oak Lane 332 has requested an advance warning time. The advance

15   warning time is five minutes and thirty seconds 336 before XYZ Delivery Company 335 delivery truck arrives. When the vehicle crosses any locations matching notification time/s 341, shown in more detail in Fig. 28, the advance warning is activated. The only exception is a stop that is scheduled between an activation point/location and the final destination. The delay of notification for each stop

20   between (Fig. 27) 343 is used to determine an arrival time when other stops will be made between the activation points and the targeted destination. Past route averages normally determine how much time a stop will take. In Fig. 27, block diagram 343, each stop in-between the activation points/locations and the final destination will take fifty-five seconds. Each stop the vehicle makes, at each

25   location, can be averaged and therefore different and better determinations of actual delivery times can be made for more accurate advance warning message times. Although time is used as the advance notification method 336 in this example, notification by distance 337, and notification by location 338 can also be used.

If the delivery vehicle 19 is stopped in traffic, the then VCU 12 will continue

30   to communicate with the BSCU 14 each time the vehicle is in motion to inform the BSCU 14 of this new location, not exceeding the predetermined cycle limit, such as a vehicle in start/stop traffic. If the vehicle 19 is on a normal schedule and on an

C-43

34

expressway or interstate, the BSCU 14 may have a Vehicle Location Determining Factor (VLDF) 104 (Fig. 21) of 95% or higher, without repeated cycles from the normal operation of the VCU 12. Based on the location of a vehicle and the VLDF 104 the BSCU 14 may lower the communication cycle rate of the VCU 12 until the vehicle enters a more demanding area or an area closer to a user stop or when the VLDF 104 is at a lower percentage. The VLDF 104 (Fig. 21) is determined by the past vehicle location points and averaged time. This feature can lower the communication rate from the VCU 12 to the BSCU 14 by determining when communication should be increased or decreased and not overloading existing communication channels. Other methods to determine when to use cycle communication, as shown in Fig. 21 and Fig. 24 are before the route starts 914, and in Fig 23 when the route is in progress 901. Moreover, as previously described, the VLDF 104 is also used to determine when cycle communication is used. In Fig. 23, the next stop is evaluated by the time 905 and distance 904, then the distance 904 is compared to the default distance exceeding limit 906, and the time 905 is compared to the default time limit 907. When time or distance exceeds the predefined limits, the method is changed to cycle communication 910 for delaying communication when it's not needed. The distance, location, or time 911 sets the restarting of communication. Fig. 24 shows an example for determining when to use a cycle communication method in a route list, before the route starts 914. By comparing the route list with mapping software 915 for determining actual roads and streets to be traveled, adding the notification data base (NOB) 916 (when impending arrival messages will be sent), delays between notification activation times can be determined. When the time delay between notification times reach a preset limit, in this example ten minutes 917, the communication can be stopped 918 for a period of time 919 or when a location is reached 920. The actual time or distance for stopping the communication is determined by the amount of time or distance/location between stops and notification activation points.

After the BSCU 14 downloads communication methods to the VCU 12, and during the VCU 12 actual route, if the VCU 12 communication monitoring means determines no changes in the vehicle location and no sensor activity after a clock cycle has been completed, communication is delayed until the vehicle location has

C-44

changed and/or actual sensor activity is determined. Additionally, when the VCU 12 communication monitoring means determines a communication problem after an attempt has been made to contact the BSCU 14 (*e.g.* vehicle enters an area the wireless communication means cannot connect to the BSCU 14 known in the art as a "dead area or drop area), the clock cycle is accelerated until the communication to the BSCU 14 is regained. The VCU 12 will continue to monitor the inputs from devices (Fig. 12) 20, 21, 22, 23, and 25, to gain current information when communication is acknowledged/restored.

Communication methods are normally associated with wireless loading and the ability to handle a fleet of VCU 12 responding to one BSCU 14 in most configurations. When other configurations are used for advance notification systems, such as, (Fig. 19 and Fig. 20) the VCU 12 equipped with a delivery order route list (Fig. 19) 181 and a sensor or activation method for determining when an attempt to deliver a package on the route list has been made, the communication is simply activated by the sensor input. In Fig. 19, the flow chart shows how the VCU 12 and the BSCU 14 communicate to locate a particular vehicle location. To find a vehicle's location 160, in this configuration, the current stop and order of delivery list 161 is determined from the information received by the VCU 12. The location of the last stop 162 and the time of the last stop 163, is compared with the next delivery stop 165 and the distance 166 and time 167 between the stops for an estimated time of arrival 169. Mapping software 14h and prior route records of past deliveries 168 provide additional data for determining the vehicle's location. Determining the activation of an advance notification warning associated with this configuration is shown in Fig. 20. When a delivery or an attempted delivery is made 191, the information is sent 191a from the VCU 12, to the BSCU 14, and the BSCU 14 determines what stop is next on the delivery list 193, and then tries to find this next stop in the data base 194. If the user has information in the data base, preferences for sending an impending arrival message 195 are established and a message is sent to this person's computer of the impending arrival of a vehicle 196.

In Fig. 35, the VCU 12 is using and monitoring via the computer controller 12a, a GPS 25 location device and the user input controls 21a. The vehicle location and sensor input is sent to the BSCU 14 from the VCU 12 cellular transceiver 18a.

C-45

The BSCU 14 receives the wireless information after the wireless information from the VCU 12 passes through the closest land based antenna, then the information is routed over switched telephone lines to the BSCU 14 modem connection 26k. The vehicle information 201 is added to the vehicle location data base (VLDB) 14a. The
5   actual user notification requests are received from a person's computer connected over a network 209, and taken from user input options 210, then stored into a notification data base (NDB) 211. The notification data base (NDB) 211 includes timing for activating an advance warning 205 to physical and electronic addresses 204 and compiling this information into a list for notifying persons' computers 203
10   associated with a route list. To activate a message, the vehicle location and the preferences for notifying an individual should match 202. When the match occurs, a message is initialized 208 and sent to a person's computer 207, through computer network interface 206 and computer network 300.

       The information sent to a person's computer can be received with normal
15   computer networking software, or with additional proprietary software. With proprietary software (Fig. 25) operating on a person's computer 223, the software can determine when a vehicle is approaching 224, then compare user preferences 225 when a vehicle is approaching for displaying video 226 and playing audio messages 227 of the impending arrival of a vehicle. Display information can for
20   example, but is not limited to, any of the following display options 226a, show vehicle driver information 230, vehicle information 231, location on a map 232, time countdown 233, mileage countdown 234, last delivery or stop location 235, cargo information 236, etc. Audio information can be for example, but is not limited to, any of the following audio options 227a, play audio of vehicle name 238, vehicle
25   information 239, street address 240, time countdown 241, mileage countdown 242, last delivery or stop location 243, identification of cargo 244, etc. An example of a person's computer operating proprietary advance notification software is shown in Fig. 26. The display shows a map 770a, a location on a map that represents a person's business or home address 773a, and the location of a vehicle approaching
30   the business or home address 774a. Additionally, this display has been configured to show the time before the vehicle arrives 771a, and to show the distance in miles before the vehicle arrives 772a at the person's business or home address 773a.

C-46

37

At the end of a delivery route (Fig. 44), the VCU 12 makes an inquiry to the BSCU 14 as to whether there are any more delivery stops 151. If the delivery list has been completed 152, then the VCU 12 may contact 153 the BSCU 14 and receive additional information 155 to display on the VCU's LCD 155a that prompts the driver to stop at a receiving dock for more packages, (especially during the holiday seasons and peak loading) or meet a second delivery vehicle to share its load when it is behind in its schedule. When the vehicle receives packages from another vehicle, the packages taken from the second vehicle are normally scanned out with normal hand held bar code scanners and are loaded and scanned into the first vehicle package delivery data base 151 and the package location information/bar code numbers (package identification numbers) are uploaded to the BSCU 14 with a new vehicle number. The route list is established from the BSCU 14 determining the shortest routes from the addresses and downloaded to the VCU 12. The sequence for notification to a user computer is restarted.

A second method for a user to learn of the impending arrival information of a package delivery may be accomplished by a user accessing and requesting information through a computer network, for instance, the Internet, from the BSCU 14 through an Internet site or home page. The BSCU 14 software is designed to be added to the existing Internet site pages, which are owned and operated by delivery companies. When a user accesses a computer address (e.g. Internet site), the user may enter requests for a delivery by entering their telephone number, business or home address, or package identification number, for locating actual packages for delivery. If a delivery is to be made that day, an actual route list from each vehicle stored in the BSCU 14 is compared to the planned route and scheduled time of delivery (STD) database. The STD is a record of events from other routes, this record averages the time and distance to be traveled with the actual route in progress. Note: the STD records are from GPS sensor readings and the time between or travel time between each reading and not from completed routes from start to finish. Thus, by incorporating the STD with the actual delivery schedule, estimated time of delivery is established and accessible to a user requesting delivery schedule information. The advantages of offering a user a close approximate time of delivery are easily seen in these examples: a user needing to leave a delivery stop (home or

C-47

business) for lunch or errands and expecting an important package to be delivered, or a user needing materials for an important meeting and knowing if the materials will be delivered before the scheduled meeting time. Upon receiving the information request from a user computer linked to the BSCU 14, a request for a vehicle, package, or user location (street address/location on a map), telephone number, computer address, etc. can be made available to the user to locate an area in which a delivery is going to be made. The vehicle associated with the delivery to this user business, or package identification number processes that delivery request. If a package is scheduled for delivery, the actual delivery vehicle estimated time of arrival is given to the user requesting the information in, but not limited to, two formats, one the time of day (1:45PM) and/or a time count down (4:21:03). Additionally, people placing requests may be offered other services from the delivery companies, these requests are made available to the companies to increase revenues while providing the customers with more and better options on deliveries. One example of a user request is an express delivery request (EDR) option. An EDR becomes available through the existing advance notification system network by allowing customers to interact with the vehicle's driver through their computer connected to a network. A customer can send an EDR from their computer to the BSCU 14 over a computer network, then a live operator or preferably an automatic calculation of the driver's load, schedule (early or late), and location/distance from the address sending the EDR; The request is processed and a new estimated time of arrival can be given to the customer, with an optional additional fee from the delivery company. Additionally, a customer can look up a location on a route and meet the driver at a prior stop when an EDR is not used, thus shortening the driver's route time. Upon requesting an EDR, an estimated time of arrival is given to the user. At the same time a quoted fee (on-screen) based upon a flat rate or the actual delay time for that particular vehicle is given to the customer.

The BSCU 14 communication controller 16 may also control a second messaging means over a normal telephone network as described in more detail in the Patent Application "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. and assigned serial no. 08/063,533, now U.S. Patent No. 5,400,020 to Jones et al. that issued on March 21, 1995. The Patent

C-48

describes an advance notification system with a BSCU controller for messaging through a telephone system. The flow chart in Fig. 13 shows a duel means of communication, both a telephone 45m and a computer with a telephone connection 45f (via a modem). By offering dual means of messaging to a stop, the likelihood of reaching or getting through to a user increases. In accordance with the user request when signing-up for the service (Fig. 39), the end-user can choose any combinations of, but not limited to, a telephone call with a voice message 170, a telephone call using a distinctive ringing sound 171, a computer message over a network 172, additional on-screen display/s 173, and an additional audio message/s 174.

In one configuration, the system first communicates to the user computer by initiating/sending a message over a computer network to a user computer address. If the person's computer is equipped with proprietary software for additional displays (Fig. 25) 226a and/or additional audio messages 227a, the person receives additional visual and audio warnings, based on their user preferences. Then, the microprocessor controller initiates a second module for communication by a telephone call to the user. The order of messaging (telephone or computer) is defined automatically or by the end user. Furthermore, each vehicle can have different notification preferences for announcing the impending arrival of more important vehicles in a method that is more surely effective. In most cases, the telephone is available more than the computer and the telephone call can activate pagers, mobile phones, and home phones with sound normally throughout the home or business phones normally answered by an individual equipped for handling messages. In the preferred embodiment, a telephone call may proceed a computer message to the homes of users and a computer message will proceed a telephone message to businesses. Additionally, a user responding to or acknowledging a message will stop the second method as described above. For example, a user expecting a package to be delivered, and only having one phone line, may receive an impending arrival message while maintaining normal communication practices. If a user is on the telephone talking to another business client, when he hangs up the telephone and views the computer, once connected to a network, a message will be waiting concerning the impending arrival of a vehicle. If the user receiving an impending arrival message has additional software, route calculations may be determined by

C-49

the time of the message download or an up link may be requested for the actual vehicle location.

Moreover, as indicated at flow chart block 36 (Fig. 45), a personal computer with ANS software can process the user requests and contact the BSCU data base 170 for two primary reasons. First the personal computer with ANS software can be used for retrieving information from the BSCU data base 170, and using the information for activating impending arrival messages after the computer is disconnected from the computer network. Second, the BSCU data base 170 may be contacted before and/or in place of an impending arrival message sent from the BSCU. Each person's computer when operating ANS software 171, looks up user preferences 172 and checks for a network connection 173, if the network connection is not active, the ANS software starts the network software, then a request is sent to an area of the BSCU for vehicle information 176. An identification number associated with the person's street address processes the request from the person's computer. The address is looked up, then vehicles approaching this address 177 can be identified 178, with vehicle names 179, vehicle locations 180 and route stops with past vehicle records and directions from one stop to the next 181. Additionally, cargo or other delivery information 182 is then sent back to the personal computer operating ANS software 171 for activation of impending arrival messages and displays, based on the user preferences. Furthermore, this configuration offers an individual with only one communication channel (phone line) the ability to be notified when the communication channel is being used or is not available when an impending arrival message is sent from the BSCU.

The ANS software can display the vehicle location/impending arrival time, distance, and/or packages to be delivered before a particular delivery is made. The user requesting a route update receives a new message and/or vehicle location, number of packages before delivery, and if running, advance notification software for continuous updates, the user computer reschedules the impending arrival distance, time, or package delivery order, with each update, as the vehicle approaches.

Worth noting is that the BSCU 14 (Fig 17) may be configured so that if a delivery vehicle becomes delayed by more than a maximum length of time, such as

C-50

41

five minutes, the BSCU 14 immediately sends a message to the stops 36 of the users already notified of the impending arrival of that vehicle, in order to keep users at these stops 36 from waiting when a vehicle should have already arrived. When an impending arrival message 420 (Fig. 18) is sent to stop 36, and a vehicle delay of
5   five minutes is determined before the vehicle arrives at this particular stop, a second message informing them of the delay is sent 421 to the same stop, based on the amount of delay, a third message may be sent 425 as the vehicle arrives at this particular stop.

Worth noting also, are the methods for determining the actual directions
10  (roads to be taken) of a vehicle from one stop to the next which may be described, but not limited to, three areas. The first configuration contains dual route information in the BSCU 14 and VCU 12. Preferably, the VCU 12 displays road names or a mapping diagram for the driver to follow. The BSCU 14 has the same information for determining the route a vehicle is likely to take. The second
15  configuration determines the closest and/or quickest route from one stop to the next by comparing mapping software, actual and past traffic flow. A third configuration is determined by past vehicle delivery routes. As found in the art of route management, most delivery vehicle drivers have roads and routes each individual prefers to take. Some of these routes are known to take more time, but for the
20  determining factors associated with an advance notification system, these records provide a better means of determining distance, time, locations on a map, *etc.*, when the driver's company policies do not request the following of predefined or displayed sequence of roads. In the preferred embodiment some, all, and additional methods may be used.

25

III.   Control Processes

The control processes are normally, but not limited to, three different area locations. The first area is the VCU 12 on each vehicle, with the ability to communicate vehicle location, driver inputs, and/or cargo information to the BSCU
30  14. The second area is the BSCU 14 software, for communicating with the VCU 12, storing information from the VCU 12, and in some configurations, storing end-user data and preferences for generating impending arrival messages when vehicles are

C-51

approaching their address. The third area of the control process is a person's computer for displaying impending arrival messages when a vehicle's impending arrival information is received from a computer network. Although additional software can be added for additional displays and audio, additional software

5 modules from the BSCU 14 can be added also. The overall control processes can be moved from one area to another area based on system configuration needs, normally determined by the application of the end-user. Worth noting, the communication channels and their internal control process are not considered in this description.

Furthermore, Fig. 7, Fig. 8, Fig. 9, and Fig. 10, are examples of general block

10 diagrams containing, but not limited to, system modules and their ability to be moved or removed, without loosing the scope of the present invention. The ability to move the system modules (Fig. 7) for the implementation of a advance notification system requiring a person's computer to only have normal networking software, such as an internet browser from Netscape, Microsoft, America Online, etc. or Local

15 Area Networks (LAN) attached to an information server for receiving vehicle impending arrival information, or most other networks with the ability to send and receive information over Cable, Fiber, Copper, or wireless channel/s. As shown in this diagram, a person's computer 36 is acknowledging a vehicle's impending arrival. In block 14, one module is receiving vehicle information from the VCU's 12. While

20 this module indicates a wireless transceiver 26, it is replaced when a gateway converts wireless information into land line information with a modem. The vehicle location data base 14a, stores vehicle location information. The Mapping Software Data Base (MSDB) 14b is provided to locate roads and streets associated with the person's address and the vehicle's route from one stop to the next, this Mapping

25 Software Data Base 14b also associates GPS numbers with actual physical addresses, distances over streets, roads, highways, etc. The Notification Data Base (NDB) 14c maintains location points, distances, times, and other activation information, associated with a person's physical address. In this illustration the Notification Data Base (NDB) 14c also is used to activate and send messages to the

30 person's computer 36. The User Request Data Base (URDB) 14d stores user preferences, account information, and in this illustration, software used for entering or making changes to this data. By moving some of the system modules (Fig. 8)

C-52

43

described as the BSCU 14, to the person's computer area 36, the person's computer 36 is able to process more of the information associated with the advance notification system. The person's computer 36 accesses vehicle location information from the BSCU 14 over a network, then compares the information to, but not only

5   to, the MSDB 14b, the NDB 14c, and the URDB 14d. Furthermore, displaying additional information on-screen and/or additional audio messages associated with an impending arrival of a vehicle is easily accomplished. Fig. 9, is an example of tracking a vehicle without the use of a GPS location, or having another suitable location device on the vehicle. The control process compares route stop addresses 21b

10   with sensor inputs at each location 22a. The location is logged into the Vehicle Location Data Base (VLDB) 14a and the next stop is looked up for tracking the actual path (streets/roads) 21b and averaging the normal time to the next stop, with vehicle location estimations along each road. The person's computer 36 is equipped with software for placing an image of the location of the vehicle on a map 14b,

15   activating an impending arrival message from the NDB 14c, when the vehicle reaches a predetermined location, and storing the user preferences in a data base 14d.

Fig. 10 shows a control process using the same VCU modules as Fig. 9, but moving all the modules from a person's computer, except normal networking

20   software, to the BSCU area. This system can activate and send an impending arrival message to a person's computer when a vehicle is at a predefined location, time, distance, or previous stop. It should be noted, without moving away from the scope of this invention, changing modules and other minor modifications to this invention for similar or customized applications, is obvious to individuals skilled in

25   the art and not mentioned for that reason.

### A.   Base Station Control Process

With reference to Figs. 46 and Fig. 47, the base station control process 14 essentially comprises two control sub-processes which run concurrently, namely, (a)

30   a vehicle communications process 47 or 54 and (b) a delivery messaging process 53 or a vehicle information update process 58, based on the location of the modules used to generate the impending arrival message on a person's computer. The vehicle

C-53

communications process 47 or 54 will be described hereafter, followed by the delivery messaging process 53 or 58. Fig. 46 illustrates one advance notification system configuration using the BSCU 14 for messaging to persons' computer addresses, and Fig. 47 illustrates an advance notification system configuration using

5   the BSCU 14 to update advance notification software on a person's computer by providing vehicle location to each person's computer address. It should be noted in the communication process to the person's computer, other combinations of sending/receiving information from the BSCU 14 and to the person's computer, are used and based on end user needs, tailoring, and configuration.

10

### 1.   Vehicle Communications Process

The vehicle communications process 18 initially is started from a cellular link from one of the VCUs 12 located on one of the plurality of delivery vehicles 19 to the BSCU 14, as indicated by block 12, Fig. 1. The BSCU 14 vehicle communications

15   process 18 is preferably capable of monitoring a plurality of telephone lines 26, for receiving information from a cellular phone or data network gateway that converts wireless transmissions into land line phone line transmissions (with or without additional connections through a computer network), from a plurality of delivery vehicles 19. As the number of delivery vehicles 19 increases, the number of

20   telephone lines 26 (or bandwidth) which are monitored by the vehicle communication process (Fig. 46) 47 and (Fig. 47) 54 should also be increased to some extent.

After the start of a VCU 12 on a delivery vehicle (Fig. 13), the respective VCU 12 will initiate a cellular link 45b to the BSCU 14, as indicated by the

25   telephone bell symbol (Fig. 1) 18. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between   the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in (Fig. 13) flow chart block 45b. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12 and vice versa.

30   Next, as shown in Fig. 48 flow chart block 61, the BSCU 14 waits for communication from the VCU 12, when communication is established information regarding (a) the time of the on-board clock 63, (b) the list of stops and related C-54

information 64, (c) other information to be displayed for the vehicle driver 65 on the VCU LCD, and (d) when needed, a resetting of the communication method is added and then a shut down of communication 67 is initiated, based on system configuration. In addition, route data 64 is gained from the VCU 12 driver or

5   package sensor input or from the BSCU 14 ability to access a local data base with driver information or a combination of these inputs. The route data 64 includes information pertaining to each delivery stop location, before and after stops, and cargo. This information is normally displayed on the VCU 12 liquid crystal display (LCD) for the driver's viewing. The prioritizing of the driver's list is based on, but

10  not limited to, mapping software, the driver input, and past recorded route data. From the route data 64 and the information listed above as (a), (b), (c), and (d), the BSCU 14, can determine the location of the vehicle by, as indicated by Fig. 22, flow chart blocks 201 and 14a, and determine when to send impending arrival messages 202 based on this location, as the vehicle starts and continues its route, as indicated

15  by a flow chart block 202. In the case where the delivery vehicle 19 is stopped in-between scheduled stops, the VCU 12 resets its on-board communication clock cycle back so that the communication to the BSCU 14 is stopped, until the vehicle restarts it route or progress. When the delivery vehicle restarts it route, the standard communication cycle is restarted. In the case where the delivery vehicle 19 is in

20  start and stop traffic, the VCU 12 communication cycles are normally stopped until the vehicle is moved a predefined distance, reaches a location associated with the activation of an impending message or the ignition switch is turned to the off/on position 24, or a sensor is activated on the VCU 12. The VCU 12 communication cycles (Fig. 23) are programmable from the BSCU 14 and are reset when a distance

25  904, or time 905, to the next messaging point excessively exceeds the number of minutes 907, miles 906, from the location to which a user impending arrival message is to be sent. Moreover, this communication change can be preset at the beginning of a route at areas and times the vehicle's location is not associated with an impending arrival message and at times when the vehicle can become off its

30  estimated route without effecting the impending arrival messaging for a brief time. While the route is in progress, the BSCU 14 can determine from the mapping software, current route data, and past recorded route data 908, when to send a VCU

C-55

46

12 a request to use cycle communication. Moreover, in the situation where the delivery vehicle VCU 12 has stopped sending vehicle location communication to the BSCU 14, as requested by the BSCU 14 or in-between communication cycles from the VCU 12, the BSCU 14 can determine the estimated vehicle location from past routes, delivery lists, mapping software, and additional road/traffic monitoring systems for controlling the communication of the VCU 12. When the vehicle has reached a cycle completion, predetermined by location or time and known by the BSCU 14 and VCU 12, a communication link to the BSCU 14 is not necessarily made at this time. As the communication method is changed back to route comparison 14a (Fig. 15), if the vehicle's planned route location 140a matches it's actual route location, communication to the BSCU 14 is not needed. Essentially, the communication methods are controlling the overall communication loading needed for vehicle location and messaging associated with the vehicle location between the BSCU 14 and the VCU 12. To better understand clock cycles: clock cycles are time (minutes/seconds) lapses or distance lapses for particular location points (longitude/latitude numbers from GPS) or actual miles, and are started, controlled (more/less), and used for decreasing communication from a delivery vehicle VCU 12 to the BSCU 14.

Finally, as shown in Fig. 21, flow chart block 99, the BSCU 14 may slow down or speed up the communication clock cycle by determining the Vehicle Location Determining Factor (VLDF) 99. The VLDF is used to determine the likelihood of delays between two stops. To determine the VLDF rating, the current vehicle location 100, the next stop and route to the next stop 101 are compared to past route records 103. If the vehicle is likely to travel the same speed and take the same amount of time as previously recorded vehicles, the communication cycle is slowed down.

Worth noting from the forgoing discussion is the fact that the BSCU 14 (Fig 1) is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the delivery vehicle 19 clock differs from the BSCU 14. Further, it should be noted that the VCU 12 communicates to the BSCU 14 (a) when

asked by the BSCU 14, (b) when the clock cycle reaches a predetermined point or when the vehicle reaches a predetermined location, (c) when a planned route time differs from an actual route time and (d) when the delivery vehicle driver activates a predefined sensor on the vehicle (buttons on the VCU 12, bar code scanner, *etc.*) to

5    minimize communication.

### 2.    Package, Tracking, And Notification Process

As previously mentioned, the messaging process 202 (Fig. 22) runs concurrently with the vehicle communications process 189 within the BSCU 14. In

10   essence, the computer messaging process 202 uses the vehicle location information 25 retrieved from the VCU 12 by the vehicle communications process 18a in order for the BSCU 14 to send computer messages of the approaching delivery vehicle 19.

A delivery list is accessible from a local data base (Fig. 27) by the BSCU 14 and comprises information regarding (a) the person's name 331 and/or delivery

15   street address 332, (b) the computer network address 333 (c) the telephone number 334 (d) the type of vehicles for activating notification messages 335 and (e) the activation of the impending arrival message. The impending arrival message is activated when a vehicle is at a predefined time 336, distance away from a stop 337, or at a location/address 338.   The computer messaging activation points (as

20   indicated in Fig. 27) and the delivery list (as indicated in Fig. 14) are crossed referenced with the vehicle's actual progress through its route and delivery stops. When a particular time, location, and/or package delivery for sending a particular message is reached, the messaging process initiates an electronic computer message to the particular user, as indicated by the flow chart diagram in Fig. 22. The

25   computer messaging may be sent over an existing computer network/Internet or through a direct modem link from another computer, as described previously. Moreover, the particular time, distance, location, and/or stop are fully programmable by the user (person receiving an impending arrival message), and/or by the company providing the service. Programming and user options are discussed

30   in more detail in the Computer Messaging Control Process area.

Also worth noting is a feature for monitoring messages to be placed in the future, for handling message loading (exceeding available communication channels)

to end users. In accordance with this feature, upon anticipation of a heavy load of messages, some of the messages would be initiated earlier than the originally scheduled corresponding message time, previous stop, or distance/location. Numerous other networking options can also be used to solve this problem.

5        After the delivery vehicle has completed its route (Fig. 44), that particular delivery vehicle can be programmed to contact 153 the BSCU 14 when it recognizes the end of the route 152. Additionally, the VCU 12 may have instructions 155 displayed 155a for the driver. The BSCU 14 from a hierarchy stand point is the controller of the system, but instructions from the VCU 12 of new packages,
10      reschedules, other sensor inputs, etc. can be sent to the BSCU 14, for instructions on the vehicle's intent. Otherwise, the computer messaging process has completed its list for people to contact (Fig. 27) and unless additional vehicle tracking is needed or more stops are scheduled, the communication between the VCU 12 and BSCU 14 is stopped.

15      As further use of completed route data, an event list is maintained for diagnostics and system monitoring. The event list receives data from both the vehicle communications process and the computer messaging process. The event list essentially comprises records of, among other things, all messages sent and all past and current vehicle locations.

20

B.    Vehicle Control Process

Reference will now be made to the vehicle control process as shown in Fig. 11. Once powered up, the VCU 12 runs through an initiation procedure in which the delivery list is retrieved from packages scanned into the vehicle (activation of the
25      scanner may also power up the VCU) and/or a downloaded list of packages from the BSCU 14 for delivery is received. If packages are scanned 20 into the VCU 12 (Fig. 12), the stops are placed in order of delivery by the vehicle's driver as shown in Fig. 29 or sent to the BSCU 14 for list optimization. The delivery list is organized into an optimized route Fig. 14, showing stop list order 607 and the location or address, as
30      indicated in flow chart block 608. The automatic route optimization software resides in the Vehicle Location Data Base (VLDB) 14a in the BSCU 14 and includes past records of delivery times, routes taken by driver, traffic flow from recorded points

and times of past routes, *etc.* This route optimization software and/or the driver input is how the stop list is organized. Initially the clock in the VCU 12 is set by the BSCU 14 when communication is made. Additionally, when comparisons with the actual time in the BSCU 14 differs from the time in the VCU 12, clock resets are

5    made by the BSCU 14.

After the foregoing initialization procedure, a call is placed via the transceiver 18 (Fig. 1) to the BSCU 14 as indicated by the bell symbol. After the connection, the VCU 12 and the BSCU 14 exchange information as described herein before and which will be further described hereinafter relative to Fig. 12.

10   Furthermore, it should be noted that in some configurations the BSCU 14 might contact the VCU 12 to initialize, schedule timing, or send remote activation from the driver of one vehicle to the BSCU 14 or other vehicle-in-motion sensors.

Next, as shown in Fig. 1, the vehicle control process begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24,

15   and sensors 25 to determine the vehicle location. As mentioned previously, the vehicle control process initiates a wireless communication at the initializing point of a route, when the vehicle 19 clock cycle reaches (time between communication updates) a completed loop, planned route data stops matching actual route data, or when a package is delivered. The VCU 12 can also answer and receive information

20   from the BSCU 14.

While in the main looping operation, a determination is first made as to whether the delivery vehicle 19 has reached the end of the route or deliveries/pick ups. If the vehicle 19 is at the end of its route, then the vehicle communication process is slowed down or stopped, and does not need to be restarted or increased

25   unless switches 20, 21, 22, or 23 are triggered by the driver. Otherwise, the process continues and makes a determination as to the vehicle location, as indicated in flow chart block 25. In the preferred embodiment, the delivery vehicle 19 location and total expired time at each stop is not a factor. But if the VCU 12 notices a change in a delivery stop when a stop is made at a delivery location not on the list, or out of

30   sequence, a driver prompt is displayed on the VCU/LCD screen 33. Additionally, a package scanned out (delivery was made or attempted) could also determine an out-of-sequence delivery. When the delivery vehicle 19 is stopped for an out-of-sequence

C-59

50

delivery, then the communication is initiated to the BSCU 14, as shown by a telephone bell symbol 18 in Fig 1. The communication is an override and not part of a normal communication event, such as, a clock cycle, a distance/location cycle, a route comparison, or polling protocol, but a special need for informing the BSCU 14
5   of a special occurrence.

The first attempt to correct the list is a flashing screen from the VCU 12 for the driver. If the driver responds, menus of questions are asked and the driver responses are recorded from the switches 21, 22, and 23 (Fig. 1). On screen questions are "is this delivery out of order?" if the driver selects yes, "is (address)
10  your next stop?" if yes the information is uploaded to the BSCU 14 and the route continues, if no, a choice is given from the route list, and the driver is asked to highlight the next stop. The information is then uploaded to the BSCU 14. When the process is not corrected by the driver, then the BSCU 14 process determines the driver intent by comparing the vehicle direction, locations to closest stops, and past
15  times of deliveries to these stops, with destinations from the route list, and makes a calculated determination of the driver's intent. The new sequence of stops is downloaded into the VCU 12 and the next stop location and question "is this correct" is displayed to the driver. Normally one of two events occurs, the driver responds or the vehicle arrives at a stop. If none of the switches 21, 22, or 23 have been
20  actuated, then the process 76 will loop back around and begin once again. Otherwise, if actuation of a switch 21, 22, or 23 is detected, then the process will determine which of the switches 21, 22, 23 have been actuated.

First, the process will determine whether the "yes" switch has been actuated. If the driver has actuated the attempt to deliver switch 22, then the VCU 12 will
25  continue normal operation. When the reschedule delivery switch 23 is pressed, a list of the local area deliveries is displayed and the driver is prompted to select the next stop. Moreover, a decision will be made by the BSCU 14 to notify users of the vehicle's impending arrival, if time, distance, previous delivery stop and location for that particular stop has passed. In the preferred embodiment, the delivery vehicle
30  19 is considered to be following its routing list if the vehicle 19 arrives at the stop on the display. A stop does not determine a delivery was made, but an attempt to deliver a package was made. Furthermore, when a user is not available to receive a

package. a stop may be rescheduled automatically from the BSCU 14 or manually from the driver, as shown in Fig. 43. A reschedule delivery is a common occurrence for a delivery driver, so, determining when a second attempt should be made or a route list sequence of stops for a driver is a user preference. In most cases, a driver

5    who becomes familiar with customers and customer schedules is more likely to be accurate and successful on a delivery than a route chosen by location and distance, from a list. Past tracking of actual times of deliveries to a particular stop make the BSCU 14 likely to be close also.

In the event that the vehicle driver has not delivered a package, and an

10   attempt was made, and normally when the driver is not repeating the stop in a given day, the driver can activate an attempt to deliver switch 21 to inform the BSCU 14 to cancel this user stop from a list, and send a second message of the time of attempted delivery and package information to the user computer. Then the process determines whether the driver has actually pressed the reset switch 22 for

15   the rest of the deliveries that day. An attempt to deliver computer message sent to a user computer address might be used to increase revenue for additional services, such as, fees for redeliveries, etc. If the driver has not actuated the reset switch 22, then the process loops back and begins again.

20                    C.    Computer Messaging Control Process

When a computer message is initiated by the BSCU 14 as indicated by Fig. 22, the BSCU 14 follows a messaging control process as indicated in flow chart blocks 208, 207, and 206.

Although the description in Fig. 22 is from a BSCU controller, the BSCU 14

25   or modules in the BSCU 14 may be better incorporated into a user computer. Three examples of different type configurations for displaying impending arrival information on a computer connected to a network are shown in Fig. 7, Fig. 8, Fig. 9, and Fig. 10. For illustration purposes, the system described as a BSCU 14 is considered different than a person's computer, which could be considered part of the

30   BSCU 14 operation. In Fig. 7 the person's computer is equipped with networking software, and is not associated with an advance notification system. In Fig. 8 the person's computer is equipped with all the advance notification modules for

C-61

activating 14c and 14d impending arrival messages, mapping software 14b for displaying and/or comparing vehicle locations to streets, and a method for getting and/or receiving actual vehicle location from a network address. In Fig. 9 and Fig. 10, the example shows advance notification systems for tracking vehicles without

5   GPS location devices. The BSCU 14 modules in Fig. 9 are set to track delivery stops from a route list and delivery stops within each route, then the vehicle location information is sent to the person's computer or accessed from the person's computer for vehicle location information. The vehicle location is compared in the person's computer, then activated and displayed when the user preferences match the actual

10   vehicle's location. Fig. 10 is placing all modules in the BSCU 14 area and not requiring the person's computer to be equipped with any extra software (Fig. 49). As a note, the main differences between Fig. 7 and Fig. 10 are the methods used for determining vehicle location or stop points.

Additionally, when the user computer has software/hardware for connecting

15   to a computer network and software for displaying messages received by the BSCU 14 for advance notification, the additional software can be an electronic mail reader for activating messages from a computer network, or a connection to a satellite/cable network 501 (Fig. 50) for displaying images onto a television screen. When the impending arrival messages are broadcast through a satellite/cable network 501, a

20   personal computer 504 monitors signals from a broadcast channel 505 and activates an impending arrival message when an identification code is received 506. The impending arrival message is compared to the user preferences 508 – 511 and sent to a person's television 36d.

In the preferred embodiment, a person's computer can activate an impending

25   arrival message when software is residing on a person's computer 223 as shown in Fig. 25. The software compares vehicle location 224 and user activation preferences 225 to the user preferences display options 226a and user audio options 227a, each time a vehicle is approaching.

The methods used for signing up and providing the system with messaging

30   preferences is accomplished with software on a person's computer or in the preferred embodiment, linked to a remote computer site Fig. 29. By linking to the site a person wanting to sign up may download software 380 (Fig. 29) to save online time,

C-62

or sign up from a connection to a remote site 381. The user can only subscribe and make changes from the site to be notified 382, Fig. 30, and the computer address is given before this screen (not shown). This allows the advance notification system to have a level of security. The person is prompted to enter a telephone number 383,

5    then a mailing address 384. This information is stored and compared to mapping software for placing the person's address on a map for display 385b, Fig. 31. After the information is displayed 385b, the user is prompted to agree with the location or choose the next one from a list 386, until their location on a map is agreed upon. The next area allows the user to select different activation and messaging methods for

10   different vehicles 387, Fig. 32. When the same for vehicles in a particular category 389, or each vehicle is different 390, display screens shown as illustrations in Fig. 33 through Fig. 39 are looped for each vehicle/group selected. The next screen prompt asks, "when you would like to be notified?" 392 (Fig. 33) and options for time before arriving 393, distance before arriving 394, or at a location/s of choice 395. When a

15   person entering time before vehicle arrives for notification, the next screen (Fig. 34) allows the minutes and seconds before a stop to be selected. When a person enters distance before a vehicle arrives for an impending arrival message (Fig. 35), the distance can be selected as shown. When a person selects to define a particular area for impending arrival activation, the person can choose a circle around their

20   home/business, as shown in Fig. 36. The circle can be adjusted by pulling the edge with a computer mouse left button held down and releasing when the circle is at a desired size. The activation points are the edges of the circle and / or areas with streets. The next option for selecting an area is the grid perimeter/s (Fig. 37). The actual squares (or other shapes) can be clicked with the left button on a mouse for

25   highlighting areas and adjusting the highlighted areas with the slide bars at the bottom or right for precise positioning for activating impending arrival messages. The next option is placing street markets (Fig. 38) on roads and highways for activation points for impending arrival messaging. The street markers are positioned with a computer's mouse, normal drag and drop operations onto actual

30   areas. Additionally, other areas, such as waypoint/s (longitude/latitude areas), prior vehicle stop/s, letting the vehicle define customer offering services, etc. can be used as well. After defining the locations, the selected preferences are referenced with

C-63

past route data, mapping software, and other information for placing notification areas in a data base, to be used when a vehicle is approaching this predefined stop. Next the person wanting impending arrival messages should enter how they would like to receive the message/s (Fig. 39). A person may select a telephone call with a
5    voice message 170, a telephone call with a distinctive ringing sound 171, and/or over a computer network/internet 172, with additional software for on screen displays 173 and/or audio messages 174. Additionally worth noting, sending impending arrival messages to other communication devices 36x (Fig. 2) with addresses or activation numbers from the BSCU would be obvious in the scope of this invention
10   and is therefore not discussed in detail, but would be included in the area of Fig. 39.

The computer address/electronic address number corresponding with the user computer at a particular stop is obtained from the data, as indicated above in Fig. 29 through Fig. 39. Other information can also be obtained, including the ability to send one type of message (telephone, electronic mail, personal pager, television, etc.)
15   over the other, and allowing different vehicles to activate impending arrival messages differently. For example Fig. 4 illustrates a flow chart 82 for activating a telephone call first when a vehicle is approaching 83. First the vehicle's location matches 85 the preferences in the user data base 84 and dials a phone number, if the phone is answered the message is played and additional messages are not sent.
20   In the case where the phone is not answered after a preset number of retries expire 88, then an electronic message is sent 89, and the event is removed from the data base 90. It should be noted that different combinations of messages are obvious to a person experienced in the art without loosing the scope of the present invention, and are therefore not mentioned in greater detail.

25   Moreover, companies may include the service without acknowledgment of the end user or in some cases notify them on one occasion and offer the service if they respond to the message. In these cases finding the contact information can be achieved by existing and known industry standards for finding computer addresses with telephone numbers and shipping address. Additional resources for obtaining
30   this information are established by (a) a user providing the information to a delivery company, and (b) a user posting this information in an advance notification computer site, and (c) a user listing this information with other published references,

C-64

55

such as a telephone book, mapping software, *etc.* This information may be accessed when a delivery is scheduled. Next, the control process sets a time-out variable for keeping track of successful messages sent and any messages returned from wrong addresses or busy networks. The number *n* of allowable attempts is predetermined and is stored in the user preferences data base and the person's old address can activate an automatic update for a new telephone number or computer address, when needed.

Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/driver when he arrives. As an example, a person taking a lunch break or leaving a delivery area, will know of particular deliveries scheduled in a certain day and the impending arrival time/s.

Worth noting, actual pictures or live video taken from a vehicle could be sent to the BSCU 14 from the VCU 12 and then used as part of the messaging process of the impending arrival of a particular vehicle to a user. As wireless channels become capable of carrying more and more data (by increased band width and data compression routines), increased information taken from the vehicle can be utilized in the message of the impending arrival of a vehicle to the user.

In the claims hereafter, all "means" and "logic" elements are intended to include any structure, material, or design for accomplishing the functionality recited in connection with the corresponding element.

C-65

## CLAIMS

Therefore, the following is claimed:

5        1.    A method for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, comprising the steps of:

        monitoring travel of said vehicle;

        forwarding travel data to a computer associated with said user; and

        producing a message at said computer for said user indicative of an 10 impending arrival of said vehicle at said vehicle stop before said vehicle reaches said vehicle stop, based upon said travel data.

        2.    The method of claim 1, further comprising the steps of:

        monitoring a location of said vehicle and comparing said location to 15 mapping data; and

        initiating said message to said computer when said vehicle is at a predetermined location from said vehicle stop based upon said comparison.

        3.    The method of claim 1, wherein said message comprises a 20 signal for a computer display.

        4.    The method of claim 1, wherein said message comprises an audible sound.

25        5.    The method of claim 1, further comprising the step of permitting said user to preset a time period at said computer that determines when said message is produced, said time period corresponding to arrival of said vehicle at said vehicle stop.

6.    The method of claim 1, further comprising the step of permitting said user to preset a distance at said computer that determines when said message is produced, said distance corresponding to arrival of said vehicle at said vehicle stop.

5

7.    The method of claim 1, further comprising the step of permitting said user to preset a location of said vehicle on a map at said computer that determines when said message is produced.

10

8.    The method of claim 1, further comprising the step of permitting said user to preset a particular vehicle stop that determines when said message is produced, based upon when said vehicle arrives at said particular stop.

9.    The method of claim 1, further comprising the step of

15    forwarding another message to a telephone associated with said user in addition to said message to said computer, said another message indicating impending arrival of said vehicle.

10.    The method of claim 1, further comprising the step of providing

20    in said message a vehicle location.

11.    The method of claim 1, wherein said travel data is timing information.

25

12.    The method of claim 1, wherein said travel data is distance information.

13.    The method of claim 1, further comprising the steps of:

monitoring content of said vehicle; and

determining said vehicle stop based upon said content.

14.    A system for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, comprising:

means for monitoring travel of said vehicle;

means for forwarding travel data to a computer associated with said user; and

means for producing a message at said computer for said user indicative of an impending arrival of said vehicle at said vehicle stop before said vehicle reaches said vehicle stop, based upon said travel data.

15.    A system for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, comprising:

(a) a computer associated with said user, said computer for producing a message at said computer for said user indicative of said impending arrival of said vehicle at said vehicle stop before said vehicle reaches said vehicle stop;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit travel data based upon said vehicle travel monitoring means;

(3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

(1) a receiver adapted to receive said travel data from said vehicle control unit;

(2) a base station computer network link; and

(3) a base station processor controlling said receiver and said base station computer network link, said base station processor for establishing a

C-68

computer connection between said base station computer and said user computer and communicating said travel data.

16.   The system of claim 15, wherein said computer further comprises:

means for monitoring a location of said vehicle and comparing said location to mapping data; and

means for initiating said message to said computer when said vehicle is at a predetermined location from said vehicle stop based upon said comparison.

17.   The system of claim 15, wherein said message comprises a signal for a computer display.

18.   The system of claim 15, wherein said message comprises an audible sound.

19.   The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a time period at said computer that determines when said message is produced, said time period corresponding to arrival of said vehicle at said vehicle stop.

20.   The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a distance at said computer that determines when said message is produced, said distance corresponding to arrival of said vehicle at said vehicle stop.

21.   The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a location of said vehicle on a map at said computer that determines when said message is produced.

C-69

22.   The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a particular vehicle stop that determines when said message is produced, based upon when said vehicle arrives at said particular stop.

5

~~22.   The system of claim 1, wherein said base station control unit further comprises:~~

a base station telephone interface controlled by said base station processor; and

10        a means for forwarding another message to a telephone associated with said user via said base station telephone interface, said another message indicating impending arrival of said vehicle.

15        23.   The system of claim 1, wherein said message comprises a vehicle location.

20        24.   The system of claim 1, wherein said travel data is timing information.

25.   The system of claim 1, wherein said travel data is distance information.

26.   The system of claim 1, wherein said vehicle control unit further comprises:

25        means for monitoring content of said vehicle; and

means for determining said vehicle stop based upon said content.

C-70

61

## ABSTRACT OF THE DISCLOSURE

An advance notification system notifies users of the impending arrival of a vehicle, for example, an overnight package delivery vehicle, at a particular vehicle stop. The system generally includes an on-board vehicle control unit (VCU) for each vehicle and a base station control unit (BSCU) for sending messages to user computers in order to inform the users when the vehicle resides at a certain predefined time period, distance, prior stop, and/or location point from the vehicle stop. Moreover, vehicle tracking, the BSCU, a computer network (*e.g.*, the Internet), and software located on a user computer may be combined in a plurality of configurations for launching and communicating a message of the impending arrival of a particular vehicle before it arrives. Significantly, the computer message is to advise of the impending arrival and preferably will exhibit a distinctive display and/or sound on the recipient computer so that the recipient is informed of the message. The VCU sends vehicle location and/or stop information to the BSCU, the BSCU compares the vehicle route stop list with route management software, then determines when to send an impending arrival message by preferences, normally chosen by the system operator or a user preparing to receive the advance notification message. The user computer displays information associated with the impending arrival of a vehicle in the form of the name of the vehicle, when the vehicle has finished a previous delivery, the miles before a stop, the time before arriving, and/or an actual location of a vehicle when a vehicle reaches a certain point/place. Additionally, other addressable communication devices could be used in place of or in addition to the computer message, such as personal pagers, mobile telephones, television box de-scramblers, *etc.* Users may also contact the computer site and/or computer address for impending arrival information.

C-71

Attorney's Docket No.   01-1026 _____                          **PATENT**

## COMBINED DECLARATION AND POWER OF ATTORNEY
(ORIGINAL, DESIGN, NATIONAL STAGE OF PCT, SUPPLEMENTAL, DIVISIONAL, CONTINUATION OR CIP)

As a below named inventor, I hereby declare that:

### TYPE OF DECLARATION

This declaration is of the following type: (check one applicable item below)

    __X__    original
    ___    design
    ___    supplemental

NOTE:  *If the declaration is for an International Application being filed as a divisional, continuation or continuation-in-part application do not check next item, check appropriate one of last three items.*

    ___    national stage of PCT

NOTE:  *If one of the following 3 items apply then complete and also attach ADDED PAGES FOR DIVISIONAL, CONTINUATION OR CIP.*

    ___    divisional
    __X__    continuation
    ___    continuation-in-part (CIP)

### INVENTORSHIP IDENTIFICATION

WARNING:  *If the inventors are each not the inventors of all the claims an explanation of the facts, including the ownership of all the claims at the time the last claimed invention was made, should be submitted.*

My residence, post office address and citizenship are as stated below next to my name, I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### TITLE OF INVENTION

## ADVANCED NOTIFICATION SYSTEMS AND METHODS UTILIZING A COMPUTER NETWORK

### SPECIFICATION IDENTIFICATION

the specification of which:  (complete (a), (b) or (c))

(a)    __x__    is attached hereto.

(b)    ___    was filed on _____ as Serial No. _____ or
          ___    Express Mail No., as Serial No. not yet known _____ and was amended on _____ (if applicable).

NOTE  *Amendments filed after the original papers are deposited with the PTO which contain new matter are not accorded a filing date by being referred to in the declaration. Accordingly, the amendments involved are those filed with the application papers or, in the case of a supplemental declaration, are those amendments claiming matter not encompassed in the original statement of invention or claims. See 37 CFR 1.67.*

(c)    ___    was described and claimed in PCT International Application No. _____
          ___ filed on _____ and as amended Under PCT Article 19 on _____ (if any).

C-72

**(Declaration and Power of Attorney–page 1 of 5)**

## ACKNOWLEDGMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information

- which is material to patentability as defined in 37, Code of Federal Regulations, § 1.56.

    (also check the following items, if desired)

__x__ and which is material to the examination of this application, namely, information where there is a substantial likelihood that a reasonable examiner would consider it important in deciding whether to allow the application to issue as a patent, and

____ In compliance with this duty, there is attached an information disclosure statement in accordance with 37 CFR 1.98.

## PRIORITY CLAIM (35 U.S.C. § 119)

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(complete (d) or (e))

(d)   __x__   no such applications have been filed

(e)   ____   such applications have been filed as follows

NOTE:   Where item (e) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

### A. PRIOR FOREIGN/PCT APPLICATION(S) FILED WITHIN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS APPLICATION AND ANY PRIORITY CLAIMS UNDER 35 U.S.C. § 119

| Country (or Indicate if PCT) | Application Number | Date of Filing (day/month/year) | Priority Claimed Under Section 37 USC 119 |
|---|---|---|---|
|  |  |  | __ YES    __ NO |
|  |  |  | __ YES    __ NO |
|  |  |  | __ YES    __ NO |
|  |  |  | __ YES    __ NO |
|  |  |  | __ YES    __ NO |

C-73

**ALL FOREIGN APPLICATION(S), IF ANY FILED MORE THAN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION**

NOTE:    *If the application filed more than 12 months from the filing date of this application is a PCT filing forming the basis for this application entering the United States as (1) the national stage, or (2) a continuation, divisional, or continuation-in-part, then also complete ADDED PAGES TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR DIVISIONAL, CONTINUATION OR CIP APPLICATION for benefit of the prior U.S. or PCT application(s) under 35 U.S.C. § 120.*

## POWER OF ATTORNEY

I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.    (List name and registration number)

Scott A. Horstemeyer, #34,183          James W. Kayden, #31,532
David P. Kelley, #17,420               Jeffrey R. Kuester, #367
George M. Thomas, #22,260             Stephen R. Risley, #35,659

*(check the following item, if applicable)*

_____    Attached as part of this declaration and power of attorney is the authorization of the above-named attorney(s) to accept and follow instructions from my representative(s).

| | |
|---|---|
| **SEND CORRESPONDENCE TO:** | **DIRECT TELEPHONE CALLS** |
| | (Name and Telephone Number) |
| SCOTT A. HORSTEMEYER | |
| Thomas, Kayden, Horstemeyer | SCOTT A. HORSTEMEYER |
| & Risley, L.L.P. | |
| Suite 1500 | (770) 933-9500 |
| 100 Galleria Parkway N.W. | |
| Atlanta, Georgia 30339 | |

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

C-74

## SIGNATURE(S)

NOTE:    Carefully indicate the family (or last) name as it should appear on the filing receipt and all other documents.

**Full name of sole or first inventor**

| Martin | Kelly | Jones |
|--------|-------|-------|
| (GIVEN NAME) | (MIDDLE INITIAL OR NAME) | FAMILY (OR LAST NAME) |

Inventor's signature _____

Date ___5 - 1 - 9 7___     Country of Citizenship ___U.S.A.___

Residence _____2417 Third Street, Dalton, Georgia  30720_____

Post Office Address _____2417 Third Street_____

_____Dalton, Georgia  30720_____

**\* \* \* \* \* \* \* \***

**Full name second joint inventor, if any**

| N/A | | |
|-----|-----|-----|
| (GIVEN NAME) | (MIDDLE INITIAL OR NAME) | FAMILY (OR LAST NAME) |

Inventor's signature _____

Date _____     Country of Citizenship _____

Residence _____

Post Office Address _____

**\* \* \* \* \* \* \* \***

**Full name third joint inventor, if any**

| N/A | | |
|-----|-----|-----|
| (GIVEN NAME) | (MIDDLE INITIAL OR NAME) | FAMILY (OR LAST NAME) |

Inventor's signature _____

Date _____     Country of Citizenship _____

Residence _____

Post Office Address _____

C-75

**(Declaration and Power of Attorney--page 4 of 5)**

CHECK PROPER BOX(ES) FOR ANY OF THE FOLLOWING ADDED PAGE(S)
WHICH FORM A PART OF THIS DECLARATION

___   Signature for subsequent joint inventors.  Number of pages added
_____.

\* \* \*

___   Signature by administrator(trix), executor(trix) or legal representative for deceased
or incapacitated inventor.  Number of pages added
_____.

\* \* \*

___   Signature for inventor who refuses to sign or cannot be reached by person
authorized under 37 CFR 1.47.  Number of pages added
_____.

\* \* \*

_X_   Added pages to combined declaration and power of attorney for divisional,
continuation, or continuation-in-part (CIP) application.

_X_   Number of pages added _2_

\* \* \*

___   Authorization of attorney(s) to accept and follow instructions from representative.

\* \* \*

**If no further pages form a part of this Declaration then end this Declaration
with this page and check the following item**

___   This declaration ends with this page

c:\forms.bor\decpoa.frm

C-76

Attorney's Docket No.   50701-1026

## ADDED PAGES TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR DIVISIONAL, CONTINUATION OR CIP APPLICATION

*(complete this part only if this is a divisional, continuation or CIP application)*

### CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S) UNDER 35 U.S.C. §119 and/or §120

I hereby claim the benefit under Title 35, United States Code, §119 and/or §120 of any United States application(s) or PCT international applications(s) designating the United States of America that is/are listed below, and insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, §112, I acknowledge the duty to disclose information that is material to the examination of this application, namely, information where there is substantial likelihood that a reasonable Examiner would consider it important in deciding whether to allow the application to issue as a patent, which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application.

**Prior U.S. Applications Designating the U.S. for Benefit Under 35 U.S.C. §119**

| U.S. PROVISIONAL APPLICATIONS | U.S. FILING DATE | Pending |
|---|---|---|
| 1.   No Serial No. Yet. | 03/20/97 | XX |

**Prior U.S. Applications or PCT International Applications Designating the U.S. for Benefit under 35 U.S.C. §120**

| U.S. APPLICATIONS | U.S. FILING DATE | STATUS (Check One) | | |
|---|---|---|---|---|
| U.S. APPLICATIONS | U.S. FILING DATE | Patented | Pending | Abandoned |
| 1.   No Assigned SN yet | 03/07/97 | | XX | |
| 2. 08/434,049 | 05/02/95 | | XX | |
| 3. 08/432,898 | 05/02/95 | | XX | |
| 4. 08/432,666 | 05/02/95 | | XX | |
| 5. 08/407,319 | 03/20/95 | | | XX |
| 6. 08/063,533 | 05/18/93 | XX | | |
| PCT APPLICATIONS DESIGNATING THE U.S. | | | | |
| PCT Application No. | PCT Filing Date | U.S Serial Nos. Assigned (if any) | | |
| 7. | | | | |
| 8. | | | | |

(Added Page to Combined Declaration and Power of Attorney for Divisional, Continuation or CIP Application [1-2.1] - page 1 of 2)

## 35 U.S.C. 119 PRIORITY CLAIM, IF ANY, FOR ABOVE LISTED
## U.S./PCT APPLICATIONS

| Above Application No. | DETAILS OF FOREIGN APPLICATION FROM WHICH PRIORITY CLAIMED UNDER 35 USC 119 | | |
|---|---|---|---|
| | Country Application No. | Date of Filing (day, month, year) | Date of issue (day, month, year) |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |

C:\forms\add-page.dec

C-78

(Added Page to Combined Declaration and Power of Attorney for Divisional, Continuation or CIP Application [1-2.1] - page 1 of 2)

PATENT

Attorney's Docket No. _____ 50701-1026 _____

Applicant or Patentee: _____
Serial or Patent No.: _____
Filed or Issued: _____
For: _____

## VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY
## STATUS (37 C.F.R. §1.9(f) AND 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

    ____   the owner of the small business concern identified below:

    __X__  an official of the small business concern empowered to act on behalf of the
           concerned identified below:

NAME OF CONCERN: _____ Global Research Systems, Inc. _____
ADDRESS OF CONCERN: _____ 886 Horseleg Creek Road _____
_____ Rome, Georgia 30165 _____

I hereby declare that the above-identified small business concern qualifies as a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR 1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, in that the number of employees of the concern, including those of its affiliates, does not exceed 500 persons. For purposes of this statement, (1) the number of employees of the business concern is the average over the previous fiscal year of the concern of the persons employed on a full-time, part-time or temporary basis during each of the pay periods of the fiscal year, and (2) concerns are affiliates of each other when either, directly or indirectly, one concern controls or has the power to control the other, or a third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed, to and remain with the small business concern identified above with regard to the invention, entitled

_____ Advance Notification Systems and Methods Utilizing a Computer Network _____
by inventor(s) _____ Martin Kelly Jones _____
_____

described in
    __X__  the specification filed herewith.
    ____   application serial no.  0_/_____, filed _____.
    ____   patent no. _____, issued _____.

If the rights held by the above-identified small business concern are not exclusive, each individual, concern or organization having rights in the invention is listed below* and no rights to the invention are held by any person, other than the inventor, who would not qualify as an independent inventor under 37 CFR 1.9(c) if that person made the invention, or by any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE  Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities (37 CFR 1.27).

C-79

NAME: _____N/A_____ _____
ADDRESS: _____

_ INDIVIDUAL _ SMALL BUSINESS CONCERN _ NONPROFIT ORGANIZATION


NAME: _____N/A_____
ADDRESS: _____

_ INDIVIDUAL _ SMALL BUSINESS CONCERN _ NONPROFIT ORGANIZATION


I acknowledge the duty to file, in this application or patent, notification of any changes in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate. (37 CFR 1.28(b)).


I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.


NAME OF PERSON SIGNING _____Martin Kelly Jones_____
TITLE OF PERSON OTHER THAN OWNER _____
ADDRESS OF PERSON SIGNING _____886 Horseleg Creek Road, S.W._____
_____Rome, Georgia 30165_____

SIGNATURE _____ Date _5-1-97_____

forms.hor\smallent.bus

C-80

(Small Entity - Small Business [7-4] - page 2 of 2)

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 1



# EXHIBIT / ATTACHMENT



**(To be scanned in place of tab)**

# United States
# Patent File History

## Tab Listings

**A.** References (if applicable)
    **A1**–U. S. References
    **A2**–Foreign References

**B.** Jacket (face of file, contents flap, index of claims, PTO 270 searched)

**C.** Printed Patent

**D.** Specification (serial no. sheet, abstract, specification, claims)

**E.** Oath
    **E1**–Small Entity Status (if applicable)

**F.** Drawing (figures) (if applicable)

**G.** PTO/Applicant Correspondence

**H.** Original Parent Application (in cases of FWC)

## Supplied by:
REEDFAX Document Delivery System

117 Gibraltar Road, Horsham, PA 19044-0963

Customer Service: 1-800-422-1337 or 215-441-4768
Fax: 1-800-421-5585 or 215-441-9463



60/039925

| | Class | Subclass |
|---|---|---|
| | | |

ISSUE CLASSIFICATION

SCANNED

PROVISIONAL APPLICATION NUMBER

60/039925

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| | | | | | |

APPLICANTS

VERIFIED

* FOREIGN/PCT APPLICATIONS

VERIFIED

FOREIGN FILING LICENSE          SMALL ENTITY

| Foreign priority claimed ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☐ no | | | | | | | |
| Verified and Acknowledged    Examiner's Initials | ➡ | GA | 15 | | | $75.00 | 50701-0010 |

ADDRESS

SCOTT N. HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER AND RISLEY
100 GALLERIA PARKWAY
SUITE 1500
ATLANTA, GA 30339

TITLE

ADVANCED NOTE TO TO

U.S. DEPT. OF COMM./ PAT. & TM—PTO-436L (Rev.12-94)

Form PTO-1625
(Rev. 5/95)

D-2

(FACE)

60/039925

**PATENT APPLICATION**

APPROVED FOR LICENSE

60039925

Date Received or Mailed



Application _____ papers.

2. Request for _____
3. Request for _____
4. Request for arrear   3/03/03 *
   Request for ____ 3/08/03
   _____

11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____

D-3

(FRONT)

| POSITION | | ID NO. | DATE |
|---|---|---|---|
| CLASSIFIER | | | |
| EXAMINER | | 750 | 4-26-99 |
| TYPIST | | | |
| VERIFIER | | | |
| CORPS CORR. | | | |
| SPEC. HAND | | | |
| FILE MAINT | | | |
| DRAFTING | | | |

D - 4



D-5

(RIGHT OUTSIDE)

PATENT APPLICATION SERIAL NO. 60/039925

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

D-6

## 1) ABSTRACT OF THE DISCLOSURE

An advance notification system notifies users of the impending arrival of a vehicle, for example, an overnight package delivery vehicle, at a particular vehicle stop. The system generally includes an on-board vehicle control unit (VCU) for each vehicle and a base station control unit (BSCU) for sending messages to user computers in order to inform the users when the vehicle resides at a certain predefined time period, distance, prior stop, and/or location point from the vehicle stop. Moreover, vehicle tracking, the BSCU, a computer network (*e.g.*, the Internet), and software located on a user computer may be combined in a plurality of configurations for launching and communicating a message of the impending arrival of a particular vehicle before it arrives. Significantly, the computer message is to advise of the impending arrival and preferably will exhibit a distinctive display and/or sound on the recipient computer so that the recipient is informed of the message. The VCU sends vehicle location and/or stop information to the BSCU, the BSCU compares the vehicle route stop list with route management software, then determines when to send an impending arrival message by preferences, normally chosen by the system operator or a user preparing to receive the advance notification message. The user computer displays information associated with the impending arrival of a vehicle in the form of the name of the vehicle, when the vehicle has finished a previous delivery, the miles before a stop, the time before arriving, or an actual location of a vehicle when a vehicle reaches a certain point/place. Additionally, other addressable communication devices could be used in place of or in addition to the computer message, such as personal pagers, mobile telephones, television box de-scramblers, etc. Users may also contact the computer site / computer address for impending arrival information arrival information.

5

75 - 214    A/PROV.

60/039925

## FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to an advance notification system and method for notifying users in advance of the impending arrival of a vehicle or user, for example but not limited to, a bus, train, delivery van, plane, fishing vessel, or other vessel, or user walking or riding, to or at a particular stop.

## BACKGROUND OF THE INVENTION

There are many situations when it is desirable for people to know of the approximate arrival time of a particular vehicle, the distance of a particular vehicle approaching, when a vehicle crosses particular location points, and when a particular vehicle is leaving its last stop, all shortly before the vehicle is to arrive at a particular destination. With such information, passengers, users, and companies can adjust their schedules accordingly and avoid having to wait on a particular vehicle to reach a particular destination. For example, a user having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time (information which is oftentimes unavailable) or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example includes a user walking and carrying a device such as a mobile phone or communication device with a location device, such as global positioning system (GPS) receiver, connected for sending location information to a control unit. This control unit can broadcast a user impending arrival time, distance to be traveled before arriving, specific location points and/or the time when leaving their last stop. This information may be broadcast to an employer, spouse, parent, or other user, when the vehicle/user reaches a predetermined location.

Another example involves school children that ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at particular bus stops at substantially different times from one day to the next. The reason is that school buses are not always the

D-8

best-maintained vehicles on the roads, frequently must operate during rush hour traffic, and must contend with congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, and/or even dark, such conditions can be unhealthy and unsafe for children.

Yet another example is in the commercial overnight package delivery industry, wherein packages are delivered on a tight schedule. It is desirable to notify a user at a delivery stop for better customer preparation as the vehicle approaches. By the customer becoming better prepared and a delivery driver being able to deliver more packages per day, an overnight package delivery company can increase profits by requiring fewer vehicles to deliver more packages in a business day. Additionally, individuals already try to project the arrival of a vehicle or package by online package tracking services provided by commercial delivery companies, such as the United Parcel Service (UPS), Federal Express (FED-X), and others. Although traditional methods used in determining when a vehicle is to arrive at a stop is effective in some cases, a more precise method using a pre-warning message can be more helpful in providing accurate information. Currently, such vehicles, in order to ensure being able to deliver all packages in the same day, keep loads at a lower capacity and often predetermine the need for excessive waiting times at a percentage of vehicle stops when customers react slowly to their arrival.

Thus, generally, it would be desirable for a user to know when a vehicle (such as a bus, truck, train, plane, user, or the like) is (a) a particular time period (for example, number of minutes or seconds) away from arriving at a destination, (b) a particular distance (for example, number of miles or height) away from the destination, or (c) at a particular location among a set of location points, so that the user can adjust his/her schedule and avoid arriving too early or too late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S.Patent No. 4,713,661 to Boone *et al.* and U.S.

D-9

Patent No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

### SUMMARY OF THE INVENTION

Briefly described, the present invention is an advance notification system for notifying a user of an impending arrival of a vehicle as the vehicle approaches a particular stop. Notification of a vehicle arrival may be in the form of, but not limited to, predefined locations, predefined times, and/or predefined distances, and may occur when the vehicle is leaving its last stop before approaching the particular stop. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with a user computer, pager, television, and/or telephone.

The VCU includes different types of configurations, based on the system application. In a first system configuration a vehicle control unit includes a vehicle communication mechanism controlled by the vehicle control mechanism, a global positioning system (GPS) location device or package delivery indicator for determining actual vehicle positioning, and, optionally, one or more input devices, *e.g.*, a bar code scanner, hand held remote data entry device, or switches / buttons that may be operated by the vehicle driver, for the purpose of relaying messages to the BSCU. The control mechanism is adapted to initiate or receive data communications utilizing the vehicle communication mechanism when the vehicle location and/or package delivery information needs to be uploaded to the BSCU. In the preferred embodiment, the vehicle communication mechanism is a

wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

In a second system configuration, the vehicle control unit includes a vehicle communication mechanism controlled by the vehicle control mechanism, and/or sensors (e.g., global positioning system receiver, door opening, package delivery indicator, ignition switch input, etc.) which convey to the vehicle communication mechanism their vehicle sensor information for determining location.

In a third system configuration, the vehicle control mechanism and sensors include the packages and delivery list for signaling to the vehicle communication mechanism and the vehicles' stops. The BSCU determines each stop address and/or time of last delivery for the timing of each message to the user computer address.

The control mechanism is adapted to initiate communication utilizing the vehicle communication mechanism when the time elapsed and/or traveled distance of the vehicle at any of the particular positions is either ahead of or behind the scheduled time and/or on a regular basis and/or when a delivery is made, and/or when polled by the BSCU. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone's voice or data channel/s, radio frequency (RF) transceiver, or other suitable device.

The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the vehicle identification and location information and/or delivery information from the VCU. The base station control mechanism may be configured to store vehicle location, compare locations and/or deliveries with a mapping data base, compare user definable requests for advance notification of the vehicle's impending arrival, and send information to users' computers, pagers, televisions, and / or telephones for the advance arrival of a vehicle. Additionally, one or more functions of the BSCU internal modules / components may be linked to a remote site/s, such as a user computer. In one BSCU configuration, a user wishing to be notified of the impending arrival of a vehicle may share some or all part/s of the BSCU operation with software running on a user computer. In this example the user computer equipped with advance notification

software may have the control mechanism for comparing locations with a mapping database, comparing user definable requests for advance notification of the vehicle's impending arrival and the ability to receive vehicle locations, deliveries from a vehicle, BSCU collecting vehicle location and/or delivery information. The computer messages to be displayed with or without audio before the vehicle arrives on a user computer is achieved from networking software and/or advance notification software on the computer network or a user computer. Moreover, when the configuration is set-up a person's computer, the computer can activate paging to a pager and telephone call's to other locations with a modem and software for forwarding messages. The preferred mechanism for displaying the arrival of the vehicle at a particular stop location is a remote BSCU sending messages to a user computer over a computer network with or without additional advance notification software, a user computer with advance notification software and receiving vehicle location / delivery information from a vehicle or remote BSCU storing vehicle location information. In the preferred embodiment, the base station communication mechanism is a modem communication device, such as a telephone, RF, cable modem, or combination thereof, for communicating with the vehicle communication mechanism and also comprises at least one telephone modem, RF modem, or cable modem for sending information to users' computers, receiving information from a BSCU with vehicle location information and/or a computer network for linking BSCU mechanisms over a network to a user computer. Additionally, connecting a television to a user's computer and the user's computer operating software / hardware for displaying images onto a person's television screen when a vehicle is approaching. This type of display is accomplished in many different methods including, over existing programming, similar to on screen programming / remote control commands displays.

The advance notification message is to advise a user of the impending arrival of the vehicle. Preferably, a computer can exhibit a distinctive video and sound so that the message recipient will be informed of the arrival of a vehicle. A user computer may exhibit a display on the monitor or attached television of a video and/or sound, so that the recipient may be notified of the vehicle time of arrival,

distance before arriving, particular location, and/or its last stop, all of which is predefined by the user, passenger, or service provider.

In accordance with a significant feature of the present invention, the computer network is used to advise users of a vehicle's impending arrival. Moreover, a user computer may display an impending time of arrival, distance to be traveled before arriving and the vehicle's actual location on a map when the vehicle reaches a predetermined location.

It should be emphasized that while the present invention is particularly suited for commercial overnight delivery applications, there are many other applications. As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, fishing vessels, other transportation vehicles, delivery vehicles, and individuals carrying location devices and/or delivery sensors and/or other sensors for determining location by a remote computer for advance notification messaging.

Other objects, features, and advantages of the present invention will become apparent from the following drawings. All such additional objects, features, and advantages are intended to be included herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating the principles of the present invention.

Fig. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a vehicle control unit (VCU) in communication with a base station control unit (BSCU), which is in turn in communication with a customer computer and/or computer address, the customer computer then offers a video and/or audio display.

Fig. 2 is a high level schematic diagram of an advance notification system of the present invention as applied to a delivery truck system, as an example, the advance notification system generally comprising a vehicle control unit (VCU) in communication with a base station control unit (BSCU), which is in turn in communication

with a customer computer and/or computer address, a customer's business or home telephone, a customer's mobile phone, a customer's wireless pager, and a customer's television, these devices offer an improved method for notifying a person of the impending arrival of people or vehicles.

Fig. 3 is a high level flow chart diagram of the advance notification system of the present invention as applied to a delivery truck system, as indicated in this diagram, the advance notification system generally comprises a vehicle monitoring process for determining the location of vehicle's remotely, a messaging component for sending electronic messages when a vehicle reaches a predetermined point prior to the arrival at a person's stop, and a person's computer connected to a network / internet for receiving and displaying an impending arrival message.

Fig. 4 is a high level flow chart diagram for determining when to use a second method of sending an impending arrival message to a person. This diagram shows how a telephone call can be activated first and if unsuccessful, determined by the retries attempts in this diagram, secondly sends a computer message. Asking an individual receiving an electronic message to respond could reverse this and if no response was received back, a telephone call to the person's would be made. Also worth noting, the messaging to an individual could always be one, both, or others.

Fig. 5 is a high level flow chart diagram of different messaging options. While one method is suitable for some people, two or more different type messaging methods is more likely to be effective for others. The diagrams show the options for receiving impending arrival messages as a message to a computer address, a telephone call with a message (if answered), a message on a pager, and a message to a person's television address.

Fig. 6 is a high level flow chart diagram for activating an impending arrival message when electronic mail (E-Mail) is received on a person's computer / computer address. An impending arrival message in the form of an electronic message or more commonly known as E-Mail, activates additional software, setup with user preferences, for tailored audio announcements and video displays.

Fig. 7 is a high level modular diagram of the overall operation of the advance notification system described as system configuration

and necessary to show the differences of individual module
configurations. Additionally, this configuration is a simple diagram of
an advance notification system, designed to send a users computer
address a message when a vehicle is approaching and also used as an
overview of Fig. 1.

Fig. 8 is another high level modular diagram of the overall
operation of the advance notification system described as system
configuration and necessary to show the differences of individual
modular configurations. Additionally, this configuration is a simple
diagram of an advance notification system, designed to send a user
computer vehicle location information only, for the user computer to
determine when to notify the user and send a message to the computer
screen and audio means, when a vehicle is approaching.

Fig. 9 is another high level modular diagram of the overall
operation of the advance notification system described as system
configuration and necessary to show the differences of individual
modular configuration preferences of different systems. Additionally,
this configuration is a simple diagram of an advance notification
system, designed to send a message about the next stop to a users
computer as the last delivery (prior to the impending stop) is made and
thus notify the user via a message on a computer screen and audio
means, when a vehicle is approaching.

Fig. 10 is another high level modular diagram of the overall
operation of the advance notification system described as system
configurations and necessary to show the differences of individual
modular configuration preferences of each system. Additionally, this
configuration is a simple diagram of an advance notification system,
designed to determine a vehicle location by a stop, or delivery at a
particular location, without GPS or normal location devices on the
vehicle. This system determines vehicle location from a delivery list
and acknowledgment of each delivery to the BSCU. The address and
distance to the next stop is determined by routing software, mapping
software, past records of travel, and actual traffic data systems,
compared in the BSCU to determine time, distance, and actual vehicle
location prior to a user stop. The ability to notify a user computer as
the pre-selected advance notification preferences are activated allows
the system to notify the user of a message on a computer screen and/or
by audio means when a vehicle is approaching. Other combinations of

the configurations (Fig. 7 through Fig. 10) are used based on application, business, and customer needs.

Fig. 11 is a high-level schematic circuit diagram of the VCU. The VCU is designed to be a compact unit with a generally rectangular housing that is mounted preferably on or in front of the dashboard of the vehicle in view of and within reach of the vehicle driver. In the housing, the microprocessor controller is interfaced with the transceiver by a transceiver jack (preferably a conventional 8-conductor telephone jack when transceiver is a mobile telephone), and the transceiver includes an antenna for transmitting and/or receiving signals to and from the BSCU. Further, the VCU includes a liquid crystal display (LCD) module disposed for external viewing of the display by the driver and for providing information to the driver, as described previously.

Fig. 12 is a low level block diagram of the VCU of Fig 11.

Fig. 13 is a flow chart of a vehicle control process for the VCU and BSCU.

Fig. 14 is an example of a route list after calculations have determined the route stop order and the time between stops. The left chart block shows GPS longitude / latitude coordinates and estimated time between stops, while the right chart block shows the mailing address and stop number on the LCD.

Fig. 15 is a diagram showing how to determine route stop timing events with past route averages and actual live inputs from VCU's for a combined calculation for better estimations of a vehicle actual location between communication updates and improved accuracy of impending arrival messages.

Fig. 16 is a diagram of an event schedule for sequencing and activating of impending arrival messages from predetermined locations, time before arrival and distance before arrival of a particular vehicle.

Fig. 17 is an example diagram of a messaging event sequence when sending messages to users before the vehicle arrives. Moreover, it shows an update message used when a particular vehicle is delayed. The update message is used when a person is notified and waiting on a vehicle to arrive, but the vehicle is delayed after passing the activation point for sending the first message.

Fig. 18 is a flow chart of when a second or third message is used and how the BSCU determines the activation of these messages.

Fig. 19 is a diagram of an example of a method for determining vehicle location without the vehicle being equipped with a location device, such as a GPS, or other devices used for odometer/distance reading device, *etc.*, in an advance notification system. This flow chart diagram illustrates a method for determining vehicle location from a delivery list, actual delivery or attempt to deliver notices and route determining software in the BSCU and/or a user computer. The route and/or mapping software determines the vehicle path (roads) to the next stop and then calculates the distance from mapping software. Furthermore, the vehicle location is associated with time for determining a moving vehicle location. This vehicle location/time is calculated from past route data, mapping software of speed limits, stops signs, red lights, *etc.* and/or traffic monitoring systems with sensors normally located along the roadside. It also provides an inexpensive means for determining a vehicle time, distance, and/or location away from a home or business for activating an advance notification message of an impending arrival of a vehicle from different user preferences.

Fig. 20 is a flow chart of a simple and low cost advance notification system for notifying users of the impending arrival of a particular vehicle, when the vehicle leaves it's last (prior) stop, and on it's way to the user's stop.

Fig. 21 is a high level flow chart for determining the reliability of a vehicle's location without constant communication. A vehicle's location determining factor (VLDF) is calculated by the BSCU from past route averages, including roads/streets, time of day, vehicle driver, day of week, week of year (holidays normally take more time), and averaged for a particular route, time, and day.

Fig. 22 is a diagram of an example of the communication flow of an advance notification system using a computer network. The BSCU is equipped with a computer network site for interfacing and displaying information on a person's computer for setting up and starting the advance notification service. Additionally shown is how the personal preferences are processed and impending arrival messages are activated when the vehicle's location matches the personal preferences.

D-17

Fig. 23 is a high level flow chart for determining when to use a cycle communication protocol. This chart discloses one method for lowering communication while a vehicle is in route for an advance notification system.

Fig. 24 is a high level flow chart for showing the methods for determining when to program a VCU with cycle communication before a route starts.

Fig. 25 is a high level flow chart of a user computer equipped with software for displaying audio and video. Moreover, the user preferences for playing audio messages and / or video displays when impending arrival messages are received.

Fig. 26 is a diagram and example for accessing and receiving advance notification information when accessing an Internet or computer site page.

Fig. 27 is a table used for determining activation points for an impending arrival messages. The roads and locations are normally taken from past records and mapping software for placing a user's request at particular location points associated with a distance, time, or other location activation areas for starting an impending arrival message.

Fig. 28 is a graphic of a map showing impending arrival activation points when a user request is compared with distance, time, or locations, for activating an impending arrival message/s.

Fig. 29 through 39 is diagrams of user preferences and on-screen displays of the advance notification system, as a user is connected over computer network and / or operating proprietary software.

Fig. 29 is a diagram and example of an on-screen display of a user connecting to a internet computer site / location. To signup for the advance notification service a user has the ability to download the software for additional displays and audio options or to signup on-line through a computer connection.

Fig. 30 is a diagram and example of an on-screen display for entering the users home or business address, telephone number, and computer address (not shown). It would also be obvious to enter pager numbers, mobile phone numbers, cable television box identification numbers and other communication hardware addresses that would

notify the user of an impending arrival of a vehicle, when the vehicle reaches a predefined location, time, prior stop, or distance.

Fig. 31 is a diagram and example of an on-screen display for showing the user location on a map and how the location is confirmed by the user.

Fig. 32 is a diagram and example of an on-screen display for providing the user with a choice of different type notification messages based on the type or category of selected vehicles. This allows (if optioned) the user, as an example, to receive an impending arrival message from a school bus when the school bus is five minutes away and an impending arrival message from a delivery truck when the vehicle is two miles away.

Fig. 33 is a diagram and example of an on-screen display of user options for being notified when a vehicle is at a predetermined time, distance, or particular location. This screen is not shown when a vehicle or company predefines when an impending arrival message is sent.

Fig. 34 is a diagram and example of an on-screen display for adjusting the amount of time before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (Fig. 28).

Fig. 35 is a diagram and example of an on-screen display for adjusting the amount of distance before a vehicle arrives to send an impending arrival message. Additionally, a map can show actual activation points, based on vehicle type/s, if optioned (Fig. 28)

Fig. 36 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a circle perimeter around a stop or location. The activation points are at the outside areas of the circle and matching road/street addresses.

Fig. 37 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a grid perimeter around a stop or location. The activation points are at the outside areas of the grid area/s and matching road/street addresses.

Fig. 38 is a diagram and example of an on-screen display for adjusting a predefined area for activation of an impending arrival message. This illustration is for setting a perimeter around a stop or

location by placing street markers onto a map roads and streets. The activation points are the street markers located at the road/street addresses. Additionally, (not shown) all roads / street markers must close a perimeter around a users home or business.

Fig. 39 is a diagram and example of an on-screen display for user options and needed for selecting methods of receiving impending arrival messages over a computer network to a user computer and / or ringing a user telephone. Although not shown in this configuration and illustration, other messaging methods, such as a personal pager, a mobile phone, a cable television box, or other communication devices could be used to notify a user when a vehicle reaches a predetermined location, time, prior stop, or distance, and therefore could be added to Fig. 39.

Fig. 40 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's next stop in a text format for the driver. This text format could be changed to show a map with highlighted roads to the next stop or actual directions (not shown).

Fig. 41 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order and the next stop / delivery to be made, as highlighted.

Fig. 42 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop / delivery to be made, and a stop that has been moved (lower highlighted area with (M) on left side) from an earlier route stop, as previously indicated in Fig. 41.

Fig. 43 is a diagram and example of a vehicle control unit (VCU) with a display area and control buttons. The display shown in this illustration is displaying the vehicle's route list order with next stop / delivery to be made, and a stop that has been rescheduled from an attempted delivery (lower highlighted area with (AR) on left side) from an earlier route stop.

Fig. 44 is a diagram and example of a vehicle control unit (VCU) and a flow chart showing a method for determining when the route list is completed and sending additional information to the VCU display for the driver to return to a loading area, as an example.

6003992S . 031097

Fig. 45 is a flow chart diagram of a personal computer operating advance notification software and communicating with the BSCU for actual vehicle's, and related information, that are approaching their stop. Additionally, this configuration is another example for operating software on a person's computer, for activating an impending arrival message to the user, when a vehicle is approaching.

Fig. 46 is a high level flow chart diagram of a BSCU and control process when the BSCU initializes, activates, and sends impending arrival messages, as opposed to Fig. 47, when the BSCU is not used for sending impending arrival messages, but vehicle location information to a computer equipped with advance notification software.

Fig. 47 is a high level flow chart diagram of a BSCU and control process, when the BSCU sends vehicle location information to remote computers, for activation of impending arrival messages on user computers.

Fig. 48 is a high level flow chart diagram of the initialization process between the VCU and The BSCU. Additionally, this illustration shows a configuration for the BSCU to configure the VCU clock and the communication method.

Fig. 49 is an example and diagram of a computer screen connected by software / hardware to an internet service provider and receiving an vehicle's impending arrival message in the form of E-Mail or electronic mail.

Fig. 50 is a high level flow chart diagram of a method for receiving impending arrival messages through a satellite television link or cable television link, and displaying the impending arrival information on a person's television.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The features and principles of the present invention will now be described relative to preferred embodiments thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein

within the scope of the present invention, as set forth and defined in the claims.

I.  System Architecture

    Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views; Fig. 1 is a schematic diagram of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, a delivery truck system. The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of user computers 29 and / or additional communication devices 36x. As configured in the delivery truck system 10, a VCU 12 is installed in each of a plurality of delivery trucks 19, all of which communicate with the BSCU 14. Moreover, the BSCU 14 communicates with the computers 29 and / or a person's telephone 36b, a person's pager 36e, a person's mobile phone 36c or a person's television 36d, at one or more locations 36x (Fig. 2), in the present example of an application.

    A.  Vehicle Control Unit

    The VCU 12 will now be described with reference to Figs.1, 11, and 12. Referring first to Fig. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, USA. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU 14. Examples of suitable wireless communication devices include a mobile telephone (*e.g.*, cellular) and a transceiver (having both a transmitter and a receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range. In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones". These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxicab communications systems.

The microprocessor controller 16 is electrically interfaced with a system menu switch 21, an attempt to deliver switch 22, a reschedule stop switch 23, a clock 24, and GPS location device sensor 25. Generally, vehicle tracking is accomplished by monitoring the control switches 21-23, the GPS location sensor 25, the power (35) to the controller 16, and a onboard package inventory and delivery database (Fig. 11). Additionally, existing switches, such as door, seat, placing the vehicle in drive, and/or driver held package-tracking devices 20 may also be used or added to existing switches. It is recommended that all of the foregoing features be employed to provide redundant checking and control of communication. More specifically, the system menu switch 21 includes options for route starting and resetting, driver responses to messages sent from the BSCU, suspended operation (lunch, breaks, etc.), emergency activation, etc. The system menu switch 21 operates by scrolling upward and downward through options and selecting by pressing left or right on the control knob. Special events also are programmed to occur throughout a normal day of operation such as, on screen displays to the driver and driver prompts to enter a response "are you starting your route?" or "when are you breaking for lunch, after this stop?" or "stop 115 3rd street has responded to message and is available to receive a package or not available for delivery". Would you like to reschedule this delivery for today?". etc. The attempt to deliver switch 22 can be actuated by the driver upon reaching a user stop and finding no one available to sign for and/or receive a package, in order to inform the VCU 12 that a stop has been made and the package is still on board, the details of which will be further described hereinafter. The driver at a stop can actuate the reschedule stop switch 23 if the driver is planning to revisit the stop in the same day, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory must be updated. In essence, the attempt to deliver switch 22 and the reschedule stop switch 23 cause the stop designation to be rescheduled for a second time in a day or for the following day. The actual displayed information on the display module 33 is acceptance of input and further instructions, normally when the reschedule stop switch is activated. Additional options include the placement of the stop to be rescheduled within the upcoming stops in that day. The stored driver choices in the VCU 12

D-23

from the attempt to deliver and/or the reschedule stop switch/s, are sent to the BSCU respectively. Additional menu options 21 can be added to the VCU in the form of buttons, as shown in Fig. 40.

The VCU 12 can be configured so that the operation of the system menu switch 21, the attempt to deliver switch 22, and the reschedule stop switch 23 are purely optional. In this configuration, the location sensor 25 automatically accomplishes the aforementioned functions of the switches 21-23. However, in a simple configuration the delivery driver has no user functions and the VCU sends package, delivery, and time information only to the BSCU (Fig. 19 and 20). The range of configurations is provided for the types of deliveries and nature of a company and it's packages or cargo. As an example, a furniture delivery company only delivers a limited number of packages per day. Most delivery times (on location) for furniture is unpredictable and, therefore, advanced features needed for quicker and more frequent stops are not needed.

However, in one of the simplest configuration, the delivery driver has no user functions and the VCU is not equipped with a location-determining device. The VCU is equipped with a package sensor only, and the package sensor sends signals to the BSCU for the actual delivery of a package at a stop. Furthermore, for the BSCU to determine notification time, distance, location on a map, or broadcast the delivery vehicle's next stop, the BSCU must store the driver's route in its data base and/or receive next stop information from the VCU or other stored means. Other types of information may also be displayed on the display module 33. For example, the display module 33 may inform the driver of a particular vehicle, to meet another driver for load sharing (as in a holiday season, or when a driver experiences an emergency, such as a breakdown from a deflated tire or involvement in an accident), and the status of the VCU 12 in communication with the BSCU 14, or that the advance notification system 10 is operating.

A sensor comparison in the VCU provides the BSCU with more accurate vehicle operational intentions, such as a vehicle door sensor and a location device (e.g., GPS) which may be compared for knowing if the driver has started to the next stop. A cross reference of these sensors and switches can make a determination between the vehicle making a delivery stop and stopping at a road sign or red light

D-24

or rest area. By comparing the location device outputs and determining when the vehicle is stopped, with the delivery door sensor, a determination of a stop can be assured. Other calculations can be utilized on single sensors such as to count the number of times the delivery door opens and closes, or as a package is scanned as it enters or leaves a vehicle.

A positioning system 25 can be used to determine the geographical position of the vehicle 19 on or above the earth surface. The positioning system 25 could be GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other suitable position tracking system.

Figs. 7, 8, 9, and 10, are modular component diagrams of the advance notification system 10 of the present invention, as configured to operate for example, but not limited to, delivery truck systems. Furthermore, each diagram helps to show examples of VCU 12 in different, but not limited to, system configurations and applications. It will be apparent to those skilled in the art that numerous other variations or modifications may be made to the preferred embodiments without departing from the spirit and scope of the present invention.

To better understand the modules within VCU 12, Figs. 7, 8, 9, and 10, are examples of different configurations for providing advance notification of an impending arrival of a particular vehicle. Moreover, to understand the VCU 12 in different systems, Fig 7, 8, 9, and 10, are illustrations and modular diagrams of the advance notification system and how the VCU 12 interacts with the other system components. Fig 7, is an advance notification system 10 comprising, preferably, a plurality of on-board vehicle control units (VCU) 12, a modular Base Station Control Unit (BSCU) 14 and one or more person's linked to a computer network with one or more computers 36. In this configuration each Vehicle Control Unit (VCU) 12 is equipped with a global positioning system (GPS) 25 receiver for receiving satellite signals for determining vehicle location. The global positioning system (GPS) receiver sends positioning data to the Computer Controller (CC) 12a. The computer controller from a hierarchy standpoint controls the overall operation of the Vehicle Control Unit (VCU) 12. The computer controller 12a interacts with the Cellular

Transceiver (CT) 18a and establishes wireless communication through the Wireless Transceiver (WT) 26 to the Base Station Control Unit (BSCU) 14. Actual communication between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14 can occur when the Computer Controller (CC) 12a receives wireless communication from the Base Station Control Unit (BSCU) 14, or when predefined User Input Controls (UIC) 21a are activated, or when a predetermined time period has expired, or a predetermined vehicle location is determined, through the Global Positioning System (GPS) 25 receiver. The actual communication protocol is normally set by the Base Station Control Unit (BSCU) 14 and established from the end-user requirements during the setup of each system. The advance notification system 10 is customized for each system implementation for communication optimization needed for lowering the number of wireless messages and the cost between the Vehicle Control Unit (VCU) 12 and the Base Station Control Unit (BSCU) 14. As an example, when vehicles have extended and long drives, normally in rural or remote areas, communication can be stopped until the vehicle reaches a predetermined location, time, or when polled by the (BSCU) 14. Upon reaching the predefined location, or the expiring of a predefined time period, or when polled by the (BSCU) 14, communication is restarted. Additionally, the actual communication can be triggered by the activation of a User Input Control (UIC) 21a. As an example, when a vehicle driver activates the User Input Control (UIC) 21a (when a package is delivered and sensor is activated), communication from the Vehicle Control Unit (VCU) 12 to the Base Station Control Unit (BSCU) 14 can be established. Because the (BSCU) 14 controls the communication protocols (ability to analyze travel data for best communication methods, then down load to VCU 12) in the (VCU) 12, multiple combinations in most trucks can be used to limit communication.

Fig. 8, and 9, are illustrations of advance notification system configurations, without the use of a Global Positioning System (GPS) as shown in Fig's 1, 2, 6, 7, and others. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking each vehicle's package delivery attempt, by monitoring User Input Controls (UIC) 21a and each truck route list with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular

route order, advance notification can be set for a prior stop, a
particular estimated location using mapping software and/or past
records of vehicle times associated with package delivery stops and
the time between.

    Fig. 11 is a schematic circuit diagram of the VCU 12.
The VCU 12 is designed to be a compact unit with a generally
rectangular housing 34 that is mounted preferably on or in front of the
dashboard of the vehicle 19 in view of and within reach of the vehicle
driver. In the housing 34, the microprocessor controller 16 is
interfaced with the transceiver 18 by a transceiver jack 31 (preferably
a conventional 8-conductor telephone jack when transceiver 18 is a
mobile telephone), and the transceiver 18 includes an antenna 32 for
transmitting and/or receiving signals to and from the BSCU 14.
Furthermore, the VCU 12 includes a liquid crystal display (LCD)
module 33 disposed for external viewing of the display by the driver
for providing information to the driver, as described previously.

    Fig. 12 is a more detailed schematic circuit diagram of the
electronic components associated with the VCU 12. The
microprocessor controller 16 essentially controls the operation of the
transceiver 18, the Global Positioning System (GPS) 25 and the LCD
display module 33. A switching element 37, such as an opto isolator
(optical isolator) unit, provides a buffer between the microprocessor
controller 16 and the battery 35 as well as switches 20, 21, 22, and 23.
An EEPROM 43 is provided for storing the control programs (Figs. 11
and 12) and other requisite data for the microprocessor controller 16,
and a RAM 44 is provided for running the control programs in the
microprocessor controller 16. A matrix keyboard emulator 39 is
interfaced between the transceiver 18 and the microprocessor
controller to control and transmit signals over the transceiver 18.
Further, a dual tone multiple frequency decoder 41 is interfaced
between the mobile telephone transceiver 18 and the microprocessor
controller 16 for decoding modem signals, or tones, received by the
mobile telephone transceiver18 from the BSCU 14.

## B. Base Station Control Unit

    The BSCU 14 may be implemented using any conventional
computer with suitable processing capabilities. The BSCU 14 can
communicate to the homes or businesses of customers via, for

example but not limited to, either of the following interfaces: (a) computer links through modem cards to the user computers 29; (b) a computer network operated by an Internet service provider. The Internet adheres to the conventional computer-networking model and supports the carrying of application information in an application independent fashion. The computer network is a cost effective technology that delivers voice and data information between computer terminals and a computer network or Internet using existing POTS (plain old telephone service) lines, ADSL (asynchronous digital subscriber line), FTTC (fiber-to-the-curb) networks or cable television network or a combination of the two infrastructures. The BSCU 14 or parts of the BSCU 14 may also reside in a user home or business as a stand alone operational system, via software operating on a user computer and receiving vehicle location information from VCU/s through a modem and/or network link. Moreover, the BSCU and user computer may contain combinations of modules for achieving notification of the impending arrival of a vehicle at a user stop, on that user computer/computer address.

In the preferred embodiment, a centralized BSCU 14 communicates through a direct link to a computer network and/or multiple port modem cards to user computers 29. When using multiple means in this regard, a set of conventional modem processing cards 36 are utilized for communicating with computers 27 in one or more homes or businesses, or with computer/Internet addresses as depicted in Fig. 1 as user locations 36. The system 10 could be configured to send an electronic message to prospective users' network address, thus warning them of the impending arrival of a vehicle 19, as opposed to sending data to activate a user computer equipped with additional software, for displays and audio warnings. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line 26a, dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of vehicles 19.

The BSCU 14 also includes at least one, but preferably a plurality of telephone modems 27 (or other suitable communication

interface) with associated telephone lines 27a, for making the communication links to users' computer locations, or in this case, the homes or businesses of the users' receiving and sending packages. The user messaging program (Fig. 3) for the advance notification system can be designed to send messages to the computer address associated with homes or businesses of that user and allow the computer to display a message to be recognized as that of the advance notification system. Although, sending information from a BSCU to a user computer as described above is used in this example, other configurations are equally important. Another configuration includes a user computer 36, equipped with the BSCU software modules and a link to a computer network 27 for receiving vehicle location information Fig. 8.

The BSCU 14 modules and the PC 36 modules can be configured in multiple arrangements. In Figs. 7, 8, 9, and 10, system modules are setup in different configurations to show examples of moving modules from remote BSCU 14 areas to a PC 36. A system setup normally requires a Wireless Transceiver (WT) 26 for communication with the VCU 12 on vehicles and a Vehicle Location Data Base (VLDB) 14a for storing vehicle location data and a Mapping Software Data Base (MSDB) 14b for positioning the vehicle's location onto maps and a Notification Data Base (NDB) 14c for activating an impending arrival message from a User Request Data Base (URDB) 14d. The URDB 14d stores each person's phone number/s, computer address, preferences for notification, package information, stopping deliveries when out of town, etc. The Person's Computer 36 linked to a computer network is for receiving impending arrival messages when vehicles are approaching. A person's computer can be equipped with standard messaging software associated with a computer network or additional software that activates additional audio and/or video when vehicles are approaching and an impending arrival message is received. Moreover, networking software provided by commercial Internet access providers with electronic messaging (E-Mail) capabilities, provides an easy method for a person wanting impending vehicle arrival information on their computer screen without adding proprietary software associated with an advance notification system. Actual messages can be forwarded to the Vehicle Control Unit (VCU) 12 when necessary and displayed on the Liquid

Crystal Display (LCD) 33a for driver requests and delivery needs, requesting additional information, etc.

Fig. 8, illustrates a system configuration for placing more intelligence and computer processing capabilities in each person's computer 36, as opposed to Fig. 7 where the Base Station Control Unit (BSCU) 14 is controlling the Mapping Software Data Base (MSDB) 14b, the Notification Data Base (NDB) 14c, the User Request Data Base (URDB) 14d and in Fig. 7 these modules are controlled by each Person's Computer (PC) 36 linked to a computer network. By equipping each Person's Computer (PC) 36 with proprietary advance notification system software as illustrated in Fig. 8, different system configurations can be used for optimization and customization for the end user. Additionally, information sharing between modules on a person's computer 36, as opposed to more modules located at remote locations (Fig. 7) away from each person's computer, may, in some cases, not optimize performance. By locating system modules (proprietary software) on each person's computer, the Base Station Control Unit (BSCU) 14 loading can be minimized. Moreover, actual onscreen video and audio associated with the advance notification warning can be stored on a person's computer, with activation by a vehicle's location as it reaches a predefined location, time, or prior stop. This configuration allows vehicle location information to be received by the Wireless Transceiver (WT) 26. The live vehicle location information is made accessible through the Vehicle Location Data Base (VLDB) 14a. The (VLDB) 14a also analyzes route data by averaging past routes with time from one location to the next. Time of day, day of week and month is also a determining factor needed for determining the average travel time from one location to the next. The protocols used for the computer network communication between the modules located on a person's computer 36 and the modules located at a remote site 14 for vehicle location 14a are normally as follows. (a) The Person's Computer (PC) 36 contacts the Base Station Control Unit's (BSCU) 14 Vehicle Location Data Base (VLDB) 14awhen vehicle location is needed for monitoring a vehicle for an advance notification warning. Timing cycles are used for vehicle location updates and preferences can be set for communication optimization. (b) The Base Station Control Unit (BSCU) 14 sends vehicle location to the Person's Computer (PC) 36 when a predefined time period

expires, the estimated vehicle location is not correct with the actual vehicle location, when a vehicle sensor is activated, or when loading or capacity allows for communication to take place. Additionally, vehicle location 14a information can be sent over a computer network and/or Internet at predefined times and automatically received by each Person's Computer (PC) that is linked to the computer network/Internet. A particular vehicle' location, in-between communication cycles, is established by past vehicle location records and average time needed to travel from one location to the next. Moreover, some configurations only update vehicle locations at a predefined time of day.

Fig. 9, and Fig. 10 are illustrations of an advance notification system configuration without the use of a Global Positioning System (GPS) as shown in Fig's 1, 2, 7, and 8. These configurations illustrate a system for notifying a Person's Computer (PC) 36 by tracking vehicles' package delivery attempts, by monitoring User Input Controls (UIC) 21a and each trucks Route List with order of delivery (RL) 21b. By monitoring each vehicle's attempted delivery and their particular route order, advance notification can be set for a prior stop, a particular estimated location using mapping software and/or past records of vehicle times associated with package delivery stops and time between. The (BSCU) 14 modules can be networked between remote locations and a (PC) 36. These configurations allow the (BSCU) 14 to run all or some of the proprietary software and messaging capabilities for sending or displaying impending arrival messages to or on a (PC) 36 before a particular vehicle arrives. Additionally, setting preferences can be achieved by connecting a (PC) 36 to the data stored on the (BSCU) 14, or storing the preferences on each (PC) 36.

The messaging program (Fig. 3, 4, 5, 6, 8, 9, 22, and 25) associated with the advance notification system 10 may also be configured to make the user computer 36 exhibit a distinctive audio sound, or audio message, so that the recipient can be away from the computer and receive the message. The message may also be in the form of a code for activation of advance notification software for displaying messages or direct a modem link for playing audio from a broadcast. A standard activation or broadcast of a message is in signals, sent to a computer with a modem attached, over a telephone

line and typically in the form of tones. The message is asserted over
the telephone line 29, for accessing a computer address and
establishing a communication link to a user computer 36 over a
telephone line 29.

Implementation of an advance notification system over a
computer network may be accomplished by purchasing a networking
feature as a software and/or hardware package or in the form of a
software program with communication capabilities and network
service provider package or links to networks. One form of a network
link is in the form of an Internet service provider. This service is
widely available to the public. Generally, Internet service providers
operate network computers for linking computers with other
computers, now usually over normal telephone line interfaces, but
greater capacity handling communication links including fiber optics,
cable television networks, and digital wireless networks which may
also be used. When a computer is connected over a telephone line to
an Internet service provider the telephone line link travels from
telephone lines linked to the Internet service provider through the
telephone company switch to the user computer.

The feature for establishing the Internet connection is sold to
the public under several different commercial trade names. Examples
are as follows: America On Line (AOL), Microsoft Network (MSN),
AT&T WorldNet Service, CompuServe and many more.

The package addresses are normally associated with the
package identification numbers in many ways. For example, the
package address may be added to the package by additional bar coding
when the package is shipped or, the user sending or receiving a
package may connect to the BSCU over a computer network or
telephone and add an address (computer network address) to a
package identification number for activating an advance notification
message associated with the impending arrival of a vehicle carrying
this package.

II. System Operation
    A.    Initialization
    Initially, vehicle stops for each vehicle 19 are programmed into
the advance notification system 10 by entering the respective package

addresses. As the vehicle 19 is loaded with packages, the package
addresses are considered as the vehicle location stops by the system
10. The actual addresses of the packages are normally scanned into a
database program using a bar code scanner device (United Parcel
Service tracking numbers are of the following formats: 1Z 999 999 99
9999 999 9, 9999 9999 999, T999 9999 999, or D999 9999 999 with
spaces and dashes ignored). The actual vehicle number (which
delivers or picks up a package from a business or resident, and not
necessarily mid-point vehicles) and package addresses are recorded
into the BSCU 14 when packages are sorted to a specific delivery
vehicle or truck or entered into the BSCU 14 by the user sending or
receiving the package. Additional vehicle stops may be added when
requests to pickup packages are requested. The request to pickup a
package can be downloaded to the VCU 12, with a display for the
driver to accept or return for another driver or time/day. If the vehicle
driver enters route or package data (the order of delivery, packages, or
changes from a computer generated delivery list) the data is then
uploaded to the BSCU 14. The timing and package delivery locations
are recorded in the BSCU 14 during the initialization of the system 10
and used as a reference for determining locations from impending
arrival message points. This information accesses the computer
network to inform a user computer when a delivery vehicle 19 is at a
predetermined time, mileage, street location, and/or last delivery away
from a vehicle stop. In the preferred embodiment, determining the
location of a delivery vehicle 19 is accomplished by sending the
vehicle location of a delivery vehicle 19 from the time the vehicle
departs and/or starts its route.

    The timing information is recorded during the initialization and
daily recording of vehicle locations with time, and the system 10 is
used as a reference during the usual operation of the system 10 for the
purpose of determining whether a delivery vehicle 19 is at a
predetermined location or time from a delivery stop. Other reference
information may be obtained from software for mapping, for example,
streets, vehicle speed limits, and traffic flow.

    However, it should be emphasized that other methodologies
could be utilized for determining the communication to or from a
location sensor of a delivery vehicle 19. For example, the GPS sensor
25 may communicate with the BSCU 14 when the delivery vehicle is

in motion (as indicated by phantom lines in Fig. 1), additional VCU timing cycles for communication controlled by the microprocessor controller 16. At particular times, the longitude and latitude readings or optionally a Universal Transverse Mercator (UTM) grid system number, could be sent when the vehicle is in a stationary position, the communication cycle controlled by the microprocessor could be slowed down to one cycle until the vehicle is in motion again, compared to reference longitude and latitude or (UTM) information readings which were obtained on a cycle per minute when the vehicle is in motion10. In this way, the determination of the location of a delivery vehicle could be accomplished by less communication to and from the VCU and BSCU 14.

Another methodology, which could be utilized for the timing cycles of communication to and from the delivery vehicle 19 involves interfacing the BSCU 14 with wireless communication protocols. The BSCU 14 system is equipped with communication software for contacting each VCU 12 and asking for GPS longitude and latitude information or Universal Transverse Mercator (UTM) grid system information from the VCU 12 on each delivery vehicle 19. The vehicle location may be polled in normal communication protocols, such as contacting each VCU 12 in a first to last cycle with vehicles in motion or on a normal clock cycle for minimizing communication to and from the VCU 12 and BSCU 14. The received delivery vehicle location (longitude and latitude or Universal Transverse Mercator (UTM) grid system information) from the VCU 12 to the BSCU 14, is calculated from the time and/or distance away from a stop using mapping technology for road distances, and additional speed limits, actual traffic averages, and other means for better calculation accuracy.

### B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to Figs. 13 and 15. Fig. 13 sets forth a flow chart showing the overall operation after the system 10 has been initialized. Fig. 15 shows an example of a schedule of possible events and the interactions, which might occur between the VCU 12 and the BSCU 14 as the vehicle 19 travels along its route and makes its scheduled delivery stops.

6009925.031097

In Fig. 13, the right-hand column illustrates the sequence of events for the BSCU 14, and the left-hand column illustrates the sequence of events on the VCU 12. In the efforts to lower overall communication between the VCU 12 and the BSCU 14 when large vehicle fleets are equipped with the advance notification service, actual vehicle locations in the BSCU is based on past route comparisons, as shown in Fig. 16. The right and left-hand columns in Fig. 14 are illustrations of a time line for delivery stops and planned route-timing events for each stop. The time line has the following time designations: when the route should start 606, time to each stop 605, and the ability to change the route list 615 when the VCU location sensor determines a difference.

First in Fig. 13, the delivery vehicle ignition is switched on, as indicated at block 45a. At the beginning of each route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12. The delivery door opening or a bar code scanner initiating communication or both could activate the powering up. Further, the BSCU 14 could be programmed to initiate itself after the vehicle 19 moves to a predefined distance or location, such as a waypoint (longitude and latitude or Universal Transverse Mercator (UTM) grid system information area), determined by the GPS 25. This initialization action causes the microprocessor controller 16 to inform the BSCU 14 of the vehicle location and the beginning of its route. The foregoing action is indicated at flow chart block 45b (Fig. 13). Alternatively, the vehicle driver can press the start/reset switch 21 on the VCU 12 system menu 21 to initialize the BSCU 14 for restarting the route tracking sequence. Additionally, driver/user options may be accessed by the user controls on the VCU 12.

After initialization of the VCU 12 to the BSCU 14, the display module 33 on the VCU 12 preferably displays stop and location information. The stop location continuously (Fig. 40) runs on the display as the delivery vehicle 19 progresses along its route.

Next, as indicated at flow chart block 45c (Fig. 13), the VCU 12 determines, continuously or periodically, the location of the delivery vehicle 19 by the GPS 25 and sends the BSCU 14 (Fig. 1) the location information in view of the planned route or stop sequence data (derived from initialization of the packages on the vehicle and/or mapping technologies). In the preferred embodiment, the BSCU 14 at

least compares the delivery vehicle current location with the planned route location derived from the logistics of current mapping and route planning technology (Fig.10) for determining time and/or distance away from a user stop. By comparing previous vehicles routes with time differences between waypoints (longitude and latitude points or Universal Transverse Mercator (UTM) grid system information points, an average route timing data base may be used to calculate the time to travel from actual vehicle locations to the impending arrival time at a particular stop. Additional traffic flow measurements that may be added by comparing time of day, actual live traffic flow sensors, or other methods.

The method for determining a distance from a user stop for activating an advance notification message may be accomplished by software at the BSCU 14 or the user computer. The user interactive software shows the current user location on a map (Fig. 31). The user places road markers Fig. 38, a circle perimeter Fig. 36, a grid perimeter Fig. 37, allows the vehicle to determine actual points at each road for a message of the impending arrival of a vehicle, etc. The actual vehicle location activates the impending arrival message when the location matches the selected choice from the user preference data base. Furthermore, the actual order of vehicle stops may be used to determine if the vehicle is entering a selected area on more than one occasion. This comparison provides a distinct advantage by increasing the accuracy of a vehicle impending arrival message by sending the message after the last entry of a vehicle into the user-predefined area. Another advantage of comparing the delivery order list to the user defined areas for notification is the addition of the number of deliveries before reaching the user stop to the impending arrival message, *e.g.,* "UPS has 3 packages for delivery and is 1 mile from your stop at this time. The vehicle has 2 other stops before reaching your location".

While the delivery vehicle actual locations are compared to the existing travel time and distances (Fig. 15), the BSCU 14 is also storing actual location events (time between longitude and latitude or Universal Transverse Mercator (UTM) grid system information points) for averaging with the planned route/travel time over distances. When the BSCU 14 begins sending messages to user computers at a predefined time, distance, location, and/or prior stop, for the

impending arrival of a delivery vehicle 19, each particular user computer 36 receives an electronic message and is displayed on their screen, as indicated in flow chart block 145a (Fig. 16). In one example, as shown in Fig. 16, at waypoint number 20 (140c) along the delivery route, the BSCU 14 places a message (144c) to a user computer at waypoint 30 (140d) of the delivery vehicle actual location. A second example in Fig. 16, shows a user being notified when the vehicle is one mile away (144d) from waypoint 30 (144d). The third example in Fig. 16 shows a user being notified when the vehicle is at a predefined street location (144b). This is accomplished by comparing street mapping software with included longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinates, notification requests, and the (BSCU) 14 vehicle location data base (VLDB). As shown in the configurations (Fig. 15 and 16), time is used to cross reference travel between locations. Determining vehicle location, between communication updates, is achieved by comparing times of prerecorded route information, actual live traffic monitoring systems, and statistical data. Additionally, preferences for activation of advance notification warnings are shown in Fig. 33, 34, 35, 36, 37, and 38. After a preference is selected from the end user, the data is normally placed into the NDB 14c after calculations have been made from the address entered into the BSCU computer from a network connection as shown in Fig. 30 and 31, or ANS software residing on their computer, with or without a network connection. The other calculations of information is in finding an actual longitude/latitude or Universal Transverse Mercator (UTM) grid system information coordinate of each home, business, street address, or most other places on the earth's surface, can be found with existing mapping software. The Universal Transverse Mercator (UTM) is one grid system that eases the conversion of GPS readings to map data.

Another example compares the list of stops with the vehicle location and determines the last occurrence before the delivery vehicle will cross the predefined marker points to activate the impending arrival message.

Additionally, the BSCU 14 adjusts its messaging activation to an actual stop point at each user stop. This allows each user to be notified in accordance with the selected predefined time, distance,

6009925.031097

location and/or last stop, for example, 'The XYZ Delivery Company truck is currently at the corner of Delk Road And Peachtree Street and is approaching your stop" block 415 (Fig. 18). A second message 419 (Fig. 18) will also be sent when the vehicle is detained outside of the predefined system preferences for being late for a stop after sending a the initial message 415. Furthermore, in this configuration, a third message is sent as the vehicle arrives at the stop 424. The Flow Chart 399 (Fig. 18) shows an example of the messaging sequence from the BSCU to each user. The example also shows the activation methods used for determining when a vehicle is late and a second and/or third message should be activated and sent to the person's computer. However, when the BSCU 14 determines that the delivery vehicle 19 is excessively late after notifying an individual of an impending arrival at a particular stop, the BSCU 14 resets the message for a route update sequence (Fig. 17) that informs the user of an unexpected occurrence (e.g. a traffic jam), as indicated at flow chart block 399 (Fig. 18). The planned route (Fig. 17) 401 is updated by the actual route information when the preferences 403 are exceeded and the actual time exceeding the predefined limits 406 are reached. The route update is complete when the new actual time 402 resets the planned time associated with the location of the vehicle. The route timing update is shown in block 404 (Fig. 17). After each route update, a message update routine determines if an end user needs a second or third message. The activation of a second message is normally determined by the planned location predefined limit 403, or an individual limit predefined for sending a second or third message. The illustration (Fig. 17) 406 shows an automatic sequence for activating a second message 405 and sending a second message 405b, when each route is reset. A more detailed description (Fig. 18) 399 shows how the activation of a second message is determined.

As indicated at flow chart block 45f (Fig. 13), the BSCU 14 again determines if the delivery vehicle 19 is on the planned route and stop schedule by analyzing the vehicle location 25 (Fig.1) and comparing it to the actual stops on the list. Preferably, in this regard, the BSCU 14 at least compares stops on the driver list and the actual location of stops made by the driver to determine if the driver has changed from his route list order. Other stops, such as pickups (Fig. 44), are displayed on the vehicle VCU display and changes to the

D-38

route list (Fig. 42 and 43) order is available to the driver via push button entry. Additionally, so the driver acknowledges a new entry or route update, the VCU may be equipped with an audible sound, such as a buzzer, tone, or different voice recordings for announcing each event without the need for the driver's eyes to look at the VCU display when driving. Accordingly, requests for package pickups are processed in the BSCU 14 and sent to the appropriate vehicle VCU 12 and scheduled into the drivers' list of stops (Fig. 41). The driver has the final opportunity to reschedule (Fig. 43) or move (Fig. 42) an added stop through the VCU 12 push button menu.

For example Fig. 14 shows of a finished delivery route that started at seven thirty. After starting the delivery route, the delivery vehicle arrives at stop number 001 at 07:37:22AM 610 after driving seven minutes and twenty-two seconds 609. Stop 001 takes two minutes to unload all the packages and another two minutes and ten seconds to reach stop 002 at 07:41:32AM. Stop 003 takes five minutes and forty-five seconds from the time the vehicle arrived at stop 002. The arrival at stop 004 is on time but the delivery takes an unexpected ten minutes 614 and causes a ten-minute delay 615 in the scheduled route. The scheduled route list was rescheduled by the delay 615 of ten minutes and stop 005 was reached ten minutes later than the scheduled planned route, at 08:13:34AM. The VCU display in Fig. 14 and block diagram 602, is an example of the information that the driver sees and uses. The other route information shown in Fig. 14 and block diagram 601, is not needed for driver interaction and is a VCU 12 automatic component for lowering the wireless communication between BSCU 14 and the VCU 12. Although not disclosed in this example, additional directions with or without map displays, estimated route completion time/s, on or off normal schedule indicators, and others may also be displayed on the VCU display module 33. Just prior to leaving a stop, the driver views his next stop on the display module 33. Additional directions can be activated by the drivers' input or automatically after a predefined time period or a predefined distance the vehicle has traveled. The automatic display changes may start when the driver arrives at a stop by displaying the next location. The display shows the next address until the vehicle has started moving and the display cycles between the next stop's address and a

map display showing directions. The display continues to cycle until the vehicle arrives at the next stop, then the sequence repeats.

The vehicle location and the communication of the vehicle location from the VCU 12 to the BSCU 14 are determined by both the BSCU 14 and the VCU 12 for lowering the amount of wireless communication. As previously explained the VCU 12 can be programmed to compare a planned route with an actual route and communicate to the BSCU 14 when the differences exceed the predefined limits. The VCU 12 can also be programmed by the BSCU 14 for communication cycles. The cycles which can be programmed for acknowledgment of sensor activation and communication from the VCU 12 to the BSCU 14 can only be made when the vehicle has left stop 1. The display module 33 preferably displays "next stop" followed by directions and/or messages received from the BSCU 14. The foregoing feedback signal from the vehicle in motion may be replaced or generated from other sensors, such as the driver seat, the ignition switch, placement of the vehicle in gear, etc.

In accordance with Fig. 27, the BSCU 14 checks the vehicle location to confirm that the vehicle location 141a corresponds to the programmed vehicle location 140a. When actual vehicle location 141a is different from the planned route location 140a changes are made 142a in the planned route data. Determining when the vehicle 19 is at a predetermined location on a map is shown in Fig. 28. The actual location points and/or addresses 341a - 341f are determined by the VLDB 14a, the MSDB 14b, and the URDB 14d, then stored into the NDB 14c. In Fig. 27 a user at 1010 Oak Lane 332 has requested an advance warning time. The advance warning time is five minutes and thirty seconds 336 before XYZ Delivery Company 335 delivery truck arrives. When the vehicle crosses any locations matching notification time/s 341, shown in more detail in Fig. 28, the advance warning is activated. The only exception is a stop that is scheduled between an activation point/location and the final destination. The delay of notification for each stop between (Fig. 27) 343 is used to determine an arrival time when other stops will be made between the activation points and the targeted destination. Past route averages normally determine how much time a stop will take. In Fig. 27, block diagram 343, each stop in-between the activation points/locations and the final destination will take fifty-five seconds. Each stop the vehicle makes,

6009E0662S · E0Tt09L

at each location, can be averaged and therefore different and better determinations of actual delivery times can be made for more accurate advance warning message times. Although time is used as the advance notification method 336 in this example, notification by distance 337, and notification by location 338 can also be used.

If the delivery vehicle 19 is stopped in traffic, then VCU 12 will continue to communicate with the BSCU 14 each time the vehicle is in motion to inform the BSCU 14 of this new location, not exceeding the predetermined cycle limit, such as a vehicle in start/stop traffic. If the vehicle 19 is on a normal schedule and on an expressway or interstate, the BSCU 14 may have a Vehicle Location Determining Factor (VLDF) of 95% or higher, without repeated cycles from the normal operation of the VCU 12. Based on the location of a vehicle and the (VLDF) the BSCU 14 may lower the communication cycle rate of the VCU 12 until the vehicle enters a more demanding area or an area closer to a user stop or when the VLDF is at a lower percentage. The VLDF (Fig. 21) is determined by the past vehicle location points and averaged time. This feature can lower the communication rate from the VCU 12 to the BSCU 14 by determining when communication should be increased or decreased and not overloading existing communication channels. Other methods to determine when to use cycle communication, as shown in Fig. 21 and Fig. 24 are before the route starts 914 and Fig 23 is when the route is in progress 901. Moreover, as previously described, the (VLDF) is also used to determine when cycle communication is used. In Fig. 23, the next stop is evaluated by the time 905 and distance 904, then the distance 904 is compared to the default distance exceeding limit 906, and additionally, the time 905 is compared to the default time limit 907. When time or distance exceeds the predefined limits, the method is changed to cycle communication 910 for delaying communication when it's not needed. The distance, location, or time 911 sets the restarting of communication. Fig. 24 shows an example for determining when to use a cycle communication method in a route list, before the route starts 914. By comparing the route list with mapping software 915 for determining actual roads and streets to be traveled, adding the notification data base 916 (when impending arrival messages will be sent), delays between notification activation times

009E6625 '0E3T06Z

can be determined. When the time delay between notification times reach a preset limit, in this example ten minutes 917, the communication can be stopped 918 for a period of time 919 or when a location is reached 920. The actual time or distance for stopping the communication is determined by the amount of time or distance/location between stops and notification activation points.

After the BSCU 14 downloads communication methods to the VCU 12, and during the VCU 12 actual route, if the VCU communication monitoring means determines no changes in the vehicle location and no sensor activity after a clock cycle has been completed, communication is delayed until the vehicle location has changed and/or actual sensor activity is determined. Additionally, when the VCU communication monitoring means determines a communication problem after an attempt has been made to the BSCU 14 (e.g. vehicle enters an area the wireless communication means cannot connect to the BSCU 14, known in the art as a "dead area or drop area), the clock cycle is accelerated until the communication to the BSCU 14 is regained. The VCU 12 will continue to monitor the inputs from devices (Fig. 12) 20, 21, 22, 23, and 25, to gain current information when communication is acknowledged/restored.

Communication methods are normally associated with wireless loading and the ability to handle a fleet of VCU 12 responding to one BSCU 14, in most configurations. When other configurations are used for advance notification systems, such as, (Fig. 19 and Fig. 20) the VCU 12 equipped with a delivery order route list (Fig. 19) 181 and a sensor or activation method for determining when an attempt to deliver a package on the route list has been made, the communication is simply activated by the sensor input. In Fig. 19, the flow chart shows how the VCU 12 and the BSCU 14 communicate to locate a particular vehicle location. To find a vehicle's location 160, in this configuration, the current stop and order of delivery list 161 is determined from the information received by the VCU 12. The location of the last stop 162 and the time of the last stop 163, is compared with the next delivery stop 165 and the distance 166 and time 167 between the stops for an estimated time of arrival 169. Mapping software 14b and prior route records of past deliveries 168 provide additional data for determining the vehicle's location. Determining the activation of an advance notification warning

associated with this configuration is shown in Fig. 20. When a delivery or an attempted delivery is made 191, the information is sent 191a from the VCU 12, to the BSCU 14, and the BSCU determines what stop is next on the delivery list 193, and then tries to find this next stop in the data base 194. If the user has information in the data base, preferences for sending an impending arrival message 195 is established and a message is sent to this person's computer of the impending arrival of a vehicle 196.

In Fig. 35, the VCU is using and monitoring via the computer controller 12a, a GPS 25 location device and the user input controls 21a. The vehicle location and sensor input is sent to the BSCU from the VCU cellular transceiver 18a. The BSCU 14 receives the wireless information after the wireless information from the VCU 12 passes through the closest land based antenna, then the information is routed over switched telephone lines to the BSCU 14 modem connection 26k. The vehicle information 201 is added to the vehicle location data base 14a. The actual user notification requests are received from a person computer connected over a network 209, and taken from user input options 210, then stored into a notification data base 211. The data base includes timing for activating an advance warning 205, physical and electronic addresses 204, compiling this information into a list for notifying person's computers 203 associated with a route list. To activate a message, the vehicle location and the preferences for notifying an individual must match 202. When the match occurs, a message is initialized 208 and sent to a person's computer 207, through computer network interface 206 and computer network 300.

The information sent to a person's computer can be received with normal computer networking software, or with additional proprietary software. With proprietary software (Fig. 25) operating on a person computer 223, the software can determine when a vehicle is approaching 224, then compare user preferences 225 when a vehicle is approaching for displaying video 226 and playing audio messages of the impending arrival of a vehicle. Display information can for example, but is not limited to, any of the following display options 226a, show vehicle driver information 230, vehicle information 231, location on a map 232, time countdown 233, mileage countdown 234, last delivery or stop location 235, cargo information 236, etc. Audio information can be for example, but is not limited to, any of the

following audio options 227a, play audio of vehicle name238, vehicle information 239, street address 240, time countdown 241, mileage countdown 242, last delivery or stop location 243, identification of cargo 244, etc. An example of a person's computer operating proprietary advance notification software is shown in Fig. 26. The display shows a map 770a, a location on a map that represents a person's business or home address 773a, and the location of a vehicle approaching the business or home address 774a. Additionally, this display has been configured to show the time before the vehicle arrives 771a, and to show the distance in miles before the vehicle arrives 772a, at the person's business or home address 773a.

At the end of a delivery route (Fig. 44), the VCU 12 makes an inquiry to the BSCU 14 as to whether there are any more delivery stops 151. If the delivery list has been completed 152, then the VCU 12 may contact 153 the BSCU 14 and receive additional information 155 to display on the VCU's LCD 155a that prompts the driver to stop at a receiving dock for more packages, (especially during the holiday seasons and peak loading) or meet a second delivery vehicle to share its load when it is behind in its schedule. When the vehicle receives packages from another vehicle, the packages taken from the second vehicle are normally scanned out with normal hand held bar code scanners and are loaded and scanned into the first vehicle package delivery data base 151 and the package location information/bar code numbers (package identification numbers) are uploaded to the BSCU 14 with a new vehicle number. The route list is established from the BSCU 14 determining the shortest routes from the addresses and downloaded to the VCU 12. The sequence for notification to a user computer is restarted.

A second method for a user to learn of the impending arrival information of a package delivery may be accomplished by a user accessing and requesting information through a computer network, for instance, the Internet, from the BSCU 14 through an Internet site or home page. The BSCU 14 software is designed to be added to the existing Internet site pages, which are owned and operated by delivery companies. When a user accesses a computer address (*e.g.* Internet site), the user may enter requests for a delivery by entering their telephone number, business or home address, or package identification number, for locating actual packages for delivery. If a delivery is to be

made that day, an actual route list from each vehicle stored in the BSCU 14 is compared to the planned route and scheduled time of delivery (STD) database. The STD is a record of events from other routes, this record averages the time and distance to be traveled with the actual route in progress. Note: the STD records are from GPS sensor readings and the time between or travel time between each reading and not from completed routes from start to finish. Thus, by incorporating the STD with the actual delivery schedule, estimated time of delivery is established and accessible to a user requesting delivery schedule information. The advantages of offering a user a close approximate time of delivery are easily seen in these examples: a user needing to leave a delivery stop (home or business) for lunch or errands and expecting an important package to be delivered, or a user needing materials for an important meeting and knowing if the materials will be delivered before the scheduled meeting time. Upon receiving the information request from a user computer linked to the BSCU 14, a request for a vehicle, package, or user location (street address/location on a map), telephone number, computer address, *etc.* can be made available to the user to locate an area in which a delivery is going to be made. The vehicle associated with the delivery to this user business, or package identification number processes that delivery request. If a package is scheduled for delivery, the actual delivery vehicle estimated time of arrival is given to the user requesting the information in, but not limited to, two formats, one the time of day (1:45PM) and/or a time count down (4:21:03). Additionally, people placing requests may be offered other services from the delivery companies, these requests are made available to the companies to increase revenues while providing the customers with more and better options on deliveries. One example of a user request is an express delivery request (EDR) option. An EDR becomes available through the existing advance notification system network by allowing customers to interact with the vehicle's driver through their computer connected to a network. A customer can send an EDR from their computer to the BSCU 14 over a computer network, then a live operator or preferably an automatic calculation of the driver's load, schedule (early or late), and location/distance from the address sending the EDR; The request is processed and a new estimated time of arrival can be given to the customer, with an optional additional fee

from the delivery company. Additionally, a customer can look up a location on a route and meet the driver at a prior stop when an EDR is not used, thus shortening the driver's route time. Upon requesting an EDR, an estimated time of arrival is given to the user. At the same time a quoted fee (on-screen) based upon a flat rate or the actual delay time for that particular vehicle is given to the customer.

The BSCU 14 communication controller 16 may also control a second messaging means over a normal telephone network as described in more detail in the Patent Application "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones *et al.* and assigned serial no. 08/063,533, now U.S. Patent No. 5,400,020 to Jones *et al.* that issued on March 21, 1995. The Patent describes an advance notification system with a BSCU controller for messaging through a telephone system. The flow chart in Fig. 13 shows a duel means of communication, both a telephone 45m and a computer with a telephone connection 45f (via a modem). By offering dual means of messaging to a stop, the likelihood of reaching or getting through to a user increases. In accordance with the user request when signing-up for the service (Fig. 39), the end-user can choose any combinations of, but not limited to, a telephone call with a voice message 170, a telephone call using a distinctive ringing sound 171, a computer message over a network 172, additional on-screen display/s 173, and an additional audio message/s 174.

In one configuration, the system first communicates to the user computer by initiating/sending a message over a computer network to a user computer address. If the person's computer is equipped with proprietary software for additional displays (Fig. 25) 226a and/or additional audio messages 227a, the person receives additional visual and audio warnings, based on their user preferences. Then, the microprocessor controller initiates a second module for communication by a telephone call to the user. The order of messaging (telephone or computer) is defined automatically or by the end user. Furthermore, each vehicle can have different notification preferences for announcing the impending arrival or more important vehicles in a method that is surely effective. In most cases, the telephone is available more than the computer and the telephone call can activate pagers, mobile phones, and home phones with sound normally throughout the home or business phones normally answered

by an individual equipped for handling messages. In the preferred embodiment, a telephone call may proceed a computer message to the homes of users and a computer message will proceed a telephone message to businesses. Additionally, a user responding to or acknowledging a message will stop the second method as described above. For example, a user expecting a package to be delivered, and only having one phone line, may receive an impending arrival message while maintaining normal communication practices. If a user is on the telephone talking to another business client, when he hangs up the telephone and views the computer, once connected to a network, a message will be waiting concerning the impending arrival of a vehicle. If the user receiving an impending arrival message has additional software, route calculations may be determined by the time of the message download or an up link may be requested for the actual vehicle location.

Moreover, as indicated at flow chart block 36 (Fig. 45), a personal computer with ANS software can processes the user requests and contact the BSCU data base 170 for two primary reasons. First the personal computer with ANS software can be used for retrieving information from the BSCU data base 170, and using the information for activating impending arrival messages, after the computer is disconnected from the computer network, or before and/or in place of an impending arrival message sent from the BSCU. Each person's computer when operating ANS software 171, looks up user preferences 172 and checks for a network connection 173, if the network connection is not active, the ANS software starts the network software, then a request is sent to an area of the BSCU for vehicle information 176. An identification number associated with the person street address processes the request from the person's computer. The address is looked up, then vehicles approaching this address 177 can be identified 178, with vehicle names 179, vehicle locations 180 and route stops with past vehicle records and directions from one stop to the next 181. Additionally, cargo or other delivery information 182 is then sent back to the personal computer operating ANS software 171 for activation of impending arrival messages and displays, based on the user preferences. Furthermore, this configuration offers an individual with only one communication channel (phone line) the

ability to be notified, when the communication channel is being used or not available when an impending arrival message is sent from the BSCU.

The ANS software can display the vehicle location/impending arrival time, distance, and/or packages to be delivered before a particular delivery is made. The user requesting a route update receives a new message and/or vehicle location, number of packages before delivery, and if running, advance notification software for continuous updates, the user computer reschedules the impending arrival distance, time, or package delivery order, with each update, as the vehicle approaches.

Worth noting is that the BSCU 14 (Fig 17) may be configured so that if a delivery vehicle becomes delayed by more than a maximum length of time, such as five minutes, the BSCU 14 immediately sends a message to the stops 36 of the users already notified of the impending arrival of that vehicle, in order to keep users at these stops 36 from waiting when a vehicle should have already arrived. When an impending arrival message 420 (Fig. 18) is sent to stop 36, and a vehicle delay of five minutes is determined before the vehicle arrives at this particular stop, a second message informing them of the delay is sent 421 to the same stop, based on the amount of delay, a third message may be sent 425 as the vehicle arrives at this particular stop.

Worth noting also, are the methods for determining the actual directions (roads to be taken) of a vehicle from one stop to the next which may be described, but not limited to, three areas. The first configuration contains dual route information in the BSCU 14 and VCU 12. Preferably, the VCU 12 displays road names or a mapping diagram for the driver to follow. The BSCU 14 has the same information for determining the route a vehicle is likely to take. The second configuration determines the closest and/or quickest route from one stop to the next by comparing mapping software, actual and past traffic flow. A third configuration is determined by past vehicle delivery routes. As found in the art of route management, most delivery vehicle drivers have roads and routes each individual prefers to take. Some of these routes are known to take more time, but for the determining factors associated with an advance notification system, these records provide a better means of determining distance, time,

locations on a map, *etc.*, when the driver's company policies do not request the following of predefined or displayed sequence of roads. In the preferred embodiment some, all, and additional methods may be used.

III.   Control Processes

The control processes are normally, but not limited to, three different area locations. The first area is the VCU on each vehicle, with the ability to communicate vehicle location, driver inputs, and/or cargo information to the BSCU. The second area is the BSCU software, for communicating with the VCU, storing information from the VCU, and in some configurations, storing end-user data and preferences for generating impending arrival messages when vehicles are approaching their address. The third area of the control process is a person's computer for displaying impending arrival messages, when vehicle impending arrival is received from a computer network. Although additional software can be added for additional displays and audio, additional software modules from the BSCU can be added also. The overall control processes can be moved from one area to another area based on system configuration needs, normally determined by the application of the end-user. Worth noting, the communication channels and their internal control process are not considered in this description. Furthermore, Fig. 7, Fig. 8, Fig. 9, and Fig. 10, are examples of general block diagrams containing, but not limited to, system modules and their ability to be moved or removed, without loosing the scope of the present invention. The ability to move the system modules (Fig. 7) for the implementation of a advance notification system requiring a person's computer to only have normal networking software, such as an internet browser from Netscape, Microsoft, America Online, etc. or Local Area Networks (LAN) attached to an information server for receiving vehicle impending arrival information, or most other networks with the ability to send and receive information over Cable, Fiber, Copper, or wireless channel/s. As shown in this diagram, a person's computer 36 is acknowledging a vehicle's impending arrival. In block 14, one module

is receiving vehicle information from the VCU's. While this module indicates a wireless transceiver 26, it is replaced when a gateway converts wireless information into land line information with a modem. The vehicle location data base 14a, stores vehicle location information. The Mapping Software Data Base 14b is provided to locate roads and streets associated with the person's address and the vehicle's route from one stop to the next, This Mapping Software Data Base 14b also associates GPS numbers with actual physical addresses, distances over streets, roads, highways, etc. The Notification Data Base 14c maintains location points, distances, times, and other activation information, associated with a person's physical address. In this illustration the Notification Data Base also is used to activate and send messages to the person's computer 36. The User Request Data Base 14d stores user preferences, account information, and in this illustration, software used for entering or making changes to this data. By moving some of the system modules (Fig, 8), described as the BSCU 14, to the person's computer area 36, the person's computer 36 is able to process more of the information associated with the advance notification system. The person's computer 36 accesses vehicle location information from the BSCU 14 over a network, then compares the information to, but not limited to, the MSDB 14b, the NDB 14c, and the URDB 14d. Furthermore, displaying additional information on-screen and/or additional audio messages associated with an impending arrival of a vehicle is easily accomplished. Fig. 9, is an example of tracking a vehicle without the use of a GPS location, or having another suitable location device on the vehicle. The control process compares route stop addresses 21b from sensor inputs at each location 22a. The location is logged into the VLDB 14a and the next stop is looked up for tracking the actual path (streets/roads) 21b and averaging the normal time to the next stop, with vehicle location estimations along each road. The person's computer 36 is equipped with software for placing an image of the location of the vehicle on a map 14b, activating an impending arrival message from the NDB 14c, when the vehicle reaches a predetermined location, and storing the user preferences in a data base 14d.

Fig. 10 shows a control process using the same VCU modules as Fig. 9, but moving all the modules from a person's computer, except normal networking software, to the BSCU area. This system

can activate and send an impending arrival message to a person's
computer when a vehicle is at a predefined location, time, distance, or
previous stop. It should be noted, without moving away from the
scope of this invention, changing modules, and other minor
modifications to this invention for similar or customized applications,
is obvious to individuals skilled in the art and not mentioned for that
reason.

### A.   Base Station Control Process

With reference to Figs. 46 and Fig. 47, the base station control
process 14 essentially comprises two control sub-processes which run
concurrently, namely, (a) a vehicle communications process 47 or 54
and (b) a delivery messaging process 53 or a vehicle information
update process 58, based on the location of the modules used to
generate the impending arrival message on a person's computer. The
vehicle communications process 47 or 54 will be described hereafter,
followed by the delivery messaging process 53 or 58. Fig. 46
illustrates one advance notification system configuration using the
BSCU 14 for messaging to person's computer addresses and Fig. 47
illustrates an advance notification system configuration using the
BSCU 14 to update advance notification software on a persons
computer by providing vehicle location to each person's computer
address. It should be noted in the communication process to the
person's computer, other combinations of sending/receiving
information from the BSCU 14 and to the person's computer, are used
and based on end user needs, tailoring, and configuration.

### 1.   Vehicle Communications Process

The vehicle communications process 18 initially is started from
a cellular link from one of the VCUs 12 located on one of the plurality
of delivery vehicles 19 to the BSCU 14, as indicated by block 12, Fig.
1. The BSCU 14 vehicle communications process 18 is preferably
capable of monitoring a plurality of telephone lines 26, for receiving
information from a cellular phone or data network gateway that
converts wireless transmissions into land line phone line transmissions
(with or without additional connections through a computer network),
from a plurality of delivery vehicles 19. As the number of delivery
vehicles 19 increase, the number of telephone lines 26 (or bandwidth)

which are monitored by the vehicle communication process (Fig. 46) 47 and (Fig. 47) 54 should also be increased to some extent.

After the start of a VCU 12 on a delivery vehicle Fig. 13, the respective VCU 12 will initiate a cellular link 45b to the BSCU 14, as indicated by the telephone bell symbol (Fig. 1) 18. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in (Fig. 13) flow chart block 45b. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12 and *vice versa.*

Next, as shown in Fig. 48 flow chart block 61, the BSCU 14 waits for communication from the VCU 12, when communication is established information regarding (a) the time of the on-board clock 63, (b) the list of stops and related information 64, (c) other information to be displayed for the vehicle driver 65 on the VCU LCD, and (d) when needed, a resetting of the communication method is added and then a shut down of communication 67 is initiated, based on system configuration. In addition, route data 64 is gained from the VCU 12 driver or package sensor input or from the BSCU 14 ability to access a local data base with driver information or a combination of these inputs. The route data 64 includes information pertaining to each delivery stop location, before and after stops, and cargo. This information is normally displayed on the VCU 12 liquid crystal display (LCD) for the driver's viewing. The prioritizing of the driver's list is based on, but not limited to, mapping software, the driver input, and past recorded route data. From the route data 64 and the information listed above as (a), (b), (c), and (d), the BSCU 14, can determine the location of the vehicle by, as indicated by Fig. 22, flow chart blocks 201 and 14a, and determine when to send impending arrival messages 202 based on this location, as the vehicle starts and continues its route, as indicated by a flow chart block 202. In the case where the delivery vehicle 19 is stopped in-between scheduled stops, the VCU 12 resets its on-board communication clock cycle back so that the communication to the BSCU 14 is stopped, until the vehicle restarts it route or progress. When the delivery vehicle restarts it route, the standard communication cycle is restarted. In the case where the delivery vehicle 19 is in start and stop traffic, the VCU 12 communication cycles are normally stopped until the vehicle is moved

a predefined distance, reaches a location associated with the activation of an impending message or the ignition switch is turned to the off/on position 24, or a sensor is activated on the VCU 12. The VCU 12 communication cycles (Fig. 23) are programmable from the BSCU 14 and are reset when a distance 904, or time 905, to the next messaging point excessively exceeds the amount of minutes 907, miles 906, and/or location a user impending arrival message is to be sent. Moreover, this communication change can be preset at the beginning of a route at areas and times the vehicle's location is not associated with an impending arrival message and at times when the vehicle can become off it's estimated route without effecting the impending arrival messaging, for a brief time. While the route is in progress, the BSCU 14 can determine from the mapping software, current route data, and past recorded route data 908, when to send a VCU 12 a request to use cycle communication. Moreover, in the situation where the delivery vehicle VCU 12 has stopped sending vehicle location communication to the BSCU 14, as requested by the BSCU 14 or in-between communication cycles from the VCU 12, the BSCU 14 can determine the estimated vehicle location from past routes, delivery lists, mapping software, and additional road/traffic monitoring systems for controlling the communication of the VCU 12. When the vehicle has reached a cycle completion, predetermined by location or time and known by the BSCU 14 and VCU 12, a communication link to the BSCU 14 is not necessarily made at this time. As the communication method is changed back to route comparison 14a (Fig. 15), if the vehicle's planned route location 140a matches it's actual route location, communication to the BSCU 14 is not needed. Essentially, the communication methods are controlling the overall communication loading, needed for vehicle location and messaging associated with the vehicle location between the BSCU 14 and the VCU 12. To better understand clock cycles, clock cycles are time (minutes/seconds) lapses or distance lapses for particular location points (longitude/latitude numbers from GPS) or actual miles, and are started, controlled (more/less), and used for decreasing communication from a delivery vehicle VCU 12 to the BSCU 14.

Finally, as shown in Fig. 21, flow chart block 99, the BSCU 14 may slow down or speed up the communication clock cycle by determining the Vehicle Location Determining Factor VLDF 99. The

6003995.031097

VLDF is used to determine the likelihood of delays between two stops. To determine the VLDF rating, the current vehicle location 100, the next stop and route to the next stop 101 must be compared to past route records 103. If the vehicle is likely to travel the same speed and take the same amount of time as previously recorded vehicles, the communication cycle is slowed down.

Worth noting from the forgoing discussion is the fact that the BSCU 14 (Fig 1) is the ultimate controller of the advance notification system 10 from a hierarchical vantagepoint. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the delivery vehicle 19 clock differs from the BSCU 14. Further, it should be noted that the VCU 12 communicates to the BSCU 14 (a) when asked by the BSCU 14, (b) when the clock cycle reaches a predetermined point or when the vehicle reaches a predetermined location, (c) when a planned route time differs from an actual route time and (d) when the delivery vehicle driver activates a predefined sensor on the vehicle (buttons on the VCU 12, bar code scanner, *etc.*) to minimize communication.

2.    Package, Tracking, And Notification Process

As previously mentioned the messaging process 202 (Fig. 22) runs concurrently with the vehicle communications process 189 within the BSCU 14. In essence, the computer messaging process 202 uses the vehicle location information 25 retrieved from the VCU 12 by the vehicle communications process 18a in order for the BSCU 14 to send computer messages of the approaching delivery vehicle 19. A delivery list is locally accessible from a local data base (Fig. 27) by the BSCU 14 and comprises information regarding (a) the person's name 331 and/or delivery street addresses 332, (b) the computer network address 333 (c) the telephone number 334 (d) the type of vehicle's for activating notification messages 335 and (e) the activation of the impending arrival message. The impending arrival message is activated when a vehicle is at a predefined time 336, distance away from a stop 337, or at a location/address 338. In accordance with the computer messaging activation points, as indicated in Fig. 27, and the delivery list as indicated in Fig. 14, are crossed referenced with the vehicles' actual progress through its' route

and delivery stops. When a particular time, location, and/or package delivery for sending a particular message is reached, the messaging process initiates an electronic computer message to the particular user, as indicated by the flow chart diagram in Fig. 22. The computer messaging may be sent over an existing computer network/Internet or a direct modem link from one other computer, as described previously. Moreover, the particular time, distance, location, and/or stop are fully programmable by the user (person receiving an impending arrival message), and/or by the company providing the service. Programming and user options are discussed in more detail, in the Computer Messaging Control Process area.

Also worth noting is a feature for monitoring messages to be placed in the future, for handling message loading (exceeding available communication channels) to end users. In accordance with this feature, upon anticipation of a heavy load of messages, some of the messages would be initiated earlier than the originally scheduled corresponding message time, previous stop, or distance/location. Numerous other networking options can also be used to solve this problem.

After the delivery vehicle has completed its route (Fig. 44), that particular delivery vehicle can be programmed to contact 153 the BSCU 14 when it recognizes the end of the route 152. Additionally, the VCU 12 may have instructions 155 displayed 155a for the driver. The BSCU 14 from a hierarchy stand point is the controller of the system, but instructions from the VCU 12 of new packages, reschedules, other sensor inputs, etc. can be sent to the BSCU 14, for instructions on the vehicle's intent. Otherwise, the computer messaging process has completed its list for people to contact (Fig. 27) and unless additional vehicle tracking is needed or more stops are scheduled, the communication between the VCU 12 and BSCU 14 is stopped.

As further use of completed route data, an event list is maintained for diagnostics and system monitoring. The event list receives data from both the vehicle communications process and the computer messaging process. The event list essentially comprises records of, among other things, all messages sent and all past and current vehicle locations.

B.    Vehicle Control Process

Reference will now be made to the vehicle control process as shown in Fig. 11. Initially, once powered up, the VCU 12 runs through an initiation procedure in which the delivery list is retrieved from packages scanned into the vehicle (activation of the scanner may also power up the VCU) and/or a downloaded list of packages from the BSCU 14 for delivery is received. If packages are scanned 20 into the VCU 12 (Fig. 12), the stops are placed in order of delivery by the vehicle's driver as shown in Fig. 29 or sent to the BSCU 14 for list optimization. The delivery list is organized into an optimized route Fig. 14, showing stop list order 607 and the location or address, as indicated in flow chart block 608. The automatic route optimization software resides in the VLDB 14a in the BSCU 14 and includes past records of delivery times, routes taken by driver, traffic flow from recorded points and times of past routes, *etc.* This route optimization software and/or the driver input is how the stop list is organized. Initially the clock in the VCU 12 is set by the BSCU 14 when communication is made. Additionally, when comparisons with the actual time in the BSCU 14 differs from the time in the VCU 12, clock resets are made by the BSCU 14.

After the foregoing initialization procedure, a call is placed via the transceiver 18 (Fig. 1) to the BSCU 14 as indicated by the bell symbol. After the connection, the VCU 12 and the BSCU 14 exchange information as described herein before and which will be further described hereinafter relative to Fig. 12. Furthermore, it should be noted that in some configurations the BSCU 14 might contact the VCU 12 to initialize, schedule timing, send remote activation from the driver of one vehicle to the BSCU 14 or other vehicle-in-motion sensors.

Next, as shown in Fig. 1, the vehicle control process that begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24, and sensors 25 to determine the vehicle location. As mentioned previously, the vehicle control process initiates a wireless communication at the initializing point of a route, and when the vehicle 19 clock cycle reaches (time between communication updates) a completed loop, planned route data stops matching actual route data, or when a package is delivered. The VCU 12 can also answer and receive information from the BSCU 14.

While in the main looping operation, a determination is first made as to whether the delivery vehicle 19 has reached the end of the route or deliveries/pick ups. If the vehicle 19 is at the end of its route, then the vehicle communication process is slowed down or stopped, and does not need to be restarted or increased unless switches 20, 21, 22, or 23 are triggered by the driver. Otherwise, the process continues and makes a determination as to the vehicle location, as indicated in flow chart block 25. In the preferred embodiment, the delivery vehicle 19 location and total expired time at each stop is not a factor. But if the VCU notices a change in a delivery stop when a stop is made at a delivery location not on the list, or out of sequence, a driver prompt is displayed on the VCU/LCD screen. Additionally, a package scanned out (delivery was made or attempted) could also determine an out-of-sequence delivery. When the delivery vehicle 19 is stopped for an out-of-sequence delivery, then the communication is initiated to the BSCU 14, as shown by a telephone bell symbol 18 in Fig 1. The communication is an override and not part of a normal communication event, such as, a clock cycle, a distance/location cycle, a route comparison, or polling protocol, but a special need for informing the BSCU 14 of a special occurrence.

The first attempt to correct the list is a flashing screen from the VCU 12 for the driver. If the driver responds, menus of questions are asked and the driver responses are recorded from the switches 21, 22, and 23 (Fig. 1). On screen questions are "is this delivery out of order?" if the driver selects yes, "is (address) your next stop?" if yes the information is uploaded to the BSCU 14 and the route continues, if no, a choice is given from the route list, and the driver is asked to highlight the next stop. The information is then uploaded to the BSCU 14. When the process is not corrected by the driver, then the BSCU 14 process determines the driver intent by comparing the vehicle direction, locations to closest stops, and past times of deliveries to these stops, with destinations from the route list, and makes a calculated determination of the driver's intent. The new sequence of stops is downloaded into the VCU 12 and the next stop location and question "is this correct" is displayed to the driver. Normally one of two events occurs, the driver responds or the vehicle arrives at a stop. If none of the switches 21, 22, or 23 have been actuated, then the process 76 will loop back around and begin once again. Otherwise, if

actuation of a switch 21, 22, or 23 is detected, then the process will determine which of the switches 21, 22, 23 have been actuated.

First, the process will determine whether the "yes" switch has been actuated. If the driver has actuated the attempt to deliver switch 22, then the VCU 12 will continue normal operation. When the reschedule delivery switch 23 is pressed, a list of the local area deliveries is displayed and the driver is prompted to select the next stop. Moreover, a decision will be made by the BSCU 14 to notify users of the vehicle impending arrival, if time, distance, previous delivery stop and location for that particular stop has passed. In the preferred embodiment, the delivery vehicle 19 is considered to be following its routing list if the vehicle 19 arrives at the stop on the display. A stop does not determine a delivery was made, but an attempt to deliver a package was made. Furthermore, when a user is not available to receive a package, a stop may be rescheduled automatically from the BSCU 14 or manually from the driver, as shown in Fig. 43. A reschedule delivery is a common occurrence for a delivery driver, so, determining when a second attempt should be made or a route list sequence of stops for a driver is a user preference. In most cases, a driver who becomes familiar with customers and customer schedules is more likely to be accurate and successful on a delivery than a route chosen by location and distance, from a list. Although past tracking of actual times of deliveries to a particular stop make the BSCU 14 likely to be close also.

In the event that the vehicle driver has not delivered a package, and an attempt was made, and normally when the driver is not repeating the stop in a given day, the driver can activate an attempt to deliver switch 21 to inform the BSCU 14 to cancel this user stop from a list, and send a second message of the time of attempted delivery and package information to the user computer. Then the process determines whether the driver has actually pressed the reset switch 22 for the rest of the deliveries that day. An attempt to deliver computer message sent to a user computer address that might be used to increase revenue for additional services, such as, fees for redeliveries, etc. If the driver has not actuated the reset switch 22, then the process loops back and begins again.

C.    Computer Messaging Control Process

When a computer message is initiated by the BSCU 14 as indicated by Fig. 22, the BSCU 14 follows a messaging control process as indicated in flow chart blocks 208, 207, and 206. Although, the description in Fig. 22 is from a BSCU controller, the BSCU 14 or modules in the BSCU 14 may be better incorporated into a user computer. Three examples of different type configurations for displaying impending arrival information on a computer connected to a network are shown in Fig. 7, Fig. 8, Fig. 9, and Fig. 10. For illustration purposes, the system described as a BSCU 14 is considered different than a person's computer, which could be considered part of the BSCU 14 operation. In Fig. 7 the person's computer is equipped with networking software, not associated with an advance notification system. In Fig. 8 the person's computer is equipped with all the advance notification modules for activating 14c and 14d impending arrival messages, mapping software 14b for displaying and/or comparing vehicle locations to streets, and a method for getting and/or receiving actual vehicle location from a network address. In Fig. 9 and Fig. 10, the example shows advance notification systems for tracking vehicles without GPS location devices. The BSCU 14 modules in Fig. 9 are set to track delivery stops from a route list and delivery stops within each route, then the vehicle location information is sent to the person's computer or accessed from the person's computer for vehicle location information. The vehicle location is compared in the person's computer then activated and displayed when the user preferences match the actual vehicle's location. Fig. 10 is placing all modules in the BSCU 14 area and not requiring the person's computer to be equipped with any extra software (Fig. 49). As a note, the main differences between Fig. 7 and Fig. 10 are the methods used for determining vehicle location or stop points.

Additionally, when the user computer has software/hardware for connecting to a computer network and software for displaying messages received by the BSCU 14 for advance notification, the additional software can be an electronic mail reader for activating messages from a computer network, or a connection to a satellite/cable network 501 (Fig. 50) for displaying images onto a television screen. When the impending arrival messages are broadcast through a satellite/cable network 501, a personal computer 504 monitors signals

from a broadcast channel 505 and activates an impending arrival message when an identification code received 506. The impending arrival message is compared to the user preferences 508 – 511 and sent to a person's television 36d.

In the preferred embodiment, a person's computer can activate an impending arrival message when software is residing on a person's computer 223 as shown in Fig. 25. The software compares vehicle location 224 and user activation preferences 225 to the user preferences display options 226a and user audio options 227a, each time a vehicle is approaching.

The methods used for signing up and providing the system with messaging preferences is accomplished with software on a person's computer or in the preferred embodiment, linked to a remote computer site Fig. 29. By linking to the site a person wanting to sign up may download software 380 (Fig. 29), to save online time, or sign up from a connection to a remote site 381. The user can only subscribe and make changes from the site to be notified 382, Fig. 30, and the computer address is given before this screen (not shown). This allows the advance notification system to have a level of security. The person is prompted to enter a telephone number 383, then a mailing address 384. This information is stored and compared to mapping software for placing the person's address on a map for display 385b, Fig. 31. After the information is displayed 385b, the user is prompted to agree with the location or choose the next one from a list 386, until their location on a map is agreed upon. The next area allows the user to select different activation and messaging methods for different vehicles 387, Fig. 32. When the same for vehicles in a particular category 389 or each vehicle is different 390, display screens shown as illustrations in Fig. 33 through Fig. 39 are looped for each vehicle/group selected. The next screen prompt asks, "when you would like to be notified?" 392 (Fig. 33) and options for time before arriving 393, distance before ·arriving 394, or at a location/s of choice 395. When a person entering time before vehicle arrives for notification, the next screen (Fig. 34) allows the minutes and seconds before a stop to be selected. When a person entering distance before a vehicle arrives for an impending arrival message (Fig. 35), the distance can be selected as shown. When a person selects to define a particular area for impending arrival activation, the person can choose a circle around their home/business,

as shown in Fig. 36. The circle can be adjusted by pulling the edge
with a computer mouse left button held down and releasing when the
circle is at a desired size. The activation points are the edges of the
circle and / or areas with streets. The next option for selecting an area
is the grid perimeter/s (Fig. 37). The actual squares (or other shapes)
can be clicked with the left button on a mouse for highlighting areas
and adjusting the highlighted areas with the slide bars at the bottom or
right for precise positioning for activating impending arrival
messages. The next option is placing street markets (Fig. 38) on roads
and highways for activation points for impending arrival messaging.
The street markers are positioned with a computer's mouse, normal
drag and drop operations onto actual areas. Additionally, other areas,
such as waypoint/s (longitude/latitude areas), prior vehicle stop/s,
letting the vehicle define (customer offering service), etc. can be used
as well. After defining the locations, the selected preferences are
referenced with past route data, mapping software, and other
information for placing notification areas in a data base, to be used
when a vehicle is approaching this predefined stop. Next the person
wanting impending arrival messages must enter how they would like
to receive the message/s (Fig. 39). A person may select a telephone
call with a voice message170, a telephone call with a distinctive
ringing sound171, and/or over a computer network/internet 172, with
additional software for on screen displays 173 and/or audio messages
174. Additionally worth noting, sending impending arrival messages
to other communication devices 36x (Fig. 2) with addresses or
activation numbers from the BSCU would be obvious in the scope of
this invention and is therefore not discussed in detail, but would be
included in the area of Fig. 39.

The computer address/electronic address number corresponding with
the user computer at a particular stop is obtained from the data, as
indicated above in Fig. 29 through Fig. 39. Other information can also
be obtained, including the ability to send one type of message
(telephone, electronic mail, personal pager, television, etc.) over the
other, and allowing different vehicles to activate impending arrival
messages differently. For example Fig. 4 illustrates a flow chart 82 for
activating a telephone call first when a vehicle is approaching 83. First
the vehicle's location matches 85 the preferences in the user data base

user. As wireless channels become capable of carrying more and more data (by increased band width and data compression routines), increased information taken from the vehicle, can be utilized in the message of the impending arrival of a vehicle to the user.

5009325.0310197

84 and dials a phone number, if the phone is answered the message is played and additional messages are not sent. In the case where the phone is not answered after a preset amount of retries expire 88, then an electronic message is sent 89, and the event is removed from the data base 90. It should be noted that different combinations of messages are obvious to a person experienced in the art with out loosing the scope of the present invention, and are therefore not mentioned in greater detail.

Moreover, companies may include the service without acknowledgement of the end user or in some cases notify them on one occasion and offer the service if they respond to the message. In these cases finding the contact information can be achieved by existing and known industry standards for finding computer addresses with telephone numbers and shipping address. Additional resources for obtaining this information are established by (a) a user providing the information to a delivery company, and (b) user posting this information in an advance notification computer site, and (c) a user listing this information with other published references, such as a telephone book, mapping software, etc. This information maybe accessed when a delivery is scheduled. Next, the control process sets a time out variable for keeping track of successful messages sent and any messages returned from wrong addresses or busy networks. The number n of allowable attempts is predetermined and is stored in the user preferences data base and the person's old address can activate an automatic update for a new telephone number or computer address, when needed.

Furthermore, message timing and activation of impending arrival messages to users can be set at the start of the route or day, or in some cases the day/s before the vehicle is to arrive. By sending impending arrival messages early, users can rearrange their schedules for meeting a delivery vehicle/driver when he arrives. As an example, a person taking a lunch break or leaving a delivery area, will know of particular deliveries scheduled in a certain day and the impending arrival time/s.

Worth noting, actual pictures or live video taken from a vehicle could be sent to the BSCU from the VCU and then used as part of the messaging process of the impending arrival of a particular vehicle to a

In the claims hereafter, all "means" and "logic" elements are intended to include any structure, material, or design for accomplishing the functionality recited in connection with the corresponding element.

GE00399625.031097

D-64

## CLAIMS

Therefore, the following is claimed:

1.     A method for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, comprising the steps of:
monitoring travel of said vehicle;
forwarding travel data to a computer associated with said user; and
producing a message at said computer for said user indicative of an impending arrival of said vehicle at said vehicle stop before said vehicle reaches said vehicle stop, based upon said travel data.

2.     The method of claim 1, further comprising the steps of:
monitoring a location of said vehicle and comparing said location to mapping data; and
initiating said message to said computer when said vehicle is at a predetermined location from said vehicle stop based upon said comparison.

3.     The method of claim 1, wherein said message comprises a signal for a computer display.

4.     The method of claim 1, wherein said message comprises an audible sound.

5.     The method of claim 1, further comprising the step of permitting said user to preset a time period at said computer that determines when said message is produced, said time period corresponding to arrival of said vehicle at said vehicle stop.

6.     The method of claim 1, further comprising the step of permitting said user to preset a distance at said computer that determines when said message is produced, said distance corresponding to arrival of said vehicle at said vehicle stop.

7.     The method of claim 1, further comprising the step of permitting said user to preset a location of said vehicle on a map at said computer that determines when said message is produced.

8.    The method of claim 1, further comprising the step of permitting said user to preset a particular vehicle stop that determines when said message is produced, based upon when said vehicle arrives at said particular stop.

9.    The method of claim 1, further comprising the step of forwarding another message to a telephone associated with said user in addition to said message to said computer, said another message indicating impending arrival of said vehicle.

10.    The method of claim 1, further comprising the step of providing in said message a vehicle location.

11.    The method of claim 1, wherein said travel data is timing information.

12.    The method of claim 1, wherein said travel data is distance information.

13.    The method of claim 1, further comprising the steps of:
monitoring content of said vehicle; and
determining said vehicle stop based upon said content.

14.    A system for notifying a user in advance of an impending arrival of a vehicle at a vehicle stop, comprising:
    means for monitoring travel of said vehicle;
    means for forwarding travel data to a computer associated with said user; and
    means for producing a message at said computer for said user indicative of an impending arrival of said vehicle at said vehicle stop before said vehicle reaches said vehicle stop, based upon said travel data.

15.    A system for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, comprising:
    (a) a computer associated with said user, said computer for producing a message at said computer for said user indicative of said impending arrival of said vehicle at said vehicle stop before said vehicle reaches said vehicle stop;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

      (1) a vehicle travel monitoring means;

      (2) a vehicle transmitter adapted to transmit a travel data based upon said vehicle travel monitoring means;

      (3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

      (1) a receiver adapted to receive said travel data from said vehicle control unit;

      (2) a base station computer network link; and

      (3) a base station processor controlling said receiver and said base station computer network link, said base station processor for establishing a computer connection between said base station computer and said user computer and communicating said travel data.

    16.    The system of claim 15, wherein said computer further comprises:

means for monitoring a location of said vehicle and comparing said location to mapping data; and

means for initiating said message to said computer when said vehicle is at a predetermined location from said vehicle stop based upon said comparison.

    17.    The system of claim 15, wherein said message comprises a signal for a computer display.

    18.    The system of claim 15, wherein said message comprises an audible sound.

    19.    The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a time period at said computer that determines when said message is produced, said time period corresponding to arrival of said vehicle at said vehicle stop.

    20.    The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a distance at said

computer that determines when said message is produced, said distance corresponding to arrival of said vehicle at said vehicle stop.

21.  The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a location of said vehicle on a map at said computer that determines when said message is produced.

22.  The system of claim 15, wherein said computer further comprises a means for permitting said user to preset a particular vehicle stop that determines when said message is produced, based upon when said vehicle arrives at said particular stop.

22.  The system of claim 1, wherein said base station control unit further comprises:
a base station telephone interface controlled by said base station processor; and
a means for forwarding another message to a telephone associated with said user via said base station telephone interface, said another message indicating impending arrival of said vehicle.

23.  The system of claim 1, wherein said message comprises a vehicle location.

24.  The system of claim 1, wherein said travel data is timing information.

25.  The system of claim 1, wherein said travel data is distance information.

26.  The system of claim 1, wherein said vehicle control unit further comprises:
means for monitoring content of said vehicle; and
means for determining said vehicle stop based upon said content.

D- 68

60/039925

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

### PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(b)(2).

| Docket No.: 50701-8010 | Type (+) inside box  [ + ] |
|---|---|

| INVENTOR(S)/APPLICANT(S) | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MI | RESIDENCE (City and Either State or Foreign County) |
| Jones | Martin | Kelly | 2417 Third Street, Dalton, GA 30720   GA |

### TITLE OF THE INVENTION (280 Characters)

**ADVANCED NOTIFICATION SYSTEM AND METHOD UTILIZING A COMPUTER NETWORK**

### CORRESPONDENCE ADDRESS

Scott A. Horstemeyer
THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.
100 Galleria Parkway
Suite 1500
Atlanta, Georgia  30339
(770) 933-9500

### ENCLOSED APPLICATION PARTS (check all that apply)

| | | | |
|---|---|---|---|
| [X] Specification | Number of Pages [63] | [X] Small Entity | |
| [X] Drawings | Number of Sheets [45] | [ ] Other (specify): | |

### METHOD OF PAYMENT (check one)

| | | |
|---|---|---|
| [X] A check or money order is enclosed to cover the Provisional filing fees | PROVISIONAL FILING FEE AMOUNT ($) | $75.00 |
| [X] The Commissioner is authorized to charge any additional filing fees and credit Deposit Account No. 20-0778 | | |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

[X] No.
[ ] Yes, the name of the U.S. Government agency and the Government contract number are:

Respectfully submitted,

SIGNATURE: _Scott Horstemeyer_  DATE: _3/7/97_

TYPE or PRINTED NAME: _Scott A. Horstemeyer_  REGISTRATION NO.: _34,183_

[ ] Additional inventors are being named on separately numbered sheets attached hereto.

Express Mail Certificate of Mailing
I hereby certify that this correspondence is being deposited with the United States Postal Service as "EXPRESS MAIL POST OFFICE TO ADDRESSEE" in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on MARCH 10, 1997

EM489291305                _Julie Campbell_
Express Mail No.                Signature

**PATENT**

Applicant or Patentee: ____
Serial or Patent No.: ____
Filed or Issued: ____
For: ____

Attorney's Docket No. ____ 50701-8010

**VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY
STATUS (37 CFR 1.9(f) and 1.27(b))—INDEPENDENT INVENTOR**

As a below named inventor, I hereby declare that I qualify as an independent inventor as defined in 37 CFR 1.9(c) for purposes of paying reduced fees under Section 41(a) and (b) of Title 35, United States Code, to the Patent and Trademark Office with regard to the invention entitled
Advanced Notification System and Method Utilizing a Computer Network ____
described in

    | X |  the specification filed herewith.

    |  |  application serial no. 08 / ____ , filed ____

    |  |  patent no. ____ , issued

I have not assigned, granted, conveyed or licensed and am under no obligation under contract or law to assign, grant, convey, or license, any rights in the invention to any person who could not be classified as an independent inventor under 37 CFR 1.9(c) if that person had made the invention, or to any concern which would not qualify as a small business concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

Each person, concern or organization to which I have assigned, granted, conveyed, or licensed or am under an obligation under contract or law to assign, grant, convey, or license any rights in the invention is listed below:

    | X |  no such person, concern, or organization

    |  |  persons, concerns, or organizations listed below*

*NOTE: Separate verified statements are required from each named person, concern or organization having rights to the invention averring to their status as small entities (37 CFR 1.27).

FULL NAME ____ N/A ____
ADDRESS ____

  | | INDIVIDUAL    | | SMALL BUSINESS CONCERN    | | NONPROFIT ORGANIZATION

FULL NAME ____ N/A ____
ADDRESS ____

  | | INDIVIDUAL    | | SMALL BUSINESS CONCERN    | | NONPROFIT ORGANIZATION

FULL NAME ____ N/A ____
ADDRESS ____

  | | INDIVIDUAL    | | SMALL BUSINESS CONCERN    | | NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying,

(Small Entity-Independent Inventor [7-1]--page 1 of 2)

the earliest of the issue fee or any maintenance fee due after the date on which status as a small entity is no longer appropriate. (37 CFR 1 28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.


M. Kelly Jones
Name of Inventor

Signature of Inventor                    Date  March 6, 97


N/A
Name of Inventor

Signature of Inventor                    Date


N/A
Name of Inventor

Signature of Inventor                    Date


(Small Entity-Independent Inventor [7-1]--page 2 of 2)

D-71

60/039925



FIG 1

60/039925



FIG 2

60/039925



FIG 3

60/039925



**FIG. 4**

60/039925

6003992S.031097



MESSAGING OPTIONS FOR THE
ADVANCE NOTIFICATION SYSTEM

**85a** — VEHICLE IS APPROACHING ACTIVATION POINT FOR SENDING MESSAGE/S

**85b** — WHAT TYPE OF MESSAGES NEED TO BE SENT?

**14d** — DATA BASE OF USER REQUESTS

**85g** — SEND MESSAGE TYPE REQUESTED BY PERSON

**85c** — SEND MESSAGE TO PERSON'S COMPUTER ADDRESS?

**85d** — CONTACT PERSON BY TELEPHONE?

**85e** — SEND MESSAGE TO PERSON'S PAGER?

**85f** — SEND MESSAGE TO PERSON'S TELEVISION?

**FIG 5**

D-76

60/039925



FIG 6

91 INTERNET SERVICE PROVIDER

92 HOME COMPUTER WITH MODEM CONNECTED TO INTERNET

93 NETWORKING SOFTWARE

94 HAS NEW E-MAIL ARRIVED
NO
YES

95 SOFTWARE COMPARING E-MAIL WITH ANS SOFTWARE RUNNING ON THE PERSONS PC RECEIVING E-MAIL

96 DOES E-MAIL HAVE AN IDENTIFICATION NUMBER ATTACHED?
NO
YES

97 DISPLAY MINUTES AND DISTANCE BEFORE VEHICLE IS TO ARRIVE ON SCREEN

97a
Time = 5:00:00 Before Arriving
Distance = 1.23 Miles Before Arriving

98 PLAY PRERECORDED AUDIO (WAV) FILE THROUGH SPEAKERS

98a "THE VEHICLE WILL ARRIVE IN FIVE MINUTES AND IS ONE AND ONE HALF MILE AWAY"

60/039925



BSCU MODULES LINKED OVER COMPUTER NETWORKS

WIRELESS TRANSCEIVER (WT) (VEHICLE COMMUNICATION)

VEHICLE LOCATION DATA BASE (VLDB)

MAPPING SOFTWARE DATA BASE (MSDB)

NOTIFICATION DATA BASE (NDB)

USER REQUESTS DATA BASE (URDB)

MESSAGE ON PERSON'S COMPUTER SCREEN OF IMPENDING VEHICLE ARRIVAL

GLOBAL POSITIONING SENSOR (GPS) TRACKING SENSOR

COMPUTER CONTROLLER (CC)

CELLULAR TRANSCEIVER (CT) (WIRELESS COMMUNICATION)

USER INPUT CONTROLS (UIC) (BUTTONS, BAR CODE READER, IGNITION SWITCH, ETC.)

LIQUID CRYSTAL DISPLAY (LCD)

**FIG 7**

D-78

60/039925



FIG 8

BSCU MODULES LINKED OVER COMPUTER NETWORKS

**GLOBAL POSITIONING SENSOR (GPS) TRACKING SENSOR**

**COMPUTER CONTROLLER (CC)**

**CELLULAR TRANSCEIVER (CT) (WIRELESS COMMUNICATION)**

**USER INPUT CONTROLS (UIC) (BUTTONS, BAR CODE READER, IGNITION SWITCH, ETC.)**

**LIQUID CRYSTAL DISPLAY (LCD)**

**WIRELESS TRANSCEIVER (WT) (VEHICLE COMMUNICATION)**

**VEHICLE LOCATION DATA BASE (VLDB)**

**MESSAGE ON PERSON'S COMPUTER SCREEN OF IMPENDING VEHICLE ARRIVAL**

**MAPPING SOFTWARE DATA BASE (MSDB)**

**NOTIFICATION DATA BASE (NDB)**

**USER REQUESTS DATA BASE (URDB)**

NETWORK

D-79





FIG 8

60/039925



**FIG 10**

BSCU MODULES LINKED OVER COMPUTER NETWORKS

MESSAGE ON PERSON'S COMPUTER SCREEN OF IMPENDING VEHICLE ARRIVAL

NOTIFICATION DATA BASE (NDB)

USER REQUESTS DATA BASE (URDB)

WIRELESS TRANSCEIVER (WT) (VEHICLE COMMUNICATION)

VEHICLE LOCATION DATA BASE (VLDB)

ATTEMPT TO DELIVER FROM VEHICLE (ATD)

ROUTE LIST WITH ORDER OF DELIVERY (RL)

MAPPING SOFTWARE DATA BASE (MSDB)

COMPUTER CONTROLLER (CC)

CELLULAR TRANSCEIVER (CT) (WIRELESS COMMUNICATION)

USER INPUT CONTROLS (UIC) (BUTTONS, BAR CODE READER, IGNITION SWITCH, ETC.)

LIQUID CRYSTAL DISPLAY (LCD)

D-81

60/039925



600319692S 'OE1EO09

FIG 11

D-82

60/039925



FIG 12

D-83

60/039925



FIG 13

60/039925

6009939925.031097

## VCU DISPLAY DATA (602) (608)

| STOP NUMBER (607) | ADDRESS (608) |
|---|---|
| STOP 001 | AB COMPANY 55 John Doe Drive |
| STOP 002 | JACK SMITH 2100 Jones Street |
| STOP 003 | XYZ COMPANY 999 Smith Street |
| STOP 004 | MIKE LONG 36 Moore Street |
| STOP 005 | STEVE JONES 855 Long Drive |
| STOP 006 | GLOBAL INC. 1000 Chase Street |
| STOP 007 | FRED SEED 105 River Street |
| STOP 008 | AAA COMPANY 959 Howard Ave. |
| STOP 009 | CLAY INDUSTRY 1008 Business Drive |
| STOP 010 | JOHN DOE 232 Fairview Street |
| STOP 011 | BETTY SMITH 9191 Oak Drive |
| STOP 012 | ABA VENTURES 8881 Second Street |
| STOP 013 | C. L. BLACK 777 Lookout Drive |
| STOP 014 | JIM SMITH 1100 Apple Drive |
| STOP 015 | L. WILLIAMS 9922 Hightower Street |
| STOP 016 | PARK COMPANY 3300 West Drive |
| STOP 017 | UNITED COMPANY 12 Towne Place |
| STOP 018 | YAY COMPANY 400 Tower Place |
| STOP 019 | SUSAN JONES 390 Harris Drive |
| STOP 020 | IDEAL SPORTS 844 Third Street |
| STOP 021 | THE BROWN COMPANY 555 Third Street |
| STOP 022 | OUT SIDE SPORTS 1530 Third Street |
| STOP 023 | JACK FIELD 200 Pine Street |
| STOP 024 | LANCE PATTERSON 501 Pine Street |

## VCU ROUTE DATA (601)

| STOP NUMBER (603) | GPS / LOCATION (604) | TIME TO STOP (PLANNED) (605) | TIME OF DAY (PLANNED) (606) |
|---|---|---|---|
| STOP 0001 | 181.0509050.12123031 | 07:22 | 07:31:22PM |
| STOP 002 | 181.0404040.45656565 | 04:10 | 07:41:32AM |
| STOP 003 | 181.0303030.18181811 | 05:45 | 07:47:17AM |
| STOP 004 | 181.0202020.37373737 | 0V:03 | 07:56:59AM |
| ADJUSTMENT | | 10000 | DELAY |
| STOP 005 | 181.0101010.55155515 | 06:44 | 08:13:34AM |
| STOP 006 | 181.0909090.72727277 | 06:12 | 08:19:46AM |
| STOP 007 | 181.0808080.49749494 | 05:51 | 08:25:37AM |
| STOP 008 | 181.0707070.20202023 | 12:30 | 08:38:07AM |
| STOP 009 | 181.0606060.83838338 | 03:58 | 08:42:05AM |
| STOP 010 | 181.1515151.94494949 | 04:33 | 08:46:38AM |
| STOP 011 | 181.1414141.31313131 | 07:28 | 08:54:06AM |
| STOP 012 | 181.1313131.64646464 | 06:55 | 09:01:01AM |
| STOP 013 | 181.1212121.19191919 | 07:36 | 09:08:37AM |
| STOP 014 | 181.1111111.38383839 | 04:50 | 09:13:27AM |
| STOP 015 | 181.0909090.66626626 | 05:20 | 09:18:47AM |
| STOP 016 | 181.0808080.81181118 | 09:43 | 09:28:35AM |
| STOP 017 | 181.0707070.50505005 | 03:33 | 09:32:08AM |
| STOP 018 | 181.0606060.91191919 | 07:15 | 09:39:23AM |
| STOP 019 | 181.0505050.00300030 | 05:31 | 09:44:54AM |
| STOP 020 | 181.0404040.85585558 | 08:01 | 09:52:55AM |
| STOP 021 | 181.0303030.13331333 | 05:44 | 09:58:39AM |
| STOP 022 | 181.0202020.64646464 | 05:49 | 10:04:28AM |
| STOP 023 | 181.0101010.10901901 | 07:22 | 10:11:50AM |
| STOP 024 | 181.0909090.00000000 | 05:10 | 10:17:00AM |

FIG 14

D-85



FIG 15

60/039925



FIG 16

60/039925



FIG 17

60/039925



FIG 18

60/039925



FIG 20

METHOD FOR ACTIVATING NOTIFICATION
WHEN LAST PACKAGE WAS DELIVERED OR
LAST STOP WAS MADE

191 — HAS A DELIVERY OR STOP OCCURRED?

191a — YES / NO

SEND INFORMATION OVER WIRELESS NETWORK

192 — RECEIVE INFORMATION FROM VEHICLE / DRIVER

193 — WHAT IS NEXT STOP ON DELIVERY LIST

194 — HAS PERSON AT THIS ADDRESS SIGNED UP FOR ADVANCE NOTIFICATION? — NO

LOOKUP USER PREFERENCES AND NETWORK COMPUTER ADDRESS

195 — SEND MESSAGE OF IMPENDING ARRIVAL

196 — LOOP TO RECEIVE INFORMATION

FIG 19

METHOD FOR DETERMINING
VEHICLE LOCATION WITHOUT GPS
FOR AN ADVANCE NOTIFICATION SYSTEM

160 — WHERE IS VEHICLE NOW?

161 — WHAT IS STOP AND DELIVERY LIST NOW?

162 — PACKAGE OR STOP NUMBER IS (1001)

163 — TIME OF DELIVERY IS (1:34:03 PM)

164 — WHAT STOP OR PACKAGE DELIVERY IS NEXT?

165 — PACKAGE OR STOP NUMBER IS (1002)

166 — WHAT'S DISTANCE TO THE NEXT STOP

167 — WHAT IS TIME TO THE NEXT STOP

169 — VEHICLE LOCATION IS DETERMINED!

LOOP TO WHERE IS VEHICLE NOW?

181 — DELIVERY ORDER AND ROUTE LIST

182 — SENT FROM VEHICLE WHEN DELIVERY WAS ATTEMPTED OR MADE!

140 — MAPPING SOFTWARE OF ROADS, ADDRESSES, ETC.

168 — ACTUAL TIME OF PRIOR STOP AND RECORDS OF PAST DELIVERIES

D-90

60/039925

۷۶۹۱٤٥۰ ٠ ٥٢٤٤۶٦٥۰٠٩



WHAT IS THE VEHICLE LOCATION DETERMINING FACTOR (VLDF)? — 99

WHAT IS THE VEHICLE'S CURRENT LOCATION? — 100

WHAT IS THE DESTINATION OF THE NEXT STOP OR LOCATION? — 101

SEND AND PROCESS INFORMATION — 102

VLDF IS (100) — 104

ROADS AND STREETS ABOUT TO BE TRAVELED
TIME OF DAY
DAY OF WEEK
WEEK OF YEAR
ALL RESETS OR CHANGES OCCURING WITH PAST ROUTES
= AVERAGE OVERALL
= AVERAGE FOR THIS DAY / TIME — 103

VLDF = (100)

FIG 21

60/039925



**FIG 22**

60/039925



## FIG 24

14

DETERMINE WHEN TO USE CYCLE COMMUNICATION (BEFORE ROUTE STARTS) — 914

COMPARE ROUTE LIST WITH MAPPING SOFTWARE DATA BASE — 915

COMPARE DATA TO NOTIFICATION DATA BASE — 916

IS TIME IN-BETWEEN NOTIFICATION TIME'S 10 MINUTES OR MORE? — 917

NO → DO NOT USE CYCLE COMMUN-ICATION — 922

YES ↓ 918

SCHEDULE CYCLE COMMUNICATION IN ROUTE LIST AREAS — 918

CHANGE FROM CYCLE COMMUNICATION WHEN TIME EXPIRES OR — 919

CHANGE FROM CYCLE COMMUNICATION WHEN LOCATION IS REACHED — 920

START POLLING OR ROUTE COMPARISON COMMUNICATION — 921

## FIG 23

14

DETERMINE WHEN TO USE CYCLE COMMUNICATION (AS ROUTE PROGRESSES) — 901

WHAT IS THE TIME TO THE NEXT STOP? — 903

HOW MUCH TIME IS EXCEEDING THE NEXT NOTIFICATION? — 905

IS TIME EXCEEDING THE DEFAULT 15 MINUTE TIME? — 907

WHAT IS THE DISTANCE TO THE NEXT STOP? — 902

HOW MUCH DISTANCE IS EXCEEDING THE NEXT NOTIFICATION? — 904

IS DISTANCE EXCEEDING THE DEFAULT 10 MILE DISTANCE? — 906

VEHICLE LOCATION AND MAPPING SOFTWARE — 908

NOTIFICATION DATA BASE — 909

NO    YES

YES    NO

RESET COMMUNICATION METHOD TO CYCLE — 910

DETERMINE A LOCATION OR TIME TO RESTART COMMUNICATION — 911

STOP COMMUNICATION UNTIL TIME OR DISTANCE IS REACHED — 912

GO BACK TO COMPARING PLANNED ROUTE DATA WITH ACTUAL ROUTE DATA — 913

D-93

60/039925



**FIG 25**

60/039925



FIG 26



METHOD FOR DETERMINING ADVANCE
NOTIFICATION ACTIVATION AREAS

60/039925

FIG 27

60/039925



**FIG. 28**

60/039925



FIG 28

60/039925



FIG 30



FIG 31

60/039925



60/039925



## Advance Notification

File   Edit   Go To   Views   Events   Window   Help

392 — When Would You Like To Be Notified?

393

**Time Before Arrival**

Time before arrival allows you to enter the amount of minutes before a vehicle arrives.

394

**Distance To Be Traveled Before Arriving**

Distance before arrival allows you to enter the amount of miles before a vehicle arrives.

395

**At A Location On A Map**

Vehicle location allows you to enter exact locations on a map you want to be notified when the vehicle passes.

385b

1010 Oak Lane

Crestook Drive

Oak Lane

Park Lane

Oak Street

River Street

3rd Street

All information is confidential and will not be shared!

**FIG 33**

60/039925



FIG 34

NO ALLOWS YOU TO SET DIFFERENT PREFERENCES
FOR EACH VEHICLE!

60/039925



Please Enter A Vehicle's Distance (miles) From Your Home or Office You Would Like To Be Notified!

FIG 35

6d9b8b3852bd2802

D-104

60/039925

60039925.031097



FIG 36

D-105

60/039925



**FIG 37**

760398525.031067

D-106

60/039925



FIG 38

60/039925



## How Would You Like To Receive An Advance Warning?

170 — Would You Like To Be Notified With A Telephone Call And A Voice Message?

171 — Would You Like The Telephone To Use A Distinctive Ringing Sound?

172 — Would You Like To Be Notified Over A Computer Network and Email?

173 — Would You Like An On-screen Alert?

174 — Would You Like...

FIG 30

D-108

60/039925



FIG 41



FIG 43



FIG 40



FIG 42

60039925.031097

60/039925

60039925.031097



151 WHAT IS STOP AND DELIVERY LIST NOW?

152 HAS DELIVERY LIST BEEN COMPLETED?

YES

153 CONTACT THE BSCU FOR INSTRUCTIONS?

BSCU

155 DISPLAY THE INSTRUCTIONS ON LCD

156 WAIT FOR NEW ROUTE LIST OR MORE INSTRUCTIONS

150

14

155a

YOUR STOP LIST IS COMPLETED

MOVE
ATTEMPT
RESCHEDULE
DELETE

FIG 44

60/039925



**FIG 45**

BSCU WITH VEHICLE INFORMATION 170

176 LOOK UP ADDRESS OF USER REQUESTING INFORMATION

177 IS THIS ADDRESS BEING APPROACHED

178 WHAT ARE THE VEHICLE/S NAMES

179 WHAT ARE THE VEHICLE/S LOCATION

180 WHAT ARE ROUTE STOPS AND OTHER ROUTE DATA

181 WHAT IS CARGO AND DRIVER INFORMATION

182

300

36

171 PC OPERATING ANS SOFTWARE IS TURNED ON

172 LOOK UP USER PREFERENCES

173 MAKE COMPUTER CONNECTION IF NOT ALREADY ESTABLISHED

174 CONTACT BSCUS OVER COMPUTER CONNECTION FOR POSSIBLE VEHICLES APPROACHING

175 IF VEHICLE/S ARE APPROACHING ACTIVATE IMPENDING ARRIVAL USER PREFERENCES

D-111

60/039925



**FIG. 46**

BASE STATION CONTROL PROCESS #1

14 —

47 — COMMUNICATE VEHICLE LOCATION AND OR OTHER INFORMATION WITH VCU/S

48 — STORE VEHICLE INFORMATION

49 — STORE USER NOTIFICATION PREFERENCES

50 — DETERMINE ROUTE LIST ORDER AND ROADS TO BE TAKEN BY DRIVER OF DELIVERY VEHICLE

51 — DETERMINE LOCATION/S TO ACTIVATE IMPENDING ARRIVAL MESSAGE/S FROM GPS LONGITUDE LATITUDE NUMBERS ON A MAP

52 — IS A VEHICLE AT A LOCATION TO ACTIVATE AN IMPENDING ARRIVAL MESSAGE?

53 — SEND MESSAGE TO PERSON'S COMPUTER OF VEHICLE'S LOCATION

**FIG. 47**

BASE STATION CONTROL PROCESS #2

14 —

54 — COMMUNICATE VEHICLE LOCATION AND / OR OTHER INFORMATION WITH VCU/S

55 — STORE VEHICLE INFORMATION

56 — RECEIVE REQUESTS FOR VEHICLE INFORMATION FROM PERSON'S COMPUTERS EQUIPPED WITH ANS SOFTWARE

57 — LOOKUP VEHICLE INFORMATION ASSOCIATED WITH VEHICLE LOCATION, ROUTE OR STOP, ADDRESS, ETC.

58 — IF INFORMATION IS AVAILABLE, SEND INFORMATION BACK TO PERSON'S COMPUTER

60/039925



**FIG 48**

BASE STATION INITIALIZATION PROCESS

61 — WAITING FOR VCU TO CONTACT BSCU AND GET INSTRUCTIONS

62 — HAS A VCU CONTACTED THE BSCU?

63 — CHECK AND / OR RESET CLOCK TO MATCH BSCU

64 — CHECK AND / OR RESET ROUTE AND / OR CARGO INFORMATION INCLUDING CURRENT LOCATION

65 — SEND INFORMATION TO VCU DISPLAY FOR DRIVER

66 — SET COMMUNICATION METHOD

67 — END INITIALIZATION WITH VCU

14 —

12 — VCU HAS STARTED OR ACTIVATED IT STARTUP CYCLE

Image: U.S. Patent 5966299

D-113

60/039925



BASE STATION INITIALIZATION PROCESS

VCU HAS STARTED OR ACTIVATED IF STARTUP CYCLE ~12

61~ WAITING FOR VCU TO CONTACT BSCU AND GET INSTRUCTIONS

62~ HAS A VCU CONTACTED THE BSCU?

63~ CHECK AND / OR RESET CLOCK TO MATCH BSCU?

14~

64~ CHECK AND / OR RESET ROUTE AND / OR CARGO INFORMATION INCLUDING CURRENT LOCATION

65~ SEND INFORMATION TO VCU DISPLAY FOR DRIVER

66~ SET COMMUNICATION METHOD

67~ END INITIALIZATION WITH VCU

FIG 48

60/039925

870310.2566995.8009



INTERNET SERVICE PROVIDER

File    Edit    Go To    Views    Events    Window    Help

YOU HAVE RECEIVED NEW MAIL

| FROM | SUBJECT | RECEIVED | SIZE |
|------|---------|----------|------|

FIG 48

60/039925



**FIG 50**

Form PTO 1130
(REV 2/84)

## PACE DATA ENTRY CODING SHEET

**U.S. DEPARTMENT OF COMMERCE**
Patent and Trademark Office

| 1ST EXAMINER | K Johle | DATE 4-26-97 |
| 2ND EXAMINER | | DATE |

| APPLICATION NUMBER | FILING DATE | | | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWING |
| 60/039925 | MONTH 03 | DAY 31 | YEAR 097 | ☑ | | | 45 |

| TOTAL CLAIMS | INDEPENDENT CLAIMS | TYPE APPL | SMALL ENTITY? | FILING FEE | FOREIGN LICENSE | ATTORNEY DOCKET NUMBER |
| | | ☑ | 1 | 775 | X | 52102-8010 |

### CONTINUITY DATA

| CONT STATUS CODE | PARENT APPLICATION SERIAL NUMBER | | PCT APPLICATION SERIAL NUMBER | PARENT PATENT NUMBER | PARENT FILING DATE |
| | | P | C | T | / | | | | |
| | | P | C | T | / | | | | |
| | | P | C | T | / | | | | |
| | | P | C | T | / | | | | |
| | | P | C | T | / | | | | |

### PCT/FOREIGN APPLICATION DATA

| FOREIGN PRIORITY CLAIMED | COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FOREIGN FILING DATE MONTH DAY YEAR |

D-117

# TITLE OF INVENTION

## ATTORNEY REGISTRATION NUMBERS

## CORRESPONDENCE NAME AND ADDRESS

## APPLICANT/INVENTOR DATA

| | |
|---|---|
| AUTHORITY CODE | |
| FAMILY NAME | |
| GIVEN NAME | |
| CITY | |

| | |
|---|---|
| AUTHORITY CODE | |
| FAMILY NAME | |
| GIVEN NAME | |
| CITY | |

STATE/CNTRY CODE

NAME SUFFIX

MORE

D-118

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 60/039,925 PROVISIONAL | 03/10/97 | | |

APPLICANT

MARTIN KELLY JONES, DALTON, GA.

**CONTINUING DATA********************
VERIFIED

_____

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

_____

FOREIGN FILING LICENSE GRANTED 04/27/97     ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| GA | 45 | | | $75.00 | 50701-8010 |

ADDRESS

SCOTT A HORSTEMEYER
THOMAS KAYDEN HORSTEMEYER AND RISLEY
100 GALLERIA PARKWAY
SUITE 1500
ATLANTA GA 30339

TITLE

ADVANCED NOTIFICATION SYSTEM AND METHOD UTILIZING A COMPUTER NETWORK

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

D-119

Date _____     Certifying Officer _____

60/039925

# THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.

ATTORNEYS AT LAW

GEORGE M. THOMAS
JAMES W. KAYDEN
SCOTT A. HORSTEMEYER
STEPHEN R. RISLEY
JEFFREY R. KUESTER

COLLEN A. BEARD
DANIEL J. SANTOS
DANIEL R. McCLURE
ROBERT E. STACHLER II*
J. SCOTT CULPEPPER
MICHAEL J. TEMPEL
MICHAEL J. D'AUREUO*

*OTHER BARS ONLY

INTERNATIONAL PATENT, TRADEMARK AND COPYRIGHT LAW
AND RELATED LITIGATION

Suite 1500
100 Galleria Parkway, N.W.

Atlanta, Georgia 30339-5948
U.S.A.

March 7, 1997

DAVID P. KELLEY
OF COUNSEL, DC BAR ONLY
SANFORD J. ASMAN
OF COUNSEL

JOHN A. SAVIO III
PATENT AGENT
BETHEW B. JENNINGS III
TECHNICAL ADVISOR
JON E. HOLLAND
TECHNICAL ADVISOR

Tel: 770-933-9500
Fax: 770-951-0933
e-mail: office@tkhr.com
www: http://www.tkhr.com

The Honorable Commissioner
 of Patents and Trademarks
Box Provisional Application
Washington, D.C. 20231

RE:   U.S. Utility Patent Application
      Title:  **Advanced Notification System and Method Utilizing a Computer
      Network**
      Inventors: Martin Kelly Jones
      Our File No.: 50701-8010

Sir:

The following documents are forwarded herewith for appropriate action by the U.S. Patent and Trademark Office:

1.   Provisional patent application consisting of:
     1 Page Cover Sheet
     63 Pages Specification
     45 Pages of Formal Drawings

2.   Verified Statement Claiming Small Entity - Independent Inventor

3.   A check in the amount of $75.00; and

4.   Return postcard.

The Commissioner is hereby authorized to charge any fee deficiency, or credit any overpayment, to our Deposit Account No. 20-0778. A duplicate copy of this letter is enclosed.

Very truly yours,

THOMAS, KAYDEN, HORSTEMEYER,
& RISLEY, L.L.P.

Scott A. Horstemeyer
Registration No. 34,183

SAH/jlc
Enclosures

60/039925

# THOMAS, KAYDEN, HORSTEMEYER & RISLEY, L.L.P.

ATTORNEYS AT LAW

GEORGE M. THOMAS
JAMES W. KAYDEN
SCOTT A. HORSTEMEYER
STEPHEN R. RISLEY
JEFFREY R. KUESTER

INTERNATIONAL PATENT, TRADEMARK AND COPYRIGHT LAW
AND RELATED LITIGATION

COLLEN A. BEARD
DANIEL J. SANTOS
DANIEL R. McCLURE
ROBERT E. STACHLER II*
J. SCOTT CULPEPPER
MICHAEL J. TEMPEL
MICHAEL J. D'AURELIO*

*OTHER BARS ONLY

Suite 1500
100 Galleria Parkway, N.W.

Atlanta, Georgia 30339-5948
U.S.A.

DAVID P. KELLEY
OF COUNSEL. DC BAR ONLY
SANFORD J. ASMAN
OF COUNSEL

JOHN A. SAVIO III
PATENT AGENT
BETHEW B. JENNINGS III
TECHNICAL ADVISOR
JON E. HOLLAND
TECHNICAL ADVISOR

Tel: 770-933-9500
Fax 770-951-0933
e-mail: office@tkhr.com
www: http://www.tkhr.com

March 7, 1997

The Honorable Commissioner
of Patents and Trademarks
Box Provisional Application
Washington, D.C. 20231

RE:    U.S. Utility Patent Application
       Title:  **Advanced Notification System and Method Utilizing a Computer
               Network**
       Inventors: Martin Kelly Jones
       Our File No.: 50701-8010

Sir:

The following documents are forwarded herewith for appropriate action by the U.S.
Patent and Trademark Office:

1.    Provisional patent application consisting of:
      1 Page Cover Sheet
      63 Pages Specification
      45 Pages of Formal Drawings

2.    Verified Statement Claiming Small Entity - Independent Inventor

3.    A check in the amount of $75.00; and

4.    Return postcard.

The Commissioner is hereby authorized to charge any fee deficiency, or credit any
overpayment, to our Deposit Account No. 20-0778. A duplicate copy of this letter is enclosed.

Very truly yours,

THOMAS, KAYDEN, HORSTEMEYER,
& RISLEY, L.L.P.

Scott A. Horstemeyer
Registration No. 34,183

SAH/jlc
Enclosures

D-121

PTO/SB/68 (04-01)
Approved for use through 10/31/2002 OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

In re Application of

| Application Number | Filed |
|---|---|
| 60/039925 | Mar 7, 1997 |
| Art Unit | Examiner |

RECEIVED
SEP 3 0 2002
Fil~~ ~tion Unit

Paper No. 2

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐ I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

☐ (A) referred to in:

United States Patent Application Publication No. 6278936 , page _____ , line _____ ,

United States Patent Number_____ , column _____ , line _____ , or

an International Application which was filed on or after November 29, 2000 and which

designates the United States, WIPO Pub. No. _____ , page _____ , line _____ .

☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or

1.14(e)(2)(i), i.e., Application No._____ , paper No. _____ , page _____ , line _____ .

2. ☐ I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

_Darlene Jones_
Signature

_Darlene Jones_
Typed or printed name

_9-30-02_
Date

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

09/27/2002   14:58   8884215585                    REEDFAX                              PAGE   11/48

US006278936B1

(12) **United States Patent**
Jones

(10) Patent No.:     **US 6,278,936 B1**
(45) Date of Patent:     \*Aug. 21, 2001

(54) **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

(75) Inventor:  **Martin Kelly Jones**, Dalton, GA (US)

(73) Assignee:  Global Research Systems, Inc., Rome, GA (US)

(*) Notice:  Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/163,958

(22) Filed:  Sep. 30, 1998

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/852,119, filed on May 6, 1997, ~~which is a continuation-in-part of application No. 08/434,049, filed on May 2, 1995~~ and application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,657,010, and application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, ~~which is a~~

(60) Provisional application No. 60/039,925, filed on Mar. 7, 1997.

(51) Int. Cl.[7] ............................................. G01C 21/00
(52) U.S. Cl. ..................... 701/201; 701/202; 701/207; 701/117; 701/116; 701/118; 340/989; 340/994
(58) Field of Search ............................. 701/201, 200, 701/207, 208, 209, 211, 213, 117, 116, 118, 119; 340/988, 990, 995, 994, 989; 342/457, 357.13; 705/27, 26, 1, 5, 4

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| Re. 35,920 | 10/1998 | Sorden et al. | 342/457 |
|---|---|---|---|
| 3,644,883 | 2/1972 | Hormus et al. | 340/23 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| 2 559 930 | 8/1985 | (FR) | G08G/1/12 |
|---|---|---|---|
| 2674355 | 9/1992 | (FR) | G08G/1/123 |
| 57066175 | 6/1977 | (JP) | |
| 63288400 | 11/1988 | (JP) | G08G/1/12 |

\* cited by examiner

*Primary Examiner*—Jacques H. Louis-Jacques
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, L.L.P.

(57)                **ABSTRACT**

Generally, the present invention monitors and communicates travel data transmitted from vehicles being monitored by the system to users requesting travel information on a particular vehicle. A travel data storage unit receives and stores the travel data. When a user desires to view some or all of this travel data, the user submits a request to a data manager. In response, the data manager retrieves the appropriate information from the travel data stored in the travel data storage unit and transmits this information to the user. The data manager may communicate the information in a variety of mediums and preferably contact information is predefined that enables the data manager to determine which medium is preferable and how to establish communication once the medium is determined.

37 Claims, 7 Drawing Sheets





PTO/SB/68 (04-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

In re Application of

| Application Number | Filed |
|---|---|
| 60·039925 | 3 7 97 |

| Art Unit | Examiner |
|---|---|
| | |

**RECEIVED**

OCT 0 2 2002

File Information Unit

Paper No. #3

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐   I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

☐ (A) referred to in:

United States Patent Application Publication No. _____, page _____, line_____.

United States Patent Number____641891_____, column _____, line _____, or

an International Application which was filed on or after November 29, 2000 and which

designates the United States, WIPO Pub. No. _____, page _____, line_ _____.

☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or

1.14(e)(2)(i), i.e., Application No._____, paper No. _____, page _____, line _____.

2. ☐   I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

Moe Johnson
Signature

MOE JOHNSON
Typed or printed name

10/2/02
Date

| FOR PTO USE ONLY |
|---|
| Approved by: N. Bryant (Initials) |
| Unit: _____ FILE |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

US005411891B1

(12) **United States Patent**
Jones

(10) Patent No.: **US 6,411,891 B1**
(45) Date of Patent: **\*Jun. 25, 2002**

(54) **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING USER-DEFINABLE NOTIFICATION TIME PERIODS**

(75) Inventor: **Martin Kelly Jones**, Vancouver (CA)

(73) Assignee: **Global Research Systems, Inc.**, Rome, GA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/558,713**

(22) Filed: **Apr. 26, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 08/852,119, filed on May 6, 1997.

(60) Provisional application No. 60/039,925, filed on Mar. 7, 1997.

(51) Int. Cl.⁷ ............................ G01C 21/00; G06G 7/78
(52) U.S. Cl. ...................... 701/201; 701/117, 701/209; 701/210; 455/12.1; 455/18.1; 455/13.2; 342/357.07; 342/357.09; 342/457
(58) Field of Search ........................ 701/201, 209, 701/207, 208, 210, 117; 340/990, 995, 998, 438, 439; 342/357.03, 357.09, 357.07, 457; 455/12.1, 13.1, 13.2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,644,883 A | 2/1972 | Borman et al. | 340/23 |
| 3,845,289 A | 10/1974 | French | 701/117 |
| 3,934,125 A | 1/1976 | Macano | 701/20 |
| 4,220,946 A | 9/1980 | Henriot | 340/23 |
| 4,297,672 A | 10/1981 | Fruchey et al. | 340/23 |
| 4,325,057 A | 4/1982 | Bishop | 340/539 |
| 4,350,969 A | 9/1982 | Greer | 340/994 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2674355 | 9/1992 | 340/994 |
| FR | 2559953 | 8/1995 | 340/994 |
| JP | 0066175 | 6/1977 | 340/994 |
| JP | 0288400 | 11/1988 | 340/994 |

Primary Examiner—Jacques H. Louis-Jacques
(74) Attorney, Agent, or Firm—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

An advance notification system and method notifies users of the impending arrival of a transportation vehicle, for example, a school bus, at a particular vehicle stop. The system generally includes an on-board vehicle control unit (VCU) for each vehicle and a base station control unit (BSCU) for transmitting notification messages to users in order to inform the users when the vehicle is a certain predefined time period away from the vehicle stop. The VCU compares elapsed time and/or traveled distance to the programmed schedule time and/or traveled distance to determine if the vehicle is on schedule. If the vehicle is behind or ahead of schedule, the VCU calls the BSCU, which then adjusts its calling schedule accordingly. Significantly, a preset notification time period mechanism in the BSCU permits the user to contact the BSCU in order to define a preset notification time period when the user is to receive a notification message prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival of the vehicle at the stop.

**18 Claims, 44 Drawing Sheets**



PTO/SB/68 (11-94)
Approved for use through 10/31/99. OMB 0651-0021
Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

In re Application of

| Application Number | Filed |
|---|---|
| 08/039 925 | mar 7, 1997 |
| Group Art Unit | Examiner |

RECEIVED

MAR 0 3 2003

File Information Unit

Paper No. #4

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number 6411891_____ , column _____ ,

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____ , filed _____ , on page _____ of
paper number _____ ,

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____ , filed _____ , or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

_Darlene Jones_
Signature

_Darlene Jones_
Typed or printed name

3/3 - 03
Date

FOR PTO USE ONLY

Approved by: _____ (Initials)

Unit: _____

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington DC 20231.

US006411891B1

## (12) United States Patent
### Jones

(10) Patent No.: **US 6,411,891 B1**
(45) Date of Patent: **\*Jun. 25, 2002**

(54) **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING USER-DEFINABLE NOTIFICATION TIME PERIODS**

(75) Inventor: **Martin Kelly Jones**, Vancouver (CA)

(73) Assignee: **Global Research Systems, Inc.**, Rome, GA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/558,713**

(22) Filed: **Apr. 26, 2000**

### Related U.S. Application Data

(63) ~~Continuation~~
(60) Provisional application No. 60/039,925, filed on Mar. 7, 1997.

(51) Int. Cl.⁷ .................. G01C 21/00; G06G 7/78
(52) U.S. Cl. ............ 701/201; 701/117; 701/209; 701/210, 455/12.1; 435/18.1; 455/13.2; 342/357.07; 342/357.09; 342/457
(58) Field of Search .................. 701/201, 209, 701/207, 208, 210, 117; 340/990, 995, 998, 438, 439; 342/357.03, 357.09, 357.07, 457; 455/12.1, 13.1, 13.2

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,644,883 A | 2/1972 | Bergeson et al. | 340/23 |
| 3,845,289 A | 10/1974 | French | 701/117 |
| 3,934,125 A | 1/1976 | Macano | 701/20 |
| 4,220,946 A | 9/1980 | Henriot | 340/23 |
| 4,297,672 A | 10/1981 | Pruehey et al. | 340/23 |
| 4,325,057 A | 4/1982 | Bishop | 340/539 |
| 4,350,969 A | 9/1982 | Greer | 340/994 |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| FR | 2674355 | 9/1992 | 340/994 |
| FR | 2559930 | 8/1995 | 340/994 |
| JP | 0064175 | 6/1977 | 340/994 |
| JP | 0284400 | 11/1988 | 340/994 |

*Primary Examiner—Jacques H. Louis-Jacques*
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, LLP

### (57) ABSTRACT

An advance notification system and method notifies users of the impending arrival of a transportation vehicle, for example, a school bus, at a particular vehicle stop. The system generally includes an on-board vehicle control unit (VCU) for each vehicle and a base station control unit (BSCU) for transmitting notification messages to users in order to inform the users when the vehicle is a certain predefined time period away from the vehicle stop. The VCU compares elapsed time and/or traveled distance to the programmed schedule time and/or traveled distance to determine if the vehicle is on schedule. If the vehicle is behind or ahead of schedule, the VCU calls the BSCU, which then adjusts its calling schedule accordingly. Significantly, a preset notification time period mechanism in the BSCU permits the user to contact the BSCU in order to define a preset notification time period when the user is to receive a notification message prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival of the vehicle at the stop.

18 Claims, 44 Drawing Sheets





D-127

PTO/SB 68 (04/01).
Approved for use through 10/31/2002. OMB 0651-0027.
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

In re Application of

| Application Number | Filed |
|---|---|
| 60-039925 | mar 7, 97 |
| Art Unit | Examiner |

Paper No. 115

RECEIVED
APR 0 8 2003
File Information Unit

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐  I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

   ☐(A) referred to in:

   United States Patent Application Publication No. _____, page _____, line_____,

   United States Patent Number____ 6486801 , column _____, line _____, or

   an International Application which was filed on or after November 29, 2000 and which

   designates the United States, WIPO Pub. No. _____, page _____, line _____.

   ☐(B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or

   1.14(e)(2)(i), i.e., Application No._____, paper No. _____, page _____, line _____.

2. ☐  I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.


B Rhodes
_____
Signature

Bill Rhodes
_____
Typed or printed name

4-8-03
_____
Date

| FOR PTO USE ONLY |
|---|
| Approved by: |
| Unit: |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

US006486801B1

(12) **United States Patent**
Jones

(10) Patent No.: **US 6,486,801 B1**
(45) Date of Patent: ***Nov. 26, 2002**

(54) **BASE STATION APPARATUS AND METHOD FOR MONITORING TRAVEL OF A MOBILE VEHICLE**

(75) Inventor: **Martin Kelly Jones**, Dalton, GA (US)

(73) Assignee: **ArrivalStar, Inc.**, Delray Beach, Fl. (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/395,501**

(22) Filed: **Sep. 14, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/163,588, filed on Sep. 30, 1998, and a continuation-in-part of application No. 08/852,119, filed on May 6, 1997, which is a continuation of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623,260, and a continuation of application No. 08/432, 898, filed on May 2, 1995, now Pat. No. 5,647,010, and a continuation of application No. 08/432,666, filed on May 2, 1995, now Pat. No. 5,668,543, said application No. 08/434, 049, is a continuation-in-part of application No. 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020, said application No. 08/432, 898, is a continuation-in-part of application No. 08/407,319, which is a continuation-in-part of application No. 08/063, 533, said application No. 08/432,666, is a continuation-in-part of application No. 08/407,319, which is a continuation-in-part of application No. 08/063,533.

(60) Provisional application No. 60/122,482, filed on Mar. 1, 1999, and provisional application No. 60/039,925, filed on Mar. 7, 1997.

(51) Int. Cl.⁷ ................................... G08G 1/123

(52) U.S. Cl. .............. 340/994; 340/988; 701/208

(58) Field of Search ....................... 340/994, 992, 340/993, 988, 989; 455/411, 456; 701/200, 208, 209, 300, 213, 210

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,568,161 A | * | 3/1971 | Knickel | |
| 3,886,515 A | * | 5/1975 | Cotin et al. | 340/994 |
| 4,713,661 A | * | 12/1987 | Boone et al. | 340/994 |
| 4,812,843 A | * | 3/1989 | Champion, III et al. | 340/905 |
| 5,400,020 A | * | 3/1995 | Jones et al. | 340/994 |
| 5,432,841 A | * | 7/1995 | Rimer | 342/457 |
| 5,444,444 A | * | 8/1995 | Ross | 340/994 |
| 5,587,715 A | * | 12/1996 | Lewis | 342/357 |
| 5,594,650 A | * | 1/1997 | Shah et al. | 364/449.1 |
| 5,623,260 A | * | 4/1997 | Jones | 340/994 |
| 5,657,010 A | * | 8/1997 | Jones | 340/994 |
| 5,668,543 A | * | 9/1997 | Jones | 340/994 |
| 5,760,742 A | * | 6/1998 | Branch et al. | 342/457 |
| 5,808,565 A | * | 9/1998 | Matta et al. | 340/994 |
| 6,111,538 A | * | 8/2000 | Schuchman et al. | 342/357 |

* cited by examiner

Primary Examiner—Brent A. Swarthout
(74) Attorney, Agent, or Firm—Thomas, Kayden, Horstemeyer & Risley, LLP

(57) **ABSTRACT**

An automated computer-based apparatus includes a communications device and a base station manager located at a base station. The base station manager tracks locations of a vehicle traveling along a predetermined route by communicating with a vehicle computer-based apparatus on the vehicle. The vehicle computer-based apparatus determines the current location of the vehicle as the vehicle travels and transmits information pertaining to the vehicle's location to the base station manager via the communications device. The base station manager determines when the vehicle is a predefined proximity relative to a predetermined location and transmits a notification message to a user so that the user is notified in advance of an impending arrival of the vehicle at the predetermined location. The predefined proximity can be a predefined time that the vehicle is from the predetermined location, can a predetermined distance from the predetermined location, or can be a specific location on earth.

**12 Claims, 6 Drawing Sheets**



D-129

PTO/SB/68 (12-01)
Approved for use through 07/31/2003. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

| In re Application of | |
|---|---|
| Application Number | Filed |
| 60/039925 | Mar 7, 1997 |
| Art Unit | Examiner |

**RECEIVED**

MAY 0 9 2003

File Information Unit

Paper No. **#6**

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐ I hereby request access under 37 CFR 1.14(a)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

   ☐ (A) referred to in:

   United States Patent Application Publication No. 6 2 78 936, page _____, line _____

   United States Patent Number _____, column _____, line _____, or

   an International Application which was filed on or after November 29, 2000 and which

   designates the United States, WIPO Pub. No. _____, page _____, line _____.

   ☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or 1.14(a)(2)(i), i.e., Application No. _____, paper No _____, page _____, line _____.

2. ☐ I hereby request access under 37 CFR 1.14(a)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

_Darlene Jones_
Signature

_Darlene Jones_
Typed or printed name

_5/9/03_
Date

| FOR PTO USE ONLY |
|---|
| Approved by: _____ (initials) |
| Unit: _____ |

Burden Hour Statement: This form is estimated to take 12 minutes to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

05/08/2003  17:02   8004215585                    REDFAX                                    PAGE  02/04

US006278936B1

(12) **United States Patent**
Jones

(10) Patent No.: **US 6,278,936 B1**
(45) Date of Patent: *Aug. 21, 2001

(54) **SYSTEM AND METHOD FOR AN ADVANCE NOTIFICATION SYSTEM FOR MONITORING AND REPORTING PROXIMITY OF A VEHICLE**

(75) Inventor: Martin Kelly Jones, Dalton, GA (US)

(73) Assignee: Global Research Systems, Inc., Rome, GA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 09/163,958

(22) Filed: Sep. 30, 1998

Related U.S. Application Data

(63) Continuation-in-part of application No. 08/452,219, filed on May 6, 1997, which is a continuation-in-part of application No. 08/434,049, filed on May 2, 1995, now Pat. No. 5,623, 260, and application No. 08/432,898, filed on May 2, 1995, now Pat. No. 5,657,010, and application No. 08/432,866, filed on May 2, 1995, now Pat. No. 5,668,543, each is a continuation-in-part of application No 08/407,319, filed on Mar. 20, 1995, now abandoned, which is a continuation-in-part of application No. 08/063,533, filed on May 18, 1993, now Pat. No. 5,400,020.

(60) Provisional application No. 60/030,925, filed on Mar. 7, 1997.

(51) Int. Cl.⁷ .................................................. G01C 21/00
(52) U.S. Cl. ............... 701/201; 701/202; 701/207; 701/117; 701/116; 701/118; 340/989; 340/994
(58) Field of Search .............................. 701/201, 200, 701/207, 208, 209, 211, 213, 117, 116, 118, 119; 340/988, 990, 995, 994, 989; 342/457, 357.13; 705/27, 26, 1, 5, 4

(56)                    References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 35,920 | 10/1998 | Sorden et al. | 342/457 |
| 3,644,883 | 2/1972 | Bormen et al. | 340/73 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2 559 930 | 8/1985 | (FR) | G08G/1/12 |
| 2674355 | 9/1992 | (FR) | G08G/1/123 |
| 57066175 | 6/1977 | (JP) | |
| 63288400 | 11/1988 | (JP) | G08G/1/12 |

* cited by examiner

*Primary Examiner*—Jacques H. Louis-Jacques
(74) *Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley, L.L.P.

(57)                    **ABSTRACT**

Generally, the present invention monitors and communicates travel data transmitted from vehicles being monitored by the system to users requesting travel information on a particular vehicle. A travel data storage unit receives and stores the travel data. When a user desires to view some or all of this travel data, the user submits a request to a data manager. In response, the data manager retrieves the appropriate information from the travel data stored in the travel data storage unit and transmits this information to the user. The data manager may communicate the information in a variety of mediums and preferably contact information is predefined that enables the data manager to determine which medium is preferable and how to establish communication once the medium is determined.

37 Claims, 7 Drawing Sheets





# EXHIBIT / ATTACHMENT



**(To be scanned in place of tab)**

# United States
# Patent File History

## Tab Listings

**A.**   References (if applicable)
    **A1**—US References
    **A2**—Foreign References

**B.**   Jacket (face of file, contents flap, index of claims, PTO 270, searched)

**C.**   Printed Patent

**D.**   Specification (serial no. sheet, abstract specification, claims)

**E.**   Oath
    **E1**—Small Entity Status (if applicable)

**F.**   Drawing Figures (if applicable)

**G.**   PTO/Applicant Correspondence

**H.**   Original Patent Application (in cases of FWC)

## Supplied by:

REEDFAX Document Delivery System

117 Gibraltar Road, Horsham, PA 19044-0962

Customer Service 1 800-422-1337 or 215-441-4768
Fax 1 800-421-5585 or 215-441-5463

5623260

| SERIAL NUMBER | FILING DATE | CLASS | PATENT NUMBER | | |
|---|---|---|---|---|---|
| 08/438,048 | 1997 | | | | |
| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |

**APPLICANTS**

| Foreign priority claimed | ☐ yes ☒ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☒ no | | | | | | | |
| Verified and Acknowledged | Examiner's Initials | | | | | | | |

**ADDRESS**

**TITLE**

U.S. DEPT. OF COMM.—PAT. & TM—PTO-436L (Rev. 12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED |
| | Assistant Examiner | Total Claims / Print Claim |
| ISSUE FEE | | DRAWING |
| Amount Due / Date Paid | | Sheets Drwg / Figs. Drwg / Print Fig |
| | | ISSUE BATCH NUMBER |
| | PREPARED FOR ISSUE | |
| | WARNING | |

E-2

# PATENT APPLICATION

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
08434049

P 434049

Date
Entered
or
Counted

## CONTENTS

Date
Received
or
Mailed

1. Application ———————— papers.

2. _____

Aug 29 1996   3. Extension Summary

4. Examiners Amplifie

5. _____

6. _____

7. Notice of Allowance   Jan 22 1997

8. PTO Cast APP 434049

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

32. _____   E-3

(FRONT)

| POSITION | ID NO. | DATE |
|----------|--------|------|
| CLASSIFIER | | |
| EXAMINER | | |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

## INDEX OF CLAIMS

E-4

(LEFT INSIDE)

| PATENT NUMBER | ORIGINAL CLASSIFICATION | | |
|---|---|---|---|
| | CLASS | SUBCLASS | |
| | 340 | 194 | |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | | | |
|---|---|---|---|---|
| 434 049 | | | | |
| | CLASS | SUBCLASS | | |
| APPLICANT'S NAME (PLEASE PRINT) | 340 | 998 | | |
| Jones | 301 | 436 | | |

REISSUE ORIGINAL PATENT NUMBER

| INTERNATIONAL CLASSIFICATION |
|---|
| G 0 8 G | 1 / 123 |
| | / |
| | / |

GROUP
SUBGROUP    2817   Burt A. Sweetheart

ISSUE CLASSIFICATION SLIP

E-5

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| checked our back | | |
| | | |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| | | | |
| | | | |

E-6

(RIGHT OUTSIDE)

US005623260A

# United States Patent [19]

## Jones

[11] **Patent Number:** **5,623,260**

[45] **Date of Patent:** **Apr. 22, 1997**

[54] **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD**

[75] Inventor: **Martin K. Jones**, Dalton, Ga.

[73] Assignee: **Global Research Systems, Inc.**, Rome, Ga.

[21] Appl. No.: **434,049**

[22] Filed: **May 2, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 407,319, Mar. 20, 1995, abandoned, which is a continuation-in-part of Ser. No. 63,533, May 18, 1993, Pat. No. 5,400,020.

[51] Int. Cl.⁶ ................................... **G08G 1/123**
[52] U.S. Cl. ................... **340/994**; 340/988; 364/436
[58] Field of Search ....................... 340/905, 988, 340/989, 990, 992, 994; 379/58, 59, 201, 204; 364/436; 455/53.1, 54.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,325,057 | 4/1982 | Bishop | 340/539 |
| 4,350,969 | 9/1982 | Greer | 340/994 |
| 4,713,661 | 12/1987 | Boone et al. | 340/994 |
| 4,799,162 | 1/1989 | Shimkawa et al. | 340/994 |
| 5,021,780 | 6/1991 | Fabiano et al. | 364/436 |
| 5,131,020 | 7/1992 | Liebesny et al. | 379/59 |
| 5,144,301 | 9/1992 | Jackson et al. | 340/994 |
| 5,218,629 | 6/1993 | Dumond, Jr. et al. | 379/58 |
| 5,400,020 | 3/1995 | Jones et al. | 340/992 |
| 5,444,444 | 8/1995 | Ross | 340/988 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2559930 | 8/1985 | France | 340/994 |
| 2674355 | 9/1992 | France | 340/994 |
| 0066175 | 6/1977 | Japan | 340/994 |
| 0288400 | 11/1988 | Japan | 340/994 |

Primary Examiner—Brent A. Swarthout
Attorney, Agent, or Firm—Thomas, Kayden, Horstemeyer & Risley

[57] **ABSTRACT**

An advance notification system (10) and method notifies passengers of impending arrival of a transportation vehicle (19), for example, a school bus, at a particular vehicle stop. The system (10) generally includes an on-board vehicle control unit (VCU) (12) for each vehicle (19) and a base station control unit (BSCU) (14) for making telephone calls to passengers in order to inform the passengers when the vehicle (19) is a certain predefined time period and/or distance away from the vehicle stop. The VCU (12) compares elapsed time and/or travelled distance to the programmed scheduled time and/or travelled distance to determine if the vehicle (19) is on schedule. If the vehicle (19) is behind or ahead of schedule, the VCU (12) calls the BSCU (14), which then adjusts its calling schedule accordingly. Significantly, a preset notification time period mechanism (9) in the BSCU (14) permits the passenger to contact the BSCU (14) in order to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle (19) at a vehicle stop to thereby indicate impending arrival of the vehicle (19) at the stop.

**16 Claims, 8 Drawing Sheets**



E-7



FIG 1



FIG 2



*FIG 3A*



**FIG 3B**



FIG 4A

E-12



## FIG 4B



**FIG 5**



**FIG 6**

**FIG 7**

5,623,260

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD

This document is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING" filed Mar. 20, 1995 by Jones et al. that was assigned Ser. No. 08/407,319, now abandoned; which is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. that was assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995.

## FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to an advance notification system and method for notifying persons in advance of the impending arrival of a transportation vehicle, for example but not limited to, a bus, train, plane, fishing vessel, or other vessel, at a particular vehicle stop.

## BACKGROUND OF THE INVENTION

There are many situations when it is desirable for passengers to know of the approximate arrival time of a particular transportation vehicle shortly before the vehicle is to arrive at a particular destination. With such information, passengers can adjust their schedules accordingly and avoid having to wait on the particular vehicle to reach the particular destination. For example, a person having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time, which information is oftentimes unavailable, or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example is in the commercial fishing industry, wherein fish markets, restaurants, and other establishments desire to purchase fish immediately upon arrival of a commercial fishing boat at a port. Currently, such establishments, in order to ensure being able to purchase the freshest catch, often depend on predetermined schedules of fishing fleets, which are not always accurate or reliable.

Still another example involves school children who ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at a particular bus stop at substantially different times from one day to the next. The reason is that school buses are not always the best maintained vehicles on the roads, frequently must operate during rush hour traffic, and must contend with congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, or even dark, such conditions can be unhealthy and unsafe for children.

Thus, generally, it would be desirable for a passenger to know when a vessel, such as a bus, train, plane, or the like, is a particular time period (number of minutes or seconds) from arriving at a destination so that the passenger can adjust his/her schedule and avoid arriving too early or late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to the receiver, which in turn produces an indicator signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

## SUMMARY OF THE INVENTION

An object of the present invention is to overcome the deficiencies and inadequacies of the prior art as noted above and as generally known in the industry.

Another object of the present invention is to provide an advance notification system and method for according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system and method for according advance notification to school students of the impending arrival of a school bus at a particular bus stop.

Another object of the present invention is to provide an advance notification system and method for inexpensively according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system that is reliable in operation and flexible in design to permit customization to a particular application.

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., odometer, door sensor, swing arm sensor, bus stop sensor, positioning system input, etc.) for signalling to the vehicle control mechanism when the vehicle is early, late, and on time along the scheduled route. The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or travelled distance of the vehicle at any of the particular positions is either

5,623,260

<table>
<tr><td>3</td><td>4</td></tr>
</table>

ahead or behind the scheduled time and/or distance. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the calls from the VCU and receives the amount of time and/or distance in which the vehicle is ahead or behind relative to the schedule. The base station control mechanism causes calls to be made to each of the passengers to be boarded at a particular stop location via the base station communication mechanism prior to the arrival of the vehicle at the particular stop location. In the preferred embodiment, the base station communication mechanism is a wireless communication device, such as a mobile telephone or RF transceiver (includes both transmitter and receiver), for communicating with the vehicle communication mechanism and also comprises at least one telephone for calling passenger telephones.

The telephone call to advise a passenger of the impending arrival of the vehicle preferably can exhibit a distinctive telephone ring sound so that the call recipient need not answer the telephone in order to receive the message. Moreover, the distinctive telephone ring sound can be coded by any sequence and duration of rings and/or silent periods.

In accordance with a significant feature of the present invention, a preset notification time period mechanism is employed in the BSCU. This mechanism permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival of the vehicle at the stop. The preset notification time period can be provided by the passenger to BSCU by depressing touch tone buttons on the passenger telephone or some other telephone (preferably, after a security feature is accommodated). If the period is not prescribed by the passenger, the default for the notification time period is set to any suitable period, such as five minutes. Moreover, the passenger prescribed time period or the default time period is announced to the passenger.

It should be emphasized that while the present invention is particularly suited for application to school buses, there are many other applications. As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, delivery vehicles, fishing vessels, and numerous other transportation vehicles.

Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying drawings. All such additional objects, features, and advantages are intended to be included herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a school bus system, as an example, the advance notification system generally comprising vehicle control units (VCU) in communication with a base station control unit (BSCU), which are in turn in communication with passenger telephones;

FIG. 2 is a high level block diagram of the VCU of the advance notification system of FIG. 1;

FIG. 3A is a low level block diagram of the VCU of FIG. 1;

FIG. 3B is a block diagram of the BSCU of FIG. 1;

FIG. 4A is a flow chart of the overall operation of the advance notification system of FIG. 1;

FIG. 4B is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of FIG. 1;

FIG. 5 is a flow chart of a base station control program for the base station control unit 14 of FIG. 1 that includes a vehicle communications program and a student calling program;

FIG. 6 is a flow chart of a vehicle control program for the VCU of FIGS. 1 and 2; and

FIG. 7 is a flow chart of a VCU call control program for the VCU of FIGS. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiment without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the claims.

### I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views, FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention as configured to operate in, for example but not limited to, a school bus system. The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of passenger telephones 29. As configured in the school bus system 10, a VCU 12 is installed in each of a plurality of school buses 19, all of which communicate with the single BSCU 14. Moreover, the BSCU 14 communicates with a telephone 29 at one or more passenger locations 36, or student homes in the present exemplary application.

#### A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 2, and 3. Referring first to FIG. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, U.S.A. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU unit 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range.

5,623,260

| 5 | 6 |

In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones." These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxi cab communications systems.

The microprocessor controller 16 is electrically interfaced with a start/reset switch 21, a move forward switch 22, a move backward switch 23, a clock 24, and optionally, sensors 25a–25a. Generally, vehicle tracking is accomplished by monitoring the control switches 21–23, the sensors 25a–25e, the power to the controller 16, and a route database (FIG. 5). It is recommended that all of the foregoing features are employed to provide redundant checking.

More specifically, the start/reset switch 21 can be actuated by the bus driver upon starting along the bus's scheduled route to initialize the system 10. The move forward switch 22 can be actuated by the bus driver upon reaching a bus stop in order to inform the VCU 12 that a stop has been made, the details of which will be further described hereinafter. The move backward switch 23 can be actuated by the bus driver at a bus stop if the bus driver has erroneously toggled the move forward switch 22 too many times, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory must be updated. In essence, the move forward switch 22 and the move backward switch 23 cause the next stop designation which is displayed on the display module 33 and stored in the VCU 12 to toggle forward and backward, respectively.

The VCU 12 can be configured so that the operation of the start/reset switch 21, the move forward switch 22, and the move backward switch 23 is purely optional by the bus driver. In this configuration, the sensors 25a–25e automatically accomplish the aforementioned functions of the switches 21–23. However, in certain cases, the bus driver may want to use the switches to override the sensors 25a–25e. One of these cases may be when a student rides a bus only two out of five school days. Rather than program the VCU 12 to track these unnecessary stops, the driver may manually control the stop number by the switches 21–23.

The clock 24 tracks the elapsed time as the bus travels along its scheduled route and feeds the timing information to the microprocessor controller 16.

The display module 33 informs the bus driver as to the number corresponding to the next stop and the time (preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the display module 33. For example, the display module 33 may display the amount of time that the bus 19 is ahead of or behind schedule, the status of the VCU 12 in communication with the BSCU 14, or, upon actuation of start button 21, that the advance notification system 10 is operating.

The optional sensors 25a–25e include an odometer sensor 25a for determining distance into a route. This sensor 25a can be connected to the bus drive shaft and counts revolutions. This data can be used to determine the stop number.

A door sensor 25b can be used to count the number of door operations (opening/closing) of the front door 24 of the school bus 19, which should correspond with the number of stops.

A swing arm sensor 25c can be implemented to count the number of times the arm operates. This operation should coincide with the number of stops.

A bus stop sign sensor 25d can be utilized to count the number of times the bus stop sign operates. This operation should coincide with the number of stops.

A positioning system 25e can be used to determine the geographical position of the bus 19 on the earth's surface. The positioning system 25e could be the GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other similar position tracking system.

FIG. 2 is a high level schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the bus 19 in view and within reach of the bus driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and receiving signals to and from the BSCU 14. Further, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the bus driver for providing information to the bus driver, as described previously.

FIG. 3A is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18 and the LCD display module 33. A switching element 37, such as an optical isolator (opto isolator) unit 37, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 21, 22, 23. An EEPROM 43 is provided for storing the control programs (FIGS. 6 and 7) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 for allowing the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone 18 from the BSCU 14.

B. Base Station Control Unit

The BSCU 14 can be implemented by any conventional computer with suitable processing capabilities for implementing the functionality described hereafter. The BSCU 14 is now described with reference to FIGS. 1 and 3B.

In general, as shown in FIG. 1, the BSCU 14 includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. Moreover, the BSCU 14 can communicate to one or more passenger telephones 29, or student homes, via the telephone interface(s) 27 and telephone connection(s) 29'.

As illustrated in FIG. 3B, the BSCU 14 contains a conventional processor 2. The processor 2 intercommunicates with and controls the other elements within the BSCU 14 over a system bus 3. An input device(s) 4, for example, a keyboard or mouse, is used to input data from a user (perhaps a fleet operator) of the BSCU 14, and an output device(s) 5, such as a display or printer, is used to output data to the user. A nonvolatile storage device 6, for example, a hard disk drive or CDROM mechanism, may be used to permanently store the software of the BSCU 14, as well as to store the data bases generated by the BSCU 14.

A high speed volatile memory 7, such as a conventional random access memory (RAM), contains the software for driving the processor 2 during operation of the BSCU 14. Particularly, the RAM 7 is loaded with a conventional

5,623,260

7

operating system software (e.g., DOS, UNIX, etc.) for supporting and implementing other software programs for implementing various novel features of the BSCU 14. These other software programs preferably include a preset notification time period mechanism 9, a calling report generator 11, a vehicle progress report generator 13, and a base station control program 46 (FIG. 5) that has a vehicle communications program 47, and a student calling program 48. The foregoing software programs are loaded as needed into the RAM 7, as needed, by the processor 2.

The preset notification time period mechanism 9 permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate impending arrival of the vehicle 19 at the stop. The preset notification time period mechanism 9 can be implemented in software in many different manners, as is well known to someone with skill in the art. Preferably, the preset notification time period mechanism 9 allows a passenger to define the period by (a) establishing a telephone communication link with the system telephone interface 27 and (b) providing the preset notification time period to the mechanism 9 during the telephone communication link.

The calling report generator 11 can be implemented in a variety of ways in software and is preferably configured to permit the passenger to solicit a calling report corresponding to one or more previous telephone calls made by the system telephone interface 27 to the passenger telephone 29. In order to obtain the calling report, the passenger (a) establishes a telephone communication link with the system telephone interface 27 and (b) requests the report. In turn, the calling report generator 11 provides the calling report to the passenger in real time during the telephone communication link. The calling report can be configured to indicate whether the passenger telephone 29 was busy, was answered, was not answered, or was out of service, when the system telephone interface 27 initiated the previous telephone call(s) to the passenger telephone 29. Further, the calling report can be designed to include a time(s) when the previous telephone call(s) was (were) initiated by the system telephone interface 27 to the passenger telephone 29.

The vehicle progress report generator 13 may be implemented in many different ways in software and is configured to permit the passenger to solicit a vehicle progress report relating to arrival of the vehicle 19 at the vehicle stop. Preferably, a passenger can solicit a vehicle progress report from the vehicle progress report generator 13 by (a) establishing a telephone communication link with the system telephone interface 27 and (b) requesting the report. In turn, the vehicle progress report generator 13 provides the report to the passenger in real time during the telephone link. When the vehicle 19 is currently approaching the stop, a time indicating when the vehicle 19 is to arrive at the stop can be specified in the vehicle progress report. When the vehicle 19 has already arrived at the stop, a past arrival time can be specified in the progress report. Furthermore, the progress report may include a time(s) when a previous call(s) was initiated by the system telephone interface 27 to the passenger telephone 29.

As shown in FIG. 3B, the BSCU 14 further includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. The vehicle communications program 47 (FIG. 5) drives the processor 2 to control the transceiver 26 and communications associated therewith.

8

The BSCU 14 can communicate to one or more passenger telephones 29, or student homes, via the telephone interface(s) 27 and telephone connection(s) 29'. The telephone interface 27 can be, for example but not limited to, any of the following interfaces: (a) a voice card(s) (preferably multiple port) and/or telephone; (b) a high-speed switch-computer applications interface(s) (SCAI) that communicates to a digital switch operated by a telephone utility company; the SCAI adheres to the conventional OSI model and supports the carrying of application information in an application independent fashion; and (c) an interface that communicates with an analog display services interface(s) (ADSI) maintained by a telephone utility company. ADSI is a cost effective technology that delivers voice and data information between a telephone terminal and a digital switch or server using existing copper telephone lines.

The BSCU 14 could be configured to merely call passengers, thus warning them of the impending arrival of a bus 19, as opposed to forwarding both a call and a message. Specifically, the student calling program 48 (FIG. 5) for the advance notification system 10 can be designed to make the telephone calls to the homes 36 of the students and allow the telephone to ring a predefined number of times so that it is not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10.

The student calling program 48 (FIG. 5) associated with the advance notification system 10 can also be configured to make the passenger telephone 29 exhibit a distinctive telephone ring sound, or pattern, so that the call recipient need not answer the telephone in order to receive the message. The distinctive telephone ring can be coded by any sequence and duration of rings and/or silent periods. A standard ring signal that is sent to a telephone from the telephone utility company is typically a periodic electrical analog signal having a frequency of 20 Hz and a peak-to-peak voltage amplitude of −48 volts. The ring signal is asserted on the telephone connection 29' for a predefined time period for ringing the telephone. The foregoing time period can be manipulated in order to derive a distinctive sequence and duration of rings and/or silent periods.

Implementation of a distinctive telephone ring can be accomplished by purchasing this feature from a telephone utility company. This feature is widely available to the public. Generally, telephone utility companies operate network switches, now usually digital, that serve as interfaces for telephonic communications. A particular geographic region is typically allocated to a particular switch(s). In essence, one or more distinctive telephone rings can be driven by software running in the switches to a particular telephone. Examples of switches that are commercially available to telephone utility companies are as follows: a model DMS100 by Northern Telecom, Canada; a model 5ESS by AT&T, U.S.A.; and a model EWSD by Siemans Stromberg-Carlson Corp., Germany.

The feature for establishing the distinctive telephone ring is sold to the public under several different commercial trade names, depending upon the telephone utility company. Examples are as follows: Call Selector by Northern Telecom, Canada; Ringmaster by Bell South, U.S.A.; Smartlink by SNET, U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student answers the telephone call from the base station unit 14, a prerecorded message may be played by the BSCU 14. An example of such a message would be: "The bus will arrive

5,623,260

| 9 | 10 |

in five minutes," as indicated in FIG. 1 at the reference numeral 30.

## II. System Operation

### A. Initialization

Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and waiting at each stop for the approximate time it would take for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus driver actuates the switches 21, 22, 23 as required in accordance with the principles described previously. The timing information is recorded in the memory (RAM 44 and EEPROM 43) of the VCU 12.

The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a bus 19 is early or late at each of the bus stops. In the preferred embodiment, determining the status (i.e., early, on time, late) of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late at an instance in time. For example, the odometer 25a of the bus 19, as indicated by phantom lines in FIG. 1, could be monitored by the microprocessor controller 16. At particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10. In this way, the determination of whether a bus 19 is early or late can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves interfacing the VCU 12 with the positioning system 25e, as shown in FIG. 1 by phantom lines. From the geographical position data received from the positioning system 25e, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time. The bus location at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.

### B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 4A and 4B. FIG. 4A sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 4B shows an example of a schedule of possible events and the interactions which might occur between the VCU 12 and the BSCU 14 as the bus 19 travels along its scheduled route and makes its scheduled stops.

In FIG. 4B, the left hand column illustrates the sequence of events for the BSCU 14, and the right hand column illustrates the sequence of events on the VCU 12. Between the right and left hand columns is illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

First, the bus ignition is switched on, as indicated in FIG. 4A at block 45a. At the beginning of the bus route, the

system 10 could be configured to automatically initialize itself upon power up of the VCU 12, and further, the unit 12 could be programmed to make initial contact with the BSCU 14 after the bus 19 moves a predefined distance, such as ¼ mile, as determined by the odometer sensor 25a. This initialization action causes the microprocessor controller 16 to telephone the BSCU 12 to inform the BSCU 12 that the bus 19 is beginning its route and to initialize the BSCU 14 relative to the VCU 12. The foregoing action is indicated at flow chart block 45b (FIG. 4A). Alternatively, the bus driver can press the start/reset switch 21 on the VCU 12 to initialize the VCU 12.

After initialization of the VCU 12, the display module 33 preferably displays "Stop Number 1" followed by the amount of time to reach stop number 1. The time continuously runs as the bus 19 progresses along the bus route.

Next, as indicated at flow chart block 45c (FIG. 4A), the VCU 12 determines, continuously or periodically, if the bus 19 is on time by analyzing the status of devices 21–25 (FIG. 1) in view of planned route data (derived from initialization). In the preferred embodiment, the VCU 12 at least compares its elapsed time from the clock 24 (FIG. 1) with its scheduled time from the planned route data. When the bus 19 is on time, the VCU 12 does not contact the BSCU 14, and the BSCU 14 commences calling students at the predefined time prior to arrival of the bus 19 at the particular bus stop, as indicated in flow chart block 45e (FIG. 4A). In the example of FIG. 4B, at five minutes along the scheduled route, the BSCU 14 places a telephone call to the homes 36 of the school children to be picked up at bus stop number 1.

However, when the VCU 12 determines that the bus 19 is early or late at this juncture, the VCU 12 contacts the BSCU 14, as indicated at flow chart block 45d (FIG. 4A), and the BSCU 14 adjusts its student calling lists accordingly so that the students are called in accordance with the predefined time notice, e.g., five minutes.

Further, as indicated at flow chart block 45f (FIG. 4A), the VCU 12 again determines, continuously or periodically, if the bus 19 is on time by analyzing the devices 21–25 (FIG. 1). Preferably, in this regard, the VCU 12 at least compares its elapsed time with its scheduled time.

Back to the example of FIG. 4B, at ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and takes one minute to load all the students at this stop onto the bus 19. Just prior to leaving stop 1, the bus driver actuates the move forward switch 22. Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop number 2. The foregoing feedback signal may be generated by one of the sensors 25a–25e so that the bus driver need not actuate the move forward switch 22.

In accordance with flow chart block 45f (FIG. 4A), the microprocessor controller 16 checks the elapsed time of eleven minutes to confirm that such time corresponds to the programmed time for bus stop number 1. It will determine whether the bus 19 is early or late. If the bus 19 is either early or late, the VCU 12 will call the BSCU 14 to inform the unit 14 of this fact, as indicated at flow chart blocks 45g and 45h (FIG. 4A). If the bus 19 is on time, then the VCU 12 will continue to monitor the inputs from devices 21–25, as indicated in flow chart block 45j. In the example of FIG. 4B, it is assumed that the bus 19 is neither early nor late in leaving bus stop number 1.

Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the BSCU 14 places telephone calls to the homes 36 of the school children who board the bus 19

5,623,260

11

at bus stop number 2, as indicated at flow chart block 45k (FIG. 4A).

The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus, gets three minutes behind schedule. Thus, the bus departs at twenty minutes along the route.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45l. If so, then the VCU 12 again monitors its travel status by checking devices 21–25 (FIG. 1), in accordance with flow chart block 45f (FIG. 4A). If not, then the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

In the example of FIG. 4B, upon receiving the information that the bus 19 is late, the microprocessor controller 16 compares the departure time to the scheduled departure time of seventeen minutes, pursuant to flow chart block 45f (FIG. 4A), and determines that the bus 19 is three minutes behind schedule, in accordance with flow chart blocks 45g (FIG. 4A). The microprocessor controller 16 then telephones the BSCU 14 to inform the BSCU 14 that the bus 19 is three minutes behind schedule, as indicated in flow chart block 45h (FIG. 4A). A fleet operator's screen associated with the BSCU 14 is updated to reflect the status of the late bus 19, as indicated at flow chart block 45i (FIG. 4A). Moreover, as indicated at flow chart block 45d (FIG. 4A), the BSCU 14 then reschedules the telephone calls that are to be made to the parents of the students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the VCU 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2.

At twenty minutes along the route, the BSCU 14 calls the student homes 36 of the students corresponding to bus stop number 3, in accordance with flow chart block 45k (FIG. 4A), to inform them that the bus 19 is five minutes from arriving. At twenty-five minutes along the route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45l. In the example of FIG. 4B, there are no more stops and, accordingly, the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be configured so that if a bus 19 becomes delayed by more than a maximum length of time, such as fifteen minutes, the BSCU 14 immediately calls the homes 36 of the remaining students to board the bus 19 in order to notify these homes 36 of the unusual delay and to notify these homes 36 to wait for a notification call.

III. Control Programs

FIGS. 5 through 7 show flow charts pertaining to control programs that implement control processes or algorithms of the advance notification system 10 of FIG. 1 in order to achieve the functionality as set forth in FIGS. 4A and 4B as described hereinbefore. These flow charts illustrate the best mode for practicing the invention at the time of filing this document. More specifically, FIG. 5 illustrates a base station control program 46 employed in the BSCU 14, and FIGS. 6 and 7 show respectively a vehicle control program 76 and a VCU call control program 101 implemented in the VCU 12. The foregoing control programs implement merely

12

examples of plausible control algorithms, and an infinite number of control algorithms may be employed to practice the present invention. Furthermore, it should be noted that the base station control program 46 of FIG. 5 is implemented via software within any conventional computer system, and the vehicle control program 76 of FIG. 6 and the VCU call control program 101 of FIG. 7 are both implemented via software run from RAM 44 (FIG. 3A) by the microprocessor controller 16. However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human interaction.

A. Base Station Control Program

With reference to FIG. 5, the base station control program 46 essentially comprises two control subprograms which run concurrently, namely, (a) a vehicle communications program 47 and (b) a student calling program 48. The vehicle communications program 47 will be described immediately hereafter followed by the student calling program 48.

1. Vehicle Communications Program

The vehicle communications program 47 initially waits for a telephone call from one of the VCUs 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications program 47 is preferably capable of monitoring a plurality of telephone connections 26' for receiving information from a plurality of buses 19. As the number of buses 19 is increased, the number of telephone connections 26' which are monitored by the vehicle communications program 47 should also be increased to an extent.

After the start of a bus 19 along its route, the respective VCU 12 will initiate a telephone call to the BSCU 14, as indicated by the telephone bell symbol 52. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in a flow chart block 53. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12, and vice versa.

Next, as shown in a flow chart block 54, the BSCU 14 asks the VCU 12 for information regarding (a) the time into the route and (b) the number designating the next stop. In addition, route data 56 is obtained from a local data base. The route data 56 includes information pertaining to each bus stop and how much time it should take to reach each bus stop during the route. From the route data 56 and the information (a) and (b) received from the VCU 12, the BSCU 14 can determine whether the bus 19 is late or early, as indicated by flow chart blocks 57, 58, or whether the bus 19 has just started its route, as indicated by a flow chart block 59. In the case where the bus 19 is late, the BSCU 14 advises the VCU 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart block 61. In the case where the bus 19 is early, the BSCU 14 advises the VCU 12 to move its on-board clock 24 forward so that the VCU 12 thinks it is on time, as indicated in flow chart block 62. Moreover, in the situation where the bus 19 has just started its route and the telephone call is essentially the first call of the route, the base station clock 28 and the on-board vehicle clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the BSCU 14 informs the VCU 12 to terminate the telephone call, which was initiated in the flow chart block 51. The vehicle communications program 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

Worth noting from the foregoing discussion is the fact that the BSCU 14 is the ultimate controller of the advance

5,623,260

13

notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the VCU 12 communicates to the BSCU 14 only (a) when the bus 19 is at the start of a route, (b) when the bus 19 is either early or late during the route, and (c) when the bus 19 completes its route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

2. Student Calling Program

As previously mentioned, the student calling program 48 runs concurrently with the vehicle communications program 47 within the BSCU 14. In essence, the student calling program 48 uses the timing information retrieved from the bus 19 by the vehicle communications program 47 in order to call students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the BSCU 14 and comprises information regarding (a) student names, (b) student telephone numbers, and (c) the time into a bus route when a student should be called via telephone. In accordance with the student calling program 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling program 48 initiates a telephone call to the particular student, as shown in flow chart blocks 68, 69. The telephone call can be made by using a distinctive telephone ring or a predefined number of rings, as described previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the program can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling program 48 returns to the student list 66 and searches for the next student to be called.

As further shown in FIG. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications program 47 and the student calling program 46. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

B. Vehicle Control Program

Reference will now be made to the vehicle control program 76 shown in FIG. 6. Initially, as indicated in the flow chart block 77 of the vehicle control program 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to FIG. 7.

Next, as shown in FIG. 6, the vehicle control program 76 begins a looping operation wherein the switches 21–23, clock 24, and sensors 25a–25e, if present, to determine whether the bus 19 is early or late. As mentioned previously, the vehicle control pro-

14

gram 76 initiates a call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control program 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the program 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a bell symbol 84 in FIG. 7.

If the bus is not late, then the program 76 determines whether any of the switches 21, 22, 23 have been actuated, as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the program 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the program 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the program 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated the move forward switch 22, then the VCU 12 will retrieve the next stop number and corresponding stop time, as indicated in flow chart block 88, from a local data base having the route data 56. Moreover, a decision will be made as to whether the bus 19 is early for that particular stop, as indicated in the decision flow chart block 91. In the preferred embodiment, the bus 19 is considered early if the bus 19 arrives at a stop more than a predetermined early time period, such as 50 seconds, earlier than when it should have arrived. If the bus is not early, then the program 76 will loop back and proceed again with the flow chart block 81. Otherwise, a call will be initiated to the BSCU 14 to inform the unit 14 that the bus 19 is early, as illustrated by bell symbol 92 in FIG. 7.

In the event that the bus driver has not actuated the move forward switch 22, the program 76 proceeds to a decisional flow chart block 93 wherein the program 76 determines whether the move backward switch 23 has been actuated by the bus driver. If the move backward switch 23 has been actuated, then the program 76 obtains the previous stop number and stop time, as indicated in flow chart block 94, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the program 76 determines whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96. If the start/reset switch 23 has not been actuated by the bus driver, then the program 76 loops back and begins again with the flow chart block 81. Otherwise, the program 76 loops back and begins again with the flow chart block 77.

C. VCU Call Control Program

When a call is initiated by the VCU 12 as indicated by the call symbols 78, 84, 92, the VCU 12 follows the VCU call control program 101 as illustrated in FIG. 7. Initially, if a mobile telephone is used by the VCU 12, the telephone number corresponding with the BSCU 14 is obtained from the EEPROM 43, as indicated in a flow chart block 102. Other information is also obtained, including starting other

5,623,260

**15**

things, the particular bus number, bus serial number, and bus route. Next, the VCU call control program 101 sets a time out variable to keep track of how many times a communication connection has been initiated. The number n of allowable attempts is predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as indicated in the flow chart block 103, the VCU call control program 101 causes the transceiver 18 to be called, as indicated in the flow chart block 104. The call control program 101 requires the VCU 12 to wait for a response from the BSCU 14. If the VCU 12 does not receive a response within a predetermined time out period, preferably 20 seconds, then the VCU call control program 101 loops back and begins again at the flow chart block 103. Otherwise, when the VCU call control program 101 determines that a response has been received, a validation procedure ensues, as indicated in a flow chart block 108. The validation process indicated at the flow chart block 108 is that which was described previously relative to the flow chart block 53 of FIG. 5. Essentially, it involves the exchange of symbols in order to assure a proper connection.

At the commencement of the validation process, another time out variable is set and will trigger termination of the telephone connection after a predetermined time period has run. The initiation of the time out variable and monitoring of the same is indicated in FIG. 7 at flow chart block 111. If the time out variable triggers termination of the telephone connection, then the VCU call control program 101 will hang up and end the call, as illustrated by a flow chart block 114. Otherwise, when the validation procedure has fully commenced, commands are passed from the BSCU 14 to the VCU 12, as shown by a flow chart block 112. Commands which may be sent to the VCU 12 include, for example, the following: (1) Is the bus 19 either early or late?; (2) Reset the vehicle clock 24; (3) Record new information in the EEPROM 43. It should be emphasized that the BSCU 14 may change the route information contained within the EEPROM 43 of the particular bus 19. The foregoing features enables extreme flexibility of the advance notification system 10.

Furthermore, the VCU call control program 101 determines whether the BSCU 14 has finished its communication over the mobile telephone, as indicated in a flow chart block 113. Again, the VCU call control program 101 utilizes another time out variable to determine whether the BSCU 14 has finished. After the predetermined time period of the time out variable, the VCU call control program 101 will assume that the BSCU 14 has terminated its communication, and accordingly, the VCU call control program 101 will hang up the telephone, as indicated in a flow chart block 114. Otherwise, the VCU call control program 101 will loop back and begin with the flow chart block 111 in order to accept another command from the BSCU 14.

### IV. Management of BSCU By A Passenger

In the preferred embodiment of the invention, a passenger of the system 10 can communicate with and manage the BSCU 14 of the system 10 through an interactive system, such as an interactive voice response system (IVR) or other suitable communication system. This interactive system provides the passenger with flexibility and control over the calling parameters and the ability to solicit information, i.e., reports. When a passenger calls into the system 10, the passenger may (a) enroll and/or make changes to the calling parameters of the BSCU 14, including defining the preset

**16**

notification time period when the passenger is to receive a telephone call prior to arrival of the vehicle 29 at the stop (to thereby indicate impending arrival of the vehicle 29), (b) obtain a vehicle progress report so as to check on vehicle delays or if the passenger has missed the vehicle, and/or (c) receive a calling report on the last notification attempt.

Moreover, in accordance with a security feature of the present invention, the BSCU 14 is configured so that when a passenger requests any of the foregoing information, the telephone number of the passenger telephone 29 is checked by the BSCU 14. If a passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 compares the caller's telephone number with a previously-registered number (reference caller identification number) stored in the student list database 66 (FIG. 5). If the incoming number does not match or if the telephone connection does not provide the calling line identification, then the passenger is prompted to enter his/her telephone number to the BSCU 14. Moreover, the telephone number received by the BSCU 14 must be the one registered in the BSCU 14 for the aforementioned options to be used.

#### A. Call Back Feature

Initially, in the preferred embodiment, when enrollment is requested by a passenger, the BSCU 14 of the system 10 requests the passenger to enter its phone number, and the telephone number is registered. The BSCU 14 then calls the passenger back at the telephone number registered in the BSCU 14 to confirm, before the passenger can change calling parameters or solicit information from the BSCU 14.

If a subscribing passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 can recognize the directory number. In that case, the BSCU 14 will not have to call the passenger back to register, and enrollment can continue.

Likewise, once registered and if a subscribing passenger with calling line identification requests to use an option, the telephone number does not have to be entered. The interactive voice response system (IVR) can recognize the number delivered through calling line identification.

#### B. Subscription

The service provided by the system 10 can be started when the subscribing passenger calls into the interactive voice response system (IVR) from a telephone 29, preferably a touch-tone telephone. The subscribing passenger receives a prompt to enter his/her telephone number. The subscribing passenger hangs up, and the BSCU 14 calls the subscribing passenger back, unless calling line identification is in use as described previously.

Changes are only allowed if the telephone number derived from the calling line identification matches the BSCU registered number or if the entered telephone number matches the registered number.

An example illustrating the foregoing process follows. In the example, as well as the others that follow, the system 10 utilizes the trade name "Bus-Call," which is currently a federally registered trademark on the Principal Register at the United States Patent and Trademark Office.

| Example Session |
| --- |

IVR:  "Welcome to Bus-Call. Please enter your telephone
       number now."
Sub:  <Keypad numbers pressed>
IVR:  "The number you entered is xxx-xxxx. If this is correct,
       please press '1,' if not press '2'. The Bus-Call system will

5,623,260

**17**
-continued

| Example Session |
|---|
| call you back within a couple of minutes. Thank you and please hang up now." |
| Sub: &lt;Answers returned call&gt; |
| IVR: "Hello, thank you for using the Bus-Call system. Please press: |
| '1' to start the Bus-Call service to your home; |
| '2' to change the notification time; |
| '3' for the date and time of the last change made to Bus-Call." |

### C. Service Inception

In the preferred embodiment, with the implementation of the IVR, the BSCU 14 provides voice prompts to guide the passenger through a telephone call when the passenger wishes to configure the BSCU 14 or retrieve information.

In the preferred configuration, voice prompts ask for the (a) bus number and the (b) stop number. These two pieces of information are usually given by the bus driver the first time the student rides the bus 29. The information can be taken from the VCU display module 33 (FIG. 3A) of the VCU 12 and/or written on a marketing brochure in which the student takes home.

Information can be entered into the BSCU 14 and retrieved from the BSCU 14, after the bus number and stop number are confirmed, as the BSCU 14 will provide an appropriate options menu to the caller. An example illustrating the foregoing process follows.

| Example Session |
|---|
| Sub: &lt;The subscribing passenger calls in and enters the appropriate option to start Bus-Call service&gt; |
| IVR: "Please enter your bus number now." |
| Sub: &lt;Keypad number pressed&gt; |
| IVR: "The number you entered is xx. If this is correct please press '1.' If this number is incorrect please press '2.'" |
| Sub: &lt;Keypad number pressed&gt; |
| IVR: "Please enter your bus stop number now." |
| Sub: &lt;Keypad number pressed&gt; |
| IVR: The number you entered is xx. If this is correct please press '1.' If this number is incorrect, please press '2.'" |
| Sub: &lt;Keypad number pressed&gt; |

### D. Preset Notification Time Period

The preset notification time period mechanism 9 (FIG. 3B) permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate impending arrival of the vehicle 19 at the stop. The preset notification time period can be provided by the passenger to BSCU 14 by depressing touch tone buttons on the passenger telephone 29 or other telephone.

If the period is not prescribed by the passenger, the default for the notification time period is set to any suitable period, such as five minutes. Moreover, the passenger prescribed time period or the default time period is announced to the passenger. Finally, if a change of the preset notification time period is needed, the passenger is prompted through the process. An example of the foregoing methodology is set forth hereafter.

| Example Session |
|---|
| Sub: &lt;The subscribing passenger calls in and enters the appropriate option to start Bus-Call service&gt; |
| IVR: "Please enter your bus number now." |

**18**
-continued

| Example Session |
|---|
| Sub: &lt;Keypad number pressed&gt; |
| IVR: "The number you entered is xx. If this is correct please press '1.' If this number is incorrect please press '2.'" |
| Sub: &lt;Keypad number pressed&gt; |
| IVR: "Please enter your bus stop number now." |
| Sub: &lt;Keypad number pressed&gt; |
| IVR: The number you entered is xx. If this is correct please press '1.' If this number is incorrect, please press '2.'" |
| Sub: &lt;Keypad number pressed&gt; |
| IVR: Bus-Call will ring your telephone five minutes before the bus arrives. If five minutes is not enough time, press '1.' If five minutes is OK, press '2.'" |
| Sub: &lt;Keypad number pressed&gt; |
| IVR: "Thank you" |
| or |
| "Please enter the new notification time now." |
| &lt;Keypad number pressed&gt; |
| "The time you entered is xx minutes. If this is correct, press '1.' If this number is incorrect, press '2.' |
| &lt;Keypad number pressed&gt; |
| "Thank you." |

### D. Vehicle Progress Report

The vehicle progress report generator 13 (FIG. 3B) in the BSCU 14 allows a subscribing passenger to solicit information from the BSCU 14 pertaining to the progress of the vehicle 29 relative to its route and/or relative to a particular stop. A subscribing passenger may feel that the vehicle 29 was missed. By calling the BSCU 14 and pressing the appropriate option, the IVR provides information about the current vehicle location.

| Example Session |
|---|
| IVR: "Press (3) if you think you have missed the bus." |
| Sub: &lt;Keypad (3) pressed&gt; |
| IVR: "Please enter your telephone number now." |
| Sub: &lt;Keypad numbers pressed&gt; |
| IVR: "The bus has . . ." |
| " . . . Already passed your stop. The Bus-Call system called your telephone number at 7:27 a.m. and received a busy signal. The bus stopped at 7:32 a.m." |
| or |
| " . . . Has not arrived and is approaching your stop in approximately 12 minutes." |

### E. Calling Report

The calling report generator 11 (FIG. 3B) in the BSCU 14 allows a subscribing passenger to solicit a calling report from the BSCU 14. The calling report can indicate, among other things, the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU 14 to the passenger telephone 29. The BSCU 14 can be programmed to make any number of attempts, but preferably, the BSCU 14 makes three attempts to provide notification.

| Example Session |
|---|
| IVR: "Press (4) if you would like a report on the last notification attempt." |
| Sub: &lt;Keypad (4) pressed&gt; |
| IVR: "Please enter your telephone number now." |
| Sub: &lt;Keypad numbers pressed&gt; |
| IVR: "The Bus-Call system called your telephone number at 7:15 a.m. on Monday, February 20 . . . " |
| " . . . The call was answered." |
| or |
| " . . . The telephone was busy." |
| or |
| " . . . The telephone rang but was not answered." |

E-24

5,623,260

19
-continued

| Example Session |
| --- |
| or<br>". . . The telephone number was not in service or called<br>block was engaged."   5 |

This calling report generator 11 can also be configured to allow the subscribing passenger to check on the last changes made to the calling parameters. In this configuration, the IVR gives the change made and the date the change was requested by the subscribing passenger.

It will be obvious to those skilled in the art that many modifications may be made to the preferred embodiment of the present invention, as set forth above, without departing substantially from the principles of the present invention. All such modifications are intended to be included herein within the scope of the present invention, as defined in the following claims.

Wherefore, the following is claimed:

1. A method for an advance notification system, the method for allowing a passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival, the advance notification system comprising (a) a passenger telephone associated with said passenger, (b) system control for monitoring travel of said vehicle in relation to the vehicle stop, and (c) a system telephone interface for establishing a telephone connection between said system control and said passenger telephone when said vehicle is at a location that corresponds with the preset notification time period from said vehicle stop, the method comprising the steps of:

(a) permitting said passenger to define said preset notification time period by the following steps:

(1) establishing a telephone communication link with said system telephone interface; and

(2) providing said preset notification time period to said system control during said telephone communication link.

2. The method of claim 1, further comprising the steps of:

maintaining a reference caller identification number associated with said passenger telephone; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

3. The method of claim 1, further comprising the step of providing said preset notification time period to said system control by depressing touch tone buttons on said passenger telephone.

4. A method for an advance notification system for allowing a passenger to define a preset notification time period when the passenger receives a telephone call to indicate impending arrival of a vehicle at a vehicle stop, wherein the advance notification system comprises:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

(3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

(1) a receiver adapted to receive said travel signal from said vehicle control unit;

(2) base station telephone interface;

(3) base station processor controlling said receiver and said base station telephone interface, said base station processor for establishing a telephone connection between said base station telephone interface and said passenger telephone when said vehicle is at said preset notification time period from said vehicle stop;

and wherein the method comprises the steps of:

(a) permitting said passenger to define said preset notification time period by the following steps:

(1) establishing a telephone communication link with said base station telephone interface; and

(2) providing said preset notification time period to said base station processor over said telephone communication link.

5. The method of claim 4, further comprising the step of providing said preset notification time period to said base station processor by depressing touch tone buttons on said passenger telephone.

6. The method of claim 4, further comprising the steps of:

maintaining a reference caller identification number associated with said passenger telephone; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

7. An advance notification system that allows a passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle at a vehicle stop, the call for indicating impending arrival of the vehicle at the vehicle stop, comprising:

a passenger telephone associated with said passenger;

a system control for monitoring travel of said vehicle in relation to the vehicle stop;

a system telephone interface in communication with said system control, said system telephone interface for establishing a telephone connection with said passenger telephone when said vehicle is at a location that corresponds with the preset notification time period from said vehicle stop; and

passenger configuration means associated with said system control, said passenger configuration means for permitting said passenger to define said preset notification time period by providing said preset notification time period to said system telephone interface over a telephone communication link established between said passenger and said system telephone interface.

8. The system of claim 7, wherein said system control further comprises:

means for storing a reference caller identification number associated with said passenger telephone; and

means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

9. The system of claim 7, wherein said system control is adapted to monitor a distance travelled by said vehicle.

10. The system of claim 7, wherein said system control is adapted to monitor time travelled by said vehicle.

5,623,260

| 21 | 22 |

11. An advance notification system that allows a passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle at a vehicle stop, the call for indicating impending arrival of the vehicle at the vehicle stop, comprising:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

    (1) a vehicle travel monitoring means;

    (2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

    (3) a vehicle control means controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

    (1) a receiver adapted to receive said travel signal from said vehicle control unit;

    (2) a base station telephone interface;

    (3) a base station control means controlling said receiver and said base station telephone interface, said base station control means for establishing a telephone connection between said base station telephone interface and said passenger telephone when said vehicle is at a location corresponding with said preset notification time period from said vehicle stop; and

(4) passenger configuration means associated with said base station control means, said passenger configuration means for permitting said passenger to define said preset notification time period by providing said preset notification time period to said base station telephone interface over a telephone communication link established between said passenger and said base station telephone interface.

12. The system of claim 11, wherein said base station control means further comprises:

    means for storing a reference caller identification number associated with said passenger telephone; and

    means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

13. The system of claim 11, wherein vehicle travel monitoring means monitors a distance travelled by said vehicle.

14. The system of claim 11, wherein vehicle travel monitoring means monitors a time travelled by said vehicle.

15. The system of claim 11, wherein said travel signal includes a time travelled by said vehicle.

16. The system of claim 11, wherein said travel signal includes a distance travelled by said vehicle.

* * * * *

E-26

*Take to record Room*

# CRYSTAL PARK 5- 7<sup>TH</sup> FLOOR
# APPLICATION CHARGE SLIP

Name of Borrower: *Kevin Weaver*

Identification No: *02245001*

Agency/Firm: *Patent Provider*

Phone No.: *703 415 2518*

~~Serial No.:~~ Patent *5623260*

Today's Date: *10/28/02*

Time: *11:30*

PLEASE NOTE

All application papers must be retained in their current order and location in the file wrapper. Failure to return the case in the original condition may result in refusal of permission to borrow files for any purpose.

*Return to Louis Jacques*

# CRYSTAL PARK 5- 7<sup>TH</sup> FLOOR
## APPLICATION CHARGE SLIP

Name of Borrower: *Dr Ken Wauer*

Identification No.: ~~Patent Providers~~ S 0224 5001

Agency/Firm: *Patent Providers*

Phone No.: *703  415 2518*

Patent
~~Serial No.~~: *5623260 / 08·434·049*

Today's Date: *10·28·02*

Time: *11:30*

**PLEASE NOTE**
All application papers must be retained in their current order and location in
the file wrapper. Failure to return the case in the original condition may
result in refusal of permission to borrow files for any purpose.

*Return -
Ê Louis
Jacques*

PATENT APPLICATION SERIAL NO. 08/434049

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

*08/434049*

## ABSTRACT OF THE DISCLOSURE

An advance notification system (10) and method notifies passengers of the impending arrival of a transportation vehicle (19), for example, a school bus, at a particular vehicle stop. The system (10) generally includes an on-board vehicle control unit (VCU) (12) for each vehicle (19) and a base station control unit (BSCU) (14) for making telephone calls to passengers in order to inform the passengers when the vehicle (19) is a certain predefined time period and/or distance away from the vehicle stop. The VCU (12) compares elapsed time and/or travelled distance to the programmed scheduled time and/or travelled distance to determine if the vehicle (19) is on schedule. If the vehicle (19) is behind or ahead of schedule, the VCU (12) calls the BSCU (14), which then adjusts its calling schedule accordingly. Significantly, a preset notification time period mechanism (9) in the BSCU (14) permits the passenger to contact the BSCU (14) in order to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle (19) at a vehicle stop to thereby indicate impending arrival of the vehicle (19) at the stop.

E-30

403-201  08/434049  A

-1-

## ADVANCE NOTIFICATION SYSTEM AND METHOD
## UTILIZING PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD

This document is a continuation-in-part of the
application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD
UTILIZING A DISTINCTIVE TELEPHONE RING" filed March 20, 1995
by Jones et al. that was assigned serial no. 08/407,319, now abandoned
~~U.S. Patent No. _____ to Jones et al. that issued on~~
~~====~~; which is a continuation-in-part of the application
entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed
May 18, 1993 by Jones et al. that was assigned serial no.
08/063,533, now U.S. Patent No. 5,400,020 to Jones et al. that
issued on March 21, 1995.

### FIELD OF THE INVENTION

The present invention generally relates to data
communications and information systems and, more particularly,
to an advance notification system and method for notifying
persons in advance of the impending arrival of a
transportation vehicle, for example but not limited to, a bus,
train, plane, fishing vessel, or other vessel, at a particular
vehicle stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for
passengers to know of the approximate arrival time of a
particular transportation vehicle shortly before the vehicle
is to arrive at a particular destination. With such
information, passengers can adjust their schedules accordingly
and avoid having to wait on the particular vehicle to reach
the particular destination. For example, a person having to
pick up a friend or relative at a commercial bus station
either has to call the bus station to find out the approximate

-2-

arrival time, which information is oftentimes unavailable, or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example is in the commercial fishing industry,
5    wherein fish markets, restaurants, and other establishments desire to purchase fish immediately upon arrival of a commercial fishing boat at a port.   Currently, such establishments, in order to ensure being able to purchase the freshest catch, often depend on predetermined schedules of
10   fishing fleets, which are not always accurate or reliable.

Still another example involves school children who ride school buses.  School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at a particular bus stop at
15   substantially different times from one day to the next.  The reason is that school buses are not always the best maintained vehicles on the roads, frequently must operate during rush hour traffic, and must contend with congested urban/suburban conditions.  As a result, school children are forced to wait
20   at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets.  If it is raining, snowing, windy and cold, or even dark, such conditions can be unhealthy and unsafe for children.

25   Thus, generally, it would be desirable for a passenger to know when a vessel, such as a bus, train, plane, or the like, is a particular time period (number of minutes or seconds) from arriving at a destination so that the passenger can adjust his/her schedule and avoid arriving too early or late.

30   In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home.  U.S. Patent No. 4,713,661

E-32

-3-

to Boone *et al.* and U.S. Patent No. 4,350,969 describe systems
of this type.    When the school bus and its on-board
transmitter come within range of a particular home receiver,
the transmitter sends a signal to the receiver, which in turn

5    produces an indicator signal to notify the student that
his/her school bus is nearby.    While such notification systems
work satisfactorily under certain circumstances, nevertheless,
these systems are limited by the range of the transmitters and
require the purchase of relatively expensive receivers for

10    each student.    In addition, such systems provide little
flexibility for providing additional information to the
students, such as notifying them of the delayed arrival of a
bus, alternative bus route information, or information
regarding important school events.

15                    **SUMMARY OF THE INVENTION**

An object of the present invention is to overcome the
deficiencies and inadequacies of the prior art as noted above
and as generally known in the industry.

Another object of the present invention is to provide an

20    advance notification system and method for according advance
notification of the impending arrival of a vehicle at a
particular vehicle stop.

Another object of the present invention is to provide an
advance notification system and method for according advance

25    notification to school students of the impending arrival of a
school bus at a particular bus stop.

Another object of the present invention is to provide an
advance notification system and method for inexpensively
according advance notification of the impending arrival of a

30    vehicle at a particular vehicle stop.

Another object of the present invention is to provide an
advance notification system that is reliable in operation and

-4-

flexible in design to permit customization to a particular application.

Briefly described, the present invention is an advance notification system for notifying passengers of an impending

5    arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each

10   vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control

15   mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the

20   vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., odometer, door sensor, swing arm sensor, bus stop sensor, positioning system input, etc.) for signalling to the vehicle control mechanism when the vehicle is early, late, and on time

25   along the scheduled route. The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or travelled distance of the vehicle at any of the particular positions is either ahead or behind the scheduled time and/or distance. In the

30   preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

-5-

The BSCU has a base station communication mechanism and
a base station control mechanism for controlling the base
station communication mechanism. The base station
communication mechanism receives the calls from the VCU and
5      receives the amount of time and/or distance in which the
vehicle is ahead or behind relative to the schedule. The base
station control mechanism causes calls to be made to each of
the passengers to be boarded at a particular stop location via
the base station communication mechanism prior to the arrival
10     of the vehicle at the particular stop location. In the
preferred embodiment, the base station communication mechanism
is a wireless communication device, such as a mobile telephone
or RF transceiver (includes both transmitter and receiver),
for communicating with the vehicle communication mechanism and
15     also comprises at least one telephone for calling passenger
telephones.

The telephone call to advise a passenger of the impending
arrival of the vehicle preferably can exhibit a distinctive
telephone ring sound so that the call recipient need not
20     answer the telephone in order to receive the message.
Moreover, the distinctive telephone ring sound can be coded by
any sequence and duration of rings and/or silent periods.

In accordance with a significant feature of the present
invention, a preset notification time period mechanism is
25     employed in the BSCU. This mechanism permits the passenger to
define a preset notification time period when the passenger is
to receive a telephone call prior to arrival of a vehicle at
a vehicle stop to thereby indicate impending arrival of the
vehicle at the stop. The preset notification time period can
30     be provided by the passenger to BSCU by depressing touch tone
buttons on the passenger telephone or some other telephone
(preferably, after a security feature is accommodated). If
the period is not prescribed by the passenger, the default for

-6-

the notification time period is set to any suitable period, such as five minutes. Moreover, the passenger prescribed time period or the default time period is announced to the passenger.

5      It should be emphasized that while the present invention is particularly suited for application to school buses, there are many other applications.  As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup

10     vehicles, delivery vehicles, fishing vessels, and numerous other transportation vehicles.

Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying

15     drawings.  All such additional objects, features, and advantages are intended to be included herein.


**BRIEF DESCRIPTION OF THE DRAWINGS**

The present invention can be better understood with reference to the following drawings.  The drawings are not

20     necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

Fig. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a school bus system, as an example, the advance notification

25     system generally comprising vehicle control units (VCU) in communication with a base station control unit (BSCU), which are in turn in communication with passenger telephones;

Fig. 2 is a high level block diagram of the VCU of the advance notification system of Fig. 1;

30     Fig. 3A is a low level block diagram of the VCU of Fig. 1;

Fig. 3B is a block diagram of the BSCU of Fig. 1;

-7-

Fig. 4A is a flow chart of the overall operation of the advance notification system of Fig. 1;

Fig. 4B is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of Fig. 1;

Fig. 5 is a flow chart of a base station control program for the base station control unit 14 of Fig. 1 that includes a vehicle communications program and a student calling program;

Fig. 6 is a flow chart of a vehicle control program for the VCU of Figs. 1 and 2; and

Fig. 7 is a flow chart of a VCU call control program for the VCU of Figs. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiment without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the claims.

### I.   System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views, Fig. 1 is a schematic diagram of the advance notification system 10 of the present invention as configured to operate in, for example but not limited to, a school bus system.   The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14,

E-37

-8-

and a plurality of passenger telephones 29. As configured in
the school bus system 10, a VCU 12 is installed in each of a
plurality of school buses 19, all of which communicate with
the single BSCU 14. Moreover, the BSCU 14 communicates with
5      a telephone 29 at one or more passenger locations 36, or
student homes in the present exemplary application.


    A.   Vehicle Control Unit

        The VCU 12 will now be described with reference to Figs.
1, 2, and 3. Referring first to Fig. 1, each VCU 12 comprises
10     a  microprocessor   controller   16,   preferably   a   model
MC68HC705C8P microprocessor controller that is manufactured by
and commercially available from the Motorola Corporation,
U.S.A.   The microprocessor controller 16 is electrically
interfaced with a communication mechanism 18, preferably a
15     wireless communication device, for enabling intercommunication
of data with the BSCU unit 14. Examples of suitable wireless
communication devices  include  a  mobile  telephone  (e.g.,
cellular) and a transceiver (having both a transmitter and
receiver) operating at a suitable electromagnetic frequency
20     range, perhaps the radio frequency (RF) range.

        In the embodiment using a wireless RF transceiver as the
communication mechanism 18, data can be sent in bursts in the
form of in-band tones, commonly called "twinkle tones." These
tone bursts can occur in the background of an existing voice
25     channel. Twinkle tones are oftentimes used in transportation
systems, such as taxi cab communications systems.

        The  microprocessor  controller  16  is  electrically
interfaced with a start/reset switch 21, a move forward switch
22, a move backward switch 23, a clock 24, and optionally,
30     sensors 25a-25d. Generally, vehicle tracking is accomplished
by monitoring the control switches 21-23, the sensors 25a-25e,
the power to the controller 16, and a route database (Fig. 5).

-9-

It is recommended that all of the foregoing features be employed to provide redundant checking.

More specifically, the start/reset switch 21 can be actuated by the bus driver upon starting along the bus's scheduled route to initialize the system 10. The move forward switch 22 can be actuated by the bus driver upon reaching a bus stop in order to inform the VCU 12 that a stop has been made, the details of which will be further described hereinafter. The move backward switch 23 can be actuated by the bus driver at a bus stop if the bus driver has erroneously toggled the move forward switch 22 too many times, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory must be updated. In essence, the move forward switch 22 and the move backward switch 23 cause the next stop designation which is displayed on the display module 33 and stored in the VCU 12 to toggle forward and backward, respectively.

The VCU 12 can be configured so that the operation of the start/reset switch 21, the move forward switch 22, and the move backward switch 23 is purely optional by the bus driver. In this configuration, the sensors 25a-25e automatically accomplish the aforementioned functions of the switches 21-23. However, in certain cases, the bus driver may want to use the switches to override the sensors 25a-25e. One of these cases may be when a student rides a bus only two out of five school days. Rather than program the VCU 12 to track these unnecessary stops, the driver may manually control the stop number by the switches 21-23.

The clock 24 tracks the elapsed time as the bus travels along its scheduled route and feeds the timing information to the microprocessor controller 16.

-10-

The display module 33 informs the bus driver as to the number corresponding to the next stop and the time (preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the

5    display module 33. For example, the display module 33 may display the amount of time that the bus 19 is ahead of or behind schedule, the status of the VCU 12 in communication with the BSCU 14, or, upon actuation of start button 21, that the advance notification system 10 is operating.

10    The optional sensors 25a-25e include an odometer sensor 25a for determining distance into a route. This sensor 25a can be connected to the bus drive shaft    and counts revolutions. This data can be used to determine the stop number.

15    A door sensor 25b can be used to count the number of door operations (opening/closing) of the front door 24 of the school bus 19, which should correspond with the number of stops.

A swing arm sensor 25c can be implemented to count the

20    number of times the arm operates. This operation should coincide with the number of stops.

A bus stop sign sensor 25d can be utilized to count the number of times the bus stop sign operates. This operation should coincide with the number of stops.

25    A positioning system 25e can be used to determine the geographical position of the bus 19 on the earth's surface. The positioning system 25e could be the GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other

30    similar position tracking system.

Fig. 2 is a high level schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on

-11-

or in front of the dashboard of the bus 19 in view and within
reach of the bus driver.    In the housing 34, the
microprocessor controller 16 is interfaced with the
transceiver 18 by a transceiver jack 31 (preferably a
5      conventional 8-conductor telephone jack when transceiver 18 is
a mobile telephone), and the transceiver 18 includes an
antenna 32 for transmitting and receiving signals to and from
the BSCU 14.   Further, the VCU 12 includes a liquid crystal
display (LCD) module 33 disposed for external viewing of the
10     display by the bus driver for providing information to the bus
driver, as described previously.

Fig. 3A is a more detailed schematic circuit diagram of
the electronic components associated with the VCU 12.    The
microprocessor controller 16 essentially controls the
15     operation of the transceiver 18 and the LCD display module 33.
A switching element 37, such as an optical isolator (opto
isolator) unit 37, provides a buffer between the
microprocessor controller 16 and the battery 35 as well as
switches 21, 22, 23.   An EEPROM 43 is provided for storing the
20     control programs (Figs. 6 and 7) and other requisite data for
the microprocessor controller 16, and a RAM 44 is provided for
running the control programs in the microprocessor controller
16.   A matrix keyboard emulator 39 is interfaced between the
transceiver 18 and the microprocessor controller 16 for
25     allowing the microprocessor controller to control and transmit
signals over the transceiver 18.    Further, a dual tone
multiple frequency decoder 41 is interfaced between the mobile
telephone 18 and the microprocessor controller 16 for decoding
modem signals, or tones, received by the mobile telephone 18
30     from the BSCU 14.

-12-

B. **Base Station Control Unit**

The BSCU 14 can be implemented by any conventional computer with suitable processing capabilities for implementing the functionality described hereafter. The BSCU
5   14 is now described with reference to Figs. 1 and 3B.

In general, as shown in Fig. 1, the BSCU 14 includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU
10   transceivers 18 associated with the respective one or more VCUs 12. Moreover, the BSCU 14 can communicate to one or more passenger telephones 29, or student homes, via the telephone interface(s) 27 and telephone connection(s) 29'.

As illustrated in Fig. 3B, the BSCU 14 contains a
15   conventional processor 2. The processor 2 intercommunicates with and controls the other elements within the BSCU 14 over a system bus 3. An input device(s) 4, for example, a keyboard or mouse, is used to input data from a user (perhaps a fleet operator) of the BSCU 14, and an output device(s) 5, such as
20   a display or printer, is used to output data to the user. A nonvolatile storage device 6, for example, a hard disk drive or CDROM mechanism, may be used to permanently store the software of the BSCU 14, as well as to store the data bases generated by the BSCU 14.

25   A high speed volatile memory 7, such as a conventional random access memory (RAM), contains the software for driving the processor 2 during operation of the BSCU 14. Particularly, the RAM 7 is loaded with a conventional operating system software (e.g., DOS, UNIX, etc.) for
30   supporting and implementing other software programs for implementing various novel features of the BSCU 14. These other software programs preferably include a preset notification time period mechanism 9, a calling report

-13-

generator 11, a vehicle progress report generator 13, and a base station control program 46 (Fig. 5) that has a vehicle communications program 47, and a student calling program 48. The foregoing software programs are loaded as needed into the
5    RAM 7, as needed, by the processor 2.

The preset notification time period mechanism 9 permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate
10   impending arrival of the vehicle 19 at the stop.   The preset notification time period mechanism 9 can be implemented in software in many different manners, as is well known to someone with skill in the art.   Preferably, the preset notification time period mechanism 9 allows a passenger to
15   define   the   period   by   (a)   establishing   a   telephone communication link with the system telephone interface 27 and (b) providing the preset notification time period to the mechanism 9 during the telephone communication link.

The calling report generator 11 can be implemented in a
20   variety of ways in software and is preferably configured to permit the passenger to solicit a calling report corresponding to one or more previous telephone calls made by the system telephone interface 27 to the passenger telephone 29.   In order to obtain the calling report, the passenger (a)
25   establishes a telephone communication link with the system telephone interface 27 and (b) requests the report.   In turn, the calling report generator 11 provides the calling report to the passenger in real time during the telephone communication link.   The calling report can be configured to indicate
30   whether the passenger telephone 29 was busy, was answered, was not answered, or was out of service, when the system telephone interface 27 initiated the previous telephone call(s) to the passenger telephone 29.   Further, the calling report can be

-14-

designed to include a time(s) when the previous telephone
call(s) was (were) initiated by the system telephone interface
27 to the passenger telephone 29.

 The vehicle progress report generator 13 may be
5 implemented in many different ways in software and is
configured to permit the passenger to solicit a vehicle
progress report relating to arrival of the vehicle 19 at the
vehicle stop. Preferably, a passenger can solicit a vehicle
progress report from the vehicle progress report generator 13
10 by (a) establishing a telephone communication link with the
system telephone interface 27 and (b) requesting the report.
In turn, the vehicle progress report generator 13 provides the
report to the passenger in real time during the telephone
link. When the vehicle 19 is currently approaching the stop,
15 a time indicating when the vehicle 19 is to arrive at the stop
can be specified in the vehicle progress report. When the
vehicle 19 has already arrived at the stop, a past arrival
time can be specified in the progress report. Furthermore,
the progress report may include a time(s) when a previous
20 call(s) was initiated by the system telephone interface 27 to
the passenger telephone 29.

 As shown in Fig. 3B, the BSCU 14 further includes at
least one transceiver 26 (for example, a mobile telephone or
RF transceiver) and associated communication connection 26′
25 dedicated for communication with the one or more VCU
transceivers 18 associated with the respective one or more
VCUs 12. The vehicle communications program 47 (Fig. 5)
drives the processor 2 to control the transceiver 26 and
communications associated therewith.

30 The BSCU 14 can communicate to one or more passenger
telephones 29, or student homes, via the telephone
interface(s) 27 and telephone connection(s) 29′. The
telephone interface 27 can be, for example but not limited to,

-15-

any of the following interfaces:    (a) a voice card(s) (preferably multiple port) and/or telephone; (b) a high-speed switch-computer applications interface(s) (SCAI) that communicates to a digital switch operated by a telephone
5       utility company; the SCAI adheres to the conventional OSI model and supports the carrying of application information in an application independent fashion; and (c) an interface that communicates with an analog display services interface(s) (ADSI) maintained by a telephone utility company. ADSI is a
10      cost effective technology that delivers voice and data information between a telephone terminal and a digital switch or server using existing copper telephone lines.

The BSCU 14 could be configured to merely call passengers, thus warning them of the impending arrival of a
15      bus 19, as opposed to forwarding both a call and a message. Specifically, the student calling program 48 (Fig. 5) for the advance notification system 10 can be designed to make the telephone calls to the homes 36 of the students and allow the telephone to ring a predefined number of times so that it is
20      not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10.

The student calling program 48 (Fig. 5) associated with the advance notification system 10 can also be configured to
25      make the passenger telephone 29 exhibit a distinctive telephone ring sound, or pattern, so that the call recipient need not answer the telephone in order to receive the message. The distinctive telephone ring can be coded by any sequence and duration of rings and/or silent periods. A standard ring
30      signal that is sent to a telephone from the telephone utility company is typically a periodic electrical analog signal having a frequency of 20 Hz and a peak-to-peak voltage amplitude of -48 volts. The ring signal is asserted on the

-16-

telephone connection 29' for a predefined time period for ringing the telephone. The foregoing time period can be manipulated in order to derive a distinctive sequence and duration of rings and/or silent periods.

5        Implementation of a distinctive telephone ring can be accomplished by purchasing this feature from a telephone utility company. This feature is widely available to the public. Generally, telephone utility companies operate network switches, now usually digital, that serve as 10      interfaces for telephonic communications. A particular geographic region is typically allocated to a particular switch(s). In essence, one or more distinctive telephone rings can be driven by software running in the switches to a particular telephone. Examples of switches that are 15      commercially available to telephone utility companies are as follows: a model DMS100 by Northern Telecom, Canada; a model 5ESS by AT&T, U.S.A.; and a model EWSD by Siemans Stromberg-Carlson Corp., Germany.

The feature for establishing the distinctive telephone 20      ring is sold to the public under several different commercial trade names, depending upon the telephone utility company. Examples are as follows: Call Selector by Northern Telecom, Canada; Ringmaster by Bell South, U.S.A.; Smartlink by SNET, U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by 25      PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student answers the telephone call from the base station unit 14, a prerecorded message may be played by the BSCU 14. An example 30      of such a message would be: "The bus will arrive in five minutes," as indicated in Fig. 1 at the reference numeral 30.

-17-

II. **System Operation**

  A.   **Initialization**

  Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and waiting at each stop for the approximate time it would take for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus driver actuates the switches 21, 22, 23 as required in accordance with the principles described previously. The timing information is recorded in the memory (RAM 44 and EEPROM 43) of the VCU 12.

  The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a bus 19 is early or late at each of the bus stops. In the preferred embodiment, determining the status (*i.e.*, early, on time, late) of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

  However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late at an instance in time. For example, the odometer 25a of the bus 19, as indicated by phantom lines in Fig. 1, could be monitored by the microprocessor controller 16. At particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10. In this way, the determination of whether a bus 19 is early or late

-18-

can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves
5    interfacing the VCU 12 with the positioning system 25e, as shown in Fig. 1 by phantom lines. From the geographical position data received from the positioning system 25e, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time. The bus location
10   at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.


     B.  Regular Operation

     The overall operation of the advance notification system
15   10 will be described with reference to Figs. 4A and 4B. Fig. 4A sets forth a flow chart showing the overall operation after the system 10 has been initialized. Fig. 4B shows an example of a schedule of possible events and the interactions which might occur between the VCU 12 and the BSCU 14 as the bus 19
20   travels along its scheduled route and makes its scheduled stops.

     In Fig. 4B, the left hand column illustrates the sequence of events for the BSCU 14, and the right hand column illustrates the sequence of events on the VCU 12. Between the
25   right and left hand columns is illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

     First, the bus ignition is switched on, as indicated in
30   Fig. 4A at block 45a. At the beginning of the bus route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12, and further, the unit 12

-19-

could be programmed to make initial contact with the BSCU 14
after the bus 19 moves a predefined distance, such as 1/8
mile, as determined by the odometer sensor 25a.  This
initialization action causes the microprocessor controller 16
5    to telephone the BSCU 12 to inform the BSCU 12 that the bus 19
is beginning its route and to initialize the BSCU 14 relative
to the VCU 12.  The foregoing action is indicated at flow
chart block 45b (Fig. 4A).  Alternatively, the bus driver can
press the start/reset switch 21 on the VCU 12 to initialize
10   the VCU 12.

After initialization of the VCU 12, the display module 33
preferably displays "Stop Number 1" followed by the amount of
time to reach stop number 1.  The time continuously runs as
the bus 19 progresses along the bus route.

15   Next, as indicated at flow chart block 45c (Fig. 4A), the
VCU 12 determines, continuously or periodically, if the bus 19
is on time by analyzing the status of devices 21-25 (Fig. 1)
in view of planned route data (derived from initialization).
In the preferred embodiment, the VCU 12 at least compares its
20   elapsed time from the clock 24 (Fig. 1) with its scheduled
time from the planned route data.  When the bus 19 is on time,
the VCU 12 does not contact the BSCU 14, and the BSCU 14
commences calling students at the predefined time prior to
arrival of the bus 19 at the particular bus stop, as indicated
25   in flow chart block 45e (Fig. 4A).  In the example of Fig. 4B,
at five minutes along the scheduled route, the BSCU 14 places
a telephone call to the homes 36 of the school children to be
picked up at bus stop number 1.

However, when the VCU 12 determines that the bus 19 is
30   early or late at this juncture, the VCU 12 contacts the BSCU
14, as indicated at flow chart block 45d (Fig. 4A), and the
BSCU 14 adjusts its student calling lists accordingly so that

-20-

the students are called in accordance with the predefined time notice, *e.g.*, five minutes.

Further, as indicated at flow chart block 45f (Fig. 4A), the VCU 12 again determines, continuously or periodically, if 5 the bus 19 is on time by analyzing the devices 21-25 (Fig. 1). Preferably, in this regard, the VCU 12 at least compares its elapsed time with its scheduled time.

Back to the example of Fig. 4B, at ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and 10 takes one minute to load all the students at this stop onto the bus 19. Just prior to leaving stop 1, the bus driver actuates the move forward switch 22. Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop 15 number 2. The foregoing feedback signal may be generated by one of the sensors 25a-25e so that the bus driver need not actuate the move forward switch 22.

In accordance with flow chart block 45f (Fig. 4A), the microprocessor controller 16 checks the elapsed time of eleven 20 minutes to confirm that such time corresponds to the programmed time for bus stop number 1. It will determine whether the bus 19 is early or late. If the bus 19 is either early or late, the VCU 12 will call the BSCU 14 to inform the unit 14 of this fact, as indicated at flow chart blocks 45g 25 and 45h (Fig. 4A). If the bus 19 is on time, then the VCU 12 will continue to monitor the inputs from devices 21-25, as indicated in flow chart block 45j. In the example of Fig. 4B, it is assumed that the bus 19 is neither early nor late in leaving bus stop number 1.

30 Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the BSCU 14 places telephone calls to the

-21-

homes 36 of the school children who board the bus 19 at bus stop number 2, as indicated at flow chart block 45k (Fig. 4A).

The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of
5   the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus, gets three minutes behind schedule. Thus, the bus departs at twenty minutes along the route.

At this time, the VCU 12 makes an inquiry as to whether
10   there are any more bus stops, as indicated in flow chart block 45l. If so, then the VCU 12 again monitors its travel status by checking devices 21-25 (Fig. 1), in accordance with flow chart block 45f (Fig. 4A). If not, then the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow
15   chart block 45m.

In the example of Fig. 4B, upon receiving the information that the bus 19 is late, the microprocessor controller 16 compares the departure time to the scheduled departure time of seventeen minutes, pursuant to flow chart block 45f (Fig. 4A),
20   and determines that the bus 19 is three minutes behind schedule, in accordance with flow chart blocks 45g (Fig. 4A). The microprocessor controller 16 then telephones the BSCU 14 to inform the BSCU 14 that the bus 19 is three minutes behind schedule, as indicated in flow chart block 45h (Fig. 4A). A
25   fleet operator's screen associated with the BSCU 14 is updated to reflect the status of the late bus 19, as indicated at flow chart block 45i (Fig. 4A). Moreover, as indicated at flow chart block 45d (Fig. 4A), the BSCU 14 then reschedules the telephone calls that are to be made to the parents of the
30   students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the VCU 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2.

-22-

At twenty minutes along the route, the BSCU 14 calls the student homes 36 of the students corresponding to bus stop number 3, in accordance with flow chart block 45k (Fig. 4A), to inform them that the bus 19 is five minutes from arriving.

5 At twenty-five minutes along the route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block

10 45l. In the example of Fig. 4B, there are no more stops and, accordingly, the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be configured so that if a bus 19 becomes delayed by more than a

15 maximum length of time, such as fifteen minutes, the BSCU 14 immediately calls the homes 36 of the remaining students to board the bus 19 in order to notify these homes 36 of the unusual delay and to notify these homes 36 to wait for a notification call.

20 III. Control Programs

Figs. 5 through 7 show flow charts pertaining to control programs that implement control processes or algorithms of the advance notification system 10 of Fig. 1 in order to achieve the functionality as set forth in Figs. 4A and 4B as described

25 hereinbefore. These flow charts illustrate the best mode for practicing the invention at the time of filing this document. More specifically, Fig. 5 illustrates a base station control program 46 employed in the BSCU 14, and Figs. 6 and 7 show respectively a vehicle control program 76 and a VCU call

30 control program 101 implemented in the VCU 12. The foregoing control programs implement merely examples of plausible control algorithms, and an infinite number of control

-23-

       algorithms may be employed to practice the present invention. Furthermore, it should be noted that the base station control program 46 of Fig. 5 is implemented via software within any conventional computer system, and the vehicle control program

5     76 of Fig. 6 and the VCU call control program 101 of Fig. 7 are both implemented via software run from RAM 44 (Fig. 3A) by the microprocessor controller 16.   However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human

10    interaction.

       A.  **Base Station Control Program**

       With reference to Fig. 5, the base station control program 46 essentially comprises two control subprograms which run concurrently, namely, (a) a vehicle communications program

15    47 and (b) a student calling program 48.   The vehicle communications program 47 will be described immediately hereafter followed by the student calling program 48.

       1.  **Vehicle Communications Program**

       The vehicle communications program 47 initially waits for

20    a telephone call from one of the VCUs 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications program 47 is preferably capable of monitoring a plurality of telephone connections 26' for receiving information from a plurality of buses 19.   As the

25    number of buses 19 is increased, the number of telephone connections 26' which are monitored by the vehicle communications program 47 should also be increased to an extent.

       After the start of a bus 19 along its route, the

30    respective VCU 12 will initiate a telephone call to the BSCU 14, as indicated by the telephone bell symbol 52. After the

-24-

BSCU 14 receives the telephone call, a string of symbols is
exchanged between the VCU 12 and the BSCU 14 so as to validate
the communication connection, as indicated in a flow chart
block 53.   In other words, the BSCU 14 ensures that it is in
fact communicating with the VCU 12, and vice versa.

Next, as shown in a flow chart block 54, the BSCU 14 asks
the VCU 12 for information regarding (a) the time into the
route and (b) the number designating the next stop.   In
addition, route data 56 is obtained from a local data base.
The route data 56 includes information pertaining to each bus
stop and how much time it should take to reach each bus stop
during the route.   From the route data 56 and the information
(a) and (b) received from the VCU 12, the BSCU 14 can
determine whether the bus 19 is late or early, as indicated by
flow chart blocks 57, 58, or whether the bus 19 has just
started its route, as indicated by a flow chart block 59.   In
the case where the bus 19 is late, the BSCU 14 advises the VCU
12 to reset its on-board clock 24 back so that it thinks it is
on time, as indicated in a flow chart block 61.   In the case
where the bus 19 is early, the BSCU 14 advises the VCU 12 to
move its on-board clock 24 forward so that the VCU 12 thinks
it is on time, as indicated in flow chart block 62.   Moreover,
in the situation where the bus 19 has just started its route
and the telephone call is essentially the first call of the
route, the base station clock 28 and the on-board vehicle
clock 24 are synchronized, as indicated in a flow chart block
63.

Finally, as shown in a flow chart block 64, the BSCU 14
informs the VCU 12 to terminate the telephone call, which was
initiated  in  the  flow  chart  block  51.    The  vehicle
communications program 47 then proceeds once again to the flow
chart block 51, where it will remain until receiving another
telephone call from the bus 19.

-25-

Worth noting from the foregoing discussion is the fact
that the BSCU 14 is the ultimate controller of the advance
notification system 10 from a hierarchical vantage point. The
base station clock 28 maintains the absolute time of the
5   advance notification system 10, while the vehicle clock 24
assumes a subservient role and is periodically reset when the
bus 19 is at the start of a route or when the bus 19 is either
early or late during the route. Further, it should be noted
that the VCU 12 communicates to the BSCU 14 *only* (a) when the
10   bus 19 is at the start of a route, (b) when the bus 19 is
either early or late during the route, and (c) when the bus 19
completes its route, so as to minimize the amount of time on
the mobile telephone network and associated costs thereof.

## 2. Student calling program

15   As previously mentioned, the student calling program 48
runs concurrently with the vehicle communications program 47
within the BSCU 14. In essence, the student calling program
48 uses the timing information retrieved from the bus 19 by
the vehicle communications program 47 in order to call
20   students and inform them of the approaching bus 19. A student
list 66 is locally accessible from a local data base by the
BSCU 14 and comprises information regarding (a) student names,
(b) student telephone numbers, and (c) the time into a bus
route when a student should be called via telephone. In
25   accordance with the student calling program 48, as indicated
in a flow chart block 67, the student list 66 is consulted as
time progresses and telephone numbers are retrieved. When a
particular time for calling a particular student is reached,
the student calling program 48 initiates a telephone call to
30   the particular student, as shown in flow chart blocks 68, 69.
The telephone call can be made by using a distinctive
telephone ring or a predefined number of rings, as described

E-55

-26-

previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the program can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling program 48 returns to the student list 66 and searches for the next student to be called.

As further shown in Fig. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications program 47 and the student calling program 46. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

### B. Vehicle Control Program

Reference will now be made to the vehicle control program 76 shown in Fig. 6. Initially, as indicated in the flow chart block 77 of the vehicle control program 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to Fig. 7.

-27-

Next, as shown in Fig. 6, the vehicle control program 76 begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24, and sensors 25a-25e, if present, to determine whether the bus 19 is early or late. As mentioned previously, the vehicle control program 76 initiates a call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control program 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the program 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a bell symbol 84 in Fig. 7.

If the bus is not late, then the program 76 determines whether any of the switches 21, 22, 23 have been actuated, as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the program 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the program 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the program 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated

-28-

the move forward switch 22, then the VCU 12 will retrieve the next stop number and corresponding stop time, as indicated in flow chart block 88, from a local data base having the route data 56. Moreover, a decision will be made as to whether the
5   bus 19 is early for that particular stop, as indicated in the decision flow chart block 91.  In the preferred embodiment, the bus 19 is considered early if the bus 19 arrives at a stop more than a predetermined early time period, such as 50 seconds, earlier than when it should have arrived.  If the bus
10   is not early, then the program 76 will loop back and proceed again with the flow chart block 81.  Otherwise, a call will be initiated to the BSCU 14 to inform the unit 14 that the bus 19 is early, as illustrated by bell symbol 92 in Fig. 7.

In the event that the bus driver has not actuated the
15   move forward switch 22, the program 76 proceeds to a decisional flow chart block 93 wherein the program 76 determines whether the move backward switch 23 has been actuated by the bus driver.  If the move backward switch 23 has been actuated, then the program 76 obtains the previous
20   stop number and stop time, as indicated in flow chart block 94, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the program 76 determines
25   whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96.  If the start/reset switch 23 has not been actuated by the bus driver, then the program 76 loops back and begins again with the flow chart block 81.  Otherwise, the program 76 loops back and
30   begins again with the flow chart block 77.

-29-

### C.  VCU Call Control Program

When a call is initiated by the VCU 12 as indicated by
the call symbols 78, 84, 92, the VCU 12 follows the VCU call
control program 101 as illustrated in Fig. 7.  Initially, if
5   a mobile telephone is used by the VCU 12, the telephone number
corresponding with the BSCU 14 is obtained from the EEPROM 43,
as indicated in a flow chart block 102.  Other information is
also obtained, including among other things, the particular
bus number, bus serial number, and bus route.  Next, the VCU
10  call control program 101 sets a time out variable to keep
track of how many times a communication connection has been
initiated.    The  number  $n$  of  allowable  attempts  is
predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as
15  indicated in the flow chart block 103, the VCU call control
program 101 causes the transceiver 18 to be called, as
indicated in the flow chart block 104.  The call control
program 101 requires the VCU 12 to wait for a response from
the BSCU 14.  If the VCU 12 does not receive a response within
20  a predetermined time out period, preferably 20 seconds, then
the VCU call control program 101 loops back and begins again
at the flow chart block 103.  Otherwise, when the VCU call
control program 101 determines that a response has been
received, a validation procedure ensues, as indicated in a
25  flow chart block 108.  The validation process indicated at the
flow chart block 108 is that which was described previously
relative to the flow chart block 53 of Fig. 5.  Essentially,
it involves the exchange of symbols in order to assure a
proper connection.

30  At the commencement of the validation process, another
time out variable is set and will trigger termination of the
telephone connection after a predetermined time period has
run.  The initiation of the time out variable and monitoring

-30-

of the same is indicated in Fig. 7 at flow chart block 111.
If the time out variable triggers termination of the telephone
connection, then the VCU call control program 101 will hang up
and end the call, as illustrated by a flow chart block 114.

5    Otherwise, when the validation procedure has fully commenced,
commands are passed from the BSCU 14 to the VCU 12, as shown
by a flow chart block 112. Commands which may be sent to the
VCU 12 include, for example, the following: (1) Is the bus 19
either early or late?; (2) Reset the vehicle clock 24;

10   (3) Record new information in the EEPROM 43. It should be
emphasized that the BSCU 14 may change the route information
contained within the EEPROM 43 of the particular bus 19. The
foregoing features enables extreme flexibility of the advance
notification system 10.

15        Furthermore, the VCU call control program 101 determines
whether the BSCU 14 has finished its communication over the
mobile telephone, as indicated in a flow chart block 113.
Again, the VCU call control program 101 utilizes another time
out variable to determine whether the BSCU 14 has finished.

20   After the predetermined time period of the time out variable,
the VCU call control program 101 will assume that the BSCU 14
has terminated its communication, and accordingly, the VCU
call control program 101 will hang up the telephone, as
indicated in a flow chart block 114. Otherwise, the VCU call

25   control program 101 will loop back and begin with the flow
chart block 111 in order to accept another command from the
BSCU 14.


IV.  Management Of BSCU By A Passenger

         In the preferred embodiment of the invention, a passenger

30   of the system 10 can communicate with and manage the BSCU 14
of the system 10 through an interactive system, such as an
interactive voice response system (IVR) or other suitable

-31-

communication system. This interactive system provides the
passenger with flexibility and control over the calling
parameters and the ability to solicit information, i.e.,
reports.   When a passenger calls into the system 10, the
5      passenger may (a) enroll and/or make changes to the calling
parameters of the BSCU 14, including defining the preset
notification time period when the passenger is to receive a
telephone call prior to arrival of the vehicle 29 at the stop
(to thereby indicate impending arrival of the vehicle 29), (b)
10     obtain a vehicle progress report so as to check on vehicle
delays or if the passenger has missed the vehicle, and/or (c)
receive a calling report on the last notification attempt.

Moreover, in accordance with a security feature of the
present invention, the BSCU 14 is configured so that when a
15     passenger requests any of the foregoing information, the
telephone number of the passenger telephone 29 is checked by
the BSCU 14.   If a passenger's telephone service has the
commercially available feature typically known as "calling
line identification," the BSCU 14 compares the caller's
20     telephone number with a previously-registered number
(reference caller identification number) stored in the student
list database 66 (Fig. 5).   If the incoming number does not
match or if the telephone connection does not provide the
calling line identification, then the passenger is prompted to
25     enter his/her telephone number to the BSCU 14.   Moreover, the
telephone number received by the BSCU 14 must be the one
registered in the BSCU 14 for the aforementioned options to be
used.

A.   Call Back Feature
30         Initially, in the preferred embodiment, when enrollment
is requested by a passenger, the BSCU 14 of the system 10
requests the passenger to enter its phone number, and the

-32-

telephone number is registered.  The BSCU 14 then calls the passenger back at the telephone number registered in the BSCU 14 to confirm, before the passenger can change calling parameters or solicit information from the BSCU 14.

5      If a subscribing passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 can recognize the directory number.  In that case, the BSCU 14 will not have to call the passenger back to register, and enrollment can continue.

10      Likewise, once registered and if a subscribing passenger with calling line identification requests to use an option, the telephone number does not have to be entered.    The interactive voice response system (IVR) can recognize the number delivered through calling line identification.

15      B.    Subscription

The service provided by the system 10 can be started when the subscribing passenger calls into the interactive voice response system (IVR) from a telephone 29, preferably a touch-tone telephone.  The subscribing passenger receives a prompt

20      to enter his/her telephone number.  The subscribing passenger hangs up, and the BSCU 14 calls the subscribing passenger back, unless calling line identification is in use as described previously.

Changes are only allowed if the telephone number derived

25      from the calling line identification matches the BSCU registered number or if the entered telephone number matches the registered number.

An example illustrating the foregoing process follows. In the example, as well as the others that follow, the system

30      10 utilizes the trade name "Bus-Call," which is currently a federally registered trademark on the Principal Register at the United States Patent and Trademark Office.

-33-

## Example Session

| | | |
|---|---|---|
| | IVR: | "Welcome to Bus-Call.  Please enter your telephone number now." |
| | Sub: | <Keypad numbers pressed> |
| 5 | IVR: | "The number you entered is xxx-xxxx.  If this is correct, please press '1,' if not press '2'.  The Bus-Call system will call you back within a couple of minutes.  Thank you and please hang up now." |
| | Sub: | <Answers returned call> |
| 10 | IVR: | "Hello, thank you for using the Bus-Call system.  Please press: |
| | | '1' to start the Bus-Call service to your home; |
| | | '2' to change the notification time; |
| | | '3' for the date and time of the last change made |
| 15 | | to Bus-Call." |

     C.   Service Inception

In the preferred embodiment, with the implementation of the IVR, the BSCU 14 provides voice prompts to guide the passenger through a telephone call when the passenger wishes to configure the BSCU 14 or retrieve information.

In the preferred configuration, voice prompts ask for the (a) bus number and the (b) stop number.  These two pieces of information are usually given by the bus driver the first time the student rides the bus 29.  The information can be taken from the VCU display module 33 (Fig. 3A) of the VCU 12 and/or written on a marketing brochure in which the student takes home.

Information can be entered into the BSCU 14 and retrieved from the BSCU 14, after the bus number and stop number are confirmed, as the BSCU 14 will provide an appropriate options menu to the caller.  An example illustrating the foregoing process follows.

-34-

<u>Example Session</u>

Sub:    <The subscribing passenger calls in and enters the
        appropriate option to start Bus-Call service>
IVR:    "Please enter your bus number now."
5   Sub:    <Keypad number pressed>
IVR:    "The number you entered is xx.  If this is correct
        please press '1.'   If this number is incorrect
        please press '2.'"
Sub:    <Keypad number pressed>
10  IVR:    "Please enter your bus stop number now."
Sub:    <Keypad number pressed"
IVR:    The number you entered is xx.  If this is correct
        please press '1.'   If this number is incorrect,
        please press '2.'"
15  Sub:    <Keypad number pressed>

D.   <u>Preset Notification Time Period</u>

The preset notification time period mechanism 9 (Fig. 3B)
permits the passenger to define a preset notification time
period when the passenger is to receive a telephone call prior
20  to arrival of a vehicle 19 at a vehicle stop to thereby
indicate impending arrival of the vehicle 19 at the stop.  The
preset notification time period can be provided by the
passenger to BSCU 14 by depressing touch tone buttons on the
passenger telephone 29 or other telephone.

25      If the period is not prescribed by the passenger, the
default for the notification time period is set to any
suitable period, such as five minutes.  Moreover, the
passenger prescribed time period or the default time period is
announced to the passenger.  Finally, if a change of the
30  preset notification time period is needed, the passenger is
prompted through the process.  An example of the foregoing
methodology is set forth hereafter.

-35-

### Example Session

| Sub: | \<The subscribing passenger calls in and enters the appropriate option to start Bus-Call service\> |
| IVR: | "Please enter your bus number now." |
| 5 Sub: | \<Keypad number pressed\> |
| IVR: | "The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect please press '2.'" |
| Sub: | \<Keypad number pressed\> |
| 10 IVR: | "Please enter your bus stop number now." |
| Sub: | \<Keypad number pressed" |
| IVR: | The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect, please press '2.'" |
| 15 Sub: | \<Keypad number pressed\> |
| IVR: | Bus-Call will ring your telephone five minutes before the bus arrives.  If five minutes is not enough time, press '1.'  If five minutes is OK, press '2.'" |
| 20 Sub: | \<Keypad number pressed\> |
| IVR: | "Thank you" |
| | or |
| | "Please enter the new notification time now." |
| | \<Keypad number pressed\> |
| 25 | "The time you entered is xx minutes.  If this is correct, press '1.'  If this number is incorrect, press '2.' |
| | \<Keypad number pressed\> |
| | "Thank you." |

30 D.   **Vehicle Progress Report**

The vehicle progress report generator 13 (Fig. 3B) in the BSCU 14 allows a subscribing passenger to solicit information from the BSCU 14 pertaining to the progress of the vehicle 29 relative to its route and/or relative to a particular stop.

35 A subscribing passenger may feel that the vehicle 29 was missed.  By calling the BSCU 14 and pressing the appropriate option, the IVR provides information about the current vehicle location.

E-65

-36-

#### Example Session

IVR:    "Press (3) if you think you have missed the  bus."
Sub:    <Keypad (3) pressed>
IVR:    "Please enter your telephone number now."
Sub:    <Keypad numbers pressed>
IVR:    "The bus has..."
        "...Already passed your stop.  The Bus-Call system
        called your telephone number at 7:27 a.m. and
        received a busy signal.  The bus stopped at 7:32
        a.m."
                    or
        "...Has not arrived and is approaching your stop in
        approximately 12 minutes."


E.   Calling Report

The calling report generator 11 (Fig. 3B) in the BSCU 14
allows a subscribing passenger to solicit a calling report
from the BSCU 14.   The calling report can indicate, among
other things, the time(s) and outcome(s) of any previous
notification attempt(s) by the BSCU 14 to the passenger
telephone 29.   The BSCU 14 can be programmed to make any
number of attempts, but preferably, the BSCU 14 makes three
attempts to provide notification.


#### Example Session

IVR:    "Press (4) if you would like a report on the last
        notification attempt."
Sub:    <Keypad (4) pressed>
IVR:    "Please enter your telephone number now."
Sub:    <Keypad numbers pressed>
IVR:    "The Bus-Call system called your telephone number
        at 7:15 a.m. on Monday, February 20..."
        "...The call was answered."
                    or
        "...The telephone was busy."
                    or
        "...The telephone rang but was not answered."
                    or
        "...The telephone number was not in service or
        called block was engaged."

-37-

This calling report generator 11 can also be configured to allow the subscribing passenger to check on the last changes made to the calling parameters. In this configuration, the IVR gives the change made and the date the
5    change was requested by the subscribing passenger.

It will be obvious to those skilled in the art that many modifications may be made to the preferred embodiment of the present invention, as set forth above, without departing substantially from the principles of the present invention.
10    All such modifications are intended to be included herein within the scope of the present invention, as defined in the following claims.

-38-

## CLAIMS

Wherefore, the following is claimed:

1. A method for an advance notification system, the method for allowing a passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle at a vehicle stop to thereby indicate impending arrival, the advance notification system comprising (a) a passenger telephone associated with said passenger, (b) system control for monitoring travel of said vehicle in relation to the vehicle stop, and (c) a system telephone interface for establishing a telephone connection between said system control and said passenger telephone when said vehicle is at a location that corresponds with the preset notification time period from said vehicle stop, the method comprising the steps of:

(a) permitting said passenger to define said preset notification time period by the following steps:

(1) establishing a telephone communication link with said system telephone interface; and

(2) providing said preset notification time period to said system control during said telephone communication link.

-39-

2.   The method of claim 1, further comprising the steps of:

maintaining a reference caller identification number associated with said passenger telephone; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

3.   The method of claim 1, further comprising the step of providing said preset notification time period to said system control by depressing touch tone buttons on said passenger telephone.

-40-

4.   A *method for* an advance notification system for allowing a passenger to define a preset notification time period when the passenger receives a telephone call to indicate impending arrival of a vehicle at a vehicle stop, wherein the advance notification system comprises:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle *control unit* having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

(3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit *having:*

(1) a receiver adapted to receive said travel signal from said vehicle control unit;

(2) base station telephone interface;

(3) base station processor controlling said receiver and said base station telephone interface, said base station processor for establishing a telephone connection between said base station *telephone interface and* said passenger telephone when said vehicle is at said preset notification time period from said vehicle stop;

and wherein the method comprises the steps of:

(a) permitting said passenger to define said preset notification time period by the following steps:

(1) establishing a telephone communication link with said base station *telephone interface; and*

(2) providing said preset notification time period to said base station processor over said telephone communication link.

-41-

5.    The method of claim 4, further comprising the step of providing said preset notification time period to said base station processor by depressing touch tone buttons on said passenger telephone.

6.    *The method of claim 4, further comprising the steps of:*

maintaining a reference caller identification number associated with said passenger telephone; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-42-

7. An advance notification system that allows a passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle at a vehicle stop, the call for indicating impending arrival of the vehicle at the vehicle stop, comprising:

a passenger telephone associated with said passenger;

a system control for monitoring travel of said vehicle in relation to the vehicle stop;

a system telephone interface in communication with said system control, said system telephone interface for establishing a telephone connection with said passenger telephone when said vehicle is at a location that corresponds with the preset notification time period from said vehicle stop; and

passenger configuration means associated with said system control, said passenger configuration means for permitting said passenger to define said preset notification time period by providing said preset notification time period to said system telephone interface over a telephone communication link established between said passenger and said system telephone interface.

8. The system of claim 7, wherein said system control further comprises:

means for storing a reference caller identification number associated with said passenger telephone; and

means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-43-

9.  The system of claim 7, wherein said system control is adapted to monitor a distance travelled by said vehicle.

10.  The system of claim 7, wherein said system control is adapted to monitor time travelled by said vehicle.

-44-

11. An advance notification system that allows a passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle at a vehicle stop, the call for indicating impending arrival of the vehicle at the vehicle stop, comprising:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

(3) a vehicle control means controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

(1) a receiver adapted to receive said travel signal from said vehicle control unit;

(2) a base station telephone interface;

(3) a base station control means controlling said receiver and said base station telephone interface, said base station control means for establishing a telephone connection between said base station telephone interface and said passenger telephone when said vehicle is at a location corresponding with said preset notification time period from said vehicle stop; and

(4) passenger configuration means associated with said base station control means, said passenger configuration means for permitting said passenger to define said preset notification time period by providing said preset notification time period to said base station telephone interface over a telephone communication link established between said passenger and said base station telephone interface.

-45-

12.  The system of claim 11, wherein said base station control means further comprises:

means for storing a reference caller identification number associated with said passenger telephone; and

means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

13.  The system of claim 11, wherein vehicle travel monitoring means monitors a distance travelled by said vehicle.

14.  The system of claim 11, wherein vehicle travel monitoring means monitors a time travelled by said vehicle.

15.  The system of claim 11, wherein said travel signal includes a time travelled by said vehicle.

16.  The system of claim 11, wherein said travel signal includes a distance travelled by said vehicle.

**PATENT**

Attorney's Docket No. __5_01-1-023_____

---

**COMBINED DECLARATION AND POWER OF ATTORNEY**
(ORIGINAL, DESIGN, NATIONAL STAGE OF PCT, SUPPLEMENTAL, DIVISIONAL,
CONTINUATION OR CIP)

---

As a below named inventor, I hereby declare that:

**TYPE OF DECLARATION**

This declaration is of the following type: (check one applicable item below)

    __x__ original
    _____ design
    _____ supplemental

NOTE:   If the declaration is for an International Application being filed as a divisional, continuation or
continuation-in-part application do not check next item; check appropriate one of last three items.

    _____ national stage of PCT

NOTE:   If one of the following 3 items apply then complete and also attach ADDED PAGES FOR DIVISIONAL,
CONTINUATION OR CIP.

    _____ divisional
    _____ continuation
    __x__ continuation-in-part (CIP)

**INVENTORSHIP IDENTIFICATION**

WARNING:   If the inventors are each not the inventors of all the claims an explanation of the facts,
including the ownership of all the claims at the time the last claimed invention was made,
should be submitted.

My residence, post office address and citizenship are as stated below next to my
name, I believe I am the original, first and sole inventor (if only one name is
listed below) or an original, first and joint inventor (if plural names are
listed below) of the subject matter which is claimed and for which a patent is
sought on the invention entitled:

**TITLE OF INVENTION**

---

**ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING
PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD**

---

**SPECIFICATION IDENTIFICATION**

the specification of which:  (complete (a), (b) or (c))

(a)    __x__ is attached hereto.

(b)    _____ was filed on _____ as Serial No. _____ or
       _____ Express Mail No., as Serial No. not yet known _____ and
       was amended on _____ (if applicable).

NOTE:   Amendments filed after the original papers are deposited with the PTO which contain new matter are not
accorded a filing date by being referred to in the declaration. Accordingly, the amendments involved
are those filed with the application papers or, in the case of a supplemental declaration, are those
amendments claiming matter not encompassed in the original statement of invention or claims. See 37
CFR 1.67.

(c)    _____ was described and claimed in PCT International Application No.
       _____ filed on _____ and as
       amended Under PCT Article 19 on _____ (if any).

*(Declaration and Power of Attorney--page 1 of 4)*

**ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR**

I hereby state that I have reviewed and understand the *contents of the* above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information

* which is material to patentability as defined in 37, Code of Federal Regulations, § 1.56.

(also check the following items, if desired)

___x___ and which is material to the examination of this application, namely, information where there is a substantial likelihood that a reasonable examiner would consider it important in deciding whether to allow the application to issue as a patent, and

_____ In compliance with this duty, there is attached an information disclosure statement in accordance with 37 CFR 1.98.

**PRIORITY CLAIM (35 U.S.C. § 119)**

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(complete (d) or (e))

(d)      ___x___ no such applications have been filed

(e)      _____ such applications have been filed as follows

NOTE:   Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

> **A.   PRIOR FOREIGN/PCT APPLICATION(S) FILED WITHIN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS APPLICATION AND ANY PRIORITY CLAIMS UNDER 35 U.S.C. § 119**

| COUNTRY (OR INDICATE IF PCT) | APPLICATION NUMBER | DATE OF FILING (day, month, year) | PRIORITY CLAIMED UNDER 37 USC 119 |
|---|---|---|---|
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |

(Declaration and Power of Attorney--page 2 of 4)

E-77

ALL FOREIGN APPLICATION(S), IF ANY FILED MORE THAN 12 MONTHS
(6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

_____

_____

NOTE:   If the application filed more than 12 months from the filing date of this application is a PCT filing
forming the basis for this application entering the United States as a (1) the national stage, or (2) a
continuation, divisional, or continuation-in-part, then also complete ADDED PAGES TO COMBINED
DECLARATION AND POWER OF ATTORNEY FOR DIVISIONAL, CONTINUATION OR CIP APPLICATION for benefit of the
prior U.S. or PCI application(s) under 35 U.S.C. § 120.

## POWER OF ATTORNEY

I hereby appoint the following attorney(s) and/or agent(s) to prosecute
this application and transact all business in the Patent and Trademark Office
connected therewith.  (List name and registration number)

Scott A. Horstemeyer, #34,183
James F. Vaughan, #31,989
George M. Hopkins, #17,411
George M. Thomas, #22,260
Steven D. Kerr, #32,472
James W. Kayden, #31,532
D. Scott Sudderth, #34,026

(check the following item, if applicable)

_____ Attached as part of this declaration and power of attorney is the
authorization of the above-named attorney(s) to accept and follow
instructions from my representative(s).

_____

SEND CORRESPONDENCE TO                    DIRECT TELEPHONE CALLS TO:
                                          (Name and Telephone Number)
Scott A. Horstemeyer
Hopkins & Thomas                          Scott A. Horstemeyer
Suite 1500                                (404) 951-0931
100 Galleria Parkway N.W.
Atlanta, Georgia 30339                    770
_____

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are
true and that all statements made on information and belief are believed to be
true; and further that these statements were made with the knowledge that willful
false statements and the like so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United States Code, and that such
willful false statements may jeopardize the validity of the application or any
patent issued thereon.

### SIGNATURE(S)

Full name of **first inventor**   Martin Kelly Jones

Inventor's signature _____

Date  4 28 95        Country of Citizenship    U.S.A.

Residence  2417 Third Street, Dalton, Georgia 30720   GA

Post Office Address    2417 Third Street, Dalton, Georgia 30720

_____

(Declaration and Power of Attorney--page 3 of 4)

E-78

CHECK PROPER BOX(ES) FOR ANY OF THE FOLLOWING ADDED PAGE(S) WHICH
FORM A PART OF THIS DECLARATION

_____ Signature for subsequent joint inventors.
                        Number of pages added _____.

_____ Signature by administrator(trix), executor(trix) or legal
representative for deceased or incapacitated inventor.
                        Number of pages added _____.

_____ Signature for inventor who refuses to sign or cannot be reached by
person authorized under 37 CFR 1.47.
                        Number of pages added _____.

                        * * *

__x__ Added pages to combined declaration and power of attorney for
divisional, continuation, or continuation-in-part (CIP) application.

                __x__   Number of pages added _One (1)_

                        * * *

_____ Authorization of attorney(s) to accept and follow instructions from
representative.

                        * * *

        If no further pages form a part of this Declaration then end this
        Declaration with this page and check the following item

                _____ This declaration ends with this page

                        (Declaration and Power of Attorney--page 4 of 4)
                                                E-79

**ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY
FOR DIVISIONAL, CONTINUATION OR CONTINUATION-IN-PART**

**CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S) UNDER 35 U.S.C. 120**

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) or PCT international application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application.

| PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 USC 120: | | | | |
|---|---|---|---|---|
| U.S. Applications | | Status (Check One) | | |
| U.S. Serial No. | U.S. Filing Date | Patented | Pending | Abandoned |
| 1.  08/063,533 | May 18, 1993 | X | | |
| 2.  08/407,319 | March 20, 1995 | | X | |
| 3. | | | | |
| PCT Applications Designating the U.S. | | | | |
| PCT Application No. | PCT Filing Date | U.S. Serial Nos. Assigned (if any) | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |

PATENT

Attorney's Docket No.   5G01-1-023

Applicant or Patentee:  Martin Kelly Jones
Serial or Patent No.:   To be assigned
Filed or Issued:        Herewith
For:   ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING
       PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) AND 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

_____   the owner of the small business concern identified below
__x__   an official of the small business concern empowered to act on behalf
        of the concern identified below:

NAME OF CONCERN _____ Global Research Systems, Inc. _____
ADDRESS OF CONCERN _____ 886 Horseleg Creek Road, SW _____
                        Rome, Georgia 30165 _____

I hereby declare that the above-identified small business concern qualifies as
a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR
1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title
35, United States Code, in that the number of employees of the concern, including
those of its affiliates, does not exceed 500 persons.  For purposes of this
statement, (1) the number of employees of the business concern is the average
over the previous fiscal year of the persons employed on a full-
time, part-time or temporary basis during each of the pay periods of the fiscal
year, and (2) concerns are affiliates of each other when either, directly or
indirectly, one concern controls or has the power to control the other, or a
third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and
remain with the small business concern identified above with regard to the
invention, entitled   ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING
                      PASSENGER-DEFINABLE NOTIFICATION TIME PERIOD
by inventor(s)  Martin Kelly Jones _____

described in

__x__   the specification filed herewith.
_____   application serial no. _____, filed _____.
_____   patent no. _____, issued _____.

If the rights held by the above-identified small business concern are not
exclusive, each individual, concern or organization having rights to the
invention is listed below* and no rights to the invention are held by any person,
other than the inventor, who could not qualify as a small business concern under
37 CFR 1.9(d) or by any concern which would not qualify as a small business
concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE: Separate verified statements are required from each named person, concern or organization having rights
       to the invention averring to their status as small entities.  (37 CFR 1.27).

(Small Entity-Small Business--Page 1 of 2)

E-81

NAME _____ N/A _____
ADDRESS _____

| _____ INDIVIDUAL | _____ SMALL BUSINESS CONCERN | _____ NONPROFIT ORGANIZATION |

NAME _____ N/A _____
ADDRESS _____

| _____ INDIVIDUAL | _____ SMALL BUSINESS CONCERN | _____ NONPROFIT ORGANIZATION |

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate.  (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING    *Gena B. Payne* _____
TITLE OF PERSON OTHER THAN OWNER    CFO _____
ADDRESS OF PERSON SIGNING    886 Horseleg Creek Road, SW ____
                             Rome, Georgia 30165 _____

SIGNATURE    *Gena B. Payne* _____    Date 4/28/95

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/434049



FIG 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/434039



**FIG 2**

DISPLAY MODULE

MICROPROCESSOR CONTROLLER

TRANSCEIVER

BATTERY

PRINT OF DRAWINGS
AS ORIGINAL FILED



FIG 3A

PRINT OF DRAWINGS
AS ORIGINAL    TILED

08/4340⬦9

4/3



FIG. 3B

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/434049



FIG. 4A

PRINT OF DRAWINGS
AS ORIGINAL! FILED

08/434049



BASE-STATION COMPUTER
EVENT MODEL

BUS COMPUTER
EVENT MODEL

PLANNED
ROUTE
EVENT
TIME

ACTUAL
ROUTE
EVENT
TIME

BUS STARTS

BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE

0:00

0:10

0:05
CALL HOME
AT STOP 1

LEAVE STOP 1
AT 0:11

0:11

0:16

0:11
CALL HOME
AT STOP 2

BECAUSE STUDENT IS LATE,
LEAVE STOP 2 AT 0:20

0:20

SCHEDULE MISALIGNED
INFORM BASE-STATION

BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE

0:20
CALL HOME
AT STOP 3

LEAVE STOP 3
AT 0:26

0:26

0:25

LAST STOP
END OF ROUTE

LAST STOP
END OF ROUTE

**FIG 4B**

PRINT OF DRAWINGS
AS ORIGINALI    LED

08/4340 9



**FIG 5**

EVENT LIST
FOR
DIAGNOSTICS
AND
SYSTEM
MONITORING

PRINT OF DRAWINGS
AS ORIGINALI    ILED

08/434049



**FIG 6**

**FIG 7**

E-90

08/434049



FIG 1

E-91

08/434049



**FIG 2**

E-92

434,049



**FIG 3A**

08/434049



FIG. 3B

08/4340 49



FIG. 4A

08/434049



**FIG 4·B**

E-96

08/4340 9



*FIG 5*

E-97

08/434049



FIG 6

FIG 7

E-98

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1994

Application or Docket Number

434049

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 365.00 | OR | | 730.00 |
| TOTAL CLAIMS | 16 minus 20 = | * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 4 minus 3 = | * 4 | x38= | 38 | OR | x76= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +120= | | OR | +240= | |
| | | | TOTAL | 403 | OR | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|
| Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The Highest Number Previously Paid For (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/94)

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

E-99



FACE DATA ENTRY CODING SHEET

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

E-100

TITLE OF INVENTION

ATTORNEY REGISTRATION NUMBERS

CORRESPONDENCE NAME AND ADDRESS

NAME SUFFIX

STATE/CITY CODE

APPLICANT/INVENTOR DATA

AUTHORITY CODE

FAMILY'S NAME

GIVEN NAME

CITY

AUTHORITY CODE

FAMILY NAME

GIVEN NAME

CITY

NAME

STATE/CITY CODE

MORE

E-101

| BAR CODE LABEL | **U.S. PATENT APPLICATION** |
|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/434,049 | 05/02/95 | 340 | 2617 |

APPLICANT

MARTIN K. JONES, DALTON, GA.

**CONTINUING DATA**********************
VERIFIED     THIS APPLN IS A CIP OF    08/407,319 03/20/95
             WHICH IS A CIP OF    08/063,533 05/18/93 PAT    5,400,020

**FOREIGN/PCT APPLICATIONS************
VERIFIED

FOREIGN FILING LICENSE GRANTED 06/01/95        ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| GA | 8 | 16 | 4 | $403.00 | 5G01-1-023 |

ADDRESS

SCOTT A HORSTEMEYER
HOPKINS & THOMAS
SUITE 1500
100 GALLERIA PARKWAY NW
ATLANTA   GA   30339

TITLE

ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER-DEFINABLE
NOTIFICATION TIME PERIOD

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                          Certifying Officer

E-102

**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

AUG 0 8 2003

LUTHER D. THOMAS, Clerk
By: [signature]
        Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARRIVAL STAR, INC.,

    Plaintiff,

v.

DELTA AIR LINES, INC., et al.

    Defendant.

CIVIL ACTION NO:
CASE NO. 1:02-CV-2543-JOF

## APPENDIX OF EXHIBITS AND TESTIMONY SUPPORTING SABRE'S TWO MOTIONS FOR SUMMARY JUDGMENT

## VOLUME II OF III

Alston & Bird LLP

Patrick J. Flinn
Georgia Bar No. 264540
J. Patrick Elsevier
Georgia Bar No. 246694
Cherri T. Gregg
Georgia Bar No. 309679
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for Defendants
SABRE INC., TRAVELOCITY.COM
L.P., and AMERICAN EXPRESS
COMPANY

Bromberg & Sunstein LLP

Erik Paul Belt, Esq.
John J. Stickevers, Esq.
125 Summer Street
Boston, MA 02110
Telephone: (617) 443-9292
Facsimile: (617) 443-0004



# INDEX OF EXHIBITS

**Exhibit**    **Description**

## VOLUME I

A.    U.S. Patent Number 6,278,936

B.    Application Serial Number 09/163,958 (Sept. 30, 1998)

C.    Application Serial Number 08/852,119 (May 6, 1997)

D.    Provisional Application Number 60/039,925 (Mar. 7, 1997)

E.    Application Serial Number 08/434,049 (May 2, 1995), including U.S.
      Patent No. 5,623,260

## VOLUME II

F.    Application Serial Number 08/432,898 (May 2, 1995), including U.S.
      Patent No. 5,657,010

G.    Application Serial Number 08/432,666 (filed May 2, 1995), including
      U.S. Patent No. 5,668,543

H.    Application Serial Number 08/407,319, (March 20, 1995)

I.    Application Serial Number 08/063,533 (May 18, 1993), including
      U.S. Patent No. 5,400,020

## VOLUME III

J.    Excerpts from Transcript of Motions Hearing on July 9, 2003

K.    Declaration of Lorraine M. Flynn on Anticipation of Claims 1 and 27
      *Exhibits attached to Ms. Flynn's Declaration*
      1. RLM marketing flier
      2. Print-out of the results of a flight-tracking query run on
         Sabre's "Virtually There" Flight Tracker tool
      3. Pamphlet entitled "Advanced Traffic Management System"

- 2 -

**Exhibit**     **Description**

4.  Memorandum entitled "The Traffic Management System"
5.  Correspondence from Lorraine M. Flynn to Larry Gauenke of Air Wisconsin dated Nov. 10, 1989
6.  Printout of software modules and routines that control the operation of the *FlightView*® system
7.  Invoices for work ordered to get ready for the ATCA conference
8.  RLM Product brochure dated "8/90"
9.  Invoice from the printer who printed brochure
10. RLM Product brochure dated "9/11/90"
11. Invoices for marketing services used in connection with marketing efforts and marketing letters to potential customers
12. Document entitled "Baltimore/Washington International Airport Terminal Observation Lounge" dated Dec. 1993
13. Purchase order from Hadley Exhibits, Inc. dated Sept. 27, 1994.
14. Story board for "ASD Interactive" exhibit
15. Blue prints for exhibit hall and "Airways" exhibit
16. Delivery invoice showing that RLM delivered the system hardware to BWI on May 24, 1995
17. Draft press release announcing the anticipated opening of the exhibit, dated Feb. 23, 1995
18. Invoice BWI paid for the *FlightView*® service dated Aug. 1, 2003
19. Correspondence from Mary Flynn to Leo D. Hollis detailed proposal dated Dec. 7 and 8, 1995
20. Correspondence from Leo D. Hollis to Mary Flynn dated Feb. 28, 1996
21. Software License and Maintenance Agreement Between RLM and America West Airlines
22. Memorandum of Understanding: FlyNow Service dated Mar. 5, 1996
23. Email from Antoine Toffa to Mary Flynn dated Dec. 9, 1996

- 3 -

| Exhibit | Description |
|---|---|

L.      Declaration of James Steinberg

         *Exhibits attached to Mr. Steinberg's Declaration*

1. Correspondence from William C. Keil to James Steinberg with attached Agenda dated Apr. 14, 1993
2. Presentation by RLM Software at Regional Airline Association Spring Meeting dated "4/93"
3. Color slides showing various *FlightView*® screens a user would see when tracking flights using the *FlightView*® system

M.     Declaration of Lorraine M. Flynn on Non-Infringement of Claim 37

N.     Declaration of Kenneth Brown on Non-Infringement of Claim 37

O.     Websters's Third New International Dictionary Unabridged 49 (Merriam-Webster 1993) definition of "Contact"

P.     Websters's Third New International Dictionary Unabridged 49 (Merriam-Webster 1993) definition of "Predefined"

Q.     Websters's Third New International Dictionary Unabridged 49 (Merriam-Webster 1993) definition of "Retrieving"

00301/00505 264581 1
ATL01/11480596v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARRIVAL STAR, INC.,

     Plaintiff,

v.

DELTA AIR LINES, INC., et al.

     Defendant.

CIVIL ACTION NO:
CASE NO. 1:02-CV-2543-JOF

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a true and correct copy of the

within and foregoing:

## APPENDIX OF EXHIBITS AND TESTIMONY SUPPORTING
## SABRE'S TWO MOTIONS FOR SUMMARY JUDGMENT

## VOLUME II OF III

upon counsel by First Class U.S. Mail/Hand/Overnight delivery to:

Steven G. Hill, Esq.
Peter F. Schoenthaler, Esq.
Eric G. Maurer, Esq.
HILL, KERTSCHER & PIXLEY, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia 30339

**ATTORNEYS FOR PLAINTIFF
ARRIVAL STAR, INC.**

Samuel J. Najim, Esq.
Nagendra Setty, Esq.
David Kerven, Esq.
Julie A. Fleming, Esq.
JONES, DAY, REAVIS & POGUE
3500 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3242
Telephone (404) 521-3939
Facsimile (404) 581-8330

Steven E. Sigalow, Esq.
JONES, DAY, REAVIS & POGUE
NorthPoint
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone (216) 586-3939
Facsimile (216) 579-0212

**ATTORNEYS FOR ROADWAY
EXPRESS, INC., CITY OF ATLANTA, and
SITA INFORMATION NETWORKING
COMPUTING USA, INC.**

Douglas D. Salyers, Esq.
Kenneth R. Ozment, Esq.
TROUTMAN SANDERS LLP
600 Peachtree Street, NE, Suite 5200
Atlanta, Georgia 30308-2216

Antony J. McShane, Esq.
NEAL, GERBER & EISENBERG
Two North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3801

**ATTORNEYS FOR CENTERPOST CORP.**

William H. Boice, Esq.
James L. Ewing, IV, Esq.
Vaibhav P. Kadaba, Esq.
KILPATRICK STOCKTON, LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

**ATTORNEYS FOR DELTA AIR LINES, INC.,
CONTINENTAL AIRLINES, INC., JAPAN
AIR LINES COMPANY, LTD. AND
AMERICAN AIRLINES, INC.**

- 2 -

John C. Herman, Esq.
DUANE MORRIS LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309-3448

Thomas B. Luebbering, Esq.
Scott R. Brown, Esq.
HOVEY WILLIAMS, PC
2405 Grand Boulevard
Peachtree Street , NE, Suite 400
Kansas City, Missouri 64108

**ATTORNEYS FOR WORLDSPAN, L.P.**

Leslie B. Zacks, Esq.
Jerry B. Blackstock, Esq.
Joel K. Gerber, Esq.
HUNTON AND WILLIAMS
Bank of America Plaza
600 Peachtree Street, NE, Suite 4100
Atlanta, Georgia 30308-2216

Russell B. Hill, Esq.
HOWRY SIMON ARNOLD & WHITE, LLP
2020 Main Street, Suite 1000
Irvine, California 92614

**ATTORNEYS FOR ELECTRONICS FOR IMAGING, INC.**

Deborah A. Heineman, Esq.
Elizabeth G. Borland, Esq.
SMITH, GAMBRELL & RUSSELL, LLP
Suite 3100, Promenade II
1230 Peachtree Street, NE
Atlanta, Georgia 30309-3592

Michael Sobel, Esq.
SQUIRE SANDERS & DEMPSEY, LLP
600 Hansen Way
Palo Alto, California 94304-1043

**ATTORNEYS FOR FLYTECOMM, INC.**

This _____th day of August 2003.

_____
J. Patrick Elsevier

- 3 -



# EXHIBIT / ATTACHMENT



**(To be scanned in place of tab)**

# United States
# Patent File History

## Tab Listings

**A.**   References (if applicable)
   **A1**–US References
   **A2**–Foreign References

**B.**   Jacket (face of file, contents flap, index of claims, PTO 270, searched)

**C.**   Printed Patent

**D.**   Specification (serial no sheet, abstract, specification, claims)

**E.**   Oath
   **E1**–Small Entry Status (if applicable)

**F.**   Drawing Figures (if applicable)

**G.**   PTO/Applicant Correspondence

**H.**   Original Patent Application (in cases of FWC)

## Supplied by:
REEDFAX Document Delivery System

117 Gibraltar Road, Horsham, PA 19044-0902

Customer Service 1 800-422-1337 or 215-441-4768
Fax 1 800-421-5585 or 215-441-5463



5657010

| UTILITY SERIAL NUMBER 08/432898 | PATENT DATE AUG 1 2 1997 | PATENT NUMBER |
|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT |
|---|---|---|---|---|

**APPLICANTS**

MARTIN K. JONES, ...

★★CONTINUING DATA★★★★★★★★★★★★★★★★★★
VERIFIED ... *now abandoned.*
BAS

★★FOREIGN/PCT APPLICATIONS★★★★★★★★★★★
VERIFIED
None BAS

## CERTIFICATE
### OCT 2 8 1997
## OF CORRECTION

FOREIGN FILING LICENSE GRANTED ...        12-17-98

| Foreign priority claimed ☐ yes ☑ no 35 USC 119 conditions met ☐ yes ☐ no BAS Verified and Acknowledged Examiner's Initials | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | 1403.00 | 5001-1-021 |

**ADDRESS**

SCOTT A. HORSTEMEYER
HOPKINS ... THOMAS, KAYDEN, HORSTEMEYER & RISLEY
SUITE 1600
100 GALLERIA PARKWAY, NW SUITE 1500
ATLANTA, GA 30339

**TITLE**

ADVANCE ... REPORT GENERATOR

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | Applications Examiner |
|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED |
|---|---|---|

2-27-97

Assistant Examiner

| ISSUE FEE |
|---|

| Amount Due | Date Paid |
|---|---|
| 645 | 4/1/97 |

Brent Swarthout

BRENT A. SWARTHOUT
PRIMARY EXAMINER
GROUP 2600

Primary Examiner

Label Area

PREPARED FOR ISSUE

| Total Claims | Print Claim |
|---|---|
| 15 | 1 |

**DRAWING**

| Sheets Drwg. | Figs. Drwg. | Print Fig. |
|---|---|---|
| 8 | 9 | 1 |

**ISSUE BATCH NUMBER** J99

**WARNING:** The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev 8/92)

## ISSUE FEE IN FILE

(FACE)

WO

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 905,988 988,990 992,994 | 8-29-96 | BAS |
| 379 | 58,59 201,204 | | |
| 364 | 436 | | |
| 455 | 53.1 54.1 | | |

## SEARCH NOTES

| checked w/ Bost | Date | Exmr. |
|-----------------|------|-------|
| | 8-29-96 | BAS |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
| 340 | 988,994 | 2-26-96 | BAS |
| 364 | 436 | | |
| 379 | 59 | | |

F-3

(RIGHT OUTSIDE)

# United States Patent [19]

**Jones**

[11] Patent Number: **5,657,010**

[45] Date of Patent: **Aug. 12, 1997**

[54] **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR**

[75] Inventor: **Martin Kelly Jones**, Dalton, Ga.

[73] Assignee: **Global Research Systems, Inc.**, Rome, Ga.

[21] Appl. No.: **432,898**

[22] Filed: **May 2, 1995**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 407,319, Mar. 20, 1995, abandoned , which is a continuation-in-part of Ser. No. 63,533, May 18, 1993, Pat. No. 5,400,020 .

[51] Int. Cl.6 ............................................. G08G 1/123

[52] U.S. Cl. .................. 340/994; 340/988; 364/436; 455/411; 455/456

[58] Field of Search .................................. 340/905, 988, 340/989, 990, 992, 994; 379/58, 59, 201, 204; 364/436; 455/53.1, 54.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,325,057 | 4/1982 | Bishop | 455/57.1 |
| 4,350,969 | 9/1982 | Greer | 455/49.1 |
| 4,713,661 | 12/1987 | Boone et al. | 364/436 |
| 4,799,162 | 1/1989 | Shinkawa et al. | 340/994 |
| 4,812,843 | 3/1989 | Champion, III et al. | 340/993 |
| 5,021,780 | 6/1991 | Fabiano et al. | 340/991 |
| 5,131,020 | 7/1992 | Liebesny et al. | 379/59 |
| 5,144,301 | 9/1992 | Jackson et al. | 340/994 |
| 5,218,629 | 6/1993 | Dumond, Jr. et al. | 379/58 |
| 5,400,020 | 3/1995 | Jones et al. | 340/994 |
| 5,444,444 | 8/1995 | Ross | 364/436 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2559930 | 8/1985 | France | 340/994 |
| 2674355 | 9/1992 | France | 340/994 |
| 0066175 | 6/1977 | Japan | 340/994 |
| 0288400 | 11/1988 | Japan | 340/994 |

*Primary Examiner*—Brent A. Swarthout
*Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley

[57] **ABSTRACT**

An advance notification system (10) and method notifies passengers of the impending arrival of a transportation vehicle (19), for example, a school bus, at a particular vehicle stop. The system (10) generally includes an on-board vehicle control unit (VCU) (12) for each vehicle (19) and a base station control unit (BSCU) (14) for making telephone calls to passengers in order to inform the passengers when the vehicle (19) is a certain predefined time period and/or distance away from the vehicle stop. The VCU (12) compares elapsed time and/or travelled distance to the programmed scheduled time and/or travelled distance to determine if the vehicle (19) is on schedule. If the vehicle (19) is behind or ahead of schedule, the VCU (12) calls the BSCU (14), which then adjusts its calling schedule accordingly. Significantly, a vehicle progress report generator (13) is employed in the BSCU (14) for permitting a passenger to solicit from the BSCU (14) via a telephone link a vehicle progress report relating to arrival of the vehicle (19) at the stop. When the vehicle (19) is approaching the stop, a time period indicating when the vehicle (19) is to arrive is specified by the BSCU (14), and when the vehicle (19) has already arrived at the stop, an arrival time is specified in the progress report.

**15 Claims, 8 Drawing Sheets**



F-4





FIG 2



*FIG 3A*

F-7



# *FIG 3B*



FIG 4A



BASE-STATION COMPUTER
EVENT MODEL

PLANNED
ROUTE
EVENT
TIME

BUS COMPUTER
EVENT MODEL

ACTUAL
ROUTE
EVENT
TIME

BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE

BUS STARTS

0:00

0:05
CALL HOME
AT STOP 1

0:10

0:11
LEAVE STOP 1
AT 0:11

0:11
CALL HOME
AT STOP 2

0:16

0:20
BECAUSE STUDENT IS LATE,
LEAVE STOP 2 AT 0:20

SCHEDULE MISALIGNED
INFORM BASE-STATION

BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE

0:20
CALL HOME
AT STOP 3

0:26
LEAVE STOP 3
AT 0:26

0:25

LAST STOP
END OF ROUTE

LAST STOP
END OF ROUTE

**FIG 4B**



## FIG 5



**FIG 6**

**FIG 7**

F-12

1

## ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR

This document is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING" filed Mar. 20, 1995 by Jones et al. that was assigned Ser. No. 08/407,319, now abandoned which is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. that was assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995.

### FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to an advance notification system and method for notifying persons in advance of the impending arrival of a transportation vehicle, for example but not limited to, a bus, train, plane, fishing vessel, or other vessel, at a particular vehicle stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for passengers to know of the approximate arrival time of a particular transportation vehicle shortly before the vehicle is to arrive at a particular destination. With such information, passengers can adjust their schedules accordingly and avoid having to wait on the particular vehicle to reach the particular destination. For example, a person having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time, which information is oftentimes unavailable, or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example is in the commercial fishing industry, wherein fish markets, restaurants, and other establishments desire to purchase fish immediately upon arrival of a commercial fishing boat at a port. Currently, such establishments, in order to ensure being able to purchase the freshest catch, often depend on predetermined schedules of fishing fleets, which are not always accurate or reliable.

Still another example involves school children who ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at a particular bus stop at substantially different times from one day to the next. The reason is that school buses are not always the best maintained vehicles on the roads, frequently must operate during rush hour traffic, and must contend with congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, or even dark, such conditions can be unhealthy and unsafe for children.

Thus, generally, it would be desirable for a passenger to know when a vehicle, such as a bus, train, plane, or the like, is a particular time period (number of minutes or seconds) from arriving at a destination so that the passenger can adjust his/her schedule and avoid arriving too early or late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and

2

a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to the receiver, which in turn produces an indicator signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

### SUMMARY OF THE INVENTION

An object of the present invention is to overcome the deficiencies and inadequacies of the prior art as noted above and as generally known in the industry.

Another object of the present invention is to provide an advance notification system and method for according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system and method for according advance notification to school students of the impending arrival of a school bus at a particular bus stop.

Another object of the present invention is to provide an advance notification system and method for inexpensively according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system that is reliable in operation and flexible in design to permit customization to a particular application.

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., odometer, door sensor, swing arm sensor, bus stop sensor, positioning system input, etc.) for signalling to the vehicle control mechanism when the vehicle is early, late, and on time along the scheduled route. The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or travelled distance of the vehicle at any of the particular positions is either ahead or behind the scheduled time and/or distance. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

5,657,010

3

The BSCU has a base communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the calls from the VCU and receives the amount of time and/or distance in which the vehicle is ahead or behind relative to the schedule. The base station control mechanism causes calls to be made to each of the passengers to be boarded at a particular stop location via the base station communication mechanism prior to the arrival of the vehicle at the particular stop location. In the preferred embodiment, the base station communication mechanism is a wireless communication device, such as a mobile telephone or RF transceiver (includes both transmitter and receiver), for communicating with the vehicle communication mechanism and also comprises at least one telephone for calling passenger telephones.

The telephone call to advise a passenger of the impending arrival of the vehicle preferably can exhibit a distinctive telephone ring sound so that the call recipient need not answer the telephone in order to receive the message. Moreover, the distinctive telephone ring sound can be coded by any sequence and duration of rings and/or silent periods.

In accordance with a significant feature of the present invention, a vehicle progress report generator is employed in the BSCU for permitting a passenger to solicit from the BSCU via a telephone link a vehicle progress report relating to arrival of the vehicle at the stop. When the vehicle is approaching the stop, a time period indicating when the vehicle is to arrive is specified by the BSCU, and when the vehicle has already arrived at the stop, an arrival time is specified in the progress report.

It should be emphasized that while the present invention is particularly suited for application to school buses, there are many other applications. As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, delivery vehicles, fishing vessels, and numerous other transportation vehicles.

Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying drawings. All such additional objects, features, and advantages are intended to be included herein.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a school bus system, as an example, the advance notification system generally comprising vehicle control units (VCU) in communication with a base station control unit (BSCU), which are in turn in communication with passenger telephones;

FIG. 2 is a high level block diagram of the VCU of the advance notification system of FIG. 1;

FIG. 3A is a low level block diagram of the VCU of FIG. 1;

FIG. 3B is a block diagram of the BSCU of FIG. 1;

FIG. 4A is a flow chart of the overall operation of the advance notification system of FIG. 1;

FIG. 4B is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of FIG. 1;

4

FIG. 5 is a flow chart of the base station control program for the base station control unit 14 of FIG. 1 that includes a vehicle communications program and a student calling program;

FIG. 6 is a flow chart of a vehicle control program for the VCU of FIGS. 1 and 2; and

FIG. 7 is a flow chart of a VCU call control program for the VCU of FIGS. 1 and 2.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiment without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the claims.

I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views, FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention as configured to operate in, for example but not limited to, a school bus system. The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of passenger telephones 29. As configured in the school bus system 10, a VCU 12 is installed in each of a plurality of school buses 19, all of which communicate with the single BSCU 14. Moreover, the BSCU 14 communicates with a telephone 29 at one or more passenger locations 36, or student homes in the present exemplary application.

A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 2, and 3. Referring first to FIG. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, U.S.A. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU unit 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range.

In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones." These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxi cab communications systems.

The microprocessor controller 16 is electrically interfaced with a start/reset switch 21, a move forward switch 22, a move backward switch 23, a clock 24, and optionally, sensors 25a–25d. Generally, vehicle tracking is accomplished by monitoring the control switches 21–23, the sensors 25a–25e, the power to the controller 16, and a route database (FIG. 5). It is recommended that all of the foregoing features be employed to provide redundant checking.

More specifically, the start/reset switch 21 can be actuated by the bus driver upon starting along the bus's scheduled

5,657,010

5

route to initialize the system 10. The move forward switch 22 can be actuated by the bus driver upon reaching a bus stop in order to inform the VCU 12 that a stop has been made. the details of which will be further described hereinafter. The move backward switch 22 can be actuated by the bus driver at a bus stop if the bus driver has erroneously toggled the move forward switch 22 too many times, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory must be updated. In essence, the move forward switch 22 and the move backward switch 23 cause the next stop designation which is displayed on the display module 33 and stored in the VCU 12 to toggle forward and backward, respectively.

The VCU 12 can be configured so that the operation of the start/reset switch 21. the move forward switch 22. and the move backward switch 23 is purely optional by the bus driver. In this configuration, the sensors 25a–25e automatically accomplish the aforementioned functions of the switches 21–23. However, in certain cases, the bus driver may want to use the switches to override the sensors 25a–25e. One of these cases may be when a student rides a bus only two out of five school days. Rather than program the VCU 12 to track these unnecessary stops, the driver may manually control the stop number by the switches 21–23.

The clock 24 tracks the elapsed time as the bus travels along its scheduled route and feeds the timing information to the microprocessor controller 16.

The display module 33 informs the bus driver as to the number corresponding to the next stop and the time (preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the display module 33. For example, the display module 33 may display the amount of time that the bus 19 is ahead of or behind schedule, the status of the VCU 12 in communication with the BSCU 14. or, upon actuation of start button 21. that the advance notification system 10 is operating.

The optional sensors 25a–25e include an odometer sensor 25a for determining distance into a route. This sensor 25a can be connected to the bus drive shaft and counts revolutions. This data can be used to determine the stop number.

A door sensor 25b can be used to count the number of door operations (opening/closing) of the front door 24 of the school bus 19. which should correspond with the number of stops.

A swing arm sensor 25c can be implemented to count the number of times the arm operates. This operation should coincide with the number of stops.

A bus stop sign sensor 25d can be utilized to count the number of times the bus stop sign operates. This operation should coincide with the number of stops.

A positioning system 25e can be used to determine the geographical position of the bus 19 on the earth's surface. The positioning system 25e could be the GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other similar position tracking system.

FIG. 2 is a high level schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the bus 19 in view and within reach of the bus driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone). and the transceiver 18 includes an antenna 32 for transmitting and receiving signals to and from the BSCU 14.

6

Further, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the bus driver for providing information to the bus driver. as described previously.

FIG. 3A is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18 and the LCD display module 33. A switching element 37. such as an optical isolator (opto isolator) unit 37. provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 21. 22. 23. An EEPROM 43 is provided for storing the control programs (FIGS. 6 and 7) and other requisite data for the microprocessor controller 16. and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 for allowing the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for decoding modem signals. or tones, received by the mobile telephone 18 from the BSCU 14.

B. Base Station Control Unit

The BSCU 14 can be implemented by any conventional computer with suitable processing capabilities for implementing the functionality described hereafter. The BSCU 14 is now described with reference to FIGS. 1 and 3B.

In general, as shown in FIG. 1. the BSCU 14 includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. Moreover, the BSCU 14 can communicate to one or more passenger telephones 29. or student homes, via the telephone interface(s) 27 and telephone connection(s) 29'.

As illustrated in FIG. 3B, the BSCU 14 contains a conventional processor 2. The processor 2 interconnects indicates with and controls the other elements within the BSCU 14 over a system bus 3. An input device(s) 4. for example, a keyboard or mouse, is used to input data from a user (perhaps a fleet operator) of the BSCU 14, and an output device(s) 5, such as a display or printer, is used to output data to the user. A nonvolatile storage device 6, for example, a hard disk drive or CDROM mechanism, may be used to permanently store the software of the BSCU 14, as well as to store the data bases generated by the BSCU 14.

A high speed volatile memory 7, such as a conventional random access memory (RAM), contains the software for driving the processor 2 during operation of the BSCU 14. Particularly, the RAM 7 is loaded with a conventional operating system software (e.g., DOS, UNIX, etc.) for supporting and implementing other software programs for implementing various novel features of the BSCU 14. These other software programs preferably include a preset notification time period mechanism 9. a calling report generator 11. a vehicle progress report generator 13, and a base station control program 46 (FIG. 5) that has a vehicle communications program 47, and a student calling program 48. The foregoing software programs are loaded as needed into the RAM 7, as needed, by the processor 2.

The preset notification time period mechanism 9 permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate impending arrival of the vehicle 19 at the stop. The preset notification time period mechanism 9 can be implemented in

7

software in many different manners, as is well known to someone with skill in the art. Preferably, the preset notification time period mechanism 9 allows a passenger to define the period by (a) establishing a telephone communication link with the system telephone interface 27 and (b) providing the preset notification time period to the mechanism 9 during the telephone communication link.

The calling report generator 11 can be implemented in a variety of ways in software and is preferably configured to permit the passenger to solicit a calling report corresponding to one or more previous telephone calls made by the system telephone interface 27 to the passenger telephone 29. In order to obtain the calling report, the passenger (a) establishes a telephone communication link with the system telephone interface 27 and (b) requests the report. In turn, the calling report generator 11 provides the calling report to the passenger in real time during the telephone communication link. The calling report can be configured to indicate whether the passenger telephone 29 was busy, was answered, was not answered, or was out of service, when the system telephone interface 27 initiated the previous telephone call(s) to the passenger telephone 29. Further, the calling report can be designed to include a time(s) when the previous telephone call(s) was (were) initiated by the system telephone interface 27 to the passenger telephone 29.

The vehicle progress report generator 13 may be implemented in many different ways in software and is configured to permit the passenger to solicit a vehicle progress report relating to arrival of the vehicle 19 at the vehicle stop. Preferably, a passenger can solicit a vehicle progress report from the vehicle progress report generator 13 by (a) establishing a telephone communication link with the system telephone interface 27 and (b) requesting the report. In turn, the vehicle progress report generator 13 provides the report to the passenger in real time during the telephone link. When the vehicle 19 is currently approaching the stop, a time indicating when the vehicle 19 is to arrive at the stop can be specified in the vehicle progress report. When the vehicle 19 has already arrived at the stop, a past arrival time can be specified in the progress report. Furthermore, the progress report may include a time(s) when a previous call(s) was initiated by the system telephone interface 27 to the passenger telephone 29.

As shown in FIG. 3B, the BSCU 14 further includes at least one transceiver 26 (for example, a mobile telephone or a RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. The vehicle communications program 47 (FIG. 5) drives the processor 2 to control the transceiver 26 and communications associated therewith.

The BSCU 14 can communicate to one or more passenger telephones 29, or student homes, via the telephone interface (s) 27 and telephone connection(s) 29'. The telephone interface 27 can be, for example but not limited to, any of the following interface(s): (a) a voice card(s) (preferably multiple port) and/or telephone; (b) a high-speed switch-computer applications interface(s) (SCAI) that communicates to a digital switch operated by a telephone utility company; the SCAI adheres to the conventional OSI model and supports the carrying of application information in an application independent fashion; and (c) an interface that communicates with an analog display services interface(s) (ADSI) maintained by a telephone utility company. ADSI is a cost effective technology that delivers voice and data information between a telephone terminal and a digital switch or server using existing copper telephone lines.

8

The BSCU 14 could be configured to merely call passengers, thus warning them of the impending arrival of a bus 19, as opposed to forwarding both a call and a message. Specifically, the student calling program 48 (FIG. 5) for the advance notification system 10 can be designed to make the telephone calls to the homes 36 of the students and allow the telephone to ring a predefined number of times so that it is not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10.

The student calling program 48 (FIG. 5) associated with the advance notification system 10 can also be configured to make the passenger telephone 29 exhibit a distinctive telephone ring sound, or pattern, so that the call recipient need not answer the telephone in order to receive the message. The distinctive telephone ring can be coded by any sequence and duration of rings and/or silent periods. A standard ring signal that is sent to a telephone from the telephone utility company is typically a periodic electrical analog signal having a frequency of 20 Hz and a peak-to-peak voltage amplitude of ~48 volts. The ring signal is asserted on the telephone connection 29' for a predefined time period for ringing the telephone. The foregoing time period can be manipulated in order to derive a distinctive sequence and duration of rings and/or silent periods.

Implementation of a distinctive telephone ring can be accomplished by purchasing this feature from a telephone utility company. This feature is widely available to the public. Generally, telephone utility companies operate network switches, now usually digital, that serve as interfaces for telephonic communications. A particular geographic region is typically allocated to a particular switch(es). In essence, one or more distinctive telephone rings can be driven by software running in the switches to a particular telephone. Examples of switches that are commercially available to telephone utility companies are as follows: a model DMS100 by Northern Telecom, Canada; a model 5ESS by AT&T, U.S.A.; and a model EWSD by Siemens Stromberg-Carlson Corp., Germany.

The feature for establishing the distinctive telephone ring is sold to the public under several different commercial trade names, depending upon the telephone utility company. Examples are as follows: Call Selector by Northern Telecom, Canada; Ringmaster by Bell South, U.S.A.; Smartlink by SNET, U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student answers the telephone call from the bus station unit 14, a prerecorded message may be played by the BSCU 14. An example of such a message would be: "The bus will arrive in five minutes," as indicated in FIG. 1 at the reference numeral 30.

## II. System Operation

### A. Initialization

Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and waiting at each stop for the approximate time it would take for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus

5,657,010

| 9 | 10 |

driver actuates the switches 21, 22, 23 as required in accordance with the principles described previously. The timing information is recorded in the memory (RAM 44 and EEPROM 43) of the VCU 12.

The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a bus 19 is early or late at each of the bus stops. In the preferred embodiment, determining the status (i.e., early, on time, late) of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late at an instance in time. For example, the odometer 25a of the bus 19, as indicated by phantom lines in FIG. 1, could be monitored by the microprocessor controller 16. At particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10. In this way, the determination of whether a bus 19 is early or late can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves interfacing the VCU 12 with the positioning system 25c, as shown in FIG. 1 by phantom lines. From the geographical position data received from the positioning system 25c, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time. The bus location at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.

B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 4A and 4B. FIG. 4A sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 4B shows an example of a schedule of possible events and the interactions which might occur between the VCU 12 and the BSCU 14 as the bus 19 travels along its scheduled route and makes its scheduled stops.

In FIG. 4B, the left hand column illustrates the sequence of events for the BSCU 14, and the right hand column illustrates the sequence of events on the VCU 12. Between the right and left hand columns is illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

First, the bus ignition is switched on, as indicated in FIG. 4A at block 45a. At the beginning of the bus route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12, and further, the unit 12 could be programmed to make initial contact with the BSCU 14 after the bus 19 moves a predefined distance, such as ¼ mile, as determined by the odometer sensor 25a. This initialization action causes the microprocessor controller 16 to telephone the BSCU 12 to inform the BSCU 12 that the bus 19 is beginning its route and to initialize the BSCU 14 relative to the VCU 12. The foregoing action is indicated at flow chart block 45b (FIG. 4A). Alternatively, the bus driver can press the start/reset switch 21 on the VCU 12 to initialize the VCU 12.

After initialization of the VCU 12, the display module 33 preferably displays "Stop Number 1" followed by the amount of time to reach stop number 1. The time continuously runs as the bus 19 progresses along the bus route.

Next, as indicated at flow chart block 45c (FIG. 4A), the VCU 12 determines, continuously or periodically, if the bus 19 is on time by analyzing the status of devices 21–25 (FIG. 1) in view of planned route data (derived from initialization). In the preferred embodiment, the VCU 12 at least compares its elapsed time from the clock 24 (FIG. 1) with its scheduled time from the planned route data. When the bus 19 is on time, the VCU 12 does not contact the BSCU 14, and the BSCU 14 commences calling students at the predefined time prior to arrival of the bus 19 at the particular bus stop, as indicated in flow chart block 45e (FIG. 4A). In the example of FIG. 4B, at five minutes along the scheduled route, the BSCU 14 places a telephone call to the homes 36 of the school children to be picked up at bus stop number 1.

However, when the VCU 12 determines that the bus 19 is early or late at this juncture, the VCU 12 contacts the BSCU 14, as indicated at flow chart block 45d (FIG. 4A), and the BSCU 14 adjusts its student calling lists accordingly so that the students are called in accordance with the predefined time notice, e.g., five minutes.

Further, as indicated at flow chart block 45f (FIG. 4A), the VCU 12 again determines, continuously or periodically, if the bus 19 is on time by analyzing the devices 21–25 (FIG. 1). Preferably, in this regard, the VCU 12 at least compares its elapsed time with its scheduled time.

Back to the example of FIG. 4B, at ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and takes one minute to load all the students at this stop onto the bus 19. Just prior to leaving stop 1, the bus driver actuates the move forward switch 22. Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop number 2. The foregoing feedback signal may be generated by one of the sensors 25a–25e so that the bus driver need not actuate the move forward switch 22.

In accordance with flow chart block 45f (FIG. 4A), the microprocessor controller 16 checks the elapsed time of eleven minutes to confirm that such time corresponds to the programmed time for bus stop number 1. It will determine whether the bus 19 is early or late. If the bus 19 is either early or late, the VCU 12 will call the BSCU 14 to inform the unit 14 of this fact, as indicated at flow chart blocks 45g and 45h (FIG. 4A). If the bus 19 is on time, then the VCU 12 will continue to monitor the inputs from devices 21–25, as indicated in flow chart block 45j. In the example of FIG. 4B, it is assumed that the bus 19 is neither early nor late in leaving bus stop number 1.

Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the BSCU 14 places telephone calls to the homes 36 of the school children who board the bus 19 at bus stop number 2, as indicated at flow chart block 45k (FIG. 4A).

The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus, gets three minutes behind schedule. Thus, the bus departs at twenty minutes along the route.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45l. If so, then the VCU 12 again monitors its travel status by checking devices 21–25 (FIG. 1), in accordance with flow chart block 45f (FIG. 4A). If not, then the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

In the example of FIG. 4B, upon receiving the information that the bus 19 is late, the microprocessor controller 16

5,657,010

11

compares the departure time to the scheduled departure time of seventeen minutes, pursuant to flow chart block 45f (FIG. 4A), and determines that the bus 19 is three minutes behind schedule, in accordance with flow chart blocks 45g (FIG. 4A). The microprocessor controller 16 then telephones the BSCU 14 to inform the BSCU 14 that the bus 19 is three minutes behind schedule, as indicated in flow chart block 45h (FIG. 4A). A fleet operator's screen associated with the BSCU 14 is updated to reflect the status of the late bus 19, as indicated at flow chart block 45i (FIG. 4A). Moreover, as indicated at flow chart block 45d (FIG. 4A), the BSCU 14 then reschedules the telephone calls that are to be made to the parents of the students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the VCU 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2.

At twenty minutes along the route, the BSCU 14 calls the student homes 36 of the students corresponding to bus stop number 3. In accordance with flow chart block 45k (FIG. 4A), to inform them that the bus 19 is five minutes from arriving. At twenty-five minutes along the route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45l. In the example of FIG. 4B, there are no more stops and, accordingly, the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be configured so that if a bus 19 becomes delayed by more than a maximum length of time, such as fifteen minutes, the BSCU 14 immediately calls the homes 36 of the remaining students to board the bus 19 in order to notify these homes 36 of the unusual delay and to notify these homes 36 to wait for a notification call.

### III. Control Programs

FIGS. 5 through 7 show flow charts pertaining to control programs that implement control processes or algorithms of the advance notification system 10 of FIG. 1 in order to achieve the functionality as set forth in FIGS. 4A and 4B as described hereinbefore. These flow charts illustrate the best mode for practicing the invention at the time of filing this document. More specifically, FIG. 5 illustrates a base station control program 46 employed in the BSCU 14, and FIGS. 6 and 7 show respectively a vehicle control program 76 and a VCU call control program 101 implemented in the VCU 12. The foregoing control programs implement merely examples of plausible control algorithms, and an infinite number of control algorithms may be employed to practice the present invention. Furthermore, it should be noted that the base station control program 46 of FIG. 5 is implemented via software within any conventional computer system, and the vehicle control program 76 of FIG. 6 and the VCU call control program 101 of FIG. 7 are both implemented via software run from RAM 44 (FIG. 3A) by the microprocessor controller 16. However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human interaction.

A. Base Station Control Program

With reference to FIG. 5, the base station control program 46 essentially comprises two control subprograms which run concurrently, namely, (a) a vehicle communications program 47 and (b) a student calling program 48. The vehicle communications program 47 will be described immediately hereafter followed by the student calling program 48.

12

1. Vehicle Communications Program

The vehicle communications program 47 initially waits for a telephone call from one of the VCU's 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications program 47 is preferably capable of monitoring a plurality of telephone connections 26' for receiving information from a plurality of buses 19. As the number of buses 19 is increased, the number of telephone connections 26' which are monitored by the vehicle communications program 47 should also be increased to an extent.

After the start of a bus 19 along its route, the respective VCU 12 will initiate a telephone call to the BSCU 14, as indicated by the telephone bell symbol 52. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in a flow chart block 53. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12, and vice versa.

Next, as shown in a flow chart block 54, the BSCU 14 asks the VCU 12 for information regarding (a) the time into the route and (b) the number designating the next stop. In addition, route data 56 is obtained from a local data base. The route data 56 includes information pertaining to each bus stop and how much time it should take to reach each bus stop during the route. From the route data 56 and the information (a) and (b) received from the VCU 12, the BSCU 14 can determine whether the bus 19 is late or early, as indicated by flow chart blocks 57, 58, or whether the bus 19 has just started its route, as indicated by a flow chart block 59. In the case where the bus 19 is late, the BSCU 14 advises the VCU 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart block 61. In the case where the bus 19 is early, the BSCU 14 advises the VCU 12 to move its on-board clock 24 forward so that the VCU 12 thinks it is on time, as indicated in flow chart block 62. Moreover, in the situation where the bus 19 has just started its route and the telephone call is essentially the first call of the route, the base station clock 28 and the on-board vehicle clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the BSCU 14 informs the VCU 12 to terminate the telephone call, which was initiated in the flow chart block 51. The vehicle communications program 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

Worth noting from the foregoing discussion is the fact that the BSCU 14 is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the VCU 12 communicates to the BSCU 14 only (a) when the bus 19 is at the start of a route, (b) when the bus 19 is either early or late during the route, and (c) when the bus 19 completes its route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

2. Student calling program

As previously mentioned, the student calling program 48 runs concurrently with the vehicle communications program 47 within the BSCU 14. In essence, the student calling program 48 uses the timing information retrieved from the bus 19 by the vehicle communications program 47 in order

5,657,010

13

to call students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the BSCU 14 and comprises information regarding (a) student names, (b) student telephone numbers, and (c) the time into a bus route when a student should be called via telephone. In accordance with the student calling program 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling program 48 initiates a telephone call to the particular student, as shown in flow chart blocks 68, 69. The telephone call can be made by using a distinctive telephone ring or a predefined number of rings, as described previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the program can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling program 48 returns to the student list 66 and searches for the next student to be called.

As further shown in FIG. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications program 47 and the student calling program 46. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

B. Vehicle Control Program Reference will now be made to the vehicle control program 76 shown in FIG. 6. Initially, as indicated in the flow chart block 77 of the vehicle control program 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to FIG. 7.

Next, as shown in FIG. 6, the vehicle control program 76 begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24, and sensors 25a-25e, if present, to determine whether the bus 19 is early or late. As mentioned previously, the vehicle control program 76 initiates a call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control program 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the program 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a bell symbol 84 in FIG. 7.

If the bus is not late, then the program 76 determines whether any of the switches 21, 22, 23 have been actuated,

14

as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the program 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the program 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the program 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated the move forward switch 22, then the VCU 12 will retrieve the next stop number and corresponding stop time, as indicated in flow chart block 88, from a local data base having the route data 56. Moreover, a decision will be made as to whether the bus 19 is early for that particular stop. Otherwise, a call will be initiated to the BSCU 14 to inform the unit 14 that the bus 19 is early, as illustrated by bell symbol 92 in FIG. 7.

In the event that the bus driver has not actuated the move forward switch 22, the program 76 proceeds to a decisional flow chart block 93 wherein the program 76 determines whether the move backward switch 23 has been actuated by the bus driver. If the move backward switch 23 has been actuated, then the program 76 obtains the previous stop number and stop time, as indicated in flow chart block 94, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the program 76 determines whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96. If the start/reset switch 23 has not been actuated by the bus driver, then the program 76 loops back and begins again with the flow chart block 81. Otherwise, the program 76 loops back and begins again with the flow chart block 77.

C. VCU Call Control Program

When a call is initiated by the VCU 12 as indicated by the call symbols 78, 84, 92, the VCU 12 follows the VCU call control program 101 as illustrated in FIG. 7. Initially, if a mobile telephone is used by the VCU 12, the telephone number corresponding with the BSCU 14 is obtained from the EEPROM 43, as indicated in a flow chart block 102. Other information is also obtained, including among other things, the particular bus number, bus serial number, and bus route. Next, the VCU call control program 101 sets a time out variable to keep track of how many times a communication connection has been initiated. The number n of allowable attempts is predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as indicated in the flow chart block 103, the VCU call control program 101 causes the transceiver 18 to be called, as indicated in the flow chart block 104. The call control program 101 requires the VCU 12 to wait for a response from the BSCU 14. If the VCU 12 does not receive a response within a predetermined time out period, preferably 20 seconds, then the VCU call control program 101 loops back and begins again at the flow chart block 103. Otherwise, when the VCU call control program 101 determines that a response has been received, a validation procedure ensues, as indicated in a flow chart block 106. The validation process indicated at the flow chart block 106 is

F-19

5,657,010

15

that which was described previously relative to the flow chart block 53 of FIG. 5. Essentially, it involves the exchange of symbols in order to assure a proper connection.

At the commencement of the validation process, another time out variable is set and will trigger termination of the telephone connection after a predetermined time period has run. The initiation of the time out variable and monitoring of the same is indicated in FIG. 7 at flow chart block 111. If the time out variable triggers termination of the telephone connection. then the VCU call control program 101 will hang up and end the call, as illustrated by a flow chart block 114. Otherwise, when the validation procedure has fully commenced, commands are passed from the BSCU 14 to the VCU 12, as shown by a flow chart block 112. Commands which may be sent to the VCU 12 include, for example, the following: (1) Is the bus 19 either early or late? ; (2) Reset the vehicle clock 24; (3) Record new information in the EEPROM 43. It should be emphasized that the BSCU 14 may change the route information contained within the EEPROM 43 of the particular bus 19. The foregoing features enables extreme flexibility of the advance notification system 10.

Furthermore, the VCU call control program 101 determines whether the BSCU 14 has finished its communication over the mobile telephone, as indicated in a flow chart block 113. Again. the VCU call control program 101 utilizes another time out variable to determine whether the BSCU 14 has finished. After the predetermined time period of the time out variable, the VCU call control program 101 will assume that the BSCU 14 has terminated its communication, and accordingly, the VCU call control program 101 will hang up the telephone, as indicated in a flow chart block 114. Otherwise, the VCU call control program 101 will loop back and begin with the flow chart block 111 in order to accept another command from the BSCU 14.

IV. Management Of BSCU By A Passenger

In the preferred embodiment of the invention, a passenger of the system 10 can communicate with and manage the BSCU 14 of the system 10 through an interactive system, such as an interactive voice response system (IVR) or other suitable communication system. This interactive system provides the passenger with flexibility and control over the calling parameters and the ability to solicit information, i.e., reports. When a passenger calls into the system 10, the passenger may (a) enroll and/or make changes to the calling parameters of the BSCU 14, including defining the preset notification time period when the passenger is to receive a telephone call prior to arrival of the vehicle 29 at the stop (to thereby indicate impending arrival of the vehicle 29), (b) obtain a vehicle progress report so as to check on vehicle delays or if the passenger has missed the vehicle, and/or (c) receive a calling report on the last notification attempt.

Moreover, in accordance with a security feature of the present invention, the BSCU 14 is configured so that when a passenger requests any of the foregoing information, the telephone number of the passenger telephone 29 is checked by the BSCU 14. If a passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 compares the caller's telephone number with a previously-registered number (reference caller identification number) stored in the sender list database 66 (FIG. 5). If the incoming number does not match or if the telephone connection does not provide the calling line identification, then the passenger is prompted to enter his/her telephone number to the BSCU 14. Moreover, the telephone number received by the BSCU 14 must be the

16

one registered in the BSCU 14 for the aforementioned options to be used.

A. Call Back Feature

Initially, in the preferred embodiment, when enrollment is requested by a passenger, the BSCU 14 of the system 10 requests the passenger to enter its phone number, and the telephone number is registered. The BSCU 14 then calls the passenger back at the telephone number registered in the BSCU 14 to confirm, before the passenger can change calling parameters or solicit information from the BSCU 14.

If a subscribing passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 can recognize the directory number. In that case, the BSCU 14 will not have to call the passenger back to register, and enrollment can continue.

Likewise, once registered and if a subscribing passenger with calling line identification requests to use an option, the telephone number does not have to be entered. The interactive voice response system (IVR) can recognize the number delivered through calling line identification.

B. Subscription

The service provided by the system 10 can be started when the subscribing passenger calls into the interactive voice response system (IVR) from a telephone 29, preferably a touch-tone telephone. The subscribing passenger receives a prompt to enter his/her telephone number. The subscribing passenger hangs up, and the BSCU 14 calls the subscribing passenger back, unless calling line identification is in use as described previously.

Changes are only allowed if the telephone number derived from the calling line identification matches the BSCU registered number or if the entered telephone number matches the registered number.

An example illustrating the foregoing process follows. In the example, as well as the others that follow, the system 10 utilizes the trade name "Bus-Call," which is currently a federally registered trademark on the Principal Register at the United States Patent and Trademark Office.

Example Session

| IVR: | "Welcome to Bus-Call. Please enter your telephone number now." |
|------|---------------------|
| Sub: | <Keypad numbers pressed> |
| IVR: | "The number you entered is xxx-xxxx. If this is correct, please press '1,' if not press '2'. The Bus-Call system will call you back within a couple of minutes. Thank you and please hang up now." |
| Sub: | <Answers resumed call> |
| IVR: | "Hello, thank you for using the Bus-Call system. Please press: |
| | '1' to start the Bus-Call service to your home; |
| | '2' to change the notification time; |
| | '3' for the date and time of the last change made to Bus-Call." |

C. Service Inception

In the preferred embodiment, with the implementation of the IVR, the BSCU 14 provides voice prompts to guide the passenger through a telephone call when the passenger wishes to configure the BSCU 14 or retrieve information.

In the preferred configuration, voice prompts ask for the (a) bus number and the (b) stop number. These two pieces of information are usually given by the bus driver the first time the student rides the bus 29. The information can be taken from the VCU display module 33 (FIG. 3A) of the VCU 12 and/or written on a marketing brochure in which the student takes home.

Information can be entered into the BSCU 14 and retrieved from the BSCU 14, after the bus number and stop

17

number a/e confirmed. as the BSCU 14 will provide an appropriate options menu to the caller. An example illustrating the foregoing process follows.

### Example Session

| Sub: | <The subscribing passenger calls in and enters the appropriate option to start Bus-Call service> |
| IVR: | "Please enter your bus number now." |
| Sub: | <Keypad number pressed> |
| IVR: | "The number you entered is xx. If this is correct please press '1.' If this number is incorrect please press '2.'" |
| Sub: | <Keypad number pressed> |
| IVR: | "Please enter your bus stop number now." |
| Sub: | <Keypad number pressed> |
| IVR: | The number you entered is xx. If this is correct please press '1.' If this number is incorrect, please press '2.'" |
| Sub: | <Keypad number pressed> |

### D. Preset Notification Time Period

The preset notification time period mechanism 9 (FIG. 3B) permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate impending arrival of the vehicle 19 at the stop. The preset notification time period can be provided by the passenger to BSCU 14 by depressing touch tone buttons on the passenger telephone 29 or other telephone.

If the period is not prescribed by the passenger, the default for the notification time period is set to any suitable period, such as five minutes. Moreover, the passenger prescribed time period or the default time period is announced to the passenger. Finally, if a change of the preset notification time period is needed, the passenger is prompted through the process. An example of the foregoing methodology is set forth hereafter.

### Example Session

| Sub: | <The subscribing passenger calls in and enters the appropriate option to start Bus-Call service> |
| IVR: | "Please enter your bus number now." |
| Sub: | <Keypad number pressed> |
| IVR: | "The number you entered is xx. If this is correct please press '1.' If this number is incorrect please press '2.'" |
| Sub: | <Keypad number pressed> |
| IVR: | "Please enter your bus stop number now." |
| Sub: | <Keypad number pressed> |
| IVR: | The number you entered is xx. If this is correct please press '1.' If this number is incorrect, please press '2.'" |
| Sub: | <Keypad number pressed> |
| IVR: | Bus-Call will ring your telephone five minutes before the bus arrives. If five minutes is not enough time, press 'L.' If five minutes is OK, press '2.'" |
| Sub: | <Keypad number pressed> |
| IVR: | "Thank you." |
| | "Please enter the new notification time now." |
| | <Keypad number pressed> |
| | "The time you entered is xx minutes. If this is correct, press '1.' If this number is incorrect, press '2.'" |
| | <Keypad number pressed> |
| | "Thank you." |

### D. Vehicle Progress Report

The vehicle progress report generator 13 (FIG. 3B) in the BSCU 14 allows a subscribing passenger to solicit informa-

18

tion from the BSCU 14 pertaining to the progress of the vehicle 29 relative to its route and/or relative to a particular stop. A subscribing passenger may feel that the vehicle 29 was missed. By calling the BSCU 14 and pressing the appropriate option. the IVR provides information about the current vehicle location.

### Example Session

| IVR: | "Press (3) if you think you have missed the bus." |
| Sub: | <Keypad (3) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub: | <Keypad numbers pressed> |
| IVR: | "The bus has . . ." |
| | ". . . Already passed your stop. The Bus-Call system called your telephone number at 7:27 a.m. and received a 'busy signal. The bus stopped at 7:32 a.m." |
| | or |
| | ". . . Has not arrived and is approaching your stop in approximately 12 minutes." |

### E. Calling Report

The calling report generator 11 (FIG. 3B) in the BSCU 14 allows a subscribing passenger to solicit a calling report from the BSCU 14. The calling report can indicate, among other things. the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU 14 to the passenger telephone 29. The BSCU 14 can be programmed to make any number of attempts, but preferably, the BSCU 14 makes three attempts to provide notification.

### Example Session

| IVR: | "Press (4) if you would like a report on the last notification attempt." |
| Sub: | <Keypad (4) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub: | <Keypad numbers pressed> |
| IVR: | "The Bus-Call system called your telephone number at 7:15 a.m. on Monday, February 20 . . ." |
| | ". . . The call was answered." |
| | or |
| | ". . . The telephone was busy." |
| | or |
| | ". . . The telephone rang but was not answered." |
| | or |
| | ". . . The telephone number was not in service or called block was engaged." |

This calling report generator 11 can also be configured to allow the subscribing passenger to check on the last changes made to the calling parameters. In this configuration, the IVR gives the change made and the date the change was requested by the subscribing passenger.

It will be obvious to those skilled in the art that many modifications may be made to the preferred embodiment of the present invention, as set forth above, without departing substantially from the principles of the present invention. All such modifications are intended to be included herein within the scope of the present invention, as defined in the following claims.

Wherefore, the following is claimed:

1. A method for an advance notification system for notifying a user of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a user telephone interface associated with said user, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to said vehicle stop and for initiating

5,657,010

19

a telephone call with said system telephone interface to the user telephone interface before the vehicle reaches said vehicle stop to thereby indicate impending arrival of the vehicle at said vehicle stop, the method comprising the steps of:

    (a) permitting said user to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by the following steps:

      (1) permitting establishment of a telephone communication link between said user telephone interface and said system telephone interface; and

      (2) providing said vehicle progress report from said system control to said user during said telephone communication link said progress report including a time when a previous call was initiated by said system telephone interface to said user telephone interface.

2. The method of claim 1 further comprising the steps of:

when said vehicle is approaching said stop, specifying a time period indicating when said vehicle is to arrive at said stop; and

when said vehicle has already arrived at said stop, specifying an arrival time in said progress report.

3. The method of claim 1, further comprising the steps of:

maintaining a reference caller identification number associated with said user telephone interface; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

4. A method for an advance notification system for notifying a user of an impending arrival of a vehicle at a vehicle stop, wherein the system comprises:

    (a) a user telephone interface associated with said user;

    (b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

      (1) a vehicle travel monitoring means;

      (2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

      (3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and

    (c) a base station control unit having:

      (1) a receiver adapted to receive said travel signal from said vehicle control unit;

      (2) base station telephone interface;

      (3) base station processor controlling said receiver and said base station telephone interface, said base station processor for establishing a telephone connection between said base station telephone interface and said user telephone interface when said vehicle is at said preset time from said vehicle stop;

and wherein the method comprises the steps of:

    (a) permitting said user to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by the following steps:

      (1) establishing a telephone communication link between said user telephone interface and said base station telephone interface;

      (2) providing said vehicle progress report from said base station control unit to said user during said telephone communication link and

      (3) specifying in said vehicle progress report a time when a previous call was initiated by said base station telephone interface to said user telephone interface.

20

5. The method of claim 4, further comprising the step of specifying a time period in said vehicle progress report that indicates when said vehicle is to arrive at said stop.

6. The method of claim 4, further comprising the step of specifying a time in said vehicle progress report when said vehicle arrived at said stop.

7. The method of claim 4, further comprising the steps of:

maintaining a reference caller identification number associated with said user telephone interface; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

8. An advance notification system for notifying a user of an impending arrival of a vehicle at a vehicle stop and for permitting a user to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop, comprising:

a user telephone interface associated with said user;

a system control for monitoring travel of said vehicle in relation to said vehicle stop;

a system telephone interface in communication with said system control, said system telephone interface for establishing a telephone connection with said user telephone interface at a time before said vehicle reaches said vehicle stop; and

vehicle progress report generator associated with said system control for permitting said user to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by providing said vehicle progress report from said system control to said user telephone interface during a telephone communication link between said user and said system telephone interface said vehicle progress report generator comprising a means for specifying in said vehicle progress report a time when a previous call was initiated by said system telephone interface to said user telephone interface.

9. The system of claim 8, further comprising a means for specifying a time period in said vehicle progress report that indicates when said vehicle is to arrive at said stop.

10. The system of claim 8, further comprising a means for specifying a time in said vehicle progress report when said vehicle arrived at said stop.

11. The system of claim 8, wherein said system control further comprises:

means for storing a reference caller identification number associated with said user telephone interface; and

means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

12. An advance notification system for notifying a user of an impending arrival of a vehicle at a vehicle stop and for permitting a user to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop, comprising:

    (a) a user telephone interface associated with said user;

    (b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

      (1) a vehicle travel monitoring means;

      (2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

5,657,010

| 21 | 22 |

(3) a vehicle control means controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

  (1) a receiver adapted to receive said travel signal from said vehicle control unit;

  (2) a base station telephone interface;

  (3) a base station control controlling said receiver and said base station telephone interface, said base station control for establishing a telephone connection between said base station telephone interface and said user telephone interface before said vehicle reaches said vehicle stop; and

  (4) a vehicle progress report generator associated with said base station control for permitting said user to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by providing said vehicle progress report from said base station control to said user during a telephone communication link between said user telephone interface and said base station telephone interface, said vehicle progress report generator including a means for specifying in said vehicle progress report a time when a previous call was initiated by said base station telephone interface to said passenger telephone interface.

13. The system of claim 12, further comprising a means for specifying a time period in said vehicle progress report that indicates when said vehicle is to arrive at said stop.

14. The system of claim 12, further comprising a means for specifying a time in said vehicle progress report when said vehicle arrived at said stop.

15. The system of claim 12, wherein said base station control further comprises:

  means for storing a reference caller identification number associated with said user telephone; and

  means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

* * * * *

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   :   5,657,010

DATED        :   August 12, 1997

INVENTOR(S)  :   Martin Kelly Jones

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 19, line 14, delete "link" and replace with - - link, - -.

Column 20, line 35, delete "interface" and replace with - - interface, - -.

Signed and Sealed this

Twenty-eighth Day of October, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*

08/432898

PATENT APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

F-25

-46-

08/432,898

## ABSTRACT OF THE DISCLOSURE

An advance notification system (10) and method notifies passengers of the impending arrival of a transportation vehicle (19), for example, a school bus, at a particular vehicle stop.  The system (10) generally includes an on-board vehicle control unit (VCU) (12) for each vehicle (19) and a base station control unit (BSCU) (14) for making telephone calls to passengers in order to inform the passengers when the vehicle (19) is a certain predefined time period and/or distance away from the vehicle stop.  The VCU (12) compares elapsed time and/or travelled distance to the programmed scheduled time and/or travelled distance to determine if the vehicle (19) is on schedule.  If the vehicle (19) is behind or ahead of schedule, the VCU (12) calls the BSCU (14), which then adjusts its calling schedule accordingly.  Significantly, a vehicle progress report generator (13) is employed in the BSCU (14) for permitting a passenger to solicit from the BSCU (14) via a telephone link a vehicle progress report relating to arrival of the vehicle (19) at the stop.  When the vehicle (19) is approaching the stop, a time period indicating when the vehicle (19) is to arrive is specified by the BSCU (14), and when the vehicle (19) has already arrived at the stop, an arrival time is specified in the progress report.

08/432809  463/201A

08/432,898

-1-

ADVANCE NOTIFICATION SYSTEM AND METHOD
UTILIZING VEHICLE PROGRESS REPORT GENERATOR

    This document is a continuation-in-part of the
application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD
5   UTILIZING A DISTINCTIVE TELEPHONE RING" filed March 20, 1995
    by Jones et al. that was assigned serial no. 08/407,319, now abandoned
    U.S. Patent No. _____ to Jones et al. that issued on
    ___, which is a continuation-in-part of the application
    entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed
10  May 18, 1993 by Jones et al. that was assigned serial no.
    08/063,533, now U.S. Patent No. 5,400,020 to Jones et al. that
    issued on March 21, 1995.


                    FIELD OF THE INVENTION
15      The present invention generally relates to data
    communications and information systems and, more particularly,
    to an advance notification system and method for notifying
    persons in advance of the impending arrival of a
    transportation vehicle, for example but not limited to, a bus,
20  train, plane, fishing vessel, or other vessel, at a particular
    vehicle stop.


                 BACKGROUND OF THE INVENTION
        There are many situations when it is desirable for
    passengers to know of the approximate arrival time of a
25  particular transportation vehicle shortly before the vehicle
    is to arrive at a particular destination.  With such
    information, passengers can adjust their schedules accordingly
    and avoid having to wait on the particular vehicle to reach
    the particular destination.  For example, a person having to
30  pick up a friend or relative at a commercial bus station
    either has to call the bus station to find out the approximate

-2-

arrival time, which information is oftentimes unavailable, or
plan on arriving at the bus station prior to the scheduled
arrival time of the bus and hope the bus is not delayed.

Another example is in the commercial fishing industry,
5    wherein fish markets, restaurants, and other establishments
desire to purchase fish immediately upon arrival of a
commercial fishing boat at a port.   Currently, such
establishments, in order to ensure being able to purchase the
freshest catch, often depend on predetermined schedules of
10   fishing fleets, which are not always accurate or reliable.

Still another example involves school children who ride
school buses.  School children who ride buses to school often
have to wait at their bus stops for extended lengths of time
because school buses arrive at a particular bus stop at
15   substantially different times from one day to the next.  The
reason is that school buses are not always the best maintained
vehicles on the roads, frequently must operate during rush
hour traffic, and must contend with congested urban/suburban
conditions.  As a result, school children are forced to wait
20   at their bus stops for long periods of time, oftentimes in
adverse weather conditions, on unlit street corners, or in
hazardous conditions near busy or secluded streets.  If it is
raining, snowing, windy and cold, or even dark, such
conditions can be unhealthy and unsafe for children.

25   Thus, generally, it would be desirable for a passenger to
know when a vessel, such as a bus, train, plane, or the like,
is a particular time period (number of minutes or seconds)
from arriving at a destination so that the passenger can
adjust his/her schedule and avoid arriving too early or late.

30   In the past, in order to combat the arrival time problem
in the context of school buses, student notification systems
have been employed that use a transmitter on each bus and a
receiver inside each student home.  U.S. Patent No. 4,713,661

-3-

to Boone *et al*. and U.S. Patent No. 4,350,969 describe systems
of this type.  When the school bus and its on-board
transmitter come within range of a particular home receiver,
the transmitter sends a signal to the receiver, which in turn
5    produces an indicator signal to notify the student that
his/her school bus is nearby. While such notification systems
work satisfactorily under certain circumstances, nevertheless,
these systems are limited by the range of the transmitters and
require the purchase of relatively expensive receivers for
10   each student.   In addition, such systems provide little
flexibility for providing additional information to the
students, such as notifying them of the delayed arrival of a
bus, alternative bus route information, or information
regarding important school events.

15                        **SUMMARY OF THE INVENTION**

An object of the present invention is to overcome the
deficiencies and inadequacies of the prior art as noted above
and as generally known in the industry.

Another object of the present invention is to provide an
20   advance notification system and method for according advance
notification of the impending arrival of a vehicle at a
particular vehicle stop.

Another object of the present invention is to provide an
advance notification system and method for according advance
25   notification to school students of the impending arrival of a
school bus at a particular bus stop.

Another object of the present invention is to provide an
advance notification system and method for inexpensively
according advance notification of the impending arrival of a
30   vehicle at a particular vehicle stop.

Another object of the present invention is to provide an
advance notification system that is reliable in operation and

-4-

flexible in design to permit customization to a particular application.

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations.    The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., odometer, door sensor, swing arm sensor, bus stop sensor, positioning system input, etc.) for signalling to the vehicle control mechanism when the vehicle is early, late, and on time along the scheduled route.    The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or travelled distance of the vehicle at any of the particular positions is either ahead or behind the scheduled time and/or distance.    In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

-5-

The BSCU has a base station communication mechanism and
a base station control mechanism for controlling the base
station communication mechanism.     The base station
communication mechanism receives the calls from the VCU and
5      receives the amount of time and/or distance in which the
vehicle is ahead or behind relative to the schedule.  The base
station control mechanism causes calls to be made to each of
the passengers to be boarded at a particular stop location via
the base station communication mechanism prior to the arrival
10     of the vehicle at the particular stop location.   In the
preferred embodiment, the base station communication mechanism
is a wireless communication device, such as a mobile telephone
or RF transceiver (includes both transmitter and receiver),
for communicating with the vehicle communication mechanism and
15     also comprises at least one telephone for calling passenger
telephones.

The telephone call to advise a passenger of the impending
arrival of the vehicle preferably can exhibit a distinctive
telephone ring sound so that the call recipient need not
20     answer the telephone in order to receive the message.
Moreover, the distinctive telephone ring sound can be coded by
any sequence and duration of rings and/or silent periods.

In accordance with a significant feature of the present
invention, a vehicle progress report generator is employed in
25     the BSCU for permitting a passenger to solicit from the BSCU
via a telephone link a vehicle progress report relating to
arrival of the vehicle at the stop.   When the vehicle is
approaching the stop, a time period indicating when the
vehicle is to arrive is specified by the BSCU, and when the
30     vehicle has already arrived at the stop, an arrival time is
specified in the progress report.

It should be emphasized that while the present invention
is particularly suited for application to school buses, there

-6-

are many other applications.  As examples, the advance
notification system and method of the present invention could
be employed with commercial buses, trains, planes, pickup
vehicles, delivery vehicles, fishing vessels, and numerous
5    other transportation vehicles.

Other objects, features, and advantages of the present
invention will become apparent from the following
specification, when read in conjunction with the accompanying
drawings.   All such additional objects, features, and
10   advantages are intended to be included herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with
reference to the following drawings.  The drawings are not
necessarily to scale, emphasis instead being placed upon
15   clearly illustrating principles of the present invention.

Fig. 1 is a high level schematic diagram of an advance
notification system of the present invention as applied to a
school bus system, as an example, the advance notification
system generally comprising vehicle control units (VCU) in
20   communication with a base station control unit (BSCU), which
are in turn in communication with passenger telephones;

Fig. 2 is a high level block diagram of the VCU of the
advance notification system of Fig. 1;

Fig. 3A is a low level block diagram of the VCU of Fig.
25   1;

Fig. 3B is a block diagram of the BSCU of Fig. 1;

Fig. 4A is a flow chart of the overall operation of the
advance notification system of Fig. 1;

Fig. 4B is an example of a schedule for a sequence of
30   events illustrating the operation of the advance notification
system of Fig. 1;

-7-

Fig. 5 is a flow chart of a base station control program
for the base station control unit 14 of Fig. 1 that includes
a vehicle communications program and a student calling
program;

5      Fig. 6 is a flow chart of a vehicle control program for
the VCU of Figs. 1 and 2; and

Fig. 7 is a flow chart of a VCU call control program for
the VCU of Figs. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

10     The features and principles of the present invention will
now be described relative to a preferred embodiment thereof.
It will be apparent to those skilled in the art that numerous
variations or modifications may be made to the preferred
embodiment without departing from the spirit and scope of the
15     present invention.  Thus, such variations and modifications
are intended to be included herein within the scope of the
present invention, as set forth in the claims.

### I.  System Architecture

Referring now in more detail to the drawings, wherein
20     like  reference  numerals  designate  corresponding  parts
throughout the several views, Fig. 1 is a schematic diagram of
the advance notification system 10 of the present invention as
configured to operate in, for example but not limited to, a
school bus system.   The advance notification system 10
25     comprises, preferably, a plurality of on-board vehicle control
units (VCU) 12, a single base station control unit (BSCU) 14,
and a plurality of passenger telephones 29.  As configured in
the school bus system 10, a VCU 12 is installed in each of a
plurality of school buses 19, all of which communicate with
30     the single BSCU 14.  Moreover, the BSCU 14 communicates with

-8-

a telephone 29 at one or more passenger locations 36, or student homes in the present exemplary application.

### A.   Vehicle Control Unit

The VCU 12 will now be described with reference to Figs. 1, 2, and 3. Referring first to Fig. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, U.S.A. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU unit 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range.

In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones." These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxi cab communications systems.

The microprocessor controller 16 is electrically interfaced with a start/reset switch 21, a move forward switch 22, a move backward switch 23, a clock 24, and optionally, sensors 25a-25d. Generally, vehicle tracking is accomplished by monitoring the control switches 21-23, the sensors 25a-25e, the power to the controller 16, and a route database (Fig. 5). It is recommended that all of the foregoing features be employed to provide redundant checking.

More specifically, the start/reset switch 21 can be actuated by the bus driver upon starting along the bus's

-9-

scheduled route to initialize the system 10. The move forward
switch 22 can be actuated by the bus driver upon reaching a
bus stop in order to inform the VCU 12 that a stop has been
made, the details of which will be further described
5    hereinafter. The move backward switch 23 can be actuated by
the bus driver at a bus stop if the bus driver has erroneously
toggled the move forward switch 22 too many times, as will be
further described in detail hereinafter. This indicates to
the microprocessor controller 16 that a display module 33 and
10   memory must be updated. In essence, the move forward switch
22 and the move backward switch 23 cause the next stop
designation which is displayed on the display module 33 and
stored in the VCU 12 to toggle forward and backward,
respectively.

15       The VCU 12 can be configured so that the operation of the
start/reset switch 21, the move forward switch 22, and the
move backward switch 23 is purely optional by the bus driver.
In this configuration, the sensors 25a-25e automatically
accomplish the aforementioned functions of the switches 21-23.
20   However, in certain cases, the bus driver may want to use the
switches to override the sensors 25a-25e. One of these cases
may be when a student rides a bus only two out of five school
days. Rather than program the VCU 12 to track these
unnecessary stops, the driver may manually control the stop
25   number by the switches 21-23.

The clock 24 tracks the elapsed time as the bus travels
along its scheduled route and feeds the timing information to
the microprocessor controller 16.

The display module 33 informs the bus driver as to the
30   number corresponding to the next stop and the time
(preferably, in seconds) necessary to reach the next stop.
Other types of information may also be displayed on the
display module 33. For example, the display module 33 may

-10-

display the amount of time that the bus 19 is ahead of or
behind schedule, the status of the VCU 12 in communication
with the BSCU 14, or, upon actuation of start button 21, that
the advance notification system 10 is operating.

5      The optional sensors 25a-25e include an odometer sensor
25a for determining distance into a route.  This sensor 25a
can be connected to the bus drive shaft   and counts
revolutions.  This data can be used to determine the stop
number.

10      A door sensor 25b can be used to count the number of door
operations (opening/closing) of the front door 24 of the
school bus 19, which should correspond with the number of
stops.

       A swing arm sensor 25c can be implemented to count the
15     number of times the arm operates.  This operation should
coincide with the number of stops.

       A bus stop sign sensor 25d can be utilized to count the
number of times the bus stop sign operates.  This operation
should coincide with the number of stops.

20      A positioning system 25e can be used to determine the
geographical position of the bus 19 on the earth's surface.
The positioning system 25e could be the GPS (global
positioning system), the LORAN positioning system, the GLONASS
positioning system (USSR version of GPS), or some other
25     similar position tracking system.

       Fig. 2 is a high level schematic circuit diagram of the
VCU 12.  The VCU 12 is designed to be a compact unit with a
generally rectangular housing 34 that is mounted preferably on
or in front of the dashboard of the bus 19 in view and within
30     reach of the bus driver.   In the housing 34, the
microprocessor controller 16 is interfaced with the
transceiver 18 by a transceiver jack 31 (preferably a
conventional 8-conductor telephone jack when transceiver 18 is

-11-

a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and receiving signals to and from the BSCU 14. Further, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the
5    display by the bus driver for providing information to the bus driver, as described previously.

Fig. 3A is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the
10   operation of the transceiver 18 and the LCD display module 33. A switching element 37, such as an optical isolator (opto isolator) unit 37, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 21, 22, 23. An EEPROM 43 is provided for storing the
15   control programs (Figs. 6 and 7) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 for
20   allowing the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone 18
25   from the BSCU 14.

-12-

B.   Base Station Control Unit

The BSCU 14 can be implemented by any conventional computer with suitable processing capabilities for implementing the functionality described hereafter. The BSCU 14 is now described with reference to Figs. 1 and 3B.

In general, as shown in Fig. 1, the BSCU 14 includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. Moreover, the BSCU 14 can communicate to one or more passenger telephones 29, or student homes, via the telephone interface(s) 27 and telephone connection(s) 29'.

As illustrated in Fig. 3B, the BSCU 14 contains a conventional processor 2. The processor 2 intercommunicates with and controls the other elements within the BSCU 14 over a system bus 3. An input device(s) 4, for example, a keyboard or mouse, is used to input data from a user (perhaps a fleet operator) of the BSCU 14, and an output device(s) 5, such as a display or printer, is used to output data to the user. A nonvolatile storage device 6, for example, a hard disk drive or CDROM mechanism, may be used to permanently store the software of the BSCU 14, as well as to store the data bases generated by the BSCU 14.

A high speed volatile memory 7, such as a conventional random access memory (RAM), contains the software for driving the processor 2 during operation of the BSCU 14. Particularly, the RAM 7 is loaded with a conventional operating system software (e.g., DOS, UNIX, etc.) for supporting and implementing other software programs for implementing various novel features of the BSCU 14. These other software programs preferably include a preset notification time period mechanism 9, a calling report

-13-

generator 11, a vehicle progress report generator 13, and a base station control program 46 (Fig. 5) that has a vehicle communications program 47, and a student calling program 48. The foregoing software programs are loaded as needed into the

5   RAM 7, as needed, by the processor 2.

The preset notification time period mechanism 9 permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate

10   impending arrival of the vehicle 19 at the stop. The preset notification time period mechanism 9 can be implemented in software in many different manners, as is well known to someone with skill in the art. Preferably, the preset notification time period mechanism 9 allows a passenger to

15   define the period by (a) establishing a telephone communication link with the system telephone interface 27 and (b) providing the preset notification time period to the mechanism 9 during the telephone communication link.

The calling report generator 11 can be implemented in a

20   variety of ways in software and is preferably configured to permit the passenger to solicit a calling report corresponding to one or more previous telephone calls made by the system telephone interface 27 to the passenger telephone 29. In order to obtain the calling report, the passenger (a)

25   establishes a telephone communication link with the system telephone interface 27 and (b) requests the report. In turn, the calling report generator 11 provides the calling report to the passenger in real time during the telephone communication link. The calling report can be configured to indicate

30   whether the passenger telephone 29 was busy, was answered, was not answered, or was out of service, when the system telephone interface 27 initiated the previous telephone call(s) to the passenger telephone 29. Further, the calling report can be

-15-

any of the following interfaces:   (a)  a voice card(s) (preferably multiple port) and/or telephone; (b) a high-speed switch-computer   applications   interface(s)   (SCAI)   that communicates to a digital switch operated by a telephone
5   utility company; the SCAI adheres to the conventional OSI model and supports the carrying of application information in an application independent fashion; and (c) an interface that communicates with an analog display services interface(s) (ADSI) maintained by a telephone utility company. ADSI is a
10   cost effective technology that delivers voice and data information between a telephone terminal and a digital switch or server using existing copper telephone lines.

The   BSCU   14   could   be   configured   to   *merely call* passengers, thus warning them of the impending arrival of a
15   bus 19, as opposed to forwarding both a call and a message. Specifically, the student calling program 48 (Fig. 5) for the advance notification system 10 can be designed to make the telephone calls to the homes 36 of the students and allow the telephone to ring a predefined number of times so that it is
20   not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10.

The student calling program 48 (Fig. 5) associated with the advance notification system 10 can also be configured to
25   make   the   passenger   telephone   29   exhibit   a   distinctive telephone ring sound, or pattern, so that the call recipient need not answer the telephone in order to receive the message. The distinctive telephone ring can be coded by any sequence and duration of rings and/or silent periods. A standard ring
30   signal that is sent to a telephone from the telephone utility company is typically a periodic electrical analog signal having a frequency of 20 Hz and a peak-to-peak voltage amplitude of -48 volts.  The ring signal is asserted on the

F-40

-16-

telephone connection 29' for a predefined time period for ringing the telephone.   The foregoing time period can be manipulated in order to derive a distinctive sequence and duration of rings and/or silent periods.

5          Implementation of a distinctive telephone ring can be accomplished by purchasing this feature from a telephone utility company.   This feature is widely available to the public.    Generally,  telephone utility companies operate network switches,  now usually digital,  that serve as

10     interfaces for telephonic communications.    A particular geographic region is typically allocated to a particular switch(s).    In essence, one or more distinctive telephone rings can be driven by software running in the switches to a particular telephone.    Examples of switches that are

15     commercially available to telephone utility companies are as follows:  a model DMS100 by Northern Telecom, Canada; a model 5ESS by AT&T, U.S.A.; and a model EWSD by Siemans Stromberg-Carlson Corp., Germany.

The feature for establishing the distinctive telephone

20     ring is sold to the public under several different commercial trade names, depending upon the telephone utility company. Examples are as follows:  Call Selector by Northern Telecom, Canada; Ringmaster by Bell South, U.S.A.; Smartlink by SNET, U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by

25     PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student answers the telephone call from the base station unit 14, a prerecorded message may be played by the BSCU 14.   An example

30     of such a message would be: "The bus will arrive in five minutes," as indicated in Fig. 1 at the reference numeral 30.

F-41

-17-

II.  Underline: System Operation

    A.   Initialization

      Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and waiting at each stop for the approximate time it would take for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus driver actuates the switches 21, 22, 23 as required in accordance with the principles described previously. The timing information is recorded in the memory (RAM 44 and EEPROM 43) of the VCU 12.

      The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a bus 19 is early or late at each of the bus stops. In the preferred embodiment, determining the status (i.e., early, on time, late) of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

      However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late at an instance in time. For example, the odometer 25a of the bus 19, as indicated by phantom lines in Fig. 1, could be monitored by the microprocessor controller 16. At particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10. In this way, the determination of whether a bus 19 is early or late

-18-

can occur at any time during a bus route and can occur as many
times as desired.

Another methodology which could be utilized for
determining whether the bus 19 is early or late involves
5      interfacing the VCU 12 with the positioning system 25e, as
shown in Fig. 1 by phantom lines.   From the geographical
position data received from the positioning system 25e, the
microprocessor controller 16 could determine where the bus 19
is situated on the earth at any given time.   The bus location
10     at a particular time could then be compared with scheduled
locations and scheduled times in order to determine whether
the bus 19 is early or late and by what amount.

        B.   Regular Operation
        The overall operation of the advance notification system
15     10 will be described with reference to Figs. 4A and 4B.   Fig.
4A sets forth a flow chart showing the overall operation after
the system 10 has been initialized.   Fig. 4B shows an example
of a schedule of possible events and the interactions which
might occur between the VCU 12 and the BSCU 14 as the bus 19
20     travels along its scheduled route and makes its scheduled
stops.

        In Fig. 4B, the left hand column illustrates the sequence
of events for the BSCU 14, and the right hand column
illustrates the sequence of events on the VCU 12.   Between the
25     right and left hand columns is illustrated a time line for the
scheduled bus stops.   The time line has the following time
designations: ten minutes, sixteen minutes, and twenty-two
minutes, all along the scheduled bus route.

        First, the bus ignition is switched on, as indicated in
30     Fig. 4A at block 45a.   At the beginning of the bus route, the
system 10 could be configured to automatically initialize
itself upon power up of the VCU 12, and further, the unit 12

-19-

could be programmed to make initial contact with the BSCU 14
after the bus 19 moves a predefined distance, such as 1/8
mile, as determined by the odometer sensor 25a.   This
initialization action causes the microprocessor controller 16
5      to telephone the BSCU 12 to inform the BSCU 12 that the bus 19
is beginning its route and to initialize the BSCU 14 relative
to the VCU 12.   The foregoing action is indicated at flow
chart block 45b (Fig. 4A).   Alternatively, the bus driver can
press the start/reset switch 21 on the VCU 12 to initialize
10     the VCU 12.

          After initialization of the VCU 12, the display module 33
preferably displays "Stop Number 1" followed by the amount of
time to reach stop number 1.   The time continuously runs as
the bus 19 progresses along the bus route.

15          Next, as indicated at flow chart block 45c (Fig. 4A), the
VCU 12 determines, continuously or periodically, if the bus 19
is on time by analyzing the status of devices 21-25 (Fig. 1)
in view of planned route data (derived from initialization).
In the preferred embodiment, the VCU 12 at least compares its
20     elapsed time from the clock 24 (Fig. 1) with its scheduled
time from the planned route data.   When the bus 19 is on time,
the VCU 12 does not contact the BSCU 14, and the BSCU 14
commences calling students at the predefined time prior to
arrival of the bus 19 at the particular bus stop, as indicated
25     in flow chart block 45e (Fig. 4A).   In the example of Fig. 4B,
at five minutes along the scheduled route, the BSCU 14 places
a telephone call to the homes 36 of the school children to be
picked up at bus stop number 1.

          However, when the VCU 12 determines that the bus 19 is
30     early or late at this juncture, the VCU 12 contacts the BSCU
14, as indicated at flow chart block 45d (Fig. 4A), and the
BSCU 14 adjusts its student calling lists accordingly so that

-20-

the students are called in accordance with the predefined time
notice, *e.g.*, five minutes.

Further, as indicated at flow chart block 45f (Fig. 4A),
the VCU 12 again determines, continuously or periodically, if
5   the bus 19 is on time by analyzing the devices 21-25 (Fig. 1).
Preferably, in this regard, the VCU 12 at least compares its
elapsed time with its scheduled time.

Back to the example of Fig. 4B, at ten minutes along the
schedule, the bus 19 arrives at the bus stop number 1 and
10   takes one minute to load all the students at this stop onto
the bus 19.   Just prior to leaving stop 1, the bus driver
actuates the move forward switch 22.   Upon actuating the move
forward switch 22, the display module 33 preferably displays
"Stop Number 2" followed by the amount of time to reach stop
15   number 2.   The foregoing feedback signal may be generated by
one of the sensors 25a-25e so that the bus driver need not
actuate the move forward switch 22.

In accordance with flow chart block 45f (Fig. 4A), the
microprocessor controller 16 checks the elapsed time of eleven
20   minutes to confirm that such time corresponds to the
programmed time for bus stop number 1.   It will determine
whether the bus 19 is early or late.  If the bus 19 is either
early or late, the VCU 12 will call the BSCU 14 to inform the
unit 14 of this fact, as indicated at flow chart blocks 45g
25   and 45h (Fig. 4A).  If the bus 19 is on time, then the VCU 12
will continue to monitor the inputs from devices 21-25, as
indicated in flow chart block 45j.  In the example of Fig. 4B,
it is assumed that the bus 19 is neither early nor late in
leaving bus stop number 1.

30   Because the bus 19 is scheduled to arrive at bus stop
number 2 at sixteen minutes along the route, at eleven minutes
along the route the BSCU 14 places telephone calls to the

-21-

homes 36 of the school children who board the bus 19 at bus
stop number 2, as indicated at flow chart block 45k (Fig. 4A).

 The bus 19 then arrives at bus stop number 2 and
commences the boarding of students.  However, because one of
5 the school children is running late that particular morning,
the bus 19 spends three minutes at bus stop number 2, and,
thus, gets three minutes behind schedule.  Thus, the bus
departs at twenty minutes along the route.

 At this time, the VCU 12 makes an inquiry as to whether
10 there are any more bus stops, as indicated in flow chart block
45l.  If so, then the VCU 12 again monitors its travel status
by checking devices 21-25 (Fig. 1), in accordance with flow
chart block 45f (Fig. 4A).  If not, then the VCU 12 notifies
the BSCU 14 of the end of the route, as indicated at flow
15 chart block 45m.

 In the example of Fig. 4B, upon receiving the information
that the bus 19 is late, the microprocessor controller 16
compares the departure time to the scheduled departure time of
seventeen minutes, pursuant to flow chart block 45f (Fig. 4A),
20 and determines that the bus 19 is three minutes behind
schedule, in accordance with flow chart blocks 45g (Fig. 4A).
The microprocessor controller 16 then telephones the BSCU 14
to inform the BSCU 14 that the bus 19 is three minutes behind
schedule, as indicated in flow chart block 45h (Fig. 4A).  A
25 fleet operator's screen associated with the BSCU 14 is updated
to reflect the status of the late bus 19, as indicated at flow
chart block 45i (Fig. 4A).  Moreover, as indicated at flow
chart block 45d (Fig. 4A), the BSCU 14 then reschedules the
telephone calls that are to be made to the parents of the
30 students at bus stop number 3 from twenty-two minutes along
the route to twenty-five minutes along the route and resets
the VCU 12 to seventeen minutes along the route, the scheduled
time for the bus to leave bus stop number 2.

-22-

At twenty minutes along the route, the BSCU 14 calls the
student homes 36 of the students corresponding to bus stop
number 3, in accordance with flow chart block 45k (Fig. 4A),
to inform them that the bus 19 is five minutes from arriving.
5    At twenty-five minutes along the route, the bus 19 arrives at
bus stop 3, takes one minute to load the students on to the
bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether
there are any more bus stops, as indicated in flow chart block
10    45l. In the example of Fig. 4B, there are no more stops and,
accordingly, the VCU 12 notifies the BSCU 14 of the end of the
route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be
configured so that if a bus 19 becomes delayed by more than a
15    maximum length of time, such as fifteen minutes, the BSCU 14
immediately calls the homes 36 of the remaining students to
board the bus 19 in order to notify these homes 36 of the
unusual delay and to notify these homes 36 to wait for a
notification call.

20    III.  <u>Control Programs</u>

Figs. 5 through 7 show flow charts pertaining to control
programs that implement control processes or algorithms of the
advance notification system 10 of Fig. 1 in order to achieve
the functionality as set forth in Figs. 4A and 4B as described
25    hereinbefore. These flow charts illustrate the best mode for
practicing the invention at the time of filing this document.
More specifically, Fig. 5 illustrates a base station control
program 46 employed in the BSCU 14, and Figs. 6 and 7 show
respectively a vehicle control program 76 and a VCU call
30    control program 101 implemented in the VCU 12. The foregoing
control programs implement merely examples of plausible
control algorithms, and an infinite number of control

-23-

algorithms may be employed to practice the present invention.
Furthermore, it should be noted that the base station control
program 46 of Fig. 5 is implemented via software within any
conventional computer system, and the vehicle control program
5      76 of Fig. 6 and the VCU call control program 101 of Fig. 7
are both implemented via software run from RAM 44 (Fig. 3A) by
the microprocessor controller 16.   However, these control
operations need not be implemented in software and could be
implemented perhaps in hardware or even manually by human
10     interaction.

A.  Base Station Control Program

With reference to Fig. 5, the base station control
program 46 essentially comprises two control subprograms which
run concurrently, namely, (a) a vehicle communications program
15     47 and (b) a student calling program 48.   The vehicle
communications program 47 will be described immediately
hereafter followed by the student calling program 48.

1.  Vehicle Communications Program

The vehicle communications program 47 initially waits for
20     a telephone call from one of the VCUs 12 located on one of the
plurality of buses 19, as indicated by a flow chart block 51.
The vehicle communications program 47 is preferably capable of
monitoring a plurality of telephone connections 26' for
receiving information from a plurality of buses 19.   As the
25     number of buses 19 is increased, the number of telephone
connections 26' which are monitored by the vehicle
communications program 47 should also be increased to an
extent.

After the start of a bus 19 along its route, the
30     respective VCU 12 will initiate a telephone call to the BSCU
14, as indicated by the telephone bell symbol 52.  After the

-24-

BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in a flow chart block 53.  In other words, the BSCU 14 ensures that it is in
5    fact communicating with the VCU 12, and *vice versa*.

Next, as shown in a flow chart block 54, the BSCU 14 asks the VCU 12 for information regarding (a) the time into the route and (b) the number designating the next stop.   In addition, route data 56 is obtained from a local data base.
10    The route data 56 includes information pertaining to each bus stop and how much time it should take to reach each bus stop during the route.  From the route data 56 and the information (a) and (b) received from the VCU 12, the BSCU 14 can determine whether the bus 19 is late or early, as indicated by
15    flow chart blocks 57, 58, or whether the bus 19 has just started its route, as indicated by a flow chart block 59.  In the case where the bus 19 is late, the BSCU 14 advises the VCU 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart block 61.  In the case
20    where the bus 19 is early, the BSCU 14 advises the VCU 12 to move its on-board clock 24 forward so that the VCU 12 thinks it is on time, as indicated in flow chart block 62.  Moreover, in the situation where the bus 19 has just started its route and the telephone call is essentially the first call of the
25    route, the base station clock 28 and the on-board vehicle clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the BSCU 14 informs the VCU 12 to terminate the telephone call, which was
30    initiated in the flow chart block 51.   The vehicle communications program 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

-25-

Worth noting from the foregoing discussion is the fact that the BSCU 14 is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the VCU 12 communicates to the BSCU 14 *only* (a) when the bus 19 is at the start of a route, (b) when the bus 19 is either early or late during the route, and (c) when the bus 19 completes its route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

## 2.  Student calling program

As previously mentioned, the student calling program 48 runs concurrently with the vehicle communications program 47 within the BSCU 14. In essence, the student calling program 48 uses the timing information retrieved from the bus 19 by the vehicle communications program 47 in order to call students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the BSCU 14 and comprises information regarding (a) student names, (b) student telephone numbers, and (c) the time into a bus route when a student should be called via telephone. In accordance with the student calling program 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling program 48 initiates a telephone call to the particular student, as shown in flow chart blocks 68, 69. The telephone call can be made by using a distinctive telephone ring or a predefined number of rings, as described

-26-

previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the program can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling program 48 returns to the student list 66 and searches for the next student to be called.

As further shown in Fig. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications program 47 and the student calling program 46. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

B. Vehicle Control Program

Reference will now be made to the vehicle control program 76 shown in Fig. 6. Initially, as indicated in the flow chart block 77 of the vehicle control program 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to Fig. 7.

-27-

Next, as shown in Fig. 6, the vehicle control program 76 begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24, and sensors 25a-25e, if present, to determine whether the bus 19 is early or late. As mentioned previously, the vehicle control program 76 initiates a call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control program 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the program 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a bell symbol 84 in Fig. 7.

If the bus is not late, then the program 76 determines whether any of the switches 21, 22, 23 have been actuated, as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the program 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the program 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the program 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated

-28-

the move forward switch 22, then the VCU 12 will retrieve the next stop number and corresponding stop time, as indicated in flow chart block 88, from a local data base having the route data 56. Moreover, a decision will be made as to whether the bus 19 is early for that particular stop, as indicated in the decision flow chart block 91. In the preferred embodiment, the bus 19 is considered early if the bus 19 arrives at a stop more than a predetermined early time period, such as 50 seconds, earlier than when it should have arrived. If the bus is not early, then the program 76 will loop back and proceed again with the flow chart block 81. Otherwise, a call will be initiated to the BSCU 14 to inform the unit 14 that the bus 19 is early, as illustrated by bell symbol 92 in Fig. 7.

In the event that the bus driver has not actuated the move forward switch 22, the program 76 proceeds to a decisional flow chart block 93 wherein the program 76 determines whether the move backward switch 23 has been actuated by the bus driver. If the move backward switch 23 has been actuated, then the program 76 obtains the previous stop number and stop time, as indicated in flow chart block 94, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the program 76 determines whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96. If the start/reset switch 23 has not been actuated by the bus driver, then the program 76 loops back and begins again with the flow chart block 81. Otherwise, the program 76 loops back and begins again with the flow chart block 77.

-29-

### C.  VCU Call Control Program

When a call is initiated by the VCU 12 as indicated by
the call symbols 78, 84, 92, the VCU 12 follows the VCU call
control program 101 as illustrated in Fig. 7.  Initially, if
5      a mobile telephone is used by the VCU 12, the telephone number
corresponding with the BSCU 14 is obtained from the EEPROM 43,
as indicated in a flow chart block 102.  Other information is
also obtained, including among other things, the particular
bus number, bus serial number, and bus route.  Next, the VCU
10     call control program 101 sets a time out variable to keep
track of how many times a communication connection has been
initiated.    The  number  n  of  allowable  attempts  is
predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as
15     indicated in the flow chart block 103, the VCU call control
program 101 causes the transceiver 18 to be called, as
indicated in the flow chart block 104.  The call control
program 101 requires the VCU 12 to wait for a response from
the BSCU 14.  If the VCU 12 does not receive a response within
20     a predetermined time out period, preferably 20 seconds, then
the VCU call control program 101 loops back and begins again
at the flow chart block 103.  Otherwise, when the VCU call
control program 101 determines that a response has been
received, a validation procedure ensues, as indicated in a
25     flow chart block 108.  The validation process indicated at the
flow chart block 108 is that which was described previously
relative to the flow chart block 53 of Fig. 5.  Essentially,
it involves the exchange of symbols in order to assure a
proper connection.

30     At the commencement of the validation process, another
time out variable is set and will trigger termination of the
telephone connection after a predetermined time period has
run.  The initiation of the time out variable and monitoring

-30-

of the same is indicated in Fig. 7 at flow chart block 111.
If the time out variable triggers termination of the telephone
connection, then the VCU call control program 101 will hang up
and end the call, as illustrated by a flow chart block 114.
5   Otherwise, when the validation procedure has fully commenced,
commands are passed from the BSCU 14 to the VCU 12, as shown
by a flow chart block 112.  Commands which may be sent to the
VCU 12 include, for example, the following:  (1) Is the bus 19
either early or late?; (2) Reset the vehicle clock 24;
10   (3) Record new information in the EEPROM 43.  It should be
emphasized that the BSCU 14 may change the route information
contained within the EEPROM 43 of the particular bus 19.  The
foregoing features enables extreme flexibility of the advance
notification system 10.
15       Furthermore, the VCU call control program 101 determines
whether the BSCU 14 has finished its communication over the
mobile telephone, as indicated in a flow chart block 113.
Again, the VCU call control program 101 utilizes another time
out variable to determine whether the BSCU 14 has finished.
20   After the predetermined time period of the time out variable,
the VCU call control program 101 will assume that the BSCU 14
has terminated its communication, and accordingly, the VCU
call control program 101 will hang up the telephone, as
indicated in a flow chart block 114.  Otherwise, the VCU call
25   control program 101 will loop back and begin with the flow
chart block 111 in order to accept another command from the
BSCU 14.

IV.  Management Of BSCU By A Passenger
        In the preferred embodiment of the invention, a passenger
30   of the system 10 can communicate with and manage the BSCU 14
of the system 10 through an interactive system, such as an
interactive voice response system (IVR) or other suitable

-31-

communication system. This interactive system provides the
passenger with flexibility and control over the calling
parameters and the ability to solicit information, *i.e.*,
reports. When a passenger calls into the system 10, the
5     passenger may (a) enroll and/or make changes to the calling
parameters of the BSCU 14, including defining the preset
notification time period when the passenger is to receive a
telephone call prior to arrival of the vehicle 29 at the stop
(to thereby indicate impending arrival of the vehicle 29), (b)
10    obtain a vehicle progress report so as to check on vehicle
delays or if the passenger has missed the vehicle, and/or (c)
receive a calling report on the last notification attempt.

Moreover, in accordance with a security feature of the
present invention, the BSCU 14 is configured so that when a
15    passenger requests any of the foregoing information, the
telephone number of the passenger telephone 29 is checked by
the BSCU 14. If a passenger's telephone service has the
commercially available feature typically known as "calling
line identification," the BSCU 14 compares the caller's
20    telephone number with a previously-registered number
(reference caller identification number) stored in the student
list database 66 (Fig. 5). If the incoming number does not
match or if the telephone connection does not provide the
calling line identification, then the passenger is prompted to
25    enter his/her telephone number to the BSCU 14. Moreover, the
telephone number received by the BSCU 14 must be the one
registered in the BSCU 14 for the aforementioned options to be
used.

A.   Call Back Feature
30    Initially, in the preferred embodiment, when enrollment
is requested by a passenger, the BSCU 14 of the system 10
requests the passenger to enter its phone number, and the

-32-

telephone number is registered.  The BSCU 14 then calls the
passenger back at the telephone number registered in the BSCU
14 to confirm, before the passenger can change calling
parameters or solicit information from the BSCU 14.

5      If a subscribing passenger's telephone service has the
commercially available feature typically known as "calling
line identification," the BSCU 14 can recognize the directory
number.  In that case, the BSCU 14 will not have to call the
passenger back to register, and enrollment can continue.

10      Likewise, once registered and if a subscribing passenger
with calling line identification requests to use an option,
the telephone number does not have to be entered.   The
interactive voice response system (IVR) can recognize the
number delivered through calling line identification.

15   B.   Subscription
        The service provided by the system 10 can be started when
the subscribing passenger calls into the interactive voice
response system (IVR) from a telephone 29, preferably a touch-
tone telephone.   The subscribing passenger receives a prompt
20   to enter his/her telephone number.  The subscribing passenger
hangs up, and the BSCU 14 calls the subscribing passenger
back, unless calling line identification is in use as
described previously.
        Changes are only allowed if the telephone number derived
25   from the calling line identification matches the BSCU
registered number or if the entered telephone number matches
the registered number.
        An example illustrating the foregoing process follows.
In the example, as well as the others that follow, the system
30   10 utilizes the trade name "Bus-Call," which is currently a
federally registered trademark on the Principal Register at
the United States Patent and Trademark Office.

-33-

Example Session

| | | |
|---|---|---|
| | IVR: | "Welcome to Bus-Call. Please enter your telephone number now." |
| | Sub: | <Keypad numbers pressed> |
| 5 | IVR: | "The number you entered is xxx-xxxx. If this is correct, please press '1,' if not press '2'. The Bus-Call system will call you back within a couple of minutes. Thank you and please hang up now." |
| | Sub: | <Answers returned call> |
| 10 | IVR: | "Hello, thank you for using the Bus-Call system. Please press: |
| | | '1' to start the Bus-Call service to your home; |
| | | '2' to change the notification time; |
| | | '3' for the date and time of the last change made |
| 15 | | to Bus-Call." |

C.   Service Inception

In the preferred embodiment, with the implementation of the IVR, the BSCU 14 provides voice prompts to guide the passenger through a telephone call when the passenger wishes
20   to configure the BSCU 14 or retrieve information.

In the preferred configuration, voice prompts ask for the (a) bus number and the (b) stop number. These two pieces of information are usually given by the bus driver the first time the student rides the bus 29. The information can be taken
25   from the VCU display module 33 (Fig. 3A) of the VCU 12 and/or written on a marketing brochure in which the student takes home.

Information can be entered into the BSCU 14 and retrieved from the BSCU 14, after the bus number and stop number are
30   confirmed, as the BSCU 14 will provide an appropriate options menu to the caller. An example illustrating the foregoing process follows.

-34-

### Example Session

```
     Sub:    <The subscribing passenger calls in and enters the
             appropriate option to start Bus-Call service>
     IVR:    "Please enter your bus number now."
 5   Sub:    <Keypad number pressed>
     IVR:    "The number you entered is xx.  If this is correct
             please press '1.'  If  this  number  is  incorrect
             please press '2.'"
     Sub:    <Keypad number pressed>
10   IVR:    "Please enter your bus stop number now."
     Sub:    <Keypad number pressed"
     IVR:    The number you entered is xx.  If this is correct
             please press '1.'  If this number is incorrect,
             please press '2.'"
15   Sub:    <Keypad number pressed>
```

### D.   Preset Notification Time Period

The preset notification time period mechanism 9 (Fig. 3B)
permits the passenger to define a preset notification time
period when the passenger is to receive a telephone call prior
20    to arrival of a vehicle 19 at a vehicle stop to thereby
indicate impending arrival of the vehicle 19 at the stop.  The
preset notification time period can be provided by the
passenger to BSCU 14 by depressing touch tone buttons on the
passenger telephone 29 or other telephone.

25    If the period is not prescribed by the passenger, the
default for the notification time period is set to any
suitable period, such as five minutes.  Moreover, the
passenger prescribed time period or the default time period is
announced to the passenger.  Finally, if a change of the
30    preset notification time period is needed, the passenger is
prompted through the process.  An example of the foregoing
methodology is set forth hereafter.

-35-

### Example Session

| | | |
|---|---|---|
| Sub: | <The subscribing passenger calls in and enters the appropriate option to start Bus-Call service> | |
| IVR: | "Please enter your bus number now." | |
| 5 | Sub: | <Keypad number pressed> |
| IVR: | "The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect please press '2.'" | |
| Sub: | <Keypad number pressed> | |
| 10 | IVR: | "Please enter your bus stop number now." |
| Sub: | <Keypad number pressed" | |
| IVR: | The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect, please press '2.'" | |
| 15 | Sub: | <Keypad number pressed> |
| IVR: | Bus-Call will ring your telephone five minutes before the bus arrives.  If five minutes is not enough time, press '1.'  If five minutes is OK, press '2.'" | |
| 20 | Sub: | <Keypad number pressed> |
| IVR: | "Thank you" | |

or

"Please enter the new notification time now."
<Keypad number pressed>

25        "The time you entered is xx minutes.  If this is correct, press '1.'  If this number is incorrect, press '2.'
<Keypad number pressed>
"Thank you."

30    D.   Vehicle Progress Report

The vehicle progress report generator 13 (Fig. 3B) in the BSCU 14 allows a subscribing passenger to solicit information from the BSCU 14 pertaining to the progress of the vehicle 29 relative to its route and/or relative to a particular stop.

35    A subscribing passenger may feel that the vehicle 29 was missed.  By calling the BSCU 14 and pressing the appropriate option, the IVR provides information about the current vehicle location.

-36-

### Example Session

| IVR: | "Press (3) if you think you have missed the bus." |
| Sub: | <Keypad (3) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub: | <Keypad numbers pressed> |
| IVR: | "The bus has..." |

"...Already passed your stop. The Bus-Call system called your telephone number at 7:27 a.m. and received a busy signal. The bus stopped at 7:32 a.m."

or

"...Has not arrived and is approaching your stop in approximately 12 minutes."

### E.  Calling Report

The calling report generator 11 (Fig. 3B) in the BSCU 14 allows a subscribing passenger to solicit a calling report from the BSCU 14. The calling report can indicate, among other things, the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU 14 to the passenger telephone 29. The BSCU 14 can be programmed to make any number of attempts, but preferably, the BSCU 14 makes three attempts to provide notification.

### Example Session

| IVR: | "Press (4) if you would like a report on the last notification attempt." |
| Sub: | <Keypad (4) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub: | <Keypad numbers pressed> |
| IVR: | "The Bus-Call system called your telephone number at 7:15 a.m. on Monday, February 20..." |

"...The call was answered."

or

"...The telephone was busy."

or

"...The telephone rang but was not answered."

or

"...The telephone number was not in service or called block was engaged."

F-61

-37-

This calling report generator 11 can also be configured to allow the subscribing passenger to check on the last changes made to the calling parameters.   In this configuration, the IVR gives the change made and the date the
5   change was requested by the subscribing passenger.

It will be obvious to those skilled in the art that many modifications may be made to the preferred embodiment of the present invention, as set forth above, without departing substantially from the principles of the present invention.
10   All such modifications are intended to be included herein within the scope of the present invention, as defined in the following claims.

F-62

-38-

## CLAIMS

Wherefore, the following is claimed:

1. A method for an advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a passenger telephone associated with said passenger, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to the vehicle stop and for initiating a telephone call with said system telephone interface to the passenger telephone before the vehicle reaches the vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the method comprising the steps of:

(a) permitting said passenger to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by the following steps:

(1) establishing a telephone communication link between said passenger and said system telephone interface; and

(2) providing said vehicle progress report from said system control to said passenger during said telephone communication link.

2. The method of claim 1, further comprising the steps of:

when said vehicle is approaching said stop, specifying a time period indicating when said vehicle is to arrive at said stop; and

when said vehicle has already arrived at said stop, specifying an arrival time in said progress report.

F-63

-39-

3.   The method of claim 1, wherein said progress report includes a time when a previous call was initiated by said system telephone interface to said passenger telephone.

4.   The method of claim 1, further comprising the steps of:

maintaining a reference caller identification number associated with said passenger telephone; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-40-

5.    A method for an advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop, wherein the system comprises:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

(3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

(1) a receiver adapted to receive said travel signal from said vehicle control unit;

(2) base station telephone;

(3) base station processor controlling said receiver and said base station telephone, said base station processor for establishing a telephone connection between said base station telephone and said passenger telephone when said vehicle is at said preset time from said vehicle stop;

and wherein the method comprises the steps of:

(a) permitting said passenger to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by the following steps:

(1) establishing a telephone communication link between said passenger and said system telephone interface; and

(2) providing said vehicle progress report from said system control to said passenger during said telephone communication link.

-41-

6.   The method of claim 5, further comprising the step of specifying a time period in said vehicle progress report that indicates when said vehicle is to arrive at said stop.

7.   The method of claim 6, further comprising the step of specifying a time in said vehicle progress report when said vehicle arrived at said stop.

8.   The method of claim 5, further comprising the step of specifying in said vehicle progress report a time when a previous call was initiated by said system telephone interface to said passenger telephone.

9.   The method of claim 5, further comprising the steps of:

maintaining a reference caller identification number associated with said passenger telephone; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-42-

10.  An advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop and for permitting a passenger to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop, comprising:

a passenger telephone associated with said passenger;

a system control for monitoring travel of said vehicle in relation to the vehicle stop;

a system telephone interface in communication with said system control, said system telephone interface for establishing a telephone connection with said passenger telephone at a time before said vehicle reaches said vehicle stop; and

vehicle progress report generator associated with said system control for permitting said passenger to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by providing said vehicle progress report from said system control to said passenger during a telephone communication link between said passenger and said system telephone interface.

11.  The system of claim 10, further comprising a means for specifying a time period in said vehicle progress report that indicates when said vehicle is to arrive at said stop.

12.  The system of claim 10, further comprising a means for specifying a time in said vehicle progress report when said vehicle arrived at said stop.

13.  The system of claim 10, further comprising a means for specifying in said vehicle progress report a time when a previous call was initiated by said system telephone interface to said passenger telephone.

-43-

14.   The system of claim 10, wherein said system control further comprises:

means for storing a reference caller identification number associated with said passenger telephone; and

means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-44-

75. An advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop and for permitting a passenger to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop, comprising:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

(3) a vehicle control means controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

(1) a receiver adapted to receive said travel signal from said vehicle control unit;

(2) a base station telephone interface;

(3) a base station control controlling said receiver and said base station telephone interface, said base station control for establishing a telephone connection between said base station telephone interface and said passenger telephone before said vehicle reaches said vehicle stop; and

(4) a vehicle progress report generator associated with said base station control for permitting said passenger to solicit a vehicle progress report relating to arrival of said vehicle at said vehicle stop by providing said vehicle progress report from said base station control to said passenger during a telephone communication link between said passenger and said base station telephone interface.

-45-

16.    The system of claim 15, further comprising a means for specifying a time period in said vehicle progress report that indicates when said vehicle is to arrive at said stop.

17.    The system of claim 15, further comprising a means for specifying a time in said vehicle progress report when said vehicle arrived at said stop.

18.    The system of claim 15, further comprising a means for specifying in said vehicle progress report a time when a previous call was initiated by said base station telephone interface to said passenger telephone.

19.    The system of claim 15, wherein said base station control further comprises:

    means for storing a reference caller identification number associated with said passenger telephone; and

    means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

Attorney's Docket N    <u>5G01-1-021</u>

---

**COMBINED DECLARATION AND POWER OF ATTORNEY**
(ORIGINAL, DESIGN, NATIONAL STAGE OF PCT, SUPPLEMENTAL, DIVISIONAL,
CONTINUATION OR CIP)

---

As a below named inventor, I hereby declare that:

**TYPE OF DECLARATION**

This declaration is of the following type: (check one applicable item below)

    <u>x</u>  original
    _____  design
    _____  supplemental

NOTE:    If the declaration is for an International Application being filed as a divisional, continuation or continuation-in-part application do **not** check next item; check appropriate one of last three items.

    _____  national stage of PCT

NOTE:    If one of the following 3 items apply then complete and also attach ADDED PAGES FOR DIVISIONAL, CONTINUATION OR CIP.

    _____  divisional
    _____  continuation
    <u>x</u>  continuation-in-part (CIP)

**INVENTORSHIP IDENTIFICATION**

WARNING:    If the inventors are each not the inventors of all the claims on explanation of the facts, including the ownership of all the claims at the time the last claimed invention was made, should be submitted.

My residence, post office address and citizenship are as stated below next to my name, I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

**TITLE OF INVENTION**

---

**ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING
VEHICLE PROGRESS REPORT GENERATOR**

---

**SPECIFICATION IDENTIFICATION**

the specification of which: (complete (a), (b) or (c))

(a)    <u>x</u>  is attached hereto.

(b)    _____  was filed on _____ as Serial No. _____ or
    _____  Express Mail No., as Serial No. not yet known _____ and
          was amended on _____ (if applicable).

NOTE:    Amendments filed after the original papers are deposited with the PTO which contain new matter are not accorded a filing date by being referred to in the declaration. Accordingly, the amendments involved are those filed with the application papers or, in the case of a supplemental declaration, are those amendments claiming matter not encompassed in the original statement of invention or claims. See 37 CFR 1.67.

(c)    _____  was described and claimed in PCT International Application No.
        _____ filed on _____ and as
        amended Under PCT Article 19 on _____ (if any).

#### ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information

* which is material to patentability as defined in 37, Code of Federal Regulations, § 1.56.

  (also check the following items, if desired)

  __x__ and which is material to the examination of this application, namely, information where there is a substantial likelihood that a reasonable examiner would consider it important in deciding whether to allow the application to issue as a patent, and

  _____ In compliance with this duty, there is attached an information disclosure statement in accordance with 37 CFR 1.98.

#### PRIORITY CLAIM (35 U.S.C. § 119)

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(complete (d) or (e))

(d)   __x__ no such applications have been filed

(e)   _____ such applications have been filed as follows

NOTE:   Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

#### A.   PRIOR FOREIGN/PCT APPLICATION(S) FILED WITHIN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS APPLICATION AND ANY PRIORITY CLAIMS UNDER 35 U.S.C. § 119

| COUNTRY (OR INDICATE IF PCT) | APPLICATION NUMBER | DATE OF FILING (day, month, year) | PRIORITY CLAIMED UNDER 37 USC 119 |
|---|---|---|---|
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |
| | | | ___ YES   ___ NO |

ALL FOREIGN APPLICATION(S), IF ANY FILED MORE THAN 12 MONTHS
(6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

NOTE:   If the application filed more than 12 months from the filing date of this application is a PCT filing
forming the basis for this application entering the United States as (1) the national stage, or (2) a
continuation, divisional, or continuation-in-part, then also complete ADDED PAGES TO COMBINED
DECLARATION AND POWER OF ATTORNEY FOR DIVISIONAL, CONTINUATION OR CIP APPLICATION for benefit of the
prior U.S. or PCT application(s) under 35 U.S.C. § 120.

## POWER OF ATTORNEY

I hereby appoint the following attorney(s) and/or agent(s) to prosecute
this application and transact all business in the Patent and Trademark Office
connected therewith.   (List name and registration number)

Scott A. Horstemeyer, #34,183
James F. Vaughan, #31,889
George M. Hopkins, #17,411
George M. Thomas, #22,260
Steven D. Kerr, #32,472
James W. Kayden, #31,532
D. Scott Sudderth, #34,026

(check the following item, if applicable)

_____ Attached as part of this declaration and power of attorney is the
authorization of the above-named attorney(s) to accept and follow
instructions from my representative(s).

SEND CORRESPONDENCE TO                          DIRECT TELEPHONE CALLS TO:
(Name and Telephone Number)

Scott A. Horstemeyer
Hopkins & Thomas                                Scott A. Horstemeyer
Suite 1500                                      (404) 951-0931
100 Galleria Parkway N.W.
Atlanta, Georgia 30339

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are
true and that all statements made on information and belief are believed to be
true; and further that these statements were made with the knowledge that willful
false statements and the like so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United States Code, and that such
willful false statements may jeopardize the validity of the application or any
patent issued thereon.

SIGNATURE(S)

Full name of first inventor ___ Martin Kelly Jones

Inventor's signature _____

Date __6-28-95___    Country of Citizenship ___U.S.A.___

Residence __2417 Third Street, Dalton, Georgia 30720___

Post Office Address ___2417 Third Street, Dalton, Georgia 30720___

(Declaration and Power of Attorney--page 3 of 4)

CHECK PROPER BOX(ES) FOR ANY OF THE FOLLOWING ADDED PAGE(S) WHICH
FORM A PART OF THIS DECLARATION

_____ Signature for subsequent joint inventors.
                    Number of pages added _____.

_____ Signature by administrator(trix), executor(trix) or legal
       representative for deceased or incapacitated inventor.
                    Number of pages added _____.

_____ Signature for inventor who refuses to sign or cannot be reached by
       person authorized under 37 CFR 1.47.
                    Number of pages added _____.

                              *  *  *

__x__ Added pages to combined declaration and power of attorney for
      divisional, continuation, or continuation-in-part (CIP) application.

                 __x__   Number of pages added _One (1)__

                              *  *  *

_____ Authorization of attorney(s) to accept and follow instructions from
       representative.

                              *  *  *

       If no further pages form a part of this Declaration then end this
       Declaration with this page and check the following item

                    _____ This declaration ends with this page

ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY
FOR DIVISIONAL, CONTINUATION OR CONTINUATION-IN-PART

CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S) UNDER 35 U.S.C. 120

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) or PCT international application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application.

| PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 USC 120: | | | | | |
|---|---|---|---|---|---|
| U.S. Applications | | | Status (Check One) | | |
| U.S. Serial No. | U.S. Filing Date | | Patented | Pending | Abandoned |
| 1.  08/063,533 | May 18, 1993 | | X | | |
| 2.  08/407,319 | March 20, 1995 | | | X | |
| 3. | | | | | |
| PCT Applications Designating the U.S. | | | | | |
| PCT Application No. | PCT Filing Date | U.S. Serial Nos. Assigned (if any) | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

PATENT

Attorney's Docket No.   5G01-1-021

Applicant or Patentee:   Martin Kelly Jones
Serial or Patent No.:   To be assigned
Filed or Issued:   Herewith
For:   ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE
        PROGRESS REPORT GENERATOR

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) AND 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

_____ the owner of the small business concern identified below
___x__ an official of the small business concern empowered to act on behalf
       of the concern identified below:

NAME OF CONCERN _____ Global Research Systems, Inc.
ADDRESS OF CONCERN ____ 886 Horseleg Creek Road, SW
_____ Rome, Georgia 30165

I hereby declare that the above-identified small business concern qualifies as
a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR
1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title
35, United States Code, in that the number of employees of the concern, including
those of its affiliates, does not exceed 500 persons.  For purposes of this
statement, (1) the number of employees of the business concern is the average
over the previous fiscal year of the concern of the persons employed on a full-
time, part-time or temporary basis during each of the pay periods of the fiscal
year, and (2) concerns are affiliates of each other when either, directly or
indirectly, one concern controls or has the power to control the other, or a
third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and
remain with the small business concern identified above with regard to the
invention, entitled __ ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING _____
_____ VEHICLE PROGRESS REPORT GENERATOR
by inventor(s) __Martin Kelly Jones

described in

___x__ the specification filed herewith.
_____ application serial no. _____, filed _____.
_____ patent no. _____, issued _____.

If the rights held by the above-identified small business concern are not
exclusive, each individual, concern or organization having rights to the
invention is listed below* and no rights to the invention are held by any person,
other than the inventor, who could not qualify as a small business concern under
37 CFR 1.9(d) or by any concern which would not qualify as a small business
concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE: Separate verified statements are required from each named person, concern or organization having rights
to the invention averring to their status as small entities.  (37 CFR 1.27).

(Small Entity-Small Business--Page 1 of 2)

F-76

| NAME | N/A | | | |
|------|-----|--|--|--|
| ADDRESS | | | | |

| | INDIVIDUAL | | SMALL BUSINESS CONCERN | | NONPROFIT ORGANIZATION |
|--|------------|--|------------------------|--|------------------------|

| NAME | N/A | | | |
|------|-----|--|--|--|
| ADDRESS | | | | |

| | INDIVIDUAL | | SMALL BUSINESS CONCERN | | NONPROFIT ORGANIZATION |
|--|------------|--|------------------------|--|------------------------|

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate. (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING ___Gena B. Payne___

TITLE OF PERSON OTHER THAN OWNER ___CEO___

ADDRESS OF PERSON SIGNING ___886 Horseleg Creek Road, SW___
___Rome, Georgia 30165___

SIGNATURE _____ Date ___4/25/95___

(Small Entity-Small Business--Page 2 of 2)

F-77

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED



08/432898



*FIG 2*

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/432898



LIQUID CRYSTAL DISPLAY MODULE — 33

44

RAM — 76

VEHICLE CONTROL PROGRAM

CALL CONTROL PROGRAM — 19

OPERATING SYSTEM

35

BATTERY

START/ RESET — 21

MOVE FORWARD — 22

MOVE BACKWARD — 23

OPTO ISOLATOR — 37

16

MICROPROCESSOR CONTROLLER

MATRIX KEYBOARD EMULATOR — 39

12

EEPROM — 43

DUAL TONE MULTIPLE FREQUENCY DECODER — 41

TRANSCEIVER

31

18

*FIG 3A*

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/432898



FIG. 3B

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/432898



FIG. 4A

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/432898



*FIG 4B*

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/432898



**FIG 5**

EVENT LIST
FOR
DIAGNOSTICS
AND
SYSTEM
MONITORING

F-84

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08/432898



FIG 6

FIG 7



**FIG 1**

08/432898



FIG 2

F-87

08/432898



FIG 3A

08/432898



FIG. 3B

08/432898



FIG. 4A

08/432898



BASE-STATION COMPUTER
EVENT MODEL

BUS COMPUTER
EVENT MODEL

PLANNED
ROUTE
EVENT
TIME

ACTUAL
ROUTE
EVENT
TIME

BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE

BUS STARTS

0:00

0:05  CALL HOME
AT STOP 1

0:10

0:11
LEAVE STOP 1
AT 0:11

0:11  CALL HOME
AT STOP 2

0:16

0:20
BECAUSE STUDENT IS LATE,
LEAVE STOP 2 AT 0:20

SCHEDULE MISALIGNED
INFORM BASE-STATION

BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE

0:20  CALL HOME
AT STOP 3

0:26
LEAVE STOP 3
AT 0:26

0:25

LAST STOP
END OF ROUTE

LAST STOP
END OF ROUTE

FIG 4B

F-91

08/432898



**FIG 5**

08/432898



FIG 6

FIG 7

F-93

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Effective October 1, 1994 | Application or Docket Number<br>4'3287X |
|---|---|

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 365.00 | OR | | 730.00 |
| TOTAL CLAIMS | 19 minus 20 = | * 0 | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 14 minus 3 = | * 1 | x38= | 38 | OR | x76= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +120= | | OR | +240= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | 403 | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The Highest Number Previously Paid For (Total or Independent) is the highest number found in the appropriate box in column 1.

PACE DATA ENTRY CODING SHEET

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

| 1ST EXAMINER | 2ND EXAMINER |
|---|---|

APPLICATION NUMBER

08/432898

TYPE APPL.

INDEPENDENT CLAIMS

14

SMALL ENTITY

2

FILING DATE
MONTH  DAY  YEAR
05  02  95

FILING FEE
403

FOREIGN LICENSE
Y

SPECIAL HANDLING
0

ATTORNEY DOCKET
5G01-1-021

GROUP ART UNIT
2617

CLASS
340

PARENT APPLICATION SERIAL NUMBER

CONTINUITY DATA

PATENT NUMBER
5U0002,0 00 03285
003285893

COUNTRY CODE

FOREIGN APPLICATION SERIAL NUMBER

0328073419
13102013533

F-95

MORE

STATE/ZIP/YP/CODE

NAMES, SSN
STATE/ZIP/YP/CODE

LIST OF INVENTION

SERIAL NUMBERS

LICENSOR DATA

F-96

| BAR CODE LABEL | U.S. PATENT APPLICATION | | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/432,898 | 05/02/95 | 340 | 2617 |

**APPLICANT**

MARTIN K. JONES, DALTON, GA.

```
**CONTINUING DATA********************
   VERIFIED      THIS APPLN IS A CIP OF   08/407,319 03/20/95
                 WHICH IS A CIP OF   08/063,533 05/18/93 PAT    5,400,020
```

```
**FOREIGN/PCT APPLICATIONS************
   VERIFIED
```

FOREIGN FILING LICENSE GRANTED 05/22/95        ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| GA | 8 | 19 | 4 | $403.00 | 5G01-1-021 |

**ADDRESS**

SCOTT A HORSTEMEYER
HOPKINS & THOMAS
SUITE 1500
100 GALLERIA PARKWAY NW
ATLANTA GA 30339

**TITLE**

ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

F-97

Date                          Certifying Officer

08/432898

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

THE COMMISSIONER OF PATENTS
Washington, D.C. 20231                                    ,

Sir:                                                      Docket No. 5G01-1-021

Transmitted herewith for filing is the continuation-in-part patent application of

Inventor:   Martin Kelly, Jr. of 2417 Third Street, Dalton, Georgia 30720

For:   ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR

Enclosed are:
| X | 37 PAGES OF SPECIFICATION |
| X | 8 PAGES OF CLAIMS |
| X | 1 PAGES OF ABSTRACT |
| X | 8 SHEETS OF DRAWINGS (INFORMAL) |
| X | AN ASSIGNMENT OF THE INVENTION TO: GLOBAL RESEARCH SYSTEMS, INC. |
| X | RECORDATION FORM COVER SHEET |
| X | COMBINED DECLARATION AND POWER OF ATTORNEY |
| X | DECLARATION OF SMALL BUSINESS CONCERN |

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| For | Number Filed | Number Extra | Rate | Basic Fee $730/$365 |
| Total Claims | 19 - 20 = | 0 | x $22/$11 | |
| Independent Claims | 4 - 3 = | 1 | x $76/$38 | 38 |
| | | | TOTAL FILING FEE: | $403.00 |

___   PLEASE CHARGE MY DEPOSIT ACCOUNT NO. 20-0778 IN THE AMOUNT OF $ _____.
      A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

 X    THE COMMISSIONER IS HEREBY AUTHORIZED TO CHARGE ANY ADDITIONAL FEES WHICH MAY BE REQUIRED, OR CREDIT
      ANY OVERPAYMENT TO DEPOSIT ACCOUNT NO. 20-0778.  A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

 X    A CHECK IN THE AMOUNT OF $403.00 IS ATTACHED.

 X    A CHECK IN THE AMOUNT OF $40.00 TO COVER THE ASSIGNMENT RECORDING FEE IS ENCLOSED

                                        Scott A. Horstemeyer
                                        Registration No. 34,183

HOPKINS & THOMAS
Suite 1500
100 Galleria Parkway N.W.
Atlanta, Georgia  30339
(404) 951-0931

EXPRESS MAIL
I hereby certify that this correspondence is being deposited with the
United States Postal Service as "Express Mail Post Office To
Addressee," in an envelope addressed to: Commissioner of Patents and
Trademarks, Washington, D.C. 20231 on May 3, 1995 .

Express Mail No. TB 31X 56 231 7US

                    Signature

08/432898

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

THE COMMISSIONER OF PA...
Washington, D.C. 2023...

Sir:

Docket No. 5G01-1-021

Transmitted herewith for filing is the continuation-in-part patent application of

Inventor:  Martin Kelly Jones of 2417 Third Street, Dalton, Georgia 30720

For:  ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING VEHICLE PROGRESS REPORT GENERATOR

Enclosed are:
| | |
|---|---|
| X | 37 PAGES OF SPECIFICATION |
| X | 8 PAGES OF CLAIMS |
| X | 1 PAGES OF ABSTRACT |
| X | 8 SHEETS OF DRAWINGS (INFORMAL) |
| X | AN ASSIGNMENT OF THE INVENTION TO: GLOBAL RESEARCH SYSTEMS, INC. |
| X | RECORDATION FORM COVER SHEET |
| X | COMBINED DECLARATION AND POWER OF ATTORNEY |
| X | DECLARATION OF SMALL BUSINESS CONCERN |

CLAIMS AS FILED

| For | Number Filed | Number Extra | Rate | Basic Fee $730/$365 | |
|---|---|---|---|---|---|
| Total Claims | 19 - 20 = | 0 | x $22/$11 | | |
| Independent Claims | 4 - 3 = | 1 | x $76/$38 | 38 | |
| | | | TOTAL FILING FEE: | $403.00 | |

PLEASE CHARGE MY DEPOSIT ACCOUNT NO. 20-0778 IN THE AMOUNT OF $ _____.
A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

X — THE COMMISSIONER IS HEREBY AUTHORIZED TO CHARGE ANY ADDITIONAL FEES WHICH MAY BE REQUIRED, OR CREDIT ANY OVERPAYMENT TO DEPOSIT ACCOUNT NO. 20-0778.  A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

X   A CHECK IN THE AMOUNT OF $403.00 IS ATTACHED.

X   A CHECK IN THE AMOUNT OF $40.00 TO COVER THE ASSIGNMENT RECORDING FEE IS ENCLOSED

Scott A. Horstemeyer
Registration No. 34,183

HOPKINS & THOMAS
Suite 1500
100 Galleria Parkway N.W.
Atlanta, Georgia  30339
(404) 951-0931

EXPRESS MAIL
I hereby certify that this correspondence is being deposited with the United States Postal Service as "Express Mail Post Office To Addressee," in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231 on _____.

Express Mail No. _____

_____
Signature

F-99

08/432898

| | | |
|---|---|---|
| GEORGE M. M HOPKINS | **HOPKINS & THOMAS** | INTERNATIONAL PATENT |
| SCOTT A. HORSTEMEYER | ATTORNEYS AT LAW | TRADEMARK AND COPYRIGHT LAW |
| JAMES W. KAYDEN | SUITE 1500 | AND RELATED LITIGATION |
| STEVEN D. KERR | 100 GALLERIA PARKWAY N W | |
| D. SCOTT SUDDERTH | ATLANTA, GEORGIA 30339-5948 | OF COUNSEL |
| GEORGE M. THOMAS | U.S.A. | DAVID P. KELLEY* |
| JAMES F. VAUGHAN | (404) 951-0031 | CHARLES H. FAILS |
| STEPHEN R. RISLEY | FACSIMILE (404) 951-0933 | *REG. PATENT ATTY |
| MALVERN U. GRIFFIN, III | | D C. BAR ONLY |
| COLLEN A. BEARD | | |
| JON M. JURGOVAN* | May 2, 1995 | |
| GEOFF L. SUTCLIFFE | | |

The Honorable Commissioner                                    VIA EXPRESS MAIL
  of Patents and Trademarks
Box Patent Application
Washington, D.C. 20231

Re:   U.S. Utility Patent Application
      Title: **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING**
             **VEHICLE PROGRESS REPORT GENERATOR**
      Inventor: Martin Kelly Jones
      Our File No.: 5G01-1-021

Sir:

The following documents are forwarded herewith for appropriate action by the U.S. Patent and
Trademark Office:

1.   Patent application transmittal;
2.   Patent application, including
     37 pages of specification
      8 pages of claims
      1 page of abstract
      8 sheets of informal drawings
3.   Combined Declaration and Power of Attorney;
4.   Assignment;
5.   Recordation Form Cover Sheet;
6.   Verified Statement (Declaration) Claiming Small Entity Status;
7.   $443.00 check; and
8.   Return postcard.

The Commissioner is hereby authorized to charge any fee deficiency, or credit any overpayment,
to our Deposit Account No. 20-0778. A duplicate copy of this letter is enclosed.

Very truly yours,

HOPKINS & THOMAS

Scott A. Horstemeyer
Registration No. 34,183

SAH/cw                                                         F-100
Enclosures



# EXHIBIT / ATTACHMENT



**(To be scanned in place of tab)**

# United States Patent File History

## Tab Listings

A. References (if applicable)
   A1—US References
   A2—Foreign References

B. Jacket (face of file, contents flap, index of claims, PTO 270, searched)

C. Printed Patent

D. Specification (serial no. sheet, abstract, specification, claims)

E. Oath
   E1—Small Entity Status (if applicable)

F. Drawing Figures (if applicable)

G. PTO/Applicant Correspondence

H. Original Patent Application (in cases of FWC)

## Supplied by:
REEDFAX Document Delivery System

117 Gibraltar Road, Horsham, PA 19044-0962

Customer Service: 1-800-422-1337 or 215-441-4768
Fax: 1-800-421-5585 or 215-441-5463

# United States
# Patent File History

## Tab Listings

**A.** References (if applicable)
  **A1**–U.S. References
  **A2**–Foreign References

**B.** Jacket (face of file contents flap, index of claims, PTO 270, searched)

**C.** Printed Patent

**D.** Specification (serial no. sheet, abstract, specification, claims)

**E.** Oath
  **E1**–Small Entity Status (if applicable)

**F.** Drawing Figures (if applicable)

**G.** PTO/Applicant Correspondence

**H.** Original Patent Application (in cases of FWC)

## Supplied by:

REEDFAX Document Delivery System

117 Gibraltar Road, Horsham, PA 19044-0962

Customer Service 1-800-422-1337 or 215-441-4768
Fax 1-800-421-5585 or 215-441-5463

G-1



5668543

| UTILITY SERIAL NUMBER | 08/432666 | PATENT DATE SEP 1 6 1997 | PATENT NUMBER |
|---|---|---|---|

5668543

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/432,666 | 05/02/95 | 340 | | 2617 | |

**APPLICANTS**

MARTIN K. JONES, DALTON, GA.

```
**CONTINUING DATA***********************
    VERIFIED    THIS APPLN IS A CIP OF   08/407,319 03/20/95, now abandoned
     BAS         WHICH IS A CIP OF  08/063,533 05/18/93 PAT   5,400,020
```

```
**FOREIGN/PCT APPLICATIONS***********
    VERIFIED
    None BAS
```

**NOTE-DISCLAIMER**
The term of this patent shall not extend beyond the expiration date of Pat. No. 5651010.

FOREIGN FILING LICENSE GRANTED 06/13/95    ***** SMALL ENTITY *****

| Foreign priority claimed ☐ yes ☑ no 35 USC 119 conditions met ☐ yes ☑ no BAS Verified and Acknowledged Examiner's initials | AS FILED | STATE OR COUNTRY GA | SHEETS DRWGS. 8 | TOTAL CLAIMS 22 | INDEP. CLAIMS 4 | FILING FEE RECEIVED $425.00 | ATTORNEY'S DOCKET NO. 5601-1-022 |
|---|---|---|---|---|---|---|---|

**ADDRESS**

SCOTT A HORSTEMEYER
HOPKINS AND THOMAS
100 GALLERIA PARKWAY N W SUITE 1500
ATLANTA GA 30339

**TITLE**

ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING REPORT GENERATOR

U.S. DEPT. OF COMM./PAT. & TM—PTO-436L (Rev. 12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | | Applications Examiner |
|---|---|---|---|

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 5-9-97 Assistant Examiner | | Total Claims 80 | Print Claim 1 |

| ISSUE FEE | | | DRAWING | |
|---|---|---|---|---|
| Amount Due 645.00 | Date Paid 6-11-97 | Brent Swarthout BRENT A. SWARTHOUT PRIMARY EXAMINER GROUP 2600 Primary Examiner | Sheets Drwg. 8 | Figs. Drwg. 9 | Print Fig. 1 |

FORM PTO-1267 U.S. Department of Commerce
(Rev. 11-92)    Patent and Trademark Office

| ISSUE BATCH NUMBER | M79 |
|---|---|

**DISCLAIMER LABEL**

Application No.
08/432,666

A terminal disclaimer has been entered and recorded under 35 U.S.C. 253 in this file.

**DO NOT DESTROY**

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev. 8/92)

KP

G-2

(FACE)

PA...

**ORIGINAL CLASSIFICATION**

| | | |
|---|---|---|
| CLASS | SUBCLASS | |
| 340 | 994 | |

APPLICATION SERIAL NUMBER

432,666

**CROSS REFERENCE(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | |
|---|---|---|---|
| 340 | 988 | | |
| 364 | 436 | | |
| 379 | 58 | | |

APPLICANT'S NAME (PLEASE PRINT)

Martin K. Jones

IF REISSUE, ORIGINAL PATENT NUMBER

**INTERNATIONAL CLASSIFICATION #6**

| G | 0 | 8 | G | 1 | /123 |
|---|---|---|---|---|---|

GROUP ART UNIT

2617

ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME)

Brent A. Swarthout

PTO-270
(REV. 5-91)

**ISSUE CLASSIFICATION SLIP**

U S DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

## INDEX OF CLAIMS

SYMBOLS
- ✓ ........... Rejected
- — ........... Allowed
- (Through numeral) ... Cancelled
- + ........... Restricted
- N ........... Non-elected
- I ........... Interference
- A ........... Appeal
- O ........... Objected

G-3

| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 340 | 905, 785 787, 990 992, 994 | 8-29-96 | BAS |
| 379 | 58, 59 201, 204 | | |
| 364 | 436 | | |
| 455 | 53.1, 54.1 | | |
| | updated | 2-26-97 | BAS |
| | updated | 5-8-97 | BAS |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES | | |
|---|---|---|
| checked w/ Bost | Date | Exmr. |
| | 8-29-96 | BAS |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 340 | 994 985 | 5-8-97 | BAS |
| 364 | 436 | | |
| 379 | 58 | | |

G-4

(RIGHT OUTSIDE)

## INDEX OF CLAIMS

| Claim | | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |
| 41 | | | | | | | | |
| 42 | | | | | | | | |
| 43 | | | | | | | | |
| 44 | | | | | | | | |
| 45 | | | | | | | | |
| 46 | | | | | | | | |
| 47 | | | | | | | | |
| 48 | | | | | | | | |
| 49 | | | | | | | | |
| 50 | | | | | | | | |

| Claim | | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | |
| 51 | | | | | | | | |
| 52 | | | | | | | | |
| 53 | | | | | | | | |
| 54 | | | | | | | | |
| 55 | | | | | | | | |
| 56 | | | | | | | | |
| 57 | | | | | | | | |
| 58 | | | | | | | | |
| 59 | | | | | | | | |
| 60 | | | | | | | | |
| 61 | | | | | | | | |
| 62 | | | | | | | | |
| 63 | | | | | | | | |
| 64 | | | | | | | | |
| 65 | | | | | | | | |
| 66 | | | | | | | | |
| 67 | | | | | | | | |
| 68 | | | | | | | | |
| 69 | | | | | | | | |
| 70 | | | | | | | | |
| 71 | | | | | | | | |
| 72 | | | | | | | | |
| 73 | | | | | | | | |
| 74 | | | | | | | | |
| 75 | | | | | | | | |
| 76 | | | | | | | | |
| 77 | | | | | | | | |
| 78 | | | | | | | | |
| 79 | | | | | | | | |
| 80 | | | | | | | | |
| 81 | | | | | | | | |
| 82 | | | | | | | | |
| 83 | | | | | | | | |
| 84 | | | | | | | | |
| 85 | | | | | | | | |
| 86 | | | | | | | | |
| 87 | | | | | | | | |
| 88 | | | | | | | | |
| 89 | | | | | | | | |
| 90 | | | | | | | | |
| 91 | | | | | | | | |
| 92 | | | | | | | | |
| 93 | | | | | | | | |
| 94 | | | | | | | | |
| 95 | | | | | | | | |
| 96 | | | | | | | | |
| 97 | | | | | | | | |
| 98 | | | | | | | | |
| 99 | | | | | | | | |
| 100 | | | | | | | | |

SYMBOLS
- Rejected
- Allowed
(Through numeral) Canceled
- Restricted
N Non-elected
I Interference
A Appeal
O Objected

US005668543A

# United States Patent [19]

**Jones**

[11] Patent Number: **5,668,543**

[45] Date of Patent: *Sep. 16, 1997

[54] **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING REPORT GENERATOR**

[75] Inventor: **Martin Kelly Jones**, Dalton, Ga.

[73] Assignee: **Global Research Systems, Inc.**, Rome, Ga.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,657,010.

[21] Appl. No.: **432,666**

[22] Filed: **May 2, 1995**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 407,319, Mar. 20, 1995, abandoned, which is a continuation-in-part of Ser. No. 63,533, May 18, 1993, Pat. No. 5,400,020.

[51] Int. Cl.⁶ ............................................. G08G 1/123
[52] U.S. Cl. ................................. 340/994; 340/988
[58] Field of Search ............................ 340/905, 988, 340/989, 990, 992, 994; 379/58, 59, 201, 204; 364/436; 455/53.1, 54.1

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 4,325,057 | 4/1982 | Bishop | 340/994 |
|---|---|---|---|
| 4,350,969 | 9/1982 | Greer | 455/38.4 |
| 4,713,661 | 12/1987 | Boone et al. | 340/539 |
| 4,799,162 | 1/1989 | Shinkawa et al. | 340/994 |
| 4,812,843 | 3/1989 | Champion, III et al. | 364/436 |
| 5,021,780 | 6/1991 | Fabiano et al. | 340/539 |
| 5,131,020 | 7/1992 | Liebesny et al. | 379/100 |

| 5,144,301 | 9/1992 | Jackson et al. | 340/994 |
|---|---|---|---|
| 5,218,629 | 6/1993 | Dumond, Jr. et al. | 379/58 |
| 5,400,020 | 3/1995 | Jones et al. | 379/58 |
| 5,444,444 | 8/1995 | Ross | 340/994 |

**FOREIGN PATENT DOCUMENTS**

| 2559930 | 8/1985 | France | 340/995 |
|---|---|---|---|
| 2674355 | 9/1992 | France | 340/994 |
| 0056175 | 6/1977 | Japan | 340/994 |
| 0288400 | 11/1988 | Japan | 340/994 |

*Primary Examiner*—Brent A. Swarthout
*Attorney, Agent, or Firm*—Thomas, Kayden, Horstemeyer & Risley

[57] **ABSTRACT**

An advance notification system (10) and method notifies passengers of the impending arrival of a transportation vehicle (19), for example, a school bus, at a particular vehicle stop. The system (10) generally includes an on-board vehicle control unit (VCU) (12) for each vehicle (19) and a base station control unit (BSCU) (14) for making telephone calls to passengers in order to inform the passengers when the vehicle (19) is a certain predefined time period and/or distance away from the vehicle stop. The VCU (12) compares elapsed time and/or travelled distance to the programmed scheduled time and/or travelled distance to determine if the vehicle (19) is on schedule. If the vehicle (19) is behind or ahead of schedule, the VCU (12) calls the BSCU (14), which then adjusts its calling schedule accordingly. Significantly, a calling report generator (11) in the BSCU (14) allows a subscribing passenger to solicit a calling report from the BSCU (14) that indicates the time(s) and outcome (s) of any previous notification attempt(s) by the BSCU (14) to the passenger telephone (29).

**80 Claims, 8 Drawing Sheets**





FIG 1



**FIG 2**



*FIG 3A*



**FIG 3B**



FIG 4A



BASE-STATION COMPUTER EVENT MODEL
BUS COMPUTER EVENT MODEL
PLANNED ROUTE EVENT TIME
ACTUAL ROUTE EVENT TIME
BUS STARTS
BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE
0:00
0:05
CALL HOME AT STOP 1
0:10
0:11
LEAVE STOP 1 AT 0:11
0:11
CALL HOME AT STOP 2
0:16
0:20
BECAUSE STUDENT IS LATE, LEAVE STOP 2 AT 0:20
SCHEDULE MISALIGNED INFORM BASE-STATION
BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE
0:20
CALL HOME AT STOP 3
0:26
LEAVE STOP 3 AT 0:26
0:25
LAST STOP END OF ROUTE
LAST STOP END OF ROUTE

FIG 4B



**FIG 5**



**FIG 6**

**FIG 7**

| 1 | 2 |

## ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING REPORT GENERATOR

This document is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING" filed Mar. 20, 1995 by Jones et al. that was assigned Ser. No. 08/407,319, now abandoned; which is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May 18, 1993 by Jones et al. that was assigned Ser. No. 08/063,533, now U.S. Pat. No. 5,400,020 to Jones et al. that issued on Mar. 21, 1995.

### FIELD OF THE INVENTION

The present invention generally relates to data communications and information systems and, more particularly, to an advance notification system and method for notifying persons in advance of the impending arrival of a transportation vehicle, for example but not limited to, a bus, train, plane, fishing vessel, or other vessel, at a particular vehicle stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for passengers to know of the approximate arrival time of a particular transportation vehicle shortly before the vehicle is to arrive at a particular destination. With such information, passengers can adjust their schedules accordingly and avoid having to wait on the particular vehicle to reach the particular destination. For example, a person having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time, which information is oftentimes unavailable, or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example is in the commercial fishing industry, wherein fish markets, restaurants, and other establishments desire to purchase fish immediately upon arrival of a commercial fishing boat at a port. Currently, such establishments, in order to ensure being able to purchase the freshest catch, often depend on predetermined schedules of fishing fleets, which are not always accurate or reliable.

Still another example involves school children who ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at a particular bus stop at substantially different times from one day to the next. The reason is that school buses are not always the best maintained vehicles on the roads, frequently must operate during rush hour traffic, and must contend with congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, or even dark, such conditions can be unhealthy and unsafe for children.

Thus, generally, it would be desirable for a passenger to know when a vessel, such as a bus, train, plane, or the like, is a particular time period (number of minutes or seconds) from arriving at a destination so that the passenger can adjust his/her schedule and avoid arriving too early or late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. U.S. Pat. No. 4,713,661 to Boone et al. and U.S. Pat. No. 4,350,969 describe systems of this type. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to the receiver, which in turn produces an indicator signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

### SUMMARY OF THE INVENTION

An object of the present invention is to overcome the deficiencies and inadequacies of the prior art as noted above and as generally known in the industry.

Another object of the present invention is to provide an advance notification system and method for according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system and method for according advance notification to school students of the impending arrival of a school bus at a particular bus stop.

Another object of the present invention is to provide an advance notification system and method for inexpensively according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system that is reliable in operation and flexible in design to permit customization to a particular application.

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., odometer, door sensor, swing arm sensor, bus stop sensor, positioning system input, etc.) for signalling to the vehicle control mechanism when the vehicle is early, late, and on time along the scheduled route. The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or travelled distance of the vehicle at any of the particular positions is either ahead or behind the scheduled time and/or distance. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

| 3 | 4 |

The BSCU has a base communication mechanism and a base station control mechanism for controlling the base station communication mechanism. The base station communication mechanism receives the calls from the VCU and receives the amount of time and/or distance in which the vehicle is ahead or behind relative to the schedule. The base station control mechanism causes calls to be made to each of the passengers to be boarded at a particular stop location via the base station communication mechanism prior to the arrival of the vehicle at the particular stop location. In the preferred embodiment, the base station communication mechanism is a wireless communication device, such as a mobile telephone or RF transceiver (includes both transmitter and receiver), for communicating with the vehicle communication mechanism and also comprises at least one telephone for calling passenger telephones.

The telephone call to advise a passenger of the impending arrival of the vehicle preferably can exhibit a distinctive telephone ring sound so that the call recipient need not answer the telephone in order to receive the message. Moreover, the distinctive telephone ring sound can be coded by any sequence and duration of rings and/or silent periods.

In accordance with a significant feature of the present invention, a calling report generator in the BSCU allows a subscribing passenger to solicit a calling report from the BSCU. The report can indicate the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU to the passenger telephone.

It should be emphasized that while the present invention is particularly suited for application to school buses, there are many other applications. As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup vehicles, delivery vehicles, fishing vessels, and numerous other transportation vehicles.

Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying drawings. All such additional objects, features, and advantages are intended to be included herein.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

FIG. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a school bus system, as an example, the advance notification system generally comprising vehicle control units (VCU) in communication with a base station control unit (BSCU), which are in turn in communication with passenger telephones;

FIG. 2 is a high level block diagram of the VCU of the advance notification system of FIG. 1;

FIG. 3A is a low level block diagram of the VCU of FIG. 1;

FIG. 3B is a block diagram of the BSCU of FIG. 1;

FIG. 4A is a flow chart of the overall operation of the advance notification system of FIG. 1;

FIG. 4B is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of FIG. 1;

FIG. 5 is a flow chart of a base station control program for the base station control unit 14 of FIG. 1 that includes a vehicle communications program and a student calling program;

FIG. 6 is a flow chart of a vehicle control program for the VCU of FIGS. 1 and 2; and

FIG. 7 is a flow chart of a VCU call control program for the VCU of FIGS. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiment without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the claims.

### I. System Architecture

Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views, FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention as configured to operate in, for example but not limited to, a school bus system. The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of passenger telephones 29. As configured in the school bus system 10, a VCU 12 is installed in each of a plurality of school buses 19, all of which communicate with the single BSCU 14. Moreover, the BSCU 14 communicates with a telephone 29 at one or more passenger locations 36, or student homes in the present exemplary application.

### A. Vehicle Control Unit

The VCU 12 will now be described with reference to FIGS. 1, 2, and 3. Referring first to FIG. 1, each VCU 12 comprises a microprocessor controller 16, preferably a model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation, U.S.A. The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU unit 14. Examples of suitable wireless communication devices include a mobile telephone (e.g., cellular) and a transceiver (having both a transmitter and receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range.

In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones." These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxi cab communications systems.

The microprocessor controller 16 is electrically interfaced with a start/reset switch 21, a move forward switch 22, a move backward switch 23, a clock 24, and optionally, sensors 25a–25d. Generally, vehicle tracking is accomplished by monitoring the control switches 21–23, the sensors 25a–25c, the power to the controller 16, and a route database (FIG. 5). It is recommended that all of the foregoing features be employed to provide redundant checking.

More specifically, the start/reset switch 21 can be actuated by the bus driver upon starting along the bus's scheduled route to initialize the system 10. The move forward switch

5

22 can be actuated by the bus driver upon reaching a bus stop in order to inform the VCU 12 that a stop has been made, the details of which will be further described hereinafter. The move backward switch 23 can be actuated by the bus driver at a bus stop if the bus driver has erroneously toggled the move forward switch 22 too many times, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory must be updated. In essence, the move forward switch 22 and the move backward switch 23 cause the next stop designation which is displayed on the display module 33 and stored in the VCU 12 to toggle forward and backward, respectively.

The VCU 12 can be configured so that the operation of the start/reset switch 21, the move forward switch 22, and the move backward switch 23 is purely optional by the bus driver. In this configuration, the sensors 25a–25e automatically accomplish the aforementioned functions of the switches 21–23. However, in certain cases, the bus driver may want to use the switches to override the sensors 25a–25e. One of these cases may be when a student rides a bus only two out of five school days. Rather than program the VCU 12 to track these unnecessary stops, the driver may manually control the stop number by the switches 21–23.

The clock 24 tracks the elapsed time as the bus travels along its scheduled route and feeds the timing information to the microprocessor controller 16.

The display module 33 informs the bus driver as to the number corresponding to the next stop and the time (preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the display module 33. For example, the display module 33 may display the amount of time that the bus 19 is ahead of or behind schedule, the status of the VCU 12 in communication with the BSCU 14, or, upon actuation of start button 21, that the advance notification system 10 is operating.

The optional sensors 25a–25e include an odometer sensor 25a for determining distance into a route. This sensor 25a can be connected to the bus drive shaft and counts revolutions. This data can be used to determine the stop number.

A door sensor 25b can be used to count the number of door operations (opening/closing) of the front door 24 of the school bus 19, which should correspond with the number of stops.

A swing arm sensor 25c can be implemented to count the number of times the arm operates. This operation should coincide with the number of stops.

A bus stop sign sensor 25d can be utilized to count the number of times the bus stop sign operates. This operation should coincide with the number of stops.

A positioning system 25e can be used to determine the geographical position of the bus 19 on the earth's surface. The positioning system 25e could be the GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other similar position tracking system.

FIG. 2 is a high level schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the bus 19 in view and within reach of the bus driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and receiving signals to and from the BSCU 14.

6

Further, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the bus driver for providing information to the bus driver, as described previously.

FIG. 3A is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12. The microprocessor controller 16 essentially controls the operation of the transceiver 18 and the LCD display module 33. A switching element 37, such as an optical isolator (opto isolator) unit 37, provides a buffer between the microprocessor controller 16 and the battery 36 as well as switches 21, 22, 23. An EEPROM 43 is provided for storing the control programs (FIGS. 6 and 7) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 for allowing the microprocessor controller to control and transmit signals over the transceiver 18. Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone 18 from the BSCU 14.

B. Base Station Control Unit

The BSCU 14 can be implemented by any conventional computer with suitable processing capabilities for implementing the functionality described hereafter. The BSCU 14 is now described with reference to FIGS. 1 and 3B.

In general, as shown in FIG. 1, the BSCU 14 includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. Moreover, the BSCU 14 can communicate to one or more passenger telephones 28', or student homes, via the telephone interface(s) 27 and telephone connection(s) 28'.

As illustrated in FIG. 3B, the BSCU 14 contains a conventional processor 2. The processor 2 intercommunicates with and controls the other elements within the BSCU 14 over a system bus 3. An input device(s) 4, for example, a keyboard or mouse, is used to input data from a user (perhaps a fleet operator) of the BSCU 14, and an output device(s) 5, such as a display or printer, is used to output data to the user. A nonvolatile storage device 6, for example, a hard disk drive or CDROM mechanism, may be used to permanently store the software of the BSCU 14, as well as to store the data bases generated by the BSCU 14.

A high speed volatile memory 7, such as a conventional random access memory (RAM), contains the software for driving the processor 2 during operation of the BSCU 14. Particularly, the RAM 7 is loaded with a conventional operating system software (e.g., DOS, UNIX, etc.) for supporting and implementing other software programs for implementing various novel features of the BSCU 14. These other software programs preferably include a preset notification time period mechanism 9, a calling report generator 11, a vehicle progress report generator 13, and a base station control program 46 (FIG. 5) that has a vehicle communications program 47, and a student calling program 48. The foregoing software programs are loaded as needed into the RAM 7, as needed, by the processor 2.

The preset notification time period mechanism 9 permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate

5,668,543

**7**

impending arrival of the vehicle 19 at the stop. The preset notification time period mechanism 9 can be implemented in software in many different manners, as is well known to someone with skill in the art. Preferably, the preset notification time period mechanism 9 allows a passenger to define the period by (a) establishing a telephone communication link with the system telephone interface 27 and (b) providing the preset notification time period to the mechanism 9 during the telephone communication link.

The calling report generator 11 can be implemented in a variety of ways in software and is preferably configured to permit the passenger to solicit a calling report corresponding to one or more previous telephone calls made by the system telephone interface 27 to the passenger telephone 29. In order to obtain the calling report, the passenger (a) establishes a telephone communication link with the system telephone interface 27 and (b) requests the report. In turn, the calling report generator 11 provides the calling report to the passenger in real time during the telephone communication link. The calling report can be configured to indicate whether the passenger telephone 29 was busy, was answered, was not answered, or was out of service, when the system telephone interface 27 initiated the previous telephone call(s) to the passenger telephone 29. Further, the calling report can be designed to include a time(s) when the previous telephone call(s) was (were) initiated by the system telephone interface 27 to the passenger telephone 29.

The vehicle progress report generator 13 may be implemented in many different ways in software and is configured to permit the passenger to solicit a vehicle progress report relating to arrival of the vehicle 19 at the vehicle stop. Preferably, a passenger can solicit a vehicle progress report from the vehicle progress report generator 13 by (a) establishing a telephone communication link with the system telephone interface 27 and (b) requesting the report. In turn, the vehicle progress report generator 13 provides the report to the passenger in real time during the telephone link. When the vehicle 19 is currently approaching the stop, a time indicating when the vehicle 19 is to arrive at the stop can be specified in the vehicle progress report. When the vehicle 19 has already arrived at the stop, a past arrival time can be specified in the progress report. Furthermore, the progress report may include a time(s) when a previous call(s) was initiated by the system telephone interface 27 to the passenger telephone 29.

As shown in FIG. 3B, the BSCU 14 further includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. The vehicle communications program 47 (FIG. 5) drives the processor 2 to control the transceiver 26 and communications associated therewith.

The BSCU 14 can communicate to one or more passenger telephones 29, or student homes, via the telephone interface (a) 27 and telephone connection(s) 29'. The telephone interface 27 can be, for example but not limited to, any of the following interfaces: (a) a voice card(s) (preferably multiple port) and/or telephone; (b) a high-speed switch-computer applications interface(s) (SCAI) that communicates to a digital switch operated by a telephone utility company; the SCAI adheres to the conventional OSI model and supports the carrying of application information in an application independent fashion; and (c) an interface that communicates with an analog display services interface(s) (ADSI) maintained by a telephone utility company. ADSI is a cost effective technology that delivers voice and data information

**8**

between a telephone terminal and a digital switch or server using existing copper telephone lines.

The BSCU 14 could be configured to merely call passengers, thus warning them of the impending arrival of a bus 19, as opposed to forwarding both a call and a message. Specifically, the student calling program 48 (FIG. 5) for the advance notification system 10 can be designed to make the telephone calls to the homes 36 of the students and allow the telephone to ring a predefined number of times so that it is not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10.

The student calling program 48 (FIG. 5) associated with the advance notification system 10 can also be configured to make the passenger telephone 29 exhibit a distinctive telephone ring sound, or pattern, so that the call recipient need not answer the telephone in order to receive the message. The distinctive telephone ring can be coded by any sequence and duration of rings and/or silent periods. A standard ring signal that is sent to a telephone from the telephone utility company is typically a periodic electrical analog signal having a frequency of 20 Hz and a peak-to-peak voltage amplitude of −48 volts. The ring signal is asserted on the telephone connection 29' for a predefined time period for ringing the telephone. The foregoing time period can be manipulated in order to derive a distinctive sequence and duration of rings and/or silent periods.

Implementation of a distinctive telephone ring can be accomplished by purchasing this feature from a telephone utility company. This feature is widely available to the public. Generally, telephone utility companies operate network switches, now usually digital, that serve as interfaces for telephonic communications. A particular geographic region is typically allocated to a particular switch(es). In essence, one or more distinctive telephone rings can be driven by software running in the switches to a particular telephone. Examples of switches that are commercially available to telephone utility companies are as follows: a model DMS100 by Northern Telecom, Canada; a model 5ESS by AT&T, U.S.A.; and a model EWSD by Siemens Stromberg-Carlson Corp., Germany.

The feature for establishing the distinctive telephone ring is sold to the public under several different commercial trade names, depending upon the telephone utility company. Examples are as follows: Call Selector by Northern Telecom, Canada; Ringmaster by Bell South, U.S.A.; Smart-link by SNET, U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student answers the telephone call from the base station unit 14, a prerecorded message may be played by the BSCU 14. An example of such a message would be: "The bus will arrive in five minutes," as indicated in FIG. 1 at the reference numeral 30.

## II. System Operation

### A. Initialization

Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and

5,668,543

9

waiting at each stop for the approximate time it would take for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus driver actuates the switches 21, 22, 23 as required in accordance with the principles described previously. The timing information is recorded in the memory (RAM44 and EEPROM 43) of the VCU 12.

The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a bus 19 is early or late at each of the bus stops. In the preferred embodiment, determining the status (i.e., early, on time, late) of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late at an instance in time. For example, the odometer 25a of the bus 19, as indicated by phantom lines in FIG. 1, could be monitored by the microprocessor controller 16. At particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10. In this way, the determination of whether a bus 19 is early or late can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves interfacing the VCU 12 with the positioning system 25e, as shown in FIG. 1 by phantom lines. From the geographical position data received from the positioning system 25e, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time. The bus location at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.

### B. Regular Operation

The overall operation of the advance notification system 10 will be described with reference to FIGS. 4A and 4B. FIG. 4A sets forth a flow chart showing the overall operation after the system 10 has been initialized. FIG. 4B shows an example of a schedule of possible events and the interactions which might occur between the VCU 12 and the BSCU 14 as the bus 19 travels along its scheduled route and makes its scheduled stops.

In FIG. 4B, the left hand column illustrates the sequence of events for the BSCU 14, and the right hand columns illustrates the sequence of events on the VCU 12. Between the right and left hand columns is illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

First, the bus ignition is switched on, as indicated in FIG. 4A at block 45a. At the beginning of the bus route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12, and further, the unit 12 could be programmed to make initial contact with the BSCU 14 after the bus 19 moves a predefined distance, such as ¼ mile, as determined by the odometer sensor 25a. This initialization action causes the microprocessor controller 16 to telephone the BSCU 12 to inform the BSCU that the bus 19 is beginning its route and to initialize the BSCU 14 relative to the VCU 12. The foregoing action is indicated at flow chart block 45b (FIG. 4A). Alternatively, the bus driver can press the start/reset switch 21 on the VCU 12 to initialize the VCU 12.

10

After initialization of the VCU 12, the display module 33 preferably displays "Stop Number 1" followed by the amount of time to reach stop number 1. The time continuously runs as the bus 19 progresses along the bus route.

Next, as indicated at flow chart block 45c (FIG. 4A), the VCU 12 determines, continuously or periodically, if the bus 19 is on time by analyzing the status of devices 21–25 (FIG. 1) in view of planned route data (derived from initialization). In the preferred embodiment, the VCU 12 at least compares its elapsed time from the clock 24 (FIG. 1) with its scheduled time from the planned route data. When the bus 19 is on time, the VCU 12 does not contact the BSCU 14, and the BSCU 14 commences calling students at the predefined time prior to arrival of the bus 19 at the particular bus stop, as indicated in flow chart block 45e (FIG. 4A). In the example of FIG. 4B, at five minutes along the scheduled route, the BSCU 14 places a telephone call to the homes 36 of the school children to be picked up at bus stop number 1.

However, when the VCU 12 determines that the bus 19 is early or late at this juncture, the VCU 12 contacts the BSCU 14, as indicated at flow chart block 45d (FIG. 4A), and the BSCU 14 adjusts its student calling lists accordingly so that the students are called in accordance with the predefined time notice, e.g., five minutes.

Further, as indicated at flow chart block 45f (FIG. 4A), the VCU 12 again determines, continuously or periodically, if the bus 19 is on time by analyzing the devices 21–25 (FIG. 1). Preferably, in this regard, the VCU 12 at least compares its elapsed time with its scheduled time.

Back to the example of FIG. 4B, at ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and takes one minute to load all the students at this stop once the bus 19. Just prior to leaving stop 1, the bus driver actuates the move forward switch 22. Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop number 2. The foregoing feedback signal may be generated by one of the sensors 25a–25e so that the bus driver need not actuate the move forward switch 22.

In accordance with flow chart block 45f (FIG. 4A), the microprocessor controller 16 checks the elapsed time of eleven minutes to confirm that such time corresponds to the programmed time for bus stop number 1. It will determine whether the bus 19 is early or late. If the bus 19 is either early or late, the VCU 12 will call the BSCU 14 to inform the unit 14 of this fact, as indicated at flow chart blocks 45g and 45h (FIG. 4A). If the bus 19 is on time, then the VCU 12 will continue to monitor the inputs from devices 21–25, as indicated in flow chart block 45f. In the example of FIG. 4B, it is assumed that the bus 19 is neither early nor late in leaving bus stop number 1.

Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the BSCU 14 places telephone calls to the homes 36 of the school children who board the bus 19 at bus stop number 2, as indicated at flow chart block 45k (FIG. 4A).

The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus, gets three minutes behind schedule. Thus, the bus departs at twenty minutes along the route.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45i. If so, then the VCU 12 again monitors its travel status

5,668,543

11

by checking devices 21–25 (FIG. 1), in accordance with flow chart block 45f (FIG. 4A). If not, then the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

In the example of FIG. 4B, upon receiving the information that the bus 19 is late, the microprocessor controller 16 compares the departure time to the scheduled departure time of seventeen minutes, pursuant to flow chart block 45f (FIG. 4A), and determines that the bus 19 is three minutes behind schedule, in accordance with flow chart blocks 45g (FIG. 4A). The microprocessor controller 16 then telephones the BSCU 14 to inform the BSCU 14 that the bus 19 is three minutes behind schedule, as indicated in flow chart block 45h (FIG. 4A). A fleet operator's screen associated with the BSCU 14 is updated to reflect the status of the late bus 19, as indicated at flow chart block 45i (FIG. 4A). Moreover, as indicated at flow chart block 45d (FIG. 4A), the BSCU 14 then reschedules the telephone calls that are to be made to the parents of the students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the VCU 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2.

At twenty minutes along the route, the BSCU 14 calls the student homes 36 of the students corresponding to bus stop number 3, in accordance with flow chart block 45k (FIG. 4A), to inform them that the bus 19 is three minutes from arriving. At twenty-five minutes along the route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 45l. In the example of FIG. 4B, there are no more stops and, accordingly, the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be configured so that if a bus 19 becomes delayed by more than a maximum length of time, such as fifteen minutes, the BSCU 14 immediately calls the homes 36 of the remaining students to board the bus 19 in order to notify these homes 36 of the unusual delay and to notify these homes 36 to wait for a notification call.

## III. Control Programs

FIGS. 5 through 7 show flow charts pertaining to control programs that implement control processes or algorithms of the advance notification system 10 of FIG. 1 in order to achieve the functionality as set forth in FIGS. 4A and 4B as described hereinbefore. These flow charts illustrate the best mode for practicing the invention at the time of filing this document. More specifically, FIG. 5 illustrates a base station control program 46 employed in the BSCU 14, and FIGS. 6 and 7 show respectively a vehicle control program 76 and a VCU call control program 101 implemented in the VCU 12. The foregoing control programs implement merely examples of plausible control algorithms, and an infinite number of control algorithms may be employed to practice the present invention. Furthermore, it should be noted that the base station control program 46 of FIG. 5 is implemented via software within any conventional computer system, and the vehicle control program 76 of FIG. 6 and the VCU call control program 101 of FIG. 7 are both implemented via software run from RAM 44 (FIG. 3A) by the microprocessor controller 16. However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human interaction.

12

### A. Base Station Control Program

With reference to FIG. 5, the base station control program 46 essentially comprises two control subprograms which run concurrently, namely, (a) a vehicle communications program 47 and (b) a student calling program 48. The vehicle communications program 47 will be described immediately hereafter followed by the student calling program 48.

#### 1. Vehicle Communications Program

The vehicle communications program 47 initially waits for a telephone call from one of the VCUs 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications program 47 is preferably capable of monitoring a plurality of telephone connections 26' for receiving information from a plurality of buses 19. As the number of buses 19 is increased, the number of telephone connections 26' which are monitored by the vehicle communications program 47 should also be increased to an extent.

After the start of a bus 19 along its route, the respective VCU 12 will initiate a telephone call to the BSCU 14, as indicated by the telephone bell symbol 52. After the BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in a flow chart block 53. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12, and vice versa.

Next, as shown in a flow chart block 54, the BSCU 14 asks the VCU 12 for information regarding (a) the time into the route and (b) the number designating the next stop. In addition, route data 56 is obtained from a local data base. The route data 56 includes information pertaining to each bus stop and how much time it should take to reach each bus stop during the route. From the route data 56 and the information (a) and (b), as indicated previously, received from the VCU 12, the BSCU 14 can determine whether the bus 19 is late or early, as indicated by flow chart blocks 57, 58, or whether the bus 19 has just started its route, as indicated by a flow chart block 59. In the case where the bus 19 is late, the BSCU 14 advises the VCU 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart block 61. In the case where the bus 19 is early, the BSCU 14 advises the VCU 12 to move its on-board clock 24 forward so that the VCU 12 thinks it is on time, as indicated in flow chart block 62. Moreover, in the situation where the bus 19 has just started its route and the telephone call is essentially the first call of the route, the base station clock 28 and the on-board vehicle clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the BSCU 14 informs the VCU 12 to terminate the telephone call, which was initiated in the flow chart block 51. The vehicle communications program 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

Worth noting from the foregoing discussion is the fact that the BSCU 14 is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the VCU 12 communicates to the BSCU 14 only (a) when the bus 19 is at the start of a route, (b) when the bus 19 is

13

either early or late during the route, and (c) when the bus 19 completes its route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

### 2. Student Calling Program

As previously mentioned, the student calling program 48 runs concurrently with the vehicle communications program 47 within the BSCU 14. In essence, the student calling program 48 uses the timing information retrieved from the bus 19 by the vehicle communications program 47 in order to call students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the BSCU 14 and comprises information regarding (a) student names, (b) student telephone numbers, and (c) the time into a bus route when a student should be called via a telephone. In accordance with the student calling program 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling program 48 initiates a telephone call to the particular student, as shown in flow chart blocks 68, 69. The telephone call can be made by using a distinctive telephone ring or a predefined number of rings, as described previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the program can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling program 48 returns to the student list 66 and searches for the next student to be called.

As further shown in FIG. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications program 47 and the student calling program 48. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

### B. Vehicle Control Program

Reference will now be made to the vehicle control program 76 shown in FIG. 6. Initially, as indicated in the flow chart block 77 of the vehicle control program 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to FIG. 7.

Next, as shown in FIG. 6, the vehicle control program 76 begins a looping operation wherein the VCU 12 continuously monitors the switches 21–23, clock 24, and sensors 25a–25c. If present, to determine whether the bus 19 is early or late. As mentioned previously, the vehicle control program 76 initiates a call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of

14

the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control program 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the program 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a bell symbol 84 in FIG. 7.

If the bus is not late, then the program 76 determines whether any of the switches 21, 22, 23 have been actuated, as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the program 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the program 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the program 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated the move forward switch 22, then the VCU 12 will retrieve the next stop number and corresponding stop time, as indicated in flow chart block 88, from a local data base having the route data 56. Moreover, a decision will be made as to whether the bus 19 is early for that particular stop, as indicated in the decision flow chart block 91. In the preferred embodiment, the bus 19 is considered early if the bus 19 arrives at a stop more than a predetermined early time period, such as 50 seconds, earlier than when it should have arrived. If the bus is not early, then the program 76 will loop back and proceed again with the flow chart block 81. Otherwise, a call will be initiated to the BSCU 14 to inform the unit 14 that the bus 19 is early, as illustrated by bell symbol 92 in FIG. 7.

In the event that the bus driver has not actuated the move forward switch 22, the program 76 proceeds to decisional flow chart block 93 wherein the program 76 determines whether the move backward switch 23 has been actuated by the bus driver. If the move backward switch 23 has been actuated, then the program 76 obtains the previous stop number and stop time, as indicated in flow chart block 94, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the program 76 determines whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96. If the start/reset switch 23 has not been actuated by the bus driver, then the program 76 loops back and begins again with the flow chart block 81. Otherwise, the program 76 loops back and begins again with the flow chart block 77.

### C. VCU Call Control Program

When a call is initiated by the VCU 12 as indicated by the call symbols 78, 84, 92, the VCU 12 follows the VCU call control program 101 as illustrated in FIG. 7. Initially, if a mobile telephone is used by the VCU 12, the telephone number corresponding with the BSCU 14 is obtained from the EEPROM 43, as indicated in a flow chart block 102. Other information is also obtained, including among other things, the particular bus number, bus serial number, and bus route. Next, the VCU call control program 101 sets a time out variable to keep track of how many times a communi-

15

cation connection has been initiated. The number n of allowable attempts is predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as indicated in the flow chart block 103, the VCU call control program 101 causes the transceiver 18 to be called, as indicated in the flow chart block 104. The call control program 101 requires the VCU 12 to wait for a response from the BSCU 14. If the VCU 12 does not receive a response within a predetermined time out period, preferably 20 seconds, then the VCU call control program 101 loops back and begins again at the flow chart block 103. Otherwise, when the VCU call control program 101 determines that a response has been received, a validation procedure ensues, as indicated in a flow chart block 106. The validation process indicated at the flow chart block 106 is that which was described previously relative to the flow chart block 53 of FIG. 5. Essentially, it involves the exchange of symbols in order to assure a proper connection.

At the commencement of the validation process, another time out variable is set and will trigger termination of the telephone connection after a predetermined time period has run. The initiation of the time out variable and monitoring of the same is indicated in FIG. 7 at flow chart block 111. If the time out variable triggers termination of the telephone connection, then the VCU call control program 101 will hang up and end the call, as illustrated by a flow chart block 114. Otherwise, when the validation procedure has fully commenced, commands are passed from the BSCU 14 to the VCU 12, as shown by a flow chart block 112. Commands which may be sent to the VCU 12 include, for example, the following: (1) Is the bus 19 either early or late?; (2) Reset the vehicle clock 24; (3) Record new information in the EEPROM 43. It should be emphasized that the BSCU 14 may change the route information contained within the EEPROM 43 of the particular bus 19. The foregoing features enables extreme flexibility of the advance notification system 10.

Furthermore, the VCU call control program 101 determines whether the BSCU 14 has finished its communication over the mobile telephone, as indicated in a flow chart block 113. Again, the VCU call control program 101 utilizes another time out variable to determine whether the BSCU 14 has finished. After the predetermined time period of the time out variable, the VCU call control program 101 will assume that the BSCU 14 has terminated its communication, and accordingly, the VCU call control program 101 will hang up the telephone, as indicated in a flow chart block 114. Otherwise, the VCU call control program 101 will loop back and begin with the flow chart block 111 in order to accept another command from the BSCU 14.

### IV. Management Of BSCU By A Passenger

In the preferred embodiment of the invention, a passenger of the system 10 can communicate with and manage the BSCU 14 of the system 10 through an interactive system, such as an interactive voice response system (IVR) or other suitable communication system. This interactive system provides the passenger with flexibility and control over the calling parameters and the ability to solicit information, i.e., reports. When a passenger calls into the system 10, the passenger may (a) enroll and/or make changes to the calling parameters of the BSCU 14, including defining the preset notification time period when the passenger is to receive a telephone call prior to arrival of the vehicle 29 at the stop (to thereby indicate impending arrival of the vehicle 29), (b)

16

obtain a vehicle progress report so as to check on vehicle delays or if the passenger has missed the vehicle. and/or (c) receive a calling report on the last notification attempt.

Moreover, in accordance with a security feature of the present invention, the BSCU 14 is configured so that when a passenger requests any of the foregoing information, the telephone number of the passenger telephone 29 is checked by the BSCU 14. If a passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 compares the caller's telephone number with a previously-registered number (reference caller identification number) stored in the student list database 66 (FIG. 5). If the incoming number does not match or if the telephone connection does not provide the calling line identification, then the passenger is prompted to enter his/her telephone number to the BSCU 14. Moreover, the telephone number received by the BSCU 14 must be the one registered in the BSCU 14 for the aforementioned options to be used.

#### A. Call Back Feature

Initially, in the preferred embodiment, when enrollment is requested by a passenger, the BSCU 14 of the system 10 requests the passenger to enter its phone number, and the telephone number is registered. The BSCU 14 then calls the passenger back at the telephone number registered in the BSCU 14 to confirm, before the passenger can change calling parameters or solicit information from the BSCU 14.

If a subscribing passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 can recognize the directory number. In that case, the BSCU 14 will not have to call the passenger back to register, and enrollment can continue.

Likewise, once registered and if a subscribing passenger with calling line identification requests to use an option, the telephone number does not have to be entered. The interactive voice response system (IVR) can recognize the number delivered through calling line identification.

#### B. Subscription

The service provided by the system 10 can be started when the subscribing passenger calls into the interactive voice response system (IVR) from a telephone 29, preferably a touch-tone telephone. The subscribing passenger receives a prompt to enter his/her telephone number. The subscribing passenger hangs up, and the BSCU 14 calls the subscribing passenger back, unless calling line identification is in use as described previously.

Changes are only allowed if the telephone number derived from the calling line identification matches the BSCU registered number or if the entered telephone number matches the registered number.

An example illustrating the foregoing process follows. In the example, as well as the others that follow, the system 10 utilizes the trade name "Bus-Call," which is currently a federally registered trademark on the Principal Register at the United States Patent and Trademark Office.

#### Example Session

IVR: "Welcome to Bus-Call. Please enter your telephone number now."

Sub: <Keypad numbers pressed>

IVR: "The number you entered is xxx-xxxx. If this is correct, please press '1.' if not press '2'. The Bus-Call system will call you back within a couple of minutes. Thank you and please hang up now."

5,668,543

## 17

Sub: <Answers returned call>
IVR: "Hello, thank you for using the Bus-Call system. Please press:
'1' to start the Bus-Call service to your home;
'2' to change the notification time;
'3' for the date and time of the last change made to Bus-Call."

### C. Service Inception

In the preferred embodiment, with the implementation of the IVR, the BSCU 14 provides voice prompts to guide the passenger through a telephone call when the passenger wishes to configure the BSCU 14 or retrieve information.

In the preferred configuration, voice prompts ask for the (a) bus number and the (b) stop number. These two pieces of information are usually given by the bus driver the first time the student rides the bus 29. The information can be taken from the VCU display module 33 (FIG. 3A) of the VCU 12 and/or written on a marketing brochure in which the student takes home.

Information can be entered into the BSCU 14 and retrieved from the BSCU 14, after the bus number and stop number are confirmed, as the BSCU 14 will provide an appropriate options menu to the caller. An example illustrating the foregoing process follows.

### Example Session

Sub: <The subscribing passenger calls in and enters the appropriate option to start Bus-Call service>
IVR: "Please enter your bus number now."
Sub: <Keypad number pressed>
IVR: "The number you entered is xx. If this is correct please press '1.' If this number is incorrect please press '2.'"
Sub: <Keypad number pressed>
IVR: "Please enter your bus stop number now."
Sub: <Keypad number pressed>
IVR: "The number you entered is xx. If this is correct please press '1.' If this number is incorrect, please press '2.'"
Sub: <Keypad number pressed>

### D. Preset Notification Time Period

The preset notification time period mechanism 9 (FIG. 3B) permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate impending arrival of the vehicle 19 at the stop. The preset notification time period can be provided by the passenger to BSCU 14 by depressing touch tone buttons on the passenger telephone 29 or other telephone.

If the notification is not prescribed by the passenger, the default for the notification time period is set to any suitable period, such as five minutes. Moreover, the passenger prescribed time period or the default time period is announced to the passenger. Finally, if a change of the preset notification time period is needed, the passenger is prompted through the process. An example of the foregoing methodology is set forth hereafter.

| Example Session |
| --- |
| Sub: | <The subscribing passenger calls in and enters the appropriate option to start Bus-Call service> |
| IVR: | "Please enter your bus number now." |

## 18

-continued

| Example Session |
| --- |
| Sub: | <Keypad number pressed> |
| IVR: | "The number you entered is xx. If this is correct please press '1.' If this number is incorrect please press '2.'" |
| Sub: | <Keypad number pressed> |
| IVR: | "Please enter your bus stop number now." |
| Sub: | <Keypad number pressed> |
| IVR: | The number you entered is xx. If this is correct please press '1.' If this number is incorrect, please press '2.'" |
| Sub: | <Keypad number pressed> |
| IVR: | Bus-Call will ring your telephone five minutes before the bus arrives. If five minutes is not enough time, press '1.' If five minutes is OK press '2.'" |
| Sub: | <Keypad number pressed> |
| IVR: | "Thank you" |
|  | or |
|  | "Please enter the new notification time now." |
|  | <Keypad number pressed> |
|  | "The time you entered is xx minutes. If this is correct, press '1.' If this number is incorrect, press '2.'" |
|  | <Keypad number pressed> |
|  | "Thank you." |

### D. Vehicle Progress Report

The vehicle progress report generator 13 (FIG. 3B) in the BSCU 14 allows a subscribing passenger to solicit information from the BSCU 14 pertaining to the progress of the vehicle 29 relative to its route and/or relative to a particular stop. A subscribing passenger may feel that the vehicle 29 was missed. By calling the BSCU 14 and pressing the appropriate option, the IVR provides information about the current vehicle location.

| Example Session |
| --- |
| IVR: | "Press (3) if you think you have missed the bus." |
| Sub: | <Keypad (3) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub: | <Keypad numbers pressed> |
| IVR: | "The bus has . . ." |
|  | ". . . Already passed your stop. The Bus-Call system called your telephone number at 7:27 a.m. and received a busy signal. The bus stopped at 7:32 a.m." |
|  | or |
|  | ". . . Has not arrived and is approaching your stop in approximately 12 minutes." |

### E. Calling Report

The calling report generator 11 (FIG. 3B) in the BSCU 14 allows a subscribing passenger to solicit a calling report from the BSCU 14. The calling report can indicate, among other things, the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU 14 to the passenger telephone 29. The BSCU 14 can be programmed to make any number of attempts, but preferably, the BSCU 14 makes three attempts to provide notification.

| Example Session |
| --- |
| IVR: | "Press (4) if you would like a report on the last notification attempt." |

19

-continued

Example Session

| Sub: | <keypad (4) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub- | <Keypad numbers pressed> |
| IVR: | "The Bus-Call system called your telephone number at 7:15 a.m. on Monday, February 20 . . ." |
| | ". . . The call was answered." |
| | or |
| | ". . . The telephone was busy." |
| | or |
| | ". . . The telephone rang but was not answered." |
| | or |
| | ". . . The telephone number was not in service or called block was engaged." |

This calling report generator 11 can also be configured to allow the subscribing passenger to check on the last changes made to the calling parameters. In this configuration, the IVR gives the change made and the date the change was requested by the subscribing passenger.

It will be obvious to those skilled in the art that many modifications may be made to the preferred embodiment of the present invention, as set forth above, without departing substantially from the principles of the present invention. All such modifications are intended to be included herein within the scope of the present invention, as defined in the following claims.

Wherefore, the following is claimed:

1. A method for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a user telephone interface, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to the vehicle stop and for initiating a telephone call with said system telephone interface to the user telephone interface before the vehicle reaches the vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the method comprising the steps of:

(a) permitting said user telephone interface to solicit a report corresponding to a previous telephone call made by said system telephone interface to said user telephone interface including the following steps:

(1) permitting establishment of a telephone communication link between said user telephone interface and said system telephone interface;

(2) providing said report from said system control to said user telephone interface during said telephone communication link; and

(3) indicating in said report whether said user telephone interface was answered when said system telephone interface initiated said previous telephone call to said user telephone interface.

2. The method of claim 1, further comprising the step of indicating in said report whether said user telephone interface was answered when said system telephone interface initiated said previous telephone call to said user telephone interface.

3. The method of claim 1, further comprising the step of indicating in said report whether said user telephone interface was not answered when said system telephone interface initiated said previous telephone call to said user, telephone interface.

4. The method of claim 1, further comprising the step of indicating in said report whether said user telephone interface was out of service when said system telephone interface initiated said previous telephone call to said user telephone interface.

20

5. The method of claim 1, further comprising the step of indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said user telephone interface.

6. The method of claim 1, further comprising the steps of:

maintaining a reference caller identification number associated with said user telephone interface; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with a reference caller identification.

7. A method for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a user telephone interface, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to the vehicle stop and for initiating a telephone call with said system telephone interface to the user telephone interface before the vehicle reaches the vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the method comprising the steps of:

(a) permitting said user telephone interface to solicit a report corresponding to a previous telephone call made by said system telephone interface to said user telephone interface including the following steps:

(1) permitting establishment of a telephone communication link between said user telephone interface and said system telephone interface;

(2) providing said report from said system control to said user telephone interface during said telephone communication link; and

(3) indicating in said report whether said user telephone interface was answered when said system telephone interface initiated said previous telephone call to said user telephone interface.

8. The method of claim 7, further comprising the step of indicating in said report whether said user telephone interface was not answered when said system telephone interface initiated said previous telephone call to said user telephone interface.

9. The method of claim 7, further comprising the step of indicating in said report whether said user telephone interface was out of service when said system telephone interface initiated said previous telephone call to said user telephone interface.

10. The method of claim 7, further comprising the step of indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said user telephone interface.

11. The method of claim 7, further comprising the steps of:

maintaining a reference caller identification number associated with said user telephone interface; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with a reference caller identification.

12. A method for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a user telephone interface, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to the vehicle stop and for initiating a telephone call with said system telephone interface to the user telephone interface

5,668,543

21

before the vehicle reaches the vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the method comprising the steps of:

(a) permitting said user telephone interface to solicit a report corresponding to a previous telephone call made by said system telephone interface to said user telephone interface including the following steps:

(1) permitting establishment of a telephone communication link between said user telephone interface and said system telephone interface;

(2) providing said report from said system control to said user telephone interface during said telephone communication link; and

(3) indicating in said report whether said user telephone interface was not answered when said system telephone interface initiated said previous telephone call to said user telephone interface.

13. The method of claim 12, further comprising the step of indicating in said report whether said user telephone interface was out of service when said system telephone interface initiated said previous telephone call to said user telephone interface.

14. The method of claim 12, further comprising the step of indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said user telephone interface.

15. The method of claim 12, further comprising the steps of:

maintaining a reference caller identification number associated with said user telephone interface; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with a reference caller identification.

16. A method for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a user telephone interface associated with said user, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to the vehicle stop and for initiating a telephone call with said system telephone interface to the user telephone interface before the vehicle reaches the vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the method comprising the steps of:

(a) permitting said user telephone interface to solicit a report corresponding to a previous telephone call made by said system telephone interface to said user telephone interface including the following steps:

(1) permitting establishment of a telephone communication link between said user telephone interface and said system telephone interface;

(2) providing said report from said system control to said user telephone interface during said telephone communication link; and

(3) indicating in said report whether said user telephone interface was out of service when said system telephone interface initiated said previous telephone call to said user telephone interface.

17. The method of claim 16, further comprising the step of indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said user telephone interface.

18. The method of claim 16, further comprising the steps of:

maintaining a reference caller identification number associated with said user telephone interface; and

22

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with a reference caller identification.

19. A method for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a user telephone interface associated with said user, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to the vehicle stop and for initiating a telephone call with said system telephone interface to the user telephone interface before the vehicle reaches the vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the method comprising the steps of:

(a) permitting said user telephone interface to solicit a report corresponding to a previous telephone call made by said system telephone interface to said user telephone interface including the following steps:

(1) permitting establishment of a telephone communication link between said user telephone interface and said system telephone interface;

(2) providing said report from said system control to said user telephone interface during said telephone communication link; and

(3) indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said user telephone interface.

20. The method of claim 19, further comprising the steps of:

maintaining a reference caller identification number associated with said user telephone interface; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with a reference caller identification.

21. A method for an advance notification system that notifies a user of an impending arrival of a vehicle at a vehicle stop, the method for permitting the user to solicit a report corresponding to a previous telephone call made by the system to the user, wherein the system comprises (a) a user telephone interface associated with said user; (b) a vehicle control unit disposed on said vehicle, said vehicle control unit having: (1) a vehicle travel monitoring means; (2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means; (3) a vehicle processor controlling said vehicle travel monitoring means and said vehicle transmitter; and (c) a base station control unit having: (1) a receiver adapted to receive said travel signal from said vehicle control unit; (2) a base station telephone interface; (3) a base station processor controlling said receiver and said base station telephone, said base station processor for establishing a telephone connection between said base station telephone interface and said user telephone interface when said vehicle is at said preset time from said vehicle stop; and wherein the method comprises the steps of:

(a) permitting said user telephone interface to solicit said report corresponding to said previous telephone call made by said base station telephone interface to said user telephone interface by the following steps:

(1) establishing a telephone communication link between said user telephone interface and said base station telephone interface;

(2) providing said report from said system control to said user telephone interface during said telephone communication link; and

PATENT APPLICATION SERIAL NO. 08432666

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

020 AA 05/02/95 08432666          1 201      425.00 CK

PTO-1556
(5/87)

*08/432666*

-46-

## ABSTRACT OF THE DISCLOSURE

An advance notification system (10) and method notifies passengers of the impending arrival of a transportation vehicle (19), for example, a school bus, at a particular
5    vehicle stop. The system (10) generally includes an on-board vehicle control unit (VCU) (12) for each vehicle (19) and a base station control unit (BSCU) (14) for making telephone calls to passengers in order to inform the passengers when the vehicle (19) is a certain predefined time period and/or
10   distance away from the vehicle stop. The VCU (12) compares elapsed time and/or travelled distance to the programmed scheduled time and/or travelled distance to determine if the vehicle (19) is on schedule. If the vehicle (19) is behind or ahead of schedule, the VCU (12) calls the BSCU (14), which
15   then adjusts its calling schedule accordingly. Significantly, a calling report generator (11) in the BSCU (14) allows a subscribing passenger to solicit a calling report from the BSCU (14) that indicates the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU (14) to the
20   passenger telephone (29).



8                                    425 - 201

-1-

MAIL ROOM
MAY
2  84
1995
PAT. & TRADEMARK OF

## ADVANCE NOTIFICATION SYSTEM AND METHOD
## UTILIZING PASSENGER CALLING REPORT GENERATOR

This document is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD

5    UTILIZING A DISTINCTIVE TELEPHONE RING" filed March 20, 1995 by Jones *et al.* that was assigned serial no. 08/407,319, now U.S. Patent No. _____ to Jones *et al.* that issued on _____; which is a continuation-in-part of the application entitled "ADVANCE NOTIFICATION SYSTEM AND METHOD" filed May

10   18, 1993 by Jones *et al.* that was assigned serial no. 08/063,533, now U.S. Patent No. 5,400,020 to Jones *et al.* that issued on March 21, 1995.

### FIELD OF THE INVENTION

15   The present invention generally relates to data communications and information systems and, more particularly, to an advance notification system and method for notifying persons in advance of the impending arrival of a transportation vehicle, for example but not limited to, a bus,

20   train, plane, fishing vessel, or other vessel, at a particular vehicle stop.

### BACKGROUND OF THE INVENTION

There are many situations when it is desirable for passengers to know of the approximate arrival time of a

25   particular transportation vehicle shortly before the vehicle is to arrive at a particular destination.   With such information, passengers can adjust their schedules accordingly and avoid having to wait on the particular vehicle to reach the particular destination.   For example, a person having to

30   pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate

-2-

arrival time, which information is oftentimes unavailable, or
plan on arriving at the bus station prior to the scheduled
arrival time of the bus and hope the bus is not delayed.

5       Another example is in the commercial fishing industry,
wherein fish markets, restaurants, and other establishments
desire to purchase fish immediately upon arrival of a
commercial fishing boat at a port.  Currently, such
establishments, in order to ensure being able to purchase the
freshest catch, often depend on predetermined schedules of
10      fishing fleets, which are not always accurate or reliable.

       Still another example involves school children who ride
school buses.  School children who ride buses to school often
have to wait at their bus stops for extended lengths of time
because school buses arrive at a particular bus stop at
15      substantially different times from one day to the next.  The
reason is that school buses are not always the best maintained
vehicles on the roads, frequently must operate during rush
hour traffic, and must contend with congested urban/suburban
conditions.  As a result, school children are forced to wait
20      at their bus stops for long periods of time, oftentimes in
adverse weather conditions, on unlit street corners, or in
hazardous conditions near busy or secluded streets.  If it is
raining, snowing, windy and cold, or even dark, such
conditions can be unhealthy and unsafe for children.

25      Thus, generally, it would be desirable for a passenger to
know when a vessel, such as a bus, train, plane, or the like,
is a particular time period (number of minutes or seconds)
from arriving at a destination so that the passenger can
adjust his/her schedule and avoid arriving too early or late.

30      In the past, in order to combat the arrival time problem
in the context of school buses, student notification systems
have been employed that use a transmitter on each bus and a
receiver inside each student home.  U.S. Patent No. 4,713,661

-3-

to Boone *et al.* and U.S. Patent No. 4,350,969 describe systems of this type.   When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to the receiver, which in turn produces an indicator signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student.   In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a bus, alternative bus route information, or information regarding important school events.

**SUMMARY OF THE INVENTION**

An object of the present invention is to overcome the deficiencies and inadequacies of the prior art as noted above and as generally known in the industry.

Another object of the present invention is to provide an advance notification system and method for according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system and method for according advance notification to school students of the impending arrival of a school bus at a particular bus stop.

Another object of the present invention is to provide an advance notification system and method for inexpensively according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system that is reliable in operation and

-4-

-4-

flexible in design to permit customization to a particular application.

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., odometer, door sensor, swing arm sensor, bus stop sensor, positioning system input, etc.) for signalling to the vehicle control mechanism when the vehicle is early, late, and on time along the scheduled route. The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or travelled distance of the vehicle at any of the particular positions is either ahead or behind the scheduled time and/or distance. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

-5-

The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base station communication mechanism.    The base station communication mechanism receives the calls from the VCU and
5    receives the amount of time and/or distance in which the vehicle is ahead or behind relative to the schedule.  The base station control mechanism causes calls to be made to each of the passengers to be boarded at a particular stop location via the base station communication mechanism prior to the arrival
10    of the vehicle at the particular stop location.    In the preferred embodiment, the base station communication mechanism is a wireless communication device, such as a mobile telephone or RF transceiver (includes both transmitter and receiver), for communicating with the vehicle communication mechanism and
15    also comprises at least one telephone for calling passenger telephones.

The telephone call to advise a passenger of the impending arrival of the vehicle preferably can exhibit a distinctive telephone ring sound so that the call recipient need not
20    answer the telephone in order to receive the message. Moreover, the distinctive telephone ring sound can be coded by any sequence and duration of rings and/or silent periods.

In accordance with a significant feature of the present invention, a calling report generator in the BSCU allows a
25    subscribing passenger to solicit a calling report from the BSCU.  The report can indicate the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU to the passenger telephone.

It should be emphasized that while the present invention
30    is particularly suited for application to school buses, there are many other applications.  As examples, the advance notification system and method of the present invention could be employed with commercial buses, trains, planes, pickup

-6-

vehicles, delivery vehicles, fishing vessels, and numerous other transportation vehicles.

Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying drawings. All such additional objects, features, and advantages are intended to be included herein.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

Fig. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a school bus system, as an example, the advance notification system generally comprising vehicle control units (VCU) in communication with a base station control unit (BSCU), which are in turn in communication with passenger telephones;

Fig. 2 is a high level block diagram of the VCU of the advance notification system of Fig. 1;

Fig. 3A is a low level block diagram of the VCU of Fig. 1;

Fig. 3B is a block diagram of the BSCU of Fig. 1;

Fig. 4A is a flow chart of the overall operation of the advance notification system of Fig. 1;

Fig. 4B is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of Fig. 1;

Fig. 5 is a flow chart of a base station control program for the base station control unit 14 of Fig. 1 that includes a vehicle communications program and a student calling program;

7

-7-

Fig. 6 is a flow chart of a vehicle control program for the VCU of Figs. 1 and 2; and

Fig. 7 is a flow chart of a VCU call control program for the VCU of Figs. 1 and 2.

5    **DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT**

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred
10   embodiment without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the claims.

I.   System Architecture

15   Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views, Fig. 1 is a schematic diagram of the advance notification system 10 of the present invention as configured to operate in, for example but not limited to, a
20   school bus system.   The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of passenger telephones 29.   As configured in the school bus system 10, a VCU 12 is installed in each of a
25   plurality of school buses 19, all of which communicate with the single BSCU 14.   Moreover, the BSCU 14 communicates with a telephone 29 at one or more passenger locations 36, or student homes in the present exemplary application.

-8-

A.   Underline: Vehicle Control Unit

The VCU 12 will now be described with reference to Figs.
1, 2, and 3. Referring first to Fig. 1, each VCU 12 comprises
a microprocessor controller 16, preferably a model
5    MC68HC705C8P microprocessor controller that is manufactured by
and commercially available from the Motorola Corporation,
U.S.A.   The microprocessor controller 16 is electrically
interfaced with a communication mechanism 18, preferably a
wireless communication device, for enabling intercommunication
10   of data with the BSCU unit 14. Examples of suitable wireless
communication devices include a mobile telephone (e.g.,
cellular) and a transceiver (having both a transmitter and
receiver) operating at a suitable electromagnetic frequency
range, perhaps the radio frequency (RF) range.

15        In the embodiment using a wireless RF transceiver as the
communication mechanism 18, data can be sent in bursts in the
form of in-band tones, commonly called "twinkle tones." These
tone bursts can occur in the background of an existing voice
channel. Twinkle tones are oftentimes used in transportation
20   systems, such as taxi cab communications systems.

The microprocessor controller 16 is electrically
interfaced with a start/reset switch 21, a move forward switch
22, a move backward switch 23, a clock 24, and optionally,
sensors 25a-25d.  Generally, vehicle tracking is accomplished
25   by monitoring the control switches 21-23, the sensors 25a-25e,
the power to the controller 16, and a route database (Fig. 5).
It is recommended that all of the foregoing features be
employed to provide redundant checking.

More specifically, the start/reset switch 21 can be
30   actuated by the bus driver upon starting along the bus's
scheduled route to initialize the system 10. The move forward
switch 22 can be actuated by the bus driver upon reaching a
bus stop in order to inform the VCU 12 that a stop has been

-9-

made, the details of which will be further described
hereinafter. The move backward switch 23 can be actuated by
the bus driver at a bus stop if the bus driver has erroneously
toggled the move forward switch 22 too many times, as will be
5      further described in detail hereinafter. This indicates to
the microprocessor controller 16 that a display module 33 and
memory must be updated. In essence, the move forward switch
22 and the move backward switch 23 cause the next stop
designation which is displayed on the display module 33 and
10     stored in the VCU 12 to toggle forward and backward,
respectively.

The VCU 12 can be configured so that the operation of the
start/reset switch 21, the move forward switch 22, and the
move backward switch 23 is purely optional by the bus driver.
15     In this configuration, the sensors 25a-25e automatically
accomplish the aforementioned functions of the switches 21-23.
However, in certain cases, the bus driver may want to use the
switches to override the sensors 25a-25e. One of these cases
may be when a student rides a bus only two out of five school
20     days. Rather than program the VCU 12 to track these
unnecessary stops, the driver may manually control the stop
number by the switches 21-23.

The clock 24 tracks the elapsed time as the bus travels
along its scheduled route and feeds the timing information to
25     the microprocessor controller 16.

The display module 33 informs the bus driver as to the
number corresponding to the next stop and the time
(preferably, in seconds) necessary to reach the next stop.
Other types of information may also be displayed on the
30     display module 33. For example, the display module 33 may
display the amount of time that the bus 19 is ahead of or
behind schedule, the status of the VCU 12 in communication

|ᴧ

-10-

with the BSCU 14, or, upon actuation of start button 21, that the advance notification system 10 is operating.

The optional sensors 25a-25e include an odometer sensor 25a for determining distance into a route. This sensor 25a can be connected to the bus drive shaft and counts revolutions. This data can be used to determine the stop number.

A door sensor 25b can be used to count the number of door operations (opening/closing) of the front door 24 of the school bus 19, which should correspond with the number of stops.

A swing arm sensor 25c can be implemented to count the number of times the arm operates. This operation should coincide with the number of stops.

A bus stop sign sensor 25d can be utilized to count the number of times the bus stop sign operates. This operation should coincide with the number of stops.

A positioning system 25e can be used to determine the geographical position of the bus 19 on the earth's surface. The positioning system 25e could be the GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other similar position tracking system.

Fig. 2 is a high level schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the bus 19 in view and within reach of the bus driver. In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and receiving signals to and from

-11-

the BSCU 14.  Further, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the bus driver for providing information to the bus driver, as described previously.

5      Fig. 3A is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12.  The microprocessor controller 16 essentially controls the operation of the transceiver 18 and the LCD display module 33. A switching element 37, such as an optical isolator (opto

10     isolator) unit 37, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 21, 22, 23.  An EEPROM 43 is provided for storing the control programs (Figs. 6 and 7) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for

15     running the control programs in the microprocessor controller 16.  A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 for allowing the microprocessor controller to control and transmit signals over the transceiver 18.  Further, a dual tone

20     multiple frequency decoder 41 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone 18 from the BSCU 14.

-12-

B.   Base Station Control Unit

The BSCU 14 can be implemented by any conventional
computer with suitable processing capabilities for
implementing the functionality described hereafter. The BSCU
5    14 is now described with reference to Figs. 1 and 3B.

In general, as shown in Fig. 1, the BSCU 14 includes at
least one transceiver 26 (for example, a mobile telephone or
RF transceiver) and associated communication connection 26'
dedicated for communication with the one or more VCU
10   transceivers 18 associated with the respective one or more
VCUs 12. Moreover, the BSCU 14 can communicate to one or more
passenger telephones 29, or student homes, via the telephone
interface(s) 27 and telephone connection(s) 29'.

As illustrated in Fig. 3B, the BSCU 14 contains a
15   conventional processor 2. The processor 2 intercommunicates
with and controls the other elements within the BSCU 14 over
a system bus 3. An input device(s) 4, for example, a keyboard
or mouse, is used to input data from a user (perhaps a fleet
operator) of the BSCU 14, and an output device(s) 5, such as
20   a display or printer, is used to output data to the user. A
nonvolatile storage device 6, for example, a hard disk drive
or CDROM mechanism, may be used to permanently store the
software of the BSCU 14, as well as to store the data bases
generated by the BSCU 14.

25   A high speed volatile memory 7, such as a conventional
random access memory (RAM), contains the software for driving
the processor 2 during operation of the BSCU 14.
Particularly, the RAM 7 is loaded with a conventional
operating system software (e.g., DOS, UNIX, etc.) for
30   supporting and implementing other software programs for
implementing various novel features of the BSCU 14. These
other software programs preferably include a preset
notification time period mechanism 9, a calling report

generator 11, a vehicle progress report generator 13, and a
base station control program 46 (Fig. 5) that has a vehicle
communications program 47, and a student calling program 48.
The foregoing software programs are loaded as needed into the
5    RAM 7, as needed, by the processor 2.

The preset notification time period mechanism 9 permits
the passenger to define a preset notification time period when
the passenger is to receive a telephone call prior to arrival
of a vehicle 19 at a vehicle stop to thereby indicate
10   impending arrival of the vehicle 19 at the stop. The preset
notification time period mechanism 9 can be implemented in
software in many different manners, as is well known to
someone with skill in the art. Preferably, the preset
notification time period mechanism 9 allows a passenger to
15   define the period by (a) establishing a telephone
communication link with the system telephone interface 27 and
(b) providing the preset notification time period to the
mechanism 9 during the telephone communication link.

The calling report generator 11 can be implemented in a
20   variety of ways in software and is preferably configured to
permit the passenger to solicit a calling report corresponding
to one or more previous telephone calls made by the system
telephone interface 27 to the passenger telephone 29. In
order to obtain the calling report, the passenger (a)
25   establishes a telephone communication link with the system
telephone interface 27 and (b) requests the report. In turn,
the calling report generator 11 provides the calling report to
the passenger in real time during the telephone communication
link. The calling report can be configured to indicate
30   whether the passenger telephone 29 was busy, was answered, was
not answered, or was out of service, when the system telephone
interface 27 initiated the previous telephone call(s) to the
passenger telephone 29. Further, the calling report can be

-14-

designed to include a time(s) when the previous telephone call(s) was (were) initiated by the system telephone interface 27 to the passenger telephone 29.

5   The vehicle progress report generator 13 may be implemented in many different ways in software and is configured to permit the passenger to solicit a vehicle progress report relating to arrival of the vehicle 19 at the vehicle stop. Preferably, a passenger can solicit a vehicle progress report from the vehicle progress report generator 13 10   by (a) establishing a telephone communication link with the system telephone interface 27 and (b) requesting the report. In turn, the vehicle progress report generator 13 provides the report to the passenger in real time during the telephone link. When the vehicle 19 is currently approaching the stop, 15   a time indicating when the vehicle 19 is to arrive at the stop can be specified in the vehicle progress report. When the vehicle 19 has already arrived at the stop, a past arrival time can be specified in the progress report. Furthermore, the progress report may include a time(s) when a previous 20   call(s) was initiated by the system telephone interface 27 to the passenger telephone 29.

As shown in Fig. 3B, the BSCU 14 further includes at least one transceiver 26 (for example, a mobile telephone or RF transceiver) and associated communication connection 26' 25   dedicated for communication with the one or more VCU transceivers 18 associated with the respective one or more VCUs 12. The vehicle communications program 47 (Fig. 5) drives the processor 2 to control the transceiver 26 and communications associated therewith.

30   The BSCU 14 can communicate to one or more passenger telephones 29, or student homes, via the telephone interface(s) 27 and telephone connection(s) 29'. The telephone interface 27 can be, for example but not limited to,

15

any of the following interfaces:   (a) a voice card(s)
(preferably multiple port) and/or telephone; (b) a high-speed
switch-computer applications interface(s) (SCAI) that
communicates to a digital switch operated by a telephone

5   utility company; the SCAI adheres to the conventional OSI
model and supports the carrying of application information in
an application independent fashion; and (c) an interface that
communicates with an analog display services interface(s)
(ADSI) maintained by a telephone utility company. ADSI is a

10   cost effective technology that delivers voice and data
information between a telephone terminal and a digital switch
or server using existing copper telephone lines.

The BSCU 14 could be configured to *merely call*
passengers, thus warning them of the impending arrival of a

15   bus 19, as opposed to forwarding both a call and a message.
Specifically, the student calling program 48 (Fig. 5) for the
advance notification system 10 can be designed to make the
telephone calls to the homes 36 of the students and allow the
telephone to ring a predefined number of times so that it is

20   not necessary for the telephone to be answered in order for
the telephone call to be recognized as that of the advance
notification system 10.

The student calling program 48 (Fig. 5) associated with
the advance notification system 10 can also be configured to

25   make the passenger telephone 29 exhibit a distinctive
telephone ring sound, or pattern, so that the call recipient
need not answer the telephone in order to receive the message.
The distinctive telephone ring can be coded by any sequence
and duration of rings and/or silent periods.  A standard ring

30   signal that is sent to a telephone from the telephone utility
company is typically a periodic electrical analog signal
having a frequency of 20 Hz and a peak-to-peak voltage
amplitude of -48 volts.  The ring signal is asserted on the

-16-

telephone connection 29' for a predefined time period for
ringing the telephone. The foregoing time period can be
manipulated in order to derive a distinctive sequence and
duration of rings and/or silent periods.

5      Implementation of a distinctive telephone ring can be
accomplished by purchasing this feature from a telephone
utility company. This feature is widely available to the
public. Generally, telephone utility companies operate
network switches, now usually digital, that serve as
10     interfaces for telephonic communications. A particular
geographic region is typically allocated to a particular
switch(s). In essence, one or more distinctive telephone
rings can be driven by software running in the switches to a
particular telephone. Examples of switches that are
15     commercially available to telephone utility companies are as
follows: a model DMS100 by Northern Telecom, Canada; a model
5ESS by AT&T, U.S.A.; and a model EWSD by Siemans Stromberg-
Carlson Corp., Germany.

The feature for establishing the distinctive telephone
20     ring is sold to the public under several different commercial
trade names, depending upon the telephone utility company.
Examples are as follows: Call Selector by Northern Telecom,
Canada; Ringmaster by Bell South, U.S.A.; Smartlink by SNET,
U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by
25     PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and
Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student
answers the telephone call from the base station unit 14, a
prerecorded message may be played by the BSCU 14. An example
30     of such a message would be: "The bus will arrive in five
minutes," as indicated in Fig. 1 at the reference numeral 30.

-17-

II.  System Operation

    A.    Initialization

       Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the

5    respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and waiting at each stop for the approximate time it would take

10    for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus driver actuates the switches 21, 22, 23 as required in accordance with the principles described

15    previously. The timing information is recorded in the memory (RAM 44 and EEPROM 43) of the VCU 12.

       The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of

20    determining whether a bus 19 is early or late at each of the bus stops.   In the preferred embodiment, determining the status (i.e., early, on time, late) of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

25       However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late at an instance in time. For example, the odometer 25a of the bus 19, as indicated by phantom lines in Fig. 1, could be monitored by the microprocessor controller 16.    At

30    particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10.   In this way, the determination of whether a bus 19 is early or late

-18-

can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves
5    interfacing the VCU 12 with the positioning system 25e, as shown in Fig. 1 by phantom lines.  From the geographical position data received from the positioning system 25e, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time.  The bus location
10   at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.

B.   Regular Operation

The overall operation of the advance notification system 10 will be described with reference to Figs. 4A and 4B.  Fig.
15   4A sets forth a flow chart showing the overall operation after the system 10 has been initialized.  Fig. 4B shows an example of a schedule of possible events and the interactions which might occur between the VCU 12 and the BSCU 14 as the bus 19
20   travels along its scheduled route and makes its scheduled stops.

In Fig. 4B, the left hand column illustrates the sequence of events for the BSCU 14, and the right hand column illustrates the sequence of events on the VCU 12.  Between the
25   right and left hand columns is illustrated a time line for the scheduled bus stops.  The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

First, the bus ignition is switched on, as indicated in
30   Fig. 4A at block 45a.  At the beginning of the bus route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12, and further, the unit 12

19

-19-

could be programmed to make initial contact with the BSCU 14
after the bus 19 moves a predefined distance, such as 1/8
mile, as determined by the odometer sensor 25a.   This
initialization action causes the microprocessor controller 16
5    to telephone the BSCU 12 to inform the BSCU 12 that the bus 19
is beginning its route and to initialize the BSCU 14 relative
to the VCU 12.   The foregoing action is indicated at flow
chart block 45b (Fig. 4A).   Alternatively, the bus driver can
press the start/reset switch 21 on the VCU 12 to initialize
10    the VCU 12.

After initialization of the VCU 12, the display module 33
preferably displays "Stop Number 1" followed by the amount of
time to reach stop number 1.   The time continuously runs as
the bus 19 progresses along the bus route.

15    Next, as indicated at flow chart block 45c (Fig. 4A), the
VCU 12 determines, continuously or periodically, if the bus 19
is on time by analyzing the status of devices 21-25 (Fig. 1)
in view of planned route data (derived from initialization).
In the preferred embodiment, the VCU 12 at least compares its
20    elapsed time from the clock 24 (Fig. 1) with its scheduled
time from the planned route data.   When the bus 19 is on time,
the VCU 12 does not contact the BSCU 14, and the BSCU 14
commences calling students at the predefined time prior to
arrival of the bus 19 at the particular bus stop, as indicated
25    in flow chart block 45e (Fig. 4A).   In the example of Fig. 4B,
at five minutes along the scheduled route, the BSCU 14 places
a telephone call to the homes 36 of the school children to be
picked up at bus stop number 1.

However, when the VCU 12 determines that the bus 19 is
30    early or late at this juncture, the VCU 12 contacts the BSCU
14, as indicated at flow chart block 45d (Fig. 4A), and the
BSCU 14 adjusts its student calling lists accordingly so that

-20-

the students are called in accordance with the predefined time
notice, e.g., five minutes.

    Further, as indicated at flow chart block 45f (Fig. 4A),
the VCU 12 again determines, continuously or periodically, if
5    the bus 19 is on time by analyzing the devices 21-25 (Fig. 1).
Preferably, in this regard, the VCU 12 at least compares its
elapsed time with its scheduled time.

    Back to the example of Fig. 4B, at ten minutes along the
schedule, the bus 19 arrives at the bus stop number 1 and
10    takes one minute to load all the students at this stop onto
the bus 19.  Just prior to leaving stop 1, the bus driver
actuates the move forward switch 22.  Upon actuating the move
forward switch 22, the display module 33 preferably displays
"Stop Number 2" followed by the amount of time to reach stop
15    number 2.  The foregoing feedback signal may be generated by
one of the sensors 25a-25e so that the bus driver need not
actuate the move forward switch 22.

    In accordance with flow chart block 45f (Fig. 4A), the
microprocessor controller 16 checks the elapsed time of eleven
20    minutes  to  confirm  that  such  time  corresponds  to  the
programmed time for bus stop number 1.   It will determine
whether the bus 19 is early or late.  If the bus 19 is either
early or late, the VCU 12 will call the BSCU 14 to inform the
unit 14 of this fact, as indicated at flow chart blocks 45g
25    and 45h (Fig. 4A).  If the bus 19 is on time, then the VCU 12
will continue to monitor the inputs from devices 21-25, as
indicated in flow chart block 45j.  In the example of Fig. 4B,
it is assumed that the bus 19 is neither early nor late in
leaving bus stop number 1.

30    Because the bus 19 is scheduled to arrive at bus stop
number 2 at sixteen minutes along the route, at eleven minutes
along the route the BSCU 14 places telephone calls to the

-21-

homes 36 of the school children who board the bus 19 at bus stop number 2, as indicated at flow chart block 45k (Fig. 4A).

The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of
5   the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus, gets three minutes behind schedule. Thus, the bus departs at twenty minutes along the route.

At this time, the VCU 12 makes an inquiry as to whether
10   there are any more bus stops, as indicated in flow chart block 45l. If so, then the VCU 12 again monitors its travel status by checking devices 21-25 (Fig. 1), in accordance with flow chart block 45f (Fig. 4A). If not, then the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow
15   chart block 45m.

In the example of Fig. 4B, upon receiving the information that the bus 19 is late, the microprocessor controller 16 compares the departure time to the scheduled departure time of seventeen minutes, pursuant to flow chart block 45f (Fig. 4A),
20   and determines that the bus 19 is three minutes behind schedule, in accordance with flow chart blocks 45g (Fig. 4A). The microprocessor controller 16 then telephones the BSCU 14 to inform the BSCU 14 that the bus 19 is three minutes behind schedule, as indicated in flow chart block 45h (Fig. 4A). A
25   fleet operator's screen associated with the BSCU 14 is updated to reflect the status of the late bus 19, as indicated at flow chart block 45i (Fig. 4A). Moreover, as indicated at flow chart block 45d (Fig. 4A), the BSCU 14 then reschedules the telephone calls that are to be made to the parents of the
30   students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the VCU 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2.

-22-

At twenty minutes along the route, the BSCU 14 calls the student homes 36 of the students corresponding to bus stop number 3, in accordance with flow chart block 45k (Fig. 4A), to inform them that the bus 19 is five minutes from arriving.

5 At twenty-five minutes along the route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block

10 45l. In the example of Fig. 4B, there are no more stops and, accordingly, the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be configured so that if a bus 19 becomes delayed by more than a

15 maximum length of time, such as fifteen minutes, the BSCU 14 immediately calls the homes 36 of the remaining students to board the bus 19 in order to notify these homes 36 of the unusual delay and to notify these homes 36 to wait for a notification call.

20 III. Control Programs

Figs. 5 through 7 show flow charts pertaining to control programs that implement control processes or algorithms of the advance notification system 10 of Fig. 1 in order to achieve the functionality as set forth in Figs. 4A and 4B as described

25 hereinbefore. These flow charts illustrate the best mode for practicing the invention at the time of filing this document. More specifically, Fig. 5 illustrates a base station control program 46 employed in the BSCU 14, and Figs. 6 and 7 show respectively a vehicle control program 76 and a VCU call

30 control program 101 implemented in the VCU 12. The foregoing control programs implement merely examples of plausible control algorithms, and an infinite number of control

-23-

algorithms may be employed to practice the present invention. Furthermore, it should be noted that the base station control program 46 of Fig. 5 is implemented via software within any conventional computer system, and the vehicle control program
5    76 of Fig. 6 and the VCU call control program 101 of Fig. 7 are both implemented via software run from RAM 44 (Fig. 3A) by the microprocessor controller 16.   However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human
10   interaction.

### A.  Base Station Control Program

With reference to Fig. 5, the base station control program 46 essentially comprises two control subprograms which run concurrently, namely, (a) a vehicle communications program
15   47 and (b) a student calling program 48.   The vehicle communications program 47 will be described immediately hereafter followed by the student calling program 48.

### 1.  Vehicle Communications Program

The vehicle communications program 47 initially waits for
20   a telephone call from one of the VCUs 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications program 47 is preferably capable of monitoring a plurality of telephone connections 26' for receiving information from a plurality of buses 19.   As the
25   number of buses 19 is increased, the number of telephone connections 26' which are monitored by the vehicle communications program 47 should also be increased to an extent.

After the start of a bus 19 along its route, the
30   respective VCU 12 will initiate a telephone call to the BSCU 14, as indicated by the telephone bell symbol 52.   After the

-24-

BSCU 14 receives the telephone call, a string of symbols is exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in a flow chart block 53.  In other words, the BSCU 14 ensures that it is in
5    fact communicating with the VCU 12, and *vice versa*.

Next, as shown in a flow chart block 54, the BSCU 14 asks the VCU 12 for information regarding (a) the time into the route and (b) the number designating the next stop.  In addition, route data 56 is obtained from a local data base.
10   The route data 56 includes information pertaining to each bus stop and how much time it should take to reach each bus stop during the route.  From the route data 56 and the information (a) and (b), as indicated previously, received from the VCU 12, the BSCU 14 can determine whether the bus 19 is late or
15   early, as indicated by flow chart blocks 57, 58, or whether the bus 19 has just started its route, as indicated by a flow chart block 59.  In the case where the bus 19 is late, the BSCU 14 advises the VCU 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart
20   block 61.  In the case where the bus 19 is early, the BSCU 14 advises the VCU 12 to move its on-board clock 24 forward so that the VCU 12 thinks it is on time, as indicated in flow chart block 62.  Moreover, in the situation where the bus 19 has just started its route and the telephone call is
25   essentially the first call of the route, the base station clock 28 and the on-board vehicle clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the BSCU 14 informs the VCU 12 to terminate the telephone call, which was
30   initiated in the flow chart block 51.  The vehicle communications program 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

-25-

Worth noting from the foregoing discussion is the fact that the BSCU 14 is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the
5  advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the VCU 12 communicates to the BSCU 14 only (a) when the
10  bus 19 is at the start of a route, (b) when the bus 19 is either early or late during the route, and (c) when the bus 19 completes its route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

### 2. Student calling program

15  As previously mentioned, the student calling program 48 runs concurrently with the vehicle communications program 47 within the BSCU 14. In essence, the student calling program 48 uses the timing information retrieved from the bus 19 by the vehicle communications program 47 in order to call
20  students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the BSCU 14 and comprises information regarding (a) student names, (b) student telephone numbers, and (c) the time into a bus route when a student should be called via telephone. In
25  accordance with the student calling program 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling program 48 initiates a telephone call to
30  the particular student, as shown in flow chart blocks 68, 69. The telephone call can be made by using a distinctive telephone ring or a predefined number of rings, as described

-26-

previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the program can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling program 48 returns to the student list 66 and searches for the next student to be called.

As further shown in Fig. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications program 47 and the student calling program 46. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

### B. Vehicle Control Program

Reference will now be made to the vehicle control program 76 shown in Fig. 6. Initially, as indicated in the flow chart block 77 of the vehicle control program 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to Fig. 7.

-27-

Next, as shown in Fig. 6, the vehicle control program 76 begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24, and sensors 25a-25e, if present, to determine whether the bus 19 is early or late. As

5    mentioned previously, the vehicle control program 76 initiates a call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the

10   route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control program 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the program 76

15   continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when

20   it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a bell symbol 84 in Fig. 7.

If the bus is not late, then the program 76 determines whether any of the switches 21, 22, 23 have been actuated, as

25   indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the program 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the program 76 will determine which of the

30   switches 21, 22, 23 has been actuated.

First, the program 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated

-28-

the move forward switch 22, then the VCU 12 will retrieve the
next stop number and corresponding stop time, as indicated in
flow chart block 88, from a local data base having the route
data 56. Moreover, a decision will be made as to whether the
5    bus 19 is early for that particular stop, as indicated in the
decision flow chart block 91. In the preferred embodiment,
the bus 19 is considered early if the bus 19 arrives at a stop
more than a predetermined early time period, such as 50
seconds, earlier than when it should have arrived. If the bus
10    is not early, then the program 76 will loop back and proceed
again with the flow chart block 81. Otherwise, a call will be
initiated to the BSCU 14 to inform the unit 14 that the bus 19
is early, as illustrated by bell symbol 92 in Fig. 7.

    In the event that the bus driver has not actuated the
15    move forward switch 22, the program 76 proceeds to a
decisional flow chart block 93 wherein the program 76
determines whether the move backward switch 23 has been
actuated by the bus driver. If the move backward switch 23
has been actuated, then the program 76 obtains the previous
20    stop number and stop time, as indicated in flow chart block
94, displays these values on the display screen, and loops
back to begin again with the flow chart block 81.

    In the event that the bus driver has not actuated the
move backward switch 23, then the program 76 determines
25    whether the bus driver has actuated the start/reset switch 21,
as indicated in the decisional flow chart block 96. If the
start/reset switch 23 has not been actuated by the bus driver,
then the program 76 loops back and begins again with the flow
chart block 81. Otherwise, the program 76 loops back and
30    begins again with the flow chart block 77.

-29-

C. VCU Call Control Program

When a call is initiated by the VCU 12 as indicated by
the call symbols 78, 84, 92, the VCU 12 follows the VCU call
control program 101 as illustrated in Fig. 7.  Initially, if
5   a mobile telephone is used by the VCU 12, the telephone number
corresponding with the BSCU 14 is obtained from the EEPROM 43,
as indicated in a flow chart block 102.  Other information is
also obtained, including among other things, the particular
bus number, bus serial number, and bus route.  Next, the VCU
10  call control program 101 sets a time out variable to keep
track of how many times a communication connection has been
initiated.   The number $n$ of allowable attempts is
predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as
15  indicated in the flow chart block 103, the VCU call control
program 101 causes the transceiver 18 to be called, as
indicated in the flow chart block 104.   The call control
program 101 requires the VCU 12 to wait for a response from
the BSCU 14.  If the VCU 12 does not receive a response within
20  a predetermined time out period, preferably 20 seconds, then
the VCU call control program 101 loops back and begins again
at the flow chart block 103.  Otherwise, when the VCU call
control program 101 determines that a response has been
received, a validation procedure ensues, as indicated in a
25  flow chart block 108.  The validation process indicated at the
flow chart block 108 is that which was described previously
relative to the flow chart block 53 of Fig. 5.  Essentially,
it involves the exchange of symbols in order to assure a
proper connection.

30  At the commencement of the validation process, another
time out variable is set and will trigger termination of the
telephone connection after a predetermined time period has
run.  The initiation of the time out variable and monitoring

3.

-30-

of the same is indicated in Fig. 7 at flow chart block 111.
If the time out variable triggers termination of the telephone
connection, then the VCU call control program 101 will hang up
and end the call, as illustrated by a flow chart block 114.
5    Otherwise, when the validation procedure has fully commenced,
commands are passed from the BSCU 14 to the VCU 12, as shown
by a flow chart block 112.  Commands which may be sent to the
VCU 12 include, for example, the following:  (1) Is the bus 19
either early or late?; (2) Reset the vehicle clock 24;
10   (3) Record new information in the EEPROM 43.  It should be
emphasized that the BSCU 14 may change the route information
contained within the EEPROM 43 of the particular bus 19.  The
foregoing features enables extreme flexibility of the advance
notification system 10.
15         Furthermore, the VCU call control program 101 determines
whether the BSCU 14 has finished its communication over the
mobile telephone, as indicated in a flow chart block 113.
Again, the VCU call control program 101 utilizes another time
out variable to determine whether the BSCU 14 has finished.
20   After the predetermined time period of the time out variable,
the VCU call control program 101 will assume that the BSCU 14
has terminated its communication, and accordingly, the VCU
call control program 101 will hang up the telephone, as
indicated in a flow chart block 114.  Otherwise, the VCU call
25   control program 101 will loop back and begin with the flow
chart block 111 in order to accept another command from the
BSCU 14.

IV.  Management Of BSCU By A Passenger
     In the preferred embodiment of the invention, a passenger
30   of the system 10 can communicate with and manage the BSCU 14
of the system 10 through an interactive system, such as an
interactive voice response system (IVR) or other suitable

3)

-31-

communication system. This interactive system provides the passenger with flexibility and control over the calling parameters and the ability to solicit information, *i.e.*, reports. When a passenger calls into the system 10, the

5   passenger may (a) enroll and/or make changes to the calling parameters of the BSCU 14, including defining the preset notification time period when the passenger is to receive a telephone call prior to arrival of the vehicle 29 at the stop (to thereby indicate impending arrival of the vehicle 29), (b)

10   obtain a vehicle progress report so as to check on vehicle delays or if the passenger has missed the vehicle, and/or (c) receive a calling report on the last notification attempt.

Moreover, in accordance with a security feature of the present invention, the BSCU 14 is configured so that when a

15   passenger requests any of the foregoing information, the telephone number of the passenger telephone 29 is checked by the BSCU 14. If a passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 compares the caller's

20   telephone number with a previously-registered number (reference caller identification number) stored in the student list database 66 (Fig. 5). If the incoming number does not match or if the telephone connection does not provide the calling line identification, then the passenger is prompted to

25   enter his/her telephone number to the BSCU 14. Moreover, the telephone number received by the BSCU 14 must be the one registered in the BSCU 14 for the aforementioned options to be used.

A.   Call Back Feature

30   Initially, in the preferred embodiment, when enrollment is requested by a passenger, the BSCU 14 of the system 10 requests the passenger to enter its phone number, and the

31

-32-

telephone number is registered. The BSCU 14 then calls the passenger back at the telephone number registered in the BSCU 14 to confirm, before the passenger can change calling parameters or solicit information from the BSCU 14.

5      If a subscribing passenger's telephone service has the commercially available feature typically known as "calling line identification," the BSCU 14 can recognize the directory number. In that case, the BSCU 14 will not have to call the passenger back to register, and enrollment can continue.

10      Likewise, once registered and if a subscribing passenger with calling line identification requests to use an option, the telephone number does not have to be entered. The interactive voice response system (IVR) can recognize the number delivered through calling line identification.

15      B.   Subscription

The service provided by the system 10 can be started when the subscribing passenger calls into the interactive voice response system (IVR) from a telephone 29, preferably a touch-tone telephone. The subscribing passenger receives a prompt

20   to enter his/her telephone number. The subscribing passenger hangs up, and the BSCU 14 calls the subscribing passenger back, unless calling line identification is in use as described previously.

Changes are only allowed if the telephone number derived

25   from the calling line identification matches the BSCU registered number or if the entered telephone number matches the registered number.

An example illustrating the foregoing process follows. In the example, as well as the others that follow, the system

30   10 utilizes the trade name "Bus-Call," which is currently a federally registered trademark on the Principal Register at the United States Patent and Trademark Office.

-33-

<u>Example Session</u>

    IVR:      "Welcome to Bus-Call.  Please enter your telephone
              number now."
    Sub:      <Keypad numbers pressed>
5   IVR:      "The number you entered is xxx-xxxx.  If this is
              correct, please press '1,' if not press '2'.  The
              Bus-Call system will call you back within a couple
              of minutes.  Thank you and please hang up now."
    Sub:      <Answers returned call>
10  IVR:      "Hello, thank you for using the Bus-Call system.
              Please press:
              '1' to start the Bus-Call service to your home;
              '2' to change the notification time;
              '3' for the date and time of the last change made
15            to Bus-Call."

    C.   <u>Service Inception</u>

         In the preferred embodiment, with the implementation of

    the IVR, the BSCU 14 provides voice prompts to guide the

    passenger through a telephone call when the passenger wishes

20  to configure the BSCU 14 or retrieve information.

         In the preferred configuration, voice prompts ask for the

    (a) bus number and the (b) stop number.  These two pieces of

    information are usually given by the bus driver the first time

    the student rides the bus 29.  The information can be taken

25  from the VCU display module 33 (Fig. 3A) of the VCU 12 and/or

    written on a marketing brochure in which the student takes

    home.

         Information can be entered into the BSCU 14 and retrieved

    from the BSCU 14, after the bus number and stop number are

30  confirmed, as the BSCU 14 will provide an appropriate options

    menu to the caller.  An example illustrating the foregoing

    process follows.

3-1

-34-

## Example Session

| | | |
|---|---|---|
| | Sub: | \<The subscribing passenger calls in and enters the appropriate option to start Bus-Call service\> |
| | IVR: | "Please enter your bus number now." |
| 5 | Sub: | \<Keypad number pressed\> |
| | IVR: | "The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect please press '2.'" |
| | Sub: | \<Keypad number pressed\> |
| 10 | IVR: | "Please enter your bus stop number now." |
| | Sub: | \<Keypad number pressed" |
| | IVR: | The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect, please press '2.'" |
| 15 | Sub: | \<Keypad number pressed\> |

### D.   Preset Notification Time Period

The preset notification time period mechanism 9 (Fig. 3B) permits the passenger to define a preset notification time period when the passenger is to receive a telephone call prior to arrival of a vehicle 19 at a vehicle stop to thereby indicate impending arrival of the vehicle 19 at the stop.  The preset notification time period can be provided by the passenger to BSCU 14 by depressing touch tone buttons on the passenger telephone 29 or other telephone.

If the period is not prescribed by the passenger, the default for the notification time period is set to any suitable period, such as five minutes.  Moreover, the passenger prescribed time period or the default time period is announced to the passenger.  Finally, if a change of the preset notification time period is needed, the passenger is prompted through the process.  An example of the foregoing methodology is set forth hereafter.

-35-

## Example Session

| | | |
|---|---|---|
| | Sub: | &lt;The subscribing passenger calls in and enters the appropriate option to start Bus-Call service&gt; |
| | IVR: | "Please enter your bus number now." |
| 5 | Sub: | &lt;Keypad number pressed&gt; |
| | IVR: | "The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect please press '2.'" |
| | Sub: | &lt;Keypad number pressed&gt; |
| 10 | IVR: | "Please enter your bus stop number now." |
| | Sub: | &lt;Keypad number pressed" |
| | IVR: | The number you entered is xx.  If this is correct please press '1.'  If this number is incorrect, please press '2.'" |
| 15 | Sub: | &lt;Keypad number pressed&gt; |
| | IVR: | Bus-Call will ring your telephone five minutes before the bus arrives.  If five minutes is not enough time, press '1.'  If five minutes is OK, press '2.'" |
| 20 | Sub: | &lt;Keypad number pressed&gt; |
| | IVR: | "Thank you" |
| | | or |
| | | "Please enter the new notification time now." |
| | | &lt;Keypad number pressed&gt; |
| 25 | | "The time you entered is xx minutes.  If this is correct, press '1.'  If this number is incorrect, press '2.' |
| | | &lt;Keypad number pressed&gt; |
| | | "Thank you." |

30 D.   Vehicle Progress Report

The vehicle progress report generator 13 (Fig. 3B) in the BSCU 14 allows a subscribing passenger to solicit information from the BSCU 14 pertaining to the progress of the vehicle 29 relative to its route and/or relative to a particular stop. 35 A subscribing passenger may feel that the vehicle 29 was missed.  By calling the BSCU 14 and pressing the appropriate option, the IVR provides information about the current vehicle location.

-36-

<u>Example Session</u>

| | | |
|---|---|---|
| IVR: | "Press (3) if you think you have missed the bus." |
| Sub: | <Keypad (3) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub: | <Keypad numbers pressed> |
| IVR: | "The bus has..." |
| | "...Already passed your stop.  The Bus-Call system called your telephone number at 7:27 a.m. and received a busy signal.  The bus stopped at 7:32 a.m." |
| | or |
| | "...Has not arrived and is approaching your stop in approximately 12 minutes." |

E.  <u>Calling Report</u>

The calling report generator 11 (Fig. 3B) in the BSCU 14 allows a subscribing passenger to solicit a calling report from the BSCU 14.  The calling report can indicate, among other things, the time(s) and outcome(s) of any previous notification attempt(s) by the BSCU 14 to the passenger telephone 29.  The BSCU 14 can be programmed to make any number of attempts, but preferably, the BSCU 14 makes three attempts to provide notification.

<u>Example Session</u>

| | |
|---|---|
| IVR: | "Press (4) if you would like a report on the last notification attempt." |
| Sub: | <Keypad (4) pressed> |
| IVR: | "Please enter your telephone number now." |
| Sub: | <Keypad numbers pressed> |
| IVR: | "The Bus-Call system called your telephone number at 7:15 a.m. on Monday, February 20..." |
| | "...The call was answered." |
| | or |
| | "...The telephone was busy." |
| | or |
| | "...The telephone rang but was not answered." |
| | or |
| | "...The telephone number was not in service or called block was engaged." |

-37-

     This calling report generator 11 can also be configured to allow the subscribing passenger to check on the last changes made to the calling parameters. In this configuration, the IVR gives the change made and the date the change was requested by the subscribing passenger.

     It will be obvious to those skilled in the art that many modifications may be made to the preferred embodiment of the present invention, as set forth above, without departing substantially from the principles of the present invention. All such modifications are intended to be included herein within the scope of the present invention, as defined in the following claims.

-38-

## CLAIMS

Wherefore, the following is claimed:

1.   A method for an advance notification system that notifies a passenger of an impending arrival of a vehicle at a vehicle stop, the system comprising (a) a passenger telephone associated with said passenger, (b) a system telephone interface, and (c) a system control for monitoring travel of said vehicle in relation to the vehicle stop and for initiating a telephone call with said system telephone interface to the passenger telephone before the vehicle reaches the vehicle stop to thereby indicate impending arrival of the vehicle at the vehicle stop, the method comprising the steps of:

(a)   permitting said passenger to solicit a report corresponding to a previous telephone call made by said system telephone interface to said passenger telephone including the following steps:

(1)   establishing a telephone communication link between said passenger and said system telephone interface; and

(2)   providing said report from said system control to said passenger during said telephone communication link.

2.   The method of claim 1, further comprising the step of indicating in said report that said passenger telephone was busy when said system telephone interface initiated said previous telephone call to said passenger telephone.

35

-39-

3.   The method of claim 1, further comprising the step of indicating in said report that said passenger telephone was answered when said system telephone interface initiated said previous telephone call to said passenger telephone.

4.   The method of claim 1, further comprising the step of indicating in said report that said passenger telephone was not answered when said system telephone interface initiated said previous telephone call to said passenger telephone.

5.   The method of claim 1, further comprising the step of indicating in said report that said passenger telephone was out of service when said system telephone interface initiated said previous telephone call to said passenger telephone.

6.   The method of claim 1, further comprising the step of indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said passenger telephone.

7.   The method of claim 1, further comprising the steps of:
    maintaining a reference caller identification number associated with said passenger telephone; and
    when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-40-

8.   A method for an advance notification system that
notifies a passenger of an impending arrival of a vehicle at
a vehicle stop, the method for permitting the passenger to
solicit a report corresponding to a previous telephone call
made by the system to the passenger, wherein the system
comprises:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said
vehicle control unit having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit a
travel signal based upon said vehicle travel monitoring
means;

(3) a vehicle processor controlling said vehicle
travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

(1) a receiver adapted to receive said travel signal
from said vehicle control unit;

(2) base station telephone;

(3) base station processor controlling said receiver
and said base station telephone, said base station
processor for establishing a telephone connection between
said base station telephone and said passenger telephone
when said vehicle is at said preset time from said
vehicle stop;

and wherein the method comprises the steps of:

(a) permitting said passenger to solicit said report
corresponding to said previous telephone call made by said
system telephone interface to said passenger telephone by the
following steps:

(1) establishing a telephone communication link
between said passenger and said system telephone
interface; and

-41-

(2) providing said report from said system control to said passenger during said telephone communication link.

9.    The method of claim 8, further comprising the step of indicating in said report that said passenger telephone was busy when said system telephone interface · initiated said previous telephone call to said passenger telephone.

10.    The method of claim 8, further comprising the step of indicating in said report that said passenger telephone was answered when said system telephone interface initiated said previous telephone call to said passenger telephone.

11.    The method of claim 8, further comprising the step of indicating in said report that said passenger telephone was not answered when said system telephone interface initiated said previous telephone call to said passenger telephone.

12.    The method of claim 8, further comprising the step of indicating in said report that said passenger telephone was out of service when said system telephone interface initiated said previous telephone call to said passenger telephone.

13.    The method of claim 8, further comprising the step of indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said passenger telephone.

-42-

14. The method of claim 8, further comprising the steps of:

maintaining a reference caller identification number associated with said passenger telephone; and

when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-43-

15. An advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop and for permitting the passenger to solicit a report corresponding to a previous telephone call made by the system to the passenger, comprising:

a passenger telephone associated with said passenger;

a system control for monitoring travel of said vehicle in relation to the vehicle stop;

a system telephone interface in communication with said system control, said system telephone interface for establishing a telephone connection with said passenger telephone at a time before said vehicle reaches said vehicle stop; and

report generator associated with said system control for generating and providing said report to said passenger during a telephone communication link between said passenger and said system telephone interface.

16. The system of claim 15, wherein said report generator further comprises a means for indicating in said report that said passenger telephone was busy when said system telephone interface initiated said previous telephone call to said passenger telephone.

17. The system of claim 15, wherein said report generator further comprises a means for indicating in said report that said passenger telephone was answered when said system telephone interface initiated said previous telephone call to said passenger telephone.

-44-

18. The system of claim 15, wherein said report generator further comprises a means for indicating in said report that said passenger telephone was not answered when said system telephone interface initiated said previous telephone call to said passenger telephone.

19. The system of claim 15, wherein said report generator further comprises a means for indicating in said report that said passenger telephone was out of service when said system telephone interface initiated said previous telephone call to said passenger telephone.

20. The system of claim 15, wherein said report generator further comprises the step of indicating in said report a time when said previous telephone call was initiated by said system telephone interface to said passenger telephone.

21. The system of claim 15, wherein said system control further comprises:

a means for maintaining a reference caller identification number associated with said passenger telephone; and

a means for, when said telephone communication link is established, determining whether said telephone communication link is authorized by comparing a caller identification number associated with said telephone communication link with said reference caller identification.

-45--

22. An advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop and for permitting a passenger to solicit a report corresponding to a previous telephone call made by the system to the passenger, comprising:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a vehicle travel monitoring means;

(2) a vehicle transmitter adapted to transmit a travel signal based upon said vehicle travel monitoring means;

(3) a vehicle control means controlling said vehicle travel monitoring means and said vehicle transmitter; and

(c) a base station control unit having:

(1) a receiver adapted to receive said travel signal from said vehicle control unit;

(2) a base station telephone interface;

(3) a base station control controlling said receiver and said base station telephone, said base station control means for establishing a telephone connection between said base station telephone and said passenger telephone before said vehicle reaches said vehicle stop; and

(4) a report generator associated with said base station control for generating and providing said report of said previous telephone call to said passenger during a telephone communication link between said passenger and said base station telephone interface.

*add a1*

Attorney's Docket No. ___ ___-1-022 _____   **PATENT**

---

### COMBINED DECLARATION AND POWER OF ATTORNEY
(ORIGINAL, DESIGN, NATIONAL STAGE OF PCT, SUPPLEMENTAL, DIVISIONAL,
CONTINUATION OR CIP)

---

As a below named inventor, I hereby declare that:

#### TYPE OF DECLARATION

This declaration is of the following type: (check one applicable item below)

```
  x   original
_____ design
_____ supplemental
```

NOTE:   If the declaration is for an International Application being filed as a divisional, continuation or
continuation-in-part application do **not** check next item; check appropriate one of last three items.

```
_____ national stage of PCT
```

NOTE:   If one of the following 3 items apply then complete and also attach ADDED PAGES FOR DIVISIONAL,
CONTINUATION OR CIP.

```
_____ divisional
_____ continuation
  x   continuation-in-part (CIP)
```

#### INVENTORSHIP IDENTIFICATION

WARNING:   If the inventors are each not the inventors of all the claims an explanation of the facts,
including the ownership of all the claims at the time the last claimed invention was made,
should be submitted.

My residence, post office address and citizenship are as stated below next to my
name, I believe I am the original, first and sole inventor (if only one name is
listed below) or an original, first and joint inventor (if plural names are
listed below) of the subject matter which is claimed and for which a patent is
sought on the invention entitled:

#### TITLE OF INVENTION

---

### ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING
PASSENGER CALLING REPORT GENERATOR

---

#### SPECIFICATION IDENTIFICATION

the specification of which:  (complete (a), (b) or (c))

(a)   ` x ` is attached hereto.

(b)   _____ was filed on _____ as Serial No. _____ or
      _____ Express Mail No., as Serial No. not yet known _____ and
            was amended on _____ (if applicable).

NOTE:   Amendments filed after the original papers are deposited with the PTO which contain new matter are not
accorded a filing date by being referred to in the declaration. Accordingly, the amendments involved
are those filed with the application papers or, in the case of a supplemental declaration, are those
amendments claiming matter not encompassed in the original statement of invention or claims. See 37
CFR 1.67.

(c)   _____ was described and claimed in PCT International Application No.
      _____ filed on _____ and as
      amended Under PCT Article 19 on _____ (if any).

**(Declaration and Power of Attorney--page 1 of 4)**

### ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information

- which is material to patentability as defined in 37, Code of Federal Regulations, § 1.56.

  (also check the following items, if desired)

  __x__ and which is material to the examination of this application, namely, information where there is a substantial likelihood that a reasonable examiner would consider it important in deciding whether to allow the application to issue as a patent, and

  _____ In compliance with this duty, there is attached an information disclosure statement in accordance with 37 CFR 1.98.

### PRIORITY CLAIM (35 U.S.C. § 119)

I hereby claim foreign priority benefits under Title 35, United States Code, § 119 of any foreign application(s) for patent or inventor's certificate or of any PCT international application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate or any PCT international application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(complete (d) or (e))

(d)     __x__ no such applications have been filed

(e)     _____ such applications have been filed as follows

NOTE:   Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

#### A.   PRIOR FOREIGN/PCT APPLICATION(S) FILED WITHIN 12 MONTHS (6 MONTHS FOR DESIGN) PRIOR TO THIS APPLICATION AND ANY PRIORITY CLAIMS UNDER 35 U.S.C. § 119

| COUNTRY (OR INDICATE IF PCT) | APPLICATION NUMBER | DATE OF FILING (day, month, year) | PRIORITY CLAIMED UNDER 37 USC 119 |
|---|---|---|---|
| . | | | ___ YES ___ NO |
| | | | ___ YES ___ NO |
| | | | ___ YES ___ NO |
| | | | ___ YES ___ NO |
| | | | ___ YES ___ NO |

(Declaration and Power of Attorney--page 2 of 4)

G-74

ALL FOREIGN APPLICATION(S), IF ANY FILED MORE THAN 12 MONTHS
(6 MONTHS FOR DESIGN) PRIOR TO THIS U.S. APPLICATION

NOTE:   If the application filed more than 12 months from the filing date of this application is a PCT filing
forming the basis for this application entering the United States as (1) the national stage, or (2) a
continuation, divisional, or continuation-in-part, then also complete ADDED PAGES TO COMBINED
DECLARATION AND POWER OF ATTORNEY FOR DIVISIONAL, CONTINUATION OR CIP APPLICATION for benefit of the
prior U.S. or PCT application(s) under 35 U.S.C. § 120.

## POWER OF ATTORNEY

I hereby appoint the following attorney(s) and/or agent(s) to prosecute
this application and transact all business in the Patent and Trademark Office
connected therewith.  (List name and registration number)

Scott A. Horstemeyer, #34,183
James F. Vaughan, #31,889
George M. Hopkins, #17,411
George M. Thomas, #22,260
Steven D. Kerr, #32,472
James W. Kayden, #31,532
D. Scott Sudderth, #34,026

(check the following item, if applicable)

_____ Attached as part of this declaration and power of attorney is the
authorization of the above-named attorney(s) to accept and follow
instructions from my representative(s).

SEND CORRESPONDENCE TO                      DIRECT TELEPHONE CALLS TO:
                                            (Name and Telephone Number)
Scott A. Horstemeyer
Hopkins & Thomas                                   Scott A. Horstemeyer
Suite 1500                                         (404) 951-0931
100 Galleria Parkway N.W.
Atlanta, Georgia 30339

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are
true and that all statements made on information and belief are believed to be
true; and further that these statements were made with the knowledge that willful
false statements and the like so made are punishable by fine or imprisonment, or
both, under Section 1001 of Title 18 of the United States Code, and that such
willful false statements may jeopardize the validity of the application or any
patent issued thereon.

## SIGNATURE(S)

Full name of first inventor _____Martin Kelly Jones_____
Inventor's signature _____
Date _4 2R 95_____          Country of Citizenship ____U.S.A._____
Residence __2417 Third Street, Dalton, Georgia 30720__
Post Office Address __2417 Third Street, Dalton, Georgia 30720____

(Declaration and Power of Attorney--page 3 of 4)

CHECK PROPER BOX(ES) FOR ANY OF THE FOLLOWING ADDED PAGE(S) WHICH
FORM A PART OF THIS DECLARATION

_____ Signature for subsequent joint inventors.
                    Number of pages added _____.

_____ Signature by administrator(trix), executor(trix) or legal
representative for deceased or incapacitated inventor.
                    Number of pages added _____.

_____ Signature for inventor who refuses to sign or cannot be reached by
person authorized under 37 CFR 1.47.
                    Number of pages added _____.

                              * * *

__x__ Added pages to combined declaration and power of attorney for
divisional, continuation, or continuation-in-part (CIP) application.

              __x__   Number of pages added _One (1)_

                              * * *

_____ Authorization of attorney(s) to accept and follow instructions from
representative.

                              * * *

If no further pages form a part of this Declaration then end this
Declaration with this page and check the following item

              _____ This declaration ends with this page

(Declaration and Power of Attorney--page 4 of 4)

**ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY
FOR DIVISIONAL, CONTINUATION OR CONTINUATION-IN-PART**

**CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S) UNDER 35 U.S.C. 120**

I hereby claim the benefit under Title 35, United States Code, § 120 of any United States application(s) or PCT international application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, § 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT international filing date of this application.

| PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 USC 120: | | | | | |
|---|---|---|---|---|---|
| U.S. Applications | | | Status (Check One) | | |
| U.S. Serial No. | U.S. Filing Date | | Patented | Pending | Abandoned |
| 1.   08/063,533 | May 18, 1993 | | X | | |
| 2.   08/407,319 | March 20, 1995 | | | X | |
| 3. | | | | | |
| PCT Applications Designating the U.S. | | | | | |
| PCT Application No. | PCT Filing Date | U.S. Serial Nos. Assigned (if any) | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

08432666

MAIL ROOM
MAY
2 4
1995

Attorney's Docket No.    5G01-1-022

Applicant or Patentee:  Martin Kelly Jones
Serial or Patent No.:   To be assigned
Filed or Issued:        Herewith
For:   ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER
       CALLING REPORT GENERATOR

VERIFIED STATEMENT (DECLARATION) CLAIMING SMALL ENTITY STATUS
(37 CFR 1.9(f) AND 1.27(c)) - SMALL BUSINESS CONCERN

I hereby declare that I am

_____ the owner of the small business concern identified below
__x__ an official of the small business concern empowered to act on behalf
      of the concern identified below:

NAME OF CONCERN       Global Research Systems, Inc.
ADDRESS OF CONCERN    886 Horseleg Creek Road, SW
                      Rome, Georgia 30165

I hereby declare that the above-identified small business concern qualifies as
a small business concern as defined in 13 CFR 121.3-18, and reproduced in 37 CFR
1.9(d), for purposes of paying reduced fees under Section 41(a) and (b) of Title
35, United States Code, in that the number of employees of the concern, including
those of its affiliates, does not exceed 500 persons.  For purposes of this
statement, (1) the number of employees of the business concern is the average
over the previous fiscal year of the concern of the persons employed on a full-
time, part-time or temporary basis during each of the pay periods of the fiscal
year, and (2) concerns are affiliates of each other when either, directly or
indirectly, one concern controls or has the power to control the other, or a
third-party or parties controls or has the power to control both.

I hereby declare that rights under contract or law have been conveyed to and
remain with the small business concern identified above with regard to the
invention, entitled   ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING
                      PASSENGER CALLING REPORT GENERATOR
by inventor(s)   Martin Kelly Jones

described in

__x__  the specification filed herewith.
_____  application serial no. _____, filed _____.
_____  patent no. _____, issued _____.

If the rights held by the above-identified small business concern are not
exclusive, each individual, concern or organization having rights to the
invention is listed below* and no rights to the invention are held by any person,
other than the inventor, who could not qualify as a small business concern under
37 CFR 1.9(d) or by any concern which would not qualify as a small business
concern under 37 CFR 1.9(d) or a nonprofit organization under 37 CFR 1.9(e).

*NOTE: Separate verified statements are required from each named person, concern or organization having rights
to the invention averring to their status as small entities.  (37 CFR 1.27).

(Small Entity-Small Business--Page 1 of 2)

G-78

NAME _____N/A_____
ADDRESS _____

_____ INDIVIDUAL      _____ SMALL BUSINESS CONCERN      _____ NONPROFIT ORGANIZATION

NAME _____N/A_____
ADDRESS _____

_____ INDIVIDUAL      _____ SMALL BUSINESS CONCERN      _____ NONPROFIT ORGANIZATION

I acknowledge the duty to file, in this application or patent, notification of any change in status resulting in loss of entitlement to small entity status prior to paying, or at the time of paying, the earliest of the issue fee or any maintenance fee due after the date on which status as a small business entity is no longer appropriate.  (37 CFR 1.28(b)).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application, any patent issuing thereon, or any patent to which this verified statement is directed.

NAME OF PERSON SIGNING _____Gena B. Payne_____
TITLE OF PERSON OTHER THAN OWNER ____CFO_____
ADDRESS OF PERSON SIGNING _____886 Horseleg Creek Road, SW____
_____Rome, Georgia 30165_____

SIGNATURE _____Gena B. Payne_____  Date__4/28/95___

(Small Entity-Small Business--Page 2 of 2)



**FIG 1**

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED

08432666



FIG 3A

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 3B

PRINT OF DRAWINGS
AS ORIGINALLY FILED





FIG. 4A

PRINT OF DRAWINGS
AS ORIGINALLY FILED





**BASE-STATION COMPUTER EVENT MODEL**

**BUS COMPUTER EVENT MODEL**

PLANNED ROUTE EVENT TIME

ACTUAL ROUTE EVENT TIME

BUS 00015 STARTING UP

BUS STARTS

TIME-OF-DAY

RESET ROUTE TIME TO 0:00

OK, BYE

0:00

0:05 CALL HOME AT STOP 1

0:10

0:11 LEAVE STOP 1 AT 0:11

0:11 CALL HOME AT STOP 2

0:16

0:20 BECAUSE STUDENT IS LATE, LEAVE STOP 2 AT 0:20

SCHEDULE MISALIGNED INFORM BASE-STATION

BUS 00015, WE'RE LATE

FROM STOP 2

RESET TO 0:17 IN ROUTE

OK, BYE

0:20 CALL HOME AT STOP 3

0:26 LEAVE STOP 3 AT 0:26

0:25

LAST STOP END OF ROUTE

LAST STOP END OF ROUTE

**FIG 4B**

PRINT OF DRAWINGS
AS ORIGINALLY FILED



**FIG 5**

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG 6

FIG 7



**FIG 1**

08432666
06/02/96

08432666

06/02/98



FIG 2

21
22
23

DISPLAY MODULE
33

MICROPROCESSOR CONTROLLER
16

31

TRANSCEIVER
18

12

32

34

BATTERY
35



FIG 3A

08432666
06/02/96

FIG. 3B

08432666
08/02/96



FIG. 4A





**BASE-STATION COMPUTER EVENT MODEL**

**BUS COMPUTER EVENT MODEL**

PLANNED ROUTE EVENT TIME

ACTUAL ROUTE EVENT TIME

BUS STARTS

BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE

0:00

0:10

0:05 CALL HOME AT STOP 1

0:11 LEAVE STOP 1 AT 0:11

0:16

0:11 CALL HOME AT STOP 2

0:20 BECAUSE STUDENT IS LATE, LEAVE STOP 2 AT 0:20

SCHEDULE MISALIGNED INFORM BASE-STATION

BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE

0:20 CALL HOME AT STOP 3

0:26 LEAVE STOP 3 AT 0:26

0:25

LAST STOP END OF ROUTE

LAST STOP END OF ROUTE

**FIG 4 B**

G-93



**FIG 5**



*FIG 6*

*FIG 7*

08432666

38 △

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Effective October 1, 1994 | Application or Docket Number |
|---|---|
| | 08/396000 |

## CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 365.00 | OR | | 730.00 |
| TOTAL CLAIMS | 80 minus 20 = | 60 | x$11= | 66 | OR | x$22= | 144 |
| INDEPENDENT CLAIMS | 4 minus 3 = | 1 | x38= | 38 | OR | x76= | 76 |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +120= | | OR | +240= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | | OR | TOTAL | |

## CLAIMS AS AMENDED - PART II

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | SMALL ENTITY ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * 80 | Minus | ** 22 | = 58 | x$11= | 638.00 | OR | x$22= | |
| | Independent | * 20 | Minus | *** 4 | = 16 | x38= | 640.00 | OR | x76= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | | TOTAL ADDIT. FEE | 1278.00 | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * | Minus | ** | = | x$11= | | OR | x$22= | |
| | Independent | * | Minus | *** | = | x38= | | OR | x76= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | +120= | | OR | +240= | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875
(Rev. 10/94)                                      Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

TITLE OF INVENTION

ATTORNEY REGISTRATION NUMBERS

CORRESPONDENCE NAME AND ADDRESS

APPLICANT/INVENTOR DATA

AUTH REGY CODE

FAMILY NAME

GIVEN NAME

CITY

AUTHORITY CODE

NAME SUFFIX

STATE/CTRY CODE

FAMILY NAME

GIVEN NAME

CITY

NAME SUFFIX

STATE/CTRY CODE

98

MORE

BAR CODE LABEL

# U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/432,666 | 05/02/95 | 340 | 2617 |

APPLICANT

MARTIN K. JONES, DALTON, GA.

**CONTINUING DATA*********************
VERIFIED     THIS APPLN IS A CIP OF   08/407,319 03/20/95
             WHICH IS A CIP OF   08/063,533 05/18/93 PAT    5,400,020

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

FOREIGN FILING LICENSE GRANTED 06/13/95     ***** SMALL ENTITY *****

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| GA | 8 | 22 | 4 | $425.00 | 5G01-1-022 |

ADDRESS

SCOTT A HORSTEMEYER
HOPKINS AND THOMAS
100 GALLERIA PARKWAY N W SUITE 1500
ATLANTA GA  30339

TITLE

ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING PASSENGER CALLING
REPORT GENERATOR

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                          Certifying Officer

GEORGE M. M. HOPKINS
SCOTT A. HORSTEMEYER
JAMES W. KAYDEN
STEVEN D. KERR
D. SCOTT SUDDERTH
GEORGE M. THOMAS
JAMES F. VAUGHAN

STEPHEN R. RISLEY
MALVERN U. GRIFFIN, III
COLLEN A. BEARD
JON M. JURGOVAN*
GEOFF L. SUTCLIFFE

**HOPKINS & THOMAS**

ATTORNEYS AT LAW
SUITE 1500
100 GALLERIA PARKWAY N.W.

**ATLANTA, GEORGIA 30339-5948**
U.S.A.

(404) 951-0031
FACSIMILE (404) 951-0933

May 2, 1995

INTERNATIONAL PATENT
TRADEMARK AND COPYRIGHT LAW
AND RELATED LITIGATION

OF COUNSEL
DAVID P. KELLEY*
CHARLES H. FAILS

*REG. PATENT ATTY.
D.C. BAR ONLY

08432666

The Honorable Commissioner
  of Patents and Trademarks
Box Patent Application
Washington, D.C. 20231

<u>VIA EXPRESS MAIL</u>

Re:   U.S. Utility Patent Application
      Title:  **ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING**
              **PASSENGER CALLING REPORT GENERATOR**
      Inventor:  Martin Kelly Jones
      Our File No.:  5G01-1-022

Sir:

The following documents are forwarded herewith for appropriate action by the U.S. Patent and
Trademark Office:

1.   Patent application transmittal;
2.   Patent application, including
     37 pages of specification
     8 pages of claims
     1 page of abstract
     8 sheets of informal drawings
3.   Combined Declaration and Power of Attorney;
4.   Assignment;
5.   Recordation Form Cover Sheet;
6.   Verified Statement (Declaration) Claiming Small Entity Status;
7.   $465.00 check; and
8.   Return postcard.

The Commissioner is hereby authorized to charge any fee deficiency, or credit any overpayment,
to our Deposit Account No. 20-0778.  A duplicate copy of this letter is enclosed.

Very truly yours,

HOPKINS & THOMAS

Scott A. Horstemeyer
Registration No. 34,183

SAH/cw
Enclosures

G-100



# EXHIBIT / ATTACHMENT

## H

**(To be scanned in place of tab)**

# United States
# Patent File History

## Tab Listings

**A.** References (if applicable)
    **A1**–U.S. References
    **A2**–Foreign References

**B.** Jacket (face of file, contents flap, index of claims, PTO 270, searched)

**C.** Printed Patent

**D.** Specification (serial no. sheet, abstract, specification, claims)

**E.** Oath
    **E1**–Small Entity Status (if applicable)

**F.** Drawing Figures (if applicable)

**G.** PTO/Applicant Correspondence

**H.** Original Patent Application (in cases of FWC)

## Supplied by:

REEDFAX Document Delivery System

117 Gibraltar Road Horsham PA 19044-0962

Customer Service 1-800-422-1337 or 215-441-4768
Fax 1-800-421-5585 or 215-441-5463

ABANDONED

Class   Subclass

ISSUE CLASSIFICATION   08/407319

| UTIL. SERIAL NUMBER 8/407319 | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|
| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
| | | | 0.0. | | Southout |

APPLICANTS
MARTIN N. JONES, DALTON, GA.

**CONTINUING DATA**
VERIFIED   THIS APPLN IS A CIP OF   08/062,033 05/18/93 PAT   5,404,030

BAS

**FOREIGN/PCT APPLICATIONS**
VERIFIED

None BAS

FOREIGN FILING LICENSE GRANTED        SMALL ENTITY

| Foreign priority claimed ☐ yes ☑ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☑ no | | | | | | | |
| Verified and Acknowledged   Examiner's Initials | → | GA | 7 | 20 | 4 | $450.00 | |

ADDRESS
SCOTT A. HORSTEMEYER
HOPKINS & THOMAS
SUITE 1500
600 GALLERIA PARKWAY NW
ATLANTA GA 30339

TITLE
ADVANCE NOTIFICATION SYSTEM AND METHOD UTILIZING A DISTINCTIVE TELEPHONE RING

U.S. DEPT. OF COMM / PAT. & TM—PTO-436L (Rev.12-94)

| PARTS OF APPLICATION FILED SEPARATELY | | |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | Applications Examiner |
| | | CLAIMS ALLOWED |
| | Assistant Examiner | Total Claims   Print Claim |
| ISSUE FEE | | DRAWING |
| Amount Due   Date Paid | | Sheets Drwg.   Figs. Drwg.   Print Fig. |
| Label Area | Primary Examiner | ISSUE BATCH NUMBER |
| | PREPARED FOR ISSUE | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
(Rev 8/92)

H-2

08/407319

# PATENT APPLICATION

APPROVED FOR LICENSE

INITIALS  30953

08407319

## CONTENTS

| Date Entered or Counted | | Date Received or Mailed |
|---|---|---|
| | 1. Application ——————— papers. | |
| | 2. LTR, re, declaration, fees | 4-10-95 |
| | 3. 1 ec 1 fee | 5-15-95 |
| 12/11 | 4. Notice of Allowance | 12-22-95 |
| | 5. | 12-12-0 |
| | 6. Notice of Issued | 9/10/0? |
| | 7. | |
| | 8. | 4-4-0? |
| | 9. Request for Access | 4-8-0-3 |
| | 10. Request for access | 5/06/03 |
| | 11. | |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | H-3 |
| | 32. | |

(FRONT)

Staple Issue Slip Here

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 211 | 4/5/95 |
| TYPIST | 830 | 6-5-95 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | 30 | 4/10/95 |
| DRAFTING | | |

## INDEX OF CLAIMS

| Claim Final | Original | Date | | | |
|---|---|---|---|---|---|
| | 1 | | | | |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | | | | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | | | | |
| | 11 | | | | |
| | 12 | | | | |
| | 13 | | | | |
| | 14 | | | | |
| | 15 | | | | |
| | 16 | | | | |
| | 17 | | | | |
| | 18 | | | | |
| | 19 | | | | |
| | 20 | | | | |
| | 21 | | | | |
| | 22 | | | | |
| | 23 | | | | |
| | 24 | | | | |
| | 25 | | | | |
| | 26 | | | | |
| | 27 | | | | |
| | 28 | | | | |
| | 29 | | | | |
| | 30 | | | | |
| | 31 | | | | |
| | 32 | | | | |
| | 33 | | | | |
| | 34 | | | | |
| | 35 | | | | |
| | 36 | | | | |
| | 37 | | | | |
| | 38 | | | | |
| | 39 | | | | |
| | 40 | | | | |
| | 41 | | | | |
| | 42 | | | | |
| | 43 | | | | |
| | 44 | | | | |
| | 45 | | | | |
| | 46 | | | | |
| | 47 | | | | |
| | 48 | | | | |
| | 49 | | | | |
| | 50 | | | | |

| Claim Final | Original | Date | | | |
|---|---|---|---|---|---|
| | 51 | | | | |
| | 52 | | | | |
| | 53 | | | | |
| | 54 | | | | |
| | 55 | | | | |
| | 56 | | | | |
| | 57 | | | | |
| | 58 | | | | |
| | 59 | | | | |
| | 60 | | | | |
| | 61 | | | | |
| | 62 | | | | |
| | 63 | | | | |
| | 64 | | | | |
| | 65 | | | | |
| | 66 | | | | |
| | 67 | | | | |
| | 68 | | | | |
| | 69 | | | | |
| | 70 | | | | |
| | 71 | | | | |
| | 72 | | | | |
| | 73 | | | | |
| | 74 | | | | |
| | 75 | | | | |
| | 76 | | | | |
| | 77 | | | | |
| | 78 | | | | |
| | 79 | | | | |
| | 80 | | | | |
| | 81 | | | | |
| | 82 | | | | |
| | 83 | | | | |
| | 84 | | | | |
| | 85 | | | | |
| | 86 | | | | |
| | 87 | | | | |
| | 88 | | | | |
| | 89 | | | | |
| | 90 | | | | |
| | 91 | | | | |
| | 92 | | | | |
| | 93 | | | | |
| | 94 | | | | |
| | 95 | | | | |
| | 96 | | | | |
| | 97 | | | | |
| | 98 | | | | |
| | 99 | | | | |
| | 100 | | | H-4 | |

SYMBOLS

| | |
|---|---|
| ✓ | Rejected |
| — | Allowed |
| (Through numeral) | Cancelled |
| - | Restricted |
| N | Non-elected |
| I | Interference |
| A | Appeal |
| O | Objected |

(LEFT INSIDE)



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 340 | 994,992 988,983 | 12-8-85 | BnS |
| 379 | 46,51 58,59 373,375 | | |
| 304 | 436 | | |
| 455 | 53.1 54.1 | | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |

H-5

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |

(RIGHT OUTSIDE)

PATENT APPLICATION SERIAL NO. 08/407313

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

PTO-1556
(5/87)

H-6

-35-

## ABSTRACT OF THE DISCLOSURE

An advance notification system (10) and method notifies passengers of the impending arrival of a transportation vehicle, for example, a school bus (19), at a particular vehicle stop. The system (10) generally includes an on-board vehicle control unit (VCU) (12) for each vehicle (19) and a base station control unit (BSCU) (14) for making telephone calls to passengers in order to inform the passengers when the vehicle (19) is a certain predefined time period and/or distance away from the vehicle stop. Significantly, the telephone call to advise of the impending arrival preferably exhibits a distinctive ring so that the call recipient need not answer the telephone in order to receive the message. The VCU (12) compares elapsed time and/or travelled distance to the programmed scheduled time and/or travelled distance to determine if the vehicle (19) is on schedule. If the vehicle (19) is behind or ahead of schedule, the VCU (12) calls the BSCU (14), which then adjusts its calling schedule accordingly.

H-7

-3-

the transmitter sends a signal to the receiver, which in turn produces an indicator signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless,

5  these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student.  In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the delayed arrival of a

10  bus, alternative bus route information, or information regarding important school events.

## SUMMARY OF THE INVENTION

An object of the present invention is to overcome the deficiencies and inadequacies of the prior art as noted above

15  and as generally known in the industry.

Another object of the present invention is to provide an advance notification system and method for according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

20  Another object of the present invention is to provide an advance notification system and method for according advance notification to school students of the impending arrival of a school bus at a particular bus stop.

Another object of the present invention is to provide an

25  advance notification system and method for inexpensively according advance notification of the impending arrival of a vehicle at a particular vehicle stop.

Another object of the present invention is to provide an advance notification system that is reliable in operation and

30  flexible in design to permit customization to a particular application.

H-8

-4-

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit (VCU) disposed on each vehicle and a base station control unit (BSCU) which is configured to communicate with all of the vehicle control units and with passenger telephones.

The VCU includes a vehicle control mechanism, a vehicle communication mechanism controlled by the vehicle control mechanism, a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route to determine when the vehicle is early, late, and on time along the scheduled route, optional input switches (e.g., start/reset, advance stop number, move stop number back) that can be operated by the vehicle driver to indicate when the vehicle has reached particular stops along the route, and optional sensors (e.g., odometer, door sensor, swing arm sensor, bus stop sensor, positioning system input, etc.) for signalling to the vehicle control mechanism when the vehicle is early, late, and on time along the scheduled route. The control mechanism is adapted to initiate calls utilizing the vehicle communication mechanism when the elapsed time and/or travelled distance of the vehicle at any of the particular positions is either ahead or behind the scheduled time and/or distance. In the preferred embodiment, the vehicle communication mechanism is a wireless communication interface, such as a mobile telephone, radio frequency (RF) transceiver, or other suitable device.

The BSCU has a base station communication mechanism and a base station control mechanism for controlling the base

H-9

-6-

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

Fig. 1 is a high level schematic diagram of an advance notification system of the present invention as applied to a school bus system, as an example, the advance notification system generally comprising vehicle control units (VCU) in communication with a base station control unit (BSCU), which are in turn in communication with passenger telephones;

Fig. 2 is a high level schematic diagram of the VCU of the advance notification system of Fig. 1;

Fig. 3 is a low level block diagram of the VCU of Figs. 1 and 2;

Fig. 4A is a flow chart of the overall operation of the advance notification system of Fig. 1;

Fig. 4B is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of Fig. 1;

Fig. 5 is a flow chart of a base station control process for the base station control unit 14 of Fig. 1;

Fig. 6 is a flow chart of a vehicle control process for the VCU of Figs. 1 and 2; and

Fig. 7 is a flow chart of a telephone call control process for the VCU of Figs. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiment without departing from the spirit and scope of the

-7-

present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention, as set forth in the claims.

I.  System Architecture

5      Referring now in more detail to the drawings, wherein like reference numerals designate corresponding parts throughout the several views, Fig. 1 is a schematic diagram of the advance notification system 10 of the present invention as configured to operate in, for example but not limited to, a
10     school bus system.   The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units (VCU) 12, a single base station control unit (BSCU) 14, and a plurality of passenger telephones 29.  As configured in the school bus system 10, a VCU 12 is installed in each of a
15     plurality of school buses 19, all of which communicate with the single BSCU 14.  Moreover, the BSCU 14 communicates with a telephone 29 at one or more passenger locations 36, or student homes in the present exemplary application.

A.   Vehicle Control Unit

20     The VCU 12 will now be described with reference to Figs. 1, 2, and 3.  Referring first to Fig. 1, each VCU 12 comprises a  microprocessor  controller  16,  preferably  a  model MC68HC705C8P microprocessor controller that is manufactured by and commercially available from the Motorola Corporation,
25     U.S.A.   The microprocessor controller 16 is electrically interfaced with a communication mechanism 18, preferably a wireless communication device, for enabling intercommunication of data with the BSCU unit 14.  Examples of suitable wireless communication  devices  include  a  mobile  telephone  (e.g.,
30     cellular) and a transceiver (having both a transmitter and

-8-

receiver) operating at a suitable electromagnetic frequency range, perhaps the radio frequency (RF) range.

In the embodiment using a wireless RF transceiver as the communication mechanism 18, data can be sent in bursts in the form of in-band tones, commonly called "twinkle tones." These tone bursts can occur in the background of an existing voice channel. Twinkle tones are oftentimes used in transportation systems, such as taxi cab communications systems.

The microprocessor controller 16 is electrically interfaced with a start/reset switch 21, a move forward switch 22, a move backward switch 23, a clock 24, and optionally, sensors 25a-25d. Generally, vehicle tracking is accomplished by monitoring the control switches 21-23, the sensors 25a-25e, the power to the controller 16, and a route database (Fig. 5). It is recommended that all of the foregoing features be employed to provide redundant checking.

More specifically, the start/reset switch 21 can be actuated by the bus driver upon starting along the bus's scheduled route to initialize the system 10. The move forward switch 22 can be actuated by the bus driver upon reaching a bus stop in order to inform the VCU 12 that a stop has been made, the details of which will be further described hereinafter. The move backward switch 23 can be actuated by the bus driver at a bus stop if the bus driver has erroneously toggled the move forward switch 22 too many times, as will be further described in detail hereinafter. This indicates to the microprocessor controller 16 that a display module 33 and memory must be updated. In essence, the move forward switch 22 and the move backward switch 23 cause the next stop designation which is displayed on the display module 33 and stored in the VCU 12 to toggle forward and backward, respectively.

H-12

-9-

The VCU 12 can be configured so that the operation of the start/reset switch 21, the move forward switch 22, and the move backward switch 23 is purely optional by the bus driver. In this configuration, the sensors 25a-25e automatically

5  accomplish the aforementioned functions of the switches 21-23. However, in certain cases, the bus driver may want to use the switches to override the sensors 25a-25e. One of these cases may be when a student rides a bus only two out of five school days. Rather than program the VCU 12 to track these

10  unnecessary stops, the driver may manually control the stop number by the switches 21-23.

The clock 24 tracks the elapsed time as the bus travels along its scheduled route and feeds the timing information to the microprocessor controller 16.

15  The display module 33 informs the bus driver as to the number corresponding to the next stop and the time (preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the display module 33. For example, the display module 33 may

20  display the amount of time that the bus 19 is ahead of or behind schedule, the status of the VCU 12 in communication with the BSCU 14, or, upon actuation of start button 21, that the advance notification system 10 is operating.

The optional sensors 25a-25e include an odometer sensor

25  25a for determining distance into a route. This sensor 25a can be connected to the bus drive shaft  and counts revolutions. This data can be used to determine the stop number.

A door sensor 25b can be used to count the number of door

30  operations (opening/closing) of the front door 24 of the school bus 19, which should correspond with the number of stops.

-10-

A swing arm sensor 25c can be implemented to count the number of times the arm operates. This operation should coincide with the number of stops.

A bus stop sensor 25d can be utilized to count the number
5   of times the bus stop sign operates. This operation should coincide with the number of stops.

A positioning system 25e can be used to determine the geographical position of the bus 19 on the earth's surface. The positioning system 25e could be the GPS (global
10   positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other similar position tracking system.

Fig. 2 is a high level schematic circuit diagram of the VCU 12. The VCU 12 is designed to be a compact unit with a
15   generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the bus 19 in view and within reach of the bus driver.   In the housing 34, the microprocessor controller 16 is interfaced with the transceiver 18 by a transceiver jack 31 (preferably a
20   conventional 8-conductor telephone jack when transceiver 18 is a mobile telephone), and the transceiver 18 includes an antenna 32 for transmitting and receiving signals to and from the BSCU 14.   Further, the VCU 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the
25   display by the bus driver for providing information to the bus driver, as described previously.

Fig. 3 is a more detailed schematic circuit diagram of the electronic components associated with the VCU 12.   The microprocessor controller 16 essentially controls the
30   operation of the transceiver 18 and the LCD display module 33. A switching element 37, such as an optical isolator (opto isolator) unit 37, provides a buffer between the microprocessor controller 16 and the battery 35 as well as

H-14

-11-

switches 21, 22, 23. An EEPROM 43 is provided for storing the control programs (Figs. 6 and 7) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller

5    16.  A matrix keyboard emulator 39 is interfaced between the transceiver 18 and the microprocessor controller 16 for allowing the microprocessor controller to control and transmit signals over the transceiver 18.  Further, a dual tone multiple frequency decoder 41 is interfaced between the mobile

10   telephone 18 and the microprocessor controller 16 for decoding modem signals, or tones, received by the mobile telephone 18 from the BSCU 14.

B.   Base Station Control Unit

The BSCU 14 can be implemented by any conventional

15   computer with suitable processing capabilities.  The BSCU 14 can communicate to the homes of students via, for example but not limited to, any of the following interfaces:  (a) dialing through multiple port voice cards to the passenger telephones 29;  (b) communication using a high-speed switch-computer

20   applications interface (SCAI) to a digital switch operated by a telephone utility company;  the SCAI adheres to the conventional OSI model and supports the carrying of application information in an application independent fashion; and (c) communication using an analog display services

25   interface (ADSI) maintained by a telephone utility company. ADSI is a cost effective technology that delivers voice and data information between a telephone terminal and a digital switch or server using existing copper telephone lines.

In the preferred embodiment, the BSCU 14 communicates

30   through multiple port voice cards to passenger telephones 29. In this regard, a set of conventional voice processing cards are utilized for communicating with one or more student homes,

H-15

-12-

as depicted in Fig. 1 as passenger location 36. The system 10 could be configured to merely call prospective passengers, thus warning them of the impending arrival of a bus 19, as opposed to forwarding both a call and a message. In the preferred embodiment, the BSCU 14 includes at least one communication mechanism 26 and associated line 26' dedicated for communication with the VCUs 12. However, as mentioned previously, the BSCU 14 may be designed to communicate with the VCUs 12 via any suitable wireless communication device, in which case, the BSCU 14 would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of buses 19.

The BSCU 14 also includes at least one, but preferably a plurality of, telephones 27 (or other suitable telephone communication interface) with associated telephone lines 27' for making the telephone calls to the passenger locations 36, or in this case, the homes of the school children. The student calling program (Fig. 7) for the advance notification system 10 can be designed to make the telephone calls to the homes 36 of the students and allow the telephone to ring predefined number of times so that it is not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10.

The calling program (Fig. 7) associated with the advance notification system 10 can also be configured to make the passenger telephone 29 calls exhibit a distinctive telephone ring sound, or pattern, so that the call recipient need not answer the telephone in order to receive the message. The distinctive telephone ring can be coded by any sequence and duration of rings and/or silent periods. A standard ring signal that is sent to a telephone from the telephone utility company is typically a periodic electrical analog signal having a frequency of 20 Hz and a peak-to-peak voltage

-13-

amplitude of -48 volts.  The ring signal is asserted on the telephone line 29' for a predefined time period for ringing the telephone.  The foregoing time period can be manipulated in order to derive a distinctive sequence and duration of
5     rings and/or silent periods.

Implementation of a distinctive telephone ring can be accomplished by purchasing this feature from a telephone utility company.  This feature is widely available to the public.  Generally, telephone utility companies operate
10    network switches, now usually digital, that serve as interfaces for telephonic communications.  A particular geographic region is typically allocated to a particular switch(s).  In essence, one or more distinctive telephone rings can be driven by software running in the switches to a
15    particular telephone.  Examples of switches that are commercially available to telephone utility companies are as follows:  a model DMS100 by Northern Telecom, Canada; a model 5ESS by AT&T, U.S.A.; and a model EWSD by Siemans Stromberg-Carlson Corp., Germany.

20    The feature for establishing the distinctive telephone ring is sold to the public under several different commercial trade names, depending upon the telephone utility company.  Examples are as follows:  Call Selector by Northern Telecom, Canada; Ringmaster by Bell South, U.S.A.; Smartlink by SNET,
25    U.S.A.; Multi-ring by Ameritech, U.S.A.; Priority Ring by PacBell, U.S.A.; Priority Call by Cincinnati Bell, U.S.A.; and Ring Me by Standard Telephone Co., U.S.A.

Furthermore, in the case where a parent or a student answers the telephone call from the base station unit 14, a
30    prerecorded message may be played by the BSCU 14.  An example of such a message would be:  "The bus will arrive in five minutes," as indicated in Fig. 1 at the reference numeral 30.

-14-

II.  System Operation
    A.  Initialization
        Initially, the bus schedule for each bus 19 is programmed
into the advance notification system 10 by having the
respective bus driver drive his respective bus one time along
the corresponding scheduled bus route at the approximate speed
the bus would usually travel on the route and with the bus
driver making all the scheduled stops along the route and
waiting at each stop for the approximate time it would take
for all the students at that stop to board the bus 19.  As the
bus driver drives the bus 19 along the route for
initialization purposes, the internal real time clock 24 runs
and the bus driver actuates the switches 21, 22, 23 as
required in accordance with the principles described
previously.  The timing information is recorded in the memory
(RAM 44 and EEPROM 43) of the VCU 12.

        The timing information which is recorded during the
initialization of the system 10 is used as a reference during
the usual operation of the system 10 for the purpose of
determining whether a bus 19 is early or late at each of the
bus stops.  In the preferred embodiment, determining the
status (i.e., early, on time, late) of a bus 19 is
accomplished by comparing the time at which a bus 19 actually
departs from a stop to the scheduled time of departure.

        However, it should be emphasized that other methodologies
could be utilized for determining whether the bus 19 is early
or late at an instance in time.  For example, the odometer 25a
of the bus 19, as indicated by phantom lines in Fig. 1, could
be monitored by the microprocessor controller 16.  At
particular times, the odometer mileage reading could be
compared to reference odometer mileage readings which were
obtained during the initialization of the system 10.  In this
way, the determination of whether a bus 19 is early or late

-15-

can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves interfacing the VCU 12 with the positioning system 25e, as shown in Fig. 1 by phantom lines. From the geographical position data received from the positioning system 25e, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time. The bus location at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.

B.   Regular Operation

The overall operation of the advance notification system 10 will be described with reference to Figs. 4A and 4B. Fig. 4A sets forth a flow chart showing the overall operation after the system 10 has been initialized. Fig. 4B shows an example of a schedule of possible events and the interactions which might occur between the VCU 12 and the BSCU 14 as the bus 19 travels along its scheduled route and makes its scheduled stops.

In Fig. 4B, the left hand column illustrates the sequence of events for the BSCU 14, and the right hand column illustrates the sequence of events on the VCU 12. Between the right and left hand columns is illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

First, the bus ignition is switched on, as indicated in Fig. 4A at block 45a. At the beginning of the bus route, the system 10 could be configured to automatically initialize itself upon power up of the VCU 12, and further, the unit 12

-16-

could be programmed to make initial contact with the BSCU 14 after the bus 19 moves a predefined distance, such as 1/8 miles, as determined by the odometer sensor 25a. This initialization action causes the microprocessor controller 16
5   to telephone the BSCU 12 to inform the BSCU 12 that the bus 19 is beginning its route and to initialize the BSCU 14 relative to the VCU 12. The foregoing action is indicated at flow chart block 45b (Fig. 4A). Alternatively, the bus driver can press the start/reset switch 21 on the VCU 12 to initialize
10  the VCU 12.

After initialization of the VCU 12, the display module 33 preferably displays "Stop Number 1" followed by the amount of time to reach stop number 1. The time continuously runs as the bus 19 progresses along the bus route.

15  Next, as indicated at flow chart block 45c (Fig. 4A), the VCU 12 determines, continuously or periodically, if the bus 19 is on time by analyzing the status of devices 21-25 (Fig. 1) in view of planned route data (derived from initialization). In the preferred embodiment, the VCU 12 at least compares its
20  elapsed time from the clock 24 (Fig. 1) with its scheduled time from the planned route data. When the bus 19 is on time, the VCU 12 does not contact the BSCU 14, and the BSCU 14 commences calling students at the predefined time prior to arrival of the bus 19 at the particular bus stop, as indicated
25  in flow chart block 45e (Fig. 4A). In the example of Fig. 4B, at five minutes along the scheduled route, the BSCU 14 places a telephone call to the homes 36 of the school children to be picked up at bus stop number 1.

However, when the VCU 12 determines that the bus 19 is
30  early or late at this juncture, the VCU 12 contacts the BSCU 14, as indicated at flow chart block 45d (Fig. 4A), and the BSCU 14 adjusts its student calling lists accordingly so that

H-20

-17-

the students are called in accordance with the predefined time notice, *e.g.,* five minutes.

Further, as indicated at flow chart block 45f (Fig. 4A), the VCU 12 again determines, continuously or periodically, if
5   the bus 19 is on time by analyzing the devices 21-25 (Fig. 1). Preferably, in this regard, the VCU 12 at least compares its elapsed time with its scheduled time.

Back to the example of Fig. 4B, at ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and
10  takes one minute to load all the students at this stop onto the bus 19.   Just prior to leaving stop 1, the bus driver actuates the move forward switch 22.  Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop
15  number 2.  The foregoing feedback signal may be generated by one of the sensors 25a-25e so that the bus driver need not actuate the move forward switch 22.

In accordance with flow chart block 45f (Fig. 4A), the microprocessor controller 16 checks the elapsed time of eleven
20  minutes to confirm that such time corresponds to the programmed time for bus stop number 1.   It will determine whether the bus 19 is early or late.  If the bus 19 is either early or late, the VCU 12 will call the BSCU 14 to inform the unit 14 of this fact, as indicated at flow chart blocks 45g
25  and 45h (Fig. 4A).  If the bus 19 is on time, then the VCU 12 will continue to monitor the inputs from devices 21-25, as indicated in flow chart block 45j.  In the example of Fig. 4B, it is assumed that the bus 19 is neither early nor late in leaving bus stop number 1.
30  Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the BSCU 14 places telephone calls to the

H-21

-18-

homes 36 of the school children who board the bus 19 at bus stop number 2, as indicated at flow chart block 45k (Fig. 4A).

The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus, gets three minutes behind schedule. Thus, the bus departs at twenty minutes along the route.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block 451. If so, then the VCU 12 again monitors its travel status by checking devices 21-25 (Fig. 1), in accordance with flow chart block 45f (Fig. 4A). If not, then the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

In the example of Fig. 4B, upon receiving the information that the bus 19 is late, the microprocessor controller 16 compares the departure time to the scheduled departure time of seventeen minutes, pursuant to flow chart block 45f (Fig. 4A), and determines that the bus 19 is three minutes behind schedule, in accordance with flow chart blocks 45g (Fig. 4A). The microprocessor controller 16 then telephones the BSCU 14 to inform the BSCU 14 that the bus 19 is three minutes behind schedule, as indicated in flow chart block 45h (Fig. 4A). A fleet operator's screen associated with the BSCU 14 is updated to reflect the status of the late bus 19, as indicated at flow chart block 45i (Fig. 4A). Moreover, as indicated at flow chart block 45d (Fig. 4A), the BSCU 14 then reschedules the telephone calls that are to be made to the parents of the students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the VCU 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2.

H-22

-19-

At twenty minutes along the route, the BSCU 14 calls the student homes 36 of the students corresponding to bus stop number 3, in accordance with flow chart block 45k (Fig. 4A), to inform them that the bus 19 is five minutes from arriving.

5      At twenty-five minutes along the route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

At this time, the VCU 12 makes an inquiry as to whether there are any more bus stops, as indicated in flow chart block

10     451. In the example of Fig. 4B, there are no more stops and, accordingly, the VCU 12 notifies the BSCU 14 of the end of the route, as indicated at flow chart block 45m.

Finally, worth noting is that the system 10 may be configured so that if a bus 19 becomes delayed by more than a

15     maximum length of time, such as fifteen minutes, the BSCU 14 immediately calls the homes 36 of the remaining students to board the bus 19 in order to notify these homes 36 of the unusual delay and to notify these homes 36 to wait for a notification call.

20     III.  Control Processes

Figs. 5 through 7 show flow charts pertaining to control processes or algorithms performed in the advance notification system 10 of Fig. 1 in order to achieve the functionality as set forth in Figs. 4A and 4B as described hereinbefore. These

25     flow charts illustrate the best mode for practicing the invention at the time of filing this document.    More specifically, Fig. 5 illustrates a base station control process 46 employed in the BSCU 14, and Figs. 6 and 7 show respectively a vehicle control process 76 and a telephone call

30     control process 101 implemented in the VCU 12.  The foregoing control processes are merely examples of plausible control algorithms, and an infinite number of control algorithms may

H-23

-20-

be employed to practice the present invention. Furthermore, it should be noted that the base station control process of Fig. 5 is implemented via software within any conventional computer system, and the vehicle control process of Fig. 6 and
5    the telephone call control process 101 of Fig. 7 are both implemented via software stored within memory and are run by the microprocessor controller 16. However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human
10   interaction.

### A.   Base Station Control Process

With reference to Fig. 5, the base station control process 46 essentially comprises two control subprocesses which run concurrently, namely, (a) a vehicle communications
15   process 47 and (b) a student calling process 48. The vehicle communications process 47 will be described immediately hereafter followed by the student calling process 48.

#### 1.   Vehicle Communications Process

The vehicle communications process 47 initially waits for
20   a telephone call from one of the VCUs 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications process 47 is preferably capable of monitoring a plurality of telephone lines 26' for receiving information from a plurality of buses 19. As the number of
25   buses 19 is increased, the number of telephone lines 26' which are monitored by the vehicle control process 47 should also be increased to an extent.

After the start of a bus 19 along its route, the respective VCU 12 will initiate a telephone call to the BSCU
30   14, as indicated by the telephone bell symbol 52. After the BSCU 14 receives the telephone call, a string of symbols is

-21-

exchanged between the VCU 12 and the BSCU 14 so as to validate the communication connection, as indicated in a flow chart block 53. In other words, the BSCU 14 ensures that it is in fact communicating with the VCU 12, and *vice versa*.

5      Next, as shown in a flow chart block 54, the BSCU 14 asks the VCU 12 for information regarding (a) the time into the route and (b) the number designating the next stop. In addition, route data 56 is obtained from a local data base. The route data 56 includes information pertaining to each bus

10     stop and how much time it should take to reach each bus stop during the route. From the route data 56 and the information (a) and (b) received from the VCU 12, the BSCU 14 can determine whether the bus 19 is late or early, as indicated by flow chart blocks 57, 58, or whether the bus 19 has just

15     started its route, as indicated by a flow chart block 59. In the case where the bus 19 is late, the BSCU 14 advises the VCU 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart block 61. In the case where the bus 19 is early, the BSCU 14 advises the VCU 12 to

20     move its on-board clock 24 forward so that the VCU 12 thinks it is on time, as indicated in flow chart block 62. Moreover, in the situation where the bus 19 has just started its route and the telephone call is essentially the first call of the route, the base station clock 28 and the on-board vehicle

25     clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the BSCU 14 informs the VCU 12 to terminate the telephone call, which was initiated in the flow chart block 51. The vehicle

30     communications process 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

H-25

-22-

Worth noting from the foregoing discussion is the fact that the BSCU 14 is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the
5    advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the VCU 12 communicates to the BSCU 14 *only* (a) when the
10   bus 19 is at the start of a route, (b) when the bus 19 is either early or late during the route, and (c) when the bus 19 completes its route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

### 2. Student calling process

15   As previously mentioned, the student calling process 48 runs concurrently with the vehicle communications process 47 within the BSCU 14. In essence, the student calling process 48 uses the timing information retrieved from the bus 19 by the vehicle communications process 47 in order to call
20   students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the BSCU 14 and comprises information regarding (a) student names, (b) student telephone numbers, and (c) the time into a bus route when a student should be called via telephone. In
25   accordance with the student calling process 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling process 48 initiates a telephone call to
30   the particular student, as shown in flow chart blocks 68, 69. The telephone call can be made by using a distinctive telephone ring or a predefined number of rings, as described

-23-

previously. Moreover, the particular time is fully selectable by programming.

Also worth noting is that the process can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling process 48 returns to the student list 66 and searches for the next student to be called.

As further shown in Fig. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications process 47 and the student calling process 46. The event list 73 essentially comprises records of, among other things, all telephone calls and all past and current bus locations.

B.  Vehicle Control Process

Reference will now be made to the vehicle control process 76 shown in Fig. 6. Initially, as indicated in the flow chart block 77 of the vehicle control process 76, the VCU 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a call is initiated via the transceiver 18 to the BSCU 14, as indicated by the bell symbol 78. After the connection, the VCU 12 and the BSCU 14 exchange information as described hereinbefore and which will be further described hereinafter relative to Fig. 7.

-24-

Next, as shown in Fig. 6, the vehicle control process 76 begins a looping operation wherein the VCU 12 continuously monitors the switches 21-23, clock 24, and sensors 25a-25e, if present, to determine whether the bus 19 is early or late. As mentioned previously, the vehicle control process 76 initiates a telephone call only at start-up of a route, or when the bus 19 is either early or late, and not when the bus 19 is on time.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control process 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the process 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than a predetermined late time period, such as 50 seconds, after when it should have arrived. If the bus 19 is late, then a call is initiated to the BSCU 14, as shown by a telephone bell symbol 84.

If the bus is not late, then the process 76 determines whether any of the switches 21, 22, 23 have been actuated, as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the process 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch 21, 22, 23 is detected, then the process 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the process 76 will determine whether the move forward switch 22 has been actuated, as indicated in the

-25-

decision flow chart block 87. If the bus driver has actuated the move forward switch 22, then the VCU 12 will retrieve the next stop number and corresponding stop time, as indicated in flow chart block 88, from a local data base having the route data 56. Moreover, a decision will be made as to whether the bus 19 is early for that particular stop, as indicated in the decision flow chart block 91. In the preferred embodiment, the bus 19 is considered early if the bus 19 arrives at a stop more than a predetermined early time period, such as 50 seconds, earlier than when it should have arrived. If the bus is not early, then the process 76 will loop back and proceed again with the flow chart block 81. Otherwise, a telephone call will be initiated to the BSCU 14 to inform the unit 14 that the bus 19 is early, as illustrated by telephone call symbol 92.

In the event that the bus driver has not actuated the move forward switch 22, the process 76 proceeds to a decisional flow chart block 93 wherein the process 76 determines whether the move backward switch 23 has been actuated by the bus driver. If the move backward switch 23 has been actuated, then the process 76 obtains the previous stop number and stop time, as indicated in flow chart block 94, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the process 76 determines whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96. If the start/reset switch 23 has not been actuated by the bus driver, then the process 76 loops back and begins again with the flow chart block 81. Otherwise, the process 76 loops back and begins again with the flow chart block 77.

-26-

C.  Telephone Call Control Process

        When a telephone call is initiated by the VCU 12 as
indicated by the telephone call symbols 78, 84, 92, the VCU 12
follows a telephone call control process 101 as illustrated in
5    Fig. 7.   Initially, the telephone number corresponding with
the BSCU 14 is obtained from the EEPROM 43, as indicated in a
flow chart block 102.   Other information is also obtained,
including among other things, the particular bus number, bus
serial number, and bus route.   Next, the control process 101
10   sets a time out variable to keep track of how many times a
telephone connection has been initiated.   The number $n$ of
allowable attempts is predetermined and is stored in the
EEPROM 43.

        After the time out variable has been implemented as
15   indicated in the flow chart block 103, the control process 101
calls the transceiver 18, as indicated in the flow chart block
104.   The control process 101 requires the VCU 12 to wait for
a response from the BSCU 14.   If the VCU 12 does not receive
a response within a predetermined time out period, preferably
20   20 seconds, then the control process 101 loops back and begins
again at the flow chart block 103.   Otherwise, when the
control process 101 determines that a response has been
received, a validation procedure ensues, as indicated in a
flow chart block 108.   The validation process indicated at the
25   flow chart block 108 is that which was described previously
relative to the flow chart block 53 of Fig. 5.   Essentially,
it involves the exchange of symbols in order to assure a
proper connection.

        At the commencement of the validation process, another
30   time out variable is set and will trigger termination of the
telephone connection after a predetermined time period has
run.   The initiation of the time out variable and monitoring
of the same is indicated in Fig. 7 at flow chart block 111.

-27-

If the time out variable triggers termination of the telephone connection, then the control process 101 will hang up and end the call, as illustrated by a flow chart block 114. Otherwise, when the validation procedure has fully commenced, commands are passed from the BSCU 14 to the VCU 12, as shown by a flow chart block 112. Commands which may be sent to the VCU 12 include, for example, the following: (1) Is the bus 19 either early or late?; (2) Reset the vehicle clock 24; (3) Record new information in the EEPROM 43. It should be emphasized that the BSCU 14 may change the route information contained within the EEPROM 43 of the particular bus 19. The foregoing features enables extreme flexibility of the advance notification system 10.

Furthermore, the telephone call control process 101 determines whether the BSCU 14 has finished its communication over the mobile telephone, as indicated in a flow chart block 113. Again, the control process 101 utilizes another time out variable to determine whether the BSCU 14 has finished. After the predetermined time period of the time out variable, the control process 101 will assume that the BSCU 14 has terminated its communication, and accordingly, the control process 101 will hang up the telephone, as indicated in a flow chart block 114. Otherwise, the control process 101 will loop back and begin with the flow chart block 111 in order to accept another command from the BSCU 14.

-28-

## CLAIMS

Wherefore, the following is claimed:

1.    An advance notification method for notifying a passenger of an impending arrival of a vehicle at a vehicle stop, comprising the steps of:

(a) monitoring travel of said vehicle; and

(b) initiating a telephone call to a passenger telephone associated with said passenger before said vehicle reaches said vehicle stop to thereby indicate impending arrival of said vehicle at said vehicle stop; and

(c) causing said passenger telephone to exhibit a distinctive telephone ring sound that is associated with said advance notification method.

2.    The method of claim 1, wherein step (a) includes the step of monitoring a distance travelled by said vehicle and wherein step (b) includes the step of initiating said telephone call to said passenger telephone when said vehicle is a predetermined distance from said vehicle stop.

3.    The method of claim 1, wherein step (a) includes the step of monitoring a time travelled by said vehicle and wherein step (b) includes the step of initiating said telephone call to said passenger telephone when said vehicle is a predetermined time period from said vehicle stop.

4.    The method of claim 1, wherein said distinctive telephone ring sound comprises a ring lasting for a predefined length of time.

-29-

5.   The method of claim 1, wherein said distinctive telephone ring sound comprises a silent period between rings, said silent period lasting for a predefined length of time.

6.   The method of claim 1, wherein said distinctive telephone ring sound comprises a plurality of rings with at least two of said rings having different time durations.

7.   The method of claim 1, wherein said distinctive telephone ring sound comprises a plurality of silent periods with at least two of said silent periods having different time durations.

-30-

8. An advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop, comprising:

first means for monitoring travel of said vehicle; and

second means for initiating a telephone call to a passenger telephone associated with said passenger before said vehicle reaches said vehicle stop to thereby indicate impending arrival of said vehicle at said vehicle stop; and

third means for causing said passenger telephone to exhibit a distinctive telephone ring sound that is associated with said advance notification system.

9. The system of claim 8, wherein said first means includes a means for monitoring a distance travelled by said vehicle and wherein said second means includes a means for initiating said telephone call to said passenger telephone when said vehicle is a predetermined distance from said vehicle stop.

10. The system of claim 8, wherein said first means includes a means for monitoring a time travelled by said vehicle and wherein said second means includes a means for initiating said telephone call to said passenger telephone when said vehicle is a predetermined time period from said vehicle stop.

11. The system of claim 8, wherein said distinctive telephone ring sound comprises a ring lasting for a predefined length of time.

12. The system of claim 8, wherein said distinctive telephone ring sound comprises a silent period between rings, said silent period lasting for a predefined length of time.

H-34

-31-

13.   The system of claim 8, wherein said distinctive telephone ring sound comprises a plurality of rings with at least two of said rings having different time durations.

14.   The system of claim 8, wherein said distinctive telephone ring sound comprises a plurality of silent periods with at least two of said silent periods having different time durations.

H-35

-32-

15.   An advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop, comprising:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a vehicle odometer;

(2) a vehicle transmitter adapted to transmit a location signal based upon said vehicle odometer;

(3) a vehicle control means controlling said vehicle odometer and said vehicle transmitter; and

(b) a base station control unit having:

(1) a receiver adapted to receive said location signal from said vehicle control unit;

(2) base station telephone;

(3) base station control means controlling said receiver and said base station telephone, said base station control means for establishing a telephone connection between said base station telephone and said passenger telephone when said vehicle is at a predetermined distance from said vehicle stop, so that said passenger telephone exhibits a distinctive telephone ring sound.

-33-

16. An advance notification system for notifying a passenger of an impending arrival of a vehicle at a vehicle stop, comprising:

(a) a passenger telephone associated with said passenger;

(b) a vehicle control unit disposed on said vehicle, said vehicle control unit having:

(1) a clock;

(2) a vehicle transmitter adapted to transmit a time signal indicative of a time from said clock;

(3) a vehicle control means controlling said vehicle transmitter and said clock;

(b) a base station control unit having:

(1) a receiver adapted to receive said time signal from said vehicle control unit;

(2) base station telephone;

(3) base station control means controlling said receiver and said base station telephone, said base station control means for establishing a telephone connection between said base station telephone and said passenger telephone when said vehicle is at a predetermined time period from said vehicle stop, so that said passenger telephone exhibits a distinctive telephone ring sound.

17. The system of claim 16, wherein said distinctive telephone ring sound comprises a ring lasting for a predefined length of time.

18. The system of claim 16, wherein said distinctive telephone ring sound comprises a silent period between rings, said silent period lasting for a predefined length of time.

H-37

-34-

19. The system of claim 16, wherein said distinctive telephone ring sound comprises a plurality of rings with at least two of said rings having different time durations.

20. The system of claim 16, wherein said distinctive telephone ring sound comprises a plurality of silent periods with at least two of said silent periods having different time durations.

Please refer to content
paper # ____ to
reference the Oath.

H-39

PRINT OF DRAWINGS
AS ORIGINAL   FILED

08/407319

1/7

1 of 7
Jones et al.
Advance Notification System...
5601-1-020



FIG 1

H-40

PRINT OF DRAWINGS
AS ORIGINALI     LED

08/407319

2 of 7
Jones et al.
Advance Notification System...
5601-1-020



FIG 2

3 of 7
Jones et al.
Advance Notification System...
5601-1-020



LIQUID CRYSTAL DISPLAY MODULE — 33

BATTERY — 35

START/ RESET — 21

MOVE FORWARD — 22

MOVE BACKWARD — 23

RAM — 44

OPTO ISOLATOR — 37

MICROPROCESSOR CONTROLLER — 16

MATRIX KEYBOARD EMULATOR — 39 — 12

EEPROM — 43

DUAL TONE MULTIPLE FREQUENCY DECODER — 41

TRANSCEIVER — 18 — 31

FIG 3

H-42

PRINT OF DRAWINGS
AS ORIGINALI

4 of 7
Jones et al.
LED Vance Notification System...
5G01-1-020

06/407313



FIG. 4A

H-43

PRINT OF DRAWINGS
AS ORIGINALLY FILED
5 of 7    Jones et al.
Advance Notification System...
5601-1-020



BASE-STATION COMPUTER
EVENT MODEL

BUS COMPUTER
EVENT MODEL

PLANNED
ROUTE
EVENT
TIME

ACTUAL
ROUTE
EVENT
TIME

BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE

BUS STARTS

0:00

0:05    CALL HOME
AT STOP 1

0:10

LEAVE STOP 1
AT 0:11

0:11

0:11    CALL HOME
AT STOP 2

0:16

BECAUSE STUDENT IS LATE,
LEAVE STOP 2 AT 0:20

0:20

SCHEDULE MISALIGNED
INFORM BASE-STATION

BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE

0:20    CALL HOME
AT STOP 3

0:25

LEAVE STOP 3
AT 0:26

0:26

LAST STOP
END OF ROUTE

LAST STOP
END OF ROUTE

*FIG 4 B*

H-44

PRINT OF DRAWINGS
AS ORIGINALI   LED

6 of 7
Jones et al.
anc: Notification System...
5G01-1-020

08/407519



*FIG 5*

H-45

PRINT OF DRAWINGS
AS ORIGINALL   LED

Jones et al.
Advance Notification System.
5G01-1-020

06/4073



**FIG 6**

**FIG 7**

H-46

08/407319

1 of 7
Jones et al.
Advance Notification System...
5601-1-020



*FIG 1*

H-47

08/407319

2 of 7
Jones et al.
Advance Notification System...
5601-1-020



**FIG 2**

H-48

08/407019

3 of 7
Jones et al.
Advance Notification System...
5601-1-020



*FIG 3*

H-49

08/407319



Ignition Switch On — 45a

Bus Starts Route vcu Contacts BSCU — 45b

45c vcu: Bus on Time? — No → BSCU Adjusts Student Calling Lists — 45d

Yes

BSCU Notifies Students — 45e

vcu: Monitors Planned vs Actual Route Data — 45f

45g vcu: Bus on Time? — No → vcu: Contacts BSCU — 45h

Yes

vcu: Monitors Planned vs Actual Route Data — 45g

Fleet Operator's Screen Updated — 45i

BSCU Notifies Students — 45k

45k NO — vcu: END OF ROUTE? — 45l

YES

End of Route BSCU Notified — 45m

Ignition Switch Off — 45n

FIG. 4A

H-50

08/407319

5 of 7
Jones et al.
Advance Notification System...
5CO1-1-020



**BASE-STATION COMPUTER EVENT MODEL**

**BUS COMPUTER EVENT MODEL**

PLANNED ROUTE EVENT TIME

ACTUAL ROUTE EVENT TIME

BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE

BUS STARTS

0:00

0:05   CALL HOME AT STOP 1

0:10

0:11
LEAVE STOP 1 AT 0:11

0:11   CALL HOME AT STOP 2

0:16

0:20
BECAUSE STUDENT IS LATE, LEAVE STOP 2 AT 0:20

SCHEDULE MISALIGNED INFORM BASE-STATION

BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE

0:20   CALL HOME AT STOP 3

0:26
LEAVE STOP 3 AT 0:26

0:25

LAST STOP
END OF ROUTE

LAST STOP
END OF ROUTE

**FIG 4 B**

H–51

08/407319



**FIG 5**



08/407319

**INITIALIZE ROUTE TIME INTO ROUTE = 0 GET FIRST STOP NUMBER & STOP TIME START CLOCKS** — 77

76

VEHICAL CONTROL PROCESS

78 — INITIAL CALL

81 — **END OF ROUTE?** Y → END OF ROUTE — 82
N

**LATE FOR NEXT STOP?** N — 83
Y

84 — LATE CALL

86 — **PRESSED BUTTON?** N
Y

87 — **ADVANCED TO NEXT STOP?** N
Y

**GET NEXT STOP NUMBER AND STOP TIME** — 88   56   ROUTE DATA

**EARLY?** N — 91
Y

EARLY CALL — 92

93 — **RETARD TO PREVIOUS STOP** N
Y

**GET PREVIOUS STOP NUMBER AND STOP TIME** — 94

96 — **RESET?** Y / N

**FIG 6**

101 — TELEPHONE CALL CONTROL PROCESS

**GET TELEPHONE NUMBER FROM EEPROM**
102

**TIMEOUT N TIMES?** Y — 103
N

104 — **DIAL CELLULAR TELEPHONE**

**RESPONSE?** Y — 106   N — 107
N

**TIMEOUT?** N
Y

**VALIDATION**

108 — **TIMEOUT?** Y — 111
N — 112

**ACT ON COMMANDS FROM BASE STATION**

113 — **FINISHED?** N
Y

**HANG UP** — 114

END CALL

**FIG 7**



# EXHIBIT / ATTACHMENT

## I

**(To be scanned in place of tab)**

# United States
# Patent File History

## Tab Listings

**A.** References (if applicable)
    **A1**–US References
    **A2**–Foreign References

**B.** Jacket (face of file, contents flap, index of claims, PTO 270, searched)

**C.** Printed Patent

**D.** Specification (serial no. sheet, abstract, specification, claims)

**E.** Oath
    **E1**–Small Entity Status (if applicable)

**F.** Drawing Figures (if applicable)

**G.** PTO-Applicant Correspondence

**H.** Original Patent Application (in cases of FWC)

## Supplied by:
REEDFAX Document Delivery System

117 Gibraltar Road, Horsham, PA 19044-0962

Customer Service 1 800-422-1337 or 215-441-4768
Fax: 1 800-421-5585 or 215-441-5463

I-1

5400020



| SERIAL NUMBER 063533 | | PATENT NUMBER | | | |
|---|---|---|---|---|---|
| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |

APPLICANTS

Name: EAS

Name: RAS

| Foreign priority claimed ☐ yes ☒ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no | | | | | | | |
| Verified and Acknowledged   Examiner's Initials | | | | | | | |

ADDRESS

TITLE

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED |
| ISSUE FEE | BRENT SWARTHOUT PATENT EXAMINER GROUP 2600 | DRAWING |
| | | ISSUE BATCH NUMBER |
| | PREPARED FOR ISSUE | |
| | WARNING | |

PTO-436A

I-2



063533

JUN 0 9 9307

Date
Entered
or
Counted

**CONTENTS**

Date
Received
or
Mailed

1. *Application* _____ papers
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. PTO GRANT MAR 2 1 1995
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____                I-3
32. _____

(FRONT)

| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | | |
| TYPIST | | |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

**INDEX OF CLAIMS**

I-4

ORIGINAL CLASSIFICATION

CROSS REFERENCE(S)

INTERNATIONAL CLASSIFICATION

**ISSUE CLASSIFICATION SLIP**

I-5

## SEARCHED

| Class | Sub | Date | Exmr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## SEARCH NOTES

| | | Date | Exmr. |
|---|---|---|---|
| | | | |

## INTERFERENCE SEARCHED

| Class | Sub | Date | Exmr. |
|---|---|---|---|
| | | | |
| | | | |

I-6

US005400020A

# United States Patent [19]

## Jones et al.

[11] Patent Number: 5,400,020

[45] Date of Patent: Mar. 21, 1995

[54] **ADVANCE NOTIFICATION SYSTEM AND METHOD**

[75] Inventors: **Martin K. Jones**, Dalton; **Eugenia B. Payne**; **Mark W. Stubbins**, both of Rome, all of Ga.

[73] Assignee: **Global Research Systems, Inc.**, Rome, Ga.

[21] Appl. No.: **63,533**

[22] Filed: **May 18, 1993**

[51] Int. Cl.⁶ ........................................... G08G 1/123
[52] U.S. Cl. ........................ 340/994; 340/992; 379/58
[58] Field of Search ............... 340/988, 989, 992, 994; 364/436; 379/58, 59; 455/53.1, 54.1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,325,057 | 4/1982 | Bishop ....................... | 340/539 |
| 4,350,969 | 9/1982 | Greer ....................... | 340/994 |
| 4,713,661 | 12/1987 | Boone et al. ................ | 340/994 |
| 4,799,162 | 1/1989 | Shinkawa et al. ............ | 340/994 |
| 5,021,780 | 6/1991 | Fabiano et al. .............. | 340/994 |
| 5,144,301 | 9/1992 | Jackson et al. .............. | 340/994 |
| 5,218,629 | 6/1993 | Dumond, Jr. et al. ......... | 379/58 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2559930 | 8/1985 | France ....................... | 340/994 |
| 2674355 | 9/1992 | France ....................... | 340/994 |
| 0066175 | 6/1977 | Japan ........................ | 340/994 |
| 0288400 | 11/1988 | Japan ........................ | 340/994 |

*Primary Examiner*—Brent Swarthout
*Attorney, Agent, or Firm*—Hopkins & Thomas

[57] **ABSTRACT**

An advance notification system (10) and method for notifying school children of the impending arrival of their school bus (19). The system includes an on-board vehicle control unit (12) for each bus (19) and a base station control unit (14) for making telephone calls to the homes (29) of school children in order to inform them that the bus (19) is a certain time period away from a bus stop. The vehicle control unit (12) compares elapsed time to the programmed scheduled time for each bus stop to determine if the bus (19) is on schedule. If the bus (19) is behind or ahead of schedule, the vehicle control unit (12) calls the base station control unit (14), which then resets its calling schedule accordingly.

**24 Claims, 6 Drawing Sheets**





I-8



FIG 2

I-9



FIG 3



BASE-STATION COMPUTER EVENT MODEL
BUS COMPUTER EVENT MODEL
PLANNED ROUTE EVENT TIME
ACTUAL ROUTE EVENT TIME
BUS STARTS
BUS 00015 STARTING UP
TIME-OF-DAY
RESET ROUTE TIME TO 0:00
OK, BYE
0:00
0:05
CALL HOME AT STOP 1
0:10
0:11
LEAVE STOP 1 AT 0:11
0:11
CALL HOME AT STOP 2
0:16
0:20
BECAUSE STUDENT IS LATE, LEAVE STOP 2 AT 0:20
SCHEDULE MISALIGNED INFORM BASE-STATION
BUS 00015, WE'RE LATE
FROM STOP 2
RESET TO 0:17 IN ROUTE
OK, BYE
0:20
CALL HOME AT STOP 3
0:26
LEAVE STOP 3 AT 0:26
0:25
LAST STOP END OF ROUTE
LAST STOP END OF ROUTE

FIG 4



**FIG 5**



**FIG 6**

**FIG 7**

I-13

5,400,020

**1**

## ADVANCE NOTIFICATION SYSTEM AND METHOD

### FIELD OF THE INVENTION

The present invention pertains to notification systems for notifying persons of the impending arrival of a particular transportation vehicle, such as a bus, train, plane, fishing vessel, or other vessel.

### BACKGROUND OF THE INVENTION

There are many situations in which it is desirable for passengers to know of the approximate arrival time of a particular transportation vehicle shortly before the vehicle is to arrive at a particular destination. With such information, passengers can adjust their schedules accordingly and avoid having to wait on the particular vehicle to reach the particular destination. For example, a person having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time, which information is oftentimes unavailable, or plan on arriving at the bus station prior to the scheduled arrival time of the bus and hope the bus is not delayed.

Another example is in the commercial fishing industry, wherein fish markets, restaurants, and other establishments desire to purchase fish immediately upon arrival of a commercial fishing boat at a port. Currently, such establishments, in order to ensure being able to purchase the freshest catch, often depend on predetermined schedules of fishing fleets, which are not always accurate or reliable.

Still another example involves school children who ride school buses. School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at a particular bus stop at substantially different times from one day to the next. The reason is that school buses are not always the best maintained vehicles on the roads, frequently must operate during rush hour traffic, and must contend with congested urban/suburban conditions. As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets. If it is raining, snowing, windy and cold, or even dark, such conditions can be unhealthy and unsafe for children.

Thus, generally, it would be desirable for a passenger to know when a vessel, such as a bus, train, plane, or the like, is a particular time period (number of minutes or seconds) from arriving at a destination so that the passenger can adjust his/her schedule and avoid arriving too early or late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home. When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to the receiver, which in turn produces an indicator signal to notify the student that his/her school bus is nearby. While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively expensive receivers for each student. In addition, such systems provide little flexibility for providing additional information to the students, such as notifying them of the

**2**

delayed arrival of a bus, alternative bus route information, or information regarding important school events.

Accordingly, a heretofore unaddressed need exists in the art for an inexpensive, advance notification system that is suitable for many applications requiring advanced notification of the impending arrival of a transportation vehicle, but which is particularly suitable for school bus systems, is capable of notifying students of the impending arrival of their bus in a reliable, efficient manner, and is flexible enough to provide additional information to the students.

### SUMMARY OF THE INVENTION

Briefly described, the present invention is an advance notification system for notifying passengers of an impending arrival of a vehicle as the vehicle progresses along a scheduled route with particular stop locations and corresponding scheduled times of arrival at the stop locations. The advance notification system generally comprises a vehicle control unit disposed on each vehicle and a base station control unit which is configured to communicate with all of the vehicle control units.

The vehicle control unit includes a vehicle control means, a vehicle communication means controlled by the vehicle control means, an input means for signalling to the vehicle control means when the vehicle reaches particular positions along the scheduled route, and a vehicle clock for tracking elapsed time of the vehicle while on the scheduled route. The control means is adapted to initiate calls on the vehicle communication means when the elapsed time of the vehicle at any of the particular positions is ahead of the scheduled time and when the elapsed time of the vehicle at any of the particular positions is behind the scheduled time. In the preferred embodiment, the vehicle communication means is a wireless communication interface, such as a mobile telephone, RF transceiver, or other similar device.

The base station control unit has a base station communication means and a base station control means for controlling the base station communication means. The base station communication means receives the calls from the vehicle control unit and receives the amount of time in which the vehicle is ahead in time or behind in time. When the vehicle is to be early or late, the control means calls each of the passengers to be boarded at a particular stop location via the base station communication means prior to the arrival of the vehicle at the particular stop location. In the preferred embodiment, the base station communication means comprises a wireless communication interface, such as a mobile telephone or RF transceiver (both transmitter and receiver), for communicating with the vehicle communication means and also comprises at least one telephone for calling students.

It should be emphasized that while the present invention is particularly suited for application to school buses, there are many other applications wherein the features of the present invention can be employed to achieve the advantages of advance notification. As examples, the present invention could be employed with commercial buses, trains, planes, fishing vessels, or numerous other transportation vehicles.

Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying drawings.

I-14

5,400,020

3                                                          4

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

FIG. 1 is a high level schematic diagram of a preferred embodiment of the advance notification system of the present invention as applied in a school bus system;

FIG. 2 is a high level schematic diagram of the vehicle control unit of the advance notification system of FIG. 1;

FIG. 3 is a low level block diagram of the vehicle control unit of FIGS. 1 and 2;

FIG. 4 is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of FIG. 1;

FIG. 5 is a flow chart of a base station control process for the base station control unit 14 of FIG. 1;

FIG. 6 is a flow chart of a vehicle control process for the vehicle control unit of FIGS. 1 and 2; and

FIG. 7 is a flow chart of a telephone call control process for the vehicle control unit of FIGS. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiment without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention.

### I. System Architecture

Referring now in more detail to the drawings, in which like reference numerals represent corresponding parts throughout the several views, FIG. 1 is a schematic diagram of the advance notification system 10 of the present invention as configured to operate in, for example but not limited to, a school bus system. The advance notification system 10 comprises, preferably, a plurality of on-board vehicle control units 12 and a single base station control unit 14. As configured in the school bus system, a vehicle computer unit 12 is installed in each of a plurality of school buses 19, all of which communicate with the single base station control unit 14.

Each vehicle control unit 12 comprises a microprocessor controller 16, preferably an MC68HC705C8P microprocessor manufactured and commercially available from the Motorola Corporation, U.S.A. The microprocessor controller 16 is interfaced with a communication means 18, preferably a wireless communication device, for intercommunication with the base station computer unit 14. In the preferred embodiment, a mobile/cellular telephone is utilized as the communication means 18, but other devices for this purpose are possible, for example, a transceiver (having both a transmitter and receiver) operating at perhaps RF frequencies.

The microprocessor controller 16 is also interfaced with a start/reset switch 21 to be actuated by the bus driver upon starting along the bus's scheduled route, a move forward switch 22 to be actuated by the bus

driver upon reaching a bus stop in order to inform the vehicle control unit 12 of this occurrence, as will be further described in detail hereinafter, a move backward switch 23 to be actuated by the bus driver at a bus stop if the bus driver has erroneously toggled the move forward switch 22 too many times, as will be further described in detail hereinafter, a real time clock 24 for tracking the elapsed time as the bus travels along its scheduled route, and a display module 33 for informing the bus driver as to the number corresponding to the next stop and the time (preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the display module 33. For example, the display module 33 may display the amount of time that the bus 19 is ahead of or behind schedule, the status of the vehicle control unit 12 in communication with the base station control unit 14, or, upon actuation of start button 21, that the advance notification system 10 is operating. Moreover, the move forward switch 22 and the move backward switch 23 cause the next stop designation which is displayed on the display module 33 and stored in the vehicle control unit 12 to toggle forward and backward, respectively. It should be further noted that the move forward switch 22 may be implemented by situating a sensing device (not shown) for detecting the opening and/or closing of the front door 24 of the school bus 19.

The base station computer 14 is any conventional personal computer with, optionally, a set of voice processing cards, which are well known in the art, for communicating with the plurality of homes of the students, as depicted by a reference numeral 29. The system 10 could be configured to merely call prospective passengers, thus warning them of the impending arrival of a bus 19, as opposed to forwarding both a call and a message. In the preferred embodiment, the base station control unit 14 includes at least one telephone line 26 dedicated for communication with the vehicle control units 12. However, as mentioned previously, the base station control unit 14 may be designed to communicate with the vehicle control units 12 via any transceiver, in which case, the base station control unit 14 would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of buses 19.

The base station control unit 14 also includes at least one, but preferably a plurality of, telephone lines 27 for making the telephone calls to the homes 29 of the school children. The student calling program (FIG. 7) for the advance notification system 10 is designed to make the telephone calls to the homes 29 of the students and allow the telephone to ring twice so that it is not necessary for the telephone to be answered in order for the telephone call to be recognized as that of the advance notification system 10. However, in the case where a parent or a student answers the telephone, a prerecorded message may be played by the base station control unit 14. An example of a message would be: "The bus will arrive in five minutes," as indicated in FIG. 1 at the reference numeral 30.

FIG. 2 is a schematic diagram of the vehicle control unit 12. The vehicle control unit 12 is designed to be a compact unit with a generally rectangular housing 34 that is mounted preferably on or in front of the dashboard of the bus 19 in view and within reach of the bus driver. In the housing 34, the microprocessor controller 16 is interfaced with the mobile telephone 18 by a telephone jack 31, preferably a conventional 8-conductor

5
5,400,020
6

jack, and the mobile telephone 18 includes an antenna 32 for transmitting and receiving signals to and from the base station control unit 14. Further, the vehicle control unit 12 includes a liquid crystal display (LCD) module 33 disposed for external viewing of the display by the bus driver for providing information to the bus driver, as described previously.

FIG. 3 is a block diagram of the electronic components associated with the vehicle control unit 12. The microprocessor controller 16 essentially controls the operation of the mobile telephone 18 and the LCD display module 33. A switching element 37, such as an opto-isolator unit 37, provides a buffer between the microprocessor controller 16 and the battery 35 as well as switches 21, 22, 23. An EEPROM 43 is provided for storing the control programs (FIGS. 6 and 7) and other requisite data for the microprocessor controller 16, and a RAM 44 is provided for running the control programs in the microprocessor controller 16. A matrix keyboard emulator 39 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for allowing the microprocessor controller to control the operation of the mobile telephone 18. A dual tone multiple frequency decoder 41 is interfaced between the mobile telephone 18 and the microprocessor controller 16 for decoding modem signals or tones received by the mobile telephone 18 from the base station control unit 14.

II. System Operation

Initially, the bus schedule for each bus 19 is programmed into the advance notification system 10 by having the respective bus driver drive his respective bus one time along the corresponding scheduled bus route at the approximate speed the bus would usually travel on the route and with the bus driver making all the scheduled stops along the route and waiting at each stop for the approximate time it would take for all the students at that stop to board the bus 19. As the bus driver drives the bus 19 along the route for initialization purposes, the internal real time clock 24 runs and the bus driver actuates the switches 21, 22, 23 as required in accordance with the principles described previously. The timing information is recorded in the memory (RAM 44 and EEPROM 43) of the vehicle control unit 12.

The timing information which is recorded during the initialization of the system 10 is used as a reference during the usual operation of the system 10 for the purpose of determining whether a bus 19 is early or late at each of the bus stops. In the preferred embodiment, determining the status of a bus 19 is accomplished by comparing the time at which a bus 19 actually departs from a stop to the scheduled time of departure.

However, it should be emphasized that other methodologies could be utilized for determining whether the bus 19 is early or late. For example, the odometer 25 of the bus 19, as indicated by phantom lines, could be monitored by the microprocessor controller 16. At particular times, the odometer mileage reading could be compared to reference odometer mileage readings which were obtained during the initialization of the system 10. In this way, the determination of whether a bus 19 is early or late can occur at any time during a bus route and can occur as many times as desired.

Another methodology which could be utilized for determining whether the bus 19 is early or late involves interfacing the vehicle control unit 12 with a positioning system 25', as shown in FIG. 1 by phantom lines.

The positioning system 25' could be the GPS (global positioning system), the LORAN positioning system, the GLONASS positioning system (USSR version of GPS), or some other similar position tracking system. From the data received from these positioning systems, the microprocessor controller 16 could determine where the bus 19 is situated on the earth at any given time. The bus location at a particular time could then be compared with scheduled locations and scheduled times in order to determine whether the bus 19 is early or late and by what amount.

As an example of the operation of the advance notification system 10 in accordance with the preferred embodiment, FIG. 4 shows an example of a schedule of possible events and the interactions which might occur between the vehicle control unit 12 and the base station control unit 14 as the bus 19 travels along its scheduled route and makes its scheduled stops. In the left hand column are illustrated the sequence of events for the base station computer 14, and in the right hand column are illustrated the sequence of events on the vehicle control unit 12. Between the right and left hand columns is illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

At the beginning of the bus route, the bus driver presses the start/reset switch 21 on the vehicle control unit 12, which causes the microprocessor controller 16 to telephone the base station control unit 12 to inform the base station computer 12 of this fact and to initialize the advance notification system 10. Upon actuating the start/reset switch 21, the display module 33 preferably displays "Stop Number 1" followed by the amount of time to reach stop number 1. The time continuously runs as the bus 19 progresses along the bus route. In the example of FIG. 4, at five minutes along the scheduled route, the base station control unit 14 places a telephone call to the homes 29 of the school children to be picked up at bus stop number 1. At ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and takes one minute to load all the students at this stop onto the bus 19. Just prior to leaving stop 1, the bus driver actuates the move forward switch 22. Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop number 2. As mentioned previously, the foregoing feedback signal may be generated by a sensing device coupled to the front door of the bus 19. The microprocessor controller 16 checks the elapsed time of eleven minutes to confirm that such time corresponds to the programmed time for bus stop number 1. It will determine whether the bus 19 is early or late. If the bus 19 is either early or late, the vehicle control unit 12 will call the base station control unit 14 to inform the unit 14 of this fact. In this example, it is assumed that the bus 19 is neither early nor late in leaving bus stop number 1.

Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the base station control unit 14 places telephone calls to the homes 29 of the school children who board the bus 19 at bus stop number 2. The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one morning, the bus 19 spends three minutes at that particular bus stop number 2, and, thus, gets three minutes behind schedule.

5,400,020

7

Just prior to leaving bus stop number 2, the bus driver actuates the move forward switch 22, i.e., at twenty minutes along the route.

Upon receiving this information, the microprocessor controller 16 compares the departure time to the scheduled departure time of seventeen minutes and determines that the bus 19 is three minutes behind schedule. The microprocessor controller 16 then telephones the base station control unit 14 to inform the base station control unit 14 that the bus 19 is three minutes behind schedule. The base station control unit 14 then reschedules the telephone calls that are to be made to the parents of the students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the vehicle control unit 12 to seventeen minutes along the route, the scheduled time for the bus to leave bus stop number 2. At twenty minutes along the route, the base station control unit 14 calls the homes 29 of the students of bus stop number 3 to inform them that the bus 19 is five minutes from arriving. At twenty-five minutes along the route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

The system 10 may be configured so that if a bus 19 becomes delayed by more than a maximum length of time, such as fifteen minutes, the base station control unit 14 immediately calls the homes 29 of the remaining students to board the bus 19 in order to notify these homes 29 of the unusual delay and to notify these homes 29 to wait for a notification call.

### III. Control Processes

FIGS. 5 through 7 show flow charts pertaining to control processes or algorithms performed in the advance notification system 10 of FIG. 1 in order to achieve the functionality as set forth in FIG. 4 as described hereinbefore. These flow charts illustrate the best mode for practicing the invention at the time of filing this document. More specifically, FIG. 5 illustrates a base station control process 46 employed in the base station control unit 14, and FIGS. 6 and 7 show respectively a vehicle control process 76 and a telephone call control process 101 implemented in the vehicle control unit 12. The foregoing control processes are merely examples of plausible control algorithms, and an infinite number of control algorithms may be employed to practice the present invention. Furthermore, it should be noted that the base station control process of FIG. 5 is implemented via software within any conventional computer system, and the vehicle control process of FIG. 6 and the telephone call control process 101 of FIG. 7 are both implemented via software stored within memory and are run by the microprocessor controller 16. However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human interaction.

#### A. Base Station Control Process

With reference to FIG. 5, the base station control process 46 essentially comprises two control subprocesses which run concurrently, namely, (1) a vehicle communications process 47 and (2) a student calling process 48. The vehicle communications process 47 will be described immediately hereafter followed by the student calling process 48.

1. Vehicle Communications Process

8

The vehicle communications process 47 initially waits for a telephone call from one of the vehicle control units 12 located on one of the plurality of buses 19, as indicated by a flow chart block 51. The vehicle communications process 47 is preferably capable of monitoring a plurality of telephone lines 26 for receiving information from a plurality of buses 19. As the number of buses 19 is increased, by necessity, the number of telephone lines 26 which are monitored by the vehicle communications process 47 must also be increased to an extent.

After a bus driver has triggered the start/reset switch 21 on his respective bus 19, the respective vehicle control unit 12 will initiate a telephone call to the base station computer 14, as indicated by the telephone bell symbol 52. The start/reset switch 21 is actuated by the bus driver at the beginning of a route. After the base station computer 14 receives the telephone call, a string of symbols is exchanged between the vehicle control unit 12 and the base station control unit 14 so as to validate the communication connection, as indicated in a flow chart block 53. In other words, the base station computer 14 ensures that it is in fact communicating with the vehicle control unit 12, and vice versa.

Next, as shown in a flow chart block 54, the base station computer 14 asks the vehicle control unit 12 for information regarding (1) the time into the route and (2) the number designating the next stop. In addition, route data 56 is obtained from a local data base. The route data 56 includes information pertaining to each bus stop during the route. From the route data 56 and the information (1) and (2) received from the vehicle control unit 12, the base station computer 14 can determine whether the bus 19 is late or early, as indicated by flow chart blocks 57, 58, or whether the bus 19 has just started its route, as indicated by a flow chart block 59. In the case where the bus 19 is late, the base station computer 14 advises the vehicle control unit 12 to reset its on-board clock 24 back so that it thinks it is on time, as indicated in a flow chart block 61. In the case where the bus 19 is early, the bus base station computer 14 advises the vehicle control unit 12 to move its on-board clock 24 forward so that the vehicle control unit 12 thinks it is on time. Moreover, in the situation where the bus 19 has just started its route and the telephone call is essentially the first call of the route, the base station clock 28 and the on-board vehicle clock 24 are synchronized, as indicated in a flow chart block 63.

Finally, as shown in a flow chart block 64, the base station computer 14 informs the vehicle control unit 12 to terminate the telephone call, which was initiated in the flow chart block 51. The vehicle communications process 47 then proceeds once again to the flow chart block 51, where it will remain until receiving another telephone call from the bus 19.

Worth noting from the foregoing discussion is the fact that the base station control unit 14 is the ultimate controller of the advance notification system 10 from a hierarchical vantage point. The base station clock 28 maintains the absolute time of the advance notification system 10, while the vehicle clock 24 assumes a subservient role and is periodically reset when the bus 19 is at the start of a route or when the bus 19 is either early or late during the route. Further, it should be noted that the vehicle control unit 12 communicates to the base station control unit 14 only when the bus 19 is at the start of a route or when the bus 19 is either early or late

**9**

during the route, so as to minimize the amount of time on the mobile telephone network and associated costs thereof.

2. Student Calling Process

As previously mentioned, the student calling process 48 runs concurrently with the vehicle communications process 47 within the base station control unit 14. In essence, the student calling process 48 uses the timing information retrieved from the bus 19 by the vehicle communications process 47 in order to call students and inform them of the approaching bus 19. A student list 66 is locally accessible from a local data base by the base station control unit 14 and comprises information regarding (1) student names, (2) student telephone numbers, and (3) the time into a bus route when a student should be called via telephone. In accordance with the student calling process 48, as indicated in a flow chart block 67, the student list 66 is consulted as time progresses and telephone numbers are retrieved. When a particular time for calling a particular student is reached, the student calling process 48 initiates a telephone call to the particular student, as shown in flow chart blocks 68, 69. The particular time is fully selectable by programming.

Also worth noting is that the process can also include a feature for monitoring calls to be placed in the future. In accordance with this feature, upon anticipation of a heavy load of calls, some of the calls would be initiated earlier than the originally scheduled, corresponding call time.

After the bus route has been completed by the bus 19, the particular bus and bus route are removed from consideration, as indicated by flow chart blocks 71, 72. Otherwise, the student calling process 48 returns to the student list 66 and searches for the next student to be called.

As further shown in FIG. 5, an event list 73 is maintained for diagnostics and system monitoring. The event list 73 receives data from both the vehicle communications process 47 and the student calling process 46. The event list 73 essentially comprises records of, among other things, all telephone calls and of all past and current bus locations.

B. Vehicle Control Process

Reference will now be made to the vehicle control process 76 shown in FIG. 6. Initially, as indicated in the flow chart block 77 of the vehicle control process 76, the vehicle control unit 12 runs through an initiation procedure in which the first stop number is retrieved, the stop time (time necessary to travel to the next stop) is retrieved, and the time into the route as indicated by the clock 24 is set at zero and the clock 24 is started. After the foregoing initialization procedure, a telephone call is initiated via the mobile telephone 18 to the base station control unit 14, as indicated by the telephone bell symbol 78. After the telephone connection, the vehicle control unit 12 and the base station control unit 14 exchange information as described hereinbefore and which will be further described hereinafter relative to FIG. 7.

Next, as shown in FIG. 6, the vehicle control process 76 begins a looping operation wherein the vehicle control unit 12 continuously monitors the start/reset switch 21, the move forward switch 23, and the move backward switch 24 and also continuously determines whether the bus 19 is early or late. As mentioned previously, the vehicle control process 76 initiates a tele-

**10**

phone call only at start-up of a route, or when the bus 19 is either early or late.

While in the main looping operation, a determination is first made as to whether the bus 19 has reached the end of the route, as indicated in a decisional flow chart block 81. If the bus 19 is at the end of its route, then the vehicle control process 76 stops, as indicated in a flow chart block 82, and does not start unless the start/reset switch 21 is triggered by the bus driver. Otherwise, the process 76 continues and makes a determination as to whether the bus 19 is late for the next stop, as indicated in a decisional flow chart block 83. In the preferred embodiment, the bus 19 is considered late if the bus 19 arrives at a stop more than 50 seconds after when it should have arrived. If the bus 19 is late, then a call is initiated to the base station control unit 14, as shown by a telephone bell symbol 84.

If the bus is not late, then the process 76 determines whether any of the switches 21, 22, 23 have been actuated, as indicated in a decisional flow chart block 86. If none of the switches 21, 22, 23 have been actuated, then the process 76 will loop back around and begin flow chart block 81 once again. Otherwise, if actuation of a switch is detected, the process 76 will determine which of the switches 21, 22, 23 has been actuated.

First, the process 76 will determine whether the move forward switch 22 has been actuated, as indicated in the decision flow chart block 87. If the bus driver has actuated the move forward switch 22, then the vehicle control unit 12 will retrieve the next stop number and corresponding stop time from a local data base having the route data 56. Moreover, a decision will be made as to whether the bus 19 is early for that particular stop, as indicated in the decision flow chart block 91. In the preferred embodiment, the bus 19 is considered early if the bus 19 arrives at a stop more than 50 seconds earlier than when it should have arrived. If the bus is not early, then the process 76 will loop back and proceed again with the flow chart block 81. Otherwise, a telephone call will be initiated to the base station control unit 14 to inform the unit 14 that the bus 19 is early, as illustrated by telephone call symbol 92.

In the event that the bus driver has not actuated the move forward switch 22, the process 76 proceeds to a decisional flow chart block 93 wherein the process 76 determines whether the move backward switch 23 has been actuated by the bus driver. If the move backward switch 23 has been actuated, then the process 76 obtains the previous stop number and stop time, displays these values on the display screen, and loops back to begin again with the flow chart block 81.

In the event that the bus driver has not actuated the move backward switch 23, then the process 76 determines whether the bus driver has actuated the start/reset switch 21, as indicated in the decisional flow chart block 96. If the start/reset switch 23 has not been actuated by the bus driver, then the process 76 loops back and begins again with the flow chart block 81. Otherwise, the process 76 loops back and begins again with the flow chart block 77.

C. Telephone Call Control Process

When a telephone call is initiated by the vehicle control unit 12 as indicated by the telephone call symbols 78, 84, 92, the vehicle control unit 12 follows a telephone call control process 101 as illustrated in FIG. 7. Initially, the telephone number corresponding with the base station control unit 14 is obtained from the EEPROM 43, as indicated in a flow chart block 102. Other

5,400,020

11

information is also obtained, including among other things, the particular bus number, bus serial number, and bus route. Next, the control process 101 sets a time out variable to keep track of how many times a telephone connection has been initiated. The number n of allowable attempts is predetermined and is stored in the EEPROM 43.

After the time out variable has been implemented as indicated in the flow chart block 103, the control process 101 dials the telephone number on the mobile telephone 18, as indicated in the flow chart block 104. The control process 101 requires the vehicle control unit 12 to wait for a response from the base station control unit 14. If the vehicle control unit 12 does not receive a response within a predetermined time out period, preferably 20 seconds, the control process 101 loops back and begins again at the flow chart block 103. Otherwise, when the control process 101 determines that a response has been received, a validation procedure ensues, as indicated in a flow chart block 108. The validation process indicated at the flow chart block 108 is that which was described previously relative to the flow chart block 53 of FIG. 5. Essentially, it involves the exchange of symbols in order to assure a proper connection.

At the commencement of the validation process, another time out variable is set and will trigger termination of the telephone connection after a predetermined time period has run. The initiation of the time out variable and monitoring of the same is indicated in FIG. 7 at flow chart block 111. If the time out variable triggers termination of the telephone connection, then the control process 101 will hang up and end the call, as illustrated by a flow chart block 114. Otherwise, when the validation procedure has fully commenced, commands are passed from the base station control unit 14 to the vehicle control unit 12, as shown by a flow chart block 112. Commands which may be sent to the vehicle control unit 12 include, for example, the following: (1) Is the bus 19 either early or late?; (2) Reset the vehicle clock 24; (3) Record new information in the EEPROM 43. It should be emphasized that the base station control unit 14 may change the route information contained within the EEPROM 43 of the particular bus 19. The foregoing features enables extreme flexibility of the advance notification system 10.

Furthermore, the telephone call control process 101 determines whether the base station control unit 14 has finished its communication over the mobile telephone, as indicated in a flow chart block 113. Again, the control process 101 utilizes another time out variable to determine whether the base station control unit 14 has finished. After the predetermined time period of the time out variable, the control process 101 will assume that the base station control unit 14 has terminated its communication, and accordingly, the control process 101 will hang up the telephone, as indicated in a flow chart block 114. Otherwise, the control process 101 will loop back and begin with the flow chart block 111 in order to accept another command from the base station control unit 14.

Wherefore, the following is claimed:

1. An advance notification system for notifying passengers of an impending arrival of a vehicle at particular stop locations and corresponding scheduled times of arrival, comprising:

a plurality of passenger telephone means associated respectively with the passenger;

12

a vehicle control unit disposed on said vehicle, said vehicle control unit including vehicle control means, a vehicle communication means controlled by said vehicle control means, an input means for signaling to said vehicle control means when said vehicle reaches particular positions along said scheduled route, and a vehicle clock for tracking elapsed time of said vehicle while on said scheduled route, said vehicle control means having a wireless telephone means, said vehicle control means adapted to initiate a communication when said elapsed time of said vehicle at any of said particular positions is ahead of said scheduled time by greater than a first predetermined time period and when said elapsed time of said vehicle at any of said particular positions is behind said scheduled time by greater than a second predetermined time period, said vehicle control means for refraining from initiating said communication when said elapsed time of said vehicle at any of said particular positions is less than said first and second predetermined time periods; and

a base station control unit having a base station communication means and a base station control means for controlling said base station communication means, said base station communication means having first and second telephone means, said first telephone means being a wireless communication device for communicating with said vehicle communication means, said second telephone means for communicating with said plurality of passenger telephones, said base station communication means for receiving said calls from said vehicle control unit and for receiving said amount of time in which said vehicle is ahead in time and behind in time, said base station control means for calling via said second telephone means each of said passengers to be boarded at a particular stop location via said base station communication means a third predetermined time period prior to said arrival of said vehicle at said particular stop location, the base station control unit causing a passenger telephone to ring only a preset number of times to indicate onset of said third predetermined time period.

2. The system of claim 1, wherein said input means comprises an odometer detector and wherein said particular positions correspond with mileage measurements from said odometer detector.

3. The system of claim 1, wherein said input means comprises a door detector and wherein said particular positions correspond with said particular stop locations.

4. The system of claim 1, wherein said input means comprises a means for communicating with the global positioning system (GPS) and wherein said particular positions are determined by data received from said GPS.

5. The system of claim 1, wherein said input means comprises a means for communicating with the LORAN positioning system and wherein said particular positions are determined by data received from said LORAN positioning system.

6. The system of claim 1, wherein said vehicle communication means and said base station communication means both comprise a wireless telephone for communication therebetween.

7. The system of claim 1, wherein said vehicle communication means and said base station communication

1-119

5,400,020

**13**

means both comprise a wireless transceiver for communication therebetween.

8. A system for giving advance notice to a passenger of the impending arrival of a vehicle at a particular stop location as the vehicle travels along a scheduled route of stop locations, comprising:

  (a) a passenger telephone situated with the passenger;

  (b) a base station control unit having:

    (1) a first base station telephone which provides wireless communications;

    (2) a second base station telephone for communicating with said passenger telephone; and

    (3) a base station control means for contacting said passenger telephone with said second base station telephone an a predetermined time interval prior to arrival of said vehicle at said particular stop location; and

  (c) a vehicle control unit situated on said vehicle having:

    (1) a vehicle telephone which provides wireless communications for communicating with said first base station telephone of said base station control unit;

    (2) an input means for signaling when said vehicle has started along said scheduled route and when said vehicle is at said stop locations along said scheduled route;

    (3) a vehicle clock for tracking elapsed time of said vehicle while said vehicle moves along said scheduled route; and

    (4) a vehicle control means for controlling said vehicle telephone and for monitoring signals from said input means and said vehicle clock, said vehicle control means for initiating a call to said base station control unit when said elapsed time of said vehicle while at a certain stop location is greater than a predetermined amount from a scheduled time, said vehicle control means for refraining from initiating a call to said base station control unit when said elapsed time of said vehicle while at said certain stop location is less than said predetermined amount from said scheduled time, the base station control unit causing a passenger telephone to ring only a preset number of times to indicate onset of said predetermined time interval.

9. The system of claim 8,

  (a) wherein said vehicle control unit comprises:

    (1) a first means for initializing said vehicle clock and said elapsed time when said vehicle initiates movement along said scheduled route, said first means for initiating said call to said base station control unit when said vehicle resides at said certain stop location later than said scheduled time by greater than a first predetermined amount and for refraining from initiating said call when said vehicle resides at said certain stop location later than said scheduled time by less than said first predetermined amount, said first means for initiating said call to said base station control unit when said vehicle resides at said certain stop location earlier than said scheduled time by greater than a second predetermined amount and for refraining from initiating said call to said base station control unit when said vehicle resides at said certain stop location earlier than said scheduled time by less than said second predetermined amount; and

**14**

    (2) second means in communication with said first means, said second means for calling said base station control unit with said vehicle telephone by command of said first means, said second means for conveying said elapsed time and a next stop number to said base station control unit;

  (b) wherein said base station control unit comprises:

    (1) a third means for monitoring communications with said vehicle control unit, said third means for receiving said elapsed time and said next stop location, said third means for causing said vehicle control unit to reset said elapsed time to said scheduled time when said vehicle resides at said certain stop location earlier and later than said scheduled time based upon said elapsed time and said scheduled time; and

    (2) a fourth means in communication with said third means, said fourth means for identifying said passenger telephone based upon said next stop number, said fourth means for contacting said passenger telephone with said second base station telephone at a predetermined time interval prior to arrival of said vehicle at said particular stop location.

10. The system of claim 8, wherein said base station control unit comprises a means for causing said vehicle control unit to reset said elapsed time to said scheduled time when said base station control unit is called by said vehicle control unit.

11. The system of claim 8, wherein said vehicle control unit compares said elapsed time to a first predetermined amount from said scheduled time when said vehicle arrives at said certain stop location earlier than said scheduled time, and wherein said vehicle control unit compares said elapsed time to a second predetermined amount from said scheduled time when said vehicle arrives at said certain stop location later than said scheduled time.

12. The system of claim 8, wherein said passenger telephone is a wireless communications device.

13. The system of claim 8, wherein said input means comprises a detector on said vehicle for detecting operation of a door.

14. The system of claim 8, further comprising:

  a manually-operated start switch, a manually-operated move forward switch, and a manually-operated move backward switch associated with said input means and accessible to a driver of said vehicle, said start switch being actuated by the driver when said vehicle initiates the scheduled route, said move forward switch being actuated by the driver after stopping at the particular stop location so that the elapsed time is reset said move backward switch being actuated by the driver to retreat said next stop number displayed on said display; and

  a display for illuminating a next stop number corresponding with a next stop location of the route.

15. The system of claim 8, wherein said input means comprises an odometer on said vehicle.

16. The system of claim 8, wherein said input means comprises a means for communicating with a position tracking system.

17. A method for giving advance notice to a passenger of the impending arrival of a vehicle at a particular stop location as the vehicle travels along a scheduled route of stop locations, comprising the steps of:

5,400,020

15

(a) providing the vehicle with a vehicle control unit having a wireless vehicle telephone;

(b) providing a base station with a base station control unit having first and second telephones, said first telephone being wireless for communicating with said wireless vehicle telephone for providing wireless communications between said vehicle control unit and said base station control unit;

(c) providing a passenger telephone with said passenger, said passenger telephone for communicating with said second telephone of said base station;

(d) minimizing communications between said base station and said vehicle by:

   (1) monitoring elapsed time with said vehicle control unit as said vehicle moves along said scheduled route;

   (2) comparing in said vehicle control unit the elapsed time to a scheduled time when said vehicle is at a certain stop location;

   (3) when the elapsed time deviates from the scheduled time by greater than a predetermined limit, initiating a call from said vehicle control unit to said base station control unit to convey said elapsed time;

   (4) when the elapsed time deviates from the scheduled time by less than said predetermined limit, refraining from initiating said call from said vehicle control unit to said base station control unit to convey said elapsed time; and

   (5) contacting the passenger at said passenger telephone with said base station control unit at a predetermined time interval before said vehicle is scheduled to arrive at a particular stop, the base station control unit causing a passenger telephone to ring only a preset number of times to indicate onset of said predetermined time interval.

18. The method of claim 17, further comprising the step of resetting said elapsed time to said scheduled time when the base station control unit is contacted by said vehicle control unit.

16

19. The method of claim 17, further comprising the steps of:

comparing said elapsed time to a first predetermined amount from said scheduled time when said vehicle arrives at said certain stop location earlier than said scheduled time; and

comparing said elapsed time to a second predetermined amount from said scheduled time when said vehicle arrives at said certain stop location later than said scheduled time.

20. The method of claim 17, further comprising the step of using a wireless communications device for said passenger telephone.

21. The method of claim 17, further comprising the step of detecting when said vehicle is at said certain stop location by detecting operation of a door on said vehicle.

22. The method of claim 17, further comprising the step of detecting when said vehicle is at said certain stop location by detecting actuation of a switch on said vehicle.

23. The method of claim 17, further comprising the steps of:

providing a start switch, a move forward switch, and a display all connected to said vehicle control unit and accessible to a driver of said vehicle;

actuating said start switch when said vehicle initiates the scheduled route;

illuminating a next stop number corresponding with a next stop location; and

actuating said move forward switch after stopping at the particular stop location so that the next stop number is advanced and displayed on said display and so that the elapsed time is reset.

24. The method of claim 23, further comprising the steps of:

providing a move backward switch connected to said vehicle control unit and accessible to a driver of said vehicle; and

actuating said move backward switch to retreat said next stop number displayed on said display.

\* \* \* \* \*

PATENT APPLICATION SERIAL NO. 08/063533

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

120 WP 06/04/93 08063533          1 201     372.00 CK 5G01 1 001

I-22

PTO-1556
(5/87)

08/063533

-29-

## ABSTRACT OF THE DISCLOSURE

An advance notification system (10) and method for
notifying school children of the impending arrival of their
school bus (19).  The system includes an on-board vehicle
control unit (12) for each bus (19) and a base station
control unit (14) for making telephone calls to the homes
(29) of school children in order to inform them that the
bus (19) is a certain time period away from a bus stop.
The vehicle control unit (12) compares elapsed time to the
programmed scheduled time for each bus stop to determine if
the bus (19) is on schedule.  If the bus (19) is behind or
ahead of schedule, the vehicle control unit (12) calls the
base station control unit (14), which then resets its
calling schedule accordingly.



·39·**063533**/-A

-1-

## ADVANCE NOTIFICATION SYSTEM AND METHOD

### FIELD OF THE INVENTION

The present invention pertains to notification systems for notifying persons of the impending arrival of a
5    particular transportation vehicle, such as a bus, train, plane, fishing vessel, or other vessel.

### BACKGROUND OF THE INVENTION

There are many situations in which it is desirable for passengers to know of the approximate arrival time of a
10    particular transportation vehicle shortly before the vehicle is to arrive at a particular destination. With such information, passengers can adjust their schedules accordingly and avoid having to wait on the particular vehicle to reach the particular destination. For example,
15    a person having to pick up a friend or relative at a commercial bus station either has to call the bus station to find out the approximate arrival time, which information is oftentimes unavailable, or plan on arriving at the bus station prior to the scheduled arrival time of the bus and
20    hope the bus is not delayed.

Another example is in the commercial fishing industry, wherein fish markets, restaurants, and other establishments desire to purchase fish immediately upon arrival of a commercial fishing boat at a port. Currently, such
25    establishments, in order to ensure being able to purchase

-2-

the freshest catch, often depend on predetermined schedules of fishing fleets, which are not always accurate or reliable.

Still another example involves school children who ride school buses.  School children who ride buses to school often have to wait at their bus stops for extended lengths of time because school buses arrive at a particular bus stop at substantially different times from one day to the next.  The reason is that school buses are not always the best maintained vehicles on the roads, frequently must operate during rush hour traffic, and must contend with congested urban/suburban conditions.  As a result, school children are forced to wait at their bus stops for long periods of time, oftentimes in adverse weather conditions, on unlit street corners, or in hazardous conditions near busy or secluded streets.  If it is raining, snowing, windy and cold, or even dark, such conditions can be unhealthy and unsafe for children.

Thus, generally, it would be desirable for a passenger to know when a vessel, such as a bus, train, plane, or the like, is a particular time period (number of minutes or seconds) from arriving at a destination so that the passenger can adjust his/her schedule and avoid arriving too early or late.

In the past, in order to combat the arrival time problem in the context of school buses, student notification systems have been employed that use a transmitter on each bus and a receiver inside each student home.  When the school bus and its on-board transmitter come within range of a particular home receiver, the transmitter sends a signal to the receiver, which in turn produces an indicator signal to notify the student that his/her school bus is nearby.  While such notification systems work satisfactorily under certain circumstances, nevertheless, these systems are limited by the range of the transmitters and require the purchase of relatively

-3-

expensive receivers for each student.  In addition, such
systems provide little flexibility for providing additional
information to the students, such as notifying them of the
delayed arrival of a bus, alternative bus route
5     information, or information regarding important school
events.

     Accordingly, a heretofore unaddressed need exists in
the art for an inexpensive, advance notification system
that is suitable for many applications requiring advanced
10    notification of the impending arrival of a transportation
vehicle, but which is particularly suitable for school bus
systems, is capable of notifying students of the impending
arrival of their bus in a reliable, efficient manner, and
is flexible enough to provide additional information to the
15    students.

### SUMMARY OF THE INVENTION

     Briefly described, the present invention is an advance
notification system for notifying passengers of an
impending arrival of a vehicle as the vehicle progresses
20    along a scheduled route with particular stop locations and
corresponding scheduled times of arrival at the stop
locations.  The advance notification system generally
comprises a vehicle control unit disposed on each vehicle
and a base station control unit which is configured to
25    communicate with all of the vehicle control units.

     The vehicle control unit includes a vehicle control
means, a vehicle communication means controlled by the
vehicle control means, an input means for signalling to the
vehicle control means when the vehicle reaches particular
30    positions along the scheduled route, and a vehicle clock
for tracking elapsed time of the vehicle while on the
scheduled route.  The control means is adapted to initiate
calls on the vehicle communication means when the elapsed
time of the vehicle at any of the particular positions is
35    ahead of the scheduled time and when the elapsed time of

-4-

the vehicle at any of the particular locations is behind the scheduled time.  In the preferred embodiment, the vehicle communication means is a wireless communication interface, such as a mobile telephone, RF transceiver, or
5    other similar device.

The base station control unit has a base station communication means and a base station control means for controlling the base station communication means.  The base station communication means receives the calls from the
10   vehicle control unit and receives the amount of time in which the vehicle is ahead in time or behind in time.  When the vehicle is to be early or late, the control means calls each of the passengers to be boarded at a particular stop location via the base station communication means prior to
15   the arrival of the vehicle at the particular stop location. In the preferred embodiment, the base station communication means comprises a wireless communication interface, such as a mobile telephone or RF transceiver (both transmitter and receiver), for communicating with the vehicle communication
20   means and also comprises at least one telephone for calling students.

It should be emphasized that while the present invention is particularly suited for application to school buses, there are many other applications wherein the
25   features of the present invention can be employed to achieve the advantages of advance notification.  As examples, the present invention could be employed with commercial buses, trains, planes, fishing vessels, or numerous other transportation vehicles.

30   Other objects, features, and advantages of the present invention will become apparent from the following specification, when read in conjunction with the accompanying drawings.

I-27

-5-

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be better understood with reference to the following drawings. The drawings are not necessarily to scale, emphasis instead being placed upon clearly illustrating principles of the present invention.

5    Fig. 1 is a high level schematic diagram of a preferred embodiment of the advance notification system of the present invention as applied in a school bus system;

Fig. 2 is a high level schematic diagram of the vehicle control unit of the advance notification system of Fig. 1;

10    Fig. 3 is a low level block diagram of the vehicle control unit of Figs. 1 and 2;

Fig. 4 is an example of a schedule for a sequence of events illustrating the operation of the advance notification system of Fig. 1;

15    Fig. 5 is a flow chart of a base station control process for the base station control unit 14 of Fig. 1;

Fig. 6 is a flow chart of a vehicle control process for the vehicle control unit of Figs. 1 and 2; and

20    Fig. 7 is a flow chart of a telephone call control process for the vehicle control unit of Figs. 1 and 2.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The features and principles of the present invention will now be described relative to a preferred embodiment thereof. It will be apparent to those skilled in the art that numerous variations or modifications may be made to the preferred embodiment without departing from the spirit and scope of the present invention. Thus, such variations and modifications are intended to be included herein within the scope of the present invention.

25

30

### I.    System Architecture

Referring now in more detail to the drawings, in which like reference numerals represent corresponding parts

I-28

6.

-6-

throughout the several views, Fig. 1 is a schematic diagram
of the advance notification system 10 of the present
invention as configured to operate in, for example but not
limited to, a school bus system. The advance notification
5     system 10 comprises, preferably, a plurality of on-board
vehicle control units 12 and a single base station control
unit 14. As configured in the school bus system, a vehicle
computer unit 12 is installed in each of a plurality of
school buses 19, all of which communicate with the single
10    base station control unit 14.

        Each    vehicle    control    unit   12   comprises   a
microprocessor controller 16, preferably an MC68HC705C8P
microprocessor manufactured and commercially available from
the Motorola Corporation, U.S.A.   The microprocessor
15    controller 16 is interfaced with a communication means 18,
preferably   a    wireless   communication   device,   for
intercommunication with the base station computer unit 14.
In the preferred embodiment, a mobile/cellular telephone is
utilized as the communication means 18, but other devices
20    for this purpose are possible, for example, a transceiver
(having both a transmitter and receiver) operating at
perhaps RF frequencies.

        The microprocessor controller 16 is also interfaced
with a start/reset switch 21 to be actuated by the bus
25    driver upon starting along the bus's scheduled route, a
move forward switch 22 to be actuated by the bus driver
upon reaching a bus stop in order to inform the vehicle
control unit 12 of this occurrence, as will be further
described in detail hereinafter, a move backward switch 23
30    to be actuated by the bus driver at a bus stop if the bus
driver has erroneously toggled the move forward switch 22
too many times, as will be further described in detail
hereinafter, a real time clock 24 for tracking the elapsed
time as the bus travels along its scheduled route, and a
35    display module 33 for informing the bus driver as to the
number corresponding to the next stop and the time

-7-

(preferably, in seconds) necessary to reach the next stop. Other types of information may also be displayed on the display module 33. For example, the display module 33 may display the amount of time that the bus 19 is ahead of or

5    behind schedule, the status of the vehicle control unit 12 in communication with the base station control unit 14, or, upon actuation of start button 21, that the advance notification system 10 is operating. Moreover, the move forward switch 22 and the move backward switch 23 cause the

10   next stop designation which is displayed on the display module 33 and stored in the vehicle control unit 12 to toggle forward and backward, respectively. It should be further noted that the move forward switch 22 may be implemented by situating a sensing device (not shown) for

15   detecting the opening and/or closing of the front door 24 of the school bus 19.

       The base station computer 14 is any conventional personal computer with, optionally, a set of voice processing cards, which are well known in the art, for

20   communicating with the plurality of homes of the students, as depicted by a reference numeral 29. The system 10 could be configured to merely call prospective passengers, thus warning them of the impending arrival of a bus 19, as opposed to forwarding both a call and a message. In the

25   preferred embodiment, the base station control unit 14 includes at least one telephone line 26 dedicated for communication with the vehicle control units 12. However, as mentioned previously, the base station control unit 14 may be designed to communicate with the vehicle control

30   units 12 via any transceiver, in which case, the base station control unit 14 would comprise a corresponding transceiver having the ability to receive a plurality of signals from the plurality of buses 19.

       The base station control unit 14 also includes at

35   least one, but preferably a plurality of, telephone lines 27 for making the telephone calls to the homes 29 of the

-8-

school children.  The student calling program (Fig. 7) for
the advance notification system 10 is designed to make the
telephone calls to the homes 29 of the students and allow
the telephone to ring twice so that it is not necessary for
5      the telephone to be answered in order for the telephone
call to be recognized as that of the advance notification
system 10.   However, in the case where a parent or a
student answers the telephone, a prerecorded message may be
played by the base station control unit 14.  An example of
10     a message would be: "The bus will arrive in five minutes,"
as indicated in Fig. 1 at the reference numeral 30.

Fig. 2 is a schematic diagram of the vehicle control
unit 12.  The vehicle control unit 12 is designed to be a
compact unit with a generally rectangular housing 34 that
15     is mounted preferably on or in front of the dashboard of
the bus 19 in view and within reach of the bus driver.  In
the housing 34, the microprocessor controller 16 is
interfaced with the mobile telephone 18 by a telephone jack
31, preferably a conventional 8-conductor jack, and the
20     mobile telephone 18 includes an antenna 32 for transmitting
and receiving signals to and from the base station control
unit 14.  Further, the vehicle control unit 12 includes a
liquid crystal display (LCD) module 33 disposed for
external viewing of the display by the bus driver for
25     providing information to the bus driver, as described
previously.

Fig. 3 is a block diagram of the electronic components
associated with the vehicle control unit 12.    The
microprocessor controller 16 essentially controls the
30     operation of the mobile telephone 18 and the LCD display
module 33.    A switching element 37, such as an
opto-isolator unit 37, provides a buffer between the
microprocessor controller 16 and the battery 35 as well as
switches 21, 22, 23. An EEPROM 43 is provided for storing
35     the control programs (Figs. 6 and 7) and other requisite
data for the microprocessor controller 16, and a RAM 44 is

-10-

However, it should be emphasized that other
methodologies could be utilized for determining whether the
bus 19 is early or late. For example, the odometer 25 of
the bus 19, as indicated by phantom lines, could be
5   monitored by the microprocessor controller 16.    At
particular times, the odometer mileage reading could be
compared to reference odometer mileage readings which were
obtained during the initialization of the system 10.    In
this way, the determination of whether a bus 19 is early or
10   late can occur at any time during a bus route and can occur
as many times as desired.

Another methodology which could be utilized for
determining whether the bus 19 is early or late involves
interfacing the vehicle control unit 12 with a positioning
15   system 25', as shown in Fig. 1 by phantom lines.    The
positioning system 25' could be the GPS (global positioning
system), the LORAN positioning system, the GLONASS
positioning system (USSR version of GPS), or some other
similar position tracking system.   From the data received
20   from these positioning systems, the microprocessor
controller 16 could determine where the bus 19 is situated
on the earth at any given time.   The bus location at a
particular time could then be compared with scheduled
locations and scheduled times in order to determine whether
25   the bus 19 is early or late and by what amount.

As an example of the operation of the advance
notification system 10 in accordance with the preferred
embodiment, Fig. 4 shows an example of a schedule of
possible events and the interactions which might occur
30   between the vehicle control unit 12 and the base station
control unit 14 as the bus 19 travels along its scheduled
route and makes its scheduled stops.   In the left hand
column are illustrated the sequence of events for the base
station computer 14, and in the right hand column are
35   illustrated the sequence of events on the vehicle control
unit 12.   Between the right and left hand columns is

-11-

illustrated a time line for the scheduled bus stops. The time line has the following time designations: ten minutes, sixteen minutes, and twenty-two minutes, all along the scheduled bus route.

5      At the beginning of the bus route, the bus driver presses the start/reset switch 21 on the vehicle control unit 12, which causes the microprocessor controller 16 to telephone the base station control unit 12 to inform the base station computer 12 of this fact and to initialize the

10     advance notification system 10.    Upon actuating the start/reset switch 21, the display module 33 preferably displays "Stop Number 1" followed by the amount of time to reach stop number 1. The time continuously runs as the bus 19 progresses along the bus route. In the example of Fig.

15     4, at five minutes along the scheduled route, the base station control unit 14 places a telephone call to the homes 29 of the school children to be picked up at bus stop number 1. At ten minutes along the schedule, the bus 19 arrives at the bus stop number 1 and takes one minute to

20     load all the students at this stop onto the bus 19.   Just prior to leaving stop 1, the bus driver actuates the move forward switch 22. Upon actuating the move forward switch 22, the display module 33 preferably displays "Stop Number 2" followed by the amount of time to reach stop number 2.

25     As mentioned previously, the foregoing feedback signal may be generated by a sensing device coupled to the front door of the bus 19. The microprocessor controller 16 checks the elapsed time of eleven minutes to confirm that such time corresponds to the programmed time for bus stop number 1.

30     It will determine whether the bus 19 is early or late.   If the bus 19 is either early or late, the vehicle control unit 12 will call the base station control unit 14 to inform the unit 14 of this fact. In this example, it is assumed that the bus 19 is neither early nor late in

35     leaving bus stop number 1.

-12-

Because the bus 19 is scheduled to arrive at bus stop number 2 at sixteen minutes along the route, at eleven minutes along the route the base station control unit 14 places telephone calls to the homes 29 of the school
5   children who board the bus 19 at bus stop number 2. The bus 19 then arrives at bus stop number 2 and commences the boarding of students. However, because one of the school children is running late that particular morning, the bus 19 spends three minutes at bus stop number 2, and, thus,
10   gets three minutes behind schedule. Just prior to leaving bus stop number 2, the bus driver actuates the move forward switch 22, i.e., at twenty minutes along the route.

Upon receiving this information, the microprocessor controller 16 compares the departure time to the scheduled
15   departure time of seventeen minutes and determines that the bus 19 is three minutes behind schedule. The microprocessor controller 16 then telephones the base station control unit 14 to inform the base station control unit 14 that the bus 19 is three minutes behind schedule.
20   The base station control unit 14 then reschedules the telephone calls that are to be made to the parents of the students at bus stop number 3 from twenty-two minutes along the route to twenty-five minutes along the route and resets the vehicle control unit 12 to seventeen minutes along the
25   route, the scheduled time for the bus to leave bus stop number 2. At twenty minutes along the route, the base station control unit 14 calls the homes 29 of the students of bus stop number 3 to inform them that the bus 19 is five minutes from arriving. At twenty-five minutes along the
30   route, the bus 19 arrives at bus stop 3, takes one minute to load the students on to the bus 19 and then proceeds onto the school.

The system 10 may be configured so that if a bus 19 becomes delayed by more than a maximum length of time, such
35   as fifteen minutes, the base station control unit 14 immediately calls the homes 29 of the remaining students to

I-34

-13-

board the bus 19 in order to notify these homes 29 of the unusual delay and to notify these homes 29 to wait for a notification call.

III. Control Processes

5          Figs. 5 through 7 show flow charts pertaining to control processes or algorithms performed in the advance notification system 10 of Fig. 1 in order to achieve the functionality as set forth in Fig. 4 as described hereinbefore.  These flow charts illustrate the best mode

10      for practicing the invention at the time of filing this document.  More specifically, Fig. 5 illustrates a base station control process 46 employed in the base station control unit 14, and Figs. 6 and 7 show respectively a vehicle control process 76 and a telephone call control

15      process 101 implemented in the vehicle control unit 12. The foregoing control processes are merely examples of plausible control algorithms, and an infinite number of control algorithms may be employed to practice the present invention.  Furthermore, it should be noted that the base

20      station control process of Fig. 5 is implemented via software within any conventional computer system, and the vehicle control process of Fig. 6 and the telephone call control process 101 of Fig. 7 are both implemented via software stored within memory and are run by the

25      microprocessor controller 16.   However, these control operations need not be implemented in software and could be implemented perhaps in hardware or even manually by human interaction.

A.  Base Station Control Process

30      With reference to Fig. 5, the base station control process 46 essentially comprises two control subprocesses which   run   concurrently,   namely,   (1)   a   vehicle communications process 47 and (2) a student calling process 48.    The  vehicle  communications  process  47  will  be

-14-

described immediately hereafter followed by the student
calling process 48.

### 1.  Vehicle Communications Process

The vehicle communications process 47 initially waits
5       for a telephone call from one of the vehicle control units
12 located on one of the plurality of buses 19, as
indicated by a flow chart block 51.  The vehicle
communications process 47 is preferably capable of
monitoring a plurality of telephone lines 26 for receiving
10      information from a plurality of buses 19.  As the number of
buses 19 is increased, by necessity, the number of
telephone lines 26 which are monitored by the vehicle
communications process 47 must also be increased to an
extent.

15      After a bus driver has triggered the start/reset
switch 21 on his respective bus 19, the respective vehicle
control unit 12 will initiate a telephone call to the base
station computer 14, as indicated by the telephone bell
symbol 52.  The start/reset switch 21 is actuated by the
20      bus driver at the beginning of a route.  After the base
station computer 14 receives the telephone call, a string
of symbols is exchanged between the vehicle control unit 12
and the base station control unit 14 so as to validate the
communication connection, as indicated in a flow chart
25      block 53.  In other words, the base station computer 14
ensures that it is in fact communicating with the vehicle
control unit 12, and vice versa.

Next, as shown in a flow chart block 54, the base
station computer 14 asks the vehicle control unit 12 for
30      information regarding (1) the time into the route and
(2) the number designating the next stop.  In addition,
route data 56 is obtained from a local data base.  The
route data 56 includes information pertaining to each bus
stop and how much time it should take to reach each bus
35      stop during the route.  From the route data 56 and the

I-36

-15-

information (1) and (2) received from the vehicle control
unit 12, the base station computer 14 can determine whether
the bus 19 is late or early, as indicated by flow chart
blocks 57, 58, or whether the bus 19 has just started its
route, as indicated by a flow chart block 59.  In the case
where the bus 19 is late, the base station computer 14
advises the vehicle control unit 12 to reset its on-board
clock 24 back so that it thinks it is on time, as indicated
in a flow chart block 61.  In the case where the bus 19 is
early, the bus base station computer 14 advises the vehicle
control unit 12 to move its on-board clock 24 forward so
that the vehicle control unit 12 thinks it is on time.
Moreover, in the situation where the bus 19 has just
started its route and the telephone call is essentially the
first call of the route, the base station clock 28 and the
on-board vehicle clock 24 are synchronized, as indicated in
a flow chart block 63.

    Finally, as shown in a flow chart block 64, the base
station computer 14 informs the vehicle control unit 12 to
terminate the telephone call, which was initiated in the
flow chart block 51.  The vehicle communications process 47
then proceeds once again to the flow chart block 51, where
it will remain until receiving another telephone call from
the bus 19.

    Worth noting from the foregoing discussion is the fact
that the base station control unit 14 is the ultimate
controller of the advance notification system 10 from a
hierarchical vantage point.  The base station clock 28
maintains the absolute time of the advance notification
system 10, while the vehicle clock 24 assumes a subservient
role and is periodically reset when the bus 19 is at the
start of a route or when the bus 19 is either early or late
during the route.  Further, it should be noted that the
vehicle control unit 12 communicates to the base station
control unit 14 *only* when the bus 19 is at the start of a
route or when the bus 19 is either early or late during the