RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB - 2 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C.

FEB 06 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ARRIVAL STAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | |
| DELTA AIR LINES, INC., et al., | ) | 1:02-CV 2543-JOF |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATED PETITION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANT DELTA AIR LINES, INC., AND ITS COUNTERCLAIMS**

WHEREAS, Plaintiff Arrival Star, Inc. ("Arrival Star") and Defendant Delta Air Lines, Inc. ("Delta") hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that all claims against Delta in the above-styled action shall be dismissed with prejudice; and

WHEREAS, Arrival Star and Delta hereby stipulate pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that all counterclaims by Delta against Arrival Star in the above-styled action shall be dismissed without prejudice; and

WHEREAS, each party is to bear its respective fees and costs;

IT IS HEREBY RESPECTFULLY REQUESTED that this Honorable Court

grant this Petition.

This 30TH day of January, 2004.

*[signature]*
Steven G. Hill, Georgia Bar No. 354658
Eric G. Maurer, Georgia Bar No. 478199
HILL, KERTSCHER & WHARTON, LLP
Riverwood 100
3350 Riverwood Parkway
Suite 800
Atlanta, Georgia 30339

*Attorneys for Plaintiff*

*Vaibhav P. Kadaba* w/ EXPRESS PERMISSION
James L. Ewing, IV, Georgia Bar No. 253365
William H. Boice, Georgia Bar No. 065725
Vaibhav P. Kadaba, Georgia Bar No. 405727
KILPATRICK STOCKTON, LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530

*Attorneys for Defendant Delta Air Lines, Inc.*

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED

This 6 day of Feb, 2004.

*[signature] for*
THE HONORABLE J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing JOINT STIPULATED PETITION AND [PROPOSED] ORDER DISMISSING CLAIMS AGAINST DEFENDANT DELTA AIR LINES, INC., AND ITS COUNTERCLAIMS, upon the following defendants by facsimile and by depositing said copy in the U.S. mail, postage prepaid, and addressed as follows:

Samuel J. Najim
Julie A. Fleming
David S. Kerven, Ph.D., Esq.
JONES, DAY, REAVIS & POGUE
3500 Sun Trust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3242

Counsel for Defendant City of Atlanta

James L. Ewing, IV
Vaibhav P. Kadaba
KILPATRICK STOCKON, LLP
Suite 2800
1100 Peachtree Street
Atlanta, Georgia 30309-4530

Counsel for Defendants Delta Air Lines, Inc., Continental Air Lines, Inc., American Airlines, Inc., Japan Air Lines Company, Ltd.

Deborah A. Heineman
SMITH, GAMBRELL & RUSSELL LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592

Of Counsel:

Michael Sobel
SQUIRE, SANDERS & DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, CA 94304-1043

Counsel for Defendant FlyteComm, Corp.

This 30th day of January, 2004.

_____
Attorney for Plaintiff